AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____5____ COPIES OF AO FORM 85.

MAR 1 8 2005                   *Tiffany Lydon*
_____        _____
(Date forms issued)            (Signature of Party or their Representative)

                               Tiffany Lydon
                               _____
                               (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action