≈AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

ROYAL INDEMNITY COMPANY,

        Plaintiff,

V.

PEPPER HAMILTON LLP, et al.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     1 3 5

TO: (Name and address of Defendant)

McGladrey & Pullen LLP        c/o Delaware Secretary of State
c/o CT Corporation System     401 Federal Street, Suite 4
1635 Market Street              Dover, DE  19901
Philadelphia, PA  19103-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAR 1 2005

CLERK                           DATE

*Evette Watson*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 18, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on McGladrey & Pullen LLP c/o Secretary of State of Delaware located at 401 Federal Street Dover DE 19901. Service accepted by Sally Davis at 4:10 pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/18/05          *Edward J. Jones*
           Date                  Signature of Server

32 Lockerman Sq Ste 109 Dover DE 19904
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.