IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON, LLP, W. RODERICK )<br>GAGNE, FREED MAXICK & BATTAGLIA )<br>CPAs PC, MCGLADREY & PULLEN, LLP and )<br>MICHAEL AQUINO )<br>)<br>Defendants. ) | C.A. No. 05-165 |

### AFFIDAVIT OF MAILING AS TO MICHAEL AQUINO

STATE OF DELAWARE   )
                                       ) SS:
COUNTY OF NEW CASTLE   )

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1. I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Royal Indemnity Company.

2. Upon information and belief, the address of defendant Michael Aquino is 2988 Highland Avenue, Broomall, PA 19008.

3. On March 21, 2005, I caused to be sent to defendant Michael Aquino, via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

  (a) service of the original of such process has been made upon the Secretary of State; and

  (b) under the provisions of 10 *Del. C.* § 3104, such service is as effectual for

all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

    4. The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed on March 23, 2005 on behalf of defendant Michael Aquino.

    5. The foregoing is true and correct to the best of my knowledge, information and belief.

*/s/ Tiffany Geyer Lydon*
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 24th day of March 2005.

*/s/ Denice M. Fioravanti*
Notary Public

155031.1

2