# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-165 |
| | ) | |
| PEPPER HAMILTON, LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP and MICHAEL AQUINO | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

TO: MICHAEL M. AQUINO
2988 HIGHLAND AVENUE
BROOMALL, PA 19008

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies of said process and Plaintiff Royal Indemnity Company's Complaint are enclosed herewith. Under the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

ASHBY & GEDDES

*/s/ Philip Trainer, Jr.*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: March 21, 2005

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 266 US,
RETURN RECEIPT REQUESTED;
COPY BY FIRST CLASS U.S. MAIL**

154753.1

# EXHIBIT B

**Registered No.** RA 122 365 266 US

| Reg. Fee | $7.50 | Special Delivery | $ |
| --- | --- | --- | --- |
| Handling Charge | $ | Return Receipt | $1.75 |
| Postage | $2.44 | Restricted Delivery | $ |
| Received by | Ken | | |

Date Stamp: USPS RODNEY SQ WILMINGTON DE 19801 MAR 21 2005

Customer Must Declare Full Value $ 0
[ ] With Postal Insurance
[X] Without Postal Insurance

Domestic Insurance is Limited To $25,000 — International Indemnity is Limited (See Reverse)

**FROM:**
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899

**TO:**
Michael M. Aquino
2988 Highland Avenue
Broomall, PA 19008

PS Form 3806, June 2000   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael M. Aquino
2988 Highland Avenue
Broomall, PA 19008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   [ ] Agent  [ ] Addressee
B. Received by (Printed Name): Rosario Aquino
C. Date of Delivery: 3/23/05
D. Is delivery address different from item 1? [ ] Yes  [ ] No
   If YES, enter delivery address below:

3. Service Type:
[ ] Certified Mail   [ ] Express Mail
[X] Registered       [ ] Return Receipt for Merchandise
[ ] Insured Mail     [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)   [ ] Yes

2. Article Number (Transfer from service label): RA 122 365 266 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540