# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,                )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    C.A. No. 05-165
                                        )
PEPPER HAMILTON, LLP, W. RODERICK       )
GAGNE, FREED MAXICK & BATTAGLIA         )
CPAs PC, MCGLADREY & PULLEN, LLP and    )
MICHAEL AQUINO                          )
                                        )
            Defendants.                 )

### NOTICE

TO:   W. RODERICK GAGNE
      515 CRESHEIM VALLEY RD
      WYNDMOOR, PA  19038

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies of said process and Plaintiff Royal Indemnity Company's Complaint are enclosed herewith. Under the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

ASHBY & GEDDES

_____

Lawrence C. Ashby  (I.D. #468)
Philip Trainer, Jr.  (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity
Company*


Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700
(212) 768-6800 (fax)

    - and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  March 21, 2005

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 252 US,
RETURN RECEIPT REQUESTED;
COPY BY FIRST CLASS U.S. MAIL**

154752.1

# EXHIBIT B

**Registered No.**

RA 122 365 252 US

**Date Stamp**

| To Be Completed By Post Office | Reg. Fee $ 7.50 | Special Delivery $ |
| | Handling Charge $ | Return Receipt $ 1.75 |
| | Postage $ 2.44 | Restricted Delivery $ |
| | Received by *Lem* | |

| Customer Must Declare Full Value $ 0 | With Postal Insurance ☐ |
| | Without Postal Insurance ☒ |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

TO
W. Roderick Gagne
515 Cresheim Valley Road
Wyndmoor, PA  19038

PS Form **3806**, June 2000        **Receipt for Registered Mail**        *(Customer Copy)* *(See Information on Reverse)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. Roderick Gagne
515 Cresheim Valley Road
Wyndmoor, PA  19038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
GAGNE                            3-23

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☒ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)        RA 122 365 252 US

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540