IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165 |
| ) | |
| PEPPER HAMILTON, LLP, W. RODERICK ) | |
| GAGNE, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP and ) | |
| MICHAEL AQUINO ) | |
| ) | |
| Defendants. | |

### AFFIDAVIT OF MAILING AS TO PEPPER HAMILTON, LLP

STATE OF DELAWARE     )
                                              SS:
COUNTY OF NEW CASTLE  )

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1. I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Royal Indemnity Company.

2. Upon information and belief, the address of defendant Pepper Hamilton, LLP is 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, PA 19103.

3. On March 21, 2005, I caused to be sent to defendant Pepper Hamilton, LLP, via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

> (a) service of the original of such process has been made upon the Secretary of State; and
>
> (b) under the provisions of 10 *Del. C.* § 3104, such service is as effectual for

all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

    4.    The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed on March 23, 2005 on behalf of defendant Pepper Hamilton, LLP.

    5.    The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 28th day of March 2005.

_____
Notary Public

155109.1

2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165 |
| ) | |
| PEPPER HAMILTON, LLP, W. RODERICK ) | |
| GAGNE, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP and ) | |
| MICHAEL AQUINO ) | |
| ) | |
| Defendants. | |

## NOTICE

TO: PEPPER HAMILTON, LLP
3000 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PA 19103

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies of said process and Plaintiff Royal Indemnity Company's Complaint are enclosed herewith. Under the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

ASHBY & GEDDES

*[signature: Tiffany Lydon]*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: March 21, 2005

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 270 US, RETURN RECEIPT REQUESTED; COPY BY FIRST CLASS U.S. MAIL**

154749.1

# EXHIBIT B

| Registered No. RA 122 365 270 US | | Date Stamp MAR 21 2005 |
|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 2.44 | Restricted Delivery $ | |
| Received by *Ken* | | |

Customer Must Declare Full Value $ 0    ☐ With Postal Insurance    ☒ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

FROM:
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

TO:
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    RA 122 365 270 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540