IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-165 |
| | ) | |
| PEPPER HAMILTON, LLP, W. RODERICK | ) | |
| GAGNE, FREED MAXICK & BATTAGLIA | ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL AQUINO | ) | |
| | ) | |
| Defendants. | | |

## AFFIDAVIT OF MAILING AS TO McGLADREY & PULLEN, LLP

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| COUNTY OF NEW CASTLE | ) |

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1.    I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Royal Indemnity Company.

2.    Upon information and belief, the address of defendant McGladrey & Pullen, LLP's agent, is CT Corporation System, 1635 Market Street, Philadelphia, PA  19103.

3.    On March 21, 2005, I caused to be sent to defendant McGladrey & Pullen, LLP, via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

    (a)    service of the original of such process has been made upon the Secretary of State; and

    (b)    under the provisions of 10 *Del. C.* § 3104, such service is as effectual for

all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

4.    The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed on March 24, 2005 on behalf of defendant McGladrey & Pullen, LLP.

5.    The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 28th day of March 2005.

_____
Notary Public

155129.1

2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165 |
| | ) |
| PEPPER HAMILTON, LLP, W. RODERICK | ) |
| GAGNE, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, MCGLADREY & PULLEN, LLP and | ) |
| MICHAEL AQUINO | ) |
| | ) |
| Defendants. | ) |

## NOTICE

TO:    MCGLADREY & PULLEN, LLP
       C/O CT CORPORATION SYSTEM
       1635 MARKET STREET
       PHILADELPHIA, PA 19103

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter

has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies of

said process and Plaintiff Royal Indemnity Company's Complaint are enclosed herewith. Under

the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it

had been made upon you personally within this State.

ASHBY & GEDDES

_Lawrence C. Ashby (I.D. #468)_
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity
Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: March 21, 2005

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 283 US,
RETURN RECEIPT REQUESTED;
COPY BY FIRST CLASS U.S. MAIL**

154750.1

# EXHIBIT B

Registered No.    RA 122 365 283 US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ | 7.50 | Special Delivery $ | |
| Handling Charge $ | | Return Receipt $ | 1.75 |
| Postage $ | 2.44 | Restricted Delivery $ | |
| Received by | Rem | | |

To Be Completed By Post Office

RODNEY SQUARE WILMINGTON DE
MAR 21 2005
USPS 19801

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

| Customer Must Declare Full Value $ | 0 | ☐ With Postal Insurance |
|---|---|---|
| | | ☒ Without Postal Insurance |

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

| FROM | Tiffany Geyer Lydon, Esquire |
|---|---|
| | Ashby & Geddes |
| | 222 Delaware Avenue, 17th Floor |
| | Wilmington, DE  19801 |
| TO | McGladrey & Pullen, LLP |
| | c/o CT Corporation System |
| | 1635 Market Street |
| | Philadelphia, PA  19103 |

PS Form **3806**, June 2000    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

---

**SENDER:** COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McGladrey & Pullen, LLP
c/o CT Corporation System
1635 Market Street
Philadelphia, PA  19103

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Pierce_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 24 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 28 2005

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    RA 122 365 283 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540