IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>                 Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON, LLP, W. RODERICK<br>GAGNE, FREED MAXICK & BATTAGLIA<br>CPAs PC, MCGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO<br><br>               Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-165<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MAILING AS TO FREED MAXICK & BATTAGLIA CPAS PC

| | |
|---|---|
| STATE OF DELAWARE     ) | SS: |
| COUNTY OF NEW CASTLE   ) | |

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1.     I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Royal Indemnity Company.

2.     Upon information and belief, the address of defendant Freed, Maxick & Battaglia CPAs PC is The Corporation, 800 Liberty Building, Buffalo, NY 14202-3508.

3.     On March 21, 2005, I caused to be sent to defendant Freed, Maxick & Battaglia CPAs PC, via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

        (a)    service of the original of such process has been made upon the Secretary of State; and

        (b)    under the provisions of 10 *Del. C.* § 3104, such service is as effectual for

all intents and purposes as if it had been made upon him personally within

this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

    4.    The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the

original of the return receipt executed on March 24, 2005 on behalf of defendant Freed, Maxick

& Battaglia CPAs PC.

    5.    The foregoing is true and correct to the best of my knowledge, information and

belief.

_____

Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 28th day of March 2005.

_____

Notary Public

155130.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165 |
| | ) |
| PEPPER HAMILTON, LLP, W. RODERICK | ) |
| GAGNE, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, MCGLADREY & PULLEN, LLP and | ) |
| MICHAEL AQUINO | ) |
| | ) |
| Defendants. | ) |

## **NOTICE**

TO:   FREED MAXICK & BATTAGLIA CPAs PC
      THE CORPORATION
      800 LIBERTY BUILDING
      BUFFALO, NY  14202-3508

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104.  Copies of said process and Plaintiff Royal Indemnity Company's Complaint are enclosed herewith.  Under the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

ASHBY & GEDDES

Lawrence C. Ashby  (I.D. #468)
Philip Trainer, Jr.  (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity
Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  March 21, 2005

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 297 US,
RETURN RECEIPT REQUESTED;
COPY BY FIRST CLASS U.S. MAIL**

154748.1

# EXHIBIT B

| Registered No. | | Date Stamp |
|---|---|---|
| RA 122 365 297 US | | |

**To Be Completed By Post Office**

| Reg. Fee $ 7.50 | Special Delivery $ |
|---|---|
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ 2.44 | Restricted Delivery $ |
| Received by KEM | |

Customer Must Declare Full Value $ 0

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance is Limited
International Indemnity is Limited
(See Reverse)

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

**FROM**

Tiffany Geyer Lydon, Esquire

Ashby & Geddes

222 Delaware Avenue, 17th Floor

Wilmington, DE   19899

**TO**

Freed Maxick & Battaglia CPAs

The Corporation

800 Liberty Building

Buffalo, NY  14202-3508

PS Form **3806**, June 2000    **Receipt for Registered Mail**    (Customer Copy)    (See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freed Maxick & Battaglia CPAs
The Corporation
800 Liberty Building
Buffalo, NY  14202-3508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ann Lusalko
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ann Losalks

C. Date of Delivery
3/24/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 28 2005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RA 122 365 297 US

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540