IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>               Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>               Defendants. | Civil No. 05-cv-00165 (JJF) |

**STIPULATION EXTENDING TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD**

It is hereby **STIPULATED** and **AGREED** that the time for defendants Pepper Hamilton LLP and W. Roderick Gagné (in all capacities sued) to answer, move or otherwise plead in the above captioned action is extended to and including April 29, 2005. This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ Tiffany Geyer Lydon/* | */s/ William H. Sudell, Jr./* |
| Lawrence C. Ashby (I.D. #468) | William H. Sudell, Jr. (No. 0463) |
| Philip Trainer, Jr. (I.D. #2788) | Donna L. Culver (No. 2983) |
| Tiffany Geyer Lydon (I.D. #3950) | 1201 North Market Street |
| 222 Delaware Avenue, 17th Floor | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| (302) 654-2067 (facsimile) | (302) 658-3989 (facsimile) |

ASHBY & GEDDES

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (facsimile)

- and –

Michael H. Barr
Kenneth J. Phaehler
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (facsimile)

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (facsimile)

*Counsel for Plaintiff*
*Royal Indemnity Company*

MORRIS, NICHOLS, ARSHT & TUNNELL

William H. Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

- and -

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

*Counsel for defendants Pepper Hamilton*
*LLP and W. Roderick Gagné*

11858987