IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-cv-00165 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS
TO ANSWER OR RESPOND TO COMPLAINT**

The Plaintiff, Royal Indemnity Company, and Defendants, Freed Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP, and Michael Aquino (together, the "Stipulating Defendants"), stipulate and agree that each of the Stipulating Defendants shall have an extension of time to and including Friday, May 27, 2005, in which to answer, move or otherwise respond to the Complaint filed in the above-captioned action. This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| */s/ Tiffany Geyer Lydon*<br>Lawrence C. Ashby (DE 468)<br>Phillip Trainer, Jr. (DE 2788)<br>Tiffany Geyer Lydon (DE 3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | */s/ Christopher M. Winter*<br>Michael R. Lastowski (DE 3829)<br>Christopher M. Winter (DE 4163)<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901 |
| -and- | -and- |

WLM\207417.1

| | |
|---|---|
| **SONNENSCHEIN NATH & ROSENTHAL LLP**<br>Michael H. Barr, Esq.<br>Kenneth J. Phaeler, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br><br>Alan S. Gilbert, Esq.<br>John Grossbart, Esq.<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934<br><br>*Attorneys for Royal Indemnity Company* | **ARNOLD & PORTER LLP**<br>Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>399 Park Avenue<br>New York, NY 10022-4690<br>(212) 715-1000<br>(212) 715-1399<br><br>*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*<br><br>*Signing With Authority for Freed Maxick & Battaglia CPAs PC* |