IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 05-cv-00165 (JJF) |
| PEPPER HAMILTON LLP, ET AL. | : | |
| Defendants. | : | |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Elizabeth K. Ainslie, Esquire</u> to represent defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP, in this matter.

Signed: _/s/ William H. Sudell_

William H. Sudell, Jr. (No. 0463)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

Attorney for:  Defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP

Date:  April 15, 2005


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                United States District Judge

459108

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _/s/ Elizabeth K. Ainslie_

Date: 4/6/05

Elizabeth K. Ainslie
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 751-2200

459108