## CERTIFICATE OF SERVICE

      I, William H. Sudell, Jr. certify that I am not less than 18 Years of age, and that service of the foregoing **Motion And Order For Admission Pro Hac Vice** was caused to be made on April 15, 2005, in the manner indicated upon the parties identified below.

Dated: April 15, 2005
      Wilmington, DE

                                             */s/ Will H. Sudell*
                                        William H. Sudell, Jr. (No. 0465)

Philip Trainer, Jr.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
**VIA HAND DELIVERY**

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
Schnader, Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000
**VIA FIRST CLASS MAIL**

459117