## CERTIFICATE OF SERVICE

I, Laura V. McGeoch, Esquire, hereby certify I am not less than 18 years of age and that service of the foregoing **Stipulation Extending Time To Answer, Move Or Otherwise Plead** was caused to be made on April 29, 2005, in the manner indicated upon the entities identified below.

Dated: April 29, 2005
    Wilmington, Delaware

_____
Laura V. McGeoch (No. 4655)

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
**VIA HAND DELIVERY**

463010