

**Schnader**
ATTORNEYS AT LAW

1600 MARKET STREET  SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000  FAX 215.751.2205  schnader.com

May 6, 2005

Elizabeth K. Ainslie
Direct Dial 215-751-2359
E-mail: eainslie@schnader.com

**VIA NEXT DAY AIR**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

RE: Royal Indemnity Co. v. Pepper Hamilton LLP, et al., No. 05-165
Stanziale v. Pepper Hamilton LLP, et al., No. 04-1551

Dear Judge Farnan:

We represent Pepper Hamilton LLP in the above-captioned actions, which are two of the four cases arising out of the bankruptcy of Student Finance Corporation that currently are pending before Your Honor. In letters to Your Honor dated April 14, April 15 and April 28, counsel for the various parties in those actions requested that Your Honor schedule a joint status conference. We join in that request.

I will be trying a case in state court in Scranton, Pennsylvania from May 9 through May 20, and will be out of town on a pre-scheduled vacation between May 26 and June 7. Therefore, I respectfully request that any joint status conference be scheduled between May 23 and May 25 or after June 7.

Thank you for your consideration.

Respectfully Yours,

Elizabeth K. Ainslie
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc: All counsel on attached service list

Schnader
ATTORNEYS AT LAW

The Honorable Joseph J. Farnan, Jr.
May 6, 2005
Page 2

## SERVICE LIST

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Fax: 212-969-2900
**Counsel for MBIA/Wells Fargo**

Joseph H. Huston Jr.
Stevens & Lee
1105 N. Market St., 7th Floor
Wilmington, DE 19899
Fax: 302-654-5181
**Counsel for Wilmington Trust**

Bruce S. Haines
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103
Fas: 215-568-0300
**Counsel for Andrew Yao**

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
Schwartz, Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
Fax: 973-746-5406
**SFC Trustee**

Richard Swanson
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
Fax: 212-715-1399
**Counsel for McGladrey & Pullen LLP,
Freed Maxick & Battaglia CPAs and
Michael Aquino**

David Pittinsky
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Fax: 215-864-8999
**Counsel for PNC**

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLC
1515 Market St., 9th Floor
Philadelphia, PA 19102
Fax: 215-851-8383
**Counsel for W. Roderick Gagné and related
Family Members and Trusts**

Sheryl Auerbach
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Fax: 215-575-7200
**Counsel for SFC Trustee**

John Grossbart
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
**Counsel for Royal Indemnity Co.**