IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,

                Plaintiff,

v.

PEPPER HAMILTON, LLP, W. RODERICK GAGNE,
FREED MAXICK & BATTAGLIA CPAs PC,
MCGLADREY & PULLEN LLP and
MICHAEL AQUINO

                Defendants.

C.A. No. 05-165 (JJF)

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE OF Richard P. Swanson and Veronica E. Rendon of Arnold & Porter LLP as counsel for the defendants McGladrey & Pullen LLP and Michael Aquino and withdraw the appearance of Thelen Reid & Priest LLP.

Dated: May 11, 2005

**DUANE MORRIS LLP**

By: _____
Christopher M. Winter
(Del. I.D. No. 4163)
1100 North Market Street
12th Floor
Wilmington, DE 19801
Tel: 302-657-4900
Fax: 302-657-4901
e-mail: CMWinter@duanemorris.com
Attorneys for Defendants
McGladrey & Pullen LLP and
Michael Aquino

**OF COUNSEL:**
Veronica E. Rendon
Richard P. Swanson
**ARNOLD & PORTER LLP**
399 Park Avenue
New York, New York 10022
Tel: (212) 715-1000
Fax: (212) 715-1399

WLM\208247.1