# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT

JOHN T. DORSEY
M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6689
FAX: (302) 576-3334

E-MAIL: jshaw@ycst.com

H. ALBERT YOUNG
1929-1982
H. JAMES CONAWAY, JR.
1947-1990
WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

May 11, 2005

**BY EM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

Re:    MBIA Ins. Corp. ("MBIA") and Wells Fargo Bank
       N.A. ("Wells Fargo") v. Royal, C.A. No. 02-1294-JJF

       Charles A. Stanziale, Jr. Chapter 7 Trustee of Student Finance
       Corp. v. Pepper Hamilton, et al., C.A. No. 04-1551-JJF

       Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance
       Corp. v. McGladrey & Pullen LLP, et al., C.A. No. 05-72-JJF

       Royal v. Pepper Hamilton, et al., C.A. No. 05-165-JJF

Dear Judge Farnan:

      We represent plaintiffs and counterclaim defendant Wells Fargo in Civil Action No. 02-1294. We write regarding the letters to the Court dated April, 14, April 15, April 28, May 6 and May 9, 2005 seeking a joint status conference to consider the schedules for all four of the proceedings referred to above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
May 11, 2005
Page 2

      As the Court is aware, all of the claims asserted by Wells Fargo, as well as by MBIA, in Case No. 02-1294, have already been adjudicated, as have most of Royal's counterclaims against those parties. The only remaining claim involving either Wells Fargo or MBIA is Royal's counterclaim against Wells Fargo for alleged breach of contract.

      We respectfully submit that a joint conference with the Court to consider a schedule for all four of these actions is premature. We request that before any such conference, consistent with FRCP Rules 16 and 26(f), the various parties to these actions be ordered to confer regarding a proposed joint schedule that takes into account the different procedural posture of these cases. We believe proceeding this way makes more sense because it will narrow the issues to be raised and decided by the Court.

Respectfully submitted,

John W. Shaw

JWS:pt

cc: Clerk of the Court (by hand delivery)
    Tiffany L. Geyer, Esquire (by hand delivery)
    Joseph H. Huston, Jr., Esquire (by hand delivery)
    Peter C. Hughes, Esquire (by hand delivery)
    William H. Sudell, Jr., Esquire (by hand delivery)
    Karen Lee Turner, Esquire (by hand delivery)
    Christopher A. Ward, Esquire (by hand delivery)
    Christopher M. Wint, Esquire (by hand delivery)
    Vernon R. Proctor, Esquire (by hand delivery)
    Dawn N. Zubrick, Esquire (by hand delivery)
    Michael H. Barr, Esquire (by facsimile)
    Bruce S. Haines, Esquire (by facsimile)
    Charles Z. Stanziale, Esquire (by facsimile)
    Richard Swanson, Esquire (by facsimile)
    Neil G. Epstein, Esquire (by facsimile)
    Sheryl Auerback, Esquire (by facsimile)
    John Grossbart, Esquire (by facsimile)
    Elizabeth K. Ainslie, Esquire (by facsimile)
    David Pittinsky, Esquire (by facsimile)
    Ronald S. Rauchberg, Esquire (by facsimile)