IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the Court has received several letters seeking a joint status conference in the above-captioned case and related matters;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, June 9, 2005 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

May 30, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE