IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) C.A. No. 05-cv-00165 (JJF) <br> ) <br> ) |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO
ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff Royal Indemnity Company and defendants Pepper Hamilton LLP, W. Roderick Gagné, Freed Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP, and Michael Aquino, stipulate and agree as follows:

All defendants shall have an extension of time up to and including Friday, June 10, 2005, in which to answer, move or otherwise respond to the First Amended Complaint filed in the above-captioned action. Defendants agree not to request any further extensions of time to answer, move or otherwise respond to the First Amended Complaint barring exceptional circumstances. Should defendants respond to the First Amended Complaint by motion, each motion and all supporting documents relating thereto shall be served on plaintiff by e-mail on June 10, 2005.

Plaintiff shall have up to and including July 29, 2005 to answer, oppose or otherwise respond to defendants' responsive motions or pleadings. Should plaintiff respond by opposing a

WLM\207417.1

motion made by any defendant, such opposition and all supporting documents thereof shall be served on all defendants by e-mail on July 29, 2005.

This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| /s/ Lawrence C. Ashby | /s/ Michael R. Lastowski |
| Lawrence C. Ashby (DE 468) | Michael R. Lastowski (DE 3829) |
| Phillip Trainer, Jr. (DE 2788) | Christopher M. Winter (DE 4163) |
| Tiffany Geyer Lydon (DE 3950) | 1100 North Market Street, Suite 1200 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801-1246 |
| Wilmington, DE 19899 | Telephone: (302) 657-4900 |
| Telephone: (302) 654-1888 | Facsimile: (302) 657-4901 |
| Facsimile: (302) 654-2067 | |
| -and- | -and- |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ARNOLD & PORTER LLP |
| Michael H. Barr, Esq. | Richard P. Swanson, Esq. |
| Kenneth J. Phaeler, Esq. | Veronica E. Rendon, Esq. |
| 1221 Avenue of the Americas | 399 Park Avenue |
| New York, NY 10020-1089 | New York, NY 10022-4690 |
| Telephone: (212) 768-6700 | (212) 715-1000 |
| Facsimile: (212) 768-6800 | (212) 715-1399 |
| | |
| Alan S. Gilbert, Esq. | *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* |
| John Grossbart, Esq. | |
| 8000 Sears Tower | *Signing With Authority for Freed Maxick & Battaglia CPAs PC* |
| 233 S. Wacker Drive | |
| Chicago, Illinois 60606 | |
| Telephone: (312) 876-8000 | |
| Facsimile: (312) 876-7934 | |
| | |
| *Attorneys for Royal Indemnity Company* | |

MORRIS NICHOLS ARSHT & TUNNELL

/s/ William H. Sudell
William H. Sudell, Jr., Esq. (DE 463)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

SCHNADER HARRISON SEGAL & LEWIS LLP

Elizabeth K. Ainslie, Esq.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

*Attorneys for defendants Pepper Hamilton LLP and W. Roderick Gagné*

3

WLM\207417.1