IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON, LLP, W. RODERICK ) <br> GAGNE, FREED MAXICK & BATTAGLIA ) <br> CPAs PC, MCGLADREY & PULLEN, LLP and ) <br> MICHAEL AQUINO ) <br> ) <br> Defendants. ) | C.A. No. 05-165 (JJF) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of John I. Grossbart, to represent Royal Indemnity Company in this matter.

Dated: June 3, 2005

ASHBY & GEDDES, P.A.

/s/
Philip Trainer (ID #2788)
Tiffany L. Geyer (ID #3950)
Carolyn Hake (ID #3839)
Gregory A. Taylor (ID #4008)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Counsel for Royal Indemnity Company*

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Joseph J. Farnan
United States District Judge

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing in the jurisdiction shown in the above paragraph, and that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules. In accordance with the Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 (Receipt #137695) has been paid to the Clerk of the Court.

John I. Grossbart
Sonnenschein Nath & Rosenthal, LLP
Sears Tower, Suite 8000
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

157445v1