## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on June 3, 2005, I caused one copy of the foregoing to be served on the persons below by first class United States mail, postage prepaid, unless otherwise indicated.

| **Via Hand Delivery**<br>William Sudell<br>Donna Culver<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899<br>(Counsel for Pepper Hamilton & W. Roderick Gagne) | **Via Hand Delivery**<br>Christopher A. Ward<br>Anthony Saccullo<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(Counsel for Chapter 7 Trustee of Student Finance Corp.) |
|---|---|
| **Via First Class Mail**<br>Michael H. Barr<br>Kenneth J. Phaehler<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(Counsel for Royal Indemnity Company) | **Via First Class Mail**<br>Sheryl Auerbach<br>Dilworth Paxson, LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>(Counsel for SFC Trustee) |
| **Via First Class Mail**<br>Veronica Rendon<br>Richard Swanson<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022<br>(Counsel for McGladrey & Pullen, LLP & Michael Aquino) | **Via First Class Mail**<br>Charles Stanziale<br>Jeffrey Testa<br>Donald Crecca<br>Scwartz Tobia & Stanziale, P.A.<br>22 Crestmont Road<br>Montclair, NJ 07042<br>(SFC Trustee) |
| **Via First Class Mail**<br>Elizabeth Ainslie<br>Nichlas LePore, III<br>Bruce Merenstein<br>Stephen J. Shapiro<br>Schnader Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(Counsel for Pepper Hamilton and W. Roderick Gagne) | **Via First Class Mail**<br>Neil G. Epstein<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102<br>(Counsel for W. Roderick Gagne and related Family Members and Trusts) |

Gregory A. Taylor (#4008)