IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN LLP and MICHAEL AQUINO, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as counsel for defendant Freed Maxick & Battaglia PC.

                                                           PRICKETT, JONES & ELLIOTT, P.A.

                                                           By: _____
                                                               James L. Holzman (Bar ID #663)
                                                               J. Clayton Athey (Bar ID #4378)
                                                               1310 King Street
                                                               Wilmington, Delaware 19801
                                                               (302) 888-6500
                                                               jlholzman@prickett.com
                                                               jcathey@prickett.com
                                                               *Attorneys for Defendant Freed Maxick*
                                                               *& Battaglia, PC*

OF COUNSEL:
John H. Eickemeyer
Jonathan A. Wexler
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7760

Dated: June 8, 2005

9999.9999\275683v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on June 8, 2005, I electronically filed the **Entry of Appearance for Defendant Freed Maxick & Battaglia PC** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys:

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on June 8, 2005, I caused the **Entry of Appearance for Defendant Freed Maxick & Battaglia PC** to be e-mailed to the following attorneys:

Bruce P. Merenstein, Esquire
Email: bmerenstein@schnader.com

Nicholas J. LePore, III, Esquire
Email: nlepore@schnader.com

Elizabeth K. Ainslie, Esquire
Email: eainslie@schnader.com

Stephen J. Shapiro, Esquire
Email: sshapiro@schnader.com

_____
J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6507
Email: jcathey@prickett.com

19631.1\276168v1