IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. ) | Civil Action No. 05-165-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of the following attorneys to represent defendant Freed Maxick & Battaglia, PC in this matter:

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022

Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022

Dated: June 8, 2005

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia, PC*

OF COUNSEL:
John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7760

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2005     _____
                                  United States District Judge

9999.9999\275683v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: June 6, 2005

_____
John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: June 7, 2005

Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022

9999.9999\275683v1

**CERTIFICATE OF SERVICE**

I, J. Clayton Athey, hereby certify that on June 8, 2005, I electronically filed the **Motion and Order for Admission Pro Hac Vice of John H. Eickemeyer, Esq. and Jonathan A. Wexler, Esq.** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys:

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on June 8, 2005, I caused the **Motion and Order for Admission Pro Hac Vice of John H. Eickemeyer, Esq. and Jonathan A. Wexler, Esq.** to be e-mailed to the following attorneys:

Bruce P. Merenstein, Esquire
Email: bmerenstein@schnader.com

Elizabeth K. Ainslie, Esquire
Email: eainslie@schnader.com

Nicholas J. LePore, III, Esquire
Email: nlepore@schnader.com

Stephen J. Shapiro, Esquire
Email: sshapiro@schnader.com

_____
J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6507
Email: jcathey@prickett.com

19631.1\276188v1