IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-165 (JJF) |
| | ) | |
| PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN LLP and MICHAEL AQUINO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendant Freed Maxick & Battaglia CPAs, PC ("FMB") hereby moves the Court for an Order dismissing the Complaint on the grounds that (i) plaintiff has failed to state a claim against FMB under 18 U.S.C. §1962(d); (ii) plaintiff's claims are barred by the statute of limitations; and (iii) plaintiff fails to allege requisite elements of each of its purported common law claims against FMB. The grounds for this motion are more fully set forth in defendant's Memorandum of Law in Support of its Motion to Dismiss, filed herewith.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia CPAs, PC*

OF COUNSEL:
John H. Eickemeyer
Jonathan A. Wexler
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7760

Dated: June 10, 2005

19631.1\276483v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005, I electronically filed defendant Freed Maxick & Battaglia, CPAs, P.C.'s **Motion to Dismiss** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on June 10, 2005, I have e-mailed the document to the following non-registered participants:

Bruce P. Merenstein, Esquire
Email: bmerenstein@schnader.com

Nicholas J. LePore, III, Esquire
Email: nlepore@schnader.com

Elizabeth K. Ainslie, Esquire
Email: eainslie@schnader.com

Stephen J. Shapiro, Esquire
Email: sshapiro@schnader.com

James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick
& Battaglia CPAs, PC*

19631.1\276490v1