# Exhibit A
**to Defendant Freed Maxick & Battaglia CPAs, PC's
Memorandum of Law In Support of Its Motion to Dismiss
C.A. No. 05-165-JJF**

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: FREED MAXICK SACHS & MURPHY, P.C.

Selected Entity Status Information

**Current Entity Name:** FREED MAXICK SACHS & MURPHY, P.C.
**Initial DOS Filing Date:** JUNE 06, 1978
**County:** ERIE
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FREED MAXICK SACHS & MURPHY, P.C.
800 LIBERTY BUILDING
BUFFALO, NEW YORK, 14202-3508

**Chairman or Chief Executive Officer**
ROBERT M GLASER
800 LIBERTY BLDG
BUFFALO, NEW YORK, 14202-3508

**Principal Executive Office**
FREED MAXICK SACHS & MURPHY, P.C.
800 LIBERTY BUILDING
BUFFALO, NEW YORK, 14202-3508

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

W3C HTML 4.01    W3C css    508 Bobby APPROVED

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: FREED MAXICK & BATTAGLIA, CPAS, P.C.

Selected Entity Status Information

**Current Entity Name:** FREED MAXICK & BATTAGLIA, CPAS, P.C.
**Initial DOS Filing Date:** AUGUST 22, 2001
**County:** ERIE
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FREED MAXICK & BATTAGLIA, CPAS, P.C.
800 LIBERTY BUILDING
BUFFALO, NEW YORK, 14202

**Chairman or Chief Executive Officer**
ROBER GLASER
800 LIBERTY BLDG
BUFFALO, NEW YORK, 14202

**Principal Executive Office**
RONALD SOLURI SR
800 LIBERTY BLDG
BUFFALO, NEW YORK, 14202

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

W3C HTML 4.01   W3C css   508 Bobby APPROVED