# Exhibit C

**to Defendant Freed Maxick & Battaglia CPAs, PC's
Memorandum of Law In Support of Its Motion to Dismiss
C.A. No. 05-165-JJF**

# Student Finance Corporation and Subsidiaries

## Report on Consolidated Financial Statements
### Years Ended December 31, 2000 and 1999

SFC 2000
000016

# Student Finance Corporation and Subsidiaries

## Contents

Independent Auditor's Report     3

Consolidated Financial Statements
    Balance sheets     4
    Statements of income (operations)     5
    Statements of changes in stockholders' equity (deficit)     6
    Statements of cash flows     7-8

Notes to Consolidated Financial Statements     9-29

SFC 2000
000017

2

## Independent Auditor's Report

Student Finance Corporation
Radnor, Pennsylvania

We have audited the accompanying consolidated balance sheet of Student Finance Corporation and subsidiaries as of December 31, 2000, and the related consolidated statement of income (operations), statement of changes in stockholders' equity (deficit), and statement of cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit. The consolidated financial statements of Student Finance Corporation and subsidiaries for the year ended December 31, 1999, were audited by Freed Maxick Sachs and Murphy, P.C., independent accountants, whose directors merged with McGladrey & Pullen, LLP on November 1, 2000. Freed Maxick Sachs & Murphy, P.C.'s report dated July 26, 2000, expressed an unqualified opinion on those statements.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Student Finance Corporation and subsidiaries as of December 31, 2000, and the consolidated results of their operations and their cash flows for the year then ended in conformity with generally accepted accounting principles.

Philadelphia, Pennsylvania     *McGladrey & Pullen, LLP*
April 6, 2001

SFC 2000
000018

3

| December 31, | | 2000 | 1999 |
|---|---|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ | 2,627,003 $ | 1,478,399 |
| Restricted cash | | 13,109,652 | 3,585,715 |
| Retained interest – interest only strips | | 12,766,882 | - |
| | | | |
| Receivables | | 60,872,035 | 81,606,791 |
| Less: Unearned discount | | (8,368,703) | (7,084,530) |
| Receivables after unearned discount | | 52,503,332 | 74,522,261 |
| Less: Allowance for credit losses | | (6,047,000) | (15,078,000) |
| Receivables, net of allowance for credit losses and unearned discount | | 46,456,332 | 59,444,261 |
| | | | |
| Convertible notes receivable, related entity | | 7,756,554 | - |
| Due from related entities | | 40,002 | 3,957,688 |
| Note receivable, stockholder | | - | 1,839,242 |
| Investment in affiliate | | 1,381,364 | - |
| Prepaid credit insurance | | 5,510,208 | 9,244,011 |
| Prepaid expenses and other assets | | 631,194 | 795,465 |
| Property, software and equipment, net | | 3,210,881 | 1,082,822 |
| | | | |
| **Total assets** | $ | 93,490,072 $ | 81,427,603 |

SFC 2000
000019

# Student Finance Corporation and Subsidiaries

## Consolidated Balance Sheets

| December 31, | 2000 | 1999 |
|---|---|---|
| **Liabilities and Stockholder's Equity (Deficit)** | | |
| **Liabilities** | | |
| Warehouse lines of credit | $ 56,515,227 | $ 78,593,310 |
| Notes payable | 650,000 | 4,587,482 |
| Subordinated debt | 3,000,000 | 3,000,000 |
| Servicing cost obligation | 74,313 | 449,260 |
| School reserves | 26,618,972 | 7,367,768 |
| Due to related entities | 1,304,499 | - |
| Due to bank | 1,007,533 | 997,245 |
| Accounts payable and accrued expenses | 2,927,739 | 1,784,961 |
| **Total liabilities** | 92,098,283 | 96,780,026 |
| **Commitments and contingencies** | | |
| **Stockholder's equity (deficit)** | | |
| Common stock, $.01 par value | | |
| Authorized 5,000 shares | | |
| 1,336 and 100 shares issued and outstanding at | | |
| December 31, 2000 and 1999, respectively | 13 | 1 |
| Additional paid-in capital | 265,440 | 149,999 |
| Retained earnings (deficit) | 1,126,336 | (15,502,423) |
| **Total stockholder's equity (deficit)** | 1,391,789 | (15,352,423) |
| **Total liabilities and stockholder's equity (deficit)** | $ 93,490,072 | $ 81,427,603 |

