IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PEPPER HAMILTON LLP, W.RODERICK GAGNE, )<br>FREED MAXICK & BATTAGLIA CPAs As PC )<br>MCGLADREY & PULLEN, LLP AND MICHAEL )<br>AQUINO, )<br>)<br>Defendants. ) | C.A. No. 05-cv-00165 (JJF) |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **McGladrey & Pullen, LLP's And Michael Aquino's Memorandum Of Law In Support Of Their Motion To Dismiss** was made on June 10, 2005, upon the parties identified on the attached service list by electronic mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 10, 2005
      Wilmington, Delaware

                                    Christopher M. Winter (DE I.D. 4163)
                                    DUANE MORRIS LLP
                                    1100 N. Market Street, Suite 1200
                                    Wilmington, DE 19801
                                    Telephone:   (302) 657-4900
                                    Facsimile:    (302) 657-4901
                                    Email:         cmwinter@duanemorris.com

WLM\209086.1

## SERVICE LIST

| | |
|---|---|
| Tiffany L. Geyer, Esquire<br>Lawrence C. Ashby, Esquire<br>Philip Trainer, Jr., Esquire<br>Ashby & Geddes | Charlene D. Davis (No. 2336)<br>Christopher A. Ward (No. 3877)<br>The Bayard Firm |
| Alan S. Gilbert, Esquire<br>John Grossbart<br>Sonnenschein Nath & Rosenthal | James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliot, P.A. |
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell | Elizabeth K. Ainslie, Esquire<br>Nicholas LePore, Esquire<br>Schnader Harrison Segal & Lewis LLP |

WLM\209086.1