**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

Civil No. 05-165 (JJF)

## MOTION OF W. RODERICK GAGNÉ
## FOR THE DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant W. Roderick Gagné, though his undersigned counsel, hereby move this Court to dismiss Plaintiff's First Amended Complaint. Gagné moves for dismissal for the reasons set forth in the accompanying Brief.

MORRIS, NICHOLS, ARSHT & TUNNELL

*William H. Sudell, Jr. (No. 0463)*
William H. Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Counsel for Defendants Pepper Hamilton LLP
and W. Roderick Gagné*

OF COUNSEL:
SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Theresa E. Loscalzo, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

June 10, 2005

469329

## CERTIFICATE OF SERVICE

I, Laura V. McGeoch, Esquire, hereby certify I am not less than 18 years of age and that service of the foregoing **MOTION OF W. RODERICK GAGNÉ FOR THE DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT** was caused to be served this 10th day of June, 2005, in the manner indicated upon the entities identifies below.

Laura V. McGeoch (#4655)

**VIA HAND DELIVERY**

Lawrence C. Ashby
Philip Trainer, Jr., Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avneue
P.O. Box 1150
Wilmington, DE  19801
*(Counsel for Royal Indemnity)*

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE  19801
*(Counsel for Freed Maxick & Battaglia CPA's PC)*

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington DE  19801
*(Counsel for Freed Maxick & Battaglia CPA's PC; McGladrey & Pullen LLP and Michael Auino)*

**VIA FIRST CLASS MAIL**

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
Schnader, Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*(Counsel for W. Roderick Gagne  & Pepper Hamilton)*

Veronica E. Rendon
Richard P. Swqnson
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*(Counsel for McGladrey & Pullen LLP and Michael Aquino)*

469532