IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>Defendants. | Civil No. 05-165 (JJF) |

### ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of W. Roderick Gagné for the Dismissal of Plaintiff's First Amended Complaint and any response thereto, the motion is hereby GRANTED. It if further ORDERED that plaintiff's claims against W. Roderick Gagné are DISMISSED WITH PREJUDICE.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

469329