IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>                    Defendants. | C.A. No. 05-165<br><br>Hon. Joseph J. Farnan, Jr. |

**APPENDIX OF EXHIBITS TO THE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF McGLADREY & PULLEN, LLP AND MICHAEL AQUINO**

DUANE MORRIS LLP

Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

ARNOLD & PORTER LLP

Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

## INDEX OF EXHIBITS

| EXHIBITS | DESCRIPTION |
|---|---|
| Exhibit A | First Amended Complaint from *Royal v. McGladrey & Pullen, LLP*, Case No. 05-165 (D. Del. 2005) |
| Exhibit B | Fourth Amended Petition from *Royal v. T.E. Moor*, Cause No. D167370, (Dist. Ct. Jefferson Cty. Tx. Jun. 5, 2003) |
| Exhibit C | Royal Indemnity Company, Master Credit Risk Insurance Policy, No. RST 293308 |
| Exhibit D | Consolidated Financial Statements of Student Finance Corporation for Years ended December 31,1999 and 1998 With Auditor's Report |
| Exhibit E | Consolidated Financial Statements of Student Finance Corporation for Years ended December 31,2000 and 1999 With Auditor's Report |
| Exhibit F | December 31, 2000 Agreed Upon Procedures Reports |
| Exhibit G | Control Sheets For Issuance Of Agreed Upon Procedures Reports and 2000 Audited Financial Statements |
| Exhibit H | Answer, Additional Defenses and Amended Counterclaim and Cross-Claim from *Royal v. CDI*, Case No. 3-04-0107 (Dist. Ct. Tenn. Dec. 22, 2004) |
| Exhibit I | Amended Complaint from *Stanziale v. Royal*, Case No. 02-11620-JBR, Adversary Proceeding No. 02-6803 (Bank. D. Del. 2004) |
| Exhibit J | Complaint from *SWH Funding v. Student Finance Corp.*, Docket No. BER-L (N.J. Sup. Ct. 2002) |
| Exhibit K | *Duane Morris v. Todi*, No. 001980 Oct. Term 2001, 2002 WL 3105839 (Pa. Comm. Pl. Sept. 3, 2002) |
| Exhibit L | *Flood v. Makowski,*, No. Civ. A. 3:CV-03-1803, 2004 WL 1908221 (M.D. Pa. Aug. 24, 2004) |

| Exhibit M | *J.E. Rhoads v. Ammeral, Inc. v. Mol*, 1998 WL 116423 (Del. Super. April 14, 1988) |
|---|---|
| Exhibit N | *Lichtman v. Taufer*, 2004 WL 1632574 (Pa. Com. Pl. July 13, 2004). |
| Exhibit O | *McHale v. NuEnergy*, No. Civ. A. 01-4111, 2002 WL 321797 (E.D. Pa. Feb. 27, 2002) |
| Exhibit P | *Perma-Vault Safe Co. v. Keep-It-Safe, Inc.*, 2004 WL 603392 (E.D. Pa. Mar. 25, 2004) |
| Exhibit Q | *Pierce v. Rossetta Corp.*, Civ. A. No. 88-5873, 1992 WL 165817 (E.D. Pa. June 12, 1992) |
| Exhibit R | *Pomeranz v. Museum Partners*, 2005 WL 217039, (Del. Ch. Oct. 27, 2004) |
| Exhibit S | *Rosenbaum v. Myers*, No. Civ. A. 97-824, 1997 WL 689288, (E.D. Pa. Oct. 9, 1997) |
| Exhibit T | *Schnelling v. Prudential*, No. Civ. A. 03-6021, 2004 WL 1790175, (E.D. Pa. Aug. 9, 2004) |
| Exhibit U | *Spitzer v. Abdelhak*, No. Civ. A. 98-6475, 1999 WL 1204352, (E.D. Pa. Dec. 15, 1999) |
| Exhibit V | *Thompson v. Glenmede Trust Co.*, No. Civ. A. 92-5233, 1993 WL 197031 (E.D. Pa. June 8, 1993) |