# Exhibit D

# Student Finance Corporation and Subsidiaries

## Report on Consolidated Financial Statements

**Years Ended December 31, 1999 and 1998**

# Student Finance Corporation and Subsidiaries

## Contents

**Independent Auditors' Report**                                     3

**Consolidated financial statements**
    Balance sheets                                             4
    Statements of operations and deficit                       5
    Statements of cash flows                                 6-7

**Summary of significant accounting policies**                    8-12

**Notes to consolidated financial statements**                   13-23

## Independent Auditors' Report

Student Finance Corporation
Radnor, Pennsylvania

We have audited the accompanying consolidated balance sheets of Student Finance Corporation and subsidiaries as of December 31, 1999 and 1998, and the related consolidated statements of operations and deficit, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Student Finance Corporation and subsidiaries as of December 31, 1999 and 1998, and the consolidated results of their operations and their cash flows for the years then ended in conformity with generally accepted accounting principles.

*Freed Maxick Sachs & Murphy, PC*

July 26, 2000

3

| December 31, | 1999 | 1998 |
|---|---:|---:|
| **Assets** | | |
| | | |
| Cash and cash equivalents | $  1,478,399 | $    719,379 |
| Restricted cash | 3,585,715 | - |
| Receivables | 81,606,791 | 14,603,302 |
| Less: Unearned discount | (7,084,530) | 1,868,000 |
| Receivables after unearned discount | 74,522,261 | 12,735,302 |
| Less: Allowance for credit losses | (15,078,000) | 1,800,000 |
| Receivables, net of allowance for credit losses and uncarned discount | 59,444,261 | 10,935,302 |
| | | |
| Due from related entities | 3,957,688 | 1,689,123 |
| Note receivable, stockholder | 1,839,242 | 1,839,242 |
| Prepaid credit insurance | 9,244,011 | - |
| Prepaid expenses and other assets | 795,465 | 2,300 |
| Property and equipment, net | 1,082,822 | 423,129 |
| | | |
| Total assets | $  81,427,603 | $ 15,608,475 |

# Student Finance Corporation and Subsidiaries

## Consolidated Balance Sheets

| December 31, | 1999 | 1998 |
|---|---:|---:|
| **Liabilities and Stockholder's Deficiency** | | |
| **Liabilities** | | |
| Warehouse lines of credit | $ 78,593,310 | $ - |
| Notes payable | 4,587,482 | 9,850,000 |
| Subordinated debt | 3,000,000 | 3,000,000 |
| Servicing cost obligation | 449,260 | 275,000 |
| School reserves | 7,367,768 | 4,500,000 |
| Due to bank | 997,245 | 1,168,297 |
| Accounts payable and accrued expenses | 1,784,961 | 263,362 |
| **Total liabilities** | 96,780,026 | 19,056,659 |
| **Commitments and contingency** | | |
| **Stockholder's deficiency (Note 11)** | | |
| Common stock, $.01 par value | | |
| Authorized 1,000 shares | | |
| Issued and outstanding 100 shares | 1 | 1 |
| Additional paid-in capital | 149,999 | 149,999 |
| (Deficit) | (15,502,423) | (3,598,184) |
| **Total stockholder's deficiency** | (15,352,423) | (3,448,184) |
| **Total liabilities and stockholder's deficiency** | $ 81,427,603 | $ 15,608,475 |

*See accompanying summary of significant accounting policies and notes to consolidated financial statements.*

