# Exhibit G

# McGladrey & Pullen, LLP

### REPORT ROUTING SHEET
*(Bind with the office copy of the report after typing)*

Client __Student Loan Servicing LLC__    Client No. __337-516-849-6__

Account Executive _____    Beg Field Date _____    End Field Date __2/21/01__

Address __Christiana Executive Campus, 111 Continental Drive, Newark DE__

Customer __SFC GT 2000-1__    Location __Newark DE__

Report Date __2/21/01__    Period Covered __12/31/00__

Hours _____ Cost _____ Expenses _____ Meals _____ Total Cost _____

Eng Letter Sent? (Y) N    Date Sent _____    Returned? (Y) N    Eng Fee __STANDARD__

Estimated Draft Date __4/1/01__    Date to Reviewer _____

Lead Examiner __David Dunkelberger__    Office __PHILA__

---

*Draft/Final*

Report prepared by __Dunkelberger__    Date __4/15/01__

Typed by _____    Date _____

Senior Review __Colatrella__    Date __4/17/01__

Copied to System __N: Aquino\Student Finance\2000\AVP-Servicer Reports\SFC Grantor Trust 2000-1 (Final.com)__

Draft Mailed __4/25/01__    To: __Diane Messick - Controller__

Number of draft copies:    Client __1__    Fileroom _____

Tara's Files _____

Final review of report cleared by: __Westh?__

Engagement partner approval for release __[signature]__ __4/b/__

__Delivered__ Final Mailed __4/30/01__    To: __Diane Messick__

Number of final copies:    Client __5__    Fileroom _____

Tara's Files _____

# McGladrey & Pullen, LLP

## REPORT ROUTING SHEET
*(Bind with the office copy of the report after typing)*

Client __STUDENT LOAN SERVICING LLC__ Client No. __937-516-899-6__

Account Executive _____ Beg Field Date _____ End Field Date __2/21/01__

Address __CHRISTIANA EXECUTIVE CAMPUS, 111 CONTINENTAL DRIVE, NEWARK DE__

Customer __SFC GT 2000-2__ Location __NEWARK DE__

Report Date __2/21/01__ Period Covered __12/31/00__

Hours _____ Cost _____ Expenses _____ Meals _____ Total Cost _____

Eng Letter Sent? (Y) N   Date Sent _____   Returned? (Y) N   Eng Fee __STANDARD__

Estimated Draft Date __4/1/01__   Date to Reviewer _____

Lead Examiner __DAVID DUNKELBERGER__   Office __PHILA__

### Draft/Final

Report prepared by __DUNKELBERGER__   Date __4/15/01__

Typed by _____   Date _____

Senior Review __COLATRELLA__   Date __4/17/01__

Copied to System __N: Aquino/Student Finance/2000\AUP-Servicer Reports\SFC Grantor Trust 2000-2__ (Final Copy)

Draft Mailed __4/25/01__   To: __DIANE MESSICK - CONTROLLER__

Number of draft copies: Client __1__   Fileroom _____

Tara's Files _____

Final review of report cleared by: __WESTAK__

Engagement partner approval for release __[signature] 4/01__

Final Mailed __4/30/01__   To: __DIANE MESSICK__

Number of final copies: Client __5__   Fileroom _____

Tara's Files _____

# McGladrey & Pullen, LLP

## REPORT ROUTING SHEET
*(Bind with the office copy of the report after typing)*

Client: **Student Loan Servicing LLC**   Client No.: **337-576-899-6**

Account Executive: _____   Beg Field Date: _____   End Field Date: **2/21/01**

Address: **Christiana Executive Campus, 111 Continental Drive, Newark DE**

Customer: **SFC GT 2000-3**   Location: **Newark DE**

Report Date: **2/21/01**   Period Covered: **12/31/00**

Hours: ___   Cost: ___   Expenses: ___   Meals: ___   Total Cost: ___

Eng Letter Sent? **Y** / N   Date Sent: ___   Returned? **Y** / N   Eng Fee: **Standard**

Estimated Draft Date: **4/1/01**   Date to Reviewer: ___

Lead Examiner: **David Dunkelberger**   Office: **Phila**

---

### Draft/Final

Report prepared by: **Dunkelberger**   Date: **4/15/01**

Typed by: ___   Date: ___

Senior Review: **Colatrella**   Date: **4/17/01**

Copied to System: **N: Aquino/Student Finance/2000\ASP-Service Reports SFC Grantor Trust 2000-3** (final copy)

