IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : |
| v. | : Civil No. 05-165 (JJF) |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of Pepper Hamilton LLP for the Dismissal of Plaintiff's First Amended Complaint and any response thereto, the motion is hereby GRANTED. It if further ORDERED that plaintiff's claims against Pepper Hamilton LLP are DISMISSED WITH PREJUDICE.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

469337