**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

CHRISTOPHER M WINTER
DIRECT DIAL: 302 657 4951
E-MAIL cmwinter@duanemorris com

www duanemorris com

June 10, 2005

**Via Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:    **Royal Indemnity Company v. Pepper Hamilton LLP, W. Roderick Gagne, Freed
       Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP and Michael Aquino,
       District Case No. 1:05-cv-00165-JJF**

Dear Judge Farnan:

       I write as Delaware counsel for McGladrey & Pullen, LLP and Michael Aquino in the
above-referenced action. Enclosed is Your Honor's courtesy copy of McGladrey's and Mr.
Aquino's Motion to Dismiss Royal's First Amended Complaint. Pursuant to a written stipulation
entered into by all of the parties, Royal will submit its opposition to the Motion on July 29, 2005.
And, as discussed at yesterday's status conference, McGladrey and Mr. Aquino will file their
reply brief on August 16, 2005.

       McGladrey and Mr. Aquino request oral argument on the motion which, we understand
from Your Honor, will be set for September 1, 2005.

       I am available should the Court have any questions.

                                              Respectfully,

                                              Christopher M. Winter

Enclosure
cc:    Tiffany L. Geyer, Esquire
       Lawrence C. Ashby, Esquire
       Philip Trainer, Jr., Esquire

DUANE MORRIS LLP
_____
1100 NORTH MARKET STREET. SUITE 1200    WILMINGTON. DE 19801-1246          PHONE: 302 657 4900   FAX: 302 657 4901
WLM\209079 1

DuaneMorris

The Honorable Joseph J. Farnan, Jr.
June 10, 2005
Page 2


Alan S. Gilbert, Esquire
John Grossbart, Esquire
Charlene D. Davis, Esquire
Christopher A. Ward, Esquire
William H. Sudell, Jr., Esquire
James L. Holzman, Esquire
J. Clayton Athey, Esquire
Elizabeth K. Ainslie, Esquire
Nicholas LePore, Esquire

WLM\209079 1