IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,              :
                                      :
    Plaintiff,                       :
                                      :
    v.                               :    Civil Action No. 05-165-JJF
                                      :
PEPPER HAMILTON LLP, et al.,          :
                                      :
    Defendants.                      :

### O R D E R

WHEREAS, the Court held a Status Conference on June 9, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) All briefing for motions to dismiss shall be completed **no later than Tuesday, August 16, 2005;**

2) The parties shall confer and submit an agreed-upon schedule for written discovery **no later than Tuesday, August 16, 2005;**

3) Written discovery shall commence on **Wednesday, September 7, 2005;**

4) The parties shall submit, **no later than Tuesday, August 16, 2005,** their preferences for trial dates: December 2006, late January 2007, or March 2007.


June 13, 2005                                  _____
DATE                                           UNITED STATES DISTRICT JUDGE