IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>      Defendants. | C.A. No. 05-CV-00165 (JJF) |

## **STIPULATION**

Plaintiff Royal Indemnity Company ("Royal"), and defendants Pepper Hamilton LLP ("Pepper"), W. Roderick Gagné ("Gagné"), McGladrey & Pullen, LLP ("McGladrey"), Michael Aquino ("Aquino") and Freed Maxick & Battaglia CPAs PC ("Freed"), by their counsel, hereby stipulate and agree Royal may file a single oversized brief up to 80 pages in length in response to the respective motions to dismiss made by Pepper, Gagné, McGladrey, Aquino and Freed.

**ASHBY & GEDDES**

_____
Lawrence C. Ashby (DE 468)
Phillip Trainer, Jr. (DE 2788)
Tiffany Geyer Lydon (DE 3950)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Michael H. Barr
Kenneth J. Pfaehler
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Alan S. Gilbert
John Grossbart
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

*Attorneys for Royal Indemnity Company*

**DUANE MORRIS LLP**

_____
Michael R. Lastkowski (DE 3829)
Christopher M. Winter (DE 4163)
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

-and-

**ARNOLD & PORTER LLP**
Richard P. Swanson
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

| MORRIS NICHOLS ARSHT & TUNNELL | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| *[signature]* | *[signature]* |
| William H. Sudell, Jr. (DE 463) | James L. Holzman (DE 663) |
| 1201 North Market Street | J. Clayton Athey (DE 4378) |
| P. O. Box 1347 | 1310 King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9200 | Telephone: (302) 888-6500 |
| Facsimile: (302) 658-3989 | Facsimile: (302) 658-8111 |
| -and- | -and- |
| **SCHNADER HARRISON SEGAL & LEWIS LLP** | **VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.** |
| Elizabeth K. Ainslie | John H. Eickemeyer |
| 1600 Market Street, Suite 3600 | Jonathan A. Wexler |
| Philadelphia, PA 19103 | 805 Third Avenue |
| Telephone: (215) 751-2000 | New York, NY 10022 |
| Facsimile: (215) 751-2205 | Telephone: (212) 407-7760 |
|  | Facsimile: (212) 407-7799 |
| *Attorneys for Pepper Hamilton LLP and W. Roderick Gagné* | *Attorneys for Freed Maxick & Battaglia CPAs, PC* |

This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

**ORDER GRANTING STIPULATION**

**IT IS HEREBY ORDERED** that aforesaid Stipulation is allowed.

Date:_____

                                                _____
                                                The Honorable Joseph J. Farnan
                                                United States District Judge

11908970