IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>    Defendants. | C.A. No. 05-165<br><br>Judge Joseph J. Farnan, Jr. |

**COMPENDIUM OF UNREPORTED CASES CITED IN ROYAL INDEMNITY COMPANY'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

                  ASHBY & GEDDES
                  Lawrence C. Ashby (I.D. #468)
                  Philip Trainer, Jr. (I.D. #2788)
                  222 Delaware Avenue, 17th Floor
                  Wilmington, Delaware 19899
                  (302) 654-1888
                  (302) 654-2067 (Fax)

                  SONNENSCHEIN NATH & ROSENTHAL LLP
                  Michael H. Barr
                  Kenneth J. Pfaehler
                  Richard M. Zuckerman
                  1221 Avenue of the Americas
                  New York, New York 10020-1089
                  (212) 768-6700
                  (212) 768-6800 (fax)
                    and
                  Alan S. Gilbert
                  John I. Grossbart
                  8000 Sears Tower, 233 S. Wacker Drive
                  Chicago, Illinois 60606
                  (312) 876-8000
                  (312) 876-7934 (fax)

Dated: July 29, 2005            *Attorneys for Plaintiff Royal Indemnity Company*

**TABLE OF CONTENTS**

Cases

**EXHIBIT**

*AES Corp.*,
   No. Civ. A. 99-673-JJF, 2001 WL 34367296 (D. Del. Jan. 19, 2001) ..........................1

*Albert v. Alex Brown Management Services*,
   No. 762-N, 2005 WL 1594085 (Del. Ch. June 29, 2005)................................................2

*American Energy Technologies, Inc. v. Colley & McCoy Co.*,
   No. Civ. A. 98-398-MMS, 1999 WL 301648 (D. Del. 1999) .......................................3

*Anderson v. Airco, Inc.*,
   No. Civ. A. 02C-12-091-HDR, 2004 WL 1551484
   (Del. Super. Ct. June 30, 2004)....................................................................................4

*B. Lewis Productions, Inc. v. Bean*,
   No. Civ. A. 02-93-KAJ, 2005 WL 273298 (D. Del. Jan. 28, 2005) ..............................5

*Babiarz v. Bell Atlantic-Pennsylvania, Inc.*,
   No. 1863, 2001 WL 1808554 (Pa. Ct. Com. Pl. July 10, 2001) ....................................6

*Bristol Twp. v. Independence Blue Cross*,
   No. Civ. A. 01-4323, 2001 WL 1231708 (E.D. Pa. Oct. 10, 2001)...............................7

*Brown v. SAP America, Inc.*,
   No. Civ. A. 98-507-SLR, 1999 WL 803888 (D. Del. Sept. 13, 1999) ..........................8

*Butala v. Agashiwala*,
   No. 95 Civ. 936-JGK, 1997 WL 79845 (S.D.N.Y. Feb. 24, 1997) ...............................9

*Carello v. PricewaterhouseCoopers LLP*,
   Civ. A. 01C-10-219RRC, 2002 WL 145111 (Del. Super. July 3, 2002).....................10

*Cavalier Clothes, Inc. v. Major Coat Co.*,
   No. Civ. A. 89-3325, 1991 WL 125179 (E.D. Pa. June 26, 1991) ..............................11

*Cerullo v. Harper Collins Publishers, Inc.*,
   No. 01C-03-21-CHT, 2002 WL 243387 (Del. Super. Ct. Feb. 19, 2002) ...................12

*City of Philadelphia v. Human Services Consultants*,
   No. 00950, 2004 WL 717240 (Pa. Ct. Com. Pl. Mar. 23, 2004) .................................13

*Corporate Aviation Concepts, Inc., v. Multi-Serv. Aviation Corp.*,
   No. Civ. A. 03-3020, 2004 WL 1900001 (E.D. Pa. Aug. 25, 2004) ............................ 14

*Dianese, Inc. v. Commonwealth of Pennsylvania*,
   C.A. No. 01-2520, 2002 WL 1340316 (E.D. Pa. June 19, 2002) ................................ 15

*F.D.I.C. v. Brossman*,
   No. Civ. A. 81C-DE-116, 1984 WL 553542 (Del. Super. Ct. June 12, 1984) ............ 16

