**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

CHRISTOPHER M WINTER
DIRECT DIAL: 302 657 4951
E-MAIL cmwinter@duanemorris com

www duanemorris com

August 12, 2005

**Via Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:    Royal Indemnity Company v. Pepper Hamilton LLP, W. Roderick Gagne, Freed Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP and Michael Aquino, District Case No. 1:05-cv-00165-JJF

Dear Judge Farnan:

I write as Delaware counsel for McGladrey & Pullen, LLP and Michael Aquino in the above-referenced action. On June 13, 2005, You Honor entered an order providing, *inter alia*, that briefing for motions to dismiss in the above-referenced action would be completed on or before August 16, 2005. The parties have entered into a subsequent Stipulation that, subject to Your Honor's approval, extends to August 18, 2005 the time for Defendants to file reply briefs in support of their respective motions to dismiss. In addition, the Stipulation provides that McGladrey & Pullen, LLP and Michael Aquino will file a joint reply brief not to exceed 30 pages in length.

Enclosed for Your Honor's review is a copy of the Stipulation. If the Stipulation is acceptable, it is respectfully requested that Your Honor sign the "So Ordered" clause of the Stipulation and enter it on the Court's docket.

As always, I am available to answer any questions at the Court's convenience.

Respectfully,

Christopher M. Winter

Enclosure

DUANE MORRIS LLP
———
1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246        PHONE: 302 657 4900   FAX: 302 657 4901
WLM\210568 1

DuaneMorris

The Honorable Joseph J. Farnan, Jr.
August 12, 2005
Page 2


cc:     Tiffany L. Geyer, Esquire
        Lawrence C. Ashby, Esquire
        Philip Trainer, Jr., Esquire
        Alan S. Gilbert, Esquire
        John Grossbart, Esquire
        Charlene D. Davis, Esquire
        Christopher A. Ward, Esquire
        William H. Sudell, Jr., Esquire
        James L. Holzman, Esquire
        J. Clayton Athey, Esquire
        Elizabeth K. Ainslie, Esquire
        Nicholas LePore, Esquire

WLM\210568.1