IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | C.A. No. 05-CV-00165 (JJF) |

**STIPULATION TO EXTENDING TIME FOR**
**DEFENDANTS TO SUBMIT REPLY BRIEFS**

Plaintiff Royal Indemnity Company, and Defendants Pepper Hamilton LLP, W. Roderick Gagné, McGladrey & Pullen, LLP, Michael Aquino and Freed Maxick & Battaglia CPAs PC, by their counsel, hereby stipulate that:

1. Each Defendant shall have until August 18, 2005, to file and serve a reply brief in support of their respective motions to dismiss filed in the above-captioned action.

2. Defendants McGladrey & Pullen, LLP and Michael Aquino will file a joint reply brief not to exceed thirty pages in length.

Dated: August 11, 2005

[Signatures of parties and So Ordered clause on following pages.]

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| | */s/ Christopher M. Winter* |
| Lawrence C. Ashby (DE 468) | Michael R. Lastkowski (DE 3829) |
| Phillip Trainer, Jr. (DE 2788) | Christopher M. Winter (DE 4163) |
| Tiffany Geyer Lydon (DE 3950) | 1100 North Market Street |
| 222 Delaware Avenue, 17th Floor | Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801-1246 |
| Telephone: (302) 654-1888 | Telephone: (302) 657-4900 |
| Facsimile: (302) 654-2067 | Facsimile: (302) 657-4901 |
| | |
| -and- | -and- |
| | |
| **SONNENSCHEIN NATH & ROSENTHAL LLP** | **ARNOLD & PORTER LLP** |
| Michael H. Barr | Richard P. Swanson |
| Kenneth J. Pfaehler | Veronica E. Rendon |
| 1221 Avenue of the Americas | 399 Park Avenue |
| New York, NY 10020-1089 | New York, NY 10022-4690 |
| Telephone: (212) 768-6700 | Telephone: (212) 715-1000 |
| Facsimile: (212) 768-6800 | Facsimile: (212) 715-1399 |
| | |
| Alan S. Gilbert | *Attorneys for McGladrey & Pullen, LLP and* |
| John Grossbart | *Michael Aquino* |
| 8000 Sears Tower | |
| 233 S. Wacker Drive | |
| Chicago, IL 60606 | |
| Telephone: (312) 876-8000 | |
| Facsimile: (312) 876-7934 | |
| | |
| *Attorneys for Royal Indemnity Company* | |

| | |
|---|---|
| **ASHBY & GEDDES**<br>*/s/ C. Ashby/*<br>Lawrence C. Ashby (DE 468)<br>Phillip Trainer, Jr. (DE 2788)<br>Tiffany Geyer Lydon (DE 3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | **DUANE MORRIS LLP**<br><br>Michael R. Lastkowski (DE 3829)<br>Christopher M. Winter (DE 4163)<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901 |
| -and- | -and- |
| **SONNENSCHEIN NATH & ROSENTHAL LLP**<br>Michael H. Barr<br>Kenneth J. Pfaehler<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800 | **ARNOLD & PORTER LLP**<br>Richard P. Swanson<br>Veronica E. Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>Telephone: (212) 715-1000<br>Facsimile: (212) 715-1399 |
| Alan S. Gilbert<br>John Grossbart<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934 | *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* |
| *Attorneys for Royal Indemnity Company* | |

2

| MORRIS NICHOLS ARSHT & TUNNELL | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| William H. Sudell, Jr. (DE 463)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989 | James L. Holzman (DE 663)<br>J. Clayton Athey (DE 4378)<br>1310 King Street<br>Wilmington, DE 19801<br>Telephone: (302) 888-6500<br>Facsimile: (302) 658-8111 |
| -and- | -and- |
| **SCHNADER HARRISON SEGAL & LEWIS LLP**<br>Elizabeth K. Ainslie<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2000<br>Facsimile: (215) 751-2205<br><br>*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné* | **VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.**<br>John H. Eickemeyer<br>Jonathan A. Wexler<br>805 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 407-7760<br>Facsimile: (212) 407-7799<br><br>*Attorneys for Freed Maxick & Battaglia CPAs, PC* |

This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

**ORDER GRANTING STIPULATION**

**IT IS HEREBY ORDERED** that aforesaid Stipulation is allowed.

Date:_____

_____
The Honorable Joseph J. Farnan
United States District Judge

3

WLM\210545.2

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL | PRICKETT, JONES & ELLIOTT, P.A. |

*/s/ J. Newdeck*

William H. Sudell, Jr. (DE 463)
Joanna F. Newdeck (DE 4587)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Elizabeth K. Ainslie
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné*

James L. Holzman (DE 663)
J. Clayton Athey (DE 4378)
1310 King Street
Wilmington, DE 19801
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

-and-

**VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.**
John H. Eickemeyer
Jonathan A. Wexler
805 Third Avenue
New York, NY 10022
Telephone: (212) 407-7760
Facsimile: (212) 407-7799

*Attorneys for Freed Maxick & Battaglia CPAs, PC*

This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

**ORDER GRANTING STIPULATION**

**IT IS HEREBY ORDERED** that aforesaid Stipulation is allowed.

Date:_____

_____
The Honorable Joseph J. Farnan
United States District Judge