# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 15, 2005

**VIA E-FILE AND HAND DELIVERY**

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

| Re: | *Wells Fargo Bank N.A. v. Royal*, **Case No. 02-1294-JJF;** |
|---|---|
| | *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, **Case No. 04-1551-JJF;** |
| | *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, **Case No. 05-72-JJF; and** |
| | *Royal v. Pepper Hamilton, et al.*, **Case No 05-165-JJF** |

Dear Judge Farnan:

At the conference on June 9, 2005 held in connection with the above matters, the Court instructed the parties to confer regarding a schedule for coordinated discovery, conference dates and a trial date, leaving for later a determination by the Court of all procedural issues regarding trial. We have done so and the parties (except Andrew Yao and the SFC-related entities who did not participate) have agreed to the entry of the following scheduling orders in each of those cases, copies of which are enclosed.

Respectfully submitted,

/s/ Tiffany Geyer Lydon  (I.D. #3950)

Tiffany Geyer Lydon

Enclosures

cc:    John Grossbart (Counsel for Royal Indemnity Company)
       Philip Trainer, Jr. (Counsel for Royal Indemnity Company)
       David C. McBride (Counsel for Wells Fargo Bank N.A.)
       Andre G. Castaybert (Counsel for Wells Fargo Bank N.A.)
       James J. Rodgers (Counsel for Trustee)
       Donald Crecca (Counsel for Trustee)
       Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino)
       John H. Eickemeyer (Counsel for Freed Maxick & Battaglia CPAs, PC)
       Stephen J. Shapiro (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
       Elizabeth K. Ainslie (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
       Neil G. Epstein (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts)
       Michael R. Lastkowski (Counsel for McGladrey & Pullen LLP and Michael Aquino)
       William H. Sudell, Jr. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
       James L. Holzman (Counsel for Freed Maxick & Battaglia CPAs, PC)
       Andrew Yao

160458.1