IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165(JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

**APPENDIX OF UNREPORTED CASES IN THE REPLY BRIEF IN SUPPORT OF MOTION OF W. RODERICK GAGNÉ FOR THE DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

MORRIS, NICHOLS, ARSHT & TUNNELL
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver, Esq. (No. 2983)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for Defendant W. Roderick Gagné*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Theresa E. Loscalzo, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

August 16, 2005

## **TABLE OF CONTENTS**

**EXHIBIT**

*Breslin v. Brainard*, No. 01-CA-7269, 2003 U.S. Dist. LEXIS 19609 (E.D. Pa. Oct. 10, 2003) ................. A

*Dianese, Inc. v. Commonwealth of Pennsylvania*, No. 01-CV-2520,
    2002 U.S. Dist. LEXIS 10917 (E.D. Pa. June 19, 2002) ................................................................ B

*Hemispherx Biopharma, Inc. v. Asensio*, No. 98-5204,
    1999 U.S. Dist. LEXIS 2849 (E.D. Pa. Mar. 15, 1999) .................................................................C

*Schuylkill Skyport Inn, Inc. v. Rich*, No. 95-3128,
    1996 U.S. Dist. LEXIS 12655 (E.D. Pa. Aug. 20, 1996) ............................................................. D