IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| Plaintiff, | : | Civil No. 05-165(JJF) |
| vs. | : | |
| PEPPER HAMILTON LLP, ET AL. | : | |
| Defendants. | : | |

**APPENDIX OF UNREPORTED CASES IN REPLY BRIEF IN SUPPORT
OF MOTION OF PEPPER HAMILTON LLP FOR THE DISMISSAL
OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

MORRIS, NICHOLS, ARSHT & TUNNELL
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver, Esq. (No. 2983)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

August 16, 2005

## TABLE OF CONTENTS

**EXHIBIT**

*AES Corp. v. Dow Chem. Co.*, Civil Action No. 99-673,
    2001 U.S. Dist. LEXIS 25557 (D. Del. Jan. 19, 2001) ............................................................. A

*Brown v. SAP Am., Inc.*, C.A. No. 98-507,
    1999 U.S. Dist. LEXIS 15525 (D. Del. Sept. 13, 1999) ........................................................... B

*Butala v. Agashiwala*, 95 Civ. 936, 1997 U.S. Dist. LEXIS 1934 (S.D.N.Y. Feb. 24, 1997) ............ C

*Cerullo v. Harper Collins Pub.*, 30 Med. L. Rptr. 1499 (Del. Super. Ct. 2001) ........................... D

*FDIC v. Brossman*, Civil Action No. 81C-DE-116,
    1984 Del. Super. LEXIS 826 (Del. Super. Ct. Sept. 5, 1984) .................................................. E

*Feinberg v. Saunders, Karp & Megrue, L.P.*, C.A. No. 97-207,
    1998 U.S. Dist LEXIS 19144 (D. Del. Nov. 13, 1998) ............................................................. F

*Moseley v. Arth (In re Vendsouth, Inc.)*, No. 00-10112C-7G, ADV. 01-2016,
    2003 WL 22399581 (Bankr. M.D.N.C. Oct. 10, 2003) ........................................................... G

*Nat'l Union Fire Ins. Co. v. Forman 635 Joint Venture*, 94 Civ. 1312,
    1996 U.S. Dist. LEXIS 13014 (S.D.N.Y. Sept. 6, 1996) ........................................................... H

*Sompo Japan Ins. Inc. v. Deloitte & Touche, LLP*, 03 CVS 5547,
    2005 NCBC LEXIS 1, (N.C. Super. Ct., Guilford County, June 10, 2005) ............................. I

*TUG Liquidation, LLC v. Atwood (In re Buildnet, Inc.)*, No. 01-82293,
    2004 WL 1534296 (Bankr. M.D.N.C. June 16, 2004) ............................................................. J

*W & G Milford Assoc., L.P. v. Jeffcor, Inc.*, C. A. No. 89C-JN-161,
    1991 Del. Super. LEXIS 229 (Del. Super. Ct. Apr. 12, 1991) ................................................. K

*WM High Yield Fund v. O'Hanlon*, No. 00-3423,
    2005 U.S. Dist. LEXIS 12064 (E.D. Pa. May 13, 2005) ........................................................... L