<u>CERTIFICATE OF SERVICE</u>

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of the foregoing **Appendix Of Unreported Cases In The Reply Brief In Support Of Motion Of Pepper Hamilton LLP For The Dismissal Of Plaintiff's First Amended Complaint** was caused to be made on August 16, 2005, in the manner indicated upon the entities identified on the attached service list.

Date:   August 16, 2005
        Wilmington, Delaware

_/s/ Joanna F. Newdeck_
Joanna F. Newdeck (No. 4587)

<u>**VIA HAND DELIVERY**</u>

Lawrence C. Ashby
Philip Trainer, Jr., Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801
*(Counsel for Royal Indemnity)*

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19801
*(Counsel for Freed Maxick & Battaglia CPA's PC)*

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington DE 19801
*(Counsel for Freed Maxick & Battaglia CPA's PC; McGladrey & Pullen LLP and Michael Auino)*

<u>**VIA FIRST CLASS MAIL**</u>

John H. Eickemeyer, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
Schnader, Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*(Counsel for W. Roderick Gagne & Pepper Hamilton)*

Veronica E. Rendon
Richard P. Swanson
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*(Counsel for McGladrey & Pullen LLP and Michael Aquino)*

479126v3