IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ,<br>FREED MAXICK & BATTAGLIA CPAs,<br>McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>    Defendants. | )<br>)<br>) C.A. No. 05-165<br>)<br>) Hon. Joseph J. Farnan, Jr.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS TO THE REPLY MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS OF McGLADREY & PULLEN, LLP
AND MICHAEL AQUINO**

DUANE MORRIS LLP

Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

ARNOLD & PORTER LLP

Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP and
Michael Aquino*

WLM\210673.1

## INDEX OF EXHIBITS

| EXHIBITS | DESCRIPTION |
|---|---|
| Exhibit A | Answer, Defenses, Counterlaims and Third-Party Claims of Defendant Royal Indem. Co. from *MBIA Ins. Corp. v. Royal Indem. Co.*, C.A. No. 02-1294-JJF, (D.Del. April 28, 2003). |
| Exhibit B | MP III Holdings, Inc.'s Second Amended Answer and Counterclaim from *Royal Indem. Co. v. T.E. Moor*, Cause No. D167370, (Dist. Ct. Jefferson Co. Tex. Jul. 20, 2005). |
| Exhibit C | Royal email, dated Sept. 28, 2000, bearing identification number ROY 105161. |
| Exhibit D | *AES Corp. v. Dow Chemical Co.*, 2001 WL 34367296 (D. Del. Jan. 19, 2001) |
| Exhibit E | *Anderson v. Airco, Inc.*, 2004 WL 2827887 (Del. Super. Nov. 20, 2004) |
| Exhibit F | *Brown v. SAP America, Inc.*, 1999 WL 803888 (D. Del. Sept. 13, 1999) |
| Exhibit G | *Cerullo v Harper Collins Publishers*, 2002 WL 243387 (Del. Super. Ct. Feb. 19, 2002) |
| Exhibit H | *Davis v. West Ctr. City Neighborhood Planning Advisory Comm.Inc.*, 2003 WL 908885 (Del. Super. Ct. Mar. 7), aff'd, 836 A.2d 513 (Del. 2003) |
| Exhibit I | *Feinberg v. Saunders, Karp, & Megrue, L.P.*, 1998 WL 863284 (D. Del. Nov. 13, 1998) |
| Exhibit J | *Financial Software Sys. v. First Union Nat'l Bank*, 1999 WL 1241088 (E.D. Pa. Dec. 16, 1999) |
| Exhibit K | *Guenther v. Quartucci*, 1996 WL 67616 (E.D. Pa. Feb. 12, 1996) |
| Exhibit L | *Hockenberry v. Diversified Ventures, Inc.*, 2005 WL 1458768 (M.D. Pa. June 20, 2005 |

WLM\210673.1

| Exhibit M | *In re Dean Witter P'ship Litig.*, 1998 WL 442456 (Del. Ch. July 17, 1998) |
|---|---|
| Exhibit N | *In re ML/EQ Real Estate P'ship Litig.*, 1999 WL 1271885 (Del. Ch. Dec. 21, 1999) |
| Exhibit O | *In re Student Finance Corp.*, 2004 WL 609329 (D. Del. Mar. 23, 2004) |
| Exhibit P | *Investigative Group, Inc. v. Brooke Group Ltd., Inc.*, 1997 WL 727484 (S.D.N.Y. Nov. 21, 1997) |
| Exhibit Q | *Litman v. Prudential-Bache Prop. Inc.*, 1994 WL 30529 (Del. Ch. Jan. 14), aff'd, 642 A.2d 837 (Del. 1994) |
| Exhibit R | *Pereira v. Cogan*, 2001 WL 243537 (S.D.N.Y. Mar. 8, 2001) |
| Exhibit S | *Quest Med., Inc., v. Kirschner Med. Group*, 1992 WL 311193 (D. Md. July 29, 1992) |
| Exhibit T | *Rodriguez v. Farm Family Cas. Ins. Co.*, 2005 WL 1654019 (Del. Super. Ct. Apr. 19, 2005) |
| Exhibit U | *Scansource, Inc. v. Datavision-Prologix, Inc.*, 2005 WL 974933 (E.D. Pa. Apr. 26, 2005) |
| Exhibit V | *Smith v. Smitty McGees, Inc.*, 1998 WL 246681 (Del. Ch. May 8, 1998) |
| Exhibit W | *Solow v. Aspect Resources, LLC*, 2004 WL 2694916 (Del. Ch. Oct. 19, 2004) |

WLM\210673.1