**EXHIBIT C**

TONY MCKENZIE
09/28/2000 03:47 PM

To: BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, David King/Farmington/OrionCapital@OrionCapital
cc: D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ
Subject: Student Loan Due Diligence

THE CONFERENCE CALL WILL BE AT 9:30. BILL & I WILL CALL DAVE KING.

Bill & Dave,

I have been thinking about what we want to do. I think Dave's questions from his review of the financial statements are good and we should go through them to decide how to phrase them with SFC. However, I think we need to get an understanding from SFC of how their "business model" is intended to work. Tied up in this idea is their forecast of when they expect the operation to make a profit. I also think we need to see SFC/Yao's model for the way the loan pools will develop.

By their business model, I mean where are they getting the cash to run the business. In the early stages of a loan portfolio's life, it does not generate enough excess cash after satisfying excess spread requirements, servicer fees, bank costs, etc, to support the loan making operation. I think this scenario will continue until the 50% limit is reached on the Excess Spread Reserve in the $75M policy and SFC begins to get distributions.

My thinking is the operation has to get its cash from the "Institutional Reserves", which make up the basis of our Experience Account. For 1999, I think we need to understand how much money was actually withheld from the schools for these reserves and what they did with the money. The financial statements seemed to indicate they borrowed $78.6M on the Whse lines (Sources &Uses) and paid $44.9M to the schools (P15 School Reserve Analysis), a difference of $33.7M. I have tried to account for this difference from info in the statements, but am coming up $4.0M short assuming what I have included is correct. I think we need to know what they expect to get from the $200M loans and where do they expect it to go. I guess the biggest numbers are how much of the Institutional/ School Reserves they feel they will need to pay in 2000 and 2001 and what they expect to be the defaults from both the $75m & $200M policies. This is where I think it would be helpful to see Yao's model. I have asked about it several times and have not yet got it. I have shared my model with them.

Hopefully this rambling makes some sense. I guess what I am saying is, I think SFC is running a kind of Ponzi scheme. They are using money, which should be held for tomorrow, to pay costs today and are hoping for fresh money coming in tomorrow until the securitizations finally start generating cash. My original model shows this would occur at the 5 year mark. My new, improved model shows this to be at 6 years.

I guess the question is, "Can they stay in business about one year after we add the last loan that we are going to ensure?".

Long winded as usual.    Tony

ROY 105161