IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | C.A. No. 05-CV-00165 (JJF) |
| PEPPER HAMILTON LLP, W. RODERICK | ) | |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) | |
| CPAs PC, McGLADREY & PULLEN, LLP and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service

of a copy of **McGlandry & Pullen, LLP's and Michael Aquino's Reply Memorandum of**

**Law in Support of their Motion to Dismiss** was made on August 18, 2005, upon the parties

identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 18, 2005
    Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
Email:        cmwinter@duanemorris.com

Service List

## HAND DELIVERY

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(Counsel for Royal Indemnity Company)

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
(Counsel for Pepper Hamilton LLP
And Roderick Gagne)

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
(Counsel for Freed Maxick & Battaglia CPA's, PC)

## FIRST CLASS MAIL

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(Counsel for Royal Indemnity Compnay)

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(Counsel for Royal Indemnity Compnay)

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue

WLM\210667.1

New Yor, NY 10022
(Counsel for Freed Maxick & Battaglia CPA's PC)

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(Counsel for Pepper Hamilton LLP and
W. Roderick Gagne)

WLM\210667.1