# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 19, 2005

VIA E-FILE

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

Re:   *Wells Fargo Bank N.A. v. Royal*, C.A. No. 02-1294-JJF;

*Royal v. Pepper Hamilton, et al.*, C.A. No 05-165-JJF

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, Royal Indemnity Company ("Royal") hereby requests oral argument on (1) Wells Fargo's motion to dismiss Royal's amended counterclaim in C.A. No. 02-1294 (D.I. 223); and (2) all of the Defendants' motions to dismiss in C.A. No. 05-165 (D.I. 29, D.I. 32, D.I. 35). Briefing on these motions was completed on August 18, 2005. In light of numerous overlapping issues and parties, Royal respectfully requests that oral argument on all of these pending motions be consolidated. Moreover, oral argument is particularly necessary here, as a number of the Defendants have included and raised for the first time evidentiary material in their reply briefs.

In addition, to the extent that the Court plans to hear oral argument on the pending motions in the related Trustee cases (C.A. Nos. 04-1551 and 05-72), we respectfully request that it also be included in such consolidated oral argument. In those cases, the Trustee has sued many of the same parties involved in C.A. No. 05-165, who, in turn, have filed motions to dismiss that raise the same or highly similar issues as those pending in C.A. No. 05-165.

Respectfully submitted,

/s/ Tiffany Geyer Lydon  (I.D. #3950)

Tiffany Geyer Lydon

cc: David C. McBride (Counsel for Wells Fargo Bank N.A.)
Andre G. Castaybert (Counsel for Wells Fargo Bank N.A.)
Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino)
John H. Eickemeyer (Counsel for Freed Maxick & Battaglia CPAs, PC)
Stephen J. Shapiro (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
Elizabeth K. Ainslie (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
Neil G. Epstein (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts)
Michael R. Lastkowski (Counsel for McGladrey & Pullen LLP and Michael Aquino)
William H. Sudell, Jr. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne)
James L. Holzman (Counsel for Freed Maxick & Battaglia CPAs, PC)
James J. Rodgers (Counsel for Trustee)
Donald Crecca (Counsel for Trustee)
Andrew Yao
John Grossbart (Counsel for Royal Indemnity Company)

160577.1