IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ,<br>FREED MAXICK & BATTAGLIA CPAs,<br>McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>               Defendants. | )<br>)<br>)  C.A. No. 05-165<br>)<br>)<br>)  Hon. Joseph J. Farnan, Jr.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### McGLADREY & PULLEN, LLP'S AND MICHAEL AQUINO'S MOTION TO DISMISS

McGladrey & Pullen, LLP and Michael Acquino hereby move this Court to dismiss the complaint in the captioned civil action in its entirety for the reasons set forth, and pursuant to the authorities cited, in McGladrey & Pullen, LLP's and Michael Acquino's Memorandum of Law in Support of Their Motion to Dismiss, filed herewith.

Date: June 10, 2005

DUANE MORRIS LLP
/s/ Christopher Winter

Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901
-and-

ARNOLD & PORTER LLP
Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*