# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

CHRISTOPHER M. WINTER
DIRECT DIAL: 302 657 4951
E-MAIL: cmwinter@duanemorris.com

www.duanemorris.com

August 29, 2005

**BY E-FILE & HAND DELIVERY**
Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: *Royal Indemnity Company v. Pepper Hamilton LLP, Roderick Gagne, Freed Maxick & Battaglia CPAs, McGladrey & Pullen, LLP, and Michael Aquino*, C.A. No. 05-165 (JJF)

Dear Judge Farnan:

    We write on behalf of defendants McGladrey & Pullen, LLP and Michael Aquino in response to the August 19, 2005 letter from counsel for Royal Indemnity Company ("Royal"). In that letter, Royal requested oral argument for a number of motions to dismiss pending before Your Honor in this action as well as in other actions filed in this Court by Royal and the Bankruptcy Trustee for Student Finance Corporation.

    We endorse Royal's request for oral argument on our motion to dismiss. Moreover, we do not object to the Court conducting argument on all of the pending motions to dismiss on the same day for logistical reasons. We do note, however, that a number of the motions raise distinct legal issues that require separate consideration and cannot be considered on a consolidated basis.

                                         Respectfully submitted,

                                         Christopher M. Winter

CMW/ata
cc: Tiffany L. Geyer, Esquire
      Lawrence C. Ashby, Esquire
      Philip Trainer, Jr., Esquire
      Alan S. Gilbert, Esquire

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200    WILMINGTON, DE 19801-1246    PHONE: 302 657 4900    FAX: 302 657 4901
WLM\210847.1

DuaneMorris

Honorable Joseph J. Farnan, Jr.
August 29, 2005
Page 2

      John Grossbart, Esquire
      Charlene D. Davis, Esquire
      Christopher A. Ward, Esquire
      William H. Sudell, Jr., Esquire
      James L. Holzman, Esquire
      J. Clayton Athey, Esquire
      Elizabeth K. Ainslie, Esquire
      Nicholas J. LePore, III, Esquire