**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>        Plaintiff,<br><br>        v.<br><br>PEPPER HAMILTON LLP,<br>W. RODERICK GAGNE,<br>FREED MAXICK & BATTAGLIA CPAs PC,<br>MCGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>        Defendants. | Civil Action No. 05-165-JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Defendant McGladrey & Pullen, LLP's First Request for Production of Documents to Plaintiff Royal Indemnity Company** was made on September 7, 2005, upon the parties identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 7, 2005
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:    cmwinter@duanemorris.com

**Service List**

**HAND DELIVERY**

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(Counsel for Royal Indemnity Company)


**FIRST CLASS MAIL**

| | |
|---|---|
| Michael H. Barr, Esquire | Alan S. Gilbert, Esquire |
| Kenneth J. Pfaehler, Esquire | John Grossbart, Esquire |
| Sonnenschein Nath & Rosenthal LLP | Sonnenschein Nath & Rosenthal LLP |
| 1221 Avenue of the Americas | 8000 Sears Tower |
| New York, NY 10020-1089 | 233 South Wacker Drive |
| (Counsel for Royal Indemnity Company) | Chicago, IL 60606 |
| | (Counsel for Royal Indemnity Company) |