IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>Defendants. | C.A. No. 05-165 (JJF)<br>Hon. Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, J. Clayton Athey, certify that service of **DEFENDANT FREED MAXICK & BATTAGLIA CPAS, PC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ROYAL INDEMNITY COMPANY** was caused to be made on September 21, 2005 in the manner indicated upon the following:

**VIA HAND DELIVERY**
Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lyndon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
John I. Grossbart, Esquire
Soinnenschein Nath & Rosenthal LLP
800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

19631.119631.1\285565v1

Dated: September 21, 2005

        PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia, CPAs, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler, Esq. (JW-5587)
VEDDER, PRICE, KAUFMAN
   & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com