IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY : | |
| : | |
| Plaintiff, : | Civil No. 05-165 (JJF) |
| : | |
| vs. : | |
| : | |
| PEPPER HAMILTON LLP, ET AL. : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Defendant Pepper Hamilton LLP's First Set of Requests for Admissions Directed to Royal Indemnity Company, Defendant Pepper Hamilton LLP's First Set of Requests for the Production of Documents Directed to Royal Indemnity Company, and Defendant Pepper Hamilton LLP's First Set of Interrogatories Directed to Royal Indemnity Company** was made on September 22, 2005, upon the parties identified on the attached Service List in the manner indicated.

Dated: September 22, 2005
Wilmington, Delaware

/s/ Newdeck
Joanna F. Newdeck (No. 4587)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

484293