IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                           :
ROYAL INDEMNITY COMPANY                    :
                                           :
                    Plaintiff,             :    Civil No. 05-165 (JJF)
                                           :
    vs.                                    :
                                           :
PEPPER HAMILTON LLP, ET AL.                :
                                           :
                    Defendants.            :
_____:

## NOTICE OF SERVICE

      I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Initial Disclosures Pursuant to Rule 26(a)(1)(A) of Defendants Pepper Hamilton LLP and W. Roderick Gagné** was made on October 3, 2005, upon the parties identified on the attached Service List in the manner indicated.

Dated:  October 3, 2005
        Wilmington, Delaware

                                               */s/ Joanna F. Newdeck*
                                               William H. Sudell, Jr., Esq. (No. 0463)
                                               Donna L. Culver (No. 2983)
                                               Joanna F. Newdeck (No. 4587)
                                               MORRIS, NICHOLS, ARSHT & TUNNELL
                                               1201 North Market Street
                                               P.O. Box 1347
                                               Wilmington, Delaware 19899-1347
                                               (302) 658-9200
                                               (302) 658-3989 (facsimile)

485710

**SERVICE LIST**

| **Hand Delivery** | **First Class Mail** |
|---|---|

**Hand Delivery**

Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19801

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

**First Class Mail**

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Stephen J. Shapiro
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

James J. Rodgers
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

485710