IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP,<br>W. RODERICK GAGNE,<br>FREED MAXICK & BATTAGLIA CPAs PC,<br>MCGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>Defendants. | Civil Action No. 05-165-JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on October 3, 2005, a true and correct copy of the **Defendants McGladrey & Pullen LLP and Michael Aquino's Initial Disclosures**, was served on following individuals in the manner indicated:

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
*Via Hand Delivery*

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
*Via Regular Mail*

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Via Regular Mail*

WLM\211551.1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 3, 2005
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com