**Schnader**
ATTORNEYS AT LAW

1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000 FAX 215.751.2205 schnader.com

October 7, 2005

Elizabeth K. Ainslie
Direct Dial 215-751-2359
E-mail: eainslie@schnader.com

**VIA ECF SYSTEM**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

RE: Royal Indemnity Co. v. Pepper Hamilton LLP, et al., No. 05-165

Dear Judge Farnan:

As counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné (the "Pepper Defendants") in the above-captioned action, we write pursuant to Local Rule 7.1.2(c) to call to the Court's attention to the opinion issued on October 3, 2005 by the Court of Appeals for the Third Circuit in the MBIA litigation. *See MBIA Insurance Co. v. Royal Indemnity Co.*, Nos. 03-4382; 04-2207, 2005 U.S. App. LEXIS 21392 (3d Cir. Oct. 3, 2005). The *MBIA* opinion lends additional support to the Pepper Defendants' pending motion to dismiss Royal's claims.

On appeal from Your Honor's grant of summary judgment in the *MBIA* case, Royal argued that language in its insurance policies that waived Royal's right to raise fraud as a defense to the payment of claims under the policies did not apply because Royal relied upon "misrepresentations with respect to earlier loans" rather than misrepresentations relating to the loans insured under any given policy. *Id.* at \*14. The Third Circuit rejected this argument, holding that "Royal cannot possibly claim that its reliance on those representations was reasonable when it waived all defenses based on reasonable reliance." *Id.* at \*14-15.

In Royal's suit against the Pepper Defendants, Royal contends that it relied upon the same alleged misrepresentations about earlier loans upon which Royal claims to have relied in the *MBIA* case. *See* Royal's Amended Complaint, ¶¶ 81-84. In light of the Third Circuit's holding in *MBIA* that it was "unreasonable as a matter of law for [Royal] to rely on the representations," 2005 U.S. App. LEXIS 21392, at \*19-20, Royal's claims for fraud, conspiracy



The Honorable Joseph J. Farnan, Jr.
October 7, 2005
Page 2

to commit fraud, aiding and abetting fraud, and negligent misrepresentation (Counts III through VI) - each of which require a showing that Royal reasonably relied on the alleged misrepresentations - should be dismissed.

          Respectfully Yours,

          /s/ Elizabeth K. Ainslie

          Elizabeth K. Ainslie
       For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:    All counsel on attached service list



The Honorable Joseph J. Farnan, Jr.
October 7, 2005
Page 3

### SERVICE LIST

### Via Facsimile

Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801
Fax: 302-654-2067

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19801
Fax: 302-658-8111

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801
Fax: 302-657-4901

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801
Fax: 302-425-0432

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
Fax: 302-571-8875

John I. Grossbart
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606
Fax: 312-876-7934

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
Fax: 212-407-7799

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Fax: 212-715-1399

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102
Fax: 215-851-8383

James J. Rodgers
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Fax: 215-575-7200

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Fax: 212-969-2900