IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | Judge Joseph J. Farnan, Jr. |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL ACQUINO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 7th day of October, 2005, a true and correct copy of **NOTICE OF SUBPOENA** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | FACSIMILE AND U.S. MAIL |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | FACSIMILE AND U.S. MAIL |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | FACSIMILE AND U.S. MAIL |

Charles A. Stanziale                                    FACSIMILE AND U.S. MAIL
c/o Donald J. Crecca, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102


                                  ASHBY & GEDDES

                                  */s/ Tiffany Geyer Lydon*
                                  _____
                                  Lawrence C. Ashby  (I.D. #468)
                                  Philip Trainer, Jr.  (I.D. #2788)

Michael H. Barr                                Tiffany Geyer Lydon (I.D. #3950)
Kenneth J. Pfaehler                            222 Delaware Avenue, 17th Floor
Richard M. Zuckerman                           P.O. Box 1150
SONNENSCHEIN NATH &                            Wilmington, DE  19899
ROSENTHAL                                      (302) 654-1888
1221 Avenue of the Americas
New York, New York  10020-1089                 *Attorneys for Plaintiff Royal Indemnity*
(212) 768-6700                                 *Company*
(212) 768-6800 (fax)


Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  October 11, 2005

162223.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

I hereby certify that on October 11, 2005, I have forwarded by Federal Express, the attached document to the following non-registered participants:

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

                      Richard P. Swanson, Esquire
                      Veronica E. Rendon, Esquire
                      Arnold & Porter LLP
                      399 Park Avenue
                      New York, NY  10022-4690

                                        /s/ *Tiffany Geyer Lydon*
                                        Tiffany Geyer Lydon (I.D. # 3950)

4