IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | Judge Joseph J. Farnan, Jr. |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL ACQUINO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Tiffany Geyer Lydon, hereby certify that on the 7th day of September, 2005, a true and correct copy of **ROYAL INDEMNITY COMPANY'S REQUEST FOR PRODUCTION TO DEFENDANT MCGLADREY & PULLEN, LLP** was served upon the below-named counsel of record at the address and in the manner indicated:

Michael R. Lastkowski, Esquire                FACSIMILE AND U.S. MAIL
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| | _____ |
| | Lawrence C. Ashby  (I.D. #468) |
| | Philip Trainer, Jr.  (I.D. #2788) |
| Michael H. Barr | Tiffany Geyer Lydon (I.D. #3950) |
| Kenneth J. Pfaehler | 222 Delaware Avenue, 17th Floor |
| Richard M. Zuckerman | P.O. Box 1150 |
| SONNENSCHEIN NATH & ROSENTHAL | Wilmington, DE  19899 |
| 1221 Avenue of the Americas | (302) 654-1888 |
| New York, New York  10020-1089 | |
| (212) 768-6700 | *Attorneys for Plaintiff Royal Indemnity* |
| (212) 768-6800 (fax) | *Company* |

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  October 11, 2005

162230.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L.  Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

I hereby certify that on October 11, 2005, I have forwarded by Federal Express, the attached document to the following non-registered participants:

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

                Richard P. Swanson, Esquire
                Veronica E. Rendon, Esquire
                    Arnold & Porter LLP
                      399 Park Avenue
                New York, NY  10022-4690

        /s/ *Tiffany Geyer Lydon*
        Tiffany Geyer Lydon (I.D. # 3950)