## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP,<br>W. RODERICK GAGNE,<br>FREED MAXICK & BATTAGLIA CPAs PC,<br>MCGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>Defendants. | Civil Action No. 05-165-JJF<br><br>Judge Joseph J. Farnan, Jr. |

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Michael Aquino's Response to Royal Indemnity Company's Request for Production** was made on October 18, 2005, upon the parties identified on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 18, 2005
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
Email:       cmwinter@duanemorris.com

WLM\211819.1

## Service List

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Facsimile:	302.654.2067
*Counsel for Royal Indemnity Company*
**Via Facsimile & Hand Delivery**

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Facsimile:	212.768.6800
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Facsimile:	312.876.7934
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**

WLM\211819.1