**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>       Plaintiff,<br><br>       v.<br><br>PEPPER HAMILTON LLP,<br>W. RODERICK GAGNE,<br>FREED MAXICK & BATTAGLIA CPAs PC,<br>MCGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>       Defendants. | Civil Action No. 05-165-JJF<br><br>Judge Joseph J. Farnan, Jr. |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

    I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **McGladrey & Pullen, LLP's Response to Royal Indemnity Company's Request for Production** was made on October 18, 2005, upon the parties identified on the attached service list in the manner indicated.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 18, 2005  
       Wilmington, Delaware

/s/ Christopher M. Winter  
Christopher M. Winter (DE I.D. 4163)  
DUANE MORRIS LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone:   (302) 657-4900  
Facsimile:    (302) 657-4901  
Email:        cmwinter@duanemorris.com

## Service List

| | |
|---|---|
| Lawrence C. Ashby, Esquire<br>Phillip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>*Counsel for Royal Indemnity Company*<br>**Via Facsimile & Hand Delivery** | Alan S. Gilbert, Esquire<br>John Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Royal Indemnity Company*<br>**Via Facsimile & Regular Mail** |

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**

WLM\211819.1