IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>    Defendants. | C.A. No. 05-165 (JJF)<br>Hon. Joseph J. Farnan, Jr. |

### NOTICE OF SERVICE

I, J. Clayton Athey, certify that service of a copy of the **DEFENDANT FREED MAXICK & BATTAGLIA CPAs, PC's RESPONSE TO ROYAL INDEMNITY COMPANY'S REQUEST FOR PRODUCTION** was made on October 18, 2005 in the manner indicated upon the following counsel:

    **VIA HAND DELIVERY**
    Lawrence C. Ashby, Esquire
    Philip Trainer, Jr., Esquire
    Tiffany Geyer Lydon, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801

    **VIA FIRST CLASS MAIL**
    John I. Grossbart, Esquire
    Soinnenschein Nath & Rosenthal LLP
    800 Sears Tower
    233 S. Wacker Drive
    Chicago, IL 60606

19631.1\287821

Dated: October 18, 2005

                                            PRICKETT, JONES & ELLIOTT, P.A.

                                            By: /s/ James L. Holzman
                                            James L. Holzman (Bar ID #663)
                                            J. Clayton Athey (Bar ID #4378)
                                            1310 King Street
                                            Wilmington, Delaware  19801
                                            (302) 888-6500
                                            jlholzman@prickett.com
                                            jcathey@prickett.com
                                            *Attorneys for Defendant Freed Maxick & Battaglia, CPAs, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler, Esq. (JW-5587)
VEDDER, PRICE, KAUFMAN
   & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York  10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com