IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, )<br>W. RODERICK GAGNÉ, )<br>FREED MAXICK & BATTAGLIA CPAs PC, )<br>MCGLADREY & PULLEN, LLP and )<br>MICHAEL ACQUINO, )<br>)<br>Defendants. ) | Civil Action No. 05-165-JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, Carolyn S. Hake, hereby certify that on the 18th day of October, 2005, a true and correct copy of **ROYAL INDEMNITY COMPANY'S OBJECTIONS AND RESPONSES TO MCGLADREY & PULLEN, LLP'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | /s/ Carolyn S. Hake (#3839) |
| | ———————————————— |
| | Lawrence C. Ashby  (I.D. #468) |
| | Philip Trainer, Jr.  (I.D. #2788) |
| Michael H. Barr | Carolyn S. Hake (I.D. #3839) |
| Kenneth J. Pfaehler | Tiffany Geyer Lydon (I.D. #3950) |
| Richard M. Zuckerman | 222 Delaware Avenue, 17th Floor |
| SONNENSCHEIN NATH & ROSENTHAL LLP | P.O. Box 1150 |
| 1221 Avenue of the Americas | Wilmington, DE  19899 |
| New York, New York  10020-1089 | (302) 654-1888 |
| (212) 768-6700 | |
| (212) 768-6800 (fax) | *Attorneys for Plaintiff Royal Indemnity* |
| and | *Company* |
| Alan S. Gilbert | |
| John I. Grossbart | |
| SONNENSCHEIN NATH & ROSENTHAL LLP | |
| 8000 Sears Tower | |
| 233 S. Wacker Drive | |
| Chicago, Illinois  60606 | |
| (312) 876-8000 | |
| (312) 876-7934 (fax) | |

Dated:  October 18, 2005
162527.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> William H. Sudell, Jr., Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE  19899-1347
>
> James L. Holzman, Esquire
> J. Clayton Athey, Esquire
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> Wilmington, DE  19899
>
> Michael R. Lastkowski, Esquire
> Christopher M. Winter, Esquire
> Duane Morris LLP
> 1100 North Market Street, Suite 1200
> Wilmington, DE  19801

I hereby certify that on October 18, 2005, I have forwarded by Federal Express, the attached document to the following non-registered participants:

> John H. Eickemeyer, Esquire
> Jonathan A. Wexler, Esquire
> Vedder, Price, Kaufman & Kammholz, P.C.
> 805 Third Avenue
> New York, NY  10022
>
> Elizabeth K. Ainslie, Esquire
> Schnader Harrison Segal & Lewis LLP
> 1600 Market Street, Suite 3600
> Philadelphia, Pennsylvania 19103

                Richard P. Swanson, Esquire
                Veronica E. Rendon, Esquire
                Arnold & Porter LLP
                399 Park Avenue
                New York, NY 10022-4690

                                            */s/ Carolyn S. Hake*
                                            Carolyn S. Hake (I.D. # 3839)

162527.1