IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, ) | |
| FREED MAXICK & BATTAGLIA CPAS PC, ) | |
| MCGLADREY & PULLEN, LLP AND MICHAEL ) | |
| AQUINO, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven L. Merouse to represent Plaintiff Royal Indemnity Company in this matter.

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)

*Attorneys for Plaintiff
Royal Indemnity Company*

Dated: November 15, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 11/14/05

Steven L. Merouse
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 8000
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

I hereby certify that on November 15, 2005, I have forwarded by Facsimile, the attached document to the following non-registered participants:

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690


／s／ *Tiffany Geyer Lydon*
Tiffany Geyer Lydon