IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL ACQUINO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 16th day of November, 2005, a true and correct copy of

**ROYAL INDEMNITY COMPANY'S SECOND REQUEST FOR PRODUCTION TO**

**DEFENDANT FREED MAXICK & BATTAGLIA CPAS PC** was served upon the below-

named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                                    HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                                        HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                                  HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                                          <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Peter C. Hughes, Esquire                                       <u>HAND DELIVERY</u>
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

Karen Lee Turner, Esquire                                      <u>HAND DELIVERY</u>
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Christopher A. Ward, Esquire                                   <u>HAND DELIVERY</u>
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

John H. Eickemeyer, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022

Elizabeth K. Ainslie, Esquire                                 <u>VIA FEDERAL EXPRESS</u>
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                   <u>VIA FEDERAL EXPRESS</u>
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Andre G. Castaybert, Esquire                                  <u>VIA FEDERAL EXPRESS</u>
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

Donald J. Crecca, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP          <u>VIA FEDERAL EXPRESS</u>
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Neil G. Epstein, Esquire                              <u>VIA FEDERAL EXPRESS</u>
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

James J. Rodgers, Esquire                             <u>VIA FEDERAL EXPRESS</u>
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

*Of Counsel:*                                _____

Michael H. Barr                              Lawrence C. Ashby  (I.D. #468)
Kenneth J. Pfaehler                          Philip Trainer, Jr.  (I.D. #2788)
Robert W. Gifford                            Tiffany Geyer Lydon (I.D. #3950)
SONNENSCHEIN NATH &                          222 Delaware Avenue, 17th Floor
ROSENTHAL                                    P.O. Box 1150
1221 Avenue of the Americas                  Wilmington, DE  19899
New York, New York  10020-1089               (302) 654-1888
(212) 768-6700
(212) 768-6800 (fax)                         *Attorneys for Plaintiff Royal Indemnity*
                                             *Company*

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  November 16, 2005

162223.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                              HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                                    HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                               HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                                        HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Peter C. Hughes, Esquire                                     HAND DELIVERY
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

Karen Lee Turner, Esquire                                    HAND DELIVERY
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Christopher A. Ward, Esquire                                 HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

John H. Eickemeyer, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022


Elizabeth K. Ainslie, Esquire                        <u>VIA FEDERAL EXPRESS</u>
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103


Richard P. Swanson, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690


Andre G. Castaybert, Esquire                         <u>VIA FEDERAL EXPRESS</u>
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299


Donald J. Crecca, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP          <u>VIA FEDERAL EXPRESS</u>
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079


Neil G. Epstein, Esquire                             <u>VIA FEDERAL EXPRESS</u>
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102


James J. Rodgers, Esquire                            <u>VIA FEDERAL EXPRESS</u>
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon