# EXHIBIT B



"Grossbart, John I." &lt;jgrossbart@sonnenschein.com&gt;

10/07/2005 11:49 AM

To  Jason Butler/Atty/NY/ArnoldAndPorter@APORTER

cc  Veronica Rendon/Atty/NY/ArnoldAndPorter@APORTER, "Gifford, Robert W." &lt;rgifford@sonnenschein.com&gt;, "Merouse, Steven L." &lt;smerouse@sonnenschein.com&gt;

bcc

Subject  RE: SFC

I appreciate that, but just to be safe and to ensure that things continue to move forward, well serve the subpoena returnable Oct 18. If it turns out to be unnecessary, so be it. The only thing that would have been gained by hearing back from you today would have been our firm's efforts to draft and serve a subpoena. SInce it's a very easy chore in any event, we will plan on sending it out today. We will get you a copy by email.

From: Jason_Butler@aporter.com [mailto:Jason_Butler@aporter.com]
Sent: Friday, October 07, 2005 10:23 AM
To: Grossbart, John I.
Cc: Veronica_Rendon@aporter.com
Subject: Re: SFC

John, as I mentioned during our call, I was not involved in the prior proceedings with the Trustee regarding the confidentiality of documents and the restrictions on the Trustee's disclosure of those documents to third parties. Veronica Rendon handled those issues.

Veronica has been travelling all week, and will be out of the office again today, so I have not yet had the chance to meaningfully discuss your request with her before your unilaterally imposed deadline of noon today. We will be able to respond to your request next week, when Veronica returns to the office. Veronica's schedule this week is in large part the reason why we requested an extension to respond to Royal's document requests in the first place.

Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1072 (Direct)
(212) 715-1399 (Fax)

"Grossbart, John I."
&lt;jgrossbart@sonnenschein.com&gt;

10/05/2005 05:23 PM

To  Jason Butler/Atty/NY/ArnoldAndPorter@APORTER

cc  &lt;dcrecca@mdmc-law.com&gt;, "MacVittie, Lisa A." &lt;lmacvittie@sonnenschein.com&gt;, "Gifford, Robert W." &lt;rgifford@sonnenschein.com&gt;, "Merouse, Steven L." &lt;smerouse@sonnenschein.com&gt;, "Pfaehler, Kenneth J." &lt;kpfaehler@sonnenschein.com&gt;

Subject  SFC

Jason

Per our conversation this afternoon (in which Don Crecca, on behalf of the Trustee also participated), we are agreeable to extending to October 18, 2005, the dates by which Royal, McGladrey, Aquino and Freed must respond to the Rule 34 document requests pending among them in Case No. 05-165 (D. De) and otherwise comply with the requirements of that Rule. I would like to talk again before that deadline regarding production logistics, formats, etc. in order to ensure that actual document productions begin on that date or as otherwise agreed to by the parties. In that regard, I will try to bring counsel for all the parties together to discuss those types of issues.

I will leave it to you and Don to memorialize your agreements with respect to the Trustee's separate action against McGladrey, in which Royal is not a party.

During our call, we also discussed generally the documents previously produced by McGladrey to the Trustee and now in the Trustee's possession. I specifically asked you whether McGladrey continued to oppose the Trustee allowing access to those materials by Royal. You were not able to state a position but indicated you would get back to me on that. As I mentioned to you, in light of the pending litigation between our clients, I do not believe there is any basis for McGladrey to oppose such access. I would like to hear back for you on this matter by Noon Friday, October 7. If not, we will serve a subpoena on the Trustee that afternoon, also returnable on October 18.

,
John Grossbart
**Sonnenschein Nath and Rosenthal LLP**
233 South Wacker Dr.
Suite 8000
Chicago, IL 60606
312-876-8095 (Direct)
312-876-7934 (Fax)
    -and-
1221 Avenue of the Americas
New York, NY 10020
212-768-6884 (Direct)
212-768-6800 (Fax)
(Admitted in Illinois only)