# EXHIBIT D

Case 1:05-cv-00165-JJF     Document 93-5     Filed 11/16/2005     Page 1 of 2

# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

DONALD J. CRECCA, Esq.
Direct Dial: (973) 565-2048
Email: dcrecca@mdmc-law.com

October 10, 2005

**VIA FACSIMILE (212 768-6800)**

Robert W. Clifford, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Re:   Royal Indemnity Co. v. McGladrey & Pullen, LLP

Dear Mr. Clifford:

This office acknowledges receipt of Subpoena issued to the Chapter 7 Trustee for documents in the custody of the Trustee pertaining to Aquino, McGladrey, SFC and Freed referenced in Exhibit A attached to said Subpoena.

We are in receipt of an objection to the production of these documents pursuant to your Subpoena to Jason M. Butler, Esq. on behalf of McGladrey, Aquino and its affiliates. In view of this objection, we will not be able to honor the Subpoena until there is an agreement between counsel with regard to said production or an Order of the Court. Please be guided accordingly.

Very truly yours,

McELROY, DEUTSCH, MULVANEY & CARPENTER

Donald J. Crecca

DJC:ma
Enclosures
cc: Jason M. Butler, Esq.
    C. Stanziale, Esq.
    J. Testa, Esq.

NEW YORK, NEW YORK    DENVER, COLORADO    RIDGEWOOD, NEW JERSEY    NEWARK, NEW JERSEY