# EXHIBIT G

# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
## ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

DONALD J. CRECCA
Direct Dial: (973) 565-2048
Email: DCRECCA@mdmc-law.com

October 3, 2005

<u>Via facsimile (212) 715-1399</u>

Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Re: Charles A. Stanziale, Jr. v. McGladrey & Pullen LLP, et al.
Civil Action No. 05-72-JJF

Dear Veronica:

As per our telephone conference this date, we did not receive from local counsel document requests served by your office until September 14, 2005. I have enclosed a copy of the face sheet of the document request confirming the same.

Pursuant to our telephone conference, I requested two weeks extension to file our responses or until October 28, 2005. I believe this is reasonable in view of the document requests. I will of course extend the same professional courtesy to you with regard to your responses to our request.

In the interim, I have enclosed a copy of the inventory prepared by a paralegal consisting of 15 pages with regard to approximately 800 file boxes in possession of the Chapter 7 Trustee located at our former office in Montclair, New Jersey and at the Marlboro Warehouse in Bloomfield, New Jersey. These documents would be made available for inspection and copying subject to applicable privileges and redaction of personal information that may be retained therein, i.e, social security numbers, etc.

Thank you for your anticipated cooperation.

Very truly yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER

Donald J. Crecca

DJC:ma
Enclosure
cc: Jeffrey Testa, Esq

NEW YORK, NEW YORK    DENVER, COLORADO    RIDGEWOOD, NEW JERSEY    MORRISTOWN, NEW JERSEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


RECEIVED SEP 14 2005

CHARLES A. STANZIALE, JR.,
Chapter 7 Trustee of Student Finance
Corporation,

           Plaintiff,

    v.

MCGLADREY & PULLEN, LLP, and
MICHAEL AQUINO,

           Defendants

Civil Action No. 05-72-JJF

Judge Joseph J. Farnan, Jr.

## DEFENDANT MCGLADREY & PULLEN, LLP'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION

Pursuant to Federal Rule of Civil Procedure 34 and Local Rule of Civil Procedure 26.1, Defendant McGladrey & Pullen, LLP hereby serves the following requests for production of documents on Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation. Responses to these requests are to be served upon undersigned counsel within 30 days of service. Copies shall be produced as kept in the ordinary course of business, including labeling as to the source of the documents, as required by Fed. R. Civ. P. 34.

10/03/05 16:15 FAX 202 942 5999    ARNOLD & PORTER LLP #6                    ☒004
Case 1:05-cv-00165-JJF   Document 93-8   Filed 11/16/2005   Page 4 of 18

10-03-2005  15:55   From-CARPENTER&BENNET           +973-622-5314        T-444  P.004/018  F-838

## CONFIDENTIAL
## PRIVILEGED DOCUMENT
## ATTORNEY CLIENT PRIVILEGED DOCUMENT
## DOCUMENT SUBJECT TO WORK PRODUCT PRIVILEGE

### STUDENT FINANCE CORPORATION
### BOX INVENTORY LIST

| Box # | Contents | Location |
|---|---|---|
| 1 | School Contracts | C |
| 2 | School Contracts | C |
| 3 | School Contracts, Litigation | C |
| 4 | School Contracts | C |
| 5 | School Contracts | C |
| 6 | School Contracts | C |
| 7 | Quickbooks 2004, A/C's Transferred to Wells Fargo, ADP Payroll 2005 | C |
| 8 | Bank Reports 2000, Forbearance Reinstatements, 2001 | C |
| 972 | Student Contracts | WH2 |
| 9000 | Grantor Trust Securitizations | C |
| 9001 | SLS Checks Sent Back | WH1 |
| 9002 | School Contracts | WH1 |
| 9003 | SFC Miscellaneous | WH1 |
| 9004 | School Contracts | C |
| 9007 | Loans Booked Data | WH1 |
| 9008 | Funding Exception/Request Reports | WH1 |
| 9009 | School Contracts | WH1 |
| 9010 | Student Contracts | WH1 |
| 9011 | School Contracts, Data | WH1 |
| 9012 | Student Contracts | WH1 |
| 9013 | Student Contracts | WH1 |
| 9014 | Computer Cables | WH1 |
| 9015 | Student Contracts | WH1 |
| 9016 | Student Contracts | WH1 |
| 9017 | SFC Miscellaneous | WH1 |
| 9018 | SFC Payroll Taxes | WH1 |
| 9021 | Payroll | WH1 |
| 9022 | Payroll, ADP | WH1 |
| 9024 | SFC Miscellaneous | WH1 |
| 9025 | Student Contracts | WH1 |
| 9026 | School Contracts | WH1 |
| 9027 | Student Contracts | WH1 |
| 9028 | Student Contracts | WH1 |
| 9029 | School Contracts, Miscellaneous | WH1 |
| 9030 | Student Contracts | WH1 |
| 9031 | School Contracts | WH1 |
| 9032 | SMS Counselor Guides | WH1 |
| 9033 | School Contracts | WH1 |
| 9035 | Reference Guides, Miscellaneous | WH3 |
| 9036 | School Contracts | WH1 |
| 9037 | School Contracts | WH1 |
| 9038 | Daily Settlements, 2003 | WH3 |
| 9039 | Daily Settlements, 2004 | WH3 |
| 9040 | SLS Daily Settlements | WH1 |
| 9041 | Bank Reconciliations, 200_ | C |
| 9042 | Wells Fargo and PNC Bank Statements, 2001 | C |
| 9043 | Bank Reconciliations | WH1 |
| 9044 | Wells Fargo and Wilmington Trust Statements | WH3 |

1

10/03/05 16:16 FAX 202 942 5999    Case 1:05-cv-00165-JJF   Document 93-8   Filed 11/16/2005   Page 5 of 18
ARNOLD & PORTER LLP #6    ⌀005

