# EXHIBIT I

CAUSE NO. D167370

FILED
DISTRICT COURT OF
JEFFERSON CO. TEXAS

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | 05 APR 11 P5:01 |
| vs. | § | |
| | § | JEFFERSON COUNTY, TEXAS |
| MP III HOLDINGS, INC. et al., | § | LOLITA RAMOS |
| Defendants. | § | 58TH JUDICIAL DISTRICT |

## NOTICE OF FILING OF
## PLAINTIFF ROYAL INDEMNITY COMPANY'S TRIAL EXHIBIT LIST

Pursuant to the Second Amended Discovery Control and Scheduling Order for May 2005 Trial Setting, Plaintiff Royal Indemnity Company hereby files its attached Trial Exhibit List.

Respectfully submitted,

WRIGHT BROWN & CLOSE, LLP

By: *Andrew Love*

Harvey G. Brown, Jr.
State Bar No. 03130500
Howard L. Close
State Bar No. 04406500
Andrew Love
State Bar No. 24007571
Three Riverway, Suite 600
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
brown@wrightbrownclose.com
close@wrightbrownclose.com

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 1 | January 2002 MTA Training Centers Brochure | MPIII137284 - MPIII137299 |
| 2 | January 25, 2001 Price Increase Memo | R/SDM010330 |
| 3 | Ricky Wolfe Investor Package (Marked as Wolfe Dep. Exh. 3) | No Bates Number |
| 4 | Ricky Wolfe cosigner related documents | MPIII190159, MPIII190115, MPIII190118 |
| 5 | August 23, 2001 Co-Signer letter Memo | MPIII113011 - MPIII113012 |
| 6 | Ricky Wolfe Promissory Note (Marked as Wolfe Dep. Exh. 6) | No Bates Number |
| 7 | January 8, 2002 Price Increase/Conference Call Memo | MPIII137055 |
| 8 | January 9, 2002 SFC Addendums for Price Increase Memo | MPIII137052 - MPIII137054 |
| 9 | Financing Your Education at Southeastern Community College website printout (Marked as Willson 4) | No Bates Number |
| 10 | Money Order Instruction Sheet | MPIII128584 |
| 11 | July 16, 2001 Student loan payments sent by your school fax memo | LUFKIN0649 |
| 12 | June 7, 2001 Money Order Requests form | R/SDM016752 - R/SDM016766 |
| 13 | March 12, 2002 SFC Funding memo | R/SDM009940 |
| 14 | March 13, 2002 Price Decrease memo | MPIII112989 - MPIII112990 |
| 15 | February 26, 2002 fax with Commission Structure | R/SDM002183 - R/SDM002187 |
| 16 | 1998 MTA Schools Catalog, Commerce City, Colorado (Marked as Bennett Dep. Exh. 3) | No Bates Number |
| 17 | Drug Durations in System post-it note | MPIII121623 |
| 18 | September 27, 2000 Drug Test Failure memo | MPIII130981 |
| 19 | 1996 MTA Schools Catalog, Commerce City, Colorado | MPIII003038 - MPIII003050 |
| 20 | June 30, 1997 Harold Ives memo | MPIII112276 - MPIII112282 |
| 21 | February 1, 2001 Money Order Requests memo with copies of two money orders | MPIII127713 |
| 22 | March 13, 1968 preliminary application | MTAPDOE0005 - MTAPDOE0008 |
| 23 | MTA Schools Operations Manual | R/SDM005859 - R/SDM006254 |
| 24 | William Knauss SFC file (Marked as Stoner Dep. Exh. 3) | No Bates Number |
| 25 | Legg Mason memorandum | R/SDM010594 - R/SDM010656 |
| 26 | January 1997 letter from Warenski to Coleman | MPIII021707 - MPIII021709 |
| 27 | January 15, 1997 letter from UT System of Higher Education to Warenski and Aust | GT16596 - GT16597 |
| 28 | September 29, 1997 SFC Financing memo | R/SDM021970 - R/SDM021975 |
| 29 | June 26, 2000 letter | MTAGDPS00002 - MTAGDPS00003 |
| 30 | William Knauss SFC Student Application (Marked as Knauss Dep. Exh. 2) | No Bates Number |

