IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON LLP, RODERICK GAGNÉ, ) <br> FREED MAXICK & BATTAGLIA CPAs, ) <br> McGLADREY & PULLEN, LLP, and ) <br> MICHAEL AQUINO, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-165 <br><br> Hon. Joseph J. Farnan, Jr. |

### CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of **McGladrey & Pullen, LLP's and Michael Aquino's Opposition to Royal Indemnity Company's Motion to Compel and for Sanctions** was made on November 16, 2005, upon the parties identified on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 16, 2005
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: rwriley@duanemorris.com

<u>Service List</u>

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*
**Via Hand Delivery**

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Royal Indemnity Company*
**Via Regular Mail**

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*
**Via Regular Mail**