IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | : | |
| Defendants. | : | |

<u>O R D E R</u>

WHEREAS, the Discovery Conference set for November 18, 2005 has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Tuesday, December 13, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_November 18, 2005_          _[signature]_
DATE                          UNITED STATES DISTRICT JUDGE