IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No. 02-11620- |
| Debtor. | : JBR |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : Adversary No. 04-58003 |
| Plaintiff, | : |
| | : Civil Action No. 05-72-JJF |
| v. | : |
| | : |
| MCGLADREY & PULLEN, LLP, and | : |
| MICHAEL AQUINO, | : |
| | : |
| Defendants. | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : Adversary No. 04-56423 |
| Plaintiff, | : |
| | : Civil Action No. 04-1551 JJF |
| v. | : |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |
| | : |
| ROYAL INDEMNITY COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-165-JJF |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

```
MBIA INSURANCE CORP., et al.,      :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :
                                   :  Civil Action No. 02-1294-JJF
ROYAL INDEMNITY COMPANY,           :
                                   :
        Defendant/Third-Party      :
              Plaintiff,           :
                                   :
    v.                             :
                                   :
STUDENT LOAN SERVICING LLC,        :
et al.,                            :
                                   :
        Third-Party Defendants.    :
```

### O R D E R

WHEREAS, the Court held a discovery conference in these matters on December 13, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  The Trustee shall, no later than **December 23, 2005,** produce all documents responsive to the subpoena served on him by Royal Indemnity Co. on October 7, 2005;

2.  All parties shall respond to discovery requests now pending no later than **January 6, 2006;**

3.  The Court will conduct a hearing on **December 28, 2005, at 11:00 a.m.** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware, at which the parties may present issues concerning the discovery plan;

4. The Court will schedule a hearing to take place the week of **February 27, 2006**, at which the Court will hear discovery disputes and argument on how to proceed with the issues remaining on remand from the Third Circuit in Civil Action No. 02-1294-JJF.

December 14, 2005
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE