IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>　　　　　Defendants. | C.A. No. 05-165<br>Hon. Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I, J. Clayton Athey, certify that a copy of **DEFENDANT FREED MAXICK & BATTAGLIA CPAs, PC's RESPONSE TO ROYAL INDEMNITY COMPANY'S SECOND REQUEST FOR PRODUCTION** was delivered on December 16, 2005 as follows:

**VIA HAND DELIVERY**
Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
John I. Grossbart, Esquire
Soinnenschein Nath & Rosenthal LLP
800 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606


OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler, Esq. (JW-5587)
VEDDER, PRICE, KAUFMAN
　& KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com

Dated: December 16, 2005

PRICKETT, JONES & ELLIOTT, P.A.

_____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia, CPAs, PC*

19631.1\293063v1