IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, RODERICK )<br>GAGNE, FREED MAXICK & BATTAGLIA )<br>CPAs, McGLADREY & PULLEN, LLP and )<br>MICHAEL AQUINO, )<br>)<br>Defendants. )<br>) | C.A. No. 05-165<br><br>Hon. Joseph J. Farnan, Jr. |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven M. Farina of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 to represent McGladrey & Pullen, LLP in this matter.

Dated: December 19, 2005
      Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
                                                     United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Steven M. Farina
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

*Co-Counsel for McGladrey & Pullen, LLP*

Dated: December 19, 2005