IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | C.A. No. 05-165<br><br>Hon. Joseph J. Farnan, Jr. |

## NOTICE OF APPEARANCE

Please enter the appearance of Williams & Connolly LLP as co-counsel for Defendant McGladrey & Pullen, LLP in the above-captioned matter. The law firm of Arnold & Porter LLP continues to serve as co-counsel for Defendant McGladrey. Counsel from Williams & Connolly LLP are submitting appropriate motions for admission *pro hac vice* contemporaneously with this appearance.

Respectfully submitted,

By: _____
DUANE MORRIS LLP
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

        ARNOLD & PORTER LLP
Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 725-1399

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (to be admitted *pro hac vice*)
Thomas H.L. Selby (to be admitted *pro hac vice*)
Amber M. Mettler (to be admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Co-Counsel for McGladrey & Pullen, LLP*

Dated: December 19, 2005