IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON LLP, RODERICK ) <br> GAGNE, FREED MAXICK & BATTAGLIA ) <br> CPAs, McGLADREY & PULLEN, LLP and ) <br> MICHAEL AQUINO, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-165 <br><br> Hon. Joseph J. Farnan, Jr. |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Appearance** was caused to be served on December 19, 2005, upon the individuals on the attached service list *via* regular mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 19, 2005

Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

WLM\212974.1

Service List
December 19, 2005

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia
CPA's, PC*

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*Counsel for MBIA*

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Royal Indemnity Company*

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New Yor, NY 10022
*Counsel for Freed Maxick & Battaglia CPA's
PC*

William H. Sudell, Jr., Esquire
Joanna F. Newdeck, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
*Counsel for Pepper Hamilton LLP
and Roderick Gagne*

Ashley Stitzer, Esquire
Christopher Ward, Esquire
Anthony Saccullo, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Charles A. Stanziale, Jr., Chapter 7
Trustee of Student Finance Corporation*

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
*Counsel for W. Roderick Gagne, Pamela
Bashore Gagne, Robert L. Bast and the Trusts*

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, Esquire
Stephen Shapiro, Esquire
Bruce P. Merenstein, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and
W. Roderick Gagne*

WLM\212974.1

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Counsel for Charles A. Stanziale, Jr.*

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102
*Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts*

James J. Rodgers, Esquire
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
*Counsel for Charles A Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
399 Park Avenue
New York, NY 10022
*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

John H. Eickemeyer, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Co-Counsel for McGladrey & Pullen, LLP*

3

WLM\212974.1