IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, as discussed during the Discovery Conference held on December 28, 2005;

IT IS HEREBY ORDERED that a second Discovery Conference will be held on **Tuesday, February 28, 2006 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 5, 2006
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE