IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>                Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>                Defendants. | Civil No. 05-165 (JJF) |

## NOTICE OF SERVICE

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Pepper Hamilton LLP's Responses and Objections to Royal Indemnity Company's Second Request for Production** and **W. Roderick Gagné's Responses and Objections to Royal Indemnity Company's Second Request for Production** was made on January 9, 2006 upon the parties identified on the attached Service List in the manner indicated.

Dated: January 9, 2006
       Wilmington, Delaware

                                              /s/ Joanna F. Newdeck
                                              Joanna F. Newdeck (No. 4587)
                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, Delaware 19899-1347
                                              (302) 658-9200
                                              (302) 658-3989 (facsimile)

## SERVICE LIST

**Hand Delivery**

Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19801

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

**First Class Mail**

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

James J. Rodgers
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036