## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **ROYAL INDEMNITY COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-CV-165 |
| v. ) | |
| ) | Judge Joseph J. Farnan, Jr. |
| **PEPPER HAMILTON LLP, W. RODERICK** ) | |
| **GAGNÉ, FREED MAXICK & BATTAGLIA** ) | |
| **CPAs PC, MCGLADREY & PULLEN, LLP** ) | |
| **AND MICHAEL AQUINO,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Michael Aquino's Response to Royal Indemnity Company's Second Request for Production** was made on February 13, 2006, upon the parties identified on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 13, 2006  /s/ Christopher M. Winter
      Wilmington, Delaware  Christopher M. Winter (DE I.D. 4163)
                               DUANE MORRIS LLP
                               1100 N. Market Street, Suite 1200
                               Wilmington, DE 19801
                               Telephone:  (302) 657-4900
                               Facsimile:   (302) 657-4901
                               Email:         cmwinter@duanemorris.com

## Service List

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*
**Via Facsimile & Hand Delivery**

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**