IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ROYAL INDEMNITY COMPANY,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 05-CV-165 |
| v. | ) <br> ) Judge Joseph J. Farnan, Jr. |
| **PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO,** | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **McGladrey & Pullen, LLP's Response to Royal Indemnity Company's Second Request for Production** was made on February 13, 2006, upon the parties identified on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 13, 2006
    Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
Email:  cmwinter@duanemorris.com

DM3\340181.1

## Service List

Lawrence C. Ashby, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*
**Via Facsimile & Hand Delivery**

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**

Alan S. Gilbert, Esquire
John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*
**Via Facsimile & Regular Mail**