## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Deposition of Scott Schauer** was caused to be made on February 23, 2006, in the manner indicated upon the individuals on the attached service list.

Date: February 23, 2006

_____
Daniel B. Butz (No. 4227)

508298