# Schnader
ATTORNEYS AT LAW

1600 MARKET STREET   SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000   FAX 215.751.2205   schnader.com

February 28, 2006

Elizabeth K. Ainslie
Direct Dial 215-751-2359
Direct Fax 215-751-2205
E-mail: cainslie@schnader.com



The Honorable John J. Farnan, Jr.
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

      Re:   *Royal Indemnity Company v. Pepper Hamilton LLP, et al.*;
            C.A. No. 05-165

Dear Judge Farnan:

     We represent defendant Pepper Hamilton LLP in the above-captioned matter and have filed a Motion to Dismiss most of the complaint of Royal Indemnity. This motion was filed in June 2005, and Your Honor has not issued any ruling on it to date to our knowledge. If there is anything that you believe you can tell us about the probable timing of your decision, that would be greatly appreciated. Similarly, of course, if oral argument might assist the Court in any way, we would be delighted to participate.

                    Very truly yours,

                    Elizabeth K. Ainslie
        For SCHNADER HARRISON SEGAL & LEWIS LLP

EKA/di

cc:   John I. Grossbart, Esquire
       John H. Eickemeyer, Esquire
       Veronica E. Rendon, Esquire
       Neil G. Epstein, Esquire