# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 14, 2006

The Honorable Joseph J. Farnan, Jr.            VIA E-FILE
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re:  *Royal Indemnity Company vs. Pepper Hamilton LLP, et al.*
     *Civil Action Number: 05-165-JJF*
     *MBIA Insurance Corp., et al vs. Royal Indemnity Company vs. Student Loan Servicing LLC, et al.*
     *Civil Action Number: 02-1294-JJF*
     *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, et al.*
     *Adversary Number: 04-56423 - Civil Action Number: 04-1551-JJF*
     *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP, and Michael Aquino*
     *Adversary Number: 04-54883 - Civil Action Number: 05-72-JJF*

Dear Judge Farnan:

    We write with respect to the referenced actions, which have been consolidated for pretrial proceedings. All parties to the referenced actions who have appeared by counsel have agreed to the attached Order for the Protection of Confidential Information. On behalf of all parties who have appeared by counsel, we submit the Order for your consideration, and respectfully request that it be entered should the Court find it acceptable.

    If the Court has any questions or would like additional information concerning the Order for the Protection of Confidential Information, we would be happy to address such matters at the Court's convenience.

Respectfully submitted,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

TGL/dmf
167538.1

cc:  All Counsel on attached Service List

## **SERVICE LIST**

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | **HAND DELIVERY** |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | **HAND DELIVERY** |

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |

2

James J. Rodgers, Esquire  
Laura E. Vendzules, Esquire  
Andrew M. Marble, Esquire  
Dilworth Paxson LLP  
3200 Mellon Bank Center  
1735 Market Street  
Philadelphia PA 19103-7595

<u>VIA FEDERAL EXPRESS</u>

3