IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,       :
                               :
        Plaintiff,             :
                               :
    v.                         :    Civil Action No. 05-165-JJF
                               :
PEPPER HAMILTON LLP, et al.,   :
                               :
        Defendants.            :

### O R D E R

The following motions are pending in this matter:

1) D.I. 29 - Motion to Dismiss for Failure to State a Claim filed by Freed Maxick & Battaglia CPA's PC;

2) D.I. 32 - Motion to Dismiss Based upon Motion Of W. Roderick Gagné For The Dismissal Of Plaintiff's First Amended Complaint filed by W. Roderick Gagné;

3) D.I. 35 - Motion to Dismiss Based upon Motion Of Pepper Hamilton LLP For the Dismissal Of Plaintiff's First Amended Complaint filed by Pepper Hamilton LLP;

4) D.I. 58 - Motion to Dismiss for Failure to State a Claim filed by McGladrey & Pullen LLP and Michael Aquino;

5) D.I. 84 - Motion to Compel and for Sanctions filed by Royal Indemnity Company;

IT IS HEREBY ORDERED that the above motions numbered 1 through 4 are **DENIED**.

IT IS FURTHER ORDERED that the above motion numbered 5 is **GRANTED** in part.

The Court will issue a Memorandum Opinion concerning this Order.

_March 31, 2006_                    _[signature]_
      DATE                           UNITED STATES DISTRICT JUDGE