IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>               Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>               Defendants. | Civil No. 05-165 (JJF) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
PEPPER HAMILTON, LLP AND W. RODERICK GAGNÉ
TO ANSWER FIRST AMENDED COMPLAINT**

It is hereby **STIPULATED** and **AGREED** that the time for defendants Pepper Hamilton, LLP and W. Roderick Gagné to answer the First Amended Complaint in the above captioned action is extended to and including May 5, 2006. This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | ASHBY & GEDDES |
| */s/ Daniel B. Butz* | */s/ Tiffany Geyer Lydon* |
| Daniel B. Butz (No. 4227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>(302) 658-3989 (facsimile) | Philip Trainer, Jr. (No. 2788)<br>Tiffany Geyer Lydon (No. 3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>(302) 654-2067 (facsimile) |
| *Counsel for Pepper Hamilton, LLP and W. Roderick Gagné* | *Counsel for Royal Indemnity Company* |

SO ORDERED:

_____
United States District Judge