IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE,<br>FREED MAXICK & BATTAGLIA CPAs PC,<br>MCGLADREY & PULLEN, LLP AND MICHAEL<br>AQUINO,<br><br>             Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-cv-00165 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT**

The Plaintiff, Royal Indemnity Company, and Defendants, Freed Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP, and Michael Aquino (together, the "Stipulating Defendants"), stipulate and agree that each of the Stipulating Defendants shall have an extension of time up to and including Friday, May 5, 2006, in which to answer the Complaint filed in the captioned action. This Stipulation may be executed by facsimile and/or in original multiple counterparts, each of which shall be deemed an original.

| | |
|---|---|
| **ASHBY & GEDDES** | **DUANE MORRIS LLP** |
| /s/ Tiffany Geyer Lydon | |
| Lawrence C. Ashby (DE 468)<br>Phillip Trainer, Jr. (DE 2788)<br>Tiffany Geyer Lydon (DE 3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | Michael R. Lastowski (DE 3829)<br>Christopher M. Winter (DE 4163)<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901 |
| -and- | -and- |

DM3\354479.1

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr, Esq.
Kenneth J. Pfaehler, Esq.
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Alan S. Gilbert, Esq.
John Grossbart, Esq.
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

*Attorneys for Royal Indemnity Company*

ARNOLD & PORTER LLP
Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for McGladrey & Pullen, LLP*


PRICKETT, JONES & ELLIOTT, P.A.

/s/ J. Clayton Athey
_____
James L. Holzman (DE 663)
J. Clayton Athey (DE 4378)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

-and-

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
John H. Eickemeyer, Esq.
Jonathan A. Wexler, Esq.
805 Third Ave
New York, New York 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

*Attorneys for Freed Maxick & Battaglia, CPAs, PC*

DM3\354479.1

Dated: April __, 2006

                    SO ORDERED:

                    _____
                    Hon. Joseph J. Farnan, U.S.D.J.