IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,

        Plaintiff,

    v.

PEPPER HAMILTON LLP, RODERICK
GAGNÉ, FREED MAXICK & BATTAGLIA
CPAs, PC, McGLADREY & PULLEN, LLP, and
MICHAEL AQUINO,

        Defendants.

C.A. No. 05-165-JJF

## ANSWER OF DEFENDANT FREED MAXICK & BATTAGLIA CPA'S P.C.

Defendant Freed Maxick & Battaglia, CPAs, PC ("FMB"), by its undersigned attorneys, hereby answers the First Amended Complaint (the "complaint") of plaintiff Royal Indemnity Company ("plaintiff") as follows, in the same numbered order as the paragraphs therein appear:

1.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 1 of the complaint, except denies that part of paragraph 1 alleges actions by FMB.

2.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 2 of the complaint.

3.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 3 of the complaint.

4.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 4 of the complaint.

5.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 5 of the complaint, except denies that part of paragraph 5 that alleges actions by FMB.

6.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 6 of the complaint, except denies that part of paragraph 6 that alleges actions by FMB.

7.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 7 of the complaint, except denies that part of paragraph 7 that alleges actions by FMB.

8.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 8 of the complaint

9.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 9 of the complaint.

10.    The allegations in paragraph 10 of the complaint constitute legal assertion to which no response is required.  To the extent a response is deemed required, FMB denies the allegations in paragraph 10.

11.    The allegations in paragraph 11 of the complaint constitute legal assertion to which no response is required.  To the extent a response is deemed required, FMB denies the allegations in paragraph 11.

12.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 12 of the complaint.

13.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 13 of the complaint.

NEWYORK/#162038.3

14.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 14 of the complaint.

15.    FMB denies the allegations in paragraph 15 of the complaint, except admits that it is a professional corporation organized under the laws of the State of New York that is engaged in the practice of, *inter alia*, public accountancy and that has an office in Buffalo, New York.  To the extent plaintiff purports to make allegations against FMB in the guise of allegations against Aquino, FMB states that Aquino has never been affiliated with FMB and FMB denies knowledge or information sufficient to form a belief as to truth or falsity of allegations concerning Aquino.

16.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 16 of the complaint.

17.    FMB denies the allegations in paragraph 17 of the complaint, except is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of paragraph 17.

18.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 18 of the complaint.

19.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 19 of the complaint.

20.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 20 of the complaint.

21.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 21 of the complaint.

NEWYORK/#162038.3

22.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 22 of the complaint.

23.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 23 of the complaint.

24.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 24 of the complaint, except denies that part of paragraph 24 that alleges actions by FMB.

25.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 25 of the complaint.

26.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 26 of the complaint.

27.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 27 of the complaint.

28.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 28 of the complaint.

29.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 29 of the complaint.

30.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 30 of the complaint, except denies that part of paragraph 30 that alleges actions by FMB.

31.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 31 of the complaint.

32.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 32 of the complaint.

33.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 33 of the complaint.

34.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 34 of the complaint.

35.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 35 of the complaint.

36.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 36 of the complaint.

37.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 37 of the complaint.

38.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 38 of the complaint, except denies that part of paragraph 38 that alleges actions by FMB.

39.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 39 of the complaint, except denies that part of paragraph 39 that alleges actions by FMB.

40.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 40 of the complaint, except denies that part of paragraph 40 that alleges actions by FMB.

41.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 41 of the complaint, except denies that part of paragraph 41 that alleges actions by FMB.

42.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 42 of the complaint, except denies that part of paragraph 42 that alleges actions by FMB.

43.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 43 of the complaint, except denies that part of paragraph 43 that alleges actions by FMB.

44.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 44 of the complaint.

45.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 45 of the complaint, except denies that part of paragraph 45 that alleges actions by FMB.

46.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 46 of the complaint, except denies that part of paragraph 46 that alleges actions by FMB.

47.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 47 of the complaint.

