IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO,<br><br>      Defendant. | C.A. No. 05-165<br><br>Judge Joseph J. Farnan, Jr. |

## CERTIFICATE OF SERVICE

  I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Answer of McGladrey & Pullen LLP** was made on May 5, 2006 upon the following individuals via e-mail and First Class U.S. Mail:

**HAND DELIVERY**

Carolyn Shelly Hake, Esquire
Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia CPA's, PC*

Daniel Butz, Esquire
1201 N. Market Street
Wilmington, DE 19899

Ashley Stitzer, Esquire
Christopher Ward, Esquire
Anthony Saccullo, Esquire
Daniel K. Austin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

**FIRST CLASS MAIL**

John I. Grossbart, Esquire
Alan S. Gilbert, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, Esquire
Stephen Shapiro, Esquire
Bruce P. Merenstein, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick Gagne*

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New Yor, NY 10022
*Counsel for Freed Maxick & Battaglia CPA's PC*

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Counsel for Charles A. Stanziale, Jr.*

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Co-Counsel for McGladrey & Pullen, LLP*

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102
*Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts*

Veronica E. Rendon, Esquire
Richard P. Swanson, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael Acquino*

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
Schwartz Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
*SFC Trustee*

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: May 5, 2006
      Wilmington, Delaware

DUANE MORRIS LLP

By: _____
Christopher M. Winter (DE 4163)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
E-mail: cmwinter@duanemorris.com