IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, and MICHAEL AQUINO,<br><br>    Defendants. | C.A. No. 05-165-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Marie Tieri, Esquire to represent defendant Freed Maxick & Battaglia CPAs, PC in this action.

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
VEDDER, PRICE, KAUFMAN
  & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com

PRICKETT, JONES & ELLIOTT, P.A.

_/s/_____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick &*
*Battaglia, CPAs, PC*

## ORDER GRANTING MOTION

The foregoing application of Marie Tieri, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

19631.1\304287v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 17th day of May, 2006, I caused a copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** to be served on counsel for the parties as follows:

VIA E-FILE

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA E-FILE

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

VIA E-FILE

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

_____
J. Clayton Athey (#4378)