# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

DANIEL B. BUTZ
302 351 9348
302 425 4671 FAX
dbutz@mnat.com

May 31, 2006

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    RE:    Stanziale v. Pepper Hamilton, et al., No. 04-1551
           Royal Indemnity Co. v. Pepper Hamilton LLP, et al., No. 05-165

Dear Judge Farnan:

    In the Court's May 18, 2006 Order, Your Honor directed each party to submit a letter setting forth its position on any issues that remained in dispute after the parties attempted to negotiate a joint scheduling order and deposition coordination plan. We write on behalf of defendants Pepper Hamilton LLP and W. Roderick Gagné (the "Pepper Defendants") in compliance with that Order.

    The Pepper Defendants agree with the proposed Case Management Order submitted by Royal. Although the schedule will require the parties to move through discovery at an aggressive pace, we believe that the proposed dates are reasonable and will enable the parties to move the case toward a final resolution as expeditiously as possible.

    The Pepper Defendants agree to all of the terms in the draft Discovery Coordination Order submitted by Royal except for the proposed length of depositions set out in section I.A. The order as drafted would authorize the parties to depose certain witnesses for as many as six days. We believe that it would be patently unreasonable to subject any witnesses to a six day deposition. In addition, authorizing such lengthy depositions would make it difficult to complete discovery and resolve these cases in the time frame set forth in either of the proposed scheduling orders. The Pepper Defendants propose the following time limits in section I.A.:

The Honorable Joseph J. Farnan, Jr.
May 31, 2006
Page 2

"A Witnesses" may be deposed for no more than three days;

"B Witnesses" may be deposed for no more than two days; and

"C Witnesses" may be deposed for no more than one day.

We look forward to the opportunity to discuss these issues in more detail during the conference on June 1.

Respectfully Yours,

Daniel B. Butz

DBB/clh

cc:    All counsel on attached service list

522664