<u>SERVICE LIST</u>

<u>Via Facsimile</u>

Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
Fax: 302-654-2067

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
Fax: 302-658-8111

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801
Fax: 302-657-4901

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801
Fax: 302-425-0432

Michael S. Waters
McElroy, Deutsch, Mulvaney
  & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Fax: 973-622-5314

John I. Grossbart
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Fax: 312-876-7934

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
Fax: 212-407-7799

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Fax: 212-715-1399

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102
Fax: 215-851-8383

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Fax: 212-969-2900

John W. Shaw
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Fax: 302-571-1253

Christopher A. Ward
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Fax: 302-658-6395

Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Fax: 202-434-5029

522664