IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK N.A. f/k/a WELLS FARGO BANK MINNESOTA, N.A. as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3,<br><br>         Plaintiffs,<br><br>              v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>         Defendant. | Civil Action No. 02-1294-JJF |

**CASE MANAGEMENT ORDER #2**
**REGARDING PLAINTIFFS' CLAIMS REMANDED BY THE THIRD CIRCUIT**

Having considered the submissions of the parties to this action, and the joint request by the parties to suspend briefing on the plaintiffs' motion for summary judgment, it is hereby ordered that the following schedule will govern the proceedings relating to the issues remanded by the Court of Appeals, and only proceedings related to those issues, unless this schedule is otherwise amended for good cause shown:

1.   6/30/06     Document discovery, including production of the complete Wells Fargo servicing database, to be completed

2.   7/31/06     Deposition discovery starts

3.   11/14/06    Completion of fact discovery

| | | |
|---|---|---|
| 4. | 12/01/06 | Defendant submits expert report(s) |
| 5. | 12/15/06 | Plaintiffs submit expert report(s) |
| 6. | 1/26/07 | Expert depositions to be completed |
| 7. | 2/09/07 | Plaintiffs serve amended or supplemental summary judgment papers |
| 8. | 3/09/07 | Defendant serves amended or supplemental papers in opposition to summary judgment |
| 9. | 3/23/07 | Plaintiffs serve reply on amended or supplemental summary judgment |

The Court will schedule a status conference within two weeks of its ruling on the summary judgment motion, to address any issues that remain between the parties and the remaining claims and defenses in the case.

SO ORDERED this ____ day of _____, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE