# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, <br><br>        Plaintiff, <br><br>v. <br><br>PEPPER HAMILTON LLP, et al., <br><br>        Defendants. | C.A. No. 04-1551-JJF |

## CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| | | |
|---|---|---|
| 1. | 07/05/06 | Deposition discovery commences |
| 2. | 2/23/07 | All parties shall serve brief disclosures of the subject matters of expected expert testimony |
| 3. | 3/16/07 | Fact discovery deadline |
| 4. | 3/26/07 | Plaintiffs/counter-plaintiffs shall disclose the identity of experts expected to be called at trial and submit expert reports pursuant to Rule 26(a)(2) |
| 5. | 4/16/07 | Letters to Court regarding summary judgment. The parties will advise the Court of any summary judgment motions they contemplate filing and why they believe that there are no disputed material issues of fact. Briefing schedules, if any, to be determined |
| 6. | 4/16/07 | Defendants/counter-defendants shall disclose the identity of experts expected to be called at trial and submit expert reports pursuant to Rule 26(a)(2) |

- 2 -

| 7.  | 4/30/07 | Plaintiffs/counter-plaintiffs may, but are not required to, submit rebuttal expert reports to those submitted by defendants/counter-defendants |
| --- | --- | --- |
| 8.  | 4/30/07 | Commencement of expert discovery |
| 9.  | 6/15/07 | Completion of expert discovery |
| 10. | 6/29/07 | Motions *in Limine* due |
| 11. | 7/16/07 | Responses to motions *in limine* due |
| 12. | 7/30/07 | Replies to motions *in limine* due |
| 13. | 8/17/07 | Final pretrial order due. Pretrial conference to be set thereafter |
| 14. | 9/2007  | Jury Trial |

SO ORDERED this ___ day of _____, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

12066923