## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>        Debtor. | ) Chapter 7<br>)<br>) Bankruptcy Case No. 02-11620<br>) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>        Plaintiff,<br><br>     v.<br><br>McGLADREY & PULLEN, LLP and<br>MICHAEL AQUINO,<br><br>        Defendants. | ) Adversary Proceeding No. 04-58003<br>)<br>) District Court Case No. 1:05-00072-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>     v.<br><br>PEPPER HAMILTON LLP, RODERICK<br>GAGNÉ, FREED MAXICK & BATTAGLIA<br>CPAs, McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br><br>        Defendants. | ) C.A. No. 05-165-JJF |

## CASE MANAGEMENT ORDER

Having considered the submissions of the parties, the following schedule will govern

pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 7/5/06 | Deposition discovery commences in *Wells Fargo Bank N.A. v. Royal Indemnity Co.*, C.A. No. 02-1294-JJF |
|---|---|---|
| 2. | 10/16/06 | Deposition discovery commences in all other coordinated litigations |
| 3. | 4/27/07 | Parties serve brief disclosures regarding subject matter of anticipated expert testimony |
| 4. | 5/15/07 | Close fact discovery |
| 5. | 6/15/07 | Plaintiffs' and counter-claimant's expert reports due |
| 6. | 7/16/07 | Defendants' and counter-defendant's expert reports due |
| 7. | 7/30/07 | Plaintiffs' and counter-claimant's rebuttal expert reports due |
| 8. | 9/15/07 | Close expert discovery |
| 9. | 9/07 | Status conference regarding issues to be raised on summary judgment |
| 10. | 11/07-12/07 | Trial range |

SO ORDERED this ____ day of _____, 2006.


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE