IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNÉ, FREED MAXICK & BATTAGLIA )<br>CPAs PC, MCGLADREY & PULLEN, LLP )<br>AND MICHAEL AQUINO, )<br>)<br>Defendant. )<br>) | Case No. 1:05-CV-0165-JJF |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Letter dated May 31, 2006 to The Honorable Joseph J. Farnan, Jr. from Counsel to McGladrey & Pullen LLP, et al. Regarding Scheduling of Discovery and June 1, 2006 Conference** was made on May 31, 2006 upon the following individuals via fax:

William H. Sudell, Jr., Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
Fax: (302) 658-3989

Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
Fax: (302) 658-3989

Elizabeth K. Ainslie, Esq.
Schneider Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Fax: (215) 751-2205

Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
Fax: (302) 654-2067

| | |
|---|---|
| James L. Holzman, Esq.<br>Clayton Athey, Esq.<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>Fax: (302) 658-8111 | Karen Lee Turner, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801<br>Fax: (302) 425-0432 |
| Michael S. Waters, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Fax: (973) 622-5314 | John I. Grossbart, Esq.<br>Sonnenschein, Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>Fax: (312) 876-7934 |
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>Fax: (212) 407-7799 | Neil G. Epstein<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102<br>Fax: (215) 851 8383 |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Fax: (212) 969-2900 | John W. Shaw, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>Fax: (302) 571-1253 |
| Christopher A. Ward, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>Fax: (302) 658-6395 | |

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: May 31, 2006
Wilmington, Delaware

Christopher M. Winter (DE 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com

2