IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNE, FREED MAXICK & BATTAGLIA )<br>CPAs PC, McGLADREY & PULLEN LLP )<br>and MICHAEL AQUINO, ) | C.A. No. 05-165-JJF |

**ROYAL INDEMNITY COMPANY'S MOTION TO FILE
SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY DEFENDANT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Royal Indemnity Company ("Royal") hereby moves for leave to file its Second Amended Complaint herein. The sole purpose of Royal's proposed Second Amended Complaint is to add Freed Maxick Sachs & Murphy, P.C. ("FMSM") as an additional party defendant. Royal seeks to add FMSM as a defendant based on the contention of existing defendant Freed Maxick & Battaglia CPAs P.C. ("FMB") that FMSM is a proper party defendant. Royal seeks leave to add FMSM now to facilitate a full adjudication of the issues in this case and to avoid any claim of prejudice by FMSM should it subsequently be determined that FMSM is, in fact, a proper party defendant.

The substantive allegations Royal pleads against FMSM in the Second Amended Complaint are identical to those already pending against FMB. This Court has previously determined that all of Royal's claims against FMB state causes of action. (*See* Order dated March 31, 2006, denying FMB's Rule 12(b)(6) motion.) No prejudice to any party will result from Royal's proposed amendment. The amendment will not impede or otherwise affect the progress of these proceedings.

WHEREFORE, for these reasons and the reasons set forth in the accompanying memorandum of law, Royal respectfully requests this Court to enter an Order granting Royal leave to file its Second Amended Complaint in this action.

                                        ASHBY & GEDDES

                                        */s/ Tiffany Geyer Lydon*
                                      _____
                                        Lawrence C. Ashby (I.D. #468)
                                        Philip Trainer, Jr. (I.D. #2788)
                                        Tiffany Geyer Lydon (I.D. #3950)
                                        222 Delaware Avenue, 17th Floor
                                        Wilmington, DE  19899
                                        (302) 654-1888
                                        (302) 654-2067 (Fax)

                                        *Attorneys for Plaintiff*
                                        *Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020-1089
(212) 768-6700
(212) 768-6800 (Fax)

      and

Alan Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
(312) 876-8000
(312) 876-7934 (Fax)

Dated: June 7, 2006

170017.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for Royal Indemnity Company have discussed the subject of the attached motion with counsel for defendants, but that no agreement could be reached.

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, the attached **ROYAL INDEMNITY COMPANY'S MOTION TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY DEFENDANT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | HAND DELIVERY |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | <u>VIA FEDERAL EXPRESS</u> |

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>261 Chapman Road, Suite 101<br>Newark, DE 19702-5423 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010. | <u>U.S. MAIL</u> |

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

170005.1

3