## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-165 |
| | ) | |
| v. | ) | Judge Joseph J. Farnan, Jr. |
| | ) | |
| PEPPER HAMILTON LLP, W. RODERICK | ) | |
| GAGNE, FREED MAXICK & BATTAGLIA | ) | |
| CPAs PC, McGLADREY & PULLEN LLP | ) | |
| and MICHAEL AQUINO, | ) | |

## DECLARATION OF JOHN GROSSBART IN SUPPORT OF MOTION
## FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
## TO ADD ADDITIONAL PARTY DEFENDANT

I, John Grossbart, declare as follows:

1.     I am a partner in the law firm of Sonnenschein Nath & Rosenthal LLP, attorneys for Royal Indemnity Company ("Royal") in the above matter.  The matters set forth herein are based on my own personal knowledge and if called upon to testify, I could and would testify competently thereto.

2.     Attached as Exhibits A-1 and A-2, respectively, are copies of Royal Indemnity Company's Second Amended Complaint, as proposed and redlined, which are the subject of Royal's pending Motion For Leave to File Second Amended Complaint to Add Additional Party Defendant.

3.     Attached as Exhibit B are true and correct copies of New York Department of State, Division of Corporations, records relating to Freed Maxick Sachs & Murphy, P.C., and to Freed Maxick & Battaglia, CPAs, P.C., each in the form previously submitted to this Court by defendant Freed Maxick & Battaglia CPAs, P.C. in support of its prior Motion to Dismiss which this Court denied on March 31, 2006.

4.    Attached as Exhibit C is a true and correct copy of the Summons issued with respect to Freed Maxick & Battaglia CPAs, P.C. when this action was initiated, and the Affidavit of Mailing, with return receipt, showing delivery to, and service of the complaint upon, Freed Maxick & Battaglia CPAs, P.C. on March 24, 2005 at 800 Liberty Building, Buffalo, New York, 14202.

5.    Attached as Exhibit D is a true and true and correct copy of an Accountants Professional Liability Policy produced by Freed Maxick & Battaglia CPAs, P.C. in this case in response to discovery requests directed to it by Royal.

6.    Attached as Exhibit E are true and correct copies of various documents produced in this case by Freed Maxick & Battaglia CPAs, P.C. in response to discovery requests directed to it by Royal.

7.    Attached as Exhibit F is a true and correct copy of the Application to Employ Freed Maxick & Battaglia CPAs, P.C. as Accountant, filed by Debtor Sheehan Memorial Hospital in the matter of *In re Sheehan Memorial Hospital,* Debtor, 1-03-11548-CLB (Bkrptcy. W.D.N.Y.) (D.1.170, June 28, 2004).

8.    Attached as Exhibit G is a true and correct copy of a page from the official website of Freed Maxick & Battaglia CPAs, P.C., as printed from that website in or about June - July, 2005.

9.    Attached as Exhibit H are true and correct copies of Yahoo "Hot Jobs" profile posting by Freed Maxick & Battaglia CPAs, P.C., and a Freed Maxick & Battaglia CPAs, P.C. press release dated April 7, 2003, both printed off the Internet on May 18, 2006.

10.    Attached as Exhibit I is a true and correct copy of an article entitled "Freed Maxick Merger Ends After 10 Months," appearing in the *Buffalo Business First*, Sept. 12, 2001, printed off the Internet on June 10, 2005.

11.    Attached as Exhibit J are true and correct copies of biographies posted by certain Freed Maxick & Battaglia CPAs, P.C. Directors on the official website of Freed Maxick & Battaglia CPAs, P.C., all printed off the Internet on May 18, 2006.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on the thirtieth day of May, 2006 at Chicago, Illinois.

_____
                              John Grossbart

12068109

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, the attached **DECLARATION OF JOHN GROSSBART IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY DEFENDANT** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                    HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James L. Holzman, Esquire                          HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Michael R. Lastkowski, Esquire                     HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire                              HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire                          HAND DELIVERY
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Christopher A. Ward, Esquire                       HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

John H. Eickemeyer, Esquire                              VIA FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022


Elizabeth K. Ainslie, Esquire                            VIA FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103


Richard P. Swanson, Esquire                              VIA FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690


Steven M. Farina, Esquire                                VIA FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005


Neil G. Epstein, Esquire                                 VIA FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102


Michael S. Waters, Esquire                               VIA FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

James J. Rodgers, Esquire                             <u>VIA FEDERAL EXPRESS</u>
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


Andre G. Castaybert, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299


Student Loan Servicing LLC                                   <u>U.S. MAIL</u>
261 Chapman Road, Suite 101
Newark, DE  19702-5423


Andrew N. Yao                                                <u>U.S. MAIL</u>
107 Leighton Drive
Bryn Mawr, PA  19010.


                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon

170005.1