# Exhibit E

# REPORT PROCESSING CONTROL SHEET

Page 1

CLIENT NAME: _SFC Financial I, LLC_

FINANCIAL STATEMENT DATE: _December 31, 1999_

| | NAME | DATE |
|---|---|---|

### ACCOUNTANT IN CHARGE

| # | Task | Name | Date |
|---|---|---|---|
| 1. | Prepare draft of report | Winslow | 8/00 |
| 2. | Complete financial statement reminder checklist, as required | N/A | |
| 3. | Complete information on Page 2 of this form | Winslow | 8/00 |
| 4. | Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist | SEE SFC | |
| 5. | Check arithmetical accuracy of draft | Winslow | 8/00 |
| 6. | Make sure all pre-typed material included in draft is appropriate | Winslow | 8/00 |
| 7. | Check arithmetic - TYPED DRAFT | Winslow | 8/00 |
| 8. | Proofread - TYPED DRAFT | Winslow | 8/00 |
| 9. | Prepare ratios and graphs | | |

### SUPERVISOR

| # | Task | Name | Date |
|---|---|---|---|
| 10. | Complete review of working papers | N/A | |
| 11. | Review report draft | | |
| 12. | Review information on Page 1 of this form | | |
| 13. | Complete any special instructions on this form | | |
| 14. | Indicate who reviewed tax accrual | | |
| 15. | Prepare transmittal letter | | |
| 16. | Include disclosure label regarding loan default | | |

☐ Yes ☐ No

### OFFICER/PRINCIPAL

| # | Task | Name | Date |
|---|---|---|---|
| 17. | Examine working papers to extent necessary | Wegman | 8/00 |
| 18. | Review and approve report draft | Wegman | |
| 19. | Determine if graphs will be part of financial statement | | |
| 20. | Technical review performed by _Tom Berical to 5/0_ | | |

☐ Yes ☐ No (For discussion purposes only)

### REPORT DEPARTMENT

| # | Task | Name | Date |
|---|---|---|---|
| 21. | Type and spellcheck | Von Dere | 8/00 |
| 22. | Corrections/Revisions | Von Dere | |
| 23. | Collate and assemble | Barrett | |

### OFFICER

| # | Task | Name | Date |
|---|---|---|---|
| 24. | Approve office copy of report | Wegman | 8/00 |
| 25. | Sign and release report | | |

# REPORT PROCESSING CONTROL SHEET

Page 2

**TITLE OF REPORT:** _SFC FINANCIAL, LLC_

**PERIOD COVERED:** _PERIOD FROM INCEPTION ( ) TO DECEMBER 31, 1999_

**CLIENT TO BE CHARGED:** _STUDENT FINANCE CORPORATION_   CLIENT# _20-21537_

**NUMBER OF COPIES:**   _10_   Bound For Client Use

   _2_   Office File Copy

   _2_   Unbound

   _14_   Total

**CLIENT COPIES:**   ☐ To Be Mailed   ☐ To Be Delivered   ☐ Overnight Service

Copies to: _GARY HAWTHORNE, SVP OPERATIONS_
_STUDENT FINANCE CORPORATION_
_CHRISTIANA EXECUTIVE CAMPUS_

Copies to: _111 CONTINENTAL DRIVE, SUITE 408_
_NEWARK, DELAWARE   19713_

---

**COPIES ARE NOT TO BE PROVIDED TO NONCLIENT THIRD PARTIES**

---

**SPECIAL INSTRUCTIONS**

☐   Use Standard Cover Letter
       or
☐   Other

☐   Hold Until Released By: _____

Reason: _____

Released By: _____   Date: _____

# FREED MAXICK SACHS & MURPHY, P.C.
## MINIMUM WORKPAPER DOCUMENTATION CHECKLIST
### COMPILATION ENGAGEMENTS

Client Name: _SEC FINANCIAL, LLC_

Closing Date: _12-31-99_

Expected Completion Date: _8/00_

Approximate Hours on Job: _50_

Account Director: _M. MICHAEL AQUINO_

Manager/In-Charge: _J. WESTAD_

Checklist Preparer: _L_

| | | |
|---|---|---|
| 1. | Main Workpaper File | ☑ |
| 2. | Permanent Files | ☑ |
| 3. | Correspondence File | ☑ |
| 4. | Engagement Letter (Financial Statement Date _12/99_ ) | ☑ |
| 5. | Basic Client Industry Data | ☑ |
| 6. | Financial Statements with Report Processing Control Sheet | ☑ |
| 7. | Client Risk Evaluation (Year End Only) | ☑ |
| 8. | Engagement Planning Checklist | ☑ |
| 9. | Questionnaire for Non Full or Full Disclosure Compilation | ☑ |
| 10. | Report Review Questionnaire (Full Disclosure Only) | ☐ — N/A |
| 11. | Report Preparation Checklist (For Full Disclosure, Year End Compilations Only) | ☐ — N/A |
| 12. | Summary of Analysis of Year 2000 Issue | ☑ |

# REPORT PROCESSING CONTROL SHEET

Page 1

SFC Financial II, LLC                    December 31, 1999

CLIENT NAME                              FINANCIAL STATEMENT DATE

## ACCOUNTANT IN CHARGE

| | NAME | DATE |
|---|---|---|
| 1. Prepare draft of report | *Witted* | 8/00 |
| 2. Complete financial statement reminder checklist, as required | N/A | |
| 3. Complete information on Page 2 of this form | *Witted* | 8/00 |
| 4. Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist | SEE SFC | |
| 5. Check arithmetical accuracy of draft | *Witted* | 8/00 |
| 6. Make sure all pre-typed material included in draft is appropriate | *Witted* | 8/00 |
| 7. Check arithmetic - TYPED DRAFT | *Witted* | 8/00 |
| 8. Proofread - TYPED DRAFT | *Witted* | 8/00 |
| 9. Prepare ratios and graphs | | |

## SUPERVISOR

| | | |
|---|---|---|
| 10. Complete review of working papers | N/A Combined Review |
| 11. Review report draft | Below |
| 12. Review information on Page 1 of this form | |
| 13. Complete any special instructions on this form | |
| 14. Indicate who reviewed tax accrual | |
| 15. Prepare transmittal letter | |
| 16. Include disclosure label regarding loan default | ☐Yes ☐ No |

## OFFICER/PRINCIPAL

| | | |
|---|---|---|
| 17. Examine working papers to extent necessary | *signature* | 8/00 |
| 18. Review and approve report draft | *signature* | |
| 19. Determine if graphs will be part of financial statement | ☐ Yes ☐ No (For discussion purposes only) |
| 20. Technical review performed by   *Tom Berical to 5/0* | |

## REPORT DEPARTMENT

| | | |
|---|---|---|
| 21. Type and spellcheck | *Sandr* | |
| 22. Corrections/Revisions | *Anc. tch* | |
| 23. Collate and assemble | *Barrish* | |

## OFFICER

| | | |
|---|---|---|
| 24. Approve office copy of report | *signature* | 8/00 |
| 25. Sign and release report | | |

# REPORT PROCESSING CONTROL SHEET

Page 2

**TITLE OF REPORT:** _SFC Financial II, LLC_

**PERIOD COVERED:** _Period From Inception Through December 31, 1999_

**CLIENT TO BE CHARGED:** _Student Finance Corporation_ CLIENT# _06-21537_

**NUMBER OF COPIES:**  _10_  Bound For Client Use

_2_  Office File Copy

_2_  Unbound

_14_  Total

**CLIENT COPIES:**  ☐ To Be Mailed  ☐ To Be Delivered  ☐ Overnight Service

Copies to: _Gary Hawthorne, SVP Operations_
_Student Finance Corporation_
_Christiana Executive Campus._
_111 Continental Drive_
Copies to: _Newark, Delaware   19713_

