# Exhibit F

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | CHAPTER 11 |
| | Case No.: 04-11548B |
| | |
| SHEEHAN MEMORIAL HOSPITAL, | APPLICATION BY TRUSTEE |
| | UNDER RULE 2014 FOR |
| | ORDER APPROVING EMPLOYMENT |
| | OF ACCOUNTANT |
| Debtor. | |

## TO THE COURT:

David D. MacKnight, Attorney for the Debtor in the above case hereby requests an Order approving the employment of the person or firm indicated below and submits the information recited below as required by Rule 2014.

## SPECIFIC FACTS SHOWING NECESSITY FOR SUCH EMPLOYMENT:

Debtor must file annual audited financial reports with the New York State Department of Health together with a certified public accountant's written certification of certain expenses and activities as a pre-condition for receiving reimbursement for services rendered to indigent patients. Absent filing of required financial reports Debtor cannot establish the legal "need" for reimbursement from public funds. Debtor is delinquent in filing the required audited or certified reports for the years 2000-2003 inclusive. As a result, Debtor is not eligible to receive Medicaid, Public Goods Pools, and 2004 Tobacco Control and Insurance Initiative Pool High Need Indigent Case Adjustment Pool distributions and reimbursements in sums believed to be well in excess of $1,000,000 per year. The audit opinions and certifications only may be made by an independent certified public accountant. Debtor needs to retain a certified public accountant.

## NAME OF PERSON OR FIRM TO BE EMPLOYED, AND TERMS AND CONDITIONS OF EMPLOYMENT:

Debtor intends to retain the certified public accounting firm of Freed Maxick & Battaglia, CPAs, PC, 800 Liberty Building, Buffalo, New York and the terms set forth in the attached engagement letter.

## REASON FOR SELECTION OF THIS PARTICULAR PERSON OR FIRM:

Debtor has selected Freed Maxick & Battaglia, CPAs, PC, (the "Accountants") because:

1)    The Accountants are experienced in health care accounting;

2)    The Accountants have competent staff for the required services;

3)    The Accountants have the time and staff available to perform the services as promptly as possible;

4)    The Accountants are believed to be a "known quantity" at the NYS Department of Health from prior engagements and, therefore, the Accountants' attestations are more meaningful

235092 #114

than accountants whose services are equally competent, but are unknown to the Department of Health; and

     5)    Debtor has been able to reach payment terms that are consistent Debtor's financial condition and means.

The Accountants have provided the literature attached as evidence of their qualifications for this engagement.

**PROFESSIONAL SERVICE TO BE RENDERED:**
The Accountants will render such services as prove necessary to render audit opinions and certifications on financial statements and reports as may be required by public regulatory authorities to enable Debtor to receive reimbursement of or distributions in respect to public funds for which Debtor would become eligible upon filing of all required reports.

**ALL OF SUCH PERSON'S OR FIRM'S CONNECTIONS WITH THE DEBTOR, CREDITOR, OR OTHER PARTIES IN INTEREST OR THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS, THE U.S. TRUSTEE OR ANY PERSON EMPLOYED WITH THE OFFICE OF THE U.S. TRUSTEE:**

The Accountants have performed accounting services for the following creditors:

              National Fuel Gas
              Erie County Medical Center

The Accountants advise that they have had no relationship except professional contacts with the United States Trustee and employees of that office.

The Accountants advise their relationships with creditors do not disqualify them under rules applicable to certified public accountant from being considered as "independent" and, therefore, able to render an audit opinion or certification as required to complete the proposed engagement.

Although it is completely understood that **ALL COMPENSATION IS SUBJECT TO COURT APPROVAL**, the agreed compensation the person to be employed expects to receive is set forth in the engagement letter. The Accountants have indicated that they would make a fee application every two weeks until paid in full for the services to be rendered. Each such fee application will be made on not less than 10 days notice to the United States Trustee and other interested parties, and will be accompanied by a detailed listing of the services performed, the time spent by each individual in the performance of such services and the value of each individual's time.

235092 #114

Dated: June 25, 2004

_____
Debtor

_____
LACY, KATZEN, RYEN & MITTLEMAN, LLP
David D. MacKnight, Esq.,
Of Counsel
Attorneys for the Debtor
130 East Main Street
Rochester, New York 14604-1686
Telephone: (585) 454-5650

_____
U.S. Trustee

FILED

2004 JUN 28 PM 4:24

U.S. BANKRUPTCY COURT
W.D.N.Y. - BUFFALO

235092 #114

# UNITED STATES BANKRRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:                                    Chapter 11 Bankruptcy
                                          Case No.: 04-11548B

   SHEEHAN MEMORIAL HOSPITAL

                Debtor.

## PROFESSIONAL'S AFFIDAVIT

_JOHN S. KROPSKI_, CPA for the firm of Freed Maxick & Battaglia, CPAs, P.C., after being duly sworn, deposes and says:

   1.   I am a Certified Public Accountant.   I maintain offices for the transaction of accounting business and services in Buffalo, New York.

