# Exhibit G



## About Us

Freed Maxick & Battaglia, CPAs, PC is the largest local public accounting firm in Western New York and a Top 100 Accounting Firm in the United States. Formed in 1958, our firm of over 200 professional and administrative personnel has recorded rapid growth from serving local and national clientele, ranging from medium to large corporations having multiple state and international operations.

Freed Maxick has 24 directors and offers a depth of products & services, including: Accounting & Auditing, Tax, Consulting, Asset-Based Lending Services (ABL) and Employee Benefits. As trusted business advisors, we specialize in helping our clients discover and achieve their maximum bottom-line potential and we provide sound business advice based upon our vast experience in a broad array of industry groups including manufacturing & distribution, real estate, healthcare, agribusiness, governmental and not-for-profit entities.

Our accessibility, depth of talent and responsiveness to your needs are our commitment to helping you grow your business. We would like to grow with you.

## Quick Facts

- A Top 100 Largest Accounting Firm in the US.
- Largest Accounting Firm in Western New York.
- Affilated with RSM McGladrey, the 5th largest accounting and consulting firm in the U.S. and 9th internationally.
- Affiliated with the Leading Edge Alliance, a national alliance of over 40 accounting firms throughout the US.
- Registered Member of the PCAOB
- Personnel: Audit – 12 directors / 125 professionals
  Tax –6 directors/ 30 professionals
  ABL –3 directors/ 40 professionals
  Cost Segregation –1 director/ 5 professionals
- National Practices: Asset Based Lending; Cost Segregation Consulting.

## Our Commitment to You

- Timely and efficient service.
- Honesty, integrity and confidentiality.
- Phone calls never go unanswered.
- Service clients in a professional manner with competitive fees.
- Satisfaction guaranteed.

## Overview of Services

**Assurance Services**
Auditing, Reviews & Compilations
Agreed-upon Procedures
Accounting & Bookkeeping
Bankruptcy Accounting
Pension Plan Audits
SEC Reporting

**Tax Services**
Tax Preparation
Corporate & Executive Tax Planning
State and Local Tax Consulting
Sales Tax Audit Defense
Cost Segregation Studies
International Tax Planning

**Asset Based Lending**
Pre-loan surveys
Rotational inspections
Specialized Forensic Accounting
Assessment of Collateral Exposure
Evaluation of Accounting Procedures
& Financing Reporting Capabilities

**Employee Benefit Services**
Section 125 Flexible Spending
Account Administration
Parking & Mass Transit Plans
Pension Plan Administration

**Consulting Services**
Bank Financing Assistance
Business Planning
Merger and Acquisition Assistance
Strategic Wealth Management
Forecasting
Profit Enhancement Strategies
Facilitation of Strategy Sessions
Business Valuations
Business Succession Planning
Forensic Accounting
Fraud Investigation
Expert Witness Testimony
Due Diligence
Estate Planning
Strategic Planning
Litigation Support
Buy/Sell Agreements
404 Compliance

## Offices

**Batavia**
One Evans Street
Batavia, NY 14020
585.344.1967

**Buffalo**
800 Liberty Building
Buffalo, NY 14202
716.847.2651

**LeRoy**
17 Bank Street
LeRoy, NY 14482
585.768.2297

**Rochester**
6780 Pittsford-Palmyra Road
Suite 3A
Fairport, NY 14450
585.223.7410

**Warsaw**
23 West Court Street
Warsaw, NY 14569
585.786.8445

## Industry Groups

Agriculture
Asset Based Lending
Auto Dealers
Construction
Entrepreneurial Business
Governmental
Healthcare
International
Manufacturing & Distribution
Not-For-Profit
Real Estate
Venture Capital

Take it to
theMax.

800 Liberty Building | Buffalo, NY 14202 | ph: 716.847.2651 | fax: 716.847.0069 | freedmaxick.com

# Exhibit H

NEOSA Home   Back to IT Achievers   NEOSA in the News

# ADVANTIUM℠
ADVANCED AUDIT SOLUTIONS

# P R E S S   R E L E A S E

**FOR IMMEDIATE RELEASE** : April 7, 2003

**MEDIA CONTACTS:**
Rob Reho, Chief Marketing Officer
Advantium, Inc.
330-656-3889 ext. 108

John Kropski, Director
Freed, Maxick & Battaglia, CPAs, PC
716.847.2651 ext. 2635

## ADVANTIUM, INC AND FREED MAXICK & BATTAGLIA, CPAs, PC PARTNER TO FIND LOST PROFITS FOR NATIONAL CLIENTS

HUDSON, OH – Advantium, Inc. (Advantium), a leading provider of post audit technology, services and solutions has announced the formation of a partnership with Freed Maxick & Battaglia, CPAs, PC (Freed Maxick), the largest accounting and consulting group in Western New York. The partnership continues to strengthen and attest to Advantium's market development initiatives by aligning with first-class firms to provide profit recovery services to large retail, distributors, manufacturers and healthcare prospects.

