# Exhibit J





# Freed Maxick & Battaglia, PC
*Certified Public Accountants*

**Take it to the Max.**

Search

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

Email this page
Return Home

**About Us-Homepage**

Firm Philosophy

**Community Involvement**

**Our Directors**

Clientele

Offices

## About Us

You Are Here: Home » About Us » Our Directors

**Directors**

The accessibility of our directors and responsiveness to your needs is our commitment to helping your business grow. Freed Maxick & Battaglia's directors have broad industry knowledge through years of experience serving entrepreneurs in private and public companies. We encourage you to talk with one of our directors to see how we can help you and your business.













**Ronald J. Soluri**
Director

**Arnold R. Maxick**
Director

**Robert M. Glaser**
Managing Director

**David R. Barrett**
Director



**Kathleen S. Carey**
Director



**Thomas J. Berical**
Director



**Timothy P. Moag**
Director

**Howard A. Rein**
Director

**John S. Kropski**
Director

**Stephen D. Holt**
Director



**John F. Andrews**
Director



**James A. Sachs**
Director

**Henry G. Koziol, Jr.**
Director

**Timothy J. McPoland**
Director

**Paul J. Battaglia**
Director


**Grant G. Keppel**
Director


**Howard B. Epstein**
Director


**Donald L. Gould**
Director


**Shawn M. Frier**
Director


**Donnely L. Warrant**
Director


**Fred Cook**
Of Counsel


**Laura Landers**
Director


**J. Michael Ervin**
Director

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618
Tel: (585) 256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



# Freed Maxick & Battaglia, PC
*Certified Public Accountants*

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

Search

☒ Email this page
⬇ Return Home

About Us-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices

## About Us
You Are Here: Home » About Us » Our Directors » James A Sachs



**JAMES A. SACHS, CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
james.sachs@freedmaxick.com

**James A. Sachs, CPA,** is a director at Freed Maxick & Battaglia CPAs, PC. His clientele range from sole practitioners to companies having multi state locations as well as international operations. A 1963 graduate of the State University of New York at Buffalo, Mr. Sachs joined the firm in 1971 and during his 30 years in the accounting profession, he has been responsible for all phases of client services.

Mr. Sachs' career includes serving on the faculty of the State University of New York at Buffalo as a tax instructor as well as a panelist for the prestigious CPA/Bar Association Tax Institute and as a guest speaker for various local talk shows. He has authored informational tax letters, extensively distributed in the Western New York area, as well as a pamphlet on year-end tax planning that was used by accounting firms throughout the United States. Most recently he authored a booklet entitled A 60-

Minute Practical Guide For Canadian Businesses Expanding To the United States. This has become a valuable handbook for many Canadian firms. In addition, Jim has been helping Canadian businesses by participating in NEBS presentations since 1984 - explaining US taxes to New Exporters to Border States (NEBS).

He has assisted the Greater Buffalo-Niagara Partnership in attracting out-of-state businesses to the Western New York area by representing Buffalo as a speaker on tax planning and raising capital. Through his efforts, the Firm has attracted many Canadian-owned businesses and many Canadian-chartered accountants rely on Freed Maxick & Battaglia, CPAs, PC, as their U.S. resource. On a personal basis, Jim has represented hundreds of Canadian businesses in the U.S.

Mr. Sachs is a member of the American Institute of Certified Public Accountants and the Buffalo Chapter of the New York State Society of Certified Public Accountants.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



**FMB** Freed Maxick & Battaglia, PC
*Certified Public Accountants*

Take it to the Max.

Search ▢

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

About Us

You Are Here: Home » About Us » Our Directors » Howard A Rein

About Us-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices

✉ Email this page
⬆ Return Home



**HOWARD A. REIN, CPA, CFE
DIRECTOR**

**800 Liberty Building
Buffalo, NY 14202
716-847-2651
howard.rein@freedmaxick.com**

**Howard A. Rein, CPA, CFE,** graduated from the State University of New York at Binghamton in 1976 with a Bachelor of Science degree in accounting. Mr. Rein joined Freed Maxick & Battaglia, CPAs, PC in 1980, after having worked for a national "Big 6" firm, and was elected as a Director in the Firm in 1990. He has a wide-range of banking, accounting, auditing, business consulting and tax experience.

