IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| STUDENT FINANCE CORPORATION, : | |
| : | Bankruptcy Case No. 02-11620 |
| Debtor. : | |

| | |
|---|---|
| MBIA INSURANCE CORP. et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 02-1294-JJF |
| : | |
| ROYAL INDEMNITY COMPANY, : | |
| : | |
| Defendant. : | |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., : | |
| CHAPTER 7 TRUSTEE OF STUDENT : | |
| FINANCE CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 04-1551 JJF |
| v. : | |
| : | |
| PEPPER HAMILTON LLP, et al., : | |
| : | |
| Defendants. : | |

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-165-JJF |
| : | |
| PEPPER HAMILTON LLP, et al., : | |
| : | |
| Defendants. : | |

```
CHARLES A. STANZIALE, JR.,           :
CHAPTER 7 TRUSTEE OF STUDENT         :
FINANCE CORPORATION,                 :
                                     :
        Plaintiff,                   :
                                     : Civil Action No. 05-72-JJF
    v.                               :
                                     :
MCGLADREY & PULLEN, LLP, and         :
MICHAEL AQUINO,                      :
                                     :
        Defendants.                  :
```

## O R D E R

WHEREAS, the Court conducted a Discovery Conference in these cases on Thursday, June 1, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. All document production shall be completed no later than **Thursday, July 20, 2006**;

2. Deposition discovery shall commence on **Monday, August 21, 2006** and shall be conducted in accordance with the following:

    a. There will be no more than **one hundred (100)** depositions, divided among the parties by agreement;

    b. The maximum time for each deposition shall be **ten (10)** hours;

    c. By a majority vote of the parties, a deposition may be designated as a coordinated deposition;

    d. The maximum time for each coordinated deposition shall be **twenty-one (21)** hours over no more than three consecutive days;

3. Trial shall commence on **Tuesday, October 10, 2007;**

4. Pepper Hamilton et al. may move, not later than **Thursday, July 6, 2006,** for relief based on the opinion of the Third Circuit in <u>Seitz v. Detweiler, Hershey and Assoc., P.C. (In Re: CitX Corp.)</u> No. 05-2760, 2006 U.S. App. LEXIS 13141 (3d Cir. May 26, 2006). Other parties may join Pepper Hamilton's Motion or submit their own as appropriate.

June 7, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE