# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 14, 2006

**VIA E-FILE AND HAND DELIVERY**

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

- *Wells Fargo Bank N.A. v. Royal*, **Case No. 02-1294-JJF;**

- *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, **Case No. 04-1551-JJF;**

- *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, **Case No. 05-72-JJF; and**

- *Royal v. Pepper Hamilton, et al.*, **Case No 05-165-JJF**

Dear Judge Farnan:

This letter follows up the hearing on June 1, 2006 in the above matters. The enclosed Case Management Orders and Discovery Coordination Order have been modified in accordance with the Court's rulings and all counsel of record have signed-off on the enclosed forms of orders, which can now be entered. Please note the certain dates in the Case Management Order have been left blank to be filled in by the Court.

Respectfully submitted,

/s/ Philip Trainer, Jr.

Philip Trainer, Jr. (I.D. #2788)

Enclosures
PT,Jr./dlb

cc: David C. McBride, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
     Andre G. Castaybert, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
     Michael Waters, Esq. (Counsel for Trustee) (e-mail)
     James J. Rodgers, Esq. (Counsel for Trustee) (e-mail)
     Donald Crecca, Esq. (Counsel for Trustee) (e-mail)
     Christopher A. Ward, Esq. (Counsel for Trustee) (e-mail)
     Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
     John H. Eickemeyer, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
     Stephen J. Shapiro, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
     Elizabeth K. Ainslie, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
     Neil G. Epstein, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
     Karen Lee Turner, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
     Michael R. Lastowski, Esq. (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
     William H. Sudell, Jr., Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
     James L. Holzman, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
     Thomas Selby, Esq. (Counsel for McGladrey & Pullen LLP) (e-mail)
     Andrew Yao (U.S. Mail)

170420.1