IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | Judge Joseph J. Farnan, Jr. |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL ACQUINO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, Philip Trainer, Jr., hereby certify that on the 16th day of June, 2006, a true and correct copy of **ROYAL INDEMNITY COMPANY'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT PEPPER HAMILTON LLP'S FIRST SET OF INTERROGATORIES** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |

Dan Astin, Esquire  
Christopher A. Ward, Esquire  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801  

HAND DELIVERY

Karen L. Turner, Esquire  
Eckert Seamans Cherin & Mellott, LLC  
300 Delaware Ave., Ste. 1360  
Wilmington, DE 19801  

HAND DELIVERY

John W. Shaw, Esquire  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19899  

HAND DELIVERY

ASHBY & GEDDES

/s/ Philip Trainer, Jr.

Lawrence C. Ashby  (I.D. #468)  
Philip Trainer, Jr.  (I.D. #2788)  
Tiffany Geyer Lydon (I.D. #3950)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  

Michael H. Barr  
Kenneth J. Pfaehler  
Richard M. Zuckerman  
SONNENSCHEIN NATH & ROSENTHAL  
1221 Avenue of the Americas  
New York, New York 10020-1089  
(212) 768-6700  
(212) 768-6800 (fax)  

*Attorneys for Plaintiff Royal Indemnity Company*

Alan S. Gilbert  
John Grossbart  
SONNENSCHEIN NATH & ROSENTHAL  
8000 Sears Tower  
233 S. Wacker Drive  
Chicago, Illinois 60606  
(312) 876-8000  
(312) 876-7934 (fax)  

Dated:  June 16, 2006

## CERTIFICATE OF SERVICE

I, Philip Trainer, Jr., Esquire, hereby certify that on the 16th day of June 2006, I caused a copy of the foregoing **SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT PEPPER HAMILTON LLP'S FIRST SET OF INTERROGATORIES** to be served upon the parties listed below in the manner indicated:

### HAND DELIVERY

Dan Astin, Esquire
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Karen L. Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave., Ste. 1360
Wilmington, DE 19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

William H. Suddell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

/s/ Philip Trainer, Jr. (I.D. #2788)
Philip Trainer, Jr. (I.D. # 2788)