IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-165 |
| vs. | ) |
| | ) Judge Joseph J. Farnan, Jr. |
| PEPPER HAMILTON LLP, W. RODERICK | ) |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, MCGLADREY & PULLEN, LLP and | ) |
| MICHAEL AQUINO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1.  | 8/21/06  | Deposition discovery may commence |
|-----|----------|-----------------------------------|
| 2.  | 2/ 7 /07 | Discovery status conference |
| 3.  | 3/12/07  | Parties shall serve brief disclosures regarding subject matter of anticipated expert testimony |
| 4.  | 4/06/07  | Close of fact discovery |
| 5.  | 4/09/07  | Plaintiffs' expert reports due |
| 6.  | 4/30/07  | Defendants' expert reports due |
| 7.  | 5/14/07  | Date by which plaintiffs may submit rebuttal expert reports |
| 8.  | 5/14/07  | Expert discovery may commence |
| 9.  | 5/17/07  | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 10. | TBD      | Status conference regarding issues to be raised on summary judgment |
| 11. | 7/6/07   | Close of expert discovery |
| 12. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |

| 13. | 9/6/07 | Pretrial conference |
|---|---|---|
| 14. | 10/10/07 | Trial commences |

SO ORDERED this 19 day of June, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

170424.1