# ASHBY & GEDDES

### ATTORNEYS AND COUNSELLORS AT LAW

## 222 DELAWARE AVENUE

### P. O. BOX 1150

## WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 22, 2006

**VIA E-FILE & HAND DELIVERY**

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

> Re:    Royal v. Pepper Hamilton, et al., Case No. 05-165-JJF

Dear Judge Farnan:

I write on behalf of Royal Indemnity Company ("Royal") in connection with its pending motion to file its Second Amended Complaint (D.I. 139), which adds Freed Maxick Sachs & Murphy, P.C. as an additional party defendant. Royal's motion was filed and served by hand on all parties on June 7, 2006. Oppositions to that motion were due to be filed by June 21, 2006. No party has done so and, in a letter to the Court dated June 21, 2006, counsel for existing defendant Freed Maxick & Battaglia CPAs, PC ("FMB") has affirmatively stated that it does not oppose Royal's motion.[1]

Accordingly, enclosed is a draft form of Order which grants the relief sought by Royal's motion, which we respectfully request be entered by the Court.

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

cc:    David C. McBride, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail & hand delivery)
       Andre G. Castaybert, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
       Michael Waters, Esq. (Counsel for Trustee) (e-mail)

---

[1] FMB's letter does take issue with various statements made by Royal in its motion papers but concludes by stating that those matters can later "be developed in this action," and thus are "both premature and irrelevant" at this time. Accordingly, no purpose would be served by any further response other than that Royal does not agree with FMB's characterizations.

Honorable Joseph J. Farnan, Jr.
June 22, 2006
Page 2


James J. Rodgers, Esq. (Counsel for Trustee) (e-mail)
Donald Crecca, Esq. (Counsel for Trustee) (e-mail)
Christopher A. Ward, Esq. (Counsel for Trustee) (e-mail & hand delivery)
Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
John H. Eickemeyer, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
Stephen J. Shapiro, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
Elizabeth K. Ainslie, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
Neil G. Epstein, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
Karen Lee Turner, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail & hand delivery)
Michael R. Lastowski, Esq. (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail & hand delivery)
William H. Sudell, Jr., Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail & hand delivery)
James L. Holzman, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail & hand delivery)
Thomas Selby, Esq. (Counsel for McGladrey & Pullen LLP) (e-mail)
Andrew Yao (U.S. Mail)


170694.1