IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP and MICHAEL AQUINO, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Royal Indemnity Company's Motion to File Second Amended Complaint to Add Additional Party Defendant, filed on June 7, 2006. The date for filing objections to that motion has passed and no party has objected to the motion. This Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Royal's Motion to File Second Amended Complaint to Add Additional Party Defendant is granted.

2. Summons shall issue forthwith.

SO ORDERED this ___ day of June, 2006.

_____
United States District Judge

170695.1