AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

ROYAL INDEMNITY COMPANY,

        Plaintiff,

        V.

PEPPER HAMILTON LLP, W. RODERICK GAGNE,
FREED MAXICK & BATTAGLIA CPAs PC,
MCGLADREY & PULLEN, LLP, ICHAEL AQUINO
and FREED MAXICK SACHS & MURPHY, P.C.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    05-165-JJF

TO: (Name and address of Defendant)

    Freed Maxick Sachs & Murphy, P.C.
    c/o  Delaware Secretary of State
    Division of Corporations
    John G. Townsend Building
    Federal & Duke of York Streets
    Dover, DE   19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Tiffany Geyer Lydon, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE   19899

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   June 28, 2006

CLERK                                                         DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 28, 2006 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service Accepted by Jennie Stone at 4:01 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/28/06
Date

Signature of Server: Marian Hogan

Address of Server: 32 Woodman St ste 105, Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.