## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Answer And Affirmative Defenses Of Pepper Hamilton, LLP And W. Roderick Gagne To Second Amended Complaint** was caused to be made on July 5, 2006, in the manner indicated upon the entities identified on the attached service list.

Date:   July 5, 2006
        Wilmington, Delaware

                                            Daniel B. Butz (No. 4227)

527411