IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY : | |
| : | |
| Plaintiff, : | Civil No. 05-165(JJF) |
| : | |
| vs. : | |
| : | |
| PEPPER HAMILTON LLP, ET AL. : | |
| : | |
| Defendants. : | |

**THE PEPPER DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS ON COUNT VII (DEEPENING
INSOLVENCY) OF ROYAL'S SECOND AMENDED COMPLAINT**

On May 26, 2006, the Court of Appeals for the Third Circuit issued an opinion in the case *Seitz v. Detweiler, Hershey and Associates, P.C. (In Re: CitX Corp.)*, 448 F.3d 672 (3d Cir. 2006). During a conference on June 1, 2006, and in a subsequent Order dated June 6, 2006, this Court authorized the defendants in this action to file the instant motion seeking relief based on the *Seitz* opinion.

For the reasons set forth in the accompanying Brief, defendants Pepper Hamilton LLP ("Pepper") and W. Roderick Gagné (collectively, the "Pepper Defendants") move the Court to enter judgment on the pleadings in favor of the Pepper Defendants on Count VII (Deepening Insolvency) of the Second Amended Complaint filed by Royal Indemnity Company ("Royal")

-2-

and preclude Royal from pursuing or recovering damages arising from the alleged deepening of Student Finance Corporation's insolvency.

Dated: July 6, 2006
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ [signature]

William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP and W. Roderick Gagné*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP
Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)