IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165(JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

## ORDER

Upon consideration of **The Pepper Defendants' Motion For Judgment On The Pleadings On Count VII (Deepening Insolvency) of Royal's Second Amended Complaint** and any response thereto, it is hereby ORDERED that said motion is GRANTED and that:

    1.    Judgment is entered in favor of Pepper Hamilton LLP and W. Roderick Gagné on Count VII (Deepening Insolvency) of the Second Amended Complaint; and

    2.    If Royal Indemnity Company ("Royal") prevails on one or more of its remaining claims, Royal shall be precluded from pursuing or recovering damages that arise from the alleged deepening of Student Finance Corporation's insolvency.

Dated: _____, 2006

 

                                                                                       The Honorable Joseph J. Farnan, Jr.
                                                                                       United States District Judge