## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of

the foregoing **The Pepper Defendants' Motion For Judgment On The Pleadings On Count VII**

**(Deepening Insolvency) Of Royal's Second Amended Complaint** was caused to be made on July

6, 2006, in the manner indicated upon the entities identified on the attached service list.

Date:   July 6, 2006
       Wilmington, Delaware
                                        Daniel B. Butz (No. 4227)

527531