## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Omnibus Brief In Support Of Motions For Judgment On The Pleadings In Light Of New Third Circuit Authority** was caused to be made on July 6, 2006, in the manner indicated upon the entities identified on the attached service list.

Date:  July 6, 2006
       Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

527534