IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>               Defendants. | No. 1:05-cv-00165-JJF |

### McGLADREY & PULLEN, LLP's and MICHAEL AQUINO's MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)

McGladrey & Pullen, LLP ("McGladrey") and Michael Aquino ("Aquino"), by and through their attorneys, respectfully move to dismiss in part the Second Amended Complaint filed in this action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In support of the Motion, McGladrey and Aquino submit an accompanying Memorandum of Law with attached Exhibits, which is incorporated by reference.

DM3\378259.1

WHEREFORE, McGladrey and Aquino respectfully request that this Court enter an Order dismissing in part the Second Amended Complaint with prejudice.

Dated: July 6, 2006
       Wilmington, Delaware

DUANE MORRIS LLP

By: _____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
|---|---|
| Richard P. Swanson | Steven M. Farina |
| Veronica E. Rendon | Thomas H.L. Selby |
| Jason M. Butler | Amber M. Mettler |
| 399 Park Avenue | 725 12th Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Counsel for Defendant McGladrey & Pullen, LLP |

1

DM3\378259.1