IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | C.A. No. 05-165<br>Hon. Joseph J. Farnan, Jr. |

**DEFENDANT FREED MAXICK & BATTAGLIA, CPAS, PC'S
MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT**

Defendant Freed Maxick & Battaglia, CPAs, PC, ("FMB"), by and through its undersigned counsel, hereby moves to dismiss in part the Second Amended Complaint filed in this action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. The grounds for this motion are more fully explained in FMB's Memorandum of Law in Support of its Motion to Dismiss in Part the Second Amended Complaint, filed herewith.

Dated: July 6, 2006

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
   & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick &
Battaglia, CPAs, PC*

19631.1.\308335v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 6th day of July, 2006, I caused a copy of the foregoing **DEFENDANT FREED MAXICK & BATTAGLIA, CPAS, PC'S MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT** to be served on counsel for the parties as follows:

VIA E-FILE

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA E-FILE

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

VIA E-FILE

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

_____
J. Clayton Athey (#4378)

19631.1\303305v1