## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,

          Plaintiff,

    v.

PEPPER HAMILTON LLP, et al.,

          Defendants.

C.A. No. 05-165
Hon. Joseph J. Farnan, Jr.

### DEFENDANT FREED MAXICK & BATTAGLIA, CPAS, PC'S
### MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS
### IN PART THE SECOND AMENDED COMPLAINT

Defendant Freed Maxick & Battaglia, CPAs, PC, ("FMB") respectfully submits this memorandum in support of its motion to dismiss in part the Second Amended Complaint insofar as it asserts a cause of action for "deepening insolvency" against all defendants, including FMB. FMB hereby joins in, adopts and incorporates the arguments of defendants McGladrey & Pullen, LLP ("McGladrey") and Michael Aquino ("Aquino") for dismissal of plaintiff's "deepening insolvency" claim, based on the Third Circuit's recent decision in *Seitz v. Detweiler, Hershey and Associates, P.C. (In re CitX Corp.)*, 448 F.3d 672 (3d Cir. 2006), that are contained in McGladrey's and Aquino's Memorandum of Law in Support of Their Motion to Dismiss in Part the Second Amended Complaint filed July 6, 2006 (D.I. 172). Those arguments apply with equal force and effect to the "deepening insolvency" claim insofar as it has been asserted against FMB and that claim should therefore be dismissed.

.\308338v1

Respectfully submitted,

PRICKETT, JONES & ELLIOTT, P.A.


By:_____

James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware  19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick &*
*Battaglia, CPAs, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
    & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York  10022
212-407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com


Dated:  July 6, 2006

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 6th day of July, 2006, I caused a copy of the foregoing **DEFENDANT FREED MAXICK & BATTAGLIA, CPAS, PC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT** to be served on counsel for the parties as follows:

<u>VIA E-FILE</u>

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>VIA E-FILE</u>

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

<u>VIA E-FILE</u>

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

<u>VIA U.S. MAIL</u>

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

_____
J. Clayton Athey (#4378)

19631.1\303305v1