IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON, LLP, W. RODERICK ) | |
| GAGNE, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP, ) | |
| MICHAEL AQUINO and FREED MAXICK ) | |
| SACHS & MURPHY, P.C. ) | |

Defendants.

### AFFIDAVIT OF MAILING AS TO FREED MAXICK SACHS & MURPHY, P.C.

STATE OF DELAWARE    )
                                               SS:
COUNTY OF NEW CASTLE )

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1. I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Royal Indemnity Company.

2. Upon information and belief, the address of defendant Freed Maxick Sachs & Murphy, P.C. is 800 Liberty Building, Buffalo, NY 14202-3508.

3. On June 29, 2006, I caused to be sent to defendant Freed Maxick Sachs & Murphy, P.C. via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and second amended complaint served upon the Delaware Secretary of State, and a statement that:

   (a) service of the original of such process has been made upon the Secretary of State; and

(b) under the provisions of 10 *Del. C.* § 3104, such service is as effectual for all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

4. The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed on July 5, 2006 on behalf of defendant Freed Maxick Sachs & Murphy, P.C.

5. The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 7th day of July 2006.

_____
Notary Public

171069.1

2

# EXHIBIT A

Case 1:05-cv-00165-JJF    Document 175    Filed 07/07/2006    Page 3 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON, LLP, W. RODERICK ) | |
| GAGNE, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP, ) | |
| MICHAEL AQUINO & FREED MAXICK ) | |
| SACHS & MURPHY, P.C., ) | |
| ) | |
| Defendants. | |

## NOTICE

TO:   FREED MAXICK SACHS & MURPHY, P.C.
      800 LIBERTY BUILDING
      BUFFALO, NY 14202-3508

PLEASE TAKE NOTICE that service of process directed to you in the captioned matter has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies of said process and Plaintiff Royal Indemnity Company's Second Amended Complaint are enclosed herewith. Under the provisions of 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

- and -

Alan S. Gilbert
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: June 29, 2006

**ORIGINAL BY REGISTERED MAIL NO. RA 122 365 646 US, RETURN RECEIPT REQUESTED; COPY BY FIRST CLASS U.S. MAIL**

170867.1

---

**Receipt for Registered Mail** (Customer Copy)

Registered No. RA 122 365 646 US

| | |
|---|---|
| Reg. Fee $7.90 | Special Delivery $ |
| Handling Charge $0.00 | Return Receipt $1.85 |
| Postage $2.79 | Restricted Delivery $0.00 |
| Received by: [signature] | Customer Must Declare Full Value $0.00 — With Postal Insurance [X] / Without Postal Insurance |

Date Stamp: JUN 29 2006, Wilmington, USPS — 06/29/2006

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
ASHBY & GEDDES
222 DELAWARE AVENUE
P.O. BOX 1150
WILMINGTON, DE 19899
19801

TO:
Freed Maxick Sachs & Murphy, P.C.
800 Liberty Building
Buffalo, NY 14202-3508
BUFFALO NY 14202

PS Form 3806, June 2000 (See Information on Reverse)

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. Keigl   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  D. Keigel   C. Date of Delivery 7-5-06<br>D. Is delivery address different from item 1?  ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Freed Maxick Sachs & Murphy, P.C.<br>800 Liberty Building<br>Buffalo, NY  14202-3508 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RA 122 365 646 US | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2006, the attached **AFFIDAVIT OF MAILING AS TO FREED MAXICK SACHS & MURPHY, P.C.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | HAND DELIVERY |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | <u>VIA FEDERAL EXPRESS</u> |

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>261 Chapman Road, Suite 101<br>Newark, DE 19702-5423 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010. | <u>U.S. MAIL</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

170005.1

3