IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.<br><br>Defendants. | C.A. No. 05-165 (JJF) |

**DEFENDANT FREED MAXICK SACHS & MURPHY, P.C.'S
MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT**

Defendant Freed Maxick Sachs & Murphy, P.C. ("FMSM") respectfully submits this memorandum in support of its motion to dismiss in part the Second Amended Complaint insofar as it asserts a cause of action for "deepening insolvency" against all defendants, including FMSM. FMSM hereby joins in, adopts and incorporates the arguments of defendants McGladrey & Pullen, LLP ("McGladrey") and Michael Aquino ("Aquino") for dismissal of plaintiff's "deepening insolvency" claim, based on the Third Circuit's recent decision in *Seitz v. Detweiler, Hershey and Associates, P.C. (In re CitX Corp.),* 448 F.3d 672 (3d Cir. 2006), that are contained in McGladrey's and Aquino's Memorandum of Law in Support of Their Motion to Dismiss in Part the Second Amended Complaint filed on July 6, 2006 (D.I. 172). Those arguments apply with equal force and effect to the "deepening insolvency" claim insofar as it has been asserted against FMSM and that claim should therefore be dismissed.

Dated: July 18, 2006

        Respectfully submitted,

        PRICKETT, JONES & ELLIOTT, P.A.

        By: _____
        James L. Holzman (Bar ID #663)
        J. Clayton Athey (Bar ID #4378)
        1310 King Street
        Wilmington, Delaware 19801
        (302) 888-6500
        jlholzman@prickett.com
        jcathey@prickett.com
        *Attorneys for Defendant Freed Maxick Sachs & Murphy, PC*

        OF COUNSEL:

        John H. Eickemeyer (JE-8302)
        Jonathan A. Wexler (JW-5587)
        Marie A. Tieri (MT-0910)
        VEDDER, PRICE, KAUFMAN
           & KAMMHOLZ, P.C.
        805 Third Avenue
        New York, New York 10022
        212-407-7700
        jeickemeyer@vedderprice.com
        jwexler@vedderprice.com
        mtieri@vedderprice.com

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 18th day of July, 2006, I caused a copy of the foregoing **DEFENDANT FREED MAXICK SACHS & MURPHY, P.C.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT** to be served on counsel for the parties as follows:

VIA E-FILE

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA E-FILE

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

VIA E-FILE

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

J. Clayton Athey (#4378)