## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Stipulation Extending Time For The Filing Of Response And Reply Briefs** was caused to be made on July 18, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date: July 18, 2006
Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

529328