## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Reply Brief In Support Of The Pepper Defendants' Motion For Judgment On The Pleadings On Count VII (Deepening Insolvency) Of Royal's Second Amended Complaint** was caused to be made on August 8, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date:  August 8, 2006  
       Wilmington, Delaware

*/s/ William H. Sudell, Jr.*  
William H. Sudell, Jr. (No. 0463)

531949