IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br>   Plaintiff,<br><br>   v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ,<br>FREED MAXICK & BATTAGLIA CPAs,<br>McGLADREY & PULLEN, LLP, MICHAEL<br>AQUINO, and FREED MAXICK SACHS &<br>MURPHY, P.C.<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-165-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**McGLADREY & PULLEN, LLP's and MICHAEL AQUINO's**
**REPLY MEMORANDUM IN SUPPORT OF THEIR**
**MOTION TO DISMISS IN PART THE SECOND AMENDED COMPLAINT**

DUANE MORRIS LLP
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

| | |
|---|---|
| ARNOLD & PORTER LLP<br>Richard P. Swanson<br>Veronica E. Rendon<br>Jason M. Butler<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-715-1000<br>Fax: 212-715-1399<br>Attorneys for McGladrey & Pullen, LLP<br>and Michael Aquino | WILLIAMS & CONNOLLY LLP<br>Steven M. Farina<br>Thomas H.L. Selby<br>Amber M. Mettler<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Phone: 202-434-5000<br>Fax: 202-434-5029<br>Attorneys for Defendant McGladrey &<br>Pullen, LLP |

## TABLE OF CONTENTS

**Page**

Argument..................................................................................................................................2

Conclusion...............................................................................................................................4

DM3\386897.2

# TABLE OF AUTHORITIES

## CASES

*Seitz v. Detweiler, Hershey and Associates, P.C. (In re Citx Corp.)*, 448 F.3d 672 (3d Cir. 2006)..........2, 3

DM3\386897.2

## ARGUMENT

In its opposition to McGladrey & Pullen LLP's and Michael Aquino's Motion to Dismiss in Part the Second Amended Complaint of Royal Indemnity Company, Royal offered to withdraw its seventh cause of action for deepening insolvency without prejudice. That cause of action is at the heart of McGladrey's and Aquino's motion. Although McGladrey and Aquino believe the Third Circuit's decision in *Seitz v. Detweiler, Hershey and Associates, P.C. (In re Citx Corp.)*, 448 F.3d 672 (3d Cir. 2006), supports a dismissal with prejudice, McGladrey and Aquino will withdraw their motion in order to preserve the Court's and the various parties' time and resources. Such withdrawal is without prejudice, and McGladrey and Aquino reserve their right to renew their motion should Royal ever reassert its deepening insolvency claim. Once Royal amends its Second Amended Complaint by withdrawing Count VII for deepening insolvency, as it indicates it will in its opposition brief, McGladrey and Aquino will file their answer.

Having said that, McGladrey and Aquino strongly object to the overreaching statements set forth in Royal's opposition brief, which misstate the record in this case. Specifically, Royal makes a number of statements about the import of this Court's March 31, 2006 order (the "Order") denying McGladrey's and Aquino's motion to dismiss Royal's Amended Complaint which are not supported by the record.

When this Court issued its Order, it did not provide the substantive rationale underlying the Court's decision. Rather, the Court indicated in its Order that it would issue a memorandum opinion setting forth the Court's rationale at a later date. Given the complexity of the arguments, including choice of law, and the potential factual issues associated with them, there are many reasons why the Court may have denied McGladrey's and Aquino's initial motion to dismiss. Additionally, such a denial may well have been without prejudice to the Court granting a motion for summary judgment in favor of McGladrey and Aquino on the basis of the same arguments at a later point in time.

Notwithstanding that the Court has not yet indicated the basis for its Order, Royal makes a number of significant assumptions in its opposition brief about the Court's rationale which, if accepted at face value, would have a significant effect on the case. For instance, on page 2 of its brief, Royal claims that "by

2

necessary implication," the Court's Order rejected "all of the arguments asserted by Defendants." Royal goes on to assume without basis that "Defendants' motions, including their Pennsylvania law-based statute of limitations arguments with respect to Royal's deepening insolvency claims, were fully denied" (Royal Opposition at p.2), and that "Delaware law applies here (and if not Delaware, then North Carolina)." *Id.* at 4.

Which state's law applies to this case is an important issue that, as of this date, remains open (as do the other arguments briefed in McGladrey's and Aquino's motion to dismiss). It is improper for Royal to act as though the choice of law issue (or any other issue raised in the motion for that matter) has been definitively decided based on the record that exists to date. As the Court has not yet set forth the reasons it denied the motion to dismiss, it is wholly improper for Royal to opine on the bases for the Court's ruling.

## CONCLUSION

For the reasons set for above, McGladrey and Aquino will withdraw their Motion to Dismiss in Part the Second Amended Complaint without prejudice. McGladrey and Aquino with file an answer once Royal amends its Second Amended Complaint by withdrawing Count VII for deepening insolvency.

Dated: August 8, 2006

DUANE MORRIS LLP

By: _____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
|---|---|
| Veronica E. Rendon | Steven M. Farina |
| Jason M. Butler | Thomas H.L. Selby |
| Glynn Spelliscy | Amber M. Mettler |
| 399 Park Avenue | 725 12th Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| | |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Counsel for Defendant McGladrey & Pullen, LLP |