Westlaw.

Not Reported in F.Supp.2d                                                                                              Page 1

Not Reported in F.Supp.2d, 2005 WL 563698 (E.D.Pa.)
**(Cite as: Not Reported in F.Supp.2d)**

**H**
Briefs and Other Related Documents
Only the Westlaw citation is currently available.
United States District Court,E.D. Pennsylvania.
David H. MARION, Receiver for Robert L. Bentley, Bentley Financial Services, Inc. and Entrust Group
v.
BENISTAR, LTD., Benistar 419 Plan Services, Inc., Benistar 419 Advantage Benefit Plan and Trust and Benistar Administrative Services, Inc.
**No. Civ.A. 03-4700.**

March 10, 2005.

David D. Langfitt, Jeanne L. Bakker, Montgomery McCracken Walker & Rhoads, LLP, Philadelphia, PA, for Plaintiffs.
Aaron C.F. Finkbiner, III, Francis Gregory Lastowka, Robert C. Heim, Dechert LLP, Ira B. Silverstein, Thorp, Reed & Armstrong, LLP, Philadelphia, PA, for Defendants.

*MEMORANDUM AND ORDER*

FULLAM, J.
*1 Plaintiff is the appointed Receiver for the Bentley entities, that were involved in an extensive Ponzi scheme. Plaintiff has been charged with the recovery of assets transferred by the Bentley entities to others prior to the Receivership order.

Defendants are a multi-employer welfare benefit plan and the entities that run it. The Second Amended Complaint alleges that the Bentley entities transferred over $195,000 to defendants for insurance coverage, and asserts that those funds should be returned. The complaint alleges four counts: Count I, Unjust Enrichment; Count II, Constructive Trust; Count III, Fraudulent Conveyance; Count IV, Rescission. Defendants have now moved to dismiss the complaint in its entirety. For the reasons that follow, that motion will be granted in part and denied in part.

The unjust enrichment claim asserted in Count I will be dismissed, since that doctrine is not applicable when the relationship between the parties is based upon a written agreement. *See Roberts v. Fleet Bank,* 432 F.3d 260, 270-71 (3d Cir.2003).

The claim based upon the assertion of a constructive trust, in Count II, will also be dismissed. A constructive trust is a remedy, not an independent cause of action. *Kaiser v. Stewart,* 1997 WL 476455 (E.D.Pa. Aug.19, 1997).

Count III asserts claims based upon the Pennsylvania Fraudulent Transfer Act, 12 Pa.C.S. § 5104. Plaintiff alleges that the Bentley entities were insolvent, and that the transfers to defendant were made with intent to defraud, and were not supported by reasonably equivalent value. Since it is undisputed that the Bentley entities were operating a Ponzi scheme, Mr. Bentley's intent to defraud can be presumed. *Missal v. Washington,* 1998 U.S. Dist. LEXIS 6016 (D.D.C. April 17, 1998) (" Because a Ponzi scheme is, by definition, unable to repay all creditors, any transfer from the scheme to a creditor is necessarily made with intent to hinder the rights of some other creditor ..."). Count III will not be dismissed.

In Count IV, plaintiff asserts a claim for rescission. Plaintiff has adequately alleged the essential elements of such a claim. Count IV will not be dismissed.

An Order follows.

*ORDER*

AND NOW, this 10th day of March, 2005, upon consideration of defendant's motion to dismiss the second amended complaint and the responses thereto, IT is ORDERED:

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d                                                                                              Page 2
Not Reported in F.Supp.2d, 2005 WL 563698 (E.D.Pa.)
**(Cite as: Not Reported in F.Supp.2d)**

1. Counts I and II are dismissed.
2. In all other respects the motion is DENIED.

E.D.Pa.,2005.
Marion v. Benistar, Ltd.
Not Reported in F.Supp.2d, 2005 WL 563698 (E.D.Pa.)

Briefs and Other Related Documents (Back to top)

• 2005 WL 3674401 (Trial Motion, Memorandum and Affidavit) Motion (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3674400 (Trial Motion, Memorandum and Affidavit) Reply Memorandum in support of Receiver's Motion to Compel (Oct. 19, 2005) Original Image of this Document (PDF)
• 2005 WL 3674399 (Trial Motion, Memorandum and Affidavit) Motion (Oct. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3674398 (Trial Motion, Memorandum and Affidavit) Motion (Oct. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3674397 (Trial Motion, Memorandum and Affidavit) Motion (Sep. 23, 2005) Original Image of this Document (PDF)
• 2005 WL 3671839 (Trial Pleading) Answer And Affirmative Defenses of Defendants Benistar, Ltd., Benistar 419 Plan Services, Inc., Benistar 419 Advantage Benefit Plan and Trust, and Benistar Administrative Services, Inc. to The Second Amended Complaint of David H. Marion, Receiver for Robert L. Bentley, Bentley Financial Services, Inc. and Entrust Group (Apr. 7, 2005) Original Image of this Document (PDF)
• 2004 WL 3660361 (Trial Motion, Memorandum and Affidavit) The Benistar Defendants' Reply Brief in Further Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint (Oct. 26, 2004) Original Image of this Document (PDF)
• 2004 WL 3660360 (Trial Motion, Memorandum and Affidavit) Memorandum of the Receiver in Opposition to the Motion of the Benistar Defendants to Dismiss Plaintiff's Second Amended Complaint (Oct. 8, 2004) Original Image of this Document (PDF)
• 2004 WL 3657653 (Trial Pleading) Second Amended Complaint (Sep. 1, 2004) Original Image of this Document (PDF)
• 2004 WL 3660359 (Trial Motion, Memorandum and Affidavit) Reply in Support of Motion of Receiver to Strike (Apr. 2, 2004) Original Image of this Document with Appendix (PDF)
• 2004 WL 3660358 (Trial Motion, Memorandum and Affidavit) Motion (Mar. 16, 2004) Original Image of this Document with Appendix (PDF)
• 2003 WL 24230593 (Trial Pleading) Complaint (Aug. 14, 2003) Original Image of this Document (PDF)
• 2:03cv04700 (Docket) (Aug. 14, 2003)
• 2003 WL 24230594 (Trial Pleading) %iAMENDED COMPLAINT%i (2003) Original Image of this Document with Appendix (PDF)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.