IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,

Plaintiff,

v.

PEPPER HAMILTON LLP, RODERICK
GAGNÉ, FREED MAXICK & BATTAGLIA
CPAs, PC, McGLADREY & PULLEN, LLP,
MICHAEL AQUINO, and FREED MAXICK
SACHS & MURPHY, P.C.,

Defendants.

C.A. No. 05-165 (JJF)

**DEFENDANTS FREED MAXICK & BATTAGLIA, CPAS, PC AND FREED MAXICK
SACHS & MURPHY, PC'S REPLY MEMORANDUM IN SUPPORT OF THEIR
MOTIONS TO DISMISS IN PART ROYAL'S SECOND AMENDED COMPLAINT**

Defendants Freed Maxick & Battaglia, CPAs, PC ("FMB") and Freed Maxick Sachs &
Murphy, PC ("FMSM") respectfully submit this Reply Memorandum in further support of their
respective Motions to Dismiss (D.I. 173 and 179) in part the Second Amended Complaint insofar
as it asserts a cause of action for "deepening insolvency" against all defendants, including FMB
and FMSM.

FMB and FMSM hereby join in, adopt and incorporate the statements of defendants
McGladrey & Pullen, LLP ("McGladrey") and Michael Aquino ("Aquino") as set forth in their
Reply Memorandum in Support of Their Motion to Dismiss in Part the Second Amended
Complaint filed on August 8, 2006 (D.I. 202). Further, in view of Royal's offer to withdraw its
purported "deepening insolvency" cause of action, FMB and FMSM will also withdraw their
pending Motions to Dismiss Count VII in Royal's Second Amended Complaint, but specifically
reserve their right to renew their motions should Royal ever reassert its "deepening insolvency"
claim against FMB and/or FMSM.

19631.1.\310901v1

Dated:  August 8, 2006

Respectfully submitted,

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware  19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendants Freed Maxick &*
*Battaglia, CPA, PC and Freed Maxick Sachs*
*& Murphy, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
    & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York  10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com