## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 8th day of August, 2006, I caused a copy of the foregoing **Defendant Freed Maxick & Battaglia, CPAs, PC and Freed Maxick Sachs & Murphy, PC's Reply Memorandum in Support of Their Motions to Dismiss in Part Royal's Second Amended Complaint** to be served on counsel for the parties as follows:

| VIA E-FILE | VIA E-FILE |
|---|---|
| Lawrence C. Ashby, Esquire<br>Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 | William H. Sudell, Jr., Esquire<br>Daniel Butz, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| **VIA E-FILE** | **VIA US MAIL** |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | John I. Grossbart, Esquire<br>Steven L. Merouse, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL  60606 |

J. Clayton Athey (#4378)