IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>           Defendants. | C.A. No. 05-165 (JJF)<br><br>Hon. Joseph J. Farnan, Jr. |

### NOTICE OF SERVICE

I hereby certify that on the 16th day of August, 2006, a true and correct copy of **DEFENDANT FREED MAXICK SACHS & MURPHY, P.C.'S RESPONSE TO ROYAL INDEMNITY COMPANY'S REQUEST FOR PRODUCTION** was served upon the below-named counsel of record at the address and in the manner indicated:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

19631.1\311756v1

<u>VIA HAND DELIVERY</u>

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

<u>VIA U.S. MAIL</u>

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102

<u>VIA U.S. MAIL</u>

Elizabeth K. Ainslie, Esquire
Schneider Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA  19102

<u>VIA U.S. MAIL</u>

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

<u>VIA U.S. MAIL</u>

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

<u>VIA U.S. MAIL</u>

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606

<u>VIA U.S. MAIL</u>

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

<u>VIA U.S. MAIL</u>

James J. Rodgers, Esquire
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595

<u>VIA U.S. MAIL</u>

Michael H. Barr, Esquire
Kenneth J. Phaehler, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020-1089

<u>VIA U.S. MAIL</u>

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Dated: August 16, 2006

                                                   Respectfully submitted,

                                                   PRICKETT, JONES & ELLIOTT, P.A.

                                                 By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia, CPAs, PC and Freed Maxick Sachs & Murphy, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
   & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com