IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, )<br>W. RODERICK GAGNE, )<br>FREED MAXICK & BATTAGLIA CPAs PC, )<br>McGLADREY & PULLEN, LLP, )<br>MICHAEL AQUINO, and )<br>FREED MAXICK SACHS & MURPHY, P.C., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-165-JJF<br><br>Hon. Joseph J. Farnan, Jr. |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that Defendant, McGladrey & Pullen, LLP, has served or will serve the attached subpoenas as indicated on each subpoena.

_____
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel for McGladrey & Pullen, LLP and Michael Aquino*

*Of Counsel:*

ARNOLD & PORTER LLP
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H.L. Selby
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendant McGladrey & Pullen, LLP*