## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, the attached **NOTICE OF SUBPOENAS** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
*Via Hand Delivery*

Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
*Via Hand Delivery*

Elizabeth K. Ainslie, Esq.
Schneider Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
*Via First Class Mail*

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801
*Via Hand Delivery*

James L. Holzman, Esq.
Clayton Athey, Esq.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801
*Via Hand Delivery*

John I. Grossbart, Esq.
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Via First Class Mail*

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Via First Class Mail*

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102
*Via First Class Mail*

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Via First Class Mail*

John W. Shaw, Esq.
Dawn Jones, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899
*Via Hand Delivery*

Andre G. Castaybert, Esq.
Steven Obus, Esq.
Brian Friedman, Esq.
Lisa Bauer, Esq.
David McTaggart, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Via First Class Mail*

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Amber M. Mettler, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005
*Via First Class Mail*

Michael H. Barr, Esq.
Kenneth J. Phaehler, Esq.
Robert W. Gifford, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089
*Via First Class Mail*

Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
*Via First Class Mail*

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
*Via First Class Mail*

Daniel K. Astin, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Via Hand Delivery*

_____
Christopher M. Winter