IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-165-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN LLP MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ROYAL INDEMNITY COMPANY'S UNOPPOSED MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Royal Indemnity Company ("Royal") hereby moves for leave to file its Third Amended Complaint. This motion is unopposed. In further support, Royal states as follows:

1. On July 6, 2006, all of the defendants, citing *Seitz v. Detweiler, Hershey & Assocs., P.C.* (*In re CitX Corp.*), 448 F.3d 672 (3d Cir. 2006), filed renewed motions pursuant to Fed. R. Civ. P. 12 seeking various forms of relief directed to Count VII of Royal's Second Amended Complaint, which set forth Royal's state law cause of action for deepening insolvency. In its Order dated March 31, 2006 (D.I. 122), this Court previously denied the defendants' original Rule 12 motions directed to that claim.

2. In responding to and opposing those motions, Royal stated that in the interest of judicial economy, it nevertheless was prepared to amend its Complaint for the sole purpose of withdrawing its Count VII deepening insolvency claim without prejudice.

3. Thereafter, all of the defendants filed reply memoranda, stating, among other things, that they had no objection to Royal's proposal to withdraw its Count VII deepening insolvency claim without prejudice.[1]

4. Accordingly, attached is a redlined version of Royal's proposed Third Amended Complaint. The proposed Third Amended Complaint is identical to the existing Second Amended Complaint except for the deletion of Count VII and the re-numbering of what previously had been Count VIII of the Second Amended Complaint as Count VII of the proposed Third Amended Complaint.

WHEREFORE, Royal respectfully requests that this Court enter an Order granting it leave to file its Third Amended Complaint and withdraw its deepening insolvency claim without prejudice.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 654-1888
(302) 654-2067 (Fax)

*Attorneys for Plaintiff*
*Royal Indemnity Company*

---

[1] Defendants indicated as much in the following filings: (1) Reply Brief in Support of the Pepper Defendants' Motion for Judgment on the Pleadings on Count VII (Deepening Insolvency) of Royal's Second Amended Complaint (D.I. 201); McGladrey & Pullen, LLP's and Michael Aquino's Reply Memorandum in Support of Their Motion to Dismiss in Part the Second Amended Complaint (D.I. 202); and Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, PC's Reply Memorandum in Support of Their Motions to Dismiss in Part Royal's Second Amended Complaint (D.I. 203).

- 3 -

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020-1089
(212) 768-6700
(212) 768-6800 (Fax)

    and

John Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
(312) 876-8000
(312) 876-7934 (Fax)

Dated:  August 18, 2006

172258.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Court having considered Plaintiff Royal Indemnity Company's Unopposed Motion for Leave to File Amended Complaint; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that:

Royal Indemnity Company's Unopposed Motion for Leave to File Third Amended Complaint is GRANTED.

_____
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, the attached **ROYAL INDEMNITY COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

| | |
|---|---|
| Christopher A. Ward, Esquire<br>Ashley B. Stitzer, Esquire<br>Daniel K. Astin, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | VIA FEDERAL EXPRESS |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 | VIA FEDERAL EXPRESS |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC  20005 | VIA FEDERAL EXPRESS |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | VIA FEDERAL EXPRESS |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | VIA FEDERAL EXPRESS |

3

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE  19803-2769 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA  19010 | <u>U.S. MAIL</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

170005.1