IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,                    )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )    C.A. No. 05-165-JJF
                                            )
PEPPER HAMILTON LLP, W. RODERICK            )
GAGNÉ, FREED MAXICK & BATTAGLIA             )
CPAs PC, MCGLADREY & PULLEN, LLP,           )
MICHAEL AQUINO and FREED MAXICK             )
SACHS & MURPHY, P.C.,                       )
                                            )
                Defendants.                 )

## ORDER

The Court having considered Plaintiff Royal Indemnity Company's Unopposed Motion

for Leave to File Amended Complaint; and the Court having determined that there exists just

cause for the relief granted herein;

IT IS HEREBY ORDERED this ___ day of _____ 2006 that:

Royal Indemnity Company's Unopposed Motion for Leave to File Third Amended

Complaint is GRANTED.

United States District Judge