# EXHIBIT A



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

John I. Grossbart
312.876.8095
jgrossbart@sonnenschein.com

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

August 1, 2006

To: All Counsel (On Attached Service List)

Re:  *MBIA Insurance Corporation, et al. v. Royal Indemnity/Royal Indemnity Company v. Yao, et al./Royal Indemnity v. MBIA Bank et al.* - C.A. No. 02-1294-JJF
*Charles A. Stanziale, Jr. v. Pepper Hamilton LLP, et al.* - C.A. No. 04-1551-JJF
*Charles A. Stanziale, Jr. v. McGladrey & Pullen, et al.* - C.A. No. 05-72-JJF
*Royal Indemnity Company v. Pepper Hamilton, et al.* - C.A. No. 05-165-JJF

Dear Counsel:

The purpose of this letter is to attempt to memorialize those agreements and impasses reached at the meet and confer session held in New York on July 26, 2006.

Attached is a list highlighting an initial group of 39 witnesses (including 30(b)(6) witnesses) that the parties agree should be deposed, to the fullest extent possible, during the first approximately ten-week period following the commencement of deposition discovery -- August 21 to October 27, 2006 -- regarding the claims that are the subject of each Case Management Order No. 1 entered in each of the above actions.[1] The list also identifies whether the witness should initially be classified as an "A" or "B" witness pursuant to the Discovery Coordination Order,[2] and which party shall be responsible for securing the attendance of the witness at deposition -- whether by subpoena or otherwise -- and making all necessary arrangements.

It is further understood that while we all will endeavor to spread these witnesses across the initial ten-week period as evenly as reasonably possible, given the large number of witnesses outside the control of the parties, deposition dates necessarily will be set within that period at

---

[1] There actually are 42 highlighted entries. Three entries listed under McGladrey/Freed relate to depositions that were requested but to which has McGladrey objected because it is unwilling to produce any witnesses on accounting issues prior to some unspecified date in December, 2006.

[2] We all have agreed that for current or former employees of MBIA/Wells Fargo, Royal Indemnity, Pepper Hamilton and related parties, and the accounting firms and related parties, the "A" witness classification, while still limited to 2 days, may involve depositions as long as 14 hours.



QUALITY · DEDICATION · INTEGRITY
100 YEARS
2006

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

To: All Counsel (On Attached Service List)
August 1, 2006
Page 2

times and places to be determined largely by scheduling issues involving the witness, not the parties' attorneys. All parties acknowledge that depositions will surely overlap.

It is understood that to the extent any of the highlighted witnesses also may provide testimony related to the so-called remand issues which are the subject of Case Management Order No. 2 in Case No. 02-1294, such testimony will be elicited as part of a single deposition. MBIA/Wells Fargo and Royal also continue to work separately regarding the scheduling of depositions of witnesses who are expected to provide testimony relevant *only* to the remand issues. To the extent such depositions are scheduled, all parties will be advised and, of course, may attend.

We also discussed ground rules for metadata and native format productions, which we are preparing and hope to circulate soon for comments. Counsel for McGladrey has agreed to analyze proposals from court reporting firms.

Please advise all counsel if any of you believe that this letter and attachment misstates our understandings to this point.

Sincerely,

John I. Grossbart

12098823



QUALITY DEDICATION · INTEGRITY
100 YEARS
2006

### *Wells Fargo Bank N.A. v. Royal*, Case No. 02-1294-JJF

| | |
|---|---|
| John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | *Counsel for Wells Fargo Bank, N.A. and MBIA Insurance Corporation* |
| Andre G. Castaybert<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | *Counsel for Wells Fargo Bank, N.A. and MBIA Insurance Corporation* |
| Lawrence C. Ashby<br>Philip Trainer, Jr.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | *Counsel for Royal Indemnity Company* |
| Andrew Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 | |

### *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, Case No. 04-1551-JJF

| | |
|---|---|
| Michael S. Waters, Esq.<br>Lois G. Goodman, Esq.<br>McElroy Deutsch Mulvaney & Carpenter<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | *Counsel for Trustee* |
| William H. Sudell, Jr., Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | *Counsel for Pepper Hamilton LLP and W. Roderick Gagne* |

| | |
|---|---|
| Stephen J. Shapiro, Esq.<br>Elizabeth K. Ainslie<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Suite 3600<br>Philadelphia, PA 19103 | *Counsel for Pepper Hamilton and W. Roderick Gagne* |
| Neil G. Epstein, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | *Counsel for Robert L. Bast and Pamela Bashore Gagne* |

**Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al., Case No. 05-72-JJF**

| | |
|---|---|
| Michael S. Waters, Esq.<br>Lois G. Goodman, Esq.<br>McElroy Deutsch Mulvaney & Carpenter<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | *Counsel for Trustee* |
| Michael R. Lastkowski, Esq.<br>Christopher M. Winter, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | *Counsel for McGladrey & Pullen LLP and Michael Aquino* |
| Veronica E. Rendon<br>Jason Butler<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | *Counsel for McGladrey & Pullen LLP and Michael Aquino* |

