## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Answer And Affirmative Defenses Of Defendants Pepper Hamilton, LLP And W. Roderick Gagne To Third Amended Complaint** was caused to be made on September 5, 2006, in the manner indicated upon the entities on the attached service list.

Date: September 5, 2006

_____
Daniel B. Butz (No. 4227)

523713v7