IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                              :
ROYAL INDEMNITY COMPANY                       :
                                              :
                        Plaintiff,            :   Civil No. 05-165 (JJF)
                                              :
    vs.                                       :
                                              :
PEPPER HAMILTON LLP, ET AL.                   :
                                              :
                        Defendants.           :
_____:

## NOTICE OF SERVICE

       I, Daniel B. Butz , certify that I am not less than 18 years of age, and that service of a copy of **Defendant Pepper Hamilton LLP's Third Set of Interrogatories to Royal Indemnity Company** was made on September 5, 2006, upon the parties identified on the attached Service List in the manner indicated.

Dated: September 5, 2006
       Wilmington, Delaware

                                                    */s/ Daniel B. Butz*
                                           William H. Sudell, Jr., Esq. (No. 0463)
                                           Donna L. Culver (No. 2983)
                                           Daniel B. Butz (No. 4227)
                                           MORRIS, NICHOLS, ARSHT & TUNNELL
                                           1201 North Market Street
                                           P.O. Box 1347
                                           Wilmington, Delaware 19899-1347
                                           (302) 658-9200
                                           (302) 658-3989 (facsimile)

                                           *Counsel for defendant Pepper Hamilton LLP*
                                           *and W. Roderick Gagné*

**SERVICE LIST**

**Via Hand Delivery**

| | |
|---|---|
| Christopher M. Winter<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino* | Tiffany Geyer Lydon<br>Philip Trainer, Jr.<br>Carolyn Shelly Hake<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Counsel for Royal Indemnity Company* |
| Karen Lee Turner<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, Delaware 19801<br>*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts* | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>*Counsel for MBIA* |
| James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>*Counsel for Freed Maxick & Battaglia, CPAs, PC* | Christopher A. Ward<br>Anthony Saccullo<br>Daniel K. Astin<br>Ashley B. Stitzer<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation* |

**Via First Class Mail**

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Michael S. Waters
Lois H. Goodman
McElroy, Deutsch, Mulvaney
    & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
*Counsel for Charles A. Stanziale, Jr*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Steven M. Farina
Thomas H.L. Selby
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel for McGladrey & Pullen LLP*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

John H. Eickemeyer
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*