IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>                Defendants. | C.A. No. 05-165 (JJF)<br><br>Hon. Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

I hereby certify that on the 6th day of September, 2006, a true and correct copy of **DEFENDANT FREED MAXICK & BATTAGLIA CPAs, PC's RESPONSE TO ROYAL INDEMNITY COMPANY'S FIRST SET OF INTERROGATORIES** was served upon the below-named counsel of record at the address and in the manner indicated:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

19631.1\313200v1

VIA HAND DELIVERY

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA U.S. MAIL

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

VIA U.S. MAIL

Elizabeth K. Ainslie, Esquire
Schneider Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19102

VIA U.S. MAIL

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

VIA U.S. MAIL

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

VIA U.S. MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

VIA U.S. MAIL

James J. Rodgers, Esquire
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

VIA U.S. MAIL

Michael H. Barr, Esquire
Kenneth J. Phaehler, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

VIA U.S. MAIL

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Dated: September 6, 2006

Respectfully submitted,

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendant Freed Maxick & Battaglia, CPAs, PC and Freed Maxick Sachs & Murphy, PC*

OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
    & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York 10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 6th day of September, 2006, I caused a copy of the foregoing **Notice of Service of Defendant Freed Maxick & Battaglia, CPAs, PC's Response to Royal Indemnity Company's First Set of Interrogatories** to be served on counsel for the parties in the manner specified:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

VIA HAND DELIVERY

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

VIA U.S. MAIL

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

VIA U.S. MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

19631.1\303305v1

| | |
|---|---|
| VIA U.S. MAIL | VIA U.S. MAIL |
| Elizabeth K. Ainslie, Esquire<br>Schneider Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA  19102 | James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA  19103-7595 |
| VIA U.S. MAIL | VIA U.S. MAIL |
| Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036 | Michael H. Barr, Esquire<br>Kenneth J. Phaehler, Esquire<br>Robert W. Gifford, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089 |
| VIA U.S. MAIL | VIA U.S. MAIL |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC  20005 |

_____
J. Clayton Athey (#4378)