# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| | : | |
| Plaintiff, | : | Civil No. 05-165 (JJF) |
| | : | |
| vs. | : | |
| | : | |
| PEPPER HAMILTON LLP, ET AL. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Defendant Pepper Hamilton, LLP, served the attached subpoenas on Great American Financial Resources, Inc., Great American Insurance Company, ACA Capital, Allianz Risk Transfer, Inc., Centre, Ambac, Gerling Group, General Reinsurance Corp., XL Capital Assurance, Inc., and Liberty International.

Dated: September  8, 2006
       Wilmington, Delaware

William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP
and W. Roderick Gagné*

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    OHIO

| | |
|---|---|
| Royal Indemnity Company<br><br>V.<br><br>Pepper Hamilton LLP, et al. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  05-165 (D. Del.) |

TO:  Custodian of Records
      Great American Financial Resources, Inc.
      250 East Fifth Street
      Cincinnati, OH 45202

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE | DATE AND TIME |
|---|---|
| Litigation Support Services, Inc.<br>817 Main Street, Suite 400, Cincinnati, OH 45202-2153 | 9/8/2006 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _signature_ | 8/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE 8/23/06  1:48 PM | PLACE 250 E FIFTH STREET  CINCINNATI OH 45202 |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) THERESA KELLY, ADMIN. ASST. | MANNER OF SERVICE |
|---|---|
| *Thursa Kelly* | HAND DELIVERY |

| SERVED BY (PRINT NAME) KIRK MCCRACKEN | TITLE PROCESS SERVER |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___8/23/06___
                    DATE

_____
SIGNATURE OF SERVER

811 MAIN ST, STE 400
ADDRESS OF SERVER

CINCINNATI OH 45202

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    OHIO

ROYAL INDEMNITY COMPANY

V.

PEPPER HAMILTON LLP, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-165 (D.Del)

TO:  Custodian of Records
     Great American Insurance Company
     580 Walnut Street
     Cincinnati, OH 45202

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE   Litigation Support Services, Inc.<br>817 Main Street, Suite 400, Cincinnati, OH 45202-2153 | DATE AND TIME<br>9/29/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 9/1/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harriosn Segal & Lewis LLP, 1600 Market St., Ste. 3600, Philadelphia, PA  19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9/5/06 12:55 | 580 Walnut St., 7th Fl Cincinnati OH 45202 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| ~~Peter~~ Susan Papucci ~~Susan Papucci~~ Counsel Asst | Hand Delivery |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kirk McCracken | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___9/5/06___
DATE

_____
SIGNATURE OF SERVER

813 Main St. Ste 400
ADDRESS OF SERVER
Cincinnati OH 45202

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

| Royal Indemnity Company<br>V.<br>Pepper Hamilton LLP, et al. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] 05-165 (D. Del.) |
|---|---|

TO:  ACA Capital
    140 Broadway
    New York, NY 10005

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE   Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Suite 3100, New York, New York 10005-1101 | DATE AND TIME<br>9/15/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* | DATE<br>8/28/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

              -against-                          CASE NO.
                                                 05-165

PEPPER HAMILTON LLP, ET AL.
                                                 AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

        **Robert Vick**, being duly sworn, deposes and says that he is not a party to the
above action, is over 18 years of age, and resides in **Brooklyn**, New York.

        On **August 29, 2006**, at approximately **1:20PM**, deponent served a **SUBPOENA AND
COVER LETTER**, in the above captioned action upon **Custodian of Records of ACA
Capital**, at **140 Broadway, New York, NY 10005**, by delivering a true and correct copy
of said documents to **Homa Ertefai/Legal Department**, who acknowledged that she was
authorized to accept service on behalf of **ACA Capital**.

        **Ms. Ertefai's** approximate physical description is:

        RACE:       WHITE
        SEX:        FEMALE
        HAIR:       BROWN
        EYES:       BROWN w GLASSES
        HEIGHT:     5'5"
        WEIGHT:     140 lbs
        AGE:        40-50

                                            _Robert Vick_
                                            Robert Vick

Sworn to Before Me this

31st day of August, 2006.

