IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAS PC, | ) | |
| MCGLADREY & PULLEN, LLP, MICHAEL | ) | |
| AQUINO AND FREED MAXICK SACHS & | ) | |
| MURPHY, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Hector Hugo Garcia-Santana to represent Plaintiff Royal Indemnity Company in

this matter.  Pursuant to this Court's Standing Order effective January 1, 2005, a check in the

amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)
*Attorneys for Plaintiff*
*Royal Indemnity Company*

Dated: September 13, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Hector Hugo Garcia-Santana
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600 East Tower
Washington, D.C. 20005
(202) 408-6400

Dated: September 13, 2006

173123.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                          HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                              HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                      HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                                 HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Karen Lee Turner, Esquire                               HAND DELIVERY
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Christopher A. Ward, Esquire                                     HAND DELIVERY
Ashley B. Stitzer, Esquire
Daniel K. Astin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

John H. Eickemeyer, Esquire                                     VIA FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022

Elizabeth K. Ainslie, Esquire                                   VIA FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                     VIA FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire                                       VIA FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Neil G. Epstein, Esquire                                        VIA FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Michael S. Waters, Esquire                                      VIA FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

James J. Rodgers, Esquire                         VIA FEDERAL EXPRESS
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

Andre G. Castaybert, Esquire                      VIA FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

Student Loan Servicing LLC                                    U.S. MAIL
1405 Foulk Road, Suite 102
Wilmington, DE  19803-2769

Andrew N. Yao                                                 U.S. MAIL
107 Leighton Drive
Bryn Mawr, PA  19010


*/s/ Tiffany Geyer Lydon*

_____

Tiffany Geyer Lydon

170005.1

3