# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) | |
|  | ) | |
| Plaintiff, | ) | C.A. No. 05-165 |
|  | ) | |
| v. | ) | Judge Joseph J. Farnan, Jr. |
|  | ) | |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO, | ) | |
|  | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Answer of Michael Aquino to Third Amended Complaint**, was made on September 14, 2006 upon the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: September 14, 2006
      Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:       cmwinter@duanemorris.com

DM3\396267.1

## Service List

| | |
|---|---|
| William H. Sudell, Jr., Esq.<br>Daniel Butz, Esq.<br>Morris, Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>*Via Hand Delivery* | Tiffany Geyer Lydon, Esq.<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| Elizabeth K. Ainslie, Esq.<br>Schneider Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>*Via First Class Mail* | Karen Lee Turner, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801<br>*Via Hand Delivery* |
| James L. Holzman, Esq.<br>Clayton Athey, Esq.<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Via Hand Delivery* | John I. Grossbart, Esq.<br>Sonnenschein, Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>*Via First Class Mail* |
| Michael S. Waters, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>*Via First Class Mail* | Neil G. Epstein, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102<br>*Via First Class Mail* |
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>*Via First Class Mail* | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>*Via Hand Delivery* |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>*Via First Class Mail* | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Via First Class Mail* |

| | |
|---|---|
| Steven M. Farina, Esq.<br>Thomas H.L. Selby, Esq.<br>Amber M. Mettler, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005<br>*Via First Class Mail* | James J. Rodgers, Esq.<br>Laura E. Vendzules, Esq.<br>Andrew M. Marble, Esq.<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595<br>*Via First Class Mail* |
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>*Via First Class Mail* | Daniel K. Astin, Esq.<br>Ashley B. Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Via Hand Delivery* |