## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Dennis Lafferty** was caused to be made on September 18, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date:  September 18, 2006
       Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

537295