IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 02-11620 (WS) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.,<br><br>Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.,<br><br>Defendants. | Civil No. 05-165 (JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* Linda Alle-Murphy of Schnader, Harrison, Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103 to represent the Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP in the above captioned matters.

Dated: September 18, 2006
  Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347

Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

Counsel for defendants Pepper Hamilton LLP
and W. Roderick Gagné, in his capacity as an
attorney practicing at Pepper Hamilton LLP
Corporation

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the Third Circuit for the Eastern District of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 18, 2006

Linda Alle-Murphy, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)
email: lalle-murphy@schnader.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____    _____
United States District Judge