IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, *et al.,* | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT FINANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-1551-JJF |
| v. | ) | |
| | ) | |
| McGLADREY & PULLEN LLP, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF STUDENT FINANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-72-JJF |
| v. | ) | |
| | ) | |
| PEPPER HAMILTON *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBPOENAS**

Please take notice that the undersigned is serving the subpoenas attached hereto as Exhibits A

through D.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for MBIA Insurance Corporation and
Wells Fargo Bank Minnesota, N.A.*

Of Counsel:

Ronald S. Rauchberg
Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated:  September 21, 2006