IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*, <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant and <br> Counterclaim Plaintiff | Civil Action No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br> McGLADREY & PULLEN LLP, *et al.*, <br><br> Defendants. | Civil Action No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON *et al.*, <br><br> Defendants. | Civil Action No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, *et al.*, <br><br> Defendants. | Civil Action No. 05-165-JJF |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, MBIA Insurance Corporation and Wells Fargo Bank Minnesota, N.A. will take the deposition of Ted E. Moor, III by oral examination using video tape, audio tape, and/or stenographic means before a Notary Public or other officer authorized by law to administer oaths. This deposition will be held on October 26, 2006, and will begin at 9:00 a.m. at Vinson & Elkins LLP, First City Tower, 1001 Fannin Street, Suite 2500, Houston, TX 77002, or an alternate location and time to be negotiated by the parties. The deposition shall continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1.

All counsel are invited to attend and cross-examine.

          YOUNG CONAWAY STARGATT
          & TAYLOR, LLP

          /s/ John W. Shaw
          John W. Shaw (No. 3362)
          The Brandywine Building, 17th Floor
          1000 West Street
          Wilmington, Delaware 19801
          (302) 571-6600
          jshaw@ycst.com

          *Attorneys for MBIA Insurance Corporation and Wells Fargo Bank Minnesota, N.A.*

Of Counsel:

Ronald S. Rauchberg
Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

September 22, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on September 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

Christopher A. Ward, Esquire
Anthony Saccullo, Esquire
Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Christopher M. Winter, Esquire
Michael R. Lastkowski, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I further certify that on September 22, 2006, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following non-registered participants in the manner indicated below:

### BY E-MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
Chicago, IL 60606

Kenneth J. Pfaehler, Esquire
Lisa A. MacVittie, Esquire
Sonnenschein Nath & Rosenthal, LLP
1301 "K" Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Marie A. Tieri, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder Price Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | Stephen J. Shapiro, Esquire<br>Elizabeth K. Ainslie, Esquire<br>Nicholas J. LePore, III, Esquire<br>Bruce P. Merenstein, Esquire<br>Schnader Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103 |
| Neil G. Epstein, Esquire<br>Carol L. Press, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>Williams & Connolly, LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 |
| Veronica E. Rendon, Esquire<br>Richard P. Swanson, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022 | Michael S. Waters, Esquire<br>Lois H. Goodman<br>Charles A. Stanziale, Esquire<br>Jeffrey T. Testa, Esquire<br>Donald Crecca, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 |

**BY U.S. MAIL**

| | |
|---|---|
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
jshaw@ycst.com

*Attorneys for MBIA Insurance Corporation and Wells Fargo Bank Minnesota, N.A.*