# EXHIBIT D



**TONY MCKENZIE/CARM/ROYAL-SSD**
03/31/2000 03:25 PM

To: BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc: BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ
bcc:
Subject: Re: FINANCIAL PRODUCTS BUSINESS

BJ,

The only deal(s) I am aware of is the Student Loan program:

| CONTRACT NAME | CONTRACT TYPE | DURATION | MAXIMUM LOSS POTENTIAL |
|---|---|---|---|
| Student Finance Corp. | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | Policy Term 12 months: 01/22/99 to 01/22/00 Max Loan Term: 15 Years | $75M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
| Student Finance Corp. | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | Policy Term 24 months: 12/20/99 to 12/20/01 Max Loan Term: 15 Years | $200M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
| Student Finance Corp. Potential: $350M Sub-Prime $10M 4Yr, $10M Prime | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | ExpectedPolicy Term 12 months: Expected Max Loan Term: 10 Years | $370M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
|  |  |  |  |

I am not sure of the effective dates of the $200M policy. Let me know if you need more.

Tony
BJ ROOD



BJ ROOD
03/31/2000 12:21 PM

To: BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, TONY MCKENZIE/CARM/ROYAL-SSD@ROYAL-HQ, D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject: FINANCIAL PRODUCTS BUSINESS

---------------------- Forwarded by BJ ROOD/CARM/ROYAL-SSD on 03/31/2000 12:25 PM ----------------------

Stephen M. Mulready@ORIONSPECIALTY
03/31/2000 12:24 PM

ROY 163741

To:   BRUCE BUNNER/NYOM/ROYAL-SSD@ROYAL-HQ, BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc:   Marty Becker/Farmington/OrionCapital@OrionCapital, Colleen Newman/Farmington/OrionSpecialty@OrionSpecialty
Subject: FINANCIAL PRODUCTS BUSINESS

Bruce and B.J.,

Please see the note below. As we discussed, this business is getting lots of attention throughout our company and we now need to compile information to help build our case. Please submit the appropriate data (based upon the chart below) and forward to Colleen so she can coordinate. I agree with Marty that it makes sense to bring our information to Dublin. Let's try to have the information to Colleen by next Thursday. Thanks.

Steve

---------- Forwarded by Stephen M. Mulready/Farmington/OrionSpecialty on 03/31/2000 12:18 PM



Marty Becker@ORIONCAPITAL
03/31/2000 08:03 AM

To:   Stephen M. Mulready/Farmington/OrionSpecialty@OrionSpecialty
cc:
Subject: FINANCIAL PRODUCTS BUSINESS

Steve, can you initiate the preparation of this list so we can be timely in our response. Ideally, you could hand deliver this during your Dublin meeting.

---------- Forwarded by Marty Becker/Farmington/OrionCapital on 03/31/2000 08:12 AM



Rick Hudson@ROYALSUNINT
03/31/2000 05:07 AM

To:   Duncan Boyle/UK/RoyalSun@RoyalSun, Marty Becker/Farmington/OrionCapital@OrionCapital, Steve Broughton/CPD/RoyalSun@RoyalSunCPD
cc:   Rod Hoover/WGO/RoyalSun@RoyalSunInt
Subject: FINANCIAL PRODUCTS BUSINESS

Below are copies of earlier e-mails.

The crux of the issue is that if our 1st Quarter Results are not good our S&P rating of AA- is further under pressure. Additional and significant pressure is seemingly arising from various financial products deals, particulary, credit enhancement contracts (and their like cousins) and S&P are going to question us in some depth about our portfolio, our aspirations and our underwriting disciplines and skills in this area as well as how this potfolio fits in our RBC model.

I have some personal difficulty in giving you a precise definition of which "deals" fall under this umbrella and will be the subject of S&P inquiry but I would like a listing of our existing porfolio in the credit enhancement, political risks and residual value areas. I appreciate this listing could be long and I am happy to cut down the workload at this stage and deal with excluding exposures say less than £10m (US$15m).

We are concerned about the S&P risk so I feel that current quotes and indications for deals with large limits be eliminated or restricted until we go through this phase with S&P. Of course, we have the classic

We are concerned about the S&P risk so I feel that current quotes and indications for deals with large limits be eliminated or restricted until we go through this phase with S&P. Of course, we have the classic catch 22. We can't do these deals without a "AA" family rating and this rating is under review because of, in part, our activity in this area.! I spoke to Gareth Bradburn ( a friend of mine who is a partner at Swiss Re New Market) yesterday who filled me in on how they were worked over by S&P. We are in for a major grilling when we see S&P .!
Organisationally, down the track, we may be forced to review how we underwrite this business i.e. continue underwriting into a mainstream multi-line business or separately into a independently capitalised and separately S&P rated mono-line vehicle.

I am afraid there is quite a rush for this information but I believe it is readily available. A rough template of the sort of information which I am looking for is below. Deadline asap but no later than 20.04.2000

Rick

**REDACTED**

Example of Detail Required

| CONTRACT NAME | CONTRACT TYPE | DURATION | MAXIMUM LOSS POTENTIAL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Rod Hoover
23/03/2000 17:49

To: Paul Spencer/UK/RoyalSun@RoyalSun, Jens-Erik Christensen/RSO/EMEA/RoyalSun@RoyalSunInt, Ewoud Kulk/RoyalSunAlliance/AU@RoyalSunAlliance, Bob Gunn/HO/RSA/CA@RoySunCan, TERRY BRODERICK/CSO/ROYAL-SSD@ROYAL-HQ, Marty Becker/Farmington/OrionCapital@OrionCapital, Rick Hudson/WGO/RoyalSun@RoyalSunInt, Bob Mendelsohn/WGO/RoyalSun@RoyalSunInt, Wal Au/UK/RoyalSun@RoyalSun, JOE FISHER/CSO/ROYAL-SSD@ROYAL-HQ, LARRY GOWEN/CSO/ROYAL-SSD@ROYAL-HQ, Phil Wilson/HO/RSA/CA@RoySunCan, Harold Bentley/RoyalSunAlliance/AU@RoyalSunAlliance, Ian Hutchinson/WGO/RoyalSun@RoyalSunInt, Bruce Walker/LACRSO/RoyalSun@RoyalSunInt, Arthur Hayes/RSAIM@RSAIM

ROY 163743

cc: Julian Hance/WGO/RoyalSun@RoyalSunInt, Andrew Davey/UK/RoyalSun@RoyalSun, BRUCE BUNNER/NYOM/ROYAL-SSD@ROYAL-HQ, MARTIN WALKER/NYOM/ROYAL-SSD@ROYAL-HQ, BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ, Marian Povey/WGO/RoyalSun@RoyalSunInt, Helen Manning/UK/RoyalSun@RoyalSun, Deborah Alphonso/WGO/RoyalSun@RoyalSun, Martin Hoad/WGO/RoyalSun@RoyalSunInt, Ruth Earnshaw/WGO/RoyalSun@RoyalSunInt

Subject: S&P is concerned over RSA's financial guarantee business

Upon review of the note below concerning S&P and their focus on RSA's financial guarantee business, Julian Hance asked that I pass along this note to the regional directors that attended the recent GTG and to indicate that this incident with S&P is an example the kind of problem we can find ourselves fighting with the agency over financial guarantees.

Our current S&P Financial Strength rating is AA-, with a Negative outlook. The rating is under considerable pressure with our current level of earnings. As a Group, we must be thoughtfully mindful of any tensions and stresses on our rating. Currently, the financial guarantee business in general is a major concern to the agency. As it relates to RSA, S&P have highlighted our recent activity in the arena as a particular concern.

Please be mindful of the potential capital charge on RSA relating to these transactions. I am particularly sensitive to transactions where a third party approaches S&P and seeks a rating on their bonds which is entirely dependant on a cut through to the AA- financial strength rating of RSA, which was the case in a recent US and a recent UK transaction. Our annual review meeting with S&P is set for May 23. I am not sure our rating can survive another sizeable transaction between now and our review date.

The level of S&P's concern is considerable enough to request a special meeting with Julian Hance on the subject. This gathering, set for May 8, is designed for Julian to explain our global policy on the financial guarantee business, how much capital we are willing to commit to this business, the underwriting process and policies, and to gain an understanding on the impact to RSA within the S&P capital model. Julian has asked Rick Hudson to lead the effort to gather this information and to summarise our current position and policies. Many of you will be hearing from Rick on this subject.

Thanks in advance for your support of this exercise to balance our financial guarantee business with our desire to maintain our current Financial Strength ratings.

Rod Hoover

---------- Forwarded by Rod Hoover/WGO/RoyalSun on 23/03/2000 17:09 ----------

Rod Hoover
17/03/2000 17:16

**REDACTED**

To: Julian Hance/WGO/RoyalSunInt
cc: Marian Povey/WGO/RoyalSun@RoyalSunInt, Ruth Earnshaw/WGO/RoyalSun@RoyalSunInt, Martin Hoad/WGO/RoyalSun@RoyalSunInt, Deborah Alphonso/WGO/RoyalSun
bcc:

Subject: S&P is concerned over RSA's financial guarantee business

Corinne Cunningham called yesterday in a panic or sorts in respect to a financial guarantee structure which RSA are participating in. Unfortunately, the deal was dropped into Corinne's lap yesterday with a request to provide a response that afternoon. With the status of our rating with S&P, we don't need too many surprises for Corinne. As of this morning, with the help of Andrew Davey, the matter was settled satisfactorily for all parties.

**REDACTED**

Corinne has requested a meeting with Julian in order to discuss our overall policy on financial guarantees, reasons for entering into this business and the level of internal capital which we are subscribing. S&P are also working on criteria which should apply to these instruments which are expected to be ready at the end of May. Their preference is for the structured products team to review the instrument and apply a specific rating. Alternatively there will be a 'credit matrix' which will look at the quality of the underlying transaction, level of collateralisation etc. This broad brush approach is likely to lead to a higher capital charge.

As a matter of some urgency we need to establish exactly which parts of the Group are entering into this type of transaction and what is the extent of our current exposures. Do you have this information?

Ideally we need to arrange for WGO Treasury to co-ordinate any approaches to the rating agencies from the centre, even if the applicant for the rating is a third party in one of these transactions. I would like to send out a communication to all FDs next week to explain our current challenges with S&P in this category and make sure that Corinne receives no more surprises. We may also need to consider the appropriate capital cost internally, in line with the S&P capital cost calculation, when we know what this will be. There is a risk that we may jeopardise our rating and/or our relationship with S&P if we do not manage this issue carefully.

I will work with Marian to set up an S&P meeting on financial guarantees with you, although it probably won't take place until mid April, say April 10-12. Can we discuss the entire issue on Tuesday when you return.

Thanks,

Rod

ROY 163745