# EXHIBIT E
## CONFIDENTIAL FILED UNDER SEAL