# EXHIBIT F

 **BILL HIBBERD/CARM/ROYAL-SSD**
12/04/2001 01:35 PM

To JOHN TIGHE/CARM/ROYAL-SSD@ROYAL-HQ
cc
bcc
Subject Re: Financial Enhancements

John,

I'd like to get together to discuss this plus some other issues in greater detail, but here is some information on our current guidelines plus thoughts on oversight by the deal committee.

On operating guidelines, we had implemented some changes following the initial set of meetings with Greg. In any event, here is how we are currently operating:

Limits: we generally put out limits of $50m or less. Anything in the $70m range, I would look to refer, but I'm a little uncertain of what the referral procedure would be. I'd like to have one size for which I refer to you, and above that to the deal committee. Of course, size alone would not be the determinant of what gets referred.

Asset Type: we have never done credit cards or real estate or auto lease residual value and have no intention of doing so. Following earlier discussions with Greg, we avoid transactions where the underlying assets have substantial concentrations of computer equipment or other goods with a high degree of technological obsolescence. We will continue to be presented with sub-prime auto and student loan opportunities(more on this later). We are also seeing equipment leasing and premium finance opportunities.

Shadow rating: we do not always require a shadow rating, but will insist whenever the assets are economically sensitive.

Deal Committee: my understanding of how the deal committee is working for FSL is all aviation or hotel deals must be brought to it. The standard point in time real estate residual value deals do not go before it. I'd hope that a similar arrangement could be done for us. For example, a $50m premium finance deal could be internally approved, but if the size got to a certain level, it would have to go to the deal committee. Also, any transaction involving economically sensitive assets, like the student loan program, or sub-prime auto, would have to go the committee.

The first real life transaction that I'd like to bring to the committee is Student Finance Corp. I know there is a lot of concern over this whole deal, but I don't think we should walk away from future participation without some thought. I will send you a more detailed note on what is going on here, but here's some quick facts. We have exhausted our most recent commitment for securitizations with this client. We are still involved on their warehouse line, which has another year or so to run. They have asked us for our interest level in up to $400m of securitizations. They recently received a shadow rating of A3 from Moody's(we are A1) on the most recent structure we have negotiated. Furthermore, at current pricing, this amount of business would produce $20m-$25m in premium at current pricing. There is a lot of work to do before we could get to the point of committing, but I do think this bears looking into.

I will schedule a meeting with Linda so that we can discuss in more detail.

wjh
JOHN TIGHE

---

**JOHN TIGHE**
11/28/01 11:48 AM

To: bill_hibberd@rsausa.com
cc:
Subject: Re: Financial Enhancements

ROY 105780

Bill

Lets put together some thoughts re utilizing the deal committee more proactively. I'm sure that Greg wants us to articulate some element of greater control as it relates to portfolio mgmt....my sense is that he is concerned that we will end up with a greater proportion of tougher, economically sensitive business ( tier two trucking schools, etc).

In any event, lets try and put something together that elevates his comfort level.....we need the support.

John—— Forwarded by JOHN TIGHE/CARM/ROYAL-SSD on 11/28/2001 11:41 AM ——



**GREG VEZZOSI**
11/14/2001 04:33 PM

To: JOHN TIGHE/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Re: Financial Enhancements

John,

What guidelines are Bill and team operating under for new business as a result of our discussions? To the extent they are writing any new business I would strongly encourage some oversight by the deal committee or a smaller version including the engagement of Kris Rao as a resource.

GV


JOHN TIGHE


**JOHN TIGHE**
11/12/2001 10:58 AM

To: GREG VEZZOSI/CSO/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Re: Financial Enhancements

**REDACTED**

GREG VEZZOSI



**GREG VEZZOSI**
11/04/2001 11:45 AM

To: JOHN TIGHE/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Financial Enhancements

John,

Could you provide me an update on the business plan for this unit in view of the underwriting concerns identified in our meeting, and the follow up visit by Charlie Schuver and Kris Rao.

As you probably know, I remain concerned about much of the business, and that concern has become all the more clear after the visit that Charlie, Andre and I made to FSL last week. Notwithstanding the leadership issues, the technical competencies resident at FSL are solid. Those competencies combine capital markets knowledge and experience with sophisticated statistical modelling. If we're going to be in the credit enhancement business, this is where I would place my bet.

Let's discuss when you have a chance.

GV

ROY 105781