# EXHIBIT G
## CONFIDENTIAL FILED UNDER SEAL