# EXHIBIT H

Case 1:05-cv-00165-JJF    Document 255-9    Filed 10/03/2006    Page 1 of 2



**BILL HIBBERD/CARM/ROYAL-SSD**
01/02/2002 01:54 PM

To: JOHN TIGHE/CARM/ROYAL-SSD@ROYAL-HQ
cc:
bcc:
Subject: Re: Financial Enhancements - new deals

John,

I'm pretty confused right now, but let's start with the sub-prime auto deals. Both of the deals that were closed had been committed to at the time of our meeting over at CSO. One of them had been committed to back in the early part of the year, but it took several months to close the transaction.

**REDACTED**

Now on to my confusion. I have admittedly dragged my feet on the deal committee, but this was not with some evil intentions. I was struggling with what the parameters for referral to the committee should have been. From below, I see that every deal is supposed to be referred. I didn't realize that. Finally, I do not recall any conversation that we would stop entertaining transactions **REDACTED**

I apologize if I've somehow caused problems for you. How do you want to proceed form this point?

wjh
JOHN TIGHE

**JOHN TIGHE**
01/02/02 01:10 PM

To: bill_hibberd@rsausa.com
cc:
Subject: Financial Enhancements - new deals

Bill
Toothpaste analogies aside, not sure what he is referring to..... related or previously committed?
John------ Forwarded by JOHN TIGHE/CARM/ROYAL-SSD on 01/02/2002 12:01 PM ------



**GREG VEZZOSI**
01/02/2002 11:46 AM

To: JOHN TIGHE/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Financial Enhancements - new deals

John,

I thought we were out of the sub prime auto business. Also thought that if any other new deals were to be done we would run them by the deal committee. You know my concerns, so please help me understand what went wrong and how we put the toothpaste back in the tube.

Thanks,

GV

----- Forwarded by GREG VEZZOSI/CSO/ROYAL-SSD on 01/02/2002 10:46 AM -----

**Andre Lefebvre**
12/27/2001 04:03 PM

To: GREG VEZZOSI/CSO/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Re: Economically Sensitive Portfolio - Financial Enhancement

ROY 105786