# EXHIBIT N
## CONFIDENTIAL FILED UNDER SEAL