# EXHIBIT O
## CONFIDENTIAL FILED UNDER SEAL