# EXHIBIT P

71 Union Avenue
Rutherford, NJ 07070
201-672-0888
201 672-0880 (fax)

**IBG**
International
Benefits Group, Inc.

# Fax

| | | | |
|---|---|---|---|
| To: | | From: | Joe |
| Fax: | | Pages: | 5 |
| Phone: | | Date: | 3/6/00 |
| Re: | | CC: | |

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

● Comments:

TO: Bill Hibbard
Dave Schneider
Tony McKenzie
BJ

MINUTES of our discussion w/ ANDRIN YAO

MOST SIGNIFICANT AREA Besides potential size of the various pools, is PII. Right now, experience account begins releasing at 12 months and is completely gone at 24 months. This is our most vulnerable period. It would like they are willing to trade this feature for a low overall excess spread reserve. We will have to model out the various scenarios.

ROY 035334

# IBG
**International Benefits Group, Inc.**

71 Union Avenue
Rutherford, New Jersey 07070
Tel: (201) 672-0888
Fax: (201) 672-0880

Memorandum

Date: March 6, 2000

To: Mr. Ted Moor
Mr. David Schneider
Mr. William Hibbard
Mr. Tony McKenzie

Gentlemen:

Attached please find the discussion points from today's teleconference call with Mr. Andrew N. Yao, President of Student Finance Corporation.

Best regards,

Joseph F. Domal
President

mp

ROY 035335

## Royal Sun Alliance
## Discussion Points

(1) First, let me say that we truly appreciate your continued good will and willingness to work with us, particularly on the changes we requested in conjunction with our term ABS ...

(2) We view you as our long term financial partner ... and it is in that context that we want you to have the full benefit of our analysis and perspective as you underwrite our future indemnity needs ...

(3) From our perspective, the better you are protected, the more reliable a financial partner you will continue to be, and the stronger we all will be over the long term

(4) It is from that philosophical basis that we asked for this conference call ... we wanted an opportunity to discuss some topics with you and share some observations with you, as you begin the underwriting process ... That way, we'll ensure that our meetings with you the week of March 20 will be as productive as possible ...

(5) We have implemented 3 loans programs that we would like you to consider underwriting ... our subprime program (the current program that your policies cover) ... our 4 year program (which we have discussed with you in the past, and which really require its own policy, since the terms are different from our subprime policy) .. and a new prime loan program that we are implementing (this will be a FICO based program that will allow us to serve the prime segment of borrowers in our schools) ...

(6) We also are making changes to our system of discounts and reserves ... we are substantially eliminating school reserves and incorporating them into our loan discounts ...

(7) We are doing this for several reasons ... it will make it easier for our auditors to classify properly on our financial statements ... the schools will understand it better ... and it will make it easier for SFC to administer ...

(8) We don't think the change from reserves to discounts will have any affect on Royal, since, to our knowledge, you don't factor in our revenues when you do your underwriting ...

(9) While we are on the topic of underwriting ... we have two suggestions for your consideration as you proceed with your own analysis ...

(10) Let me reiterate that our suggestions are intended to help make your underwriting better and frankly, although they may be unfavorable to us over the short term, we think it will make for a more successful partnership over the long term ...

ROY 035336

(11) First, we think that the Experience Account should <u>not</u> be released until the Excess Spread Reserve reaches some minimum level ... the concept is that the Experience Account should take first loss, to enable the Excess Spread Reserve to build up over time ...

(12) We think the right level for the Excess Spread Reserve, before the Experience Account is released, is 20% ...

(13) Frankly, we think the Excess Spread Reserve should be capped at 20% and not at 50%, the way it currently is, but we can discuss that issue later ...

(14) Next, we think you should size the Experience Account based upon stressed default analysis ...

(15) We know you do that any way, but we want to share with you some scenarios that we use internally, so that you have the full benefit of our perspective ...

(16) The most important scenario that we look at filters out the affect of schools and their influence on payments ...

(17) Schools affect payments in two ways ... for students in school, the schools exert influence so that virtually all in-school students pay on time ... this clearly distorts the post graduation default curve ...

(18) Also, for students who are in forbearance, the schools advance payment on behalf of the student until the student resumes paying or until he defaults ... this, of course, also distorts the default curve ...

(19) After filtering out the foregoing school-related factors, our internal analysis concludes that a worse case 1st year default rate is somewhere between 17% and 22% ...

(20) Therefore, we think the Experience Account should not be reduced below the current 18% ...

(21) Of course, we hope that you won't feel a need to raise it above 18%, especially, if we link the Experience Account to the Excess Spread Reserve ...

(22) However, we don't recommend that you lower the Experience Account below 18% ...

(23) Now, maybe you weren't considering reducing the Experience Account in the first place ... But, nonetheless, we wanted to share our opinion with you up front

ROY 035337

(24) We will be prepared to share our analysis with you .. in as much detail as you want ... when you visit us on March 20 ... in fact, we are preparing reports for you as we speak ...

(25) However, given the wide range of topics we want to cover with you, we wanted you give you a "heads up" and seek your guidance as to how you want to proceed

(26) We don't want to overwhelm you with too much information all at one time ...

ROY 035338