# ARNOLD & PORTER LLP

**Jason M. Butler**
Jason.Butler@aporter.com

212.715.1072
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

September 29, 2006

**BY HAND**

Honorable Joseph J. Farnan Jr.
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  *Royal Indemnity Co. v. Pepper Hamilton, LLP, et al.*, C.A. No. 05-165

Dear Judge Farnan:

    We write on behalf of McGladrey & Pullen LLP ("McGladrey") and Michael Aquino ("Aquino") to request leave to file this letter as a sur-reply in further opposition to the motion of Royal Indemnity Co. ("Royal") To Compel Compliance With Case Management Orders. (D.I. 196). McGladrey and Aquino believe that a sur-reply is needed to address the propriety of Royal's motion in light of an argument raised for the first time in Royal's reply brief.

    As the Court is aware, in its opening brief, Royal argued that McGladrey should be required to produce two of its former auditors during the initial wave of depositions scheduled pursuant to this Court's Discovery Coordination Order #1, which encompassed the period of August 21, 2006 through October 27, 2006. McGladrey and Aquino opposed that motion on the grounds, among others, that Royal appeared to be attempting to gain an unfair tactical advantage by benefiting from attorney Veronica Rendon's maternity leave, which commenced during the initial wave of depositions.

    In its reply brief, Royal changed its position, and argued for the first time that the two former auditors be produced for depositions "prior to December 31, 2006." (Reply Br. at p.3). After receiving Royal's motion, McGladrey and Aquino offered to produce the two auditor witnesses on January 3-5, and January 10-12, respectively. These dates are based on the witnesses' personal schedules, and fall within days of when Royal requested the witnesses' production in its reply brief.

# ARNOLD & PORTER LLP

Hon. Joseph J. Farnan Jr.
September 29, 2006.
Page 2

     By this letter, McGladrey and Aquino request the Court to order that the witnesses be produced on the January dates set forth above. The dates reflect a reasonable compromise, are based upon the witnesses' personal schedules, and will not result in any prejudice to Royal.

Respectfully submitted,

Jason M. Butler

cc: All counsel