IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PEPPER HAMILTON LLP, RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, PC,<br><br>　　　　　　Defendants. | )<br>)<br>) C.A. No. 05-165<br>)<br>)<br>) Hon. Joseph J. Farnan, Jr.<br>)<br>) **CONFIDENTIAL -- FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## McGLADREY & PULLEN, LLP's and MICHAEL AQUINO's MOTION TO PRESERVE CONFIDENTIALITY DESIGNATION AND LIMITATION ON USE AND DISCLOSURE

Defendants McGladrey & Pullen, LLP ("McGladrey") and Michael Aquino ("Aquino") submit this motion, pursuant to this Court's Order for the Protection of Confidential Information, dated March 15, 2006 (the "Protective Order"), to Preserve Confidentiality Designation and Limitation on Use and Disclosure.

Date:　August 30, 2006

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Michael R. Lastowski
　　　　　　　　　　　　　　　　　　　　Michael R. Lastowski (Bar No. 3892)
　　　　　　　　　　　　　　　　　　　　Christopher M. Winter (Bar No. 4163)
　　　　　　　　　　　　　　　　　　　　1100 North Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1246
　　　　　　　　　　　　　　　　　　　　Phone: 302-657-4951
　　　　　　　　　　　　　　　　　　　　Fax: 302-657-4901

| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
|---|---|
| Veronica E. Rendon<br>Jason M. Butler<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-715-1000<br>Fax: 212-715-1399 | Steven M. Farina<br>Thomas H.L. Selby<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Phone: 202-434-5000<br>Fax: 202-434-5029 |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Counsel for Defendant McGladrey & Pullen, LLP |