IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK | ) CONFIDENTIAL – FILED UNDER SEAL |
| GAGNÉ, FREED MAXICK & BATTAGLIA CPAs | ) |
| PC, McGLADREY & PULLEN, LLP, | ) |
| MICHAEL AQUINO, and FREED MAXICK | ) |
| SACHS & MURPHY, P.C., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS

Defendant McGladrey & Pullen, LLP ("McGladrey"), for the reasons more fully set forth in the accompanying memorandum, hereby moves to compel Plaintiff Royal Indemnity Company ("Royal") to produce certain documents requested by McGladrey in its First Request for the Production of Documents. Counsel for McGladrey and Royal have met and conferred about, but were unable to resolve, these matters.

Dated: September 27, 2006

DUANE MORRIS LLP

By: _____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

DM3\399385.1

ARNOLD & PORTER LLP
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

Attorneys for McGladrey & Pullen, LLP
and Michael Aquino

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H. L. Selby
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for McGladrey & Pullen, LLP

DM3\399385.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for McGladrey & Pullen, LLP have discussed the subject of the attached motion with counsel for Royal Indemnity Company, but that no agreement could be reached.

_____
Christopher M. Winter