IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) C.A. No. 05-165-JJF | |
| ) | |
| PEPPER HAMILTON LLP, W. RODERICK   ) | |
| GAGNÉ, FREED MAXICK & BATTAGLIA CPAs   ) | |
| PC, McGLADREY & PULLEN, LLP,   ) | |
| MICHAEL AQUINO, and FREED MAXICK   ) | |
| SACHS & MURPHY, P.C.,   ) | |
| ) | |
| Defendants.   ) | |

## ORDER

The Court having considered Defendant McGladrey & Pullen, LLP's Motion to Compel Plaintiff's Production of Documents (the "Motion to Compel"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that:

The Motion to Compel is GRANTED.

_____
United States District Judge

DM3\399385.1