# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which plaintiff Royal Indemnity Company must file its answering brief in opposition to defendant McGladrey & Pullen, LLP's Motion to Compel Plaintiff's Production of Documents (D.I. 249) is extended through and including October 26, 2006.

| | |
|---|---|
| ASHBY & GEDDES | DUANE MORRIS LLP |
| */s/ Tiffany Geyer Lydon* | */s/ Christopher M. Winter* |
| _____ | _____ |
| Philip Trainer, Jr. (I.D. #2788) | Michael R. Lastowski (I.D. #3892) |
| Tiffany Geyer Lydon (I.D. #3950) | Christopher M. Winter (I.D. #4163) |
| 222 Delaware Avenue, 17th Floor | 1100 North Market Street, Suite 1200 |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 657-4900 |
| | |
| *Attorneys for Plaintiff Royal Indemnity Company* | *Attorneys for Defendant McGladrey & Pullen, LLP* |

SO ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
United States District Judge

174168.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2006, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | VIA ELECTRONIC MAIL |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | VIA ELECTRONIC MAIL |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Ashley B. Stitzer, Esquire<br>Daniel K. Astin, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | VIA ELECTRONIC MAIL |

2

Richard P. Swanson, Esquire                                             VIA ELECTRONIC MAIL
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire                                               VIA ELECTRONIC MAIL
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Neil G. Epstein, Esquire                                                VIA ELECTRONIC MAIL
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Michael S. Waters, Esquire                                              VIA ELECTRONIC MAIL
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

James J. Rodgers, Esquire                                               VIA ELECTRONIC MAIL
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


                                                    */s/ Tiffany Geyer Lydon*
                                                    _____
                                                    Tiffany Geyer Lydon

174169.1