IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>Defendants. | C.A. No. 05-165-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | C.A. No. 05-72-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | C.A. No. 04-1551-JJF |

DM3\403103.1

| | |
|---|---|
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3, <br><br>Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>ROYAL INDEMNITY COMPANY, <br><br>Defendants/Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |

## NOTICE OF DEPOSITION OF ANDREW BARBEE

PLEAST TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, McGladrey & Pullen, LLP will take the deposition upon oral examination of Andrew Barbee on October 23, 2006, starting at 9:30 a.m., at the offices of Helms Mulliss & Wicker, 201 North Tryon Street, Charlotte, North Carolina 28202. The deposition will be recorded stenographically and videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Order #1. All counsel of record are invited to attend and participate.

/s/ Christopher M. Winter

Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

-and-

| | |
|---|---|
| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
| Veronica E. Rendon | Steven M. Farina |
| Jason M. Butler | Thomas H.L. Selby |
| Glynn K. Spelliscy | Amber M. Mettler |
| 399 Park Avenue | 725 12th Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* | *Counsel for Defendant McGladrey & Pullen, LLP* |

Dated: October 13, 2006