*See accompanying notes to consolidated financial statements.*

SFC 2000
000020

4

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Income (Operations)

| Year ended December 31, | 2000 | 1999 |
|---|---|---|
| **Revenues** | | |
| Net gain on sales of loans receivable | $ 34,853,112 | $ - |
| Interest on loans | 12,131,220 | 7,918,649 |
| Interest accretion on interest only strips | 345,762 | - |
| Fees and other | 2,722,464 | 1,100,352 |
| **Total revenues** | 50,052,558 | 9,019,001 |
| **Operating expenses** | | |
| Interest | 7,448,272 | 6,586,923 |
| Salaries and related benefits | 4,232,952 | 2,406,079 |
| Credit losses | 2,403,896 | - |
| Marketing | 567,888 | 295,961 |
| Consulting fees | 2,767,357 | 3,250,385 |
| Professional fees | 2,524,808 | 1,067,561 |
| Servicing | 1,464,157 | 398,344 |
| Origination expense | 1,387,990 | 525,414 |
| Office expense | 1,003,806 | 843,857 |
| Rent and utilities | 574,728 | 298,760 |
| Depreciation and amortization | 651,646 | 108,521 |
| Credit insurance | 4,588,175 | 691,615 |
| Other | 592,516 | 509,820 |
| **Total operating expenses** | 30,208,191 | 16,983,240 |
| **Operating income (loss) before equity in earnings of affiliate** | 19,844,367 | (7,964,239) |
| **Equity in earnings of affiliate** | 246,258 | - |
| **Net income (loss)** | $ 20,090,625 | $ (7,964,239) |

*See accompanying notes to consolidated financial statements.*

SFC 2000
000021

5

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Changes in Stockholders' Equity (Deficiency)

*Years ended December 31, 2000 and 1999*

| | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Retained Earnings (Deficit) | Total |
|---|---|---|---|---|---|
| Balances, January 1,1999 | 100 | $ 1 | $ 149,999 | $ (3,598,184) | $ (3,448,184) |
| Net (loss) | - | - | - | (7,964,239) | (7,964,239) |
| Stockholder distributions | - | - | - | (3,940,000) | (3,940,000) |
| Balances, December 31, 1999 | 100 | 1 | 149,999 | (15,502,423) | (15,352,423) |
| Net income | - | - | - | 20,090,625 | 20,090,625 |
| Stockholders distributions | - | - | - | (3,461,866) | (3,461,866) |
| Issuance of common stock | 1370 | 14 | 4,999,998 | - | 5,000,012 |
| Conversion of notes payable to common stock | 30 | - | 1,000,000 | - | 1,000,000 |
| Re-acquired and retired treasury stock | (164) | (2) | (5,884,557) | - | (5,884,559) |
| Balances, December 31, 2000 | 1,336 | $ 13 | $ 265,440 | $ 1,126,336 | $ 1,391,789 |

*See accompanying notes to consolidated financial statements.*

6

SFC 2000
000022

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

| Year ended December 31, | 2000 | 1999 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income (loss) | $  20,090,625 | $  (7,964,239) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | |
| Net gain on sales of loans receivable | (34,853,112) | - |
| Depreciation and amortization | 651,646 | 108,521 |
| Changes in assets and liabilities | | |
| (Increase) decrease in assets | | |
| Restricted cash | (9,523,937) | (3,585,715) |
| Due from bank | 24,127 | 658,706 |
| Due from insurance company | 820,355 | (116,168) |
| Net proceeds from sales of loans receivable | 161,618,387 | - |
| Loan originations, net | (111,502,139) | (67,219,896) |
| Principal collected on loans receivable | 5,536,361 | 5,064,659 |
| Allowance for credit losses | (9,031,000) | 13,278,000 |
| Due from related entities | (1,999,626) | (2,268,565) |
| Retained interest – interest only strips | (12,766,882) | - |
| Prepaid credit insurance | 3,733,803 | (9,244,011) |
| Prepaid expenses and other assets | 164,272 | (793,165) |
| Increase (decrease) in liabilities | | |
| School reserves | 19,251,204 | 2,867,768 |
| Accounts payable and accrued expenses | 1,142,781 | 1,521,599 |
| Due to bank | 10,288 | (171,052) |
| Due to related entities | 1,304,498 | - |
| **Net cash provided by (used in) operating activities** | 34,671,651 | (67,863,558) |
| **Cash flows from investing activities** | | |
| Purchase of property, software and equipment | (2,779,705) | (768,214) |
| Investment in affiliate | (1,381,364) | - |
| **Net cash (used in) investing activities** | (4,161,069) | (768,214) |

Continued

SFC 2000
000023

7

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

| Year ended December 31, | | 2000 | | 1999 |
|---|---|---|---|---|
| **Cash flows from financing activities** | | | | |
| Net (decrease) increase in borrowings under warehouse lines of credit | $ | **(22,078,083)** | $ | 78,593,310 |
| Proceeds from notes payable | | **-** | | 12,600,000 |
| Repayments of notes payable | | **(2,937,482)** | | (17,862,518) |
| Proceeds from subordinated debt | | **-** | | - |
| Distributions to stockholders | | **(3,461,866)** | | (3,940,000) |
| Issuance of common stock | | **5,000,012** | | - |
| Reacquisition of treasury stock | | **(5,884,559)** | | - |
| **Net cash (used in) provided by financing activities** | | **(29,361,978)** | | 69,390,792 |
| **Net increase in cash** | | **1,148,604** | | 759,020 |
| **Cash and cash equivalents at beginning of year** | | **1,478,399** | | 719,379 |
| **Cash and cash equivalents at end of year** | $ | **2,627,003** | $ | 1,478,399 |
| **Non-cash investing and financing activities** | | | | |
| Contribution of non-cash assets to non-consolidated affiliates | $ | **135,106** | | - |
| Conversion of notes payable to common stock | $ | **1,000,000** | | - |
| Conversion of notes receivable-stockholder and due from related entities to convertible note receivable – related party | $ | **7,756,554** | | - |
| **Supplemental disclosure of cash flow information** | | | | |
| Cash paid during the year for interest | $ | **7,554,772** | $ | 6,717,923 |

*See accompanying notes to consolidated financial statements.*

SFC 2000
000024

8

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**1. Summary of Significant Accounting Policies**

*Nature of Business*
Student Finance Corporation and Subsidiaries (the "Company") originates and purchases for subsequent sale and securitization postsecondary education loans from various educational institutions located throughout the United States. Until March 2000, the Company retained the servicing rights on loans sold or securitized. As of March 2000, the servicing rights were transferred to an affiliated entity which is 30% owned by Student Finance Corporation ("SFC").

*Principles of Consolidation*
The consolidated financial statements include the accounts of SFC, and its wholly and majority owned subsidiaries. Investment in an affiliated company with a 30% ownership interest is accounted for on the equity method and accordingly, consolidated income includes the Company's share of its income. All significant intercompany balances and transactions have been eliminated.

*Use of Estimates*
The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Cash and Cash Equivalents*
Cash equivalents consist of short-term instruments purchased with an initial maturity of three months or less, and accordingly, the carrying amount of these instruments is deemed to be a reasonable estimate of fair value.

SFC 2000
000025

9

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

*Restricted Cash*
Restricted cash represents funds restricted as to their use under certain escrow and collateral agreements between the Company, the insurance company underwriting the credit insurance and other third parties as defined in the above agreements. All funds are disbursed under the terms of the agreements.

*Receivables*
Receivables consist of loans available for sale and securitization, due from banks and due from insurance company.

Loans available for sale and securitization are carried at the lower of aggregate cost (principal balance, including unamortized origination fees and costs) or market value. Market value is determined based on the characteristics of the loans available for sale and the utilization of pricing on similar previous transactions by the Company.

Due from banks represents the portion of the purchase price withheld by the purchaser of the loans to repay potential defaults, net of allowance for credit losses.

Due from insurance company represents funds withheld from the securitization to pay claims for potential defaults, net of allowance for credit losses.

SFC 2000
000026

10

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

*Allowance for Credit Losses*

The allowance for credit losses represents an amount considered by management to be adequate to cover estimated losses and valuation adjustments related to the balance of loans available for sale and securitization, due from banks, due from insurance company and restricted cash. Allowance for credit losses is increased by either charges to income, charges against the school reserves or unearned discount and decreased by chargeoffs (net of recoveries) and amounts relating to loans sold and securitized. The allowance is based upon periodic analysis of the portfolio, economic conditions and trends, historical credit loss experience, the borrowers' ability to repay and collateral values. Management believes the allowance for credit losses is adequate, while management uses available information to recognize losses on the above-mentioned items, future additions to the allowance may be necessary based on changes in economic conditions.

*Prepaid Credit Insurance*

Prepaid credit insurance represents the amount of credit insurance premiums prepaid to an insurance company. The credit insurance covers the Company for credit loss caused by a defaulted student loan receivable during the policy period (as defined in the credit insurance policy). The maximum initial liability limit was $75,000,000 with a premium cost equal to 12% of the outstanding principal amount of the insured loans, plus certain adjustments as defined in the insurance policy. During 1999, the Company obtained an additional $200,000,000 of insurance coverage with a premium of 8.5% of the outstanding principal balance on the date insured. Subsequent to December 31, 2000, the $200,000,000 8.5% policy became fully utilized and an addendum of $50,000,000 was added to the policy. The prepaid credit insurance account is amortized over the life of the policy on a straight-line basis and fully expensed when the related loans are sold or securitized. Under these policies, the Company could pay up to an additional 18% for any defaulted student loans during the first two years of the policy period. The Company will expense the additional payment as it is incurred.

SFC 2000
000027

11

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

*Property, Software and Equipment*

Property, software and equipment, including leasehold improvements, are stated at cost, less accumulated depreciation and amortization. Leasehold improvements are amortized over the lesser of the useful lives of the improvements or terms of the lease. Software reflects costs related to internally develop or purchase software for projects that are capitalized and amortized on a straight-line basis over periods not exceeding three (3) years. Research and development costs and other computer software maintenance costs related to software development are expensed as incurred. The carrying value of the software asset is regularly reviewed by the Company and a loss is recognized when the net realizable value falls below the unamortized cost. Depreciation and amortization are computed using the straight-line method over the estimated useful lives of the assets, which range from 5 to 10 years.

*Servicing Rights and Obligations*

The Company accounts for servicing rights and obligations associated with loans sold or securitized in accordance with Statement of Financial Accounting Standards ("SFAS") No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities". SFAS 140 requires that upon loan sale or securitization with retained servicing rights that companies capitalize costs or recognize an obligation associated with the right to service loans based on their relative fair values. The Company determines fair value based on the present value of estimated net future cash flows related to servicing income. The cost allocated to the servicing rights is amortized in proportion to and over the period of estimated net future servicing fee income.

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The above accounting policy was applied to transfers and servicing of financial assets and extinguishments of liabilities occurring in 2000 and 1999. Based on loan sales, the Company recognized a servicing obligation approximating $74,000 and $449,000 at December 31, 2000 and 1999, respectively. Commencing on March 1, 2000, the servicing of a majority of the loans sold or securitized are being performed by Student Loan Servicing, LLC ("SLS").

*School Reserves*

When originating or purchasing student loans, the Company generally funds only a portion of the principal borrowed. School reserves represent the unfunded portion of the loan to the student. Payment of such unfunded balance to the school is contingent upon certain criteria relating to: (1) the student meeting certain educational requirements, and (2) the Company receiving a specific number of timely payments from the student. These funds are released to the schools at various stages during the student's education, with the final portion released upon graduation if the student's loan is not delinquent.

The school reserve may include additional amounts designated to absorb forbearance made in accordance with school and borrower agreements/and potential credit losses for sold loans based upon the deemed credit quality of the borrower. Ultimately, some of these amounts may be released to the schools under the terms of their agreements.

SFC 2000
000029

13

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

*Retained Interests and Net Gain on Sales of Loans Receivable*

When the Company sells receivables through securitizations of student loans, it retains interest only strips which represent retained interests in the securitized receivables. Gain or loss on sale of the receivables depends in part, on the previous carrying amount of the financial assets involved in the transfer, allocated between the assets sold and the retained interest based on their relative fair value at the date of transfer. To obtain fair values, quoted market prices are used, if available. However, quotes are generally not available for retained interests, so the Company generally determines fair value based on the present value of future expected cash flows using management's best estimates of certain key assumptions including credit losses, prepayment speeds, and discount rates commensurate with the risks involved. Retained interests are reflected by the Company as available for sale.

*Income Recognition*

Loan origination fees, purchase discounts and premiums, and associated direct loan origination costs are included in the carrying value of loans receivables and, accordingly, are included in the determination of gain or loss on loan receivable sales or securitizations.

Interest income from loans receivable is recognized using the interest method. Accrual of interest income is suspended when a receivable is contractually delinquent for 90 days or more. The accrual is resumed when the receivable becomes contractually current and past due interest income is recognized at that time. In addition, a detailed review of receivables will cause earlier suspension if collection is deemed to be doubtful.

SFC 2000
000030

14

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

*Income Taxes*

The Company has elected to have its income taxed under federal and state S corporation or LLC provisions, which provide that, in lieu of corporate income taxes, the stockholders or members are taxed on their share of the Company's taxable income. Accordingly, no provision for income taxes has been recognized in the accompanying financial statements.

*Reclassification*

Certain amounts in the 1999 financial statements have been reclassified to conform with the 2000 presentation.

2.  **Receivables and Allowance for Credit Losses**

Receivables consisted of the following:

| December 31, | 2000 | 1999 |
|---|---|---|
| Loans receivable available for sale | $ 60,471,546 | $ 80,361,820 |
| Unearned discount | (8,368,703) | (7,084,530) |
| Loans receivable available for sale after unearned discount | 52,102,843 | 73,277,290 |
| Due from banks | – | 24,127 |
| Due from insurance company | 400,489 | 1,220,844 |
| | 52,503,332 | 74,522,261 |
| Allowance for credit losses | (6,047,000) | (15,078,000) |
| | $ 46,456,332 | $ 59,444,261 |

SFC 2000
000031

15

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Unearned discount represents the spread between the principal balance of the loan with the student and the amount available to be funded to the school in the form of school reserves. The unearned discount is considered to be unrefundable to the school. The Company recognizes unearned discount using the interest method over the life of the loan, so long as the loan is performing. In 1999, a portion of the unearned discount was utilized to absorb a portion of the losses on the loans receivable.

An analysis of the allowance for credit losses is as follows:

| Year ended December 31, | 2000 | 1999 |
|---|---|---|
| Balance at beginning of year | $ 15,078,000 | $ 1,800,000 |
| Allowance related to loans receivable sold | (15,674,176) | - |
| Allocation from school reserves | 5,182,163 | 9,893,175 |
| Allocation from unearned discount | - | 3,569,040 |
| Charge-offs | - | (184,215) |
| Receivable recoveries | 1,461,013 | - |
| Balance at end of year | $ 6,047,000 | $15,078,000 |

An analysis of the unearned discount is as follows:

| Year ended December 31, | 2000 | 1999 |
|---|---|---|
| Balance at beginning of year | $ 7,084,530 | $ 1,868,000 |
| Additions due to originations | 25,795,296 | 9,121,310 |
| Discount earned on loans receivable sold | (23,906,046) | - |
| Discount of loans receivable written-off | (222,693) | - |
| Amortization | (382,384) | (335,740) |
| Allocation to allowance for credit losses | - | (3,569,040) |
| Balance at end of year | $ 8,368,703 | $ 7,084,530 |

SFC 2000
000032

16

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**3. Securitization and Retained Beneficial Interest**

During 2000, the Company sold student loans through securitization transactions. In all those securitizations, the Company relinquished servicing responsibilities, but retained interests in the interest only strips. The investors and the securitization trusts have no recourse to the Company's other assets for failure of debtors to pay when due. The Company's retained interests are subordinate to investor's interests and their value is subject to credit, and prepayment risks on the transferred financial assets. In 2000, the Company recognized aggregate pretax gains of $34.9 million on securitizations of student loans.

The original key economic assumptions used in measuring the retained interests at the date of securitization for transactions completed in 2000, the key economic assumptions used to measure the retained interests at December 31, 2000, the sum of the actual and projected static pool credit losses for transactions completed in 2000, the sensitivity of the current fair value of adverse changes in the assumptions and the cash flows between the securitization trusts and the Company as transferor in 2000 are presented below:

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

|  | POOL NUMBER | | | |
|---|---|---|---|---|
|  | GT 2000-1 | GT 2000-2 | GT 2000-3 | GT 2000-4 |
| **Original Economic Assumptions** |  |  |  |  |
| Prepayment speed assumption | 7.50% | 7.50% | 7.50% | 7.50% |
| Weighted-average life (in years) | 4.3 | 4.5 | 4.6 | 4.5 |
| Expected credit losses | 25.00% | 25.00% | 25.00% | 25.00% |
| Residual cash flows discount rate (annual) | 12.00% | 15.00% | 15.00% | 15.00% |
| Variable returns to transferees | N/A | N/A | N/A | N/A |
| **Sensitivity Analysis** |  |  |  |  |
| Carrying amount/fair value of retained interests | $766,423 | $4,307,929 | $4,521,943 | $3,170,587 |
| Weighted-average life (in years) | 4.2 | 4.4 | 4.5 | 4.5 |
| Prepayment speed | 7.50% | 7.50% | 7.50% | 7.50% |
| Impact on fair value of 10% adverse change | ($23,137) | ($117,765) | ($121,333) | ($88,396) |
| Impact on fair value of 20% adverse change | ($41,767) | ($215,711) | ($222,319) | ($163,588) |
| Expected credit losses | 25.00% | 25.00% | 25.00% | 25.00% |
| Impact on fair value of 10% adverse change | ($14,344) | ($78,562) | ($85,008) | ($60,785) |
| Impact on fair value of 20% adverse change | ($29,132) | ($156,887) | ($169,774) | ($122,998) |
| Residual cash flows discount rate (annual) | 12.00% | 15.00% | 15.00% | 15.00% |
| Impact on fair value of 10% adverse change | ($26,528) | ($177,966) | ($189,626) | ($132,636) |
| Impact on fair value of 20% adverse change | ($51,497) | ($343,391) | ($365,614) | ($255,713) |
| **Cash Flow Activity** |  |  |  |  |
| Proceeds from new securitizations | $50,000,000 | $53,053,642 | $48,459,255 | $30,000,000 |
| Proceeds from collections reinvested |  |  |  |  |
| in previous student loan securitizations | - | - | - | - |
| Servicing fees received | - | - | - | - |
| Other cash flows received on retained interests | 153,852 | 481,224 | 246,000 | - |
| Purchases of delinquent or foreclosed assets | - | - | - | - |
| Servicing advances | - | - | 189,801 | - |
| Repayments of servicing advances | - | - | - | - |
| Projected Credit Losses (%) as of: |  |  |  |  |
| December 31, 2001 | 7.1% | 10.2% | 9.8% | 8.1% |
| December 31, 2002 | 5.4% | 5.3% | 6.2% | 7.2% |
| December 31, 2003 | 3.7% | 1.1% | 1.4% | 1.8% |

SFC 2000
000034

18

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The following table presents quantitative information about delinquencies, net credit losses and components of securitized financial assets and other assets managed together with them ($ in Millions):

| | Total Principal Amount of Loans | Principal Balance of Loans 60 Days or More Past Due | Net Credit Losses |
|---|---|---|---|
| | At December 31, 2000 | | |
| Total loans managed or securitized | $     244.69 | $     48.13 | $     5.50 |
| Less: Loans securitized | 184.22 | | |
| Loans available for sale | $     60.47 | | |

The above information reflects school reserve forbearance.

4. **Investment in Subsidiary**

The Company has a 30% investment in an affiliate which is accounted for under the equity method. The nature and extent of this investment may change over time. The investment was made during 2000 through a capital infusion of $1,000,000 and a transfer of certain fixed assets with a net book value of $135,106 at the date of transfer. The Company's share of earnings of this unconsolidated affiliate was $246,258 for the year ended December 31, 2000.

SFC 2000
000035

19

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**5. Property, Software and Equipment**

Property, software and equipment consisted of the following:

| December 31, | 2000 | 1999 |
|---|---|---|
| Computer software and equipment | $ 3,450,972 | $ 881,540 |
| Furniture and fixtures | 328,926 | 233,846 |
| Leasehold improvements | 192,453 | 92,667 |
| Automobile | 77,075 | 77,075 |
| | 4,049,426 | 1,285,128 |
| Less accumulated depreciation and amortization | 838,545 | 202,306 |
| | $ 3,210,881 | $ 1,082,822 |

Software costs, net of accumulated amortization, at December 31, 2000 and 1999 were $1,184,391 and $47,125, respectively.

**6. Related Party Transactions**

The Company historically has made and received advances from educational and other institutions, either partially or wholly-owned by the Company's majority stockholder. These advances bear no interest and have no repayment terms due to their short-term nature. The amount due from these entities was approximately $3,574,000 at December 31, 1999.

Additionally, at December 31, 1999 the Company had a noninterest-bearing demand note receivable from its then, sole stockholder, collateralized by the personal assets of the stockholder. During 2000, the majority of the non-interest bearing advances to the educational and other institutions, as well as the note receivable from the majority stockholder were transferred to Student Marketing Services, LLC ("SMS"), a company 100% owned by the majority stockholder of SFC. In return, SFC received a 6% convertible promissory note receivable due in full at maturity, November 15, 2015, in the amount of $7,756,554,

SFC 2000
000036

20

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

representing the book value of the advances and the demand stockholder note receivable transferred to SMS. Interest is payable on the last day of each month through maturity. The advances remaining in due from related entities at December 31, 2000 approximated $40,000.

The notes conversion feature provides that the Company can convert any or all remaining principal due under the note into a fully paid and non-accessible membership interest in the common stock of SMS. The conversion price per share will be determined by the fair market value of the Company, determined by an independent appraiser at the time of conversion. To date, no such rights have been exercised.

During 2000, Student Marketing Services, LLC ("SMS") was formed to provide marketing services for SFC. SMS is owned by an entity that is owned 100% by the majority stockholder of SFC and neither entity has been included within these consolidated financial statements. SMS receives fees for applications processed and loans originated for SFC. During 2000, the Company was charged approximately $240,000 and $337,000 by SMS for application and origination fees, respectively. Additionally, SFC sold assets with a book value at the date of transfer of approximately $32,000 to SMS. Unpaid application and origination fees due to SMS at December 31, 2000 totaled $361,000.

Student Loan Servicing, LLC ("SLS") was organized to provide loan servicing for loans originated and securitized by SFC. Student Loan Servicing Member, LLC, owned by the majority stockholder of SFC, is the managing member of the Company with a 70% interest. Student Finance Corporation has a 30% interest in SLS.

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

SLS charges a monthly servicing fee based on executed servicing agreements at the beginning of the month for all loans serviced. During 2000, the Company recorded servicing expense of $1,357,000 on loans serviced by SLS. Also, SFC charges SLS a monthly management fee to cover accounting and other services provided. During 2000, SFC charged SLS management fees totaling $328,000. At December 31, 2000, unpaid fees due SLS approximates $846,000.

The Company advances funds to various Trusts ("Trusts") established in connection with its securitization of loans. These funds are used to pay certificate holders while awaiting insurance claims on defaulted loans and certain expenses at the inception of the securitization. The Company also receives payments on student loans which have been sold to these Trusts. When received, these payments are remitted to the Trust that owns the loans. At December 31, 2000, the net amount due to these Trusts approximated $98,000. At December 31, 1999, the Company was due approximately $384,000 from these trusts.

7. **School Reserves**    A summary of the activity in school reserves was as follows:

| December 31, | 2000 | 1999 |
|---|---|---|
| Balance at beginning of year | $ 7,367,768 | $ 4,500,000 |
| Originations | 146,455,946 | 57,623,651 |
| Payments to schools | (111,877,722) | (42,850,518) |
| Forbearance payments | (9,515,841) | (2,012,190) |
| Allocations to allowance for credit losses | (5,182,163) | (9,893,175) |
| Charge-offs | (629,016) | - |
| Balance at end of year | $ 26,618,972 | $ 7,367,768 |

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**8.  Warehouse Lines**

The Company has a warehouse line of credit with a bank which is due on demand and provides for borrowings up to a maximum of $25,000,000.  Borrowings bear interest at the rate of 200 basis points over the one-month London Interbank Offer Rate ("LIBOR"), 8.77% at December 31, 2000 and are collateralized by all assets of SFC Financial I, LLC.  The line is also guaranteed by the Company's majority stockholder.

The Company has a line of credit with a bank which is due on demand and provides for borrowings up to a maximum of $75,000,000.  Borrowings bear interest at a rate equal to the banks commercial paper rate if the bank can place its commercial paper at a specified credit rating.  Otherwise, the Company has the option to select either the Eurodollar rate in effect during each interest period plus 62.5 basis points or the banks base rate as defined in the Loan Agreement.  The rate in effect as of December 31, 2000 was 6.67%.  The line is collateralized by all assets of SFC Financial I, LLC.

**9.  Notes Payable**

Notes payable consists of the following:

| December 31, | 2000 | 1999 |
|---|---|---|
| Notes payable, originally due June 1999, bearing interest at rates ranging from 12% to 15%, collateralized by all assets of the Company.  The note was paid in full during 2000. | $ - | $ 1,662,611 |
| Notes payable, bearing interest at 15%, payable through November 2000.  The note was paid in full during 2000.  In addition, the agreements provide the lenders certain rights to receive discounts on subsequent student loan purchases from the FDIC up to a maximum of $1,000,000.  These rights survive the payment of these notes. | - | 1,274,871 |

SFC 2000
000039

23

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| | | |
|---|---:|---:|
| Notes payable, due May 2000, bearing interest at 12%. These notes were subsequently converted to equity of the Company during February 2000 (see footnote 11). | - | 1,000,000 |
| Note payable, bearing interest at 12%, payable in four installments of $650,000 plus accrued interest through March 2000. At December 31, 2000, the Company had obtained a waiver for the nonpayment of the remaining principal. The Company anticipates repaying this note by May 2001. A commitment fee of $357,500 was paid during 1999 with an additional $19,500 paid during 2000. | 650,000 | 650,000 |
| | $ 650,000 | $ 4,587,482 |

The note payable balance as of December 31, 2000 is guaranteed by the Company's majority stockholder. The Company has received a waiver from the lender regarding certain loan covenant violations.

10. **Subordinated Debt**    Subordinated debt consists of the following:

Subordinated debt, due December 2000 through July 2003, bearing interest at rates ranging from 10% to 15%, payable monthly, subordinated to all of the Company's other debt (See notes 8 and 9). The Company has received waivers from each of the individual lenders regarding certain covenant violations.

As of July 20, 2000, the subordinated loan agreements were amended to include an option by either the Company or the lenders to convert any unpaid principal balances and all accrued interest into the Company's common stock for which a fair value will be mutually agreed upon by both parties (see Note 11).

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

At December 31, 2000, each of the three subordinated note holders have a stock warrant that permits the holder at the time of exercise, to purchase the Company's common stock at any time during the holding period (as defined in the agreement) at an exercise price equal to $.01 per share. The number of shares that can be purchased is equal to the subordinated debenture amount divided by the per share market value of the Company stock (as defined in the stock warrant agreement). The stock warrants expire between December 31, 2005 and August 1, 2008. To date, none of these warrants have been exercised.

Per the stock warrant agreement, the number of shares of common stock issuable upon exercise of the stock warrant and the exercise price per share are subject to adjustment upon the occurrence of certain events (such as, sale of the maturity interest of the Company, change of ownership, liquidation or bankruptcy, reorganization of the Company or the failure to register the exercised shares within certain time lines.

In the event the Company fails to register the exercisable shares within thirty months from the date of the subordinated note, the initial principal amount of the subordinated debentures for the purpose of determining the number of exercisable shares will increase at rates ranging between 10% and 100% of the initial subordinated debenture amount depending on the time between original note date and exercisable shares registration date. Additionally, the Company has the right to redeem the stock warrants at specified prices per the stock warrant agreement. During 2000, the Company redeemed $1,000,000 of subordinated debt in exchange for common stock of the Company (see Note 11).

The aggregate minimum annual maturities on the subordinated debt are as follows:

| Year ending December 31, | Amount |
|---|---|
| | $ - |
| 2001 | 2,000,000 |
| 2002 | 1,000,000 |
| 2003 | |
| | $ 3,000,000 |

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**11. Equity Transactions**

*Debt Conversion*
During January 2000, the Company redeemed $1,000,000 of its debt. These notes were converted into 30 shares of the Company's common stock based upon the fair market value of the Company on the date of conversion.

*Stock Issuance*
During January 2000, the Company sold an additional 1370 shares of its common stock for approximately $5,000,012, net of issuance costs. A portion of the proceeds was used to repay certain note holders with the balance to be used for general corporate purposes.

*Treasury Stock*
During 2000, the Company authorized the repurchase of 180 shares of it's common stock issued and converted during 2000 at various dates through January 2001. As of December 31, 2000, the Company re-acquired 164 shares for approximately $5,885,000. During January 2001, the Company re-acquired the remaining 16 shares for approximately $1,047,000, which resulted in all of the Company's issued and outstanding common stock being owned by one individual. For shares purchased by the Company, common stock is charged for the par value of the shares retired and additional paid in capital is charged for the excess of the cost over the par value of shares retired. All of the repurchased shares as of December 31, 2000 have been retired as required by the Company's loan agreements, and such retired shares are considered authorized but unissued shares.

**12. Retirement Plan**

Effective January 1, 1999, the Company adopted a defined contribution plan, which covers all eligible employees and provides for matching contributions equal to the employee's elective deferral not to exceed 2% of the employee's annual compensation. Additionally, the Company may elect to make a discretionary profit sharing contribution. Employer contributions shall vest to participants equally over a five-year period. The Company's expense for the plan totaled approximately $9,900 and $6,400 in 2000 and 1999, respectively.

SFC 2000
000042

26

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| | |
|---|---|
| **13. Commitments and Contingencies** | The Company leases its office facilities and various equipment under operating leases which expire at various dates through 2009. Additionally, the leases contain certain escalation clauses for real estate taxes, utilities and maintenance. |

In March 2001, the Company entered into an agreement to lease approximately 45,000 square feet of office space in New Castle, Delaware. The Company will move its operations to this new facility and intends to sublease the office space at its current facility. The minimum future lease payment table below includes the rent for both facilities.

Rent expense for 2000 and 1999 was approximately $486,000 and $187,000, respectively.

Aggregate future minimum lease payments are approximately as follows:

| Year ending December 31, | Amount |
|---|---|
| 2001 | $1,081,000 |
| 2002 | 1,237,000 |
| 2003 | 1,188,000 |
| 2004 | 1,178,000 |
| 2005 | 1,128,000 |
| Thereafter | 1,966,000 |
| | $7,778,000 |

From time to time, the Company is involved in legal proceedings, claims and litigation arising in the ordinary course of business. In the opinion of management, the outcome of such current legal proceedings, claims and litigation could have a material effect on annual operating results or cash flows when resolved; however, management believes these matters will not materially effect the company.

In July 1998, a financial institution to which the Company sold a portion of a loan portfolio was placed into receivership by the Federal Deposit Insurance Corporation (FDIC). The Company filed a proof of claim with the FDIC to recover amounts held by that financial institution at the date of the filing. At December 31, 1998, the Company wrote-off the full amount due from this financial institution, which totaled $1,853,181.

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Subsequently, the FDIC filed suit against the Company alleging a breach of the agreement between the Company and the financial institution. Management then filed a counterclaim against the FDIC resulting from the financial institutions breach of the agreement and also seeking a declaratory judgment that the FDIC repudiated the agreement and return the amounts held in the reserve account prior to the FDIC's appointment as receiver. During March 2001, the Company and the FDIC entered into a tentative agreement to settle the litigation between the two parties. Under the tentative agreement, the Company would pay the FDIC $9,000,000 for the entire remaining portfolio of loans (approximately $11,000,000 of loans receivable outstanding), both performing and non-performing, previously purchased by the financial institution and currently held by the FDIC. The Company would also receive the $1,800,000 in escrow funds held by the FDIC and one-half the accrued interest on those funds. This settlement is subject to final approval of the FDIC's administrative committee and is expected to be finalized in July 2001. If this settlement is not finalized, a court trial has been set to begin in November 2001.

14. **Concentration of Credit Risk**

Financial instruments which potentially subject the Company to credit risk consist of cash and cash equivalents, restricted cash and receivables.

The Company invests its excess cash and cash equivalents and restricted cash with financial institutions it believes are creditworthy. At December 31, 2000, the Company had cash on deposit with a bank which exceeded federally insured limits by approximately $16,110,000.

The Company's loan portfolio consists of loans to students of educational institutions, primarily trade schools, throughout the United States. Management believes risks associated with the portfolio are reduced by the Company's underwriting standards and other monitoring procedures performed by management. Concentrations of credit risk arise when counterparties have similar economic characteristics that would cause their ability to meet contractual obligations to be similarly affected by changes in economic or other conditions.

SFC 2000
000044

28

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

At December 31, 2000, outstanding receivables owned, grouped by geographic region were as follows:

| | |
|---|---|
| Georgia | 11.24% |
| Alabama | 8.51% |
| North Carolina | 8.22% |
| Florida | 7.70% |
| South Carolina | 6.43% |
| Texas | 5.61% |
| Mississippi | 5.61% |
| Kentucky | 5.56% |
| United States (remaining areas) | 41.12% |

For the year ended December 31, 2000, the major concentrations in originations grouped by geographic region were as follows:

| | |
|---|---|
| Kentucky | 17.09% |
| Georgia | 10.98% |
| Mississippi | 10.66% |
| Indiana | 8.09% |
| Missouri | 7.92% |
| Florida | 7.05% |
| Tennessee | 6.45% |
| Alabama | 6.33% |
| United States (remaining areas) | 25.43% |

SFC 2000
000045

29