4

# Student Finance Corporation and Subsidiaries

### Consolidated Statements of Operations and Deficit

| Year ended December 31, | 1999 | 1998 |
|---|---:|---:|
| **Revenues** | | |
| Interest | $ 7,918,649 | $ 1,061,034 |
| Net gain on sales of loans receivable | - | 4,810,012 |
| Fees and other | 1,100,352 | 427,976 |
| **Total revenues** | 9,019,001 | 6,299,022 |
| **Operating expenses** | | |
| Interest | 6,586,923 | 460,715 |
| Salaries and related benefits | 2,406,079 | 1,261,961 |
| Marketing | 295,961 | 143,390 |
| Consulting fees | 3,250,385 | - |
| Professional fees | 1,067,561 | 680,492 |
| Provision for credit losses | - | 1,602,809 |
| Servicing | 923,758 | 242,117 |
| Office expense | 843,857 | 330,281 |
| Rent and utilities | 298,760 | 157,299 |
| Credit insurance | 691,615 | - |
| Other | 618,341 | 396,324 |
| **Total operating expenses** | 16,983,240 | 5,275,388 |
| **Operating income (loss) before other expenses** | (7,964,239 ) | 1,023,634 |
| **Other expenses** | | |
| Write-off of due from bank (Note 9) | - | (1,853,181) |
| **Net loss** | (7,964,239) | (829,547) |
| **Distributions to stockholder (Note 3)** | (3,940,000) | (2,537,500) |
| **Deficit at beginning of year** | (3,598,184) | (231,137) |
| **Deficit at end of year** | $ (15,502,423) | $ (3,598,184) |

*See accompanying summary of significant accounting policies and notes to consolidated financial statements.*

5

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net loss | $ (7,964,239) | $ (829,547) |
| Adjustments to reconcile net (loss) to net cash (used in) operating activities | | |
| Net gain on sales of loans receivable | - | (4,810,012) |
| Write-off of due from bank | - | 1,853,181 |
| Provision for credit losses | - | 1,602,809 |
| Depreciation and amortization | 108,521 | 44,600 |
| Changes in assets and liabilities | | |
| (Increase) decrease in assets | | |
| Receivables | | |
| Restricted cash | (3,585,715) | - |
| Due from bank | 658,706 | 784,221 |
| Due from insurance company | (116,168) | 258,195 |
| Proceeds from sales of loans receivable | - | 14,995,895 |
| Loan originations, net | (67,219,896) | (22,628,931) |
| Principal collected on loans receivable | 5,064,659 | 801,874 |
| Allowance for credit losses | 13,278,000 | (1,802,809) |
| Due from related entities | (2,268,565) | (1,682,865) |
| Prepaid credit insurance | (9,244,011) | |
| Prepaid expenses and other assets | (793,165) | (1,975) |
| Increase (decrease) in liabilities | | |
| School reserves | 2,867,768 | 2,403,932 |
| Accounts payable and accrued expenses | 1,521,599 | (59,597) |
| Due to bank | (171,052) | 1,168,297 |
| Due to related entities | - | (302,326) |
| **Net cash used in operating activities** | (67,863,558) | (8,205,058) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (768,214) | (151,212) |

6

# Student Finance Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

| Year ended December 31, | 1999 | 1998 |
|---|---:|---:|
| **Cash flows from financing activities** | | |
| Net increase in borrowings under warehouse lines of credit | $  78,593,310 | $            - |
| Proceeds from notes payable | 12,600,000 | 9,850,000 |
| Repayments of notes payable | (17,862,518) | (342,830) |
| Proceeds from subordinated debt | - | 1,000,000 |
| Distributions to stockholder | (3,940,000) | (2,537,500) |
| **Net cash provided by financing activities** | 69,390,792 | 7,969,670 |
| **Net increase (decrease) in cash** | 759,020 | (386,600) |
| **Cash and cash equivalents at beginning of year** | 719,379 | 1,105,979 |
| **Cash and cash equivalents at end of year** | $   1,478,399 | $   719,379 |
| **Supplemental disclosure of cash flow information** | | |
| Cash paid during the year for interest | $   6,717,923 | $   460,715 |

*See accompanying summary of significant accounting policies and notes to consolidated financial statements.*

7

# Student Finance Corporation and Subsidiaries

## Summary of Significant Accounting Policies

| | |
|---|---|
| **Nature of Business** | The Company originates and purchases for subsequent sale and securitization postsecondary education loans from various educational institutions located throughout the United States. Until March 2000, the Company retained the servicing rights on loans sold or securitized. As of March 2000, the Company will generally transfer the servicing rights to a servicing entity which is 30% owned by Student Finance Corporation (see footnote 11). |
| **Principles of Consolidation** | The consolidated financial statements of Student Finance Corporation and subsidiaries ("SFC") include the accounts of Student Finance Corporation (an S Corporation), and its wholly and majority owned subsidiaries: SFC Acceptance Corporation, LLC, SFC Financial I, LLC, SFC Financial II, LLC, and SFC Member Corporation (an S Corporation) (collectively, the "Company"). All material intercompany balances and transactions have been eliminated. |
| **Use of Estimates** | The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. |
| **Cash and Cash Equivalents** | Cash equivalents consist of short-term debt instruments purchased with an initial maturity of three months or less. |
| **Restricted Cash** | Restricted cash represents funds restricted as to its use under certain escrow and collateral agreements between the Company, the insurance company underwriting the credit insurance and other third parties as defined in the above agreements. All funds are disbursed under the terms of the agreements. |
| **Receivables** | Receivables consist of loans available for sale and securitization, due from banks and due from insurance company. |

8

# Student Finance Corporation and Subsidiaries

## Summary of Significant Accounting Policies

Loans available for sale and securitization are carried at the lower of aggregate cost (principal balance, including unamortized origination fees and costs) or market value. Market value is determined based on the characteristics of the loans held for sale and the utilization of pricing on similar previous transactions of the Company.

Due from banks represents the portion of the purchase price withheld by the purchaser of the loans to repay potential defaults net of allowance for credit losses.

Due from insurance company represents funds withheld from the securitization to pay claims for potential defaults net of allowance for credit losses.

**Allowance for Credit Losses**

The allowance for credit losses represents an amount considered by management to be adequate to cover estimated losses and valuation adjustments related to the balance of loans available for sale and securitization, due from banks and due from insurance company. Allowance for credit losses is increased by either charges to income, charges against the school reserves or unearned discount and decreased by chargeoffs (net of recoveries). The allowance is based upon periodic analysis of the portfolio, economic conditions and trends, historical credit loss experience, the borrowers' ability to repay and collateral values.

9

# Student Finance Corporation and Subsidiaries

## Summary of Significant Accounting Policies

**Prepaid Credit Insurance**

Prepaid credit insurance represents the amount of credit insurance premiums prepaid to an insurance company. The credit insurance covers the Company for credit loss caused by a defaulted student loan receivable during the policy period (as defined in the credit insurance policy). The initial liability limit was $75,000,000 for a premium cost equal to 12% of the outstanding principal amount of the insured loans, plus certain adjustments as defined in the insurance policy. During 1999, the Company obtained an additional $200,000,000 of insurance coverage for a premium of 8.5% of the outstanding principal balance on the date insured. In July 2000, the Company received a commitment for an additional $350,000,000 of coverage at a premium of 5.5% of the outstanding principal balance of the student loans on the date insured. The prepaid credit insurance account is amortized over the life of the policy on a straight-line basis. In addition, the Company could pay up to an additional 18% of insurance premiums for defaulted student loans during the policy period per the above mentioned insurance policies. The Company will expense the additional premium as it is incurred.

**Property and Equipment**

Property and equipment, including leasehold improvements, are stated at cost, less accumulated depreciation and amortization. Leasehold improvements are amortized over the lesser of the useful lives of the improvements or terms of the lease. Depreciation and amortization are computed using the straight-line method over the estimated useful lives of the assets, which range from 5 to 10 years.

10

# Student Finance Corporation and Subsidiaries

## Summary of Significant Accounting Policies

**Servicing Rights and Obligations**

The Company accounts for servicing rights and obligations associated with loans sold or securitized in accordance with Statement of Financial Accounting Standards ("SFAS") No. 125, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities". SFAS 125 requires that upon loan sale or securitization with retained servicing rights that companies capitalize costs or recognize the obligation associated with the right to service loans based on their relative fair values. The Company determines fair value based on the present value of estimated net future cash flows related to servicing income. The cost allocated to the servicing rights is amortized in proportion to and over the period of estimated net future servicing fee income.

SFAS 125 was applied to transfers and servicing of financial assets and extinguishments of liabilities occurring in 1999 and 1998. Based on loan sales, the Company recognized a servicing obligation approximating $449,000 and $275,000 at December 31, 1999 and 1998, respectively.

**School Reserves**

When originating or purchasing student loans, the Company generally funds only a portion of the principal borrowed. School reserves represent the unfunded portion of the loan to the student. Payment of such unfunded balance to the school is contingent upon certain criteria relating to: (1) the students meeting certain educational requirements, and (2) the Company receiving a certain amount of timely payments from the students. These funds are released to the schools at various stages during the student's education, with the final portion released upon graduation only if the student's loan is not delinquent.

The school reserve includes an additional amount based on the credit quality of the borrower. Upon graduation of the student, funds are released monthly to the schools on a percentage basis, provided the loan payments are not in arrears.

11

# Student Finance Corporation and Subsidiaries

## Summary of Significant Accounting Policies

**Income Recognition**

Gains or losses from sales and securitization of loans are recognized upon delivery and acceptance of loans by investors or upon the delivery of securitization certificates. Gains and losses from sales of loans are calculated based upon the difference between the sales proceeds and the net carrying amount of the loans. Sales proceeds include cash and deferred sales premiums, less sales costs, if applicable. Gains or losses from securitizations represent the present value of the differential between the interest rate earned on the loans sold and the passthrough rate paid to the securitization investors, after considering the effects of estimated prepayments, defaults and other costs, including normal servicing fees, less the costs of originating such loans.

Loan origination fees, purchase discounts and premiums, and associated direct loan origination costs are included in the carrying value of loans receivables and, accordingly, are included in the calculation of gain or loss on sale.

Interest income from loans receivable is recognized using the interest method. Accrual of interest income is suspended when a receivable is contractually delinquent for 90 days or more. The accrual is resumed when the receivable becomes contractually current and past due interest income is recognized at that time. In addition, a detailed review of receivables will cause earlier suspension if collection is deemed to be doubtful.

**Income Taxes**

The Company has elected to have its income taxed under Federal and State S Corporation or LLC provisions, which provide that, in lieu of corporate income taxes, the stockholder or member is taxed on the Company's taxable income. Accordingly, no provision for income taxes has been recognized in the accompanying financial statements.

**Reclassification**

Certain amounts in the 1998 financial statements have been reclassified to conform with the 1999 presentation.

12

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| 1. Receivables and Allowance for Credit Losses | Receivables consisted of the following: | | |
|---|---|---|---|

**December 31,**

| | | 1999 | 1998 |
|---|---|---|---|
| Loans receivable | $ | 80,361,820 | $ 12,815,793 |
| Unearned discount | | (7,084,530) | (1,868,000) |
| Loan receivable after unearned discount | | 73,277,290 | 10,947,793 |
| Due from banks | | 24,127 | 682,833 |
| Due from insurance company | | 1,220,844 | 1,104,676 |
| | | 74,522,261 | 12,735,302 |
| Allowance for credit losses | | (15,078,000) | (1,800,000) |
| | $ | 59,444,261 | $ 10,935,302 |

Contractual maturities of loans receivable by year are not readily available. However, loans generally terminate prior to maturity as a result of early payoffs and defaults.

Unearned discount represents the spread between the principal balance of the loan with the student and the amount available to be funded to the school in the form of school reserves. The unearned discount is considered to be unrefundable to the school. The Company recognizes unearned discount using the interest method over the life of the loan, if the loan continues to pay. A portion of the unearned discount will be utilized to absorb some of the losses on the loans receivable.

13

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

An analysis of the allowance for credit losses is as follows:

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| Balance at beginning of year | $ 1,800,000 | $ 2,000,000 |
| Provision | - | 1,602,809 |
| Allocation from school reserves | 9,893,175 | 2,494,011 |
| Allocation from unearned discount | 3,569,040 | 800,400 |
| Charge-offs | (184,215) | (5,097,220) |
| Balance at end of year | $ 15,078,000 | $ 1,800,000 |

An analysis of the unearned discount is as follows:

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| Balance at beginning of year | $ 1,868,000 | $ 101,000 |
| Additions due to originations | 9,121,310 | 2,695,555 |
| Discount earned | (335,740) | (128,155) |
| Allocation to allowance for credit losses | (3,569,040) | (800,400) |
| Balance at end of year | $ 7,084,530 | $ 1,868,000 |

**2.  Property and Equipment**

Property and equipment consisted of the following:

| December 31, | 1999 | 1998 |
|---|---|---|
| Computer software and equipment | $ 881,540 | $ 408,348 |
| Furniture and fixtures | 233,846 | 73,877 |
| Leasehold improvements | 92,667 | 34,689 |
| Automobile | 77,075 | - |
| | 1,285,128 | 516,914 |
| Less accumulated depreciation and amortization | 202,306 | 93,785 |
| | $ 1,082,822 | $ 423,129 |

14

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**3. Related Party Transactions**

The Company makes and receives advances from educational and other institutions, either partially or wholly-owned by the sole stockholder. The advances bear no interest and have no repayment terms because of their short-term nature. The amount due from these institutions was approximately $3,574,000 and $1,570,000 at December 31, 1999 and 1998, respectively.

The Company also advances funds to the SFC Grantor Trust 1996-1 ("Trust") established in connection with its 1996 securitization of loans. These funds approximate $384,000 and $118,000 at December 31, 1999 and 1998, respectively and are used to pay certificate holders while awaiting insurance claims on defaulted loans.

The Company has a noninterest-bearing demand note from its sole stockholder collateralized by the personal assets of the stockholder. The stockholder received distributions totaling $3,940,000 and $2,537,500 during 1999 and 1998, respectively. A portion of the funds received by the stockholder were utilized to pay estimated personal income taxes based on the preliminary financial results of the Company prior to the completion of the annual audited financial statements for each of the years ending December 31, 1999 and 1998.

**4. School Reserves**

A summary of the activity in school reserves was as follows:

| December 31, | 1999 | 1998 |
|---|---|---|
| Balance at beginning of year | $ 4,500,000 | $ 2,096,068 |
| Originations | 57,623,651 | 22,335,310 |
| Payments to schools | (44,862,708) | (17,437,367) |
| Allocations to allowance for credit losses | (9,893,175) | (2,494,011) |
| Balance at end of year | $ 7,367,768 | $ 4,500,000 |

15

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| 5. | Warehouse Lines | During 1999, the Company entered into a $25,000,000 warehouse line of credit with a bank. Borrowings bear interest at the rate of 200 basis points over the one-month London Interbank Offer Rate ("LIBOR"), 8.65% at December 31, 1999 and are collateralized by all assets of SFC Financial, I, LLC. The line is also guaranteed by the Company's sole stockholder. The Company has received a waiver from the bank regarding certain covenant violations. |
| --- | --- | --- |
| | | During 1999, the Company entered into a $60,000,000 warehouse line of credit with a bank. Borrowings bear interest at a rate equal to the banks commercial paper rate if the bank can place its commercial paper at a specified credit rating. Otherwise the Company has the option to select either the eurodollar rate in effect during each interest period plus 62.5 basis points or the banks base rate as defined in the loan agreement. The rate in effect as of December 31, 1999 is 6.24%. The line is collaterailized by all assets of SFC Financial, II, LLC. The Company has received a waiver from the Bank regarding certain covenant violations. |

| 6. | Notes Payable | Notes payable consists of the following: |
| --- | --- | --- |

| December 31, | 1999 | 1998 |
| --- | --- | --- |
| Notes payable, originally due June 1999, bearing interest at rates ranging from 12% to 15%, collateralized by all assets of the Company. In January 1999, those notes were refinanced at an interest rate of 15% and are due in aggregate monthly installments of $249,539 including principal and interest through July 2000. | $ 1,662,611 | $ 4,000,000 |

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| | | |
|---|---:|---:|
| Notes payable, bearing interest at 15%, payable in aggregate monthly installments of $124,770, including principal and interest, through November 2000, a commitment fee equal to 10% of the original face amount of the note was paid during 1999, collateralized by all assets of the Company. In addition, the agreements provide the lenders certain rights to receive discounts on subsequent student loan purchases from the FDIC up to a maximum of $1,000,000. These rights survive the payment of these notes. | 1,274,871 | - |
| Notes payable, due May 2000, bearing interest at 12%, payable monthly, a commitment fee equal to 10% of the original amount of the note is due and payable as of December 31, 1999, collateralized by specific student loans owned by the Company. These notes were subsequently converted to equity of Company during February 2000 (see footnote 11). | 1,000,000 | - |
| Note payable, bearing interest at 12%, payable in four installments of $650,000 plus accrued interest through March 2000. A commitment fee of $357,500 was paid during 1999 with an additional $19,500 payable during 2000. | 650,000 | - |

17

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| | | |
|---|---:|---:|
| Notes payable, paid in full as of January 1999, interest rates ranging from 12% to 15%. | - | 5,600,000 |
| Term loan, paid off in full as of January 1999, interest at 20% payable monthly. | - | 250,000 |
| | $  4,587,482 | $   9,850,000 |

The balance of notes payable as of December 31, 1999 matures during 2000 and is guaranteed by the sole stockholder. The Company has received waivers from each of the individual lenders regarding certain covenant violations.

**7.   Subordinated Debt**      Subordinated debt consists of the following:

Subordinated debt, due December 2000 through July 2003, bearing interest at rates ranging from 10% to 15%, payable monthly, subordinated to all of the Company's other debt (See notes 5 and 6). The Company has received waivers from each of the individual lenders regarding certain covenant violations.

As of July 20, 2000, the subordinated loan agreements were amended to include an option by either the Company or the lenders to convert any unpaid principal balances and all accrued interest into a number of shares of the Company's common stock which shares will be mutually agreed upon.

At December 31, 1999, each of the seven subordinated notes have a stock warrant that permits the holder at the time of exercise, to purchase common stock at any time during the holding period (as defined in the agreement) at an exercise price equal to $.01 per share. The number of shares that can be purchased is equal to the subordinated debenture amount divided by the per share market value of the Company stock (as defined in the stock warrant agreement). The stock warrants expire between December 31, 2005 and August 1, 2008.

18

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Per the stock warrant agreement, the number of shares of common stock issuable upon exercise of the stock warrant and the exercise price per share are subject to adjustment upon the occurrence of certain events (such as, sale of the maturity interest of the Company, change of ownership, liquidation or bankruptcy, reorganization of the Company or the failure to register the exercised shares within certain time lines.

In the event the Company fails to register the exercisable shares within thirty months from the date of the subordinated note, the initial principal amount of the subordinated debentures for the purpose of determining the number of exercisable shares will increase at rates ranging between 10% and 100% of the initial subordinated debenture amount depending on the time between original note date and exercisable shares registration date. Additionally, the Company has the right to redeem the stock warrants at specified prices per the stock warrant agreement. During 2000, the Company redeemed two stock warrants for $1,750,000.

The aggregate minimum annual maturities on the subordinated debt are as follows:

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 1,000,000 |
| 2001 | — |
| 2002 | 1,000,000 |
| 2003 | 1,000,000 |
| | $ 3,000,000 |

19

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| | | |
|---|---|---|
| 8. | **Retirement Plan** | Effective January 1, 1999, the Company adopted a defined contribution plan, which covers all eligible employees and provides for matching contributions equal to the employee's elective deferral not to exceed 2% of the employee's annual compensation. Additionally, the Company may elect to make a discretionary profit sharing contribution. Employer contributions shall vest to participants equally over a five-year period. The Company's expense for the plan totaled $6,363 in 1999. |
| 9. | **Commitments and Contingencies** | The Company leases its office facilities and various equipment under operating leases which expire at various dates through 2005. Additionally, the leases contain certain escalation clauses for real estate taxes, utilities and maintenance. |

Rent expense for 1999 and 1998 was approximately $187,000 and $134,000, respectively.

Aggregate future minimum lease payments are approximately as follows:

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 476,000 |
| 2001 | 575,000 |
| 2002 | 563,000 |
| 2003 | 509,000 |
| 2004 | 504,000 |
| Thereafter | 442,000 |
| | $3,069,000 |

From time to time, the Company is involved in legal proceedings, claims and litigation arising in the ordinary course of business. In the opinion of management, the outcome of such current legal proceedings, claims and litigation could have a material effect on annual operating results or cash flows when resolved; however, management believes these matters will not materially effect the company.

20

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

In July 1998, financial institutions to which the Company sold a portion of a loan portfolio was placed into receivership by the Federal Deposit Insurance Corporation (FDIC). The Company filed a proof of claim with the FDIC to recover amounts held by that financial institution at the date of the filing. At December 31, 1998, the Company wrote-off the full amount due from this financial institution, which totaled $1,853,181.

Subsequently, the FDIC filed suit against the Company alleging numerous breeches of the agreement between the Company and the Financial Institution. Management believes, based in part on advice of counsel, that the FDIC's claims are groundless and without merit and plans to vigorously defend itself. Accordingly, management has filed a counterclaim against the FDIC resulting from the financial institutions breach of the agreement and also seeks a declaratory judgement that the FDIC repudiated the agreement and return of amounts held in the reserve account prior to the FDIC's appointment as receiver. The FDIC and the Company have filed cross-motions on all issues in this case. It is expected that these motions will be fully briefed in August 2000 and a hearing on these motions is scheduled for October 2000. To date no trial has been set. Because of the preliminary nature of these actions, their outcome cannot be determined at this time. Accordingly, no adjustments have been made to the consolidated financial statements, except as described in the preceding paragraphs of this note.

**10. Concentration of Credit Risk**

Financial instruments which potentially subject the Company to credit risk consist of cash and cash equivalents, restricted cash and receivables.

The Company invests its excess cash and cash equivalents and restricted cash with financial institutions it believes are creditworthy. At December 31, 1999, the Company had cash on deposit with a bank which exceeded federally insured limits by approximately $5,192,000.

21

# Student Finance Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The Company's loan portfolio consists of loans to students of educational institutions, primarily trade schools, throughout the United States. Management believes risks associated with the portfolio are reduced by the Company's underwriting standards and other monitoring procedures performed by management. Concentrations of credit risk arise when counterparties have similar economic characteristics that would cause their ability to meet contractual obligations to be similarly affected by changes in economic or other conditions.

At December 31, 1999, outstanding receivables being serviced grouped by geographic region were as follows:

| | |
|---|---|
| Georgia | 12.82% |
| North Carolina | 9.91% |
| Florida | 8.59% |
| South Carolina | 7.32% |
| Texas | 7.23% |
| Mississippi | 5.32% |
| United States (remaining areas) | 48.81% |

For the year ended December 31, 1999, the major concentrations in originations grouped by geographic region were as follows:

| | |
|---|---|
| Georgia | 12.89% |
| Florida | 9.96% |
| North Carolina | 7.43% |
| Mississippi | 7.06% |
| Texas | 6.92% |
| South Carolina | 6.55% |
| Kentucky | 6.32% |
| Alabama | 5.10% |
| United States (remaining areas) | 37.77% |

**11. Subsequent Events**  On February 7, 2000, the Company received a commitment from various individuals and trusts to purchase 12% of the Company's common stock at a purchase price of $6,000,000. Of the $6,000,000 purchase price, $1,000,000 of existing debt was converted to common stock. The Company received $6,000,000 of the overall purchase price in February 2000, including the $1,000,000 of converted debt obligations. The Company has the right to repurchase the aforementioned shares at terms specified in the commitment letter.

22

# Student Finance Corporation and Subsidiaries

### Notes to Consolidated Financial Statements

In 2000, the Company increased the authorized number of shares of its common stock from 1,000 shares to 5,000 shares.

During March 2000, Student Finance Corporation provided $1,000,000 of initial capital to an unconsolidated related entity, which provides loan servicing for the majority of loans originated and sold by the Company. The entity is owned 70% by a Company whose majority member is also the majority stockholder of the Company and 30% by Student Finance Corporation. Any distribution that will be made by the unconsolidated related entity will be per the membership agreement. The transaction will be accounted for under the cost method of accounting.

In April 2000, the Company sold a portion of its Student Loan receivables with an outstanding principal balance of approximately $50,000,000 to a bankruptcy remote trust. The bankruptcy remote trust sold approximately $50,000,000 of senior pass through certificates at an interest rate of 8.06% due August 20, 2015 secured by the loans sold by the Company. The Company retained the interest only pass through certificates associated with the sale.

23