Draft Mailed: **4/25/01**   To: **Diane Messick - Controller**

Number of draft copies:   Client: **1**   Fileroom: ___

Tara's Files: ___

Final review of report cleared by: **Westad**

Engagement partner approval for release: **[signature] 4/1**

Final Mailed: **4/30/01**   To: **Diane Messick**

Number of final copies:   Client: **5**   Fileroom: ___

Tara's Files: ___

# McGladrey & Pullen, LLP

### REPORT ROUTING SHEET
*(Bind with the office copy of the report after typing)*

Client __STUDENT LOAN SERVICING LLC__ Client No. __337-516-899-6__

Account Executive __—__ Beg Field Date _____ End Field Date __2/21/01__

Address __CHRISTIANA EXECUTIVE CAMPUS, 111 CONTINENTAL DRIVE, NEWARK DE__

Customer __SFC GT 2000-4__ Location __NEWARK DE__

Report Date __2/21/01__ Period Covered __12/31/00__

Hours _____ Cost _____ Expenses _____ Meals _____ Total Cost _____

Eng Letter Sent? (Y) N   Date Sent _____   Returned? (Y) N   Eng Fee __STANDARD__

Estimated Draft Date __4/1/01__   Date to Reviewer _____

Lead Examiner __DAVID DUNKELBERGER__   Office __PHILA__

---

**Draft/Final**

Report prepared by __DUNKELBERGER__   Date __4/15/01__

Typed by _____   Date _____

Senior Review __COLATRELLA__   Date __4/17/01__

Copied to System __N: Aquino/Student Finance/2000\AUP-Service Reports\SFC Grantor Trust 2000-4__ (Final COM)

Draft Mailed __4/25/01__   To: __DIANE MESSICK - CONTROLLER__

Number of draft copies:   Client __1__   Fileroom _____

   Tara's Files _____

Final review of report cleared by: __WESTAD__

Engagement partner approval for release __Approved 4/01__

Final Mailed __4/30/01__   To: __DIANE MESSICK__

Number of final copies:   Client __5__   Fileroom _____

   Tara's Files _____

*STUDENT FINANCE CORPORATION (CONSOLIDATED)*

**AUDIT ENGAGEMENT
REPORT RELEASE AND
DELIVERY RECORD**

### RELEASE APPROVAL

1. I am satisfied that we know of no subsequent events through delivery date which would affect the statements or our report.
2. I am satisfied that all of the following items have been satisfactorily resolved:
   a. "To Do's"
   b. Review Memos
3. I am satisfied that the workpapers contain all of the information necessary to support the financial report and the "To Do's", review memos and the draft copy of the financial report are no longer needed.
4. Fees for all professional services rendered for prior years have been paid.
5. Independence has been maintained in fact and in appearance. (Any independence questions are to be resolved and their resolution is to be documented in the Record of Consultations section of the Current File.)
6. I have read the client's annual report (or other document) which includes the financial statements and our report, and I am satisfied that the information contained therein, and the manner of its presentation, is not materially inconsistent with the presentation in the financial statements and notes thereto. Identify annual report (or other document) read:
   _N/A  FINANCIAL STATEMENTS ONLY_
7. I am satisfied that we have complied with all professional requirements and Firm policies, and therefore, the report(s) may be released.
8. I am satisfied that all reportable internal control conditions that came to our attention and all matters required to be communicated to the audit committee have been communicated.

Audit Engagement Partner _[signature]_   Date _4/30/01_

### DELIVERY RECORD

| Type of Report | Number of Copies[1] | Report Date | Report Delivered To | Method of Delivery[2] | Delivery Date[3] |
|---|---|---|---|---|---|
| Report on Financial Statements | 50 | 4/6/01 | DIANE MESSICK | HAND | 4/30/01 |
| Report on Internal Control | | | | | |
| Report to Audit Committee | | | | | |
| Management Letter | | | | | |
| Comfort Letter | | | | | |
| | | | | | |
| | | | | | |

(Write in any other appropriate delivery information[4]):

1-a (1|5)

Person performing delivery function: _____    Date: 4/30/01

### ENDNOTES

[1] Number of copies should be consistent with the intended use of the report and/or letter.
[2] Indicate whether by courier, personal delivery, etc.
[3] Date the final copy of the signed report is delivered to the client (or the client's designee).
[4] Indicate, for example, approval for client to print annual report containing our report on the financial statements.

An original signed copy by the Engagement Partner should be maintained in paper form.

1-a (1|5)