*Feinberg v. Saunders, Karp & Megrue, L.P.*,
   No. 97-207-SLR, 1998 WL 863284 (D. Del. Nov. 13, 1998) ..................................... 17

*Flood v. Makowski*,
   No. Civ. A. 3:CV-03-1803, 2004 WL 1908221 (M.D. Pa. Aug. 24, 2004) ................ 18

*Gates v. Ernst & Young*,
   No. Civ. A. 93-CV-2332, 1994 WL 444709 (E.D. Pa. Aug. 15, 1994) ...................... 19

*Healthguard of Lancaster, Inc. v. Gartenberg*,
   No. Civ. A. 02-2611, 2004 WL 632722 (E.D. Pa. Mar. 5, 2005) ............................... 20

*J. E. Rhoads & Sons, Inc. v. Ammeraal, Inc.*,
   1988 WL 116423 (Del. Super. Ct. Oct. 12, 1988) ....................................................... 21

*Jeffreys v. Exten*,
   No. 86-32-SLR, 1993 U.S. Dist. LEXIS 18537 (D. Del. Dec. 30, 1992) ................... 22

*Juran v. Bron*,
   No. 16464, 2000 WL 1521478 (Del. Ch. Oct. 6, 2000) .............................................. 23

*Kaiser v. Stewart*,
   No. Civ. A. 96-6643, 1997 WL 476455 (E.D. Pa. Aug. 19, 1997) ............................ 24

*Koch v. First Union Corp.*,
   No. 0549, 2002 WL 372939 (Pa. Ct. Com. Pl. Jan. 12, 2002) ................................... 25

*Official Committee of Unsecured Creditors of RSL Com Primecall v. Beckoff (In
   re RSL Com Primecall)*, No. 01-11457 et al., 2003 WL 22989669 (Bankr.
   S.D.N.Y. 2003) ............................................................................................................ 26

*Pierce v. Rossetta Corp.*,
   No. Civ. A. 88-5873, 1992 WL 165817 (E.D. Pa. June 12, 1992) ............................ 27

*Pomeranz v. Museum Partners, L.P.*,
   No. Civ. A. 20211, 2005 WL 217039 (Del.Ch. Jan. 24, 2005) .................................. 28

*Schuylkill Skyport Inn v. Rich*,

    No. Civ. A. 95-3128, 1996 WL 502280 (E.D. Pa. Aug. 20, 1996) ............................ 29

*Segen v. Comvest Venture Partners, LP*,
    No. Civ. A. 04-822-JJF, 2005 WL 1320875 (D. Del. June 2, 2005) ......................... 30

*Sompo Japan Ins., Inc. v. Deloitte & Touche, L.L.P.*,
    No. 03 CVS 5547, 2005 WL 1412741 (Super. Ct., Guilford County Business
    Ct. June 10, 2005) ............................................................................................ 31

*Spitzer v. Abdelhak*,
    No. Civ. A. 95-4243 Section "T"(3), 1999 WL 1204352
    (E.D. Pa. Dec. 15, 1999) ................................................................................... 32

*State Farm Mutual Automobile Insurance Co. v. Makris*,
    No. Civ. A. 01-5351, 2003 WL 924615 (E.D. Pa. Mar. 4, 2003) ............................. 33

*Stone St. Services v. Daniels*,
    No. Civ. A. 00-1904, 2000 WL 1909373 (E.D. Pa. Dec. 29, 2000) .......................... 34

*In re Student Finance Corp.*,
    No. Civ. A 03-507-JJF, 2004 WL 609329 (D. Del. Mar. 23, 2004) ......................... 35

*Vendsouth, Inc. v. Arth*,
    No. 00-10112C-7G, ADV. 01-2016, 2003 WL 22399581 (Bankr. M.D.N.C.
    Oct. 10, 2003). ................................................................................................. 36

*Wilder v. Williams*,
    No. Civ. A. 87-1043, 1989 WL 67821 (W.D. Pa. Feb. 7, 1989) .............................. 37

*Wolf v. Magness Const. Co.*,
    No. Civ. A. 13004, 1995 WL 571896 (Del. Ch. Sept. 11, 1995) ............................. 38

159945.1