10-03-2005 15:56    From-CARPENTER&BENNET    +973-622-5314    T-444   P.005/018   F-939

| | | | |
|---|---|---|---|
| 9045 | Grantor Trust Journal Entries | | C |
| 9046 | Journal Entries 2001, 2002 | | WH1 |
| 9047 | Paid Checks, 1998, 1999, 2000, 2001 | | C |
| 9048 | School Funding 2002, Paid Checks 2000, 2001 | | C |
| 9049 | Wire Transfers, 2002 | | C |
| 9050 | Accounting Records, 1996 - 2001 | | C |
| 9051 | Payroll Records | | WH1 |
| 9052 | Journal Entries 2003, Miscellaneous | | C |
| 9053 | Daily Settlements, SFC Asset Register | | WH3 |
| 9054 | ECM Transactions, Andrew Yao | | C |
| 9055 | ECM Statements, Checks, Wire Transfers | | C |
| 9056 | ECM Statements, Checks, Wire Transfers | | C |
| 9057 | SFC Operating Files | | WH1 |
| 9058 | Wilmington Trust, Wells Fargo Statements | | WH2 |
| 9059 | Wilmington Trust Statements, Daily Transfers | | WH2 |
| 9060 | Wells Fargo Bank Statements | | WH1 |
| 9061 | SFC Bank Statements | | WH1 |
| 9062 | Daily Settlements | | WH1 |
| 9063 | Daily Settlements | | WH3 |
| 9064 | Daily Settlements | | WH3 |
| 9065 | Accounts Payable Check Copies | | WH3 |
| 9066 | Accounts Payable Check Copies | | WH3 |
| 9067 | Accounts Payable Check Copies | | WH3 |
| 9068 | Daily Settlements | | WH3 |
| 9069 | School Contracts | | WH1 |
| 9070 | School Contracts | | WH1 |
| 9071 | School Contracts | | WH1 |
| 9072 | School Contracts | | WH1 |
| 9073 | School Contracts | | WH1 |
| 9074 | SFC School Data | | WH1 |
| 9075 | Administration | | WH1 |
| 9076 | SFC Neilson | | WH1 |
| 9078 | School Contracts | | WH1 |
| 9079 | SFC Employee Data | | WH1 |
| 9079 | School Contracts | *Duplicate box # | WH1 |
| 9080 | School Contracts | | WH1 |
| 9081 | School Contracts | | WH1 |
| 9082 | School Contracts | | WH1 |
| 9083 | School Contracts, Data | | WH1 |
| 9084 | School Agreements A-W | | WH1 |
| 9085 | School Contracts | | WH1 |
| 9086 | Corporate Files | | C |
| 9087 | FDIC vs. SFC | | WH3 |
| 9089 | Student Contracts -- Alliance | | WH3 |
| 9090 | SMS Miscellaneous, Royal Discovery | | WH1 |
| 22537582 | Sharon McGenrey Files | *Not on Original List | WH4 |
| 72636102 | Student Contracts -- Collection | | WH4 |
| 72636103 | Student Contracts -- Collection | | WH4 |
| 72636105 | Student Contracts -- Collection | | WH1 |
| 72636106 | Student Contracts -- Collection | | WH4 |
| 72636107 | Student Contracts -- Collection | | WH4 |
| 72636108 | Student Contracts -- Collection | | WH4 |
| 72636109 | Student Contracts -- Collection | | WH4 |
| 72636110 | Student Contracts -- Collection | | WH4 |
| 72636111 | Student Contracts -- Collection | | WH4 |
| 72636112 | Student Contracts | | WH2 |
| 72636116 | Student Contracts -- Collection | | WH1 |

| | | |
|---|---|---|
| 72636117 | Student Contracts – Collection | WH4 |
| 72636118 | Student Contracts – Collections | WH4 |
| 72636119 | Student Contracts – Collection | WH4 |
| 72636151 | Daily Settlements, 1998 | WH3 |
| 72636152 | Student Applications – Declines | WH4 |
| 72636153 | Student Applications – Declines | WH4 |
| 72636154 | Student Applications – Declines | WH1 |
| 72636155 | Student Applications – Declines | WH4 |
| 72636156 | Student Applications – Declines | WH3 |
| 72636167 | School Funding Summaries | WH4 |
| 72636168 | Student Contracts – Collection | WH1 |
| 72636169 | Student Contracts – Collection | WH4 |
| 72636170 | Student Contracts – Collection | WH4 |
| 72636171 | Student Contracts – Collection | WH4 |
| 72636172 | Student Contracts – Collection | WH1 |
| 72636173 | Student Files – Bankruptcy | WH3 |
| 72636174 | Student Files – Bankruptcy | WH3 |
| 72636201 | Daily Settlements, 1997 | WH4 |
| 72636202 | Daily Settlements, Proof Inst | WH2 |
| 72636203 | Daily Settlements, 1997 | WH4 |
| 72636204 | Student Applications – Declines | WH2 |
| 72636205 | Student Applications – Declines | WH2 |
| 72636206 | Student Applications – Declines | WH4 |
| 72636207 | Student Applications – Declines | WH4 |
| 72636208 | Student Applications – Declines | WH4 |
| 72636209 | Student Applications – Declines | WH4 |
| 72636210 | Student Applications – Declines | WH4 |
| 72636211 | Student Contracts – Paid | WH2 |
| 72636212 | Student Contracts – Paid | WH4 |
| 72636213 | Daily Settlements Wilmington Trust, 1997 | WH4 |
| 72636214 | Daily Settlements, 1997 | WH3 |
| 72636215 | School Funding Reports, 1995, 1996 | WH4 |
| 72636216 | Student Applications – Declines | WH2 |
| 72636217 | Student Applications – Declines | WH3 |
| 72636218 | Student Applications – Declines | WH4 |
| 72636219 | Student Contracts – Bankruptcies | WH4 |
| 72636220 | Memoranda, Martinez, Hawthorne, Collection Adjustments | WH4 |
| 72636221 | Student Contracts – Withdrawn | WH4 |
| 72636222 | Student Applications – Declines | WH4 |
| 72636223 | Student Applications – Declines | WH4 |
| 72636224 | Daily Settlements, 1998 | WH3 |
| 72636225 | Student Applications – Declines | WH4 |
| 79092582 | Student Contracts | WH2 |
| 79092583 | Student Contracts | WH4 |
| 79092584 | Student Contracts | WH2 |
| 79092585 | Student Contracts | WH2 |
| 79092586 | Student Contracts | WH1 |
| 79092587 | Student Records | WH1 |
| 79092588 | Student Contracts | WH4 |
| 79092589 | Student Contracts | WH2 |
| 79092590 | Student Records | WH1 |
| 79092591 | Student Records | WH1 |
| 79092592 | Student Records | WH1 |
| 79092593 | Student Records | WH1 |
| 79092594 | Student Records | WH1 |
| 79092595 | Student Contracts | WH2 |
| 79092596 | Student Records | WH1 |

10/03/05 16:16 FAX 202 942 5999    ARNOLD & PORTER LLP #6    Case 1:05-cv-00165-JJF    Document 93-8    Filed 11/16/2005    Page 7 of 18    @007

10-03-2005  15:56    From-CARPENTER&BENNET    +973-622-5814    T-444  P.007/016  F-938

| ID | Type | Code |
|---|---|---|
| 79092597 | Student Records | WH1 |
| 79092598 | Student Records | WH1 |
| 79092599 | Student Records | WH1 |
| 79092600 | Student Contracts | WH4 |
| 79092601 | Student Contracts | WH2 |
| 79092602 | Student Records | WH1 |
| 79092603 | Student Contracts | WH2 |
| 79092604 | Student Contracts | WH4 |
| 79092605 | Student Contracts | WH2 |
| 79092606 | Student Contracts | WH2 |
| 79092607 | Student Contracts | WH4 |
| 79092608 | Student Contracts | WH2 |
| 79092609 | Student Records | WH1 |
| 79092610 | Student Records | WH1 |
| 79092611 | Student Contracts | WH4 |
| 79092612 | Student Contracts | WH2 |
| 79092613 | Student Contracts | WH4 |
| 79092614 | Student Records | WH1 |
| 79092616 | Student Contracts | WH2 |
| 79092617 | Student Contracts | WH4 |
| 79092618 | Student Contracts | WH4 |
| 79092619 | Student Contracts | WH4 |
| 79092620 | Student Contracts | WH2 |
| 79092621 | Student Contracts | WH4 |
| 79092622 | Student Contracts | WH4 |
| 79092623 | Student Contracts | WH2 |
| 79092624 | Student Contracts | WH2 |
| 79092625 | School Contracts | WH4 |
| 79092626 | Student Contracts | WH4 |
| 79092627 | Student Contracts | WH2 |
| 79092628 | Student Records | WH1 |
| 79092629 | Student Contracts | WH2 |
| 79092630 | Student Contracts | WH4 |
| 79092632 | Student Contracts | WH2 |
| 79092633 | Student Contracts | WH2 |
| 79092634 | Student Contracts | WH2 |
| 79092635 | Student Contracts | WH4 |
| 79092636 | Student Contracts | WH4 |
| 79092637 | Student Contracts | WH2 |
| 79092638 | Student Records | WH1 |
| 79092639 | Student Contracts | WH3 |
| 79092640 | Student Records | WH1 |
| 79092641 | Student Records | WH1 |
| 79092642 | Student Contracts | WH4 |
| 79092643 | Student Contracts | WH4 |
| 79092644 | Student Contracts | WH4 |
| 79092645 | Student Contracts | WH4 |
| 79092646 | Student Contracts | WH2 |
| 79092647 | Student Contracts | WH2 |
| 79092648 | Student Contracts | WH4 |
| 79092649 | Student Contracts | WH1 |
| 79092650 | Student Records | WH1 |
| 79092651 | Student Records | WH1 |
| 79092652 | Student Records | WH1 |
| 79092653 | Student Records | WH1 |
| 79092654 | Student Contracts | WH4 |
| 79092655 | Student Contracts | WH2 |

10/03/05 16:17 FAX 202 942 5999   ARNOLD & PORTER LLP   Case 1:05-cv-00165-JJF   Document 93-8   Filed 11/16/2005   Page 8 of 18   @008

10-03-2005  15:57   From-CARPENTER&BENNET           +973-522-5314        T-444   P.008/018   F-838

| Number | Description | Location |
|---|---|---|
| 79092656 | Student Contracts | WH2 |
| 79092657 | Student Contracts | WH2 |
| 79092658 | Student Contracts | WH4 |
| 79092659 | Student Contracts | WH4 |
| 85134601 | Student Contracts – Paid | WH4 |
| 85134602 | Student Contracts – Paid | WH1 |
| 85134603 | Student Contracts – Paid | WH4 |
| 85134604 | Student Contracts – Paid | WH1 |
| 85134605 | Student Contracts – Paid | WH4 |
| 85134607 | Daily Settlements, 1996, 1997 | WH3 |
| 85134609 | Deposit Logs, Check Copies | WH1 |
| 85134610 | Daily Settlements Wilmington Trust, 1997 | WH4 |
| 85134611 | School Funding Reports, 1997 | WH4 |
| 85134612 | Vendor Files with Check Stubs | WH1 |
| 85134613 | Vendor Invoices with Check Stubs | WH4 |
| 85134614 | Vendor Invoices with Check Stubs | WH4 |
| 85134615 | Bank Cash Reports, Wire Transfers | WH4 |
| 85134616 | Student Applications – Declines | WH1 |
| 85134617 | Student Contracts – Withdrawn, Expired | WH4 |
| 85134618 | Student Applications – Declines | WH4 |
| 85134619 | Student Contracts – Withdrawn | WH4 |
| 85134621 | Student Applications – Withdrawn | WH4 |
| 85134622 | Student Applications – Withdrawn | WH2 |
| 85134623 | Student Applications – Declines | WH4 |
| 85134624 | Student Applications | WH1 |
| 85134625 | Student Applications – Expired | WH1 |
| 85134627 | Student Applications – Declines | WH4 |
| 85134628 | Student Applications – Declines | WH4 |
| 85134629 | Funding Reports | WH1 |
| 85134631 | School Funding Reports | WH4 |
| 85134632 | Funding Reports, 1998 | WH4 |
| 85134633 | Student Applications – Expired | WH4 |
| 85134634 | Student Applications – Pending | WH4 |
| 85134635 | Student Applications – Withdrawn, Expired | WH4 |
| 85134636 | Student Applications – Withdrawn | WH3 |
| 85134637 | Student Applications – Withdrawn | WH2 |
| 85134638 | Student Applications – Declines | WH2 |
| 85134639 | Student Applications – Declines | WH2 |
| 85134640 | Student Applications – Declines | WH2 |
| 85134641 | School Funding Reports | WH4 |
| 85134642 | Student Applications – Withdrawn | WH3 |
| 85134643 | Student Applications – Withdrawn | WH3 |
| 85134644 | Student Applications – Declines | WH3 |
| 85134645 | Best Bank, Daily Settlement Reports | WH2 |
| 85134647 | Student Applications – Withdrawn | WH3 |
| 85134650 | Student Applications – Withdrawn | WH2 |
| 101715778 | Grantor Trust Schedules, Deposits, 1998 | WH1 |
| 101715781 | BDO Audit, Settlement Reports | WH1 |
| 101715782 | SLS Audit Reconciliations | WH1 |
| 101715784 | Wilmington Trust Bank Statements, A/P Data Entry, 1998 | C |
| 101715785 | Grantor Trust Reports, 1996, 1997 | C |
| 101715786 | Daily Settlements | WH1 |
| 101715788 | School Funding Reports, 1998 | WH4 |
| 101715789 | Daily Settlements, 1999 | WH3 |
| 101715790 | Vendor Billings | WH1 |
| 101715797 | Accounts Payable with Check Copies, 2001 | WH1 |
| 101715798 | Vendor Files | WH1 |

10/03/05 16:18 FAX 202 942 5999 ARNOLD & PORTER LLP #6 Case 1:05-cv-00165-JJF Document 93-8 Filed 11/16/2005 Page 9 of 18 ☒009

10-03-2005 15:58 From-CARPENTER&BENNET +973-622-5314 T-444 P.009/018 F-339

| | | |
|---|---|---|
| 101715801 | Daily Settlements, 1999 | WH3 |
| 101715802 | Daily Settlements, 1999 | WH3 |
| 101715803 | Daily Settlements, Wilmington Trust Deposits, 1999 | WH3 |
| 101715804 | Daily Settlements Wilmington Trust, 1999 | WH4 |
| 101715805 | Daily Settlements, Wilmington Trust Deposits, 1999 | WH3 |
| 101715806 | Daily Settlements, 1999 | WH3 |
| 101715807 | Daily Settlements Wilmington Trust, 1999 | WH4 |
| 101715808 | Daily Settlements, 1999 | WH3 |
| 101715809 | Daily Settlements, 1999 | WH3 |
| 101715810 | Daily Settlements, 1999 | WH4 |
| 101715811 | Daily Settlements, 1999 | WH3 |
| 101715812 | Daily Settlements Wilmington Trust, 1999 | WH4 |
| 101715813 | School Funding Reports | WH4 |
| 101715814 | School Funding Reports, 1999 | WH4 |
| 101715815 | School Funding Reports, 1999 | WH4 |
| 101715816 | School Funding Reports, 1999 | WH4 |
| 101715817 | School Funding Reports, 1999 | WH4 |
| 101715818 | School Funding Reports, 1999 | WH4 |
| 101715821 | Payments by Direct Check, Phone | WH3 |
| 101715825 | School Funding Reports, 1994, 1995 | WH4 |
| 101715876 | Loan Analysis, 1996 | WH1 |
| 101715877 | Bank Statements, Miscellaneous | WH1 |
| 101715878 | Loan Summaries, 1994 – 1996 | WH2 |
| 101715879 | Daily Settlements Wilmington Trust, 1998 | WH4 |
| 101715880 | Daily Settlements Wilmington Trust | WH4 |
| 101715881 | Daily Settlements Wilmington Trust, 1998 | WH4 |
| 101715882 | Deposit Slips Daily Settlements | WH2 |
| 101715883 | Daily Settlements Wilmington Trust, 1998 | WH4 |
| 101715884 | Daily Settlements, 1998 | WH3 |
| 101715885 | Daily Settlements, 1998 | WH3 |
| 101715886 | Settlement Reports | WH4 |
| 101715887 | Daily Settlements, 1998 | WH3 |
| 101715888 | Vendor Files with Check Stubs | WH1 |
| 101715889 | Vendor Files with Check Stubs | WH1 |
| 101715890 | Vendor Files with Check Stubs, Petty Cash Vouchers | WH1 |
| 101715891 | Trial balances, 1998 | WH2 |
| 101715892 | Grantor Trust Reports | WH2 |
| 101715893 | Grantor Trust Reports, 1996, 1997 | WH2 |
| 101715894 | Grantor Trust Servicer Reports | WH3 |
| 101715895 | Bank Reports | WH1 |
| 101715896 | Grantor Trust Reports, 1995 | WH2 |
| 101715897 | Grantor Trust Reports, 1996 | WH3 |
| 101715898 | School Funding | WH1 |
| 101715899 | Bank Statements, School Funding | WH1 |
| 101715900 | School Funding Reports | WH1 |
| 108250226 | Student Applications – Declines | WH2 |
| 108250229 | Student Contracts – Paid | WH2 |
| 108250230 | Student Applications – Declines | WH3 |
| 108250231 | Student Applications – Declines | WH2 |
| 108250233 | Student Applications – Declines | WH3 |
| 108250238 | Student Contracts – Withdrawn | WH4 |
| 108250239 | Student Contracts – Withdrawn | WH4 |
| 108250240 | Student Contracts – Paid | WH2 |
| 108250276 | Student Applications – Declines | WH3 |
| 108250277 | Student Applications – Declines | WH4 |
| 108250278 | Student Applications – Declines | WH2 |
| 108250279 | Student Applications – Declines | WH2 |

10/03/05 16:16 FAX 202 942 5999  ARNOLD & PORTER LLP #6  Case 1:05-cv-00165-JJF  Document 93-8  Filed 11/16/2005  Page 10 of 18  @010

10-03-2005  15:58  From-CARPENTER&BENNET  +973-622-5314  T-444  P.010/018  F-956

| | | |
|---|---|---|
| 108250280 | Student Applications – Declines | WH2 |
| 108250281 | Student Applications – Declines | WH2 |
| 108250282 | Student Applications – Declines | WH3 |
| 108250283 | Student Applications – Declines | WH3 |
| 108250284 | Student Applications – Declines | WH3 |
| 108250285 | Student Applications – Declines | WH2 |
| 108250286 | Student Applications – Declines | WH2 |
| 108250287 | Student Applications – Declines | WH3 |
| 108250288 | Student Applications – Declines | WH2 |
| 108250290 | Student Applications – Declines | WH3 |
| 108250291 | Student Applications – Declines | WH2 |
| 108250301 | Loan Reports by School | WH1 |
| 108250302 | Student Applications – Declines | WH4 |
| 108250303 | Student Applications – Declines | WH4 |
| 108250304 | Student Applications – Withdrawn | WH3 |
| 108250305 | Student Applications – Withdrawn | WH3 |
| 108250306 | Student Applications – Withdrawn | WH3 |
| 108250307 | Student Applications – Declines | WH2 |
| 108250308 | Student Applications – Withdrawn | WH3 |
| 108250309 | Student Applications – Declines | WH4 |
| 108250310 | Student Applications – Declines | WH4 |
| 108250311 | Student Applications – Declines | WH2 |
| 108250312 | Student Applications – Declines | WH4 |
| 108250313 | Student Applications – Withdrawn | WH4 |
| 108250314 | Student Applications – Withdrawn | WH4 |
| 108250315 | Student Applications – Withdrawn | WH2 |
| 108250316 | Student Applications – Declines | WH3 |
| 108250317 | Student Applications – Declines, Withdrawn | WH2 |
| 108250318 | Student Applications – Withdrawn | WH2 |
| 108250319 | Student Applications – Declines, Withdrawn | WH2 |
| 108250320 | Student Applications – Declines, Withdrawn | WH2 |
| 108250321 | Student Applications – Withdrawn | WH2 |
| 108250322 | Student Applications – Declines | WH3 |
| 108250323 | Student Applications – Declines | WH2 |
| 108250324 | Student Applications – Declines | WH2 |
| 108250326 | Student Applications – Approvals | WH2 |
| 108250327 | Student Applications – Approvals | WH3 |
| 108250328 | Student Applications – Approvals | WH2 |
| 108250329 | Student Applications – Approvals | WH3 |
| 108250330 | Student Applications – Declines | WH2 |
| 108250331 | Student Applications – Declines | WH2 |
| 108250332 | Student Applications – Declines | WH3 |
| 108250333 | Student Applications – Approvals | WH3 |
| 108250334 | Student Applications – Approvals | WH3 |
| 108250335 | Student Applications – Declines | WH3 |
| 108250336 | Student Applications – Approvals | WH3 |
| 108250337 | Student Applications – Approvals | WH3 |
| 108250338 | Student Applications – Declines, Withdrawn | WH3 |
| 108250339 | Student Applications – Declines | WH3 |
| 108250340 | Student Applications – Withdrawn | WH3 |
| 108250341 | Student Applications – Approvals | WH3 |
| 108250342 | Student Applications – Approvals | WH2 |
| 108250343 | Student Applications – Approvals | WH3 |
| 108250344 | Student Applications – Approvals | WH3 |
| 108250345 | Student Applications – Approvals | WH3 |
| 108250347 | Student Applications – Declines | WH2 |
| 108250350 | Student Applications – Declines, Withdrawn | WH2 |

10/03/05 16:19 FAX 202 942 5999 ARNOLD & PORTER LLP #6 Case 1:05-cv-00165-JJF Document 93-8 Filed 11/16/2005 Page 11 of 18 ☒011

10-03-2005 15:59 From-CARPENTER&BENNET +973-622-5314 T-444 P.011/018 F-939

| | | |
|---|---|---|
| 108250353 | Student Applications – Declines | WH3 |
| 108250354 | Student Applications – Declines | WH1 |
| 108250356 | Student Applications – Withdrawn | WH3 |
| 108250357 | Student Applications – Declines | WH2 |
| 108250358 | Student Applications – Declines | WH2 |
| 108250359 | Student Applications – Declines, Withdrawn | WH2 |
| 108250360 | Student Applications – Declines | WH2 |
| 108250361 | Student Applications – Declines, Withdrawn | WH2 |
| 108250362 | Student Applications – Declines | WH3 |
| 108250367 | Student Applications – Declines | WH2 |
| 108250368 | Student Applications – Withdrawn | WH2 |
| 108250369 | Student Applications – Declines | WH2 |
| 108250370 | Student Applications – Declines | WH2 |
| 108250401 | Student Applications – Declines | WH4 |
| 108250402 | Student Applications – Declines, Withdrawn | WH2 |
| 108250403 | Student Applications – Declines | WH2 |
| 108250404 | Student Applications – Declines | WH3 |
| 108250405 | Student Applications – Declines | WH3 |
| 108250406 | Student Applications – Declines | WH3 |
| 108250408 | Student Applications – Declines | WH3 |
| 108250409 | Student Applications – Declines | WH3 |
| 108250410 | Student Applications – Declines | WH3 |
| 108250412 | Student Applications – Declines | WH3 |
| 108250413 | Student Applications – Declines | WH3 |
| 108250415 | Student Applications – Declines | WH4 |
| 108250416 | Student Applications – Declines | WH2 |
| 108250417 | Student Applications – Declines | WH2 |
| 108250418 | Student Applications – Declines | WH3 |
| 108250419 | Student Applications – Declines | WH2 |
| 108250420 | Student Applications – Declines | WH3 |
| 108250421 | Student Applications – Declines | WH2 |
| 108250422 | Student Applications – Declines | WH2 |
| 108250423 | Student Applications – Declines | WH2 |
| 108250424 | Student Applications – Declines | WH2 |
| 109315226 | Grantor Trust and School Deposits, 1998 | C |
| 109315227 | Bank Reports | WH1 |
| 109315229 | School Funding, Wire Transfers, 1998 | C |
| 109315230 | Daily Settlements, 1998 | WH4 |
| 109315232 | Corporate Files | WH4 |
| 109315233 | Accounting, Kartha Settl Reports | C |
| 109315235 | Wilmington Trust Bank Statements, DCC Cancelled Checks, 1999 | C |
| 109315236 | Corporate Files, BDO 1996, 1997, Fraud Insurance 1999 | WH4 |
| 109315237 | Banking, Wire Transfers | WH1 |
| 109315238 | Daily Settlements Wilmington Trust | WH4 |
| 109315239 | Daily Settlements Wilmington Trust, 2000 | WH4 |
| 109315240 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 109315241 | Daily Settlements, 2000 | WH3 |
| 109315242 | Daily Settlements | WH2 |
| 109315243 | Daily Settlements Wilmington Trust, 2000 | WH4 |
| 109315244 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 109315245 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 109315246 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 109315247 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 109315248 | Daily Settlements Wilmington Trust, 2000 | WH4 |
| 109315249 | Daily Settlements, Wilmington Trust Deposits, 2000 | WH3 |
| 109315250 | PNC Lockbox Deposits | WH2 |
| 148875776 | PNC Lockbox Deposits, Summary Reports | WH3 |

10/03/05 16:19 FAX 202 942 5999 ARNOLD & PORTER LLP #6 Case 1:05-cv-00165-JJF Document 93-8 Filed 11/16/2005 Page 12 of 18 @012

10-03-2005 16:00 From-CARPENTER&BENNET +973-622-5314 T-444 P.012/018 F-938

| | | |
|---|---|---|
| 148875777 | PNC Lockbox Deposits, Daily Settlement Reports | WH2 |
| 148875778 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875779 | PNC Lockbox Deposits, Daily Settlement Reports | WH2 |
| 148875780 | PNC Lockbox Deposits | WH2 |
| 148875781 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875782 | PNC Lockbox Deposits, Grantor Trust Reports | WH2 |
| 148875783 | PNC Lockbox Deposits, Forbearance Reports | WH2 |
| 148875784 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875785 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875786 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875787 | PNC Lockbox Deposits, Forbearance Reports | WH2 |
| 148875788 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875789 | PNC Lockbox Deposits, Daily Settlement Reports | WH2 |
| 148875790 | PNC Lockbox Deposits, Daily Settlement Reports | WH2 |
| 148875791 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875792 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875793 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875794 | PNC Lockbox Deposits | WH2 |
| 148875795 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875796 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875797 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 148875798 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875799 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 148875800 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 178024776 | Accounts Payable with Check Copies, 2000 | WH1 |
| 178024777 | Vendor Billings, Check Copies | WH1 |
| 178024778 | Paid Invoices Check Copies | WH1 |
| 178024779 | Accounts Payable with Check Copies, 2000 | WH1 |
| 178024780 | Loan Originations, Funding, Check Stubs | WH1 |
| 178024782 | PNC Grantor Deposits, Summary Reports | WH4 |
| 178024783 | Daily Settlements | WH3 |
| 178024784 | Daily Settlements | WH3 |
| 178024786 | Daily Settlements | WH3 |
| 178211576 | Ch 13 Bankruptcies - Collections | WH4 |
| 178211577 | Ch 7 bankruptcies - Collection | WH4 |
| 178211578 | CH 13 Bankruptcies – Collections | WH4 |
| 178211579 | Opt Out Forms | WH1 |
| 178211580 | Grantor Trust Reports | WH4 |
| 178211582 | Bank Docs | WH1 |
| 178211582 | Grantor Trust Reports | WH4 |
| 178211583 | SFC Loan Agreements, Rol Schroff, Jennifer Hibbert | WH1 |
| 178211585 | Grantor Trust Reports | WH2 |
| 178211586 | Grantor Trust Reports | WH4 |
| 178211587 | Bank Statements, Royal Docs | WH1 |
| 181871001 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871002 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871003 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871004 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871005 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871006 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871007 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871008 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871009 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871011 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871012 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871013 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871014 | PNC Lockbox Deposits, Summary Reports | WH4 |

10/03/05 16:20 FAX 202 942 5999　ARNOLD & PORTER LLP #6　Case 1:05-cv-00165-JJF　Document 93-8　Filed 11/16/2005　Page 13 of 18　@013

10-03-2005 16:00　From-CARPENTER&BENNET　+973-622-5314　T-444 P.013/018 F-535

| | | |
|---|---|---|
| 181871015 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871016 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871017 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871018 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871019 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871020 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871021 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871022 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871023 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871024 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871025 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871026 | Grantor Trust Servicer Reports | C |
| 181871027 | Warehouse Loan 1999, Amendment 2001 | C |
| 181871028 | Grantor Trust | C |
| 181871029 | Grantor Trust, Private Placement | C |
| 181871030 | Grantor Trust Securitizations | C |
| 181871031 | Grantor Trust Securitizations | C |
| 181871032 | Grantor Trust Securitizations | C |
| 181871033 | Grantor Trust Securitizations | C |
| 181871036 | Grantor Trust Securitizations, Best Bank | C |
| 181871037 | Grantor Trust Reports, Wilmington Trust Bank Statements | C |
| 181871043 | Grantor Trust Reports | WH2 |
| 181871044 | Grantor Trust Analysis Reports | WH2 |
| 181871046 | Student Debt Analysis | WH1 |
| 181871048 | PNC Student Loan Analysis | WH1 |
| 181871049 | Grantor Trust Reports, 2001 | WH2 |
| 181871050 | PNC Closing Binders – Grantor Trust | WH2 |
| 181871101 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871102 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871103 | PNC Lockbox Deposits, Summary Reports, SFC Processed Checks, NSF | WH4 |
| 181871104 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871105 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871106 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871107 | PNC Lockbox Deposits | WH3 |
| 181871108 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871109 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871110 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871111 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871112 | PNC Lockbox Deposits | WH3 |
| 181871113 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871114 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871115 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871116 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871117 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871118 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871119 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871120 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871121 | PNC Lockbox Deposits, Roadmaster Corrections | WH3 |
| 181871122 | PNC Lockbox Deposits | WH3 |
| 181871123 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871124 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871125 | PNC Lockbox Deposits | WH3 |
| 181871826 | PNC Lockbox Deposits | WH3 |
| 181871827 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871828 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871829 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871830 | PNC Lockbox Deposits, Summary Reports | WH3 |

10-03-2005  16:01    From-CARPENTER&BENNET            +973-622-5314        T-444  P.014/018  F-936

| | | |
|---|---|---|
| 181871831 | PNC Lockbox Deposits | WH3 |
| 181871832 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871833 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871834 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871835 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871836 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871837 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871838 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871839 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871840 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871841 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871842 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871843 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871844 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 181871845 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871846 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871847 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871848 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871849 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871850 | PNC Lockbox Deposits | WH3 |
| 181871851 | PNC Lockbox Deposits | WH3 |
| 181871852 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871853 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871854 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 181871855 | Funding Daily Transfers | WH3 |
| 181871856 | Funding Daily Transfers | WH3 |
| 181871857 | Funding Daily Transfers | WH3 |
| 181871858 | Grantor Trust Reports, 2001, Daily Transfers | WH2 |
| 181871859 | Grantor Trust Daily Transfers | WH3 |
| 181871860 | Daily Transfers | WH3 |
| 181871861 | Daily Transfers | WH3 |
| 181871862 | Audit Working Papers, 2000 | WH4 |
| 181871863 | Wilmington Trust Daily Balances | WH3 |
| 181871864 | Daily Settlements Wilmington Trust, 2002 | WH4 |
| 181871865 | School Funding Reports | WH1 |
| 181871867 | School Funding Reports, 2001 | WH4 |
| 181871868 | School Disbursement Records | WH1 |
| 181871869 | School Funding Reports, 2001 | WH4 |
| 181871870 | School Disbursement Records | WH1 |
| 181871871 | School Disbursement Records | WH1 |
| 181871872 | School Funding Reports, 2000 | WH4 |
| 181871873 | School Funding Reports, 2000, 2001 | WH4 |
| 181871874 | School Funding Reports, 2000 | WH4 |
| 181871875 | School Funding Reports | WH3 |
| 200342526 | Student Contracts | WH1 |
| 200342529 | Student Contracts | WH1 |
| 200342531 | Student Contracts | WH1 |
| 200342533 | Student Contracts | WH1 |
| 200342536 | Student Contracts | WH1 |
| 200342538 | Student Contracts | WH1 |
| 200342539 | Student Contracts | WH1 |
| 209370602 | Student Contracts | WH1 |
| 209370604 | Student Contracts | WH2 |
| 209370605 | Student Contracts | WH1 |
| 209370606 | Student Contracts | WH1 |
| 209370607 | Student Contracts | WH1 |
| 209370608 | Grantor Trust | WH2 |

10/03/05 16:21 FAX 202 942 3999        ARNOLD & PORTER LLP #6              @015
Case 1:05-cv-00165-JJF   Document 93-8   Filed 11/16/2005   Page 15 of 18

10-03-2005  16:05    From-CARPENTER&BENNET            +973-622-5314      T-445  P.015/018  F-998

| | | |
|---|---|---|
| 209370609 | Grantor Trust Reports, 2000, 2001, 2002 | WH3 |
| 209370626 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370627 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370628 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370629 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370630 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370631 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370632 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370633 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370634 | PNC Lockbox Deposits | WH1 |
| 209370635 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370636 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370637 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370638 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370639 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370640 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370641 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370642 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370643 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370644 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370645 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370646 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370647 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370648 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370649 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370650 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370651 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370652 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370653 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370654 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370655 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370656 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370657 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370658 | PNC Lockbox Deposits | WH1 |
| 209370659 | PNC Lockbox Deposits | WH1 |
| 209370660 | PNC Lockbox Deposits | WH3 |
| 209370661 | PNC Lockbox Deposits | WH3 |
| 209370662 | PNC Lockbox Deposits | WH3 |
| 209370663 | PNC Lockbox Deposits, Student Settlement Reports | WH1 |
| 209370664 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370665 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370666 | PNC Lockbox Deposits | WH1 |
| 209370667 | PNC Lockbox Deposits, Daily Settlement Reports | WH2 |
| 209370668 | PNC Lockbox Deposits | WH3 |
| 209370669 | PNC Lockbox Deposits, Funding Reports | WH4 |
| 209370670 | PNC Lockbox Deposits | WH1 |
| 209370671 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370672 | PNC Lockbox Deposits, Funding Reports | WH4 |
| 209370673 | PNC Lockbox Deposits, Summary Reports | WH1 |
| 209370674 | PNC Lockbox Deposits | WH1 |
| 209370675 | PNC Lockbox Deposits | WH3 |
| 209370676 | PNC Lockbox Deposits | WH1 |
| 209370677 | PNC Lockbox Deposits | WH1 |
| 209370678 | PNC Lockbox Deposits | WH1 |
| 209370679 | PNC Lockbox Deposits | WH1 |
| 209370680 | PNC Lockbox Deposits | WH1 |
| 209370681 | PNC Lockbox Deposits, Summary Reports | WH3 |

10-03-2005  16:05   From-CARPENTER&BENNET          +973-622-5314       T-445  P.016/018  F-999

| | | |
|---|---|---|
| 209370682 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370683 | PNC Lockbox Deposits | WH1 |
| 209370684 | PNC Lockbox Deposits | WH1 |
| 209370685 | PNC Lockbox Deposits | WH3 |
| 209370686 | PNC Lockbox Deposits | WH1 |
| 209370687 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370688 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370689 | PNC Lockbox Deposits | WH1 |
| 209370690 | PNC Lockbox Deposits, Summary Reports | WH3 |
| 209370691 | PNC Lockbox Deposits | WH1 |
| 209370692 | PNC Lockbox Deposits, Funding Reports | WH4 |
| 209370693 | PNC Lockbox Deposits | WH1 |
| 209370694 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370695 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370696 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370697 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370698 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370699 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 209370700 | PNC Lockbox Deposits, Summary Reports | WH4 |
| 210094053 | Grantor Trust Reports, 2001, 2002 | WH3 |
| 210094054 | Grantor Trust Schedules and Reports | WH1 |
| 210094056 | Grantor Trust Reports, Delinquent Loans | WH3 |
| 210094057 | Funding Reports, 2002 | C |
| 210094058 | Grantor Trust Reports, 1996 | WH3 |
| 210094060 | Grantor Trust Servicer Reports | WH3 |
| 210094061 | Grantor Trust Servicer Reports | C |
| 210094062 | Loan Status Reports | WH1 |
| 210094063 | Grantor Trust Servicer Reports | C |
| 210094064 | Grantor Trust Servicer Reports | C |
| 210094065 | Grantor Trust Schedules and Reports | WH1 |
| 210094066 | Grantor Trust Servicer Reports | C |
| 210094067 | Grantor Trust Servicer Reports | C |
| 210094068 | Grantor Trust Schedules and Reports | WH1 |
| 210094069 | Grantor Trust Schedules and Reports | WH1 |
| 210094070 | Grantor Trust Servicer Reports | C |
| 210094071 | Accounting Testing, 2001, 2002 | C |
| 210094072 | Wire Transfers, 2001 | C |
| 210094073 | DCC Check Copies, Wilmington Trust Deposits, Daily Deposit Reports | WH3 |
| 210094074 | Wire Transfers | WH3 |
| 210094075 | Account Trial Balances | C |
| 210094126 | Grantor Trust Servicer Reports | C |
| 210094127 | Servicer Reports, Delinquent Loans | C |
| 210094128 | Paid Invoices | WH1 |
| 210094129 | Accounts Payable with Check Copies, 2001 | WH1 |
| 210094130 | Accounts Payable with Check Copies, 2000, 2001 | WH1 |
| 210094132 | Journal Entry Books | WH3 |
| 210094133 | Grantor Trust Account Analysis, SWH 2001 | C |
| 210094135 | Daily Settlements, NSF Funding Reports | WH4 |
| 210094137 | Wire Transfers, 2001 | C |
| 210094138 | Grantor Trust Servicer Reports 1996, 1999, SWH File III | C |
| 210094139 | Vendor Files with Check Copies | WH1 |
| 210094140 | Inter-company Wire Transfers | C |
| 210094141 | Bank Reconciliations, 2000 | C |
| 210094142 | Accounts Payable with Check Copies, 2001 | WH1 |
| 210094143 | Roadmaster Analysis, Off/On Balance | WH1 |
| 210094145 | Grantor Trust Servicer Reports | C |
| 210094146 | PNC Grantor Trust Report | WH4 |

13

| ID | Description | Loc |
|---|---|---|
| 210094147 | Grantor Trust Servicer Reports | WH3 |
| 210094148 | Grantor Trust Servicer Reports | C |
| 210094149 | Check Copies, 2001 | WH1 |
| 210094176 | Student Contracts – Unassigned Ch. 7 Petitioners | WH3 |
| 210094177 | Student Contracts – Paid | WH4 |
| 210094178 | Student Contracts – Withdrawn | WH4 |
| 210094179 | Student Contracts – Withdrawn | WH4 |
| 210094180 | Student Contracts – Paid | WH4 |
| 210094181 | Student Contracts – Paid | WH4 |
| 210094182 | Student Records | WH2 |
| 210094183 | Student Contracts | WH2 |
| 210094184 | Student Contracts | WH2 |
| 210094185 | Student Contracts | WH2 |
| 210094186 | Student Contracts | WH2 |
| 210094187 | Student Contracts | WH2 |
| 210094188 | Student Contracts | WH2 |
| 210094189 | Student Contracts | WH2 |
| 210094190 | Student Contracts | WH3 |
| 210094191 | Student Contracts | WH2 |
| 210094196 | Student Contracts | WH2 |
| 215737579 | Summit Properties vs. ING Bank | WH1 |
| DIL1 | Applications for State Licenses for Driving Schools | C |
| DIL10 | Grantor Trust Securitizations | C |
| DIL2 | Applications for State Licenses for Driving Schools | C |
| DIL3 | Market Street Warehouse LOC | C |
| DIL4 | Wilmington Trust Warehouse LOC, Royal Indemnity Credit Risk Policy, SWH Loan Closing Docs, Spectrum Origination Loan Closing Docs | C |
| DIL5 | SWH Funding Loan Docs, Wilmington Trust Warehouse LOC, Market Capital Warehouse LOC | C |
| DIL6 | Market Street Capital Warehouse LOC | C |
| DIL7 | Franklin Driving School | C |
| DIL8 | Issuance of $100M SFC Asset Backed Notes | C |
| DIL9 | Grantor Trust Securitizations | C |
| GD1 | Driving School Documents | C |
| GD10 | Records from Guy Di Simplico Office | C |
| GD11 | Board Papers Frank Martinez Docs | C |
| GD12 | Records from Guy Di Simplico Office | C |
| GD13 | Records from Guy Di Simplico Office | C |
| GD14 | Records from Guy Di Simplico Office | WH3 |
| GD15 | School Contracts | C |
| GD2 | Driving School Documents | C |
| GD3 | School Contracts | C |
| GD4 | School Contracts | C |
| GD5 | Records from Guy Di Simplico Office | C |
| GD6 | Records from Guy Di Simplico Office | C |
| GD7 | Records from Guy Di Simplico Office | C |
| GD8 | Records from Guy Di Simplico Office | C |
| GD9 | Records from Guy Di Simplico Office | C |
| S10 | Andrew Yao Bank Statements and Litigation | C |
| SE1 | School Agreements | C |
| SE10 | Grantor Trust Reports | C |
| SE11 | Grantor Trust | C |
| SE12 | Grantor Trust | C |
| SE13 | Grantor Trust Reports | C |
| SE14 | MBIA vs. Royal | C |
| SE15 | School Agreements | C |
| SE16 | School Agreements | C |

14

| | | |
|---|---|---|
| SF2 | School Agreements | C |
| SF3 | School Agreements | C |
| SF4 | School Agreements | C |
| SF5 | School Agreements | C |
| SF6 | School Agreements | C |
| SF7 | Student Contracts, Copies | C |
| SF8 | Student Contracts, Copies | C |
| SF9 | School Agreements | C |
| STS1 | Transport Training Driving School | C |
| STS2 | Settlement and Funding Reports for Driving Schools | C |
| STS3 | McGladdrey Litigation Doc | C |
| STS4 | McGladdrey Litigation Doc | C |
| STS5 | SFC Financial Docs, Default Rates et al, Produced by Guy Di Simplico | C |
| STS6 | Wilmington Trust Warehouse LOC | C |
| STS7 | Privileged Litigation Documents | C |
| STS8 | Privileged Litigation Documents | C |
| STS9 | SFC 2001 Audit Issues, Deposition Transcripts | C |
| STS10 | School Contracts | C |
| STS11 | Wilmington Trust Warehouse Line of Credit | C |
| STS12 | Wells Fargo Statements, SFC Financial II Market Street Funding May 15, 2001. Case Pleadings (Royal vs. CDI) | C |
| STS13 | Statement of Account. Wilmington Trust Company as Escrow Agent Pursuant to the Second Amended and Excess Spread Reserve Agreement DTD as of 4/19/00 with Royal Indemnity Company The Depositors and the Beneficiaries. | C |
| STS14 | Deposition Transcripts. Martinez Documents. | C |
| STS15 | Student Loan Warehouse Credit Facility SFC Financial II LLC and Market Street Capital July 16, 1999. Royal Indemnity Company Credit Risk Insurance Policy RST 2933 34. SFC 5,000,000 Loan made by SWH Funding Corp and Spectrum Origination LLC to SFC Financial II, Feb 2000 | C |
| STS16 | SFC Grantor Trust Series 2000-4 | C |
| STS17 | Student Loan Warehouse Credit Facility SFC Financial II LLC and Market Street Capital July 16, 1999. | C |
| STS18 | MP III Holdings, d/b/a/ MTA Schools | N |
| STS19 | Trustee v. MTA (04-56408. Correspondence File No. 1 | N |
| STS20 | MTA-101 School File | N |
| STS21 | MTA-110 School File | N |
| STS22 | MTA-111 School File | N |
| STS23 | MTA-121 School File | N |
| STS24 | MTA-136 School File | N |
| STS25 | MTA-137 School File | N |
| STS26 | MTA-138 School File | N |
| STS27 | MTA-139 School File | N |
| STS28 | MTA-141 School File | N |
| STS29 | MTA-144 School File | N |
| STS30 | MTA-146 School File | N |
| STS31 | Trucking School Documents Provided by DAD, Roadmaster et al | N |
| STS32 | Trustee v. Career Path (Roadmaster) (04-56414) Correspondence File No. 1 | N |
| STS33 | Trustee v. Career Path-Roadmaster Pleading Binder No. 1 | N |
| STS34 | Trustee v. Career Path Pleading Binder No. 2 (NO. 04-56414) | N |
| STS35 | Career Path Training Corporation, Roadmaster Drivers School., et al | N |
| STS36 | Student Loan Agreements Between SFC and Career Path Training Centers | N |
| STS37 | Career Path Training Schools Contracts | N |
| | 09/30/05 | |