1

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 31 | William Knauss SFC Student File (Marked as Knauss Dep. Exh. 3) | No Bates Number |
| 32 | October 30, 1997 letter | GT016481 |
| 33 | April 14th Student Complaint memo | MPIII035421 |
| 34 | MTA admissions standards fax memo | R/SDM009951 - R/SDM009952 |
| 35 | January 16, 2002 letter to Joseph Itsuokor | MTAICPE00272 |
| 36 | October 7, 1997 MTA Platinum Program for the Purchase of Installment Agreements | GT14948 - GT14960 |
| 37 | November 5, 1997 MTA Platinum Student Loan Program Agreement | R/SDM0022187 - R/SDM0022198 |
| 38 | October 12, 2000 MTA-101 Student Loan Purchase Agreement | GT15028 - GT15031 |
| 39 | October 12, 2000 MTA-101 Student Loan Purchase Agreement package | R/SDM001918 - R/SDM001920 |
| 40 | October 12, 2000 MTA Student Loan Processing Agreement | GT17439 - GT17442 |
| 41 | October 12, 2000 MTA Student Loan Purchase Agreement | GT14944 - GT14947 |
| 42 | October 12, 2000 MTA Student Loan Purchase Agreement | GT14834 - GT14837 |
| 43 | October 12, 2000 MTA Student Loan Processing Agreement | GT15024 - GT15027 |
| 44 | October 12, 2000 MTA Student Loan Processing Agreement | GT16571 - GT16574 |
| 45 | October 12, 2000 MTA Student Loan Purchase Agreement | GT16652 - GT16655 |
| 46 | October 12, 2000 MTA Student Loan Purchase Agreement | GT16718 - GT16721 |
| 47 | October 12, 2000 MTA Student Loan Purchase Agreement | GT16786 - GT16789 |
| 48 | October 12, 2000 MTA Student Loan Processing Agreement | GT17284 - GT17287 |
| 49 | October 12, 2000 MTA Student Loan Purchase Agreement | GT17348 - GT17351 |
| 50 | October 12, 2000 MTA Student Loan Purchase Agreement | GT17398 - GT17402 |
| 51 | November 5, 1998 Coastal Platinum Student Loan Program Agreement | GT10769 - GT10780 |
| 52 | November 5, 1998 Coastal Platinum Student Loan Program Agreements | GT10867 - GT10877 |
| 53 | November 5, 1998 Coastal Platinum Student Loan Program Agreements | GT10961 - GT10971 |
| 54 | November 5, 1998 Coastal Platinum Student Loan Program Agreements | GT11139 - GT11149 |
| 55 | October 12, 2000 Coastal Student Loan Processing Agreement | GT10765 - GT10768 |
| 56 | October 12, 2000 Coastal Student Loan Processing Agreement | GT10863 - GT10866 |
| 57 | October 12, 2000 Coastal Student Loan Processing Agreement | GT10957 - GT10960 |
| 58 | October 12, 2000 Coastal Student Loan Processing Agreement | GT11135 - GT11138 |
| 59 | October 12, 2000 Coastal Student Loan Processing Agreement | GT10679 - GT10681 (01649) |
| 60 | October 12, 2000 Coastal Student Loan Processing Agreement | GT11048 - GT11051 |
| 61 | May 28, 2004, MTA's Objections and Answers to Plaintiff's Second Set of Interrogatories (Marked as Dalglish Exh. 6) | No Bates Number |
| 62 | October 16, 2001 Preliminary Limited Offering Memorandum, SFC Owner Trust 2001-I and Moody's New Issue Reports | R/SDM005657 - R/SDM005792 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 63 | SFC Summary Chart | R/SDM005616 |
| 64 | Undated letter from Frank Aust to Coleman | MPIII021710 - MPIII021711 |
| 65 | October 22, 2001 Asset Quality Issues memo | SFC159882 - SFC159894 |
| 66 | SFC Complaint against several trucking schools (Marked as Turnbull Dep. Exh. 9) | No Bates Number |
| 67 | SMS underwriting file for MTA-110 | GT14788 - GT14880 |
| 68 | November 27, 2000 email regarding Dalglish meeting (Marked as Turnbull Dep. Exh. 12) | No Bates Number |
| 69 | July 7, 1999 email regarding MTA's bankers meeting with SFC (Marked as Turnbull Dep. Exh. 14) | No Bates Number |
| 70 | SMS Smart Recruiting Guide | ROY054322 - ROY054468 |
| 71 | October 11, 2000 email regarding SFC 2001 cash flow projections | ROY048195 - ROY048197 |
| 72 | October 19, 2000 email regarding SFC 2001 cash flow projections | ROY048194 |
| 73 | April 25, 2001 email regarding forbearance and claim submitted log | ROY047804 - ROY047805 |
| 74 | SFC Student Questions and Answers | R/SDM005833 |
| 75 | Note regarding conversation between Konrad Smith and Perry Turnbull (Marked as Turnbull Dep. Exh. 20) | No Bates Number |
| 76 | Description of Current Forbearance Process (Marked as Turnbull Dep. Exh. 21) | No Bates Number |
| 77 | March 23, 2000 emails regarding prospective forbearance payments | ROY048205 - ROY048207 |
| 78 | FTI Corporate Recovery report | SFC008354 - SFC008376 |
| 79 | Application Credit Screening information packet | R/SDM022030 - R/SDM022038 |
| 80 | July 1997 SFC Application Process Guide | R/SDM022000 - R/SDM022029 |
| 81 | December 4, 1997 SFC Credit Policy | SFC007427 |
| 82 | Exhibits to October 22, 2001 Asset Quality Issues Report | GT03323 - GT03572 |
| 83 | January 30, 2002 Donald Holmes MTA Evaluation Report | MTAICPE00091 - MTAICPE00097 |
| 84 | Ed Bates MTA Evaluation Report | MTAICPE00067 - MTAICPE00072 |
| 85 | MTA Student Processing Procedures for Administrative Assistant sheet | MPIII137758 |
| 86 | MTA Money Order Requests | MPIII127581; MPIII127592; MPIII127575; MPIII127531 - MPIII127532; MPIII127544 - MPIII127547 |
| 87 | George Grazette SFC Student Loan File (Marked as Grazette Dep. Exh. 1) | No Bates Number |
| 88 | March 14, 2002 letter to Brandee Estes from IN Commission on Proprietary Education | MTAICPE00103 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 89 | April 5, 2002 letter to Brandee Estes from IN Commission on Proprietary Education | MTAICPE00108 |
| 90 | March 18, 2002 letter from Kelly Kelly to Donald Holmes | MTAICPE00112 |
| 91 | April 11, 2001 Money Order Requests email | MPIII127724 |
| 92 | MTA School Brochure | MPIII003679 - MPIII003682 |
| 93 | MTA Schools advertisement (Marked as Carpenter Dep. Exh. 4) | No Bates Number |
| 94 | 5/93 MTA FL Enrollment Agreement | MPIII003676 - MPIII003677 |
| 95 | January 15, 2002 New Class Schedule-Pay Increase | MPIII137050 |
| 96 | SFC MTA Program Description | GT16517 |
| 97 | January 8, 2002 memo regarding New Financing Source - Key Bank | R/SDM009933 - R/SDM009939 |
| 98 | Associates Financing Program memo | MPIII008867 - MPIII008873 |
| 99 | August 28, 2001 fax regarding Bobby Ward complaint | R/SDM006295 - R/SDM006302 |
| 100 | Letter regarding borrower with non-matching cosigner signatures | MPIII190156 |
| 101 | November 12, 2001 letter regarding borrower with non-matching cosigner signatures | MPIII190088 |
| 102 | March 22, 2002 letter instructing student to make payments to MTA | R/SDM017415 |
| 103 | October 26, 2000 memo regarding Alternate Financing and Special Financing | R/SDM010368 |
| 104 | March 29, 2001 memo regarding financing update | R/SDM010256 |
| 105 | MTA student files (Marked as Stanislawski Dep. Exh. 15) | No Bates Number |
| 106 | March 31, 2002 MTA Consolidated Balance Sheet | R/SDM000259 - R/SDM000262 |
| 107 | Fall 2001 MTA Safety Training Systems Confidential Business Summary | R/SDM001238 - R/SDM001249 |
| 108 | MP III Holdings, Inc. 2001 Tax Return | R/SDM007036 - R/SDM007041 |
| 109 | MP III Holdings, Inc. years ended December 31, 1999 and 1998 Report on Financial Statements | MPIII205508 - MPIII205522 |
| 110 | MP III Holdings, Inc. year ended December 31, 2000 Financial Statements | R/SDM002226 - R/SDM002239 |
| 111 | MP III Holdings, Inc. corporate returns from Drucker & Scaccetti, P.C. | R/SDM006806 - R/SDM006849 |
| 112 | Peter Morse Schedule K-1 statement for year ended December 31, 2000 | R/SDM007159 |
| 113 | MTA Consolidated Departments Balance Sheet December 31, 2000 | MTAICPE00014 - MTAICPE00024 |
| 114 | SFC Analysis | R/SDM005656 |
| 115 | March 13, 2002 Inspection Report | MTAGDPS00005 |
| 116 | March 25, 2002 Agreement | R/SDM000896 - R/SDM000898 |

4

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 117 | Dyanna Hinnerkamp SFC Student Loan File (Marked as Hinnerkamp Dep. Exh. 1) | No Bates Number |
| 118 | SFC Affidavits of Forgery relating to MTA students | 4256-4260; 4291-4295; 4869-4875; 4967-4971; 5020-5027; 5061-5067; 5563-5567; 5834-5840; 6312-6316; 6542-6547; 6711-6719; 6820-6825; 6925-6930 |
| 119 | September 10, 2001 email from Chris Huffins to Frank Martinez | SFC159848 |
| 120 | September 28, 2001 email from Eric Lacter to Frank Martinez | SFC159904 - SFC159908 |
| 121 | November 8, 2001 email from Charlotte Vickers to Frank Martinez | SFC159933 |
| 122 | November 9, 2001 email from Charlotte Vickers to Frank Martinez | SFC159932 |
| 123 | November 1, 2001 memo from Frank Martinez regarding Proposed Policy Adoption | SFC159872 - SFC159873 |
| 124 | November 12, 2001 memo from Frank Martinez regarding Operations Committee Board Package | SFC159855 - SFC159871 |
| 125 | February 22, 2002 email from Deborah Pike to Frank Martinez regarding Credit Committee Recommendations | SFC159401 |
| 126 | February 22, 2002 email from Frank Martinez to Chris Huffins regarding Risk Wise-Front-End | SFC159480 |
| 127 | March 31, 1997 memo from Frank Martinez to Andrew Yao | SFC123388 - SFC123389 |
| 128 | April 7, 1999 email from Maria Reber to Frank Martinez & Charlotte Harris | S070711 |
| 129 | August 15, 2000 email from Dianne Messick regarding GT 2000-2 | SFC093902 |
| 130 | Forbearance Payment Project Technical Documentation | SFC131038 - SFC131049 |
| 131 | January 5, 2001 email from Paul Breger regarding Report needed to correct GT 1996 Delinquencies/Forbearance Draft | SFC131075 - SFC131093 |
| 132 | January 26, 2001 email from Frank Martinez regarding Investor criteria ... again | S031157 - S031158 |
| 133 | August 2, 2001 Investor System Overview | SFC141244 - SFC141272 |
| 134 | December 12, 1997 Minutes-Weekly Manager's Meeting | SFC039411 - SFC039412 |
| 135 | December 19, 1997 Minutes-Weekly Manager's Meeting | SFC039409 - SFC039410 |
| 136 | January 8, 2001 email from Dianne Messick from Forbearance and Claims Log | ROY047816 - ROY047817 |
| 137 | January 11, 2002 memo from Frank Martinez regarding Credit Committee Board Package | SFC159398 - SFC159400 |
| 138 | November 6, 2001 email from Frank Martinez to Charlotte Vickers regarding Agency Outsource List | SFC159934 - SFC159935 |
| 139 | December 10, 2001 memo from Frank Martinez regarding Credit Committee Board Package | SFC159948 - SFC159953 |
| 140 | July 26, 2001 email from Frank Martinez regarding Ops Report | SFC159747 - SFC159748 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 141 | April 15, 1997 memo from Frank Martinez regarding Reserve Payments | SFC039440 |
| 142 | July 30, 1997 memo from Dave O'Neil regarding Transaction Codes | SFC039453 - SFC039454 |
| 143 | February 9, 2000 memo regarding School Payments Policy and Procedure Requirements Clarification | ROY047787 |
| 144 | December 18, 2000 Accounts with 5 or more FB payments chart | SFC131346 - SFC131347 |
| 145 | January 22, 2001 memo from Dianne Messick regarding Recoveries on Delinquent Loans and Forbearance | ROY047818 |
| 146 | July 3, 2001 memo regarding Operations Committee Board Package | SFC159749 - SFC159750 |
| 147 | November 17, 2000 Report | R/SDM 5776-82 |
| 148 | December 8, 2000 Report | R/SDM 5783-87 |
| 149 | December 8, 2000 Report | R/SDM 5789-92 |
| 150 | Summ_Aging | Not bates labeled |
| 151 | SFC Database: Mapping | Not bates labeled |
| 152 | About Tuition Reimbursement | MPIII 120385 |
| 153 | Newspaper Article about MP III Defaults | MPIII 34439 |
| 154 | July 30, 1997 Memorandum | S 72948-49 |
| 155 | July 21, 1998 Memorandum | S 72668-70 |
| 156 | Student Loan Portfolio Analysis | S 55186-97 |
| 157 | Loan Forbearance Policy/Procedure | 000415-16 |
| 158 | November 26, 1996 Memorandum | S 53888 |
| 159 | August 14, 1998 Memorandum | S 55215-17 |
| 160 | January 22, 2001 Memorandum | ROY 48187-88 |
| 161 | Description of the Current Forbearance Process | S 31008-09 |
| 162 | Third Balance | S 000847-64 |
| 163 | Forbearance Postings by Bank | ROY 51074 |
| 164 | All Loans Delinquency Report | 479 |
| 165 | Delinquency Payment Report | 000440-52 |
| 166 | Payment Processing | S 000865-74 |
| 167 | Origination Performance Analysis | 000480-91 |
| 168 | November 9, 1998 Letter | MAC 866 |
| 169 | November 11, 1998 Memorandum | ROY 1223 |
| 170 | November 13, 1998 Letter | ROY 00001-25 |
| 171 | November 30, 1998 Email | ROY 260-65 |
| 172 | November 30, 1998 Email | ROY 1602-06 |
| 173 | Information Package for Career Schools | ROY 1440-51 |
| 174 | January 23, 2001 Email | ROY 6896-97 |
| 175 | Summary of 2001 Forbearance Payments Count | Not bates labeled; Hawthorne Depo. Exhibit 21 |
| 176 | March 21, 2002 Email | ROY 46180-81 |
| 177 | February 3, 1997 Boston Business Journal Article | ROY 34950-54 |

6

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 178 | Student Finance Historical Performance | ROY 1576-77 |
| 179 | National Center for Policy Analysis Article | ROY 34948-49 |
| 180 | Student Finance Corporation Underwriting Criteria for Schools | ROY 685-724 |
| 181 | Student Finance Corporation Operations Policy and Procedure Manual | MAC 205-282 |
| 182 | November 23, 1998 Email | MAC 736-37 |
| 183 | Student Finance Corporation "The Company" | MAC 95-113 |
| 184 | December 14, 1998 Memorandum | ROY 1571-75 |
| 185 | Business Relationship Funding Program | IBG 343-59 |
| 186 | April 13, 2001 Email | ROY 75803-04 |
| 187 | April 25, 2001 Email | IBG 738 |
| 188 | April 25, 2001 Email | IBG 739-40 |
| 189 | September 27-28, 2001 Emails | ROY 75699-01 |
| 190 | September 28, 2001 Email | ROY 75695-98 |
| 191 | October 2, 2001 Email | ROY 75693 |
| 192 | August 20, 2001 Email | ROY 40142 |
| 193 | June 29, 2000 Letter | ROY 4126-43 |
| 194 | April 25, 2001 Email | IBG 738 |
| 195 | April 26, 2001 Email | ROY 23631-33 |
| 196 | October 10, 2001 Email | ROY 45552-55 |
| 197 | Due Diligence Business Practices Review | ROY 22363-82 |
| 198 | Talking Points Memorandum | ROY 44308-12 |
| 199 | April 25, 2001 Email | ROY 45914-15 |
| 200 | Funding Process Guide | ROY 74944-967 |
| 201 | The College Entrance Examination Board, Trends in College Pricing 2004 | Not bates labeled |
| 202 | CPI Information from www.bls.gov | Not bates labeled |
| 203 | GDP Information from www.bea.gov | Not bates labeled |
| 204 | Official Cohort Default Rate Information | Not bates labeled |
| 205 | October 27, 2003, April 28, 2004 and August 6, 2004 Orders Directing Entry of Final Judgment Pursuant to Rule 54(b); January 29, 2004, April 28, 2004, August 6, 2004 Consent Orders Staying Enforcement of Judgment Pending Appeal; and three Pledge and Security Agreements. | Not bates labeled |
| 206 | Second Amended Complaint of Intervening Plaintiffs Peter C. Morse and R. Bruce Dalglish | |
| 207 | David Pauker (Goldin Associates, L.L.C.) Expert Report | No Bates Number |
| 208 | Resume of David Pauker (Pauker report Exh. 1) | No Bates Number |
| 209 | MP III tuition trend (Pauker report Exh. 2) | No Bates Number |
| 210 | MP III revenue trend (Pauker report Exh. 3) | |
| 211 | MP III revenue trend II (Pauker report Exh. 4) | |
| 212 | MP III defaults by year (loan count and original principal) (Pauker report Exh. 5) | |

7

**ROYAL INDEMNITY COMPANY'S**
**TRIAL EXHIBIT LIST**

| Exhibit | Description | Bates Range |
|---|---|---|
| 213 | MP III defaults by SLS incorporation date (Pauker report Exh. 6) | |
| 214 | MP III defaults by SMS incorporation date (Pauker report Exh. 7) | |
| 215 | MP III defaults by insurance policy/bank ID number (Pauker report Exh. 8) | |
| 216 | MP III analysis of default notices calculation by year (Pauker report Exh. 9) | |
| 217 | MP III analysis of default notices calculation by SLS incorporation date (Pauker report Exh. 10) | |
| 218 | MP III analysis of default notices calculation by SMS incorporation date (Pauker report Exh. 11) | |
| 219 | MP III analysis of default notices calculation by insurance policy/bank ID number (Pauker report Exh. 12) | |
| 220 | MP III seasoning payments data (Pauker report Exh. 13) | |
| 221 | MP III tuition receivable analysis 1998 to 2000 (Pauker report Exh. 14) | |
| 222 | MP III loan files reviewed (Pauker report Exh. 15) | |
| 223 | Coastal Tuition trend (Pauker report Exh. 16) | |
| 224 | Coastal defaults by year (Pauker report Exh. 17) | |
| 225 | Coastal defaults by SLS incorporation date (Pauker report Exh. 18) | |
| 226 | Coastal defaults by SMS incorporation date (Pauker report Exh. 19) | |
| 227 | Coastal defaults by insurance policy/bank ID number (Pauker report Exh. 20) | |
| 228 | Coastal analysis of default notices calculation by year (Pauker report Exh. 21) | |
| 229 | Coastal analysis of default notices by SLS incorporation date (Pauker report Exh. 22) | |
| 230 | Coastal analysis of default notices by SMS incorporation date (Pauker report Exh. 23) | |
| 231 | Coastal analysis of default notices calculation by insurance policy/bank ID number (Pauker report Exh. 24) | |
| 232 | Coastal seasoning payments data (Pauker report Exh. 25) | |
| 233 | Coastal review of loan files (Pauker report Exh. 26) | |
| 234 | Delta tuition trend (Pauker report Exh. 27) | |
| 235 | Delta defaults by year (Pauker report Exh. 28) | |
| 236 | Delta defaults by SLS incorporation date (Pauker report Exh. 29) | |
| 237 | Delta defaults by SMS incorporation date (Pauker report Exh. 30) | |
| 238 | Delta defaults by insurance policy/bank ID number (Pauker report Exh. 31) | |
| 239 | Delta analysis of default notices calculation by year (Pauker report Exh. 32) | |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 240 | Delta analysis of default notices calculation by SLS incorporation date (Pauker report Exh. 33) | |
| 241 | Delta analysis of default notices calculation by SMS incorporation date (Pauker report Exh. 34) | |
| 242 | Delta analysis of default notices calculation by insurance policy/bank ID number (Pauker report Exh. 35) | |
| 243 | Delta seasoning payments data (Pauker report Exh. 36) | |
| 244 | Default rate analysis--selected cohort default rates results summary (Pauker report Exh. 37) | |
| 245 | Tuition inflation data (Pauker report Exh. 38) | |
| 246 | Listing of documents and information relied upon (Pauker report Exh. 39) | |
| 247 | Thomas Kube Expert Report | |
| 248 | Charles F. Hawkins, Ph.D Expert Report | |
| 249 | William Spears Expert Report | |
| 250 | SFC Portofolio analysis (Spears report Exh. A) | |
| 251 | SFC loans outstanding to be repurchased (Spears report Exh. B) | |
| 252 | SFC loan forbearance policy/procedure (Spears report Exh. C) | |
| 253 | SFC forbearance analysis (Spears report Exh. D) | |
| 254 | SFC General Ledger excerpt (Spears report Exh. E) | |
| 255 | SFC originations by school chart (Spears report Exh. F) | |
| 256 | Summary of delinquency data (Spears report Exh. G) | |
| 257 | Summary of delinquency data (Spears report Exh. H) | |
| 258 | Summary of sources and uses (Spears report Exh. I) | |
| 259 | Potential related party list (Spears report Exh. J) | |
| 260 | SFC General Ledger excerpt (Spears report Exh. K) | |
| 261 | December 10, 2002 Spears declaration (Spears report Exh. L) | |
| 262 | December 10, 2002 Spears declaration (Spears report Exh. M) | |
| 263 | June 12, 2003 supplemental Spears declaration (Spears report Exh. N) | |
| 264 | June 23, 2003 second supplemental Spears declaration (Spears report Exh. O) | |
| 265 | April 17, 2003 Spears declaration (Spears report Exh. P) | |
| 266 | September 2, 2003 Spears declaration (Spears report Exh. Q) | |
| 267 | March 19, 2004 Spears affidavit (Spears report Exh. R) | |
| 268 | Coastal Recap (Spears report Exh. S) | |
| 269 | MP III Summary of Salary Review | No Bates number |
| 270 | Coastal Summary of Salary Review | No Bates number |
| 271 | Coastal's 1998 The Platimun Student Loan Agreements All Schools as One Exhibit | |
| 272 | Coastal's 2000 Student Loan Processing Agreements All Schools as One Exhibit | Coastal College, Inc. 629-652 |
| 273 | SFC Delinquency Report | Coastal College, Inc. 655-682 |

**ROYAL INDEMNITY COMPANY'S**
**TRIAL EXHIBIT LIST**

| Exhibit | Description | Bates Range |
|---|---|---|
| 274 | Coastal SFC Tracking Report 1999 (CD) | 0000.2-425 |
| 275 | Coastal SFC Tracking Report 2000 (CD) | 00425.1-00910 |
| 276 | Coastal SFC Tracking Report 2001 (CD) | 00913-01508 |
| 277 | Coastal 1997 Tax Return (CD) | 01538-01553 |
| 278 | Coastal 1998 Tax Return (CD) | 01554-01572 |
| 279 | Coastal 1999 Tax Return (CD) | 01573-1587 |
| 280 | Coastal 2000 Tax Return (CD) | 01588-01601 |
| 281 | Coastal 2001 Tax Return (CD) | 01604-01615 |
| 282 | Coastal 2002 Tax Return (CD) | 01626-01640 |
| 283 | Monroe - Licensing | COASTAL/NO/01771-02323 |
| 284 | Hammond - Licensing | COASTAL/NO/02324-02772 |
| 285 | Lafayette - Licensing | COASTAL/NO/02773-03424 |
| 286 | Alexandria - Licensing | COASTAL/NO/03243-03778 |
| 287 | Bossier City - Licensing | COASTAL/NO/03779-04006 |
| 288 | Baton Rouge (Formerly Lake Charles) - Licensing | COASTAL/NO/04007-04401 |
| 289 | Unexecuted Coastal College, Inc. Retail Installment Contract | COASTAL/NO/00663-00664 |
| 290 | Coastal School Catalog | Coastal College, Inc. 699-713 |
| 291 | Letter from Coastal's Lionel Wolfshohl to SFC's Jim Pearson | Coastal College, Inc. 683 |
| 292 | Letter from Coastal's Nelson Breve to SFC's Jim Pearson | Coastal College, Inc. 684 |
| 293 | Coastal SFC Communications (CD) | 01641-01697 |
| 294 | Student Finance Corporation Sales Training Program (CD) | 01716-01760 |
| 295 | Affidavit of Charlotte Pilgreen with Exhibits | |
| 296 | Affidavit of Jeremiah LeBlanc with Exhibits | |
| 297 | Coastal Enrollment Summary | |
| 298 | Allison, Jr., Gary<br>Coastal Student File | COASTAL/NO/08644-08688 |
| 299 | Anderson, Christopher C.<br>Coastal Student File | COASTAL/NO/08689-08749 |
| 300 | Anderson, Reginald<br>Coastal Student File | COASTAL/NO/08792-08840 |
| 301 | Anderson, Willis<br>Coastal Student File | COASTAL/NO/17632-17699 |
| 302 | Bellow, Ryan R.<br>Coastal Student File | COASTAL/NO/09008-09060 |
| 303 | Benoit, Emery J.<br>Coastal Student File | COASTAL/NO/09061-09106 |
| 304 | Berard, Timothy W.<br>Coastal Student File | COASTAL/NO/09107-09190 |
| 305 | Bergeron, Bryan R.<br>Coastal Student File | COASTAL/NO/09191-09283 |
| 306 | Bihm, Jody<br>Coastal Student File | COASTAL/NO/09284-09355 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 307 | Blakely, Derrick Z. Coastal Student File | COASTAL/NO/09356-09408 |
| 308 | Bourgeois, Anthony Coastal Student File | COASTAL/NO/09409-09472 |
| 309 | Boutte, Alfred Coastal Student File | COASTAL/NO/18263-18333 |
| 310 | Brinkley, Everett P. Coastal Student File | COASTAL/NO/09473-09525 |
| 311 | Broussard, Donald Coastal Student File | COASTAL/NO/18460-18531 |
| 312 | Burns, Dean E. Coastal Student File | COASTAL/NO/09574-09623 |
| 313 | Carrier, Chad O. Coastal Student File | COASTAL/NO/09749-09802 |
| 314 | Carter, Gerald G. Coastal Student File | COASTAL/NO/09803-09847 |
| 315 | Ceasar, Brian Coastal Student File | COASTAL/NO/09484-09902 |
| 316 | Citizen, Gary J. Coastal Student File | COASTAL/NO/10029-10073 |
| 317 | Cooley, Regina R. Coastal Student File | COASTAL/NO/10074-10147 |
| 318 | Cotton, Johnnie L. Coastal Student File | COASTAL/NO/10148-10209 |
| 319 | Demouchet, Cedric Coastal Student File | COASTAL/NO/19230-19293 |
| 320 | Derouen, Jody Paul Coastal Student File | COASTAL/NO/10406-10491 |
| 321 | Dibue Chembifon Muna Coastal Student File | COASTAL/NO/00706-00980 |
| 322 | Fredericks, Douglas Coastal Student File | COASTAL/NO/10891-10967 |
| 323 | Fruge, Sheldon John Coastal Student File | COASTAL/NO/10968-11065 |
| 324 | Grant, Bessie Lee Coastal Student File | COASTAL/NO/11126-11176 |
| 325 | Gregory, Joe Louis, II Coastal Student File | COASTAL/NO/19779-19854 |
| 326 | Martin, Brandy Lynn Coastal Student File | COASTAL/NO/12551-12620 |
| 327 | Masson, Donald C., III Coastal Student File | COASTAL/NO/12621-12691 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 328 | Meinsher, Richard H.<br>Coastal Student File | COASTAL/NO/12801-12858 |
| 329 | Miller, Maurice Maximillian<br>Coastal Student File | COASTAL/NO/01510-01524 |
| 330 | Moton, Tracy<br>Coastal Student File | COASTAL/NO/12917-12975 |
| 331 | Nelson, Nathaniel<br>Coastal Student File | COASTAL/NO/13104-13151 |
| 332 | Parson, Brandon<br>Coastal Student File | COASTAL/NO/13152-13220 |
| 333 | Phills, David W.<br>Coastal Student File | COASTAL/NO/13277-13360 |
| 334 | Phillips, Terry Lee<br>Coastal Student File | COASTAL/NO/13221-13276 |
| 335 | Plumber, Charles Lynn<br>Coastal Student File | COASTAL/NO/13419-13479 |
| 336 | Prejean, Joseph A.<br>Coastal Student File | COASTAL/NO/20724-20789 |
| 337 | Richard, Sr., Bertrand<br>Coastal Student File | COASTAL/NO/13535-13620 |
| 338 | Rideau, Matthias D.<br>Coastal Student File | COASTAL/NO/20917-20978 |
| 339 | Sasser, Randy<br>Coastal Student File | COASTAL/NO/21323-21374 |
| 340 | Strong, Robin<br>Coastal Student File | COASTAL/NO/22148-22216 |
| 341 | Truax, Clyde<br>Coastal Student File | COASTAL/NO/22283-22349 |
| 342 | Johnson, Ernest<br>COASTAL/NO/01022 | COASTAL/NO/01020-01025 |
| 343 | Gilliam, Albert<br>Coastal Student File | COASTAL/NO/16597-16671 |
| 344 | Pilgreen, Charlotte<br>Coastal Student File | COASTAL/NO/16869-16915 |
| 345 | Lovell, Cynthia<br>Coastal Student File | COASTAL/NO/16962-17025 |
| 346 | Petry, Lorenzo<br>Coastal Student File | COASTAL/NO/17283-17338 |
| 347 | Thomas, Ervin<br>Coastal Student File | COASTAL/NO/15791-15827 |
| 348 | Jones, Reginald<br>Coastal Student File | COASTAL/NO/06623-06644 |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| 349 | Parnell, Leslee Coastal Student File | Coastal College, Inc. 235-238 |
| 350 | DeGay, Sherman Coastal Student File | Coastal College, Inc. 47-50 |
| 351 | Coastal's Answer to Plaintiff's First Set of Interrogatories | |
| 352 | Coastal's Answers to Plaintiff's Second Set of Interrogatories | |
| 353 | Coastal's List Responsive to Plaintiff's Second Set of Interrogatories No. 7 | |
| 354 | Coastal's Answers to Plaintiff's Third Set of Interrogatories | |
| 355 | Coastal's Objections and Answers to Plaintiff's Fourth Set of Interrogatories | |
| 356 | Coastal's Response to Plaintiff's First Request for Production | |
| 357 | Coastal's Response to Plaintiff's Request for Production | |
| 358 | Coastal's Response to Plaintiff's Third Request for Production | |
| 359 | Coastal's Response to Plaintiff's Request for Admission | |
| 360 | Coastal's Response to Plaintiff's Second Request for Admission | |
| 361 | Intoduction to Staff | MP III 137716 |
| 362 | March 25, 1994 Letter | MP III 1996-2013 |
| 363 | January 12, 1995 Letter | MP III 1918-1924 |
| 364 | September 23, 2997 Application | MP III 4616-4617 |
| 365 | August 20, 1998 Application | MP III 4500-4501 |
| 366 | November 30, 12001 Budget Performance Report | R/SDM 2146-2147 |
| 367 | November 27, 1993 Letter | MP III 1006-1050 |
| 368 | Quick Start to the Money Packet | MP III 189662-189692 |
| 369 | April 12, 2000 Application | MTA ICPE 172-174 |
| 370 | January 23, 2001 Application | MTA ICPE 55-57 |
| 371 | Platinum Loan Program Features | MP III 189351 |
| 372 | August 9, 1996 Letter | MP III 4749-4763 |
| 373 | January 3, 1994 Letter | MP III 1066-1108 |
| 374 | Budget Performance Report | R/SDM 2132-2134 |
| Group Exh. 1 | Documents relied upon by Goldin Associates, LLC | No Bates Number |
| Group Exh. 2 | SFC QuickBooks Files | No Bates Number |
| Group Exh. 3 | Laptop Computer and Hard Drive with SFC Loan Database as of April 5, 2002 (available at Wright Brown & Close) | |
| Group Exh. 4 | Independent Accountant's Report on 2000-1, 2000-2, 2000-3 and 2000-4 | No Bates Number |
| Group Exh. 5 | Royal Insurance Policies | Various bates numbers |
| Group Exh. 6 | Private Placement Memoranda | Various bates numbers |

ROYAL INDEMNITY COMPANY'S
TRIAL EXHIBIT LIST

| Exhibit | Description | Bates Range |
|---|---|---|
| Group Exh. 7 | MP III Student Loan Files | Not bates labeled |
| Group Exh. 8 | MP III Student Loan Files | Not bates labeled |
| Group Exh. 9 | MP III Student Loan Files | Not bates labeled |
| Group Exh. 10 | Servicer Reports | ROY072392 - ROY073572 |
| Group Exh. 11 | Money Orders | |