48.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 48 of the complaint, except denies that part of paragraph 48 that alleges actions by FMB.

NEWYORK/#162038.3

49.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 49 of the complaint.

50.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 50 of the complaint, except denies that part of paragraph 50 that alleges actions by FMB.

51.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 51 of the complaint.

52.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 52 of the complaint, except denies that part of paragraph 52 that alleges actions by FMB.

53.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 53 of the complaint.

54.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 54 of the complaint, except denies that part of paragraph 54 that alleges actions by FMB and refers to the documents mentioned in paragraph 54 for a complete and accurate statement of their content.

55.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 55 of the complaint.

56.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 56 of the complaint.

57.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 57 of the complaint.

NEWYORK/#162038.3

58.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 58 of the complaint.

59.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 59 of the complaint, except denies that part of paragraph 59 that alleges actions by FMB and refers to the documents mentioned in paragraph 59 for a complete and accurate statement of their content.

60.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 60 of the complaint.

61.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 61 of the complaint.

62.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 62 of the complaint.

63.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 63 of the complaint.

64.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 64 of the complaint.

65.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 65 of the complaint.

66.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 66 of the complaint.

67.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 67 of the complaint.

68.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 68 of the complaint.

69.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 69 of the complaint, except denies that part of paragraph 69 that alleges actions by FMB.

70.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 70 of the complaint.

71.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 71 of the complaint, except denies that part of paragraph 71 that alleges actions by FMB.

72.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 72 of the complaint.

73.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 73 of the complaint.

74.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 74 of the complaint.

75.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 75 of the complaint.

76.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 76 of the complaint.

77.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 77 of the complaint.

NEWYORK/#162038.3

78.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 78 of the complaint.

79.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 79 of the complaint.

80.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 80 of the complaint.

81.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 81 of the complaint.

82.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 82 of the complaint.

83.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 83 of the complaint.

84.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 84 of the complaint.

85.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 85 of the complaint.

86.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 86 of the complaint, except denies that part of paragraph 86 that alleges actions by FMB.

87.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 87 of the complaint.

NEWYORK/#162038.3

88.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 88 of the complaint, except denies that part of paragraph 88 that alleges actions by FMB.

89.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 89 of the complaint.

90.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 90 of the complaint.

91.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 91 of the complaint.

92.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 92 of the complaint.

93.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 93 of the complaint.

94.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 94 of the complaint.

95.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 95 of the complaint, except denies that Aquino was ever employed by or otherwise associated with FMB, denies that FMB ever "merged" with McGladrey, and admits that from 1998 until, upon information and belief, early 1999, Aquino was affiliated with BDO Seidman.

96.     FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 96 of the complaint, except denies that part of paragraph 96 that alleges actions by FMB.

-11-

97.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 97 of the complaint, except denies that part of paragraph 97 that alleges actions by FMB.

98.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 98 of the complaint, except denies that part of paragraph 98 that alleges actions by FMB.

99.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 99 of the complaint, except denies that part of paragraph 99 that alleges actions by FMB.

100.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 100 of the complaint.

101.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 101 of the complaint, except denies that part of paragraph 101 that alleges actions by FMB.

102.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 102 of the complaint, except denies that part of paragraph 102 that alleges actions by FMB.

103.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 103 of the complaint, except denies that part of paragraph 103 that alleges actions by FMB.

104.    FMB denies the allegations in the first, second and third sentences of paragraph 104 of the complaint, except admits upon information and belief that Aquino worked on SFC's audited financial statements for the years ended December 31, 1999 and 1998, and is without

-12-

knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the fourth sentence of paragraph 104.

105.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 105 of the complaint, except denies that part of paragraph 105 that alleges actions by FMB, and refers to the documents mentioned in paragraph 105 for a complete and accurate statement of their content.

106.    FMB denies the allegations in paragraph 106 of the complaint, and refers to the documents mentioned in paragraph 106 for a complete and accurate statement of their content.

107.    FMB denies the allegations in the first sentence of paragraph 107 of the complaint, and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 107.

108.    FMB denies the allegations in paragraph 108 of the complaint, except is without knowledge or information sufficient to form a belief as to whether Royal received SFC's audited financial statements for the years ended December 31, 1999 and 1998.

109.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 109 of the complaint.

110.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 110 of the complaint.

111.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 111 of the complaint, except denies that part of paragraph 111 that alleges actions by FMB.

112.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 112 of the complaint.

NEWYORK/#162038.3

113.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 113 of the complaint.

114.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 114 of the complaint.

115.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 115 of the complaint.

116.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 116 of the complaint.

117.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 117 of the complaint.

118.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 118 of the complaint.

119.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 119 of the complaint.

120.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 120 of the complaint.

121.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 121 of the complaint.

122.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 122 of the complaint.

123.   FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 123 of the complaint.

NEWYORK/#162038.3

124.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 124 of the complaint, except denies that part of paragraph 124 that alleges actions by FMB.

125.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 125 of the complaint, except denies that part of paragraph 125 that alleges actions by FMB.

126.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 126 of the complaint, except denies that part of paragraph 126 that alleges actions by FMB.

127.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 127 of the complaint.

128.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 128 of the complaint.

129.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 129 of the complaint, except denies that part of paragraph 129 that alleges actions by FMB.

130.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 130 of the complaint.

131.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 131 of the complaint, except denies that part of paragraph 131 that alleges actions by FMB.

NEWYORK/#162038.3

132.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 132 of the complaint, except denies that part of paragraph 132 that alleges actions by FMB.

133.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 133 of the complaint, except denies that part of paragraph 133 that alleges actions by FMB.

134.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 134 of the complaint, except denies that part of paragraph 134 that alleges actions by FMB.

<u>**COUNT I**</u>

135.    FMB repeats its answers to paragraphs 1 through 134 of the complaint, as though fully set forth herein, in response to paragraph 135.

136.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 136 of the complaint.

137.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 137 of the complaint.

138.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 138 of the complaint.

139.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 139 of the complaint.

140.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 140 of the complaint.

NEWYORK/#162038.3

141.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 141 of the complaint, except denies that part of paragraph 141 that alleges actions by FMB.

142.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 142 of the complaint, except denies that part of paragraph 142 that alleges actions by FMB.

143.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 143 of the complaint, except denies that part of paragraph 143 that alleges actions by FMB.

144.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 144 of the complaint, except denies that part of paragraph 144 that alleges actions by FMB.

145.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 145 of the complaint.

146.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 146 of the complaint.

147.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 147 of the complaint.

148.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 148 of the complaint, except denies that Aquino was a partner with FMB at any time.

-17-

149.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 149 of the complaint, except denies that part of paragraph 149 that alleges actions by FMB.

150.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 150 of the complaint, except denies that part of paragraph 150 that alleges actions by FMB.

151.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 151 of the complaint, except denies that part of paragraph 151 that alleges actions by FMB.

152.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 152 of the complaint, except denies that part of paragraph 152 that alleges actions by FMB.

153.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 153 of the complaint, except denies that part of paragraph 153 that alleges actions by FMB.

154.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 154 of the complaint, except denies that part of paragraph 154 that alleges actions by FMB.

155.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 155 of the complaint.

156.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 156 of the complaint.

NEWYORK/#162038.3

157.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 157 of the complaint.

158.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 158 of the complaint.

159.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 159 of the complaint.

160.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 160 of the complaint.

161.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 161 of the complaint.

162.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 162 of the complaint.

163.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 163 of the complaint.

164.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 164 of the complaint.

165.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 165 of the complaint.

166.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 166 of the complaint.

## COUNT II

167.    FMB repeats its answers to paragraphs 1 through 166 of the complaint, as though fully set forth herein, in response to paragraph 167.

NEWYORK/#162038.3

168.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 168 of the complaint, except denies that part of paragraph 168 that alleges actions by FMB.

169.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 169 of the complaint, except denies that part of paragraph 169 that alleges actions by FMB.

170.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 170 of the complaint, except denies that part of paragraph 170 that alleges actions by FMB.

171.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 171 of the complaint, except denies that part of paragraph 171 that alleges actions by FMB.

172.    FMB denies the allegations in paragraph 172 of the complaint.

## <u>COUNT III</u>

173.    FMB repeats its answers to paragraphs 1 through 172 of the complaint, as though fully set forth herein, in response to paragraph 173.

174.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 174 of the complaint.

175.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 175 of the complaint.

176.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 176 of the complaint.

177.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 177 of the complaint.

-20-

178.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 178 of the complaint, except denies that part of paragraph 178 that alleges actions by FMB.

179.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 179 of the complaint, except denies that part of paragraph 179 that alleges actions by FMB.

180.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 180 of the complaint, except denies that part of paragraph 180 that alleges actions by FMB.

181.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 181 of the complaint, except denies that part of paragraph 181 that alleges actions by FMB, including participation in or sharing in a "conspiratorial objective."

182.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 182 of the complaint, except denies that part of paragraph 182 that alleges actions by FMB, including participation in a "fraudulent scheme."

183.    FMB denies the allegations in paragraph 183 of the complaint.

184.    FMB denies the allegations in paragraph 184 of the complaint.

## COUNT IV

185.    FMB repeats its answers to paragraphs 1 through 184 of the complaint, as though fully set forth herein, in response to paragraph 185.

186.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 186 of the complaint, except denies that part of paragraph 186 that alleges actions by FMB.

-21-

187.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 187 of the complaint, except denies that part of paragraph 187 that alleges actions by FMB.

188.    FMB denies the allegations in paragraph 188 of the complaint.

189.    FMB denies the allegations in paragraph 189 of the complaint.

190.    FMB denies the allegations in paragraph 190 of the complaint.

## COUNT V

191.    FMB repeats its answers to paragraphs 1 through 190 of the complaint, as though fully set forth herein, in response to paragraph 191.

192.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 192 of the complaint, except denies that part of paragraph 192 that alleges actions by FMB.

193.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 193 of the complaint, except denies that part of paragraph 193 that alleges actions by FMB.

194.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 194 of the complaint, except denies that part of paragraph 194 that alleges actions by FMB.

195.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 195 of the complaint, except denies that part of paragraph 195 that alleges actions by FMB.

196.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 196 of the complaint, except denies that part of paragraph 196 that alleges actions by FMB.

NEWYORK/#162038.3

197.    FMB denies the allegations in paragraph 197 of the complaint.

198.    FMB denies the allegations in paragraph 198 of the complaint.

## COUNT VI

199.    FMB repeats its answers to paragraphs 1 through 198 of the complaint, as though fully set forth herein, in response to paragraph 199.

200.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 200 of the complaint, except denies that part of paragraph 200 that alleges actions by FMB.

201.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 201 of the complaint, except denies that part of paragraph 201 that alleges actions by FMB.

202.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 202 of the complaint, except denies that part of paragraph 202 that alleges actions by FMB.

203.    FMB denies the allegation in paragraph 203 of the complaint.

204.    FMB denies the allegations in paragraph 204 of the complaint.

## COUNT VII

205.    FMB repeats its answers to paragraphs 1 through 204 of the complaint, as though fully set forth herein, in response to paragraph 205.

206.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 206 of the complaint.

207.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 207 of the complaint, except denies that part of paragraph 207 that alleges actions by FMB.

208.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 208 of the complaint, except denies that part of paragraph 208 that alleges actions by FMB.

209.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 209 of the complaint, except denies that part of paragraph 209 that alleges actions by FMB.

210.    FMB denies the allegations in paragraph 210 of the complaint.

## COUNT VIII

211.    FMB repeats its answers to paragraphs 1 through 210 of the complaint, as though fully set forth herein, in response to paragraph 211.

212.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 212 of the complaint.

213.    FMB is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 213 of the complaint, except denies that part of paragraph 213 that alleges actions by FMB.

214.    FMB denies the allegations in paragraph 214 of the complaint.

## FIRST AFFIRMATIVE DEFENSE

215.    FMB did not engage in any conduct or make any representations at issue in this action, and specifically did not perform any of the audits or accounting services in question or employ any of the individuals who performed those audits.  Accordingly, FMB is not a proper party to this action.

NEWYORK/#162038.3

## SECOND AFFIRMATIVE DEFENSE

216.    Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

217.    The lack of privity between plaintiff and FMB, or any relationship approaching priority or otherwise giving rise to a duty of care owed by FMB to plaintiff, precludes any negligence claim against FMB by plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

218.    FMB was not in a fiduciary relationship with plaintiff, nor does plaintiff allege any facts from which such a relationship could be inferred.  Accordingly, plaintiff's claim for aiding and abetting a breach of fiduciary duty fails to state a claim upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE

219.    Plaintiff's RICO claims fail to state a claim upon which relief can be granted against FMB because Aquino was never affiliated with FMB and FMB is not alleged to have operated or managed a RICO enterprise.

## SIXTH AFFIRMATIVE DEFENSE

220.    Plaintiff's civil conspiracy claim fails to state a claim upon which relief can be granted because plaintiff fails to allege that the sole purpose of the alleged conspiracy was to damage plaintiff or that FMB shared a common purpose to deceive plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

221.    Any damages that plaintiff may have suffered are entirely a result of its own negligent or otherwise culpable conduct, and plaintiff therefore may not have any recovery

NEWYORK/#162038.3

against FMB. Alternatively, any award against FMB must be reduced in proportion to the plaintiff's own negligent or otherwise culpable conduct.

## EIGHTH AFFIRMATIVE DEFENSE

222. Any damages that plaintiff may have suffered are entirely the result of parties other than FMB. Accordingly, plaintiff may not have any recovery from FMB. Alternatively, any assessment of liability against FMB must be reduced in proportion to the relative fault of parties other than FMB.

## NINTH AFFIRMATIVE DEFENSE

223. Plaintiff's claim is barred by the doctrines of waiver, estoppel, laches, ratification and/or unclean hands.

## TENTH AFFIRMATIVE DEFENSE

224. Plaintiff has failed to take reasonable and feasible steps to mitigate or minimize any damages it may have suffered.

## ELEVENTH AFFIRMATIVE DEFENSE

225. Any liability of FMB must be reduced by any payments that Royal has received, is entitled to receive or expects to receive from any other source in connection with its alleged losses.

## TWELFTH AFFIRMATIVE DEFENSE

226. Plaintiff's claims are barred, in whole or in part, by illegality.

## THIRTEENTH AFFIRMATIVE DEFENSE

227. Plaintiff's claims are barred, in whole or in part, by the doctrine of *in pari delicto*.

NEWYORK/#162038.3

**WHEREFORE,** FMB prays that the Court dismiss plaintiff's complaint against it with prejudice, and award FMB its attorneys' fees, costs and disbursements herein, along with such further relief as the Court deems just and proper.

Dated:  May 5, 2006

Respectfully submitted,

PRICKETT, JONES & ELLIOTT, P.A.

By:_____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware  19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick &
Battaglia, CPAs, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
VEDDER, PRICE, KAUFMAN
    & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York  10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com

-27-

NEWYORK/#162038.3

<u>**CERTIFICATE OF SERVICE**</u>

I, J. Clayton Athey, hereby certify that on this 5th day of May, 2006, I caused a copy of

the foregoing **ANSWER OF DEFENDANT FREED MAXICK & BATTAGLIA CPAs, PC**

to be served on counsel for the parties as follows:

<u>VIA E-FILE</u>

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>VIA E-FILE</u>

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

<u>VIA E-FILE</u>

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

<u>VIA U.S. MAIL</u>

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

_____
J. Clayton Athey (#4378)