---

| COPIES ARE NOT TO BE PROVIDED TO NONCLIENT THIRD PARTIES |
|---|

**SPECIAL INSTRUCTIONS**

☐ Use Standard Cover Letter
   or
☐ Other

_____

_____

_____

☐ Hold Until Released By: _____

Reason: _____

Released By: _____  Date: _____

FMB 00014

3/97 - FM-1

# FREED MAXICK SACHS & MURPHY, P.C.
## MINIMUM WORKPAPER DOCUMENTATION CHECKLIST
### COMPILATION ENGAGEMENTS

Client Name: _SFC FINANCIAL II LLC_

Closing Date: _12-31-99_

Expected
Completion Date: _8/00_

Approximate
Hours on Job: _50_

Account Director: _M. MICHAEL AQUINO_

Manager/In-Charge: _J. WESTAD_

Checklist Preparer: _L_

1.  Main Workpaper File — ☑
2.  Permanent Files — ☑
3.  Correspondence File — ☑
4.  Engagement Letter (Financial Statement Date _12/99_ ) — ☑
5.  Basic Client Industry Data — ☑
6.  Financial Statements with Report Processing Control Sheet — ☑
7.  Client Risk Evaluation (Year End Only) — ☑
8.  Engagement Planning Checklist — ☑
9.  Questionnaire for Non Full or Full Disclosure Compilation — ☑
10. Report Review Questionnaire (Full Disclosure Only) — ☐ N/A
11. Report Preparation Checklist (For Full Disclosure, Year End Compilations Only) — ☐ N/A
12. Summary of Analysis of Year 2000 Issue — ☐

Side 1 of 3

12/99
FM-5.3

FMB 00015

**Partners Initials:  MMA**
**Client #845700 (Old #) 087060 (New #)**

\\PHLNWPRD\SYS1\OLD\BDOAPPS\WORDDOC\Fs\Student Finance 12-31-98.doc

**Distribution of Financial Statements for:**

**Client Name:        SFC Financial II, LLC**

**Period:            From Inception (June 7, 1999) to December 31, 1999**

**20    -    Andrew Yao, President**
**SFC Financial II, LLC**
**5 Radnor Corporate Center**
**100 Matsonford Road**
**Radnor, PA  19087**

**1    -    Mike Aquino**

**1    -    Jeff Westad**

**1    -    Office Copy**

**18**

FMB 00024

# REPORT PROCESSING CONTROL SHEET

Page 1

CLIENT NAME: *Student Loan Servicing, LLC*

FINANCIAL STATEMENT DATE: 3/1/00

## ACCOUNTANT IN CHARGE

| Task | NAME | DATE |
|------|------|------|
| 1. Prepare draft of report | *Westad* | 3/6/00 |
| 2. Complete financial statement reminder checklist, as required | *Westad* | 3/8/00 |
| 3. Complete information on Page 2 of this form | | 3/8/00 |
| 4. Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist | | 3/8/00 |
| 5. Check arithmetical accuracy of draft | | 3/8/00 |
| 6. Make sure all pre-typed material included in draft is appropriate | | 3/8/00 |
| 7. Check arithmetic - **TYPED DRAFT** | *Westad* | 3/8/00 |
| 8. Proofread - **TYPED DRAFT** | | 3/8/00 |
| 9. Prepare ratios and graphs | N/A opening B/S only | ✓ |

## SUPERVISOR

| Task | | |
|------|------|------|
| 10. Complete review of working papers | N/A Combined Review | |
| 11. Review report draft | By Bruce Murray | |
| 12. Review information on Page 1 of this form | | |
| 13. Complete any special instructions on this form | | |
| 14. Indicate who reviewed tax accrual | N/A Not operating  LLC | |
| 15. Prepare transmittal letter | N/A | |
| 16. Include disclosure label regarding loan default | ☐Yes ☒No | |

## OFFICER/PRINCIPAL

| Task | | |
|------|------|------|
| 17. Examine working papers to extent necessary | *S. Ong* | 7/9/w |
| 18. Review and approve report draft | *S. Ong* | 3/9/w |
| 19. Determine if graphs will be part of financial statement | ☐ Yes ☒ No (For discussion purposes only) | |
| 20. **Technical review performed by** | | |

*Need FAP of control sheet from Buffalo w/ Tom Berrican*

## REPORT DEPARTMENT

21. Type and spellcheck
22. Corrections/Revisions
23. Collate and assemble

## OFFICER

| Task | | |
|------|------|------|
| 24. Approve office copy of report | *Dugan* | 3/10/00 |
| 25. Sign and release report | *Dugan* | 3/10/00 |

## REPORT PROCESSING CONTROL SHEET

Page 2

**TITLE OF REPORT:** _Student Loan Servicing, LLC_

_Report on Balance Sheet_

**PERIOD COVERED:** _March 1, 2000_

**CLIENT TO BE CHARGED:** _Student Finance Corp._ CLIENT# _20 - 8_ _21537_

**NUMBER OF COPIES:**  _20_  Bound For Client Use

_1_  Office File Copy

Unbound

Total

**CLIENT COPIES:**  ☐ To Be Mailed  ☐ To Be Delivered  ☐ Overnight Service

Copies to: _Freed Maxick Sachs + Murphy P.C. —_

_Sent 8/13/00_

_Philadelphia, PA_

_To be signed and sent to_

Copies to: _Diane Messick - Controller_

_Student Finance Corporation_

_Christiana Executive Campus_

_111 Continental Drive Suite 408_

_Newark, Delaware. 19713_

---

**COPIES ARE NOT TO BE PROVIDED TO NONCLIENT THIRD PARTIES**

---

**SPECIAL INSTRUCTIONS**

☐  Use Standard Cover Letter
   or
☐  Other

_____

_____

_____

☐  Hold Until Released By: _N...._

Reason: _____

☐  Released By: _____ Date: _____

FMB 00026

3/97 - FM-1

**FREED MAXICK SACHS & MURPHY, P.C.**
**MINIMUM WORKPAPER DOCUMENTATION CHECKLIST**
**AUDIT ENGAGEMENTS**

Client Name: _Student Loan Servicing LLC_

Closing Date: _3/1/00_

Expected
Completion Date: _3/8/00_

Approximate
Hours on Job: _10_

Account Director: _11 Mike Aquino_

Manager/In-Charge: _Bruce Murray_

Checklist Preparer: _Jeffry L. Wichtel  3/8/00_

| | | |
|---|---|---|
| 1. | Main Workpaper File | ☑ |
| 2. | Permanent Files | ☑ |
| 3. | Confirmation and Correspondence File | ☑ |
| 4. | Engagement Letter (Financial Statement Date _3/1/00_ ) | ☑ |
| 5. | Basic Client Industry Data      _see SEC (same)_ | ☑ |
| 6. | Financial Statements With Report Processing Control Sheet | ☑ |
| 7. | Client Risk Evaluation | ☑ |
| 8. | Planning Programs and Documentation | ☐ |
| a. | Audit Planning Memorandum | ☑ |
| b. | Audit Planning Memorandum Checklist | ☑ |
| c. | Audit Planning Checklist (Contains Engagement Risk Assessment) | ☑ |
| d. | Materiality Limit Determination Memo      _100%_ | ☑ |
| 9. | Analytical Procedures Documentation in the Planning/Final Review Phase | ☑ |
| 10. | Control Environment Risk Assessment and Monitoring Questionnaire | |
| 11. | Overall Audit Risk and Fraud Risk Assessment Questionnaire | ☑ |
| 12. | Audit Engagement Sign-Off Questionnaire | ☐ |
| 13. | Audit Engagement Report Review Questionnaire | ☑ |
| 14. | Client Representation Letter | ☑ |
| 15. | Legal Letter Responses | ☑ |
| 16. | Report Preparation Checklist and Applicable Addendum | ☑ |
| 17. | Commitments, Contingencies, Subsequent Events and Consideration of Continued Existence Program and Checklist | ☑ |
| 18. | Budget vs. Actual Hour Analysis      _opening bs okay_ | |
| 19. | Internal Control Review | |
| a. | Transaction Cycle Understanding and Documentation Questionnaire or Similar Understanding Memo | ☐ |
| b. | EDP Review Questionnaire | ☐ |
| 20. | Applicable Audit Programs | |
| 21. | Summary of Analysis of Year 2000 Issue | |

MAR-15-2000  03:40    FREED MAXICK ABL INC                          P.02

REPORT PROCESSING CONTROL ___

_Student Loan Servicing, LLC_                    _3/1/00_
CLIENT NAME                                      FINANCIAL STATEMENT DATE

| NAME | DATE |
|------|------|
| _Westad_ | 3/8/00 |
| _Westad_ | 3/8/00 |
|  | 3/8/00 |
|  | 3/8/00 |
|  | 3/8/00 |
|  | 3/8/00 |
| _Westad_ | 3/8/00 |
|  | 3/8/00 |
| N/A cash B/S only | |

**ACCOUNTANT IN CHARGE**

1. Prepare draft of report
2. Complete financial statement reminder checklist, as required
3. Complete information on Page 2 of this form
4. Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist
5. Check arithmetical accuracy of draft
6. Make sure all pre-typed material included in draft is appropriate
7. Check arithmetic - TYPED DRAFT
8. Proofread - TYPED DRAFT
9. Prepare ratios and graphs

**SUPERVISOR**

10. Complete review of working papers
11. Review report draft
12. Review information on Page 1 of this form
13. Complete any special instructions on this form
14. Indicate who reviewed tax accrual
15. Prepare transmittal letter
16. Include disclosure label regarding loan default

N/A Not operating LLC.

☐Yes ☒No

**OFFICER/PRINCIPAL**

17. Examine working papers to extent necessary
18. Review and approve report draft
19. Determine if graphs will be part of financial statement
20. Technical review performed by

| | |
|------|------|
| _S. Ong_ | 7/8/00 |
| _S. Ong_ | 3/9/00 |

☐Yes ☒No (For discussion purposes only)

**REPORT DEPARTMENT**

21. Type and spellcheck
22. Corrections/Revisions
23. Collate and assemble

**OFFICER**

24. Approve office copy of report
25. Sign and release report

| | |
|------|------|
| _Dugan_ | 3/10/00 |
| _Dugan_ | 3/10/00 |

## REPORT PROCESSING CONTROL SHEET                    Page 2

**TITLE OF REPORT:**     *Student Loan Servicing, LLC*

*Report on Balance Sheet*

**PERIOD COVERED:**     *March 1, 2000*

**CLIENT TO BE CHARGED:**     *Student Finance Corp.*  **CLIENT#** *20 - 8*  *21537*

**NUMBER OF COPIES:**     **20**     Bound For Client Use

**1**     Office File Copy

Unbound

Total

**CLIENT COPIES:**          ☐ To Be Mailed   ☐ To Be Delivered   ☐ Overnight Service

*Sent 3/13/00*

Copies to:     *Freed Maxick Sachs + Murphy R. —*
*Philadelphia, PA*

*To Be Signed and Sent to*

Copies to:     *Diane Messick - Controller*
*Student Finance Corporation*
*Christiana Executive Campus*
*111 Continental Drive Suite 408*
*Newark, Delaware  19713*

| COPIES ARE NOT TO BE PROVIDED TO NONCLIENT THIRD PARTIES |
| --- |

**SPECIAL INSTRUCTIONS**

☐   Use Standard Cover Letter
     or
☐   Other

_____

_____

_____

☐   Hold Until Released By: _____

Reason: _____

Released By: _____   Date: _____

MAR-10-2000  04:45          FREED MAXICK ABL INC                          P.08/08

# FREED MAXICK SACHS & MURPHY, P.C.
## MINIMUM WORKPAPER DOCUMENTATION CHECKLIST
## AUDIT ENGAGEMENTS

Client Name: *Student Loan Servicing LLC*

Closing Date: *3/1/00*

Expected
Completion Date: *3/8/00*

Approximate
Hours on Job: *10*

Account Director: *Mike Aquino*

Manager/In-Charge: *Bruce Murray*

Checklist Preparer: *Jeffery T. Wendel   3/8/00*

1. Main Workpaper File ☑
2. Permanent Files ☑
3. Confirmation and Correspondence File ☑
4. Engagement Letter (Financial Statement Date *3/1/00* ) ☑
5. Basic Client Industry Data    *sec SEC (same)* ☑
6. Financial Statements With Report Processing Control Sheet ☑
7. Client Risk Evaluation ☐
8. Planning Programs and Documentation ☑
   a. Audit Planning Memorandum ☑
   b. Audit Planning Memorandum Checklist ☑
   c. Audit Planning Checklist (Contains Engagement Risk Assessment) ☑
   d. Materiality Limit Determination Memo    *100%* ☑
9. Analytical Procedures Documentation in the Planning/Final Review Phase ☑
10. Control Environment Risk Assessment and Monitoring Questionnaire ☑
11. Overall Audit Risk and Fraud Risk Assessment Questionnaire ☑
12. Audit Engagement Sign-Off Questionnaire ☑
13. Audit Engagement Report Review Questionnaire ☑
14. Client Representation Letter ☑  ⊘
15. Legal Letter Responses ☐
16. Report Preparation Checklist and Applicable Addendum ☑
17. Commitments, Contingencies, Subsequent Events and Consideration
    of Continued Existence Program and Checklist ☑
18. Budget vs. Actual Hour Analysis    *N/A  Opening B/S only*
19. Internal Control Review
    a. Transaction Cycle Understanding and Documentation Questionnaire
       or Similar Understanding Memo ☐
    b. EDP Review Questionnaire ☐
20. Applicable Audit Programs ☑
21. Summary of Analysis of Year 2000 Issue    *N/A*

12/99
FM-5.1
FMB 00030

TOTAL P.08

# REPORT PROCESSING CONTROL SHEET

Page 1

CLIENT NAME: *Student Finance Corporation*

FINANCIAL STATEMENT DATE: *December 31, 1999*

| NAME | DATE |
|------|------|
| Westad | 7/00 |
| Wittler | 7/00 |
| Westad | 7/00 |
| Westad | 7/00 |
| Westad | 7/00 |
| Westad | 7/00 |
| Westad | 7/00 |
| Wittler | 7/00 |

## ACCOUNTANT IN CHARGE

1. Prepare draft of report
2. Complete financial statement reminder checklist, as required
3. Complete information on Page 2 of this form
4. Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist
5. Check arithmetical accuracy of draft
6. Make sure all pre-typed material included in draft is appropriate
7. Check arithmetic - **TYPED DRAFT**
8. Proofread - **TYPED DRAFT**
9. Prepare ratios and graphs

## SUPERVISOR

| | |
|---|---|
| N/A | |
| Combined General + | |
| Detail Review | |
| By | |
| N/A | 8" + LLCS |

☐ Yes ☒ No

10. Complete review of working papers
11. Review report draft
12. Review information on Page 1 of this form
13. Complete any special instructions on this form
14. Indicate who reviewed tax accrual
15. Prepare transmittal letter
16. Include disclosure label regarding loan default

## OFFICER/PRINCIPAL

| | |
|---|---|
| *(signature)* | 7/00 |
| *(signature)* | 7/00 |

☐ Yes ☒ No (For discussion purposes only)

17. Examine working papers to extent necessary
18. Review and approve report draft
19. Determine if graphs will be part of financial statement.   *Tim McPoland to 6/0-*
20. Technical review performed by

## REPORT DEPARTMENT

| | |
|---|---|
| Dave Saule | 7/00 |
| Dave Saule | 7/00 |
| Dave Saule | 7/00 |

21. Type and spellcheck
22. Corrections/Revisions
23. Collate and assemble

## OFFICER

| | |
|---|---|
| *(signature)* | 7/00 |
| *(signature)* | ✓ |

24. Approve office copy of report
25. Sign and release report

# REPORT PROCESSING CONTROL SHEET

Page 2

**TITLE OF REPORT:** Student Finance Corporation and Subsidiaries Report on Consolidated Financial Statements

**PERIOD COVERED:** For the Years Ended December 31, 1999 and 1998

**CLIENT TO BE CHARGED:** Student Finance Corporation     CLIENT# 20-21537

**NUMBER OF COPIES:**     25     Bound For Client Use

                              1     Office File Copy

                                 Unbound

                                 Total

**CLIENT COPIES:**     ☐ To Be Mailed  ☐ To Be Delivered  ☒ Overnight Service

    5     Copies to:     Andrew N. Yao, President
                         5 Radnor Corporate Plaza, Suite 501
                         100 Matson Ford Road
                         Radnor PA, 19807

    20     Copies to:     Diane Messick, Controller
                         Christiana Executive Campus
                         111 Continental Drive
                         Newark DE  19713

---

**COPIES ARE NOT TO BE PROVIDED TO NONCLIENT THIRD PARTIES**

---

**SPECIAL INSTRUCTIONS**

☐     Use Standard Cover Letter
      or
☐     Other

_____

_____

_____

☐     Hold Until Released By: _____

Reason: _____

Released By: _____     Date: _____

FMB 00038

3/97 - FM-1

## FREED MAXICK SACHS & MURPHY, P.C.
## MINIMUM WORKPAPER DOCUMENTATION CHECKLIST
## AUDIT ENGAGEMENTS

Client Name: _STUDENT FINANCE CORPORATION_

Closing Date: _DECEMBER 31, 1989_

Expected
Completion Date: _JULY 26, 2000_

Approximate
Hours on Job: _____

Account Director: _M. MICHAEL AQUINO_

Manager/In-Charge: _JEFFREY A. WESTAD_

Checklist Preparer: _____

| | | |
|---|---|---|
| 1. | Main Workpaper File | ☑ |
| 2. | Permanent Files | ☑ |
| 3. | Confirmation and Correspondence File | ☑ |
| 4. | Engagement Letter (Financial Statement Date 12/31/99    ) | ☑ |
| 5. | Basic Client Industry Data | ☑ |
| 6. | Financial Statements With Report Processing Control Sheet | ☑ |
| 7. | Client Risk Evaluation | ☑ |
| 8. | Planning Programs and Documentation | ☐ |
| | a.   Audit Planning Memorandum | ☑ |
| | b.   Audit Planning Memorandum Checklist | ☑ |
| | c.   Audit Planning Checklist (Contains Engagement Risk Assessment) | ☑ |
| | d.   Materiality Limit Determination Memo | ☑ |
| 9. | Analytical Procedures Documentation in the Planning/Final Review Phase | ☑ |
| 10. | Control Environment Risk Assessment and Monitoring Questionnaire | ☑ |
| 11. | Overall Audit Risk and Fraud Risk Assessment Questionnaire | ☑ |
| 12. | Audit Engagement Sign-Off Questionnaire | ☐ IN PROCESS |
| 13. | Audit Engagement Report Review Questionnaire | ☐ IN PROCESS |
| 14. | Client Representation Letter | ☐ IN PROCESS |
| 15. | Legal Letter Responses | ☑ |
| 16. | Report Preparation Checklist and Applicable Addendum | ☑ |
| 17. | Commitments, Contingencies, Subsequent Events and Consideration of Continued Existence Program and Checklist | ☑ |
| 18. | Budget vs. Actual Hour Analysis | ☐ IN PROCESS |
| 19. | Internal Control Review | ☑ |
| | a.   Transaction Cycle Understanding and Documentation Questionnaire or Similar Understanding Memo | ☑ |
| | b.   EDP Review Questionnaire | ☑ |
| 20. | Applicable Audit Programs | ☑ |
| 21. | Summary of Analysis of Year 2000 Issue | ☑ |

FEB 23 '00 (WED) 14:23

**FREED MAXICK SACHS & MURPHY, P.C.**
**ACCOUNTING & AUDITING**
**CLIENT RISK EVALUATION**

Client Name: _Student Finance Corporation_

Year Ended: _December 31, 1999_

Industry: _Student Loans_

Reviewed
Account Director: _[signature]_    Date: _7/00_

Manager / Principal: _____    Date: _____

Checklist Preparer: _Jeffry A Winter_    Date: _7/00_

---

**Financial Strength**
1. Positive working capital ☐
2. Debt in default - not waived ☐
3. Debt in default - waived ☑
4. Debt not in default - negative working capital ☐

**Growth Potential**
1. Declining business ☐
2. Holding ☐
3. Growth with inflation rate ☐
4. Expanding ☑

**Financing**
1. Over 3 to 1 - debt to equity ☑
2. Under 3 to 1 - debt to equity ☐
3. Sporadic borrowings ☐
4. No borrowings ☐

**Client's Information**
1. Hopeless or always late ☐
2. Scattered but workable ☑
3. Needs training ☐
4. Good ☐
5. Excellent ☐

**Integrity of Management**
1. Questionable ☐
2. Normal business morality ☑
3. Integrity beyond question ☐

**Business Strength**
1. Stable revenue base ☐
2. Dependent on owner ☐
3. Dependent on a few customers ☑
4. Moves with _____ industry ☐

**Collection of Fees**
1. May never pay ☑
2. Always 90 days late ☐
3. Pays within 45 days ☐
4. Pays when receives bill ☐

**Client Beats Drum for us**
1. Never ☐
2. Would if could ☑
3. Not recently ☐
4. At times ☐
5. Every opportunity ☐

**Management Talent**
1. Poor leader/group ☐
2. Average leader/group ☑
3. Outstanding leader/group ☐

**Client's Attitude Toward our Staff**
1. Hostile ☐
2. Lukewarm ☐
3. Client acts life a friend ☐
4. Client is polite and businesslike ☑

**Liability Exposure / Client Retention**
1. Good chance of loss ☐
2. Possible ☑
3. Not likely ☐
4. Almost impossible ☐

**Fee Structure**
1. Always complains "too high" ☐
2. Requires time and bill itemized ☐
3. Usually accepts amount of bill ☑
4. Wants service and will pay for it ☑
5. Thinks we are the greatest - pays premium ☐

12/99
FM-5.2
FMB 00040

# REPORT PROCESSING CONTROL SHEET

Page 1

*Student Finance*
CLIENT NAME

*12/31/98*
FINANCIAL STATEMENT DATE

| NAME | DATE |
|------|------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## ACCOUNTANT IN CHARGE

1. Prepare draft of report
2. Complete financial statement reminder checklist, as required
3. Complete information on Page 2 of this form
4. Complete and attach Client Risk Evaluation and Minimum Workpaper Documentation Checklist
5. Check arithmetical accuracy of draft
6. Make sure all pre-typed material included in draft is appropriate
7. Check arithmetic - TYPED DRAFT
8. Proofread - TYPED DRAFT
9. Prepare ratios and graphs

## SUPERVISOR

10. Complete review of working papers
11. Review report draft
12. Review information on Page 1 of this form
13. Complete any special instructions on this form
14. Indicate who reviewed tax accrual
15. Prepare transmittal letter
16. Include disclosure label regarding loan default

| | |
|--|--|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐Yes ☐No

## OFFICER/PRINCIPAL

17. Examine working papers to extent necessary
18. Review and approve report draft
19. Determine if graphs will be part of financial statement
20. **Technical review performed by**

| | |
|--|--|
|  |  |
|  |  |

☐ Yes ☐ No (For discussion purposes only)

| | |
|--|--|
|  |  |
|  |  |

## REPORT DEPARTMENT

21. Type and spellcheck
22. Corrections/Revisions
23. Collate and assemble

*dnb 2/8*

| | |
|--|--|
| D Faulise | 2/5/00 |
| D Faulise | 2/7/00 |
| AAM / D Faulise | 2/10/00 |

## OFFICER

24. Approve office copy of report
25. Sign and release report

| | |
|--|--|
|  |  |
|  |  |

08-DEC-04 15:36

Freed Maxick Sachs & Murphy, P.C.
Client Ledger - By Client
From 01/01/1990 To 09/30/2000

Page   :

| CLIENT I.D.    CLIENT  NAME | DATE | EMPLOYEE | SRVC | ***** WORK-IN-PROCESS ***** | | ***** ACCOUNTS RECEIVABLE ***** | | |
|---|---|---|---|---|---|---|---|---|
| COMMENTS/SRV DESC    CLIENT NUMBER | MO/DA/YEAR | OFF/INIT | CODE HOURS | AMOUNT | BALANCE | BILLED | COLLECTED | BALANCE |
| 20-21537-0000    STUDENT FINANCE CORPORATION  ATTN: ANDREW YAO | | | | | | | | |
| BALANCE BROUGHT FORWARD | | | | | .00 | | | .00 |
| BF Out of Pocket Exp ABL Phi 20-21537-0000 | 1/01/2000 | 00 WELS | 08200  .00 | 755.90 | 755.90 | | | |
| 242.0 HOURS    20-21537-0000 | 1/01/2000 | 00 WELS | 08100  .00 | 36,705.00 | 37,460.90 | | | |
| Manager/Partner Review    20-21537-0000 | 1/08/2000 | 00 AQUU | 00330  4.00 | 800.00 | 38,260.90 | | | |
| Conference - other    20-21537-0000 | 1/08/2000 | 00 ADE | 00332 18.00 | 2,160.00 | 40,420.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/08/2000 | 00 PAS | 00302 34.00 | 4,420.00 | 44,840.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/08/2000 | 00 WES | 00302 40.00 | 6,000.00 | 50,840.90 | | | |
| Manager/Partner Review    20-21537-0000 | 1/15/2000 | 00 AQUU | 00330  2.00 | 300.00 | 51,140.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/15/2000 | 00 PAS | 00302 36.00 | 4,680.00 | 55,820.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/15/2000 | 00 WES | 00302 35.00 | 5,250.00 | 61,070.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/15/2000 | 00 PER | 00302 34.00 | 4,760.00 | 65,830.90 | | | |
| Travel    20-21537-0000 | 1/15/2000 | 00 PER | 00501  4.50 | 630.00 | 66,460.90 | | | |
| Manager/Partner Review    20-21537-0000 | 1/22/2000 | 00 AQUU | 00330  8.00 | 1,200.00 | 67,660.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/22/2000 | 00 MIL | 00302  8.00 | 720.00 | 68,380.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/22/2000 | 00 PAS | 00302  8.00 | 1,040.00 | 69,420.90 | | | |
| Program planning & supervisi 20-21537-0000 | 1/22/2000 | 00 WES | 00302 46.00 | 6,900.00 | 76,320.90 | | | |
| WESTAD    20-21537-0000 | 1/22/2000 | 22 TRAG | 08014  .00 | 393.80 | 76,714.70 | | | |
| AQUINO    20-21537-0000 | 1/22/2000 | 22 TRAG | 08014  .00 | 51.00 | 76,765.70 | | | |
| RLIN    20-21537-0000 | 1/22/2000 | 22 TRAG | 08014  .00 | 69.44 | 76,835.14 | | | |
| Manager/Partner Review    20-21537-0000 | 1/29/2000 | 00 AQUU | 00330  8.00 | 1,200.00 | 78,035.14 | | | |
| Program planning & supervisi 20-21537-0000 | 1/29/2000 | 00 PAS | 00302 36.00 | 4,680.00 | 82,715.14 | | | |
| Program planning & supervisi 20-21537-0000 | 1/29/2000 | 00 WES | 00302 48.00 | 7,200.00 | 89,915.14 | | | |
| INVOICE: 036375    | 1/29/2000 | | | .00 | 89,915.14 | .00 | | .00 |
| INVOICE: 036611    | 1/29/2000 | | | .00 | 89,915.14 | .00 | | .00 |
| CREDIT MEMO: 000001    | 1/31/2000 | | | | | | 20,000.00 | 20000.00 |
| RETAINER BILLED: 036611    | 1/31/2000 | | | | | 20000.00 | | .00 |
| RETAINER BILLED: 036375    | 1/31/2000 | | | | | 20000.00 | | 20000.00 |
| Program planning & supervisi 20-21537-0000 | 2/05/2000 | 00 AQU | 00302 24.00 | 4,800.00 | 94,715.14 | | | |
| Program planning & supervisi 20-21537-0000 | 2/05/2000 | 00 PAS | 00302 48.50 | 6,305.00 | 101,020.14 | | | |
| Program planning & supervisi 20-21537-0000 | 2/05/2000 | 00 WES | 00302 64.00 | 9,600.00 | 110,620.14 | | | |
| Financial statements    20-21537-0000 | 2/05/2000 | 00 FAUL | 00701  1.00 | 50.00 | 110,670.14 | | | |
| P.E.#613014496    20-21537-0000 | 2/05/2000 | 00 FEHR | 08022  .00 | 15.35 | 110,685.49 | | | |
| P.E.#613014496    20-21537-0000 | 2/05/2000 | 00 FEHR | 08022  .00 | 20.50 | 110,705.99 | | | |
| Technical Review    20-21537-0000 | 2/07/2000 | 00 MCPL | 00344  .00 | 105.00 | 110,810.99 | | | |
| Financial statements    20-21537-0000 | 2/07/2000 | 00 FAUL | 00701  2.00 | 100.00 | 110,910.99 | | | |
| incl conf with mike and jeff 20-21537-0000 | 2/08/2000 | 00 MCPL | 00344  3.00 | 630.00 | 111,540.99 | | | |
| Financial statements    20-21537-0000 | 2/08/2000 | 00 FAUL | 00701  1.00 | 50.00 | 111,590.99 | | | |
| Financial statements    20-21537-0000 | 2/09/2000 | 00 FAUL | 00701  1.80 | 90.00 | 111,680.99 | | | |
| Manager/Partner Review    20-21537-0000 | 2/12/2000 | 00 AQU | 00330 10.00 | 2,000.00 | 113,680.99 | | | |
| Program planning & supervisi 20-21537-0000 | 2/12/2000 | 00 PAS | 00302 52.00 | 6,760.00 | 120,440.99 | | | |
| Program planning & supervisi 20-21537-0000 | 2/12/2000 | 00 WES | 00302 68.00 | 10,200.00 | 130,640.99 | | | |
| Manager/Partner Review    20-21537-0000 | 2/19/2000 | 00 AQU | 00330  2.00 | 400.00 | 131,040.99 | | | |
| PASTORE    20-21537-0000 | 2/19/2000 | 00 REIN | 08014  .00 | 393.80 | 131,434.79 | | | |
| WESTAD    20-21537-0000 | 2/19/2000 | 00 REIN | 08014  .00 | 451.00 | 131,885.79 | | | |
| LIN    20-21537-0000 | 2/19/2000 | 00 REIN | 08014  .00 | 79.97 | 131,965.76 | | | |
| PASTORE    20-21537-0000 | 2/18/2000 | 00 REIN | 08014  .00 | 393.80 | 132,359.56 | | | |
| WESTAD    20-21537-0000 | 2/19/2000 | 00 REIN | 08015  .00 | 17.00 | 132,376.56 | | | |

FMB 00090

```
)8-DEC-04 15:36                    Freed Maxick Sachs & Murphy, P.C.                    Page    2
                                      Client Ledger - By Client
                                    From 01/01/1990 To 09/30/2000
```

| CLIENT I.D.    CLIENT NAME COMMENTS/SRV DESC | CLIENT NUMBER | DATE MO/DA/YEAR | EMPLOYEE OFF/INIT | SRVC CODE | ***** WORK-IN-PROCESS ***** HOURS | AMOUNT | BALANCE | ***** ACCOUNTS RECEIVABLE ***** BILLED | COLLECTED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| WESTAD | 20-21537-0000 | 2/19/2000 | 00 REIN | 08014 | .00 | 410.00 | 132,786.56 | | | |
| Program planning & supervisi | 20-21537-0000 | 2/19/2000 | 00 PAS | 00302 | 41.00 | 5,330.00 | 138,116.56 | | | |
| Program planning & supervisi | 20-21537-0000 | 2/19/2000 | 00 WES | 00302 | 38.00 | 5,700.00 | 143,816.56 | | | |
| Manager/Partner Review | 20-21537-0000 | 2/26/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 144,216.56 | | | |
| Program planning & supervisi | 20-21537-0000 | 2/26/2000 | 00 PAS | 00302 | 43.00 | 5,590.00 | 149,806.56 | | | |
| Program planning & supervisi | 20-21537-0000 | 2/26/2000 | 00 WES | 00302 | 35.00 | 5,250.00 | 155,056.56 | | | |
| INVOICE: 037313 | | 2/26/2000 | | | | .00 | 155,056.56 | .00 | | 20000.00 |
| CREDIT MEMO: 000002 | | 2/29/2000 | | | | | | | 20,000.00 | .00 |
| RETAINER BILLED: 037313 | | 2/29/2000 | | | | | | 40000.00 | | 40000.00 |
| Financial statements | 20-21537-0000 | 3/01/2000 | 00 FAUL | 00701 | .50 | 25.00 | 155,081.56 | | | |
| Manager/Partner Review | 20-21537-0000 | 3/04/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 155,481.56 | | | |
| PASTORE | 20-21537-0000 | 3/04/2000 | 00 TRAG | 08001 | | 393.80 | 155,875.36 | | | |
| Program planning & supervisi | 20-21537-0000 | 3/04/2000 | 00 PAS | 00302 | 25.50 | 3,315.00 | 159,190.36 | | | |
| Program planning & supervisi | 20-21537-0000 | 3/04/2000 | 00 WES | 00302 | 32.00 | 4,800.00 | 163,990.36 | | | |
| Report and statements | 20-21537-0000 | 3/04/2000 | 00 WES | 00304 | 10.00 | 1,540.00 | 165,530.36 | | | |
| AQUINO | 20-21537-0000 | 3/11/2000 | 00 REIN | 08001 | .00 | 44.00 | 165,574.36 | | | |
| AQUINO | 20-21537-0000 | 3/11/2000 | 00 REIN | 08001 | .00 | 17.00 | 165,591.36 | | | |
| AQUINO | 20-21537-0000 | 3/11/2000 | 00 REIN | 08001 | .00 | 17.00 | 165,608.36 | | | |
| AQUINO | 20-21537-0000 | 3/11/2000 | 00 REIN | 08001 | .00 | 110.00 | 165,718.36 | | | |
| Report and statements | 20-21537-0000 | 3/11/2000 | 00 WES | 00304 | 11.00 | 1,694.00 | 167,412.36 | | | |
| .E.#635897027 | 20-21537-0000 | 3/11/2000 | 00 FEHR | 08022 | .00 | 23.18 | 167,435.54 | | | |
| .E.#635897027 | 20-21537-0000 | 3/11/2000 | 00 FEHR | 08022 | .00 | 23.18 | 167,458.72 | | | |
| F.E.#635897022 | 20-21537-0000 | 3/11/2000 | 00 FEHR | 08022 | .00 | 16.74 | 167,475.46 | | | |
| Financial statements | 20-21537-0000 | 3/17/2000 | 00 FAUL | 00701 | .50 | 25.00 | 167,500.46 | | | |
| WESTAD | 20-21537-0000 | 3/18/2000 | 00 TRAG | 08001 | .00 | 388.50 | 167,888.96 | | | |
| Report and statements | 20-21537-0000 | 3/18/2000 | 00 WES | 00304 | 38.00 | 5,852.00 | 173,740.96 | | | |
| INVOICE: 037744 | | 3/22/2000 | | | | .00 | 173,740.96 | .00 | | 40000.00 |
| RETAINER BILLED: 037744 | | 3/22/2000 | | | | | | 32710.00 | | 72710.00 |
| Manager/Partner Review | 20-21537-0000 | 3/25/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 174,140.96 | | | |
| Cash | 20-21537-0000 | 3/25/2000 | 00 DUN | 00306 | 5.00 | 520.00 | 174,660.96 | | | |
| Sales & Expense Analysis | 20-21537-0000 | 3/25/2000 | 00 DUN | 00325 | 3.00 | 312.00 | 174,972.96 | | | |
| Report and statements | 20-21537-0000 | 3/25/2000 | 00 WES | 00304 | 12.00 | 1,848.00 | 176,820.96 | | | |
| WIP WRITEDOWN | | 3/31/2000 | | | | 22,286.96- | 154,534.00 | | | |
| INVOICE: 038795 | | 3/31/2000 | | | 947.80- | 154,534.00- | | 154534.00 | | 227244.00 |
| RETAINER MEMO: 038795 | | 3/31/2000 | | | | | | 12,710.00- | | 114534.00 |
| PAYMENT: 011032 | | 4/03/2000 | | | | | | | 40,000.00 | 74534.00 |
| Manager/Partner Review | 20-21537-0000 | 4/22/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 400.00 | | | |
| AQUINO | 20-21537-0000 | 4/22/2000 | 00 TRAG | 08001 | .00 | 191.00 | 591.00 | | | |
| AQUINO | 20-21537-0000 | 4/22/2000 | 00 TRAG | 08001 | .00 | 11.50 | 602.50 | | | |
| AQUINO | 20-21537-0000 | 4/22/2000 | 00 TRAG | 08001 | .00 | 108.00 | 710.50 | | | |
| AQUINO | 20-21537-0000 | 4/22/2000 | 00 TRAG | 08001 | .00 | 94.00 | 804.50 | | | |
| AQUINO | 20-21537-0000 | 4/22/2000 | 00 TRAG | 08001 | .00 | 328.96 | 1,133.46 | | | |
| Manager/Partner Review | 20-21537-0000 | 4/29/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 1,533.46 | | | |
| Program planning & supervisi | 20-21537-0000 | 4/29/2000 | 00 WES | 00302 | 3.00 | 450.00 | 1,983.46 | | | |
| CREDIT MEMO: 000434 | | 4/30/2000 | | | | | | | 20,000.00 | 54534.00 |
| Manager/Partner Review | 20-21537-0000 | 5/06/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 2,383.46 | | | |
| gram planning & supervisi | 20-21537-0000 | 5/06/2000 | 00 WES | 00302 | 18.00 | 2,700.00 | 5,083.46 | | | |
| Manager/Partner Review | 20-21537-0000 | 5/13/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 5,483.46 | | | |
| Program planning & supervisi | 20-21537-0000 | 5/13/2000 | 00 WES | 00302 | 31.00 | 4,650.00 | 10,133.46 | | | |

FMB 00091

```
08-DEC-04 15:36                    Freed Maxick Sachs & Murphy, P.C.                        Page
                                      Client Ledger - By Client
                                    From 01/01/1990 To 09/30/2000
```

| CLIENT I.D. / COMMENTS/SRV DESC | CLIENT NAME / CLIENT NUMBER | DATE MO/DA/YEAR | OFF/INIT | SRVC CODE | HOURS | AMOUNT | BALANCE | BILLED | COLLECTED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT: 011281 | | 5/17/2000 | | | | | | | 41,824.00 | 12710.0( |
| PAYMENT: 011281 | | 5/17/2000 | | | | | | | 5,150.00 | 7560.0( |
| Manager/Partner Review | 20-21537-0000 | 5/20/2000 | 00 AQU | 00330 | 4.00 | 800.00 | 10,933.46 | | | |
| Program planning & supervisi | 20-21537-0000 | 5/20/2000 | 00 WES | 00302 | 34.50 | 5,175.00 | 16,108.46 | | | |
| Program planning & supervisi | 20-21537-0000 | 5/27/2000 | 00 WES | 00302 | 37.50 | 5,625.00 | 21,733.46 | | | |
| WESTAD | 20-21537-0000 | 6/03/2000 | 00 TRAG | 08001 | .00 | 348.50 | 22,081.96 | | | |
| WESTAD | 20-21537-0000 | 6/03/2000 | 00 TRAG | 08001 | .00 | 274.75 | 22,356.71 | | | |
| Program planning & supervisi | 20-21537-0000 | 6/03/2000 | 00 WES | 00302 | 24.50 | 3,675.00 | 26,031.71 | | | |
| Program planning & supervisi | 20-21537-0000 | 6/10/2000 | 00 WES | 00302 | 30.00 | 4,500.00 | 30,531.71 | | | |
| Manager/Partner Review | 20-21537-0000 | 6/17/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 30,931.71 | | | |
| Program planning & supervisi | 20-21537-0000 | 6/24/2000 | 00 WES | 00302 | 35.50 | 5,325.00 | 36,256.71 | | | |
| Manager/Partner Review | 20-21537-0000 | 7/01/2000 | 00 AQU | 00330 | 3.00 | 600.00 | 36,856.71 | | | |
| Aquino | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 38.50 | 36,895.21 | | | |
| Aquino | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 20.84 | 36,916.05 | | | |
| O'Brien | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 228.00 | 37,144.05 | | | |
| Aquino | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 58.02 | 37,202.07 | | | |
| Aquino | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 37.50 | 37,239.57 | | | |
| Westad | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 435.25 | 37,674.82 | | | |
| Aquino | 20-21537-0000 | 7/01/2000 | 00 TRAG | 08001 | .00 | 41.00 | 37,715.82 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/01/2000 | 00 WES | 00302 | 47.00 | 7,990.00 | 45,705.82 | | | |
| AYMENT: 011521 | | 7/05/2000 | | | | | | | 20,000.00 | 12440.00 |
| AYMENT: 011521 | | 7/05/2000 | | | | | | | 7,560.00 | 20000.00 |
| Manager/Partner Review | 20-21537-0000 | 7/08/2000 | 00 AQU | 00330 | 8.00 | 1,600.00 | 47,305.82 | | | |
| WESTAD | 20-21537-0000 | 7/08/2000 | 00 TRAG | 08001 | .00 | 430.00 | 47,735.82 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/08/2000 | 00 WES | 00302 | 35.00 | 5,950.00 | 53,685.82 | | | |
| F.E.#635897119 | 20-21537-0000 | 7/08/2000 | 00 FEBR | 08022 | .00 | 17.68 | 53,703.50 | | | |
| expense tm & js | 20-21537-0000 | 7/10/2000 | 00 MONG | 08111 | .00 | 100.00 | 53,803.50 | | | |
| INVOICE: 041763 | | 7/12/2000 | | | | .00 | 53,803.50 | .00 | | 20000.00 |
| RETAINER BILLED: 041763 | | 7/12/2000 | | | | | | 50000.00 | | 30000.00 |
| Manager/Partner Review | 20-21537-0000 | 7/15/2000 | 00 AQU | 00330 | 10.00 | 2,000.00 | 55,803.50 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/15/2000 | 00 WES | 00302 | 57.00 | 9,690.00 | 65,493.50 | | | |
| Travel | 20-21537-0000 | 7/15/2000 | 00 FER | 00501 | 4.00 | 560.00 | 66,053.50 | | | |
| Accounts and notes receivabl | 20-21537-0000 | 7/15/2000 | 00 FER | 00307 | 16.50 | 2,376.00 | 68,429.50 | | | |
| FAST/FAS2000 setup | 20-21537-0000 | 7/15/2000 | 00 FER | 00301 | 13.50 | 1,944.00 | 70,373.50 | | | |
| F/S | 20-21537-0000 | 7/15/2000 | 00 COLA | 00361 | 12.00 | 2,112.00 | 72,485.50 | | | |
| GO SYSTEMS | 20-21537-0000 | 7/15/2000 | 00 COLA | 00301 | 12.00 | 2,112.00 | 74,597.50 | | | |
| AUDIT | 20-21537-0000 | 7/15/2000 | 00 COLA | 00305 | 12.00 | 2,112.00 | 76,709.50 | | | |
| Manager/Partner Review | 20-21537-0000 | 7/22/2000 | 00 AQU | 00330 | 30.00 | 6,000.00 | 82,709.50 | | | |
| Pasotre | 20-21537-0000 | 7/22/2000 | 00 TRAG | 08001 | .00 | 141.47 | 82,850.97 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/22/2000 | 00 WES | 00302 | 64.50 | 10,965.00 | 93,815.97 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/22/2000 | 00 COLA | 00302 | 30.00 | 5,160.00 | 98,975.97 | | | |
| INVOICE: 042198 | | 7/25/2000 | | | | .00 | 98,975.97 | .00 | | 30000.00 |
| RETAINER BILLED: 042198 | | 7/25/2000 | | | | | | 50000.00 | | 80000.00 |
| Technical Review | 20-21537-0000 | 7/27/2000 | 00 MCPL | 00344 | 1.00 | 220.00 | 99,195.97 | | | |
| incl conf with jeff on issues | | | | | | | | | | |
| Technical Review | 20-21537-0000 | 7/28/2000 | 00 MCPL | 00344 | 1.00 | 220.00 | 99,415.97 | | | |
| ager/Partner Review | 20-21537-0000 | 7/29/2000 | 00 AQU | 00330 | 20.00 | 4,000.00 | 103,415.97 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/29/2000 | 00 WES | 00302 | 58.00 | 9,860.00 | 113,275.97 | | | |
| Program planning & supervisi | 20-21537-0000 | 7/29/2000 | 00 COLA | 00302 | 19.00 | 3,268.00 | 116,543.97 | | | |

FMB 00092

08-DEC-04 15:36

Freed Maxick Sachs & Murphy, P.C.

Page

Client Ledger - By Client

From 01/01/1990 To 09/30/2000

| CLIENT I.D. | CLIENT NAME | DATE | EMPLOYEE | SRVC | ****** WORK-IN-PROCESS ****** | | ***** ACCOUNTS RECEIVABLE **** | | |
|---|---|---|---|---|---|---|---|---|---|
| COMMENTS/SRV DESC | CLIENT NUMBER | MO/DA/YEAR OFF/INIT | CODE | HOURS | AMOUNT | BALANCE | BILLED | COLLECTED | BALANCE |
| Technical Review | 20-21537-0000 | 7/31/2000 00 MCPL 00344 | .50 | 110.00 116,653.97 | | | | |
| Correspondence | 20-21537-0000 | 8/02/2000 00 SZYM 00703 | .50 | 26.50 116,680.47 | | | | |
| Correspondence | 20-21537-0000 | 8/03/2000 00 SZYM 00703 | .10 | 5.30 116,685.77 | | | | |
| Correspondence | 20-21537-0000 | 8/03/2000 00 SZYM 00703 | .20 | 10.60 116,696.37 | | | | |
| INTERCEPT COURIER #1004660 | 20-21537-0000 | 8/12/2000 00 FEHR 08111 | .00 | 68.74 116,765.11 | | | | |
| INVOICE: 042702 | | 8/16/2000 | | | .00 116,765.11 | | .00 | | 80000.0 |
| RETAINER BILLED: 042702 | | 8/16/2000 | | | | | 50000.00 | | 130000.0 |
| PAYMENT: 011820 | | 8/17/2000 | | | | | | 30,000.00 | 100000.0 |
| PAYMENT: 011820 | | 8/17/2000 | | | | | | 20,000.00 | 80000.0 |
| Program planning & supervisi | 20-21537-0000 | 8/19/2000 00 WES 00302 | 35.50 | 6,035.00 122,800.11 | | | | |
| Audit/accounting research | 20-21537-0000 | 8/22/2000 00 BERI 00305 | .70 | 156.80 122,956.91 | | | | |
| | telephone conv with jeff and subsequent research on issuing compiled | | | | | | | | |
| | f/s for subsidiaries - and proper report for such non disclosure | | | | | | | | |
| | repreort | | | | | | | | |
| Program planning & supervisi | 20-21537-0000 | 8/26/2000 00 WES 00302 | 31.00 | 5,270.00 128,226.91 | | | | |
| tech sfl and sf11 for jeff w | 20-21537-0000 | 8/30/2000 00 BERI 00344 | .90 | 198.00 128,424.91 | | | | |
| Westad | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 737.46 129,162.37 | | | | |
| Aquino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 24.70 129,187.07 | | | | |
| Aquino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 20.59 129,207.66 | | | | |
| Aquino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 24.70 129,232.36 | | | | |
| quino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 12.50 129,244.86 | | | | |
| quino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 16.66 129,261.52 | | | | |
| Aquino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 185.80 129,447.32 | | | | |
| Aquino | 20-21537-0000 | 9/02/2000 00 TRAG 08001 | .00 | 12.50 129,459.82 | | | | |
| Program planning & supervisi | 20-21537-0000 | 9/02/2000 00 WES 00302 | 24.00 | 4,080.00 133,539.82 | | | | |
| Program planning & supervisi | 20-21537-0000 | 9/09/2000 00 NES 00302 | 12.00 | 2,040.00 135,579.82 | | | | |
| PAYMENT: 012016 | | 9/13/2000 | | | | | | 20,000.00 | 60000.00 |
| PAYMENT: 012016 | | 9/13/2000 | | | | | | 30,000.00 | 30000.00 |
| Westad | 20-21537-0000 | 9/16/2000 00 TRAG 08001 | .00 | 182.50 135,762.32 | | | | |
| Program planning & supervisi | 20-21537-0000 | 9/16/2000 00 WES 00302 | 4.00 | 680.00 136,442.32 | | | | |
| intercept invoice 1005221 | 20-21537-0000 | 9/18/2000 00 MONG 08022 | .00 | 98.21 136,540.53 | | | | |
| Program planning & supervisi | 20-21537-0000 | 9/23/2000 00 WES 00302 | 25.00 | 4,250.00 140,790.53 | | | | |
| F.E.#635897181 | 20-21537-0000 | 9/23/2000 00 FEHR 08022 | .00 | 35.88 140,826.41 | | | | |
| Program planning & supervisi | 20-21537-0000 | 9/30/2000 00 WES 00302 | 8.00 | 1,360.00 142,186.41 | | | | |

ENGAGEMENT TOTAL                                      142,186.41    304534.00  274,534.00   30000.00

0-21537-0001    STUDENT LOAN SERVICING, LLC

BALANCE BROUGHT FORWARD                                   .00                              .00

| Financial statements | 20-21537-0001 | 3/08/2000 00 PAUL 00701 | .80 | 40.00 40.00 | | | | |
| Technical Review | 20-21537-0001 | 3/09/2000 00 BERI 00344 | .50 | 105.00 145.00 | | | | |
| Financial statements | 20-21537-0001 | 3/09/2000 00 PAUL 00701 | .50 | 25.00 170.00 | | | | |
| Manager/Partner Review | 20-21537-0001 | 3/11/2000 00 MUR 00330 | 14.00 | 2,520.00 2,690.00 | | | | |
| Program planning & supervisi | 20-21537-0001 | 3/11/2000 00 WES 00302 | 29.00 | 4,350.00 7,040.00 | | | | |
| F.E.#613014527 | 20-21537-0001 | 3/11/2000 00 FEHR 08022 | .00 | 16.38 7,056.38 | | | | |
| F.E.#635897027 | 20-21537-0001 | 3/11/2000 00 FEHR 08022 | .00 | 13.13 7,069.51 | | | | |
| F.E.#635897027 | 20-21537-0001 | 3/11/2000 00 FEHR 08022 | .00 | 13.13 7,082.64 | | | | |
| F.E.#613014533 | 20-21537-0001 | 3/11/2000 00 FEHR 08022 | .00 | 16.38 7,099.02 | | | | |

FMB 00093

08-DEC-04 15:36

Freed Maxick Sachs & Murphy, P.C.

Client Ledger - By Client

From 01/01/1990 To 09/30/2000

Page  !

| CLIENT I.D.    CLIENT NAME COMMENTS/SRV DESC | CLIENT NUMBER | DATE MO/DA/YEAR | EMPLOYEE OFF/INIT | SRVC CODE | HOURS | WORK-IN-PROCESS AMOUNT | BALANCE | ACCOUNTS RECEIVABLE BILLED | COLLECTED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| F.E.#635897027 | 20-21537-0001 | 3/11/2000 | 00 FEHR | 08022 | .00 | 13.13 | 7,112.15 | | | |
| F.E.#635897027 | 20-21537-0001 | 3/11/2000 | 00 FEHR | 08022 | .00 | 13.13 | 7,125.28 | | | |
| F.E.#635897027 | 20-21537-0001 | 3/11/2000 | 00 FEHR | 08022 | .00 | 13.13 | 7,138.41 | | | |
| Financial statements | 20-21537-0001 | 3/13/2000 | 00 FAUL | 00701 | 1.00 | 50.00 | 7,188.41 | | | |
| WESTAD | 20-21537-0001 | 3/18/2000 | 00 TRAG | 08001 | .00 | 56.00 | 7,244.41 | | | |
| Manager/Partner Review | 20-21537-0001 | 3/18/2000 | 00 MUR | 00330 | 1.00 | 180.00 | 7,424.41 | | | |
| INVOICE: 038810 | | 3/25/2000 | | | | .00 | 7,424.41 | .00 | | .00 |
| RETAINER BILLED: 038810 | | 3/31/2000 | | | | | | 6754.00 | | 6754.00 |
| Manager/Partner Review | 20-21537-0001 | 4/08/2000 | 00 AQU | 00330 | 2.00 | 400.00 | 7,824.41 | | | |
| PAYMENT: 011281 | | 5/17/2000 | | | | | | | 6,754.00 | .00 |
| Program planning & supervisi | 20-21537-0001 | 6/03/2000 | 00 AQU | 00302 | 2.00 | 400.00 | 8,224.41 | | | |
| Manager/Partner Review | 20-21537-0001 | 6/10/2000 | 00 AQU | 00330 | 4.00 | 800.00 | 9,024.41 | | | |
| Program planning & supervisi | 20-21537-0001 | 8/05/2000 | 00 WES | 00302 | 40.00 | 6,800.00 | 15,824.41 | | | |
| WIP WRITEDOWN | | 8/16/2000 | | | | 2,270.41- | 13,554.00 | | | |
| INVOICE: 042703 | | 8/16/2000 | | | 54.80- | 6,754.00- | 6,800.00 | 6754.00 | | 6754.00 |
| RETAINER MEMO: 042703 | | 8/16/2000 | | | | | | 6,754.00- | | .00 |
| ENGAGEMENT TOTAL | | | | | | | 6,800.00 | 6754.00 | 6,754.00 | .00 |

FMB 00094

08-DEC-04 15:36

Freed Maxick Sachs & Murphy, P.C.
Client Ledger - By Client
From 01/01/1990 To 09/30/2000

Page

| CLIENT I.D. | CLIENT NAME | | DATE | EMPLOYEE | SRVC | ****** WORK-IN-PROCESS ******, | | ***** ACCOUNTS RECEIVABLE **** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COMMENTS/SRV DESC | | CLIENT NUMBER | MO/DA/YEAR | OFF/INIT | CODE | HOURS | AMOUNT | BALANCE | BILLED | COLLECTED | BALANCE |

REPORT TOTALS                    148,986.41   311288.00  281,288.00   30000.0

FMB 00095