   2.   Deponent knows of no reason why he or Freed Maxick & Battaglia, CPAs, P.C. could not act as an accountant in the above-captioned case to perform the services stated in the Engagement letter attached to this motion.

   3.   Applicant believes that neither he nor any shareholder or employee his firm presently holds any interest adverse to the Debtor or represents or provides accounting services to any individual creditor in this case except as disclosed in the Debtor's motion to approve the retention of accountants or holds any interest adverse to the creditors of the Debtor, or to the office of the U.S. Trustee.

Dated: June 25, 2004
       Buffalo, New York

                                          _John S. Kropski_ C.P.A.

Signed and sworn to before me
this 25 day of June, 2004.

_Elizabeth A. Casey_
Notary Public

ELIZABETH A. CASEY, No. 01CA4771109
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 30, 20__

Engagement Letter

**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

June 24, 2004

Mr. Paul Paladino, CEO
Sheehan Memorial Hospital
425 Michigan Ave.
Buffalo, NY 14203

Dear Paul:

This letter is to explain our understanding of the arrangements for the services you requested our firm to perform for Sheehan Memorial Hospital (the "Hospital").

We will perform an audit of the Hospital's financial statements for the periods ended December 31, 2000, 2001, 2002, and 2003, as well as a Bad Debt Charity Care Report for those years, and review the Institutional Cost Report (ICR) and Medicare Cost Reports for 2000, 2001, and 2002. We will prepare the 2003 ICR and Medicare Cost Report. We understand that the financial statements will be prepared in accordance with accounting principles generally accepted in the United States of America.

We will conduct the audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable, rather than absolute, assurance about whether the financial statements are free of material misstatement whether caused by error, fraudulent financial reporting, or misappropriation of assets. Accordingly, a material misstatement, whether caused by error, fraudulent financial reporting or misappropriation of assets, may remain undetected. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. As a result, an audit is not designed to detect errors or fraud that are immaterial to the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit will provide a reasonable basis for our report.

An audit of financial statements also includes obtaining an understanding of internal control sufficient to plan the audit and to determine the nature, timing and extent of the audit procedures to be performed. An audit is not designed to provide assurance on internal control or to identify reportable conditions. However, we will communicate to management and the audit committee any reportable conditions that become known to us during the course of the audit.

If circumstances arise relating to the condition of the your records, the availability of sufficient, competent evidential matter, or indications of a significant risk of material misstatement of the financial statements because of error, fraudulent financial reporting, or misappropriation of assets which in our professional judgment prevent us from completing the audit, we retain the unilateral right to take any course of action permitted by professional standards, including declining to express an opinion or issue a

2

report or withdrawal from the engagement. Our acceptance of this engagement is subject to our satisfactorily completing communication with and review of the working papers of your previous auditors (accountants). We will notify you promptly if we become aware of anything during that communication or review which results in our not being able to continue this engagement.

As you know, management is responsible for (1) the preparation of the Hospital's financial statements, (2) establishing and maintaining effective internal control over financial reporting and safeguarding assets, (3) properly recording transactions in the records, (4) identifying and ensuring that the Hospital complies with the laws and regulations applicable to its activities, (5) the design and implementation of programs and controls to prevent and detect fraud, and for informing us about all known or suspected fraud affecting the entity involving management, employees who have significant roles in internal control and others where the fraud could have a material effect on the financial statements, (6) informing us of its knowledge of any allegations of fraud or suspected fraud affecting the entity received in communications from employees, regulators, or others, (7) making all financial records and related information available to us and (8) for adjusting the financial statements to correct material misstatements. At the conclusion of our audit, we will request certain written representations from management about the financial statements and matters related thereto. We will also require that management affirm to us that the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

The Board of Directors is responsible for informing us of its views about the risks of fraud within the entity, and its knowledge of any fraud or suspected fraud affecting the entity. We will also determine that certain matters related to the conduct of the audit are communicated to the Board of Directors, including (1) fraud involving senior management and fraud (whether caused by senior management or other employees) that causes a material misstatement of the financial statements, (2) illegal acts that come to our attention (unless they are clearly inconsequential), (3) disagreements with management and other serious difficulties encountered in performing the audit, and (4) various matters related to the entity's accounting policies and financial statements.

The Hospital acknowledges that Freed Maxick & Battaglia CPAs, PC ("FMB") will use employees of RSM McGladrey, Inc. (RSM), an indirect wholly owned subsidiary of H&R Block, Inc. for certain administrative support and professional services relating to the Hospital. To facilitate the delivery of these services, the Hospital authorizes FMB to allow employees of RSM access to the Hospital's files, financial information and other confidential information as determined by FMB. RSM McGladrey, Inc. has agreed to comply with Rule 301 of the AICPA Code of Professional Conduct, *Confidential Client Information*. RSM is not a licensed certified public accounting firm and will not offer or perform public accounting services.

The Hospital hereby indemnifies FMB and its partners, principals and employees and holds them harmless from all claims, liabilities, losses and costs arising in circumstances where there has been a knowing misrepresentation by a member of the Hospital's management, regardless of whether such person was acting in the Hospital's interest. This indemnification will survive termination of this letter.

During the course of our engagement, we may accumulate records containing data, which should be reflected in your books and records. The Hospital will determine that all such data, if necessary, will be so reflected. Accordingly, you will not expect us to maintain copies of such records in our possession.

3

The following is a brief listing of services and the estimated fees by year of service:

| | |
|---|---|
| 2000 Audit, bad debt/charity care certification, review cost reports | $45,000 |
| 2001 Audit, bad debt/charity care certification, review cost reports | $45,000 |
| 2002 Audit, bad debt/charity care certification, review cost reports | $45,000 |
| 2003 Audit, bad debt/charity care certification, preparation of cost reports | $55,000 |

Our fees are estimates based upon the time we anticipate will be required to perform the services at our hourly rates, and upon receiving complete information as requested in a client assistance schedule for the fiscal staff at Sheehan. The assistance to be supplied by your personnel, including the preparation of schedules and analyses of accounts and timely and accurate completion of this work is an essential condition to our completion of the audit and issuance of our audit report. If additional client assistance efforts are needed on our part to complete the above services, we will discuss the situation with you at that time and invoice the additional work at hourly rates which will vary from $68-$250 per hour based upon the level of our personnel. Reasonable out of pocket costs will be invoiced if incurred.

Due to the intense effort of our work over a relatively short period of time we request a retainer of $50,000 in advance of beginning our fieldwork which we scheduled for the week of July 19th.

We seek advance approval from the bankruptcy court to invoice Sheehan every two weeks for our services. Once the retainer is exhausted we request payment of our submitted invoices every two-weeks in order to continue our work towards finishing the requested services as soon as possible. We understand the fee application process and need to be assured of a streamlined method for payment of our fees.

In the event we are requested or authorized by the Hospital or are required by government regulation, subpoena, or other legal process to produce our documents or our personnel as witnesses with respect to our engagements for the Hospital, the Hospital will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our professional time and expenses, as well as the fees and expenses of our counsel, incurred in responding to such requests.

Our professional standards require that we perform certain additional procedures whenever our reports are included, or we are named as accountants, auditors, or "experts" in a document used in a public or private offering of equity or debt securities. Accordingly, you agree that you will not include our reports, or otherwise make reference to us, in any public or private securities offering without first obtaining our consent. Any request to consent is a matter for which separate arrangements will be necessary. After obtaining our consent, you also agree to provide us with printer's proofs or masters of such offering documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is distributed. In the event our auditor/client relationship has been terminated when you seek such consent, we will be under no obligation to grant such consent or approval.

It is agreed by the Hospital and Freed, Maxick & Battaglia, CPAs, PC or any successors in interest that no claim arising out of services rendered pursuant to this agreement by or on behalf of the Hospital shall be asserted more than two years after the date of the last audit report issued by Freed, Maxick & Battaglia, CPAs, PC.

4

This letter constitutes the complete and exclusive statement of agreement between Freed Maxick & Battaglia, CPAs, PC and the Hospital, superseding all proposals, oral or written, and all other communication, with respect to the terms of the engagement between the parties.

It is our goal to help the Hospital through this bankruptcy period and into the future. Please contact me with any questions. If this letter defines the arrangements, as you understand them, please sign and date the enclosed copy and return it to us. We appreciate your business.

Very truly yours,

FREED MAXICK & BATTAGLIA, CPAs, PC

John S. Kropski, CPA
Director

*Confirmed on behalf of the addressee:*

Signature

6/28/2004
Date

U.S. BANKRUPTCY COURT
W.D.N.Y. - BUFFALO

2004 JUN 28  PM 4: 25

FILED

# Information on Accountants

JUN-14-2004  15:41        7168472067

# CPA firms

Ranked by number of WNY CPAs

Research by Mark Webster
mwebster@bizjournals.com

| Rank | Prior rank | Phone / Web site / fax | WNY CPAs | WNY accountants | WNY staff | Percent business/ personal | Percent of work in tax | Percent of work in consulting | Managing partner(s) | HR contact | PR/ marketing contact | Year founded in WNY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Freed Maxick & Battaglia CPAs PC<br>800 Liberty Building<br>Buffalo, NY 14202<br>847-2651 / www.freedmaxick.com / 847-0069 | 60 | 92 | 150 | 90%<br>10% | 40% | 40% | Robert Glaser | Ronald Soluri | John Kropski | 1956 |
| 2 | 2 | Ernst & Young<br>50 Fountain Plaza<br>Buffalo, NY 14202<br>843-5000 / www.ey.com / 843-5175 | 57 | 60 | 102 | 95%<br>5% | 50% | 0% | Michael Dinga | Sarah Vana | Stephanie Thom | 1900 |
| 3 | 3 | PricewaterhouseCoopers<br>3800 HSBC Center<br>Buffalo, NY 14203<br>856-4650 / www.pwcglobal.com / 856-1200 | 51 | 71 | 28 | 95%<br>5% | 20% | 5% | Michael Winter | Mark Bruno | Mark Bruno | 1928 |
| 4 | 4 | Dopkins & Company LLP<br>200 International Drive<br>Williamsville, NY 14221<br>634-8800 / www.dopkins.com / 634-8987 | 47 | 73 | 120 | 90%<br>10% | 35% | 30% | Thomas Emmerling | Rich Gatkiewicz | Stacy Gold-Taylor | 1955 |
| 5 | 5 | Deloitte & Touche LLP<br>50 Fountain Plaza, Suite 250<br>Buffalo, NY 14202<br>845-7200 / www.deloitte.com / 856-7760 | 45 | 55 | 115 | 85%<br>5% | 25% | 25% | Thomas Malecki | Michelle Berchou | Susan Rague | 1921 |
| 6 | 6 | Lumsden & McCormick LLP<br>403 Main St., Suite 430<br>Buffalo, NY 14203<br>856-3300 / www.lumsdencpa.com / 856-3289 | 43 | 67 | 90 | 90%<br>10% | 40% | 10% | Philip Kadet | David Solwen | Maria Gambacorta | 1952 |
| 7 | 6 | Tronconi Segarra & Kere LLP<br>6890 Main St., Suite 200<br>Williamsville, NY 14221<br>633-1373 / www.tshcpa.com / 633-1099 | 28 | 33 | 44 | 90%<br>10% | 40% | 20% | James Segarra | James Segarra | Theresa Fezer | 1966 |
| 8 | 9 | Chiampou Travis Besaw & Kershner LLP<br>5110 Main St.<br>Williamsville, NY 14221<br>630-2400 / www.chiampoucom / 630-2401 | 28 | 69 | 45 | 90%<br>10% | 40% | 25% | (managing committee) | Kelly Besaw | Charles Chiampou | 1989 |
| 8 | 12 | KPMG LLP<br>12 Fountain Plaza, Suite 601<br>Buffalo, NY 14202<br>854-1850 / www.kpmg.com / 856-8063 | 28 | 51 | 72 | 80%<br>20% | 30% | 0% | Jay McWatters | Brian Powkofar | — | 1900 |
| 10 | 9 | Brock Schechter & Polakoff<br>135 Delaware Ave.<br>Buffalo, NY 14202<br>854-5034 / www.bizcpa.com / 854-7195 | 21 | 30 | 32 | 85%<br>15% | 40% | 35% | Thomas Grogan | David Nelson | David Di Matteo | 1972 |
| 11 | 11 | Gaines Metzler Kriner & Co. LLP<br>120 Church St.<br>Buffalo, NY 14202<br>842-8600 / www.gaines-cpa.com / 842-8639 | 20 | 37 | 63 | 90%<br>10% | 45% | 20% | Kenneth Gaines | Thomas Lis | Kathleen Kirst | 1923 |
| 12 | 13 | Buffamante Whipple Buttafaro PC<br>125 S. Union St.<br>Olean, NY 14760<br>372-1620 / www.bwbcpa.com / 372-2318 | 17 | 31 | 45 | 95%<br>5% | 30% | 20% | Jack Whipple | Laura Barrera | Joe Downey | 1971 |
| 13 | 12 | Toski Schaefer & Co.<br>555 International Drive<br>Williamsville, NY 14221<br>624-0700 / 634-0764 | 15 | 30 | 35 | 90%<br>10% | 25% | 10% | Ronald Toski, Kenneth Schaefer | — | — | 1980 |
| 14 | 15 | Johnson Mackowiak Moore & Myatt LLP<br>70 E. Main St.<br>Fredonia, NY 14063 | 14 | 19 | 24 | 85%<br>15% | 48% | 32% | Richard Johnson | Susan Marsh | William Myatt | 1979 |
| 15 | | Laugen, Valenti, Bookbinder & Weintraub LLP<br>300 Corporate Parkway, Suite 200N<br>Amherst, NY 14226<br>831-9330 / www.lvbwcpa.com / 831-0075 | 13 | 14 | 17 | 80%<br>20% | 35% | 25% | Keith Bookbinder, Martin Laugen Jr., Carolyn Valenti, Daniel Weintraub | Daniel Weintraub | Keith Bookbinder | 2000 |
| 16 | 15 | Hasler and Company LLP<br>501 John James Audubon Parkway<br>Amherst, NY 14228<br>689-4343 / www.hdiscorp.com / 689-4875 | 12 | 29 | 33 | 90%<br>10% | 35% | 35% | James Keefe | Lois Ross | Laura DeMonte | 1956 |
| 17 | 20 | The Bonadio Group LLP<br>6400 Sheridan Drive, Suite 230<br>Williamsville, NY 14221<br>633-8886 / www.bonadio.com / 689-9469 | 11 | 15 | 27 | 85%<br>15% | 40% | 40% | Philip Mann | Bridget Aronica | Denise Guel | 2001 |
| 17 | 17 | Fot & Co. LLP<br>810 Sheridan Drive<br>Tonawanda, NY 14150<br>875-8400 / www.fotandcompany.com / 875-8050 | 11 | 18 | 20 | 80%<br>20% | 25% | 15% | James Parker III | Richard Enzi | James Parker III | 1955 |
| 17 | 17 | Lloyd and Co, CPA PC<br>45 Lakeview Ave.<br>Jamestown, NY 14702<br>664-9552 / www.lloydandcompany.com / 488-0657 | 11 | 16 | 20 | 80%<br>20% | 40% | 25% | John Lloyd | Kelly Jambihar | — | 1966 |
| 17 | 19 | Schunk Wilson & Co.<br>3090 Sheridan Drive<br>Amherst, NY 14226<br>839-4900 / www.nwccpas.com / 839-1030 | 11 | 6 | 18 | 85%<br>15% | 40% | 30% | Robert Bielecki, Terry Elbermon, John Hunzinger, John Pawlak, Michael Petrzbach | — | — | 1988 |
| 21 | NR | Danea & D Arata LLP<br>1230 Delaware Ave.<br>Buffalo, NY 14209<br>643-3600 / 643-2683 | 10 | 14 | 17 | 75%<br>25% | 85% | 90% | Michael Danea, David D Arata | Michael Danea | Michael Danea | 1990 |
| 22 | 23 | Brody, Weiss, Zucarelli & Urbanek CPAs PC<br>2495 Kensington Ave.<br>Amherst, NY 14226<br>839-2024 / 839-3582 | 9 | 13 | 17 | 80%<br>20% | 45% | 20% | Sidney Weiss | Thomas Urbanek | Joe Zucarelli | 1969 |
| 22 | 20 | R.L. Mercer & Co.<br>6466 Lake Ave.<br>Orchard Park, NY 14127<br>676-4270 / www.rlmercercpt.com / 676-4272 | 9 | 14 | 20 | 80%<br>20% | 40% | 25% | Robert Irwin, John Davis, Mark Mercer | Robert Irwin | Robert Irwin | 1973 |
| 24 | 20 | Damachowski, Kempisty & Salvatore PC<br>10535 Main St.<br>Clarence, NY 14031<br>759-5879 / 759-8608 | 8 | 11 | 14 | 70%<br>30% | 50% | 20% | Lynn Damachowski, Stephenn Kempisty, Carol Salvatore | Lynn Damachowski | Stephenn Kempisty | 1994 |
| 24 | 8245 | Semanchin & Wetter LLP<br>8245 Sheridan Drive, Suite 102<br>Amherst, NY 14221<br>633-7607 / 635-1801 | 8 | 11 | 13 | 75%<br>25% | 65% | 20% | Thomas Semanchin | William Manchli | Richard Wetter | 1984 |
| 24 | | Swiantek, Falbo & Mascolo LLP<br>360 Delaware Ave., Suite 230<br>Buffalo, NY 14202<br>852-5400 / www.sfmcpa.com / 852-1494 | 8 | 9 | 12 | 80%<br>20% | 40% | 20% | Peter Swiantek, Joseph Falbo Jr., James Mascolo | Peter Swiantek | Joseph Falbo Jr. | 1981 |
| 27 | NR | Clark & Kailar<br>1325 Union Road<br>West Seneca, NY 14224<br>674-4466 / 674-0670 | 7 | 12 | 12 | 75%<br>25% | 50% | 25% | Charles Kailar | Teri Kailar Untener | Teri Kailar Untener | 1981 |
| 28 | NR | Lawlor & Witkowski<br>6762 Main St.<br>Williamsville, NY 14221<br>631-3111 / www.lawbwcpas.com / 631-6121 | 4 | 8 | 10 | 50%<br>50% | 75% | 25% | Lawrence Lawlor | Lawrence Lawlor | Jeff Ross | 1973 |
| 29 | NR | Seubt & Swiatara<br>424 Main St., Suite 1800<br>Buffalo, NY 14202<br>854-3110 / 854-1113 | 3 | 6 | 10 | 50%<br>50% | 80% | 10% | William Swiatara | William Swiatara | William Swiatara | 1969 |



# Freed Maxick & Battaglia, PC
*Certified Public Accountants*

# Services Overview

## Assurance Services
Auditing, Reviews & Compilations
Agreed-upon Procedures
Accounting & Bookkeeping
Bankruptcy Accounting
Pension Plan Audits

## Consulting Services
Bank Financing Assistance
Business Planning
Merger and Acquisition Assistance
Strategic Wealth Management
Forecasting
Development and Implementation of
   Profit Enhancement Strategies
Facilitation of Strategy Sessions
Recruiting Assistance
Personality and Workstyle Profiles
Business Valuations
Business Succession Planning
Forensic Accounting
Fraud Investigation
Expert Witness Testimony
Due Diligence
Estate Planning
Strategic Planning
Litigation Support
Buy/Sell Agreements

## Tax Services
Tax Preparation
Corporate & Executive Tax Planning
State and Local Tax Consulting (SALT)
Sales Tax Audit Review and Recovery (STAR)
Cost Segregation Studies
International Tax Planning

## Industry Groups
Financial Institutions
Agriculture
Manufacturing
Healthcare
Governmental
Auto Dealers
Not-For-Profit
Construction
International Business
Asset Based Lending

## Employee Benefit Services
Section 125 Flexible Spending
   Account Administration
Parking & Mass Transit Plan Admin.
Payroll Services
Pension Plan Administration

*in affiliation with*

## RSM McGladrey

**Buffalo**
*800 Liberty Building*
*Buffalo, NY 14202*
*716.847.2651*

**Batavia**
*One Evans Street*
*Batavia, NY 14020*
*585.344.1967*

**Rochester**
*6780 Pittsford-Palmyra Road, Suite 3A*
*Fairport, NY 14450*
*585.223.7410*

JUN-14-2004  15:42    716847206?



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

# Healthcare Services

Freed Maxick's Healthcare Services Division is a leader in upstate New York in providing comprehensive accounting and consulting services to the healthcare industry. We assist clients with strategic implementation of sound business and financial solutions that enable them to be recognized as top providers in their field of service.

Our healthcare group consists of professionals who understand the unique environment within which proprietary, voluntary and public healthcare providers operate. Our integrated team of accountants and consultants has varied expertise in working with acute care hospitals, long-term care facilities, home healthcare agencies and medical practices. We also service the financial and tax planning needs of individual healthcare practitioners.

Our healthcare group has an approach which is different from many other consulting firms. We pride ourselves in developing long-term relationships and continually balancing short term and long term activities in order to achieve ongoing success. The healthcare industry is complicated by regulatory matters and other elements of specialization. Our multi-disciplinary skills complement management teams at each decision point. Our services include the following:

## Reimbursement Services

- Cost Finding and Reporting
- Reimbursement Review and Analysis
- Intermediary Negotiation and Appeals
- Discrete Costing
- Managed-Care Provider Agreements

## Management Advisory Services

- Profitability Consulting
- Business and Strategic Planning
- New Venture Development/Certificate of Need
- Feasibility Studies
- Management Information Systems Consulting

*in affiliation with*
## RSM McGladrey

**Buffalo**
*800 Liberty Building*
*Buffalo, NY 14202*
*716.847.2651*

**Batavia**
*One Evans Street*
*Batavia, NY 14020*
*585.344.1967*

**Rochester**
*6780 Pittsford-Palmyra Road, Suite 3A*
*Fairport, NY 14450*
*585.223.7410*

JUN-14-2004  15:42



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

## Organizational and Human Resources Development

- Operational Reviews and Productivity Improvement
- Organizational and Management Development
- Workstyle/Personality Profiling
- Recruitment/Temporary Staffing
- Employee Benefit Planning & Review Of Current Program
- Flexible Benefit Program Administration

## Financial and Tax Services

- Financial Audits and GAAP Reporting
- Specialized Program Audits
- Tax Preparation and Consultation
- Cost Segregation Services
- Budgeting/Financial Projections/Cash Flow Planning
- Obtaining Financing from Banks and Other Sources

## Quality Assurance and Clinical Services

We have an established strategic alliance to offer on-site assistance with:

- Evaluation and Development of Quality Assurance Plans
- Survey Preparation and Response
- Compliance/HIPAA Plan Development
- Clinical Documentation Improvement
- PPS Training
- Billing and Collection Services

Now more than ever, you need specialized expertise to maintain your competitive edge in today's business environment. Freed Maxick has the technical capabilities and industry knowledge that come from years of serving the financial needs of the healthcare industry. Services are delivered with a focus on individual client needs embracing a commitment to value and a forward looking leadership style.

*in affiliation with*
## RSM McGladrey

**Buffalo**
*800 Liberty Building*
*Buffalo, NY 14202*
*716.847.2651*

**Batavia**
*One Evans Street*
*Batavia, NY 14020*
*585.344.1967*

**Rochester**
*6780 Pittsford-Palmyra Road, Suite 3A*
*Fairport, NY 14450*
*585.223.7410*

JUN-14-2004  15:42    716847206r



Freed Maxick & Battaglia, PC
*Certified Public Accountants*

# Audit Services

**Client Service**
Our clients look to us for sound business advice and support. An audit is our tool for identifying ideas to help improve decision making, reduce waste, tighten controls, improve efficiencies and spot trouble before it occurs.

A thorough audit also acts as a communication tool, providing clear, consistent and credible information to banks and other potential investors. The more open and organized you are, the better your chances are for obtaining and retaining financing. We have excellent relationships with local lenders and attorneys to further assist you with your long term business planning.

At Freed Maxick & Battaglia we meet with our clients on a consistent basis throughout the year. We provide objective counsel for management and serve as advisors, addressing problems and opportunities and advising on ways to respond.

**Quality & Integrity**
Freed Maxick & Battaglia has developed broad industry knowledge through years of experience serving entrepreneurs and closely held businesses. Our clients represent most sectors of the economy and out audit teams have developed the industry knowledge and experience to support their business needs. In addition, we are subject to a rigorous peer review every three years to ensure the quality of our work is in accordance with our professional standards. Our most recent peer review was an unqualified opinion with no letter of comments, a rating that less than 15% of all firms obtain.

**Cost Effectiveness**
An audit shouldn't interfere with business operations. Thorough planning and proper staffing are imperative to delivering timely results and avoiding costly delays. We further promote efficiency and cost effectiveness in our audit process through the use of the latest technology.

Work with us and we know that you will see noticeable results. We don't view an audit as a document, we view it as actionable financial information. Information that we use to help your business achieve its goals now and in the future.

| Buffalo | Batavia | Rochester |
|---------|---------|-----------|
| *800 Liberty Building* | *One Evans Street* | *6780 Pittsford-Palmyra Road, Suite 3A* |
| *Buffalo, NY 14202* | *Batavia, NY 14020* | *Fairport, NY 14450* |
| *716.847.2651* | *585.344.1967* | *585.223.7410* |



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

# Tax Services

In today's economy, running an efficient, profitable business requires discipline. It is important, now more than ever, that you are resourceful in every area possible. That includes not making mistakes when it comes to your company's federal and state tax returns.

At Freed Maxick & Battaglia, CPAs, PC, our goal is to help you acheive the lowest legal tax liability. We thoroughly understand the tax complexities facing companies like yours.

## Complete and accurate returns.

All businesses have their own set of unique tax and financial issues. Among these are:

- Complex transactions stemming from limited partnerships, limited liability companies, S-corporations and the like.
- Complex tax returns
- Multistate filings

Our tax professionals know how to address these issues. Many industries have a host of specialized rules and regulations. We assign a qualified tax professional with experience relevant to your business to help ensure efficiency and accuracy.

## Proven processes.

Proven processes and procedures are followed with every tax return. When there's more than one way to handle a situation, or the law is unclear, we advise you on how to structure complex situations for optimal results. The various legitimate positions and the possible consequences of each choice are explianed are discussed. You make the final decision on how to proceed.

In a tax environment of changing rules and regulations, a knowledgable and trusted tax advisor is a must. Work with tax professionals who understand your unique needs.

*in affiliation with*

**RSM** McGladrey

| Buffalo | Batavia | Rochester |
| --- | --- | --- |
| *800 Liberty Building* | *One Evans Street* | *6780 Pittsford-Palmyra Road, Suite 3A* |
| *Buffalo, NY 14202* | *Buffalo NY, 14020* | *Pairport, NY 14450* |
| *716.847.2651* | *585.344.1967* | *585.223.7410* |

JUN-14-2004  15:43      7168472067



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

# Forensic Accounting

Forensic Accounting is an investigation to test for abnormalities within an accounting system. It is also commonly known as a fraud investigation; and usually involves misappropriation of assets or fraudulent reporting.

Freed Maxick's expertise in forensic accounting and litigation support, provides the winning edge in investigative, civil, and criminal matters such as:

- Forensic Audits
- Damage Calculations
- Due Diligence and compliance audits
- Investigation of fraud, money laundering, or embezzlement
- Analysis of accounting issues in complex commercial litigation
- Bankruptcy or business proposal analysis
- Reconstruction of accounting records
- Preparation or analysis of insurance claims
- Participation in settlement negotiations
- Identification of departures from customary business practices or professional standards
- Expert witness testimony

A typical engagement includes the following processes:

1. Pre-engagement and Planning Procedure Phase

    a. Fact Finding
    b. Conflict of Interest
    c. Obtain basic knowledge of firm
    d. Prepare preliminary fee estimate
    e. Determine scope of engagement and develop agreement with client

*in affiliation with*
**RSM McGladrey**

**Buffalo**
*800 Liberty Building*
*Buffalo, NY 14202*
*716.847.2651*

**Batavia**
*One Evans Street*
*Batavia, NY 14020*
*716.344.1967*

**Rochester**
*6740 Pittsford-Palmyra Road, Suite 3A*
*Fairport, NY 14450*
*716.223.7410*

JUN-14-2004  15:43       7168472067



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

# Not-For-Profit Services

The success of your not-for-profit organization depends on many factors: sufficient funding, generous donations from individuals and businesses, dedicated volunteers and paid staff.   But the ability of your organization to grow and continue to serve the needs of the community also depends on the quality of the professional advice that you receive.

Freed Maxick & Battaglia, CPAs, PC, has the experience needed to advise not-for-profit organizations and their governing bodies concerning the financial aspects of managing such entities. Freed Maxick provides auditing services in accordance with U.S. Generally Accepted Auditing Standards, Office of Management and Budget Circular A-133 and Government Auditing Standards.  We offer a full range of services designed to meet the specific financial and accounting needs of not-for-profit organizations, which include:

- Management Consulting
- Cash Flow Management
- Budgeting and Forecast Analyses
- Compensation Planning
- Fund Raising Consultation
- Review of Compliance with Terms of Grants
- Employee Benefits
- Exempt Organization Applications
- Operational Analysis
- Net Asset Planning & Management
- Regulatory Report Preparation
- Accounting/Finance Department Assistance

The firm's not-for-profit group, consults with numerous not-for-profit organizations, many of which receive state and federal financial assistance. The group's experience and training will provide your agency with information on the most current reporting and compliance provisions as mandated by the regulators. In addition, we will also provide assurance to the management of your organization that the compliance and reporting requirements are identified and properly followed.

Freed Maxick & Battaglia, CPAs, PC has the technical capabilities and practical knowledge that come with years of serving the financial and reporting needs of not-for-profit organizations.

*In affiliation with*
**RSM** McGladrey

| | | |
|---|---|---|
| **Buffalo** | **Batavia** | **Rochester** |
| 800 Liberty Building | One Evans Street | 6780 Pittsford-Palmyra Road, Suite 3A |
| Buffalo, NY 14202 | Batavia, NY 14020 | Fairport, NY 14450 |
| 716.847.2651 | 716.344.1967 | 716.223.7410 |

JUN-14-2004  15:43    7168472067



Freed Maxick & Battaglia, PC
*Certified Public Accountants*

# HIPAA Compliance Solutions

## HIPAA Awareness Briefing
- Overview of HIPAA rules and regulations

## Gap Analysis
*Assess current organizational policies, business practices, and procedures*
- Identify privacy secuirty gaps

## Confidentiality Security Risk Assessment
*Identify and prioritize risks associated with non-compliance*
- Organization wide analysis will help assess the current compliance with HIPAA regulations including the inventory of all:
  - Policies and procedures for privacy and security
  - Information systems
  - Business associate relationships
  - Patient information systems user access
  - Uses of patient information
  - Computer screen patient information disclosure
- Evaluation of software for EDI compliance and security requirements
  - Transaction testing and certification recommendation

## Action Plan Development
- Implementation time line
- Provide the organization with a quantifiable summary of recommended changes
- Construct policies and procedures that will ensure compliance

## Training
- Awareness training assistance dependent upon the need of the organization

*In affiliation with*
**RSM** McGladrey

| Buffalo | Batavia | Rochester |
|---|---|---|
| *800 Liberty Building* | *One Evans Street* | *6780 Pittsford-Palmyra Road, Suite 3A* |
| *Buffalo, NY 14202* | *Batavia, NY 14020* | *Fairport, NY 14450* |
| *716.847.2651* | *716.344.1967* | *716.223.7410* |



**Freed Maxick & Battaglia, PC**
Certified Public Accountants

# Two Separate Organizations – One Focus

Freed Maxick & Battaglia, CPAs, PC, (FM&B) has the distinction of operating as an Alternative Practice Structure. This structure enables FM&B, a licensed CPA firm, and RSM McGladrey, Inc., a business services company, to work together to serve the business needs of mid-sized companies nationwide. It is the common goal of FM&B and RSM McGladrey to provide financial services to help our mutual clients increase shareholder value and personal wealth.

## Why Is This Structure Necessary?

The CPA profession is highly regulated, with firms and individuals licensed by state boards of accountancy. In addition, CPA firms must comply with a wide array of rules and regulations established by a variety of professional and governmental groups. Generally, state laws require individual CPAs who are active in the business to own CPA firms - no states currently allow for corporate ownership of any portion of a licensed CPA firm.

## How Does This Work?

FM&B is a separate legal entity owned by the CPA partners and operated under the direction of a board of directors, independent of RSM McGladrey, Inc. RSM McGladrey is managed by a chief executive officer, a board of directors, and an executive management committee. Utilizing a client service approach that results in seamless service to our clients, FM&B provides regulated CPA services, primarily audit and assurance services and RSM McGladrey provides non-regulated services, including consulting, tax, and accounting services.

## The Result?

FM&B has a 40-year history of professionalism and a reputation for providing trusted, quality service - a commitment that has not changed. FM&B and RSM McGladrey share a common purpose: We are in business to be a significant contributor to our clients' long-term profitability and success.

# RSM McGladrey

| *Buffalo* | *Batavia* | *Rochester* |
|---|---|---|
| 800 Liberty Building | One Evans Street | 6780 Pittsford-Palmyra Road, Suite 3A |
| Buffalo, NY 14202 | Batavia, NY 14020 | Fairport, NY 14450 |
| 716.847.2651 | 585.344.1967 | 585.223.7410 |
| (Fax) 716.847.0069 | (Fax) 585.344.4156 | (Fax) 585.223.4047 |