Freed Maxick stresses the importance of meeting and exceeding client expectations in every area of service delivery from auditing to tax and business planning, management consulting and financing assistance. "We strive to develop new services and relationships which allow us to turn up hidden profit opportunities and enhance value for our clients," states John Kropski, Director, Freed Maxick & Battaglia, CPAs, PC. "Our partnership with Advantium is a direct result of our similar philosophies on innovation and service excellence."

Together, Advantium and Freed Maxick are committed to revenue enhancement including and beyond duplicate payments, statement credits, etc. They meet with clients to determine the scope of the engagement, and then review selected vendor programs in detail to reconcile the total amounts due against the benefits received.

"We are currently expanding our business by partnering with successful organizations that specialize in providing supply chain solutions. Our partnership goal is simple; to improve our clients' financial picture while creating a new revenue stream for our partners," states Jim Spreng, President of Advantium, Inc. "Freed Maxick is a perfect fit for our Alliance Program. We are looking forward to growing and expanding our product and service offerings with them, and to help both of our client bases enhance their revenue and reduce costs."

Advantium believes it can provide its partners with complimentary technology and methodologies delivering value-added services that will not only support new business opportunity initiatives, but also generate substantial savings for its partners' new and existing clients that will flow directly to their bottom line.

ABOUT ADVANTIUM

Advantium provides highly experienced intellectual capital with innovative technologies to both small and large companies ranging from $50 million to over $4 billion in gross revenues. To date, Advantium has reviewed billions in accounts payable transactions, resulting in millions in cash recoveries for clients. Advantium's offices are located in Hudson and Columbus, OH and upstate New York. For more information, please visit www.AdvantiumInc.com.

ABOUT FREED MAXICK & BATTAGLIA

The Freed Maxick Group of Companies, which includes Freed Maxick & Battaglia, CPAs, PC originally established in 1958, is the largest accounting and consulting firm in Western New York. Our Firm of over 200 professional and administrative personnel has recorded rapid growth from serving local and national clientele ranging from medium-sized companies to larger corporations having multiple state and international operations. Our clients range in revenues from $1,000,000 to several in excess of $200,000,000. Freed Maxick has twenty-one directors and operates with five major departments: Accounting & Auditing, Tax and Consulting, Asset-Based Lending Services (ABL), Employee Benefits and Financial Staffing.

Freed Maxick & Battaglia Jobs and Profile - Yahoo! HotJobs

Page 1 of 1

YAHOO! hotjobs® Sign In
New User? Sign Up

Search the Web [  ] Search

HotJobs Home - Help

Employer Solutions
Post Jobs | Employer Sign In

| Home | Job Search | My Searches | My Saved Jobs | My Resumes | Career Tools |

Home > Job Search > Company Profiles > F > Freed Maxick & Battaglia

# Freed Maxick & Battaglia Jobs and Profile



View the Freed Maxick & Battaglia web site

**About this Company**

| Company Name | Freed Maxick & Battaglia |
| Sector | Basic Material |

Since 1958, we've been advising public and private companies in Western New York on ways to enhance profitability, save taxes, improve accountability and preserve wealth. With over 200 professional and administrative personnel, **Freed Maxick & Battaglia** operates with five major departments: Accounting & Auditing, Tax, Consulting, Employee Benefits and Asset-Based Lending (ABL).

We specialize in helping our clients discover and achieve their bottom-line potential and we provide sound business advice based upon our vast experience in a broad array of industry groups, including healthcare, manufacturing & distribution, governmental and not-for-profits.

Click Here To Learn More About Us

YAHOO! hotjobs  The latest news, developments and expert advice for professionals. Get Our Newsletter Now.

[*] HotJobs Canada | Work at HotJobs | About HotJobs | Affiliate Program | Advertise on our Site
Copyright © 2006 Yahoo!. All rights reserved. Guidelines | Terms of Service | Copyright/IP Policy

NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy.

# Exhibit I

Freed Maxick merger ends after 10 months - 2001-09-12     Page 1 of 3



    News by Markets  News by Industry    bizj(

Home » Buffalo » Contents » Latest News     Regist(

More News and Features     » Advanced Search » Archives » Search Watch    Type

## LATEST NEWS

RSS Feeds | Reprints | E-mail Alerts | Printable Version | Email Story

September 12, 2001

### Freed Maxick merger ends after 10 months

Freed Maxick Sachs & Murphy P.C. has backed out of a merger of its accounting services with McGladrey & Pullen LLP, a national organization associated with H&R Block Inc.



The Buffalo firm also has changed its name to Freed Maxick & Battaglia CPAs PC to acknowledge the Batavia accounting office Freed Maxick acquired in 1999. The local firm was to have adopted the McGladrey name.

The decision to separate the local firm from the national organization appears to be mutual: Freed Maxick preferred to retain its own identity and avoid the overhead while McGladrey wanted to concentrate on bigger markets, according to the firms.

"It became obvious to us that the economics of running the McGladrey firm in Western New York, looking at the economics of our client base, it didn't make sense," said Robert Glaser, Freed Maxick's managing partner. "McGladrey's strategy is to be in the top 25 markets. As they began to see

**Recent Company News**
» Batavia
» Freed Maxick Sachs & Murphy
» H&R Block Inc.
» RSM McGladrey

**Latest News**
» Appellate court suspends Cellino for six months, censures Barnes
» Buffalo native promoted at VA dept.
» Higgins to host 'power forum'
» Group on alert for lead paint illness
» IMC goes overseas for new properties

bizjournalsdir

Find local business service category

• Email Marketing
• Corporate Training
• Merchant Services
• Franchising / Franc
• Accounting
• Sales Force Autom:
• VoIP
• Search Engine Mar
• Graphic Design
• Office Furniture
• Promotional Produc

More Services:

» Subscribe
» Book of Lists
» Advertising Information
» Sales Leads

**Consultants**
Bringing Clients and Consultants Together
• I AM A CONSULTA
• I NEED A CONSUL

**Biz Finance**



The comeback: They brink of financial door

Sponsor(

Freed Maxick merger ends after 10 months - 2001-09-12                                        Page 2 of 3

**More**
» Companies in the News
» People in the News

our operation, the answer became obvious. They didn't know our marketplace."

Glaser said the benefits McGladrey's has to offer are "outpriced" in the Buffalo marketplace.

The separation became effective Aug. 1, just 10 months after the union was initiated. Freed Maxick's FM Business Services, which provides consulting and tax services, however, remains merged with RSM McGladrey. The two McGladrey sectors form a subsidiary of H&R Block, and are based in Minneapolis.

McGladrey spokesman Connie Smith Benning said the Buffalo market didn't fit with the firm's growth strategy, especially in the consulting area. Further, clients in Western New York didn't need to access the resources McGladrey had to offer.

"Freed Maxick didn't feel their clients demanded the benefits or warranted the cost structure of a national firm," Smith Benning said.

The resources, such as experts in information technology, wealth management and international business, will be available to Freed Maxick on a pay-as-you-go basis, she said.

Freed Maxick is the region's largest accounting firm with 80 CPAs. In addition to headquarters in the Liberty Building and Batavia, the firm has locations in LeRoy and Rochester. It also has asset-based lending offices in Philadelphia, Los Angeles, Dallas and Pittsburgh as well as Buffalo.

The firm acquired Battaglia Andrews & Moag, the largest firm in the Batavia market, two years ago. It has an industry specialty niche in agriculture accounting, and was the firm's first step toward statewide expansion.

© 2001 American City Business Journals Inc.

**Cruises Inc - 1-877-**
Serving Your Area.
Book your cruise with 400 cruise specialists

**Florida Paradise Vill 8782**
Serving Your Area.
Luxurious Gated Con Town Homes $899/w 6 mi to Disney World!

**Baja Jones Adventu 1384.**
Serving Your Area.
Whale watching up cl guarantee you will pe

**Buffalo Ny - Cheape**
Find and compare the rates from top travel s Ratings, reviews, phc Compare and save on car rentals!

**Today's Featured Jobs**
• Internal Audit Mana
• Allstate Agent Deve Buffalo, NY
• Audit Senior Manag
• Account Manager -
• Insurance Represer
» Search Jobs » Qu
» Recruiter sign-up
» FREE Career Eval

**Sponsored Conte**

Merchant Account

Debt Reduction

**Site Map**

Buffalo breaking new

---

Sponsored Links

**Insurance Directory**
Top Insurance Companies. Links to Free Information / Free Quotes.

**Free Insurance Quotes**
Automobile, Life, Health, Disability, Business, Burial, Homeowners, Renters Insurance and more. Act Now!

**Nationwide Auto Insurance Quote**
Nationwide offers a combination of quality coverages and services to help you get the most for your insurance dollar. Visit our site to receive a quote tailored to your situation.

**Save Up To $600 or More On Your Auto Insurance**
Looking for cheaper Car Insurance? Get 4 free auto insurance quotes instantly from America's leading insurers. Let insurance companies compete for your business. Compare and Save Up to $600. It is fast and easy.