Mr. Rein's professional areas of expertise include construction, manufacturing, wholesale and retail distribution, not for profit organizations and general business planning and consulting. He has regularly assisted clients in obtaining bank financing, mergers and acquisitions, budgeting, and bankruptcy and workout matters.

Howard A Rein - Freed Maxick & Battaglia, CPAs - Buffalo, NY - Rochester - New York Accounting Firm

Page 2 of 2

Mr. Rein is on the Board of Directors of the Jewish Center of Greater Buffalo and Shea's Performing Arts Center. He is also a member of the American Institute of Certified Public Accountants and an officer of the Board of Directors of the Buffalo Chapter of the New York State Society of Certified Public Accountants. Mr. Rein is also on the Board of Directors of the Commercial Finance Association (CFA) Education Foundation, Inc. and the Upstate New York Turnaround Management Association (TMA).

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618
Tel: (585) 256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine

http://www.freedmaxick.com/howard_a_rein.php

5/18/2006





## Freed Maxick & Battaglia, PC
*Certified Public Accountants*

Search

| ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US |

✉ Email this page
◀ Return Home

**About Us**-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices

## About Us

You Are Here: Home » About Us » Our Directors » David R Barrett



**DAVID R. BARRETT, CPA**
**DIRECTOR**

**800 Liberty Building**
**Buffalo, NY 14202**
**716-847-2651**
**dave.barrett@freedmaxick.com**

**David R. Barrett, CPA**, a graduate of the State University of New York at Buffalo has been associated with Freed Maxick & Battaglia, CPAs, PC for the past 29 years.

As Director of the firm's Tax Department, Mr. Barrett provides specialized tax research, planning and representation services, as well as administering and developing the department.

Mr. Barrett is an active member of Estate Analysts of Western New York, the Institute of Management Accountants, and other various professional committees and organizations. He is a past President of the Buffalo Chapter of the New York State Society of Certified Public Accountants and has served as Chairman of its Tax Committee and its Committee for Cooperation with the Bar Association. He also

served as Co-Chairman of the 33rd Annual Institute on Taxation.

Mr. Barrett has served as an instructor for the Financial Planning Counselors of Western New York, the SUNY at Buffalo Graduate Tax Certificate Program, the Foundation for Accounting Education, the Becker CPA Review Course, and the New York State Bar Association. He has served on the steering committee for the AICPA/University of Illinois National Tax Education Program and as a Director for the Western New York Planned Giving Consortium.

Mr. Barrett is frequently quoted in local publications, has made numerous appearances on radio and television programs, and has been named to Money magazine's listing of the best tax practitioners in the country.

**Listen to Dave Barrett on WBEN Radio 930 AM:**
**10/5/04: Dave Barrett, Director, Interview w/WBEN**
**4/07/04: Dave Barrett, Director, Interview w/WBEN**

**DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP**

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine

  **Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

## Take it to the Max.

**ABOUT US** | **SERVICES** | **INDUSTRIES** | **RESOURCES** | **NEWS & EVENTS** | **CAREERS** | **LINKS** | **CONTACT US**

Search

☒ Email this page
⬇ Return Home

**About Us-**
**Homepage**

**Firm Philosophy**

**Community**
**Involvement**

**Our Directors**

**Clientele**

**Offices**

## About Us

You Are Here: Home » About Us » Our Directors » Stephen D Holt



**STEPHEN D. HOLT, CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
steve.holt@freedmaxick.com

**Contact Steve Holt via Website Here**

**Stephen D. Holt, CPA**, a 1984 graduate of Grove City College, joined Freed Maxick & Battaglia, CPAs, PC in 1988. Mr. Holt is active as a Director with the Accounting & Auditing Department of the Buffalo office where his primary responsibilities involve overseeing audit, consulting, and cost report functions for nursing home engagements.

Mr. Holt advises the nursing home clients in a variety of areas, including rate and reimbursement analyses and the review of all Medicaid and Medicare cost report preparation, appeals, research, and rate projections. He has developed an expertise in the area of Medicare and Medicaid revenue maximization, which entails collaborating with providers to create innovative methods to improve documentation and capture reimbursable costs. He has also represented many of his clients in matters before both the New York State Department of Health and Medicare intermediaries.

Mr. Holt provides services to his client base which include:

- Proprietary and not-for-profit nursing homes
- Continuing care retirement communities
- Programs for the All-Inclusive Care of the Elderly (PACE)
- Assisted living facilities
- Independent living facilities
- Adult day healthcare programs

In addition, Mr. Holt oversees and often assists in the completion of the assignments performed by the Healthcare Financing Division of the Firm's Specialized Services for Commercial Lenders Group. Assignments have included performing due diligence reviews of SEC companies throughout the country in both the long-term and acute care industries.

Mr. Holt is a member of the American Institute of Certified Public Accountants, the Buffalo Chapter of the New York State Society of Certified Public Accountants, the New York State Health Facilities Association, and the New York Association of Homes and Services for the Aging. In addition, he has been affiliated with the New York State Health Facilities Association, the New York State Bar Association, as well as an instructor for the New York State Nursing Home Administrator Training Program.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618   Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

Take it to the Max.

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

Search

☒ Email this page
↓ Return Home

**About Us-Homepage**

**Firm Philosophy**

**Community Involvement**

**Our Directors**

**Clientele**

**Offices**

## About Us

You Are Here: Home » About Us » Our Directors » Thomas J Berical



**THOMAS J. BERICAL, CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
tom.berical@freedmaxick.com

**Thomas J. Berical, CPA**, graduated in 1987 with a Bachelor of Science in accounting from the State University of New York College at Fredonia. He joined Freed Maxick & Battaglia, CPAs, PC, in 1990 after working for a Big 6 firm for several years and was elected Director in 1999.

As a director in the firm's Accounting and Auditing Department, Mr. Berical is responsible for the overall planning, organization, supervision and completion of client engagements.

During his professional career, Mr. Berical has obtained a broad background in the manufacturing, construction, banking, and general service industries. In addition, he specializes in accounting for manufacturing, construction contractors, and automotive dealerships, and mortgage banking, and has

developed a strong corporate and individual tax background.  Mr. Berical is also actively involved in the firm's manufacturing, construction, and auto dealership industry groups, as well as their recruiting and staff level training programs.

Mr. Berical is a member of the American Institute of Certified Public Accountants and the Buffalo Chapter of the New York State Society of Certified Public Accountants.  He is the treasurer of the Upstate New York Chapter of the Turnaround Management Association.  He is also a member of the Western New York Construction Exchange, the American Subcontractors Association - Niagara Frontier Chapter, and the American Production and Inventory Control Society (APICS) - Buffalo Chapter.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618
Tel: (585) 256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



# Freed Maxick & Battaglia, PC
*Certified Public Accountants*

**ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US**

Search [    ]

✉ Email this page
⬇ Return Home

## About Us

You Are Here: Home » About Us » Our Directors » Donald L Gould

About Us-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices



**DONALD L. GOULD, CPA**
**DIRECTOR**

6780 Pittsford-Palmyra Road
Suite 3A
Rochester, NY 14450
585-223-7410
don.gould@freedmaxick.com

**Donald L. Gould, CPA,** is a graduate from SUNY College at Geneseo and joined the Firm in 1992. He is the partner in charge of the Firm's audit and accounting engagements of the Firm's Rochester and Batavia offices.

Mr. Gould has extensive experience with and is responsible for accounting, tax and audit engagements. His tax and accounting responsibilities include: corporations, partnerships, and individuals. His audit responsibilities include: manufacturers, mortgage brokers, real estate companies, construction contractors, municipalities and public school districts.

Through Mr. Gould's experience and continued involvement with closely-held companies, he has

obtained a broad background in the auditing and management of such organizations. He is experienced in auditing entities with complex debt and equity financing structures, including venture capital financing. He also has strong experience in company acquisitions, mergers, and sales and divestitures; including serving as the engagement partner on approximately thirty-six transactions of entities ranging in size from $1m in revenues to in excess of $100m in revenues.

Mr. Gould has also authored the article, The New Retirement Plan Rollover Requirements and served as a lecturer for local public tax seminars. Additionally, he served as a lecturer at the 1995 Annual Conference of the New York State Society of Certified Public Accountants in Toronto, Canada.

Mr. Gould is a member of the American Institute of Certified Public Accountants and the New York State Society of Certified Public Accountants. He has been and continues to be involved in many community and civic organizations and events. Mr. Gould is currently a Board member of the Epilepsy Association of Greater Rochester.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine





**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

Take it to the Max.

| ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US |

Search

✉ Email this page
← Return Home

About Us-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices

## About Us

You Are Here: Home » About Us » Our Directors » Howard B Epstein



**HOWARD B. EPSTEIN, CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
howard.epstein@freedmaxick.com

**Howard B. Epstein, CPA,** a graduate of the State University of New York at Buffalo, has a BS in Finance and an MBA in Accounting. He joined Freed Maxick & Battaglia, CPAs, PC in 1998 as a senior manager in the firm's Tax Department and was elected director in 2002.

As a tax director, Mr. Epstein is responsible for ongoing domestic, multi-state and international tax planning services. He is the firm's lead international tax professional, providing tax planning, compliance and consulting to multinational companies, with an emphasis on cross-border transactions.

Prior to joining Freed Maxick & Battaglia, CPAs, PC Mr. Epstein had 10 years of "Big Five" experience serving numerous publicly and privately held multinational clients. He provided tax compliance and tax

planning services related to corporate reorganizations, liquidations and acquisitions for numerous SEC clients ranging from $7 million to $7 billion in revenues.

Mr. Epstein is a member of the American Institute of Certified Public Accountants and the New York State Society of Certified Public Accountants. In addition he is a Board Member of the School of Management Alumni Association at the State University of New York at Buffalo and the Jewish Community Center of Buffalo. Mr. Epstein also serves on the Finance Committee for the Burchfield-Penny Art Center.

**DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP**

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618      Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



# Freed Maxick & Battaglia, PC
*Certified Public Accountants*

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

Search

☒ Email this page
⬇ Return Home



**About Us-**
**Homepage**

**Firm Philosophy**

**Community**
**Involvement**

**Our Directors**

**Clientele**

**Offices**

## About Us

You Are Here: Home » About Us » Our Directors » Shawn M Frier



**SHAWN M. FRIER, CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
shawn.frier@freedmaxick.com

**Shawn M. Frier, CPA,** earned his Bachelor of Science degree in Business Administration from the State University of New York at Buffalo in May 1990 and his Masters of Business Administration degree the following year. After working for a "Big 6" accounting firm in New York City Mr. Frier joined Freed Maxick & Battaglia, CPAs, PC in 1993. Mr. Frier was elected to Director in June 2003.

As a Director in the firm's Accounting & Auditing Department, Mr. Frier is in charge of the overall planning, supervision and completion of client engagements. Mr. Frier's responsibilities include in-depth reviews and compliance testing of internal accounting control systems and developing recommendations for suggested improvements in internal controls. He has prepared financial statements in various industry formats including consolidations and has coordinated and reviewed work performed by internal

Shawn M. Frier - Freed Maxick & Battaglia, CPAs - Buffalo, NY - Rochester - New York Accounting Firm    Page 2 of 2

auditors, assisted numerous entities in preparing annual budgets and in tax planning and has prepared audit findings for presentation to management. In addition, Mr. Frier is involved with supervising staff, recruiting and training programs.

Over the years, he has obtained a wide range of experience with manufacturing, financial institutions, distribution, physician groups, not-for-profit, and general service industries. In addition, Mr. Frier has worked with group practices and has developed a strong background in the area of physician practice management services, which include analyzing and recommending medical practice software applications and performing medical practice administration functions. He specializes in facilitating change and establishing strategic direction to improve profitability.

Areas of Expertise:

- Strategic and business planning    · Marketing strategies
- Leadership development    · Profit Improvement Process
- Conflict identification and resolution    Team Building

Mr. Frier is a popular speaker at both the local and national levels of the Medical Group Management Association (MGMA). He is a member of the Buffalo Chapter of the New York State Society of Certified Public Accountants and the American Institute of Certified Public Accountants. He also serves on the Trustees Council for Kaleida Health, the Board of Directors for Autistic Services, Inc. and Jewish Federation Housing and is the President of the New York Medical Group Management Association Buffalo Region.

**DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP**

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine



## Freed Maxick & Battaglia, PC
### Certified Public Accountants

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

☒ Email this page
⬅ Return Home

**About Us-Homepage**

Firm Philosophy

Community Involvement

**Our Directors**

Clientele

Offices

## About Us

You Are Here: Home » About Us » Our Directors » Donnely L Warrant



**DONNELY L. WARRANT, CPA
DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
don.warrant@freedmaxick.com

**Donnely L. Warrant, CPA,** graduated from Niagara University where he earned a Bachelor of Business Administration in accounting and a minor in computer science. Mr. Warrant joined Freed Maxick & Battaglia, CPAs, PC in 1988 and was elected director in the firm's Tax department in 2004. During his professional career, Mr. Warrant has obtained a broad background in the manufacturing, construction, and retail and wholesale industries.

Mr. Warrant's responsibilities include specialized tax research, consultation and review services to his clients, as well as specialization in the area of Federal and New York State tax credits. He is one of the foremost authorities in Western New York on accessing benefits under the Empire Zone Program. He has developed specific planning strategies to maximize the benefits provided by the Empire Zones

Program.

Mr. Warrant holds a position on the Zone Administrative Board, the agency charged with administering the Buffalo Empire Zones and the Renewal Community Programs.  He has presented to the Annual Tax Institute and the Buffalo and Niagara Falls Chapters of the Institute on Management Accountants regarding the Empire Zones Program.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine




**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*



Take it to the **Max.**

Search ▢

| ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US |

☒ Email this page
◀ Return Home

## About Us

You Are Here: Home » About Us » Our Directors » J. Michael Ervin

**About Us-Homepage**

Firm Philosophy

**Community Involvement**

Our Directors

Clientele

Offices

**J. MICHAEL ERVIN, CPA
DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
mike.ervin@freedmaxick.com

**J. Michael Ervin, CPA,** graduated in 1992 with a Bachelor of Business Administration in Accounting from Saint Bonaventure University. Upon graduation, Mr. Ervin joined Freed Maxick & Battaglia CPAs, PC as a member of the Accounting and Auditing Department.

As a director in the firm's Accounting and Auditing Department, Mr. Ervin is responsible for the overall planning, organization, supervision and completion of client engagements.

During his professional career, Mr. Ervin has obtained a broad background in the manufacturing, construction, automobile dealership, not-for-profit, and general service industries. He has extensive

J. Michael Ervin - Freed Maxick & Battaglia, CPAs - Buffalo, NY - Rochester - New York Accounting Firm

Page 2 of 2

experience with Securities and Exchange Commission (SEC) regulatory and accounting matters as well as forensic accounting engagements where fraud and embezzlement have occurred. In addition, he has developed a strong background in the areas of corporate and personal income tax and of the reporting and compliance provisions outlined in various regulations including the Yellow Book, OMB Circulars (i.e., A-133), Consolidated Fiscal Reports and the HUD Consolidated Audit Guide.

Mr. Ervin is a member of the American Institute of Certified Public Accountants and the Buffalo Chapter of the New York State Society of Certified Public Accountants. He also serves as a member of the firm's quality control team, the purpose of which is to monitor the quality of attest services performed by the firm.

**DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP**

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618     Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine

5/18/2006





**FMB** Freed Maxick & Battaglia, PC
*Certified Public Accountants*

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

## About Us

You Are Here: <u>Home</u> » <u>About Us</u> » <u>Our Directors</u> » Paul J Battaglia

About Us-
Homepage

Firm Philosophy

Community
Involvement

Our Directors

Clientele

Offices

✉ Email this page
⬇ Return Home

**One Evans Street**
**Batavia, NY 14020**
**585-344-1967**
**paul.battaglia@freedmaxick.com**

**PAUL J. BATTAGLIA, CPA, CVA**
**DIRECTOR**

**Paul J. Battaglia, CPA, CVA,** is the managing director of the Batavia Practice Unit of Freed Maxick & Battaglia, P.C. Mr. Battaglia graduated from St. Bonaventure University. After graduation he accepted a position with the Buffalo office of the international accounting firm of Price Waterhouse & Company, where he held the position of audit manager. During his career there, Mr. Battaglia had extensive experience with and was responsible for audit engagements of many clients in areas of manufacturing, local government, retailing, food processing and distribution, transportation, and non-profit organizations.

Mr. Battaglia left Price Waterhouse & Company in 1980 to start his own firm, which became known as Battaglia, Andrews & Moag, P.C. He was Managing Director of Battaglia, Andrews & Moag, P.C. when

the Firm merged with Freed Maxick Sachs & Murphy to become Freed Maxick & Battaglia, P.C. He has been responsible for firm engagements such as governmental units, school districts, manufacturing concerns, agricultural enterprises, commercial enterprises and non-profit organizations. Mr. Battaglia has extensive experience in mergers and acquisitions, negotiations, design and implementation of financing plans, estate planning and business succession planning. In addition, he has the responsibility to ensure that the missions, goals and objectives of the Firm are attained.

Mr. Battaglia's leadership qualities and skills have been recognized in the community through his involvement and recognitions in several community and non-profit organizations. He has served on many boards including United Memorial Medical Center, Catholic Health System, Batavia Rotary Club, United Way, Private Industry Council, Business Education Alliance, Genesee Chamber of Commerce, Genesee Wyoming BOCES and the YMCA. He has also received many service awards for his community activities.

Mr. Battaglia is a Certified Public Accountant and a Certified Valuation Analyst. He is a member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants, the Institute of Management Accountants and the National Association of Certified Valuation Analysts.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618   Tel: (585)
256-2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine

**Freed Maxick & Battaglia, PC**
*Certified Public Accountants*

**Take it to the Max.**

ABOUT US | SERVICES | INDUSTRIES | RESOURCES | NEWS & EVENTS | CAREERS | LINKS | CONTACT US

Search ▲

☒ Email this page
◄ Return Home

**About Us-Homepage**

Firm Philosophy

Community Involvement

Our Directors

Clientele

Offices

## About Us

You Are Here: Home » About Us » Our Directors » Ronald J. Soluri

**RONALD J. SOLURI, SR., CPA**
**DIRECTOR**

800 Liberty Building
Buffalo, NY 14202
716-847-2651
ron.soluri@freedmaxick.com

**Ronald J. Soluri, Sr., CPA,** graduated from Niagara University in 1973 with a Bachelor of Science degree in Business Administration. Upon graduation, he joined Freed Maxick & Battaglia, CPAs, PC (Formerly Freed Maxick Sachs & Murphy, P.C.), and was elected as a Director of the Firm in 1983. Mr. Soluri is Vice Chairman of the Board of Directors of Freed Maxick & Battaglia, CPAs, PC.

Mr. Soluri has responsibility for consulting, accounting and auditing engagements with the Firm. His concentration includes 30 years in accounting and taxation including acquisitions, sales and contract negotiations. Mr. Soluri has extensive experience in estate, family transition and succession planning. His other experience includes concentrations in Securities and Exchange Commission accounting and

regulatory matters.

Mr. Soluri's other areas of expertise include client involvement with real estate, service industries, not for profit organizations, auto dealerships, contractors, distributorships, healthcare, and retail industries. As an account director, Mr. Soluri has been involved with clients in strategic planning and acquisition analysis and contract negotiations. His client base consists of closely held businesses with gross sales volumes ranging from $3 million to $300 million. He has also been involved in developing and installing accounting systems for the Firm's clients, and plays an integral part in their long term financial and estate planning process.

Mr. Soluri is a member of the American Institute of Certified Public Accountants and the Buffalo Chapter of the New York State Society of Certified Public Accountants. In addition, he is current chairman of the Mount St. Mary's Hospital Foundation, serves on the audit and finance committee and is a member of the Hilbert College Board of Trustees. He is a past treasurer of the Alzheimer's Association of Western New York and has been active as a member of the Governors of the Niagara Falls Country Club and past Treasurer, and was Chairman of the Personnel Management Committee for CPA Associates International, Inc.

DISCLAIMER STATEMENT | PRIVACY POLICY | SITE MAP

**BUFFALO:** 800 Liberty Building | Buffalo, New York 14202-3508 | Tel: (716) 847-2651 Fax: (716) 847-0069
**BATAVIA:** One Evans Street | Batavia, New York 14020 | Tel: (585) 344-1967 Fax: (585) 344-4156
**ROCHESTER:** Cross Bridge Office Park, Building #4, Suite 300 | 2000 Winton Rd. South | Rochester, NY 14618    Tel: (585)
256- 2090 | Fax: (585) 256-2101
Driven by **The Big Deal** - Choice One OnLine