## Royal v. Pepper Hamilton, et al., Case No 05-165-JJF

Philip Trainer, Jr.  
Tiffany Geyer Lydon  
Ashby & Geddes  
222 Delaware Avenue, 17th Floor  
P. O. Box 1150  
Wilmington, DE 19899

*Counsel for Royal Indemnity Company*

William H. Sudell, Jr., Esq.  
Morris Nichols Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19899-1347

*Counsel for Pepper Hamilton LLP and W. Roderick Gagne*

Stephen J. Shapiro, Esq.  
Elizabeth K. Ainslie  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street  
Suite 3600  
Philadelphia, PA 19103

*Counsel for Pepper Hamilton and W. Roderick Gagne*

James L. Holzman, Esq  
J. Clayton Athey, Esq.  
Prickett, Jones & Elliott, P.A.  
1310 King Street  
Wilmington, DE 19899

*Counsel for Freed Maxick & Battaglia CPAs, PC*

John H. Eickemeyer, Esq.  
Vedder Price Kaufman & Kammholz, P.C.  
805 Third Avenue  
New York, NY 10022

*Counsel for Freed Maxick & Battaglia CPAs, PC*

Michael R. Lastkowski, Esq.  
Christopher M. Winter, Esq.  
Duane Morris LLP  
1100 North Market Street  
Suite 1200  
Wilmington, DE 19801

*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Veronica E. Rendon  
Jason Butler  
Arnold & Porter LLP  
399 Park Avenue  
New York, NY 10022-4690

*Counsel for McGladrey & Pullen LLP and Michael Aquino*

- 3 -

Thomas H.L. Selby, Esq.  *Counsel for McGladrey & Pullen LLP*
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

12082844

| Wells Fargo/MBIA-Affiliated Witnesses | | | |
|---|---|---|---|
| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Wells Corp. Rep. | | | |
| Wells Corp. Rep. - Remand Issues | | Remand | |
| Blake, Robert | MBIA employee | | |
| Buckalew, Mary | Wells employee | Remand | |
| Carter, Angela | Wells employee | Remand | |
| Dahl, Melissa | Wells employee | | |
| Davila, Pedro | Wells employee | Remand | |
| Dorn, John | Wells employee | | |
| Dougherty, Michael | Wells employee | | |
| Evans, Mark C. | Wells employee | Remand | |
| Fauchald, Duane | Wells employee | | |
| Fitzpatrick, Leslie | Wells employee | Remand | |
| Forrester, Brian | Wells employee | Remand | |
| Foster, Linda | Wells employee | Remand | |
| Hatzenbuhler, Jerry | Wells employee | | |
| Heitzman, David | Wells employee | | |
| Kinzel, John | Wells employee | | |
| Koester, Corey | Wells employee | | |
| Lee, Carrie | Wells employee | | |
| Lincoln, Don | Wells employee | | |
| Maka, Jaclyn | Wells employee | Remand | |
| Mathews, Richard | Wells employee | Remand | |
| Mears, Andrew | Wells employee | | |
| Mowbray, Aaron | Wells employee | | |
| Mundell, Tim | Wells employee | Remand | |
| Naasz, Steve | Wells employee | | |
| O'Dunne, Michael | Wells employee | Remand | |
| Peulen, Teresa | **Wells employee** | N/A | A |
| Pitcher, Jack | Wells employee | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

| Wells Fargo/MBIA-Affiliated Witnesses | | | |
|---|---|---|---|
| | | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Potter, Rick | Wells employee | N/A | | A |
| Raby, Adrienne | Wells employee | | Remand | |
| Rowland, Leo | MBIA employee | | Remand | |
| Rush, Thelma | Wells employee | | Remand | |
| Schrof, Robert | Wells employee (former SFC Employee) | Pepper | | B |
| Silverman, Deborah | MBIA employee | | | |
| Simon, Don | MBIA employee | | Remand | |
| Sohlberg, Mary | Wells employee | | | |
| Stershic, Marianna | Wells employee | N/A | | B |
| Swanell, Lori | Wells employee | | | |
| Thomes, Jim | Wells employee | | | |
| Turner, Dianna | Wells employee | | | |
| Vincent, Joann | Wells employee | | | |
| Weidner, John | Wells employee | | | |
| Willoughby, Jim | Wells employee | | | |
| Wilson, Shirley | Wells employee | | Remand | |
| Wraalstad, Tom | Wells employee | | | |
| Zimmerman, Cheryl | Wells employee | | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

- 2 -

### McGladrey/Freed-Affiliated Witnesses

| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
|---|---|---|---|
| Freed Corp. Rep (Accounting Issues) | N/A | | A |
| Freed Corp. Rep (Document Production Issues) | N/A | | A |
| McGladrey Corp. Rep (Accounting Issues)* | N/A | | A |
| McGladrey Corp. Rep. (Document Production Issues) | N/A | | A |
| Corporate Rep - RSM McG | | | |
| Aquino, Michael* | McGladrey / Freed Partner | | |
| Colatrella, Mark* | McGladrey Accountant | N/A | B |
| Glaser, Robert | Freed Chairman | | |
| Mashburn, Morris* | McGladrey employee | | |
| Murray, Bruce* | McGladrey partner | | |
| Westad, Jeff* | McGladrey / Freed Accountant | N/A | B |

*McGladrey and Aquino have objected to these depositions occurring before some unspecified date in December 2006.

- 3 -

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

| Pepper/Gagne-Affiliated Witnesses | | | |
|---|---|---|---|
| Pepper Corp. Rep - Document Production Issues | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Bast, Robert | Pepper | N/A | A |
| Boericke, J. Bradley | Pepper Attorney | | |
| Cole, Thomas | Pepper Attorney | | |
| DeCarlo, Maria | Pepper Paralegal | | |
| Eckman, Richard | Pepper Attorney | | |
| Gagne, Pamela | Pepper | | |
| Gagne, W. Roderick | Pepper Attorney | | |
| Gibson, Shelia | Pepper Attorney (Former) | N/A | B |
| Grant, Duncan | Pepper Attorney | N/A | A |
| Lawlor, James | Pepper Attorney (Former) | | |
| Murray, James | Pepper Attorney | | |
| Perry, Janet | Pepper Attorney | | |
| Pooler, John | Pepper Comptroller | | |
| Richardson, Shari (nee Schneider) | Pepper | | |
| Shiekman, Laurence | Pepper Attorney | | |
| Surbeck, David | Pepper Attorney | | |
| Unterberger, Andrea | Pepper Attorney (Former) | N/A | A |
| Wilcox, Alfred | Pepper Attorney | N/A | A |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); **Remand** = Remand case witness only

- 4 -

| Royal-Affiliated Witnesses | | | |
|---|---|---|---|
| | | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Chandler, Gil | Royal | N/A | | A |
| Francis, Arthur | Royal | N/A | | A |
| Glass, Karina | Royal | N/A | | A |
| Hibberd, William | Royal | | | |
| Jacobson, Andrew | Royal | | | |
| King, Dave | Royal | | | |
| McKenzie, Tony | Royal | | | |
| Meditz, Robert | Royal | N/A | | A |
| Rood, B.J. | Royal | | | |
| Schneider, David | Royal | | | |
| Tighe, John | Royal | | | |
| Van Epps, Robert | Royal | | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); **Remand** = Remand case witness only

- 5 -

| SFC-Affiliated Witnesses | | | | |
|---|---|---|---|---|
| | | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Corporate Rep - SFC | | | | |
| Corporate Rep - SLS | | | | |
| Corporate Rep - SMS | | | | |
| Aksim, David | SFC employee | | | |
| Bohanna, Brian | SFC | | | |
| Costalas, Anthony | SMS employee | | | |
| Dickerson, Portia | SFC employee | | | |
| Ding, Tian Zhong | SFC employee | | | |
| DiSimplico, Guy | SLS Employee/consultant | Trustee | | B |
| Donelson, Cherish | SFC Employee | | | |
| Halterman, Dennis | SFC Accountant | Pepper | | B |
| Hansen, Drew | SFC Employee | | | |
| Harris, Charlotte | SFC Employee | | | |
| Harris, Mark | SFC Employee | Royal | | B |
| Hawthorne, Gary | SFC Director/Officer | | | |
| Hirst, Peg | SFC Employee | | | |
| Huffins, E. Chris | SFC employee | | | |
| Kartha, Pat | SFC Comptroller | Royal | | B |
| Lafferty, Denis | SFC | Pepper | | B |
| Martinez, Frank | SFC VP | | | |
| Messick, Diane | SFC Comptroller | | | B |
| Monteverde, Kirk | SFC employee | | | |
| Noga, Randy | SFC | | | |
| O'Brien, Angela | SFC | | | |
| Pearson, James | SFC/SMS employee | | | |
| Perry, Vince | SFC Employee | | | |
| Pike, Deborah | SFC | Pepper | | B |
| Pontius, Carolyn | SFC employee | | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

- 6 -

### SFC-Affiliated Witnesses

| | | Witness Subpoena | Remand-Only Witness | Witness Time Category |
|---|---|---|---|---|
| Reber, Maria | SFC Employee | | | |
| Richardson, Lori | SFC employee | | | |
| Scola, Stephanie | SFC employee | Trustee | | B |
| Shedrick, Michele | SFC Employee | McG | | B |
| Stanziale, Charles | SFC Trustee | | | |
| Turnbull, Perry | SFC | | | |
| Vickers, Charlotte | SFC Employee | Royal | | B |
| Whelans, Thomas | SFC/Yao Accountant | | | |
| Yao, Andrew | SFC CEO | | | B |
| Zulauf, David | SFC employee | Pepper | | B |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); **Remand** = Remand case witness only

| Non-SFC Related Third-Party Witnesses | | | |
|---|---|---|---|
| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| **Ohmane, Robert** | AIU | | B |
| Grace, Jack | Best Bank/Electronic Cash Machines | | |
| Medvekus, Michael | Blank Rome LLP | | |
| Corporate Rep - Plaza | Collection Agency | | |
| Corporate Rep - RAB | Collection Agency | | |
| Corporate Rep - Sunrise | Collection Agency | | |
| **Murad, Andrea** | Fitch IBCA | | B |
| **Miranski, Michael** | Fox | | B |
| Polkowitz, Gary | Goldin Associates CPA | | |
| **Barbee, Andrew** | Grant Thornton | | B |
| Haenchen, Steve | Grant Thornton | | |
| **Spears, William** | Grant Thornton | Wells | B |
| Loofbourrow, John | Investment Banker for SFC | | |
| **Domal, Joseph** | Insurance broker | Wells | B |
| Schauer, Scott | Investment banker/Loofbourrow Assoc. | | |
| Wrubel, David | Miller & Wrubel | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

- 8 -

| Non-SFC Related Third-Party Witnesses | | | |
|---|---|---|---|
| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Asch, Sharon | Moody's employee | | B |
| Nielsen, Robert | Nielsen Electronics | | |
| Smith, Konrad | Nielsen Electronics | | |
| Saylor, Roger | PNC | Royal | B |
| Greta, Rich | PNC | | |
| Lacter, Eric | Risk Management Analysis | | |
| Schneider, Warren M. | Schneider & Company CPA | | |
| Somich, Steven | Schneider & Company CPA | | |
| O'Neil, David | SFC Vendor | | |
| Schaffer, Jeffrey | Spectrum Group LLC | | |
| Sefcovic, Paul | Squire Sanders | Pepper | B |
| Herrick, Sanford | SWH Funding Corp. | Royal | B |
| Moore, Ted | TE Moore | Wells | B |
| Parker, Jerry | TE Moore | Wells | B |
| Amman, Michael | Trucking School | | |
| Beckman, John | Trucking School | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); Remand = Remand case witness only

- 9 -

| Non-SFC Related Third-Party Witnesses | | | |
|---|---|---|---|
| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Blanton, Greg | Trucking School | | |
| Bobbitt, Sondra | Trucking School | | |
| Bowman, Lei | Trucking School | | |
| Boyd, Paul | Trucking School | | |
| Deeds, Travis | Trucking School | | |
| Frazier, Julia | Trucking School | | |
| Horine, Larry | Trucking School | | |
| Hruban, Thomas | Trucking School | | |
| Hutchins, Betty | Trucking School | | |
| Knauss, William | Trucking School | | |
| Laymon, Terry | Trucking School | | |
| Murdoch, Robert | Trucking School | | |
| Paine, David | Trucking School | | |
| Pemberton, Brian | Trucking School | | |
| Riggs, Tony | Trucking School | | |
| Shanagher, Jim | Trucking School | | |
| Wells, Brian | Trucking School | | |
| Welch, Brad | Trucking School - Alliance | | |
| Welch, Daniel | Trucking School - Alliance | | |
| Carey, Mark | Trucking School - CDI | | |
| Fox, Elizabeth | Trucking School - CDI | | |
| Gast, Joseph | Trucking School - CDI | | |
| Gast, Thomas | Trucking School - CDI | | |
| Hodge, Dennis | Trucking School - CDI | | |
| Woodcox, Gerald | Trucking School - Franklin | | |
| Dalglish, Bruce | Trucking School - MPIII | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); **Remand** = Remand case witness only

- 10 -

| Non-SFC Related Third-Party Witnesses | | | |
|---|---|---|---|
| | Witness Subpoena | Remand-Only Witness | Witness Time Category |
| Morse, Peter | Trucking School - MPIII | | |
| Virgil Baker Corporate Rep | | | |
| **Baker, Virgil** | Virgil Baker | Royal | B |
| **Stockhill, Robert** | Virgil Baker | Royal | B |
| | | | |
| Horgan, James | Weiser LLP CPA | | |
| Steinmentz, Harry | Weiser LLP CPA | | |
| | | | |
| Phelps, Cindy | | | |

**Bold** = Proposed first phase witness (August 21, 2006 through October 27, 2006); **Remand** = Remand case witness only

- 11 -