_____
        NOTARY PUBLIC

Schnader392

RINA I. RAMOS, Notary Public
State of New York No. 01RA6002465
Qualified in Queens County
Certified in Queens County
Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Royal Indemnity Company

V.

Pepper Hamilton LLP, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-165 (D. Del.)

TO:   Allianz Risk Transfer, Inc.
350 Park Avenue
New York, NY 10022

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE    Schnader Harrison Segal & Lewis LLP 140 Broadway, Suite 3100, New York, New York 10005-1101 | DATE AND TIME 9/15/2006 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 8/28/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

                 -against-                          CASE NO.
                                                    05-165

PEPPER HAMILTON LLP, ET AL.
                                                    AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.   ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **August 29, 2006**, at approximately **2:27PM**, deponent served a **SUBPOENA AND COVER LETTER**, in the above captioned action upon **Allianz Risk Transfer, Inc**, at **350 Park Avenue, New York, NY 10022**, by delivering a true and correct copy of said documents to **Matthew Gabin/Legal Department**, who acknowledged that he was authorized to accept service on behalf of **Allianz Risk Transfer, Inc.**

    **Mr. Gabin's** approximate physical description is:

| | |
|---|---|
| RACE: | WHITE |
| SEX: | MALE |
| HAIR: | BLACK |
| EYES: | BROWN |
| HEIGHT: | 5'7" |
| WEIGHT: | 150 lbs |
| AGE: | 35 |

                                        _Robert Vick_
                                        Robert Vick

Sworn to Before Me this
31st day of August, 2006.

_Rina I. Ramos_
     NOTARY PUBLIC

Schnader393

RINA I. RAMOS, Notary Public
State of New York No. 01RA6002465
Qualified in Queens County
Certified in Queens County
Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

| | |
|---|---|
| Royal Indemnity Company<br><br>V.<br><br>Pepper Hamilton LLP, et al. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] 05-165 (D. Del.) |

TO:   Centre
     105 East 17th Street
     New York, NY 10003

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE    Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Suite 3100, New York, New York 10005-1101 | DATE AND TIME<br>9/15/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 8/28/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

             -against-                           CASE NO.
                                                 05-165

PEPPER HAMILTON LLP, ET AL.
                                                 AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

     **Robert Vick,** being duly sworn, deposes and says that he is not a party to the
above action, is over 18 years of age, and resides in **Brooklyn,** New York.

     On **August 31, 2006,** at approximately **12:45PM,** deponent served a **SUBPOENA AND
COVER LETTER,** in the above captioned action upon **Custodian of Record of Centre,** at
**105 East 17th Street, New York, NY 10003,** by delivering a true and correct copy of
said documents to **Delores Vargas/Legal Department,** who acknowledged that she was
authorized to accept service on behalf of **Centre.**

     **Ms. Vargas'** approximate physical description is:

     RACE:      WHITE
     SEX:       FEMALE
     HAIR:      REDDISH
     EYES:      DARK w GLASSES
     HEIGHT:    5'3"
     WEIGHT:    145 lbs
     AGE:       50-60

                                        _Robert Vick_
                                        Robert Vick

Sworn to Before Me this
31st day of _August_ , 2006.
_____
     NOTARY PUBLIC

     Schnader394

                    RINA I. RAMOS, Notary Public
                    State of New York No. 01RA6002465
                         Qualified in Queens County
                         Certified in Queens County
                    Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
| --- | --- | --- |

| | |
| --- | --- |
| Royal Indemnity Company<br><br>V.<br><br>Pepper Hamilton LLP, et al. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  05-165 (D. Del.) |

TO:   Ambac
        One State Street Plaza
        New York, NY 10004

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE | DATE AND TIME |
| --- | --- |
| Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Ste 3100, New York, NY 10005-1101 | 9/8/2006 10:00 am |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *[signature]* | 8/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

ROYAL INDEMNITY COMPANY

               Plaintiff,

         -against-                  CASE NO.
                                      05-165

PEPPER HAMILTON LLP, ET AL.

                                      AFFIDAVIT OF SERVICE

               Defendants.
-----------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

     **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **August 24, 2006**, at approximately **11:45am**, deponent served a **SUBPOENA AND COVER LETTER**, in the above captioned action upon **Custodian of Records of Ambac**, at **One State Street Plaza, New York, NY 10004,** by delivering a true and correct copy of said documents to **Stacy Spain/Legal Department**, who acknowledged that she was authorized to accept service on behalf of **Ambac**.

    **Ms. Spain's** approximate physical description is:

| | |
|---|---|
| RACE: | WHITE |
| SEX: | FEMALE |
| HAIR: | BRUNETT |
| EYES: | BROWN |
| HEIGHT: | 5'7" |
| WEIGHT: | 140 lbs |
| AGE: | 40 |

                                           *Robert Vick*
                                         Robert Vick

Sworn to Before Me this
30th day of August , 2006.

             NOTARY PUBLIC

    Schnader386

RINA I. RAMOS, Notary Public
State of New York No. 01RA6002465
Qualified in Queens County
Certified in Queens County
Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

Royal Indemnity Company

V.

Pepper Hamilton LLP, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-165 (D. Del.)

TO:  Gerling Group
      100 Park Avenue, 28th Floor
      New York, NY 10017

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE       Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Ste 3100, New York, NY 10005-1101 | DATE AND TIME<br>9/8/2006 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 8/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

             -against-                          CASE NO.
                                                05-165

PEPPER HAMILTON LLP, ET AL.
                                                AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

     **Robert Vick**, being duly sworn, deposes and says that he is not a party to the
above action, is over 18 years of age, and resides in **Brooklyn**, New York.

     On **August 24, 2006**, at approximately **2:20PM**, deponent served a **SUBPOENA AND
COVER LETTER**, in the above captioned action upon **Custodian of Records of Gerling
Group**, at **100 Park Avenue, 28th Floor, New York, NY 10017**, by delivering a true and
correct copy of said documents to **Susan Manisero/Legal Department**, who acknowledged
that she was authorized to accept service on behalf of **Gerling Group**.

     **Ms. Manisero's** approximate physical description is:

          RACE:       WHITE
          SEX:        FEMALE
          HAIR:       BROWN
          EYES:       DARK w GLASSES
          HEIGHT:     5'3"
          WEIGHT:     125 lbs
          AGE:        40-50

                                             _Robert Vick_
                                             Robert Vick

Sworn to Before Me this
30th day of _August_ 2006.

_____
     NOTARY PUBLIC

Schnader389

                    RINA I. RAMOS, Notary Public
               State of New York No. 01RA6002465
                    Qualified in Queens County
                    Certified in Queens County
               Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Royal Indemnity Company

V.

Pepper Hamilton LLP, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-165 (D. Del.)

TO:   General Reinsurance Corp.
      Rockefeller Center, Suite 430
      630 Fifth Avenue
      New York, NY 10111-0001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE    Schnader Harrison Segal & Lewis LLP 140 Broadway, Ste 3100, New York, NY 10005-1101 | DATE AND TIME 9/8/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 8/22/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

              -against-                          CASE NO.
                                                 05-165
PEPPER HAMILTON LLP, ET AL.
                                                 AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **August 24, 2006**, at approximately **2:40PM**, deponent served a **SUBPOENA AND COVER LETTER**, in the above captioned action upon **Custodian of Records of General Reinsurance Corp**, at **Rockefeller Center, Suite 430, 630 Fifth Avenue, New York, NY 10111-0001**, by delivering a true and correct copy of said documents to **Gail A. Vargo/Second Vice-President**, who acknowledged that she was authorized to accept service on behalf of **General Reinsurance Corp.**

    **Ms. Vargo's** approximate physical description is:

         RACE:       WHITE
         SEX:        FEMALE
         HAIR:       BLONDE
         EYES:       DARK w GLASSES
         HEIGHT:     5'8"
         WEIGHT:     135 lbs
         AGE:        40-50

                                        _Robert Vick_
                                        Robert Vick

Sworn to Before Me this

30th day of _August_ , 2006.

_Rina Iris Ramos_
         NOTARY PUBLIC

Schnader390

RINA I. RAMOS, Notary Public
State of New York No. 01RA6002465
Qualified in Queens County
Certified in Queens County
Commission Expires Feb. 9, 2010

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

| Royal Indemnity Company | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| Pepper Hamilton LLP, et al. | Case Number:[1]  05-165 (D. Del.) |

TO:  XL Capital Assurance, Inc.
1221 Avenue of the Americas
32nd Floor
New York, NY 10020

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE   Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Ste 3100, New York, NY 10005-1101 | DATE AND TIME<br>9/8/2006 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 8/23/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

             -against-                          CASE NO.
                                                05-165

PEPPER HAMILTON LLP, ET AL.
                                                AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Rina Ramos**, being duly sworn, deposes and says that she is not a party to the above action, is over 18 years of age, and resides in **Queens**, New York.

    On **August 24, 2006**, at approximately **12:19PM**, deponent served a **SUBPOENA AND COVER LETTER**, in the above captioned action upon **Custodian of Records of XL Capital Assurance, Inc**, at **1221 Avenue of the Americas, 32nd Floor, New York, NY 10020**, by delivering a true and correct copy of said documents to **Tye Boyle/Assistant**, who acknowledged that she was authorized to accept service on behalf of **XL Capital Assurance, Inc.**

    **Ms. Boyle's** approximate physical description is:

    RACE:      BLACK
    SEX:       FEMALE
    HAIR:      DARK
    EYES:      DARK
    HEIGHT:    5'4"
    WEIGHT:    130 lbs
    AGE:       25-30

                                            _____
                                                  Rina Ramos

Sworn to Before Me this
31st day of _____, 2006.

                            **JUAN R. RIVERA**
                        Notary Public, State of New York
                            No. 01RI6108672
                        Qualified in New York County
                      Commission Expires April 19, 2008

NOTARY PUBLIC

Schnader.391

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Royal Indemnity Company

V.

Pepper Hamilton LLP, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-165 (D. Del.)

TO:  Liberty International
     55 Water Street, 18th Floor
     New York, NY 10041

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
    testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
    in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
    place, date, and time specified below (list documents or objects):

See Attached Schedule

| PLACE    Schnader Harrison Segal & Lewis LLP | DATE AND TIME |
|---|---|
| 140 Broadway, Ste 3100, New York, NY 10005-1101 | 9/8/2006 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Stephen J. Shapiro_ | 8/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP, 1600 Market St., Ste 3600, Philadelphia, PA 19103 (215) 751-2259

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROYAL INDEMNITY COMPANY

                    Plaintiff,

              -against-                              CASE NO.
                                                     05-165
PEPPER HAMILTON LLP, ET AL.
                                                     AFFIDAVIT OF SERVICE

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

        **Robert Vick**, being duly sworn, deposes and says that he is not a party to
the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

        On **August 24, 2006**, at approximately **12:00PM**, deponent served a **SUBPOENA
AND COVER LETTER**, in the above captioned action upon **Custodian of Records of
Liberty International**, at **55 Water Street, 18th Floor, New York, NY 10004**, by
delivering a true and correct copy of said documents to **Carol Pratt/Legal
Department,** who acknowledged that she was authorized to accept service on
behalf of **Liberty International**.

        **Ms. Pratt's** approximate physical description is:

        RACE:       BLACK
        SEX:        FEMALE
        HAIR:       BLACK
        EYES:       BROWN
        HEIGHT:     5'9"
        WEIGHT:     150 lbs
        AGE:        40-45

                                        _Robert Vick_
                                        _____
                                        Robert Vick

Sworn to Before Me this

30th day of August , 2006.
_____
        NOTARY PUBLIC

Schnader388

                    RINA I. RAMOS, Notary Public
                State of New York No. 01RA6002465
                    Qualified in Queens County
                    Certified in Queens County
                Commission Expires Feb. 9, 2010