IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-72-JJF |
| v. | ) ) | |
| McGLADREY & PULLEN, LLP and MICHAEL AQUINO, | ) ) ) | |
| Defendants. | ) ) ) | |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1551-JJF |
| v. | ) ) ) | |
| PEPPER HAMILTON LLP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DM3\403103.1

| | |
|---|---|
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>    Defendants/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 02-1294-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **Notice of Deposition of Andrew Barbee** was made on October 13, 2006 upon the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 13, 2006
       Wilmington, Delaware

/s/ Christopher M. Winter
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  cmwinter@duanemorris.com

DM3\403103.1

## Service List

William H. Sudell, Jr., Esq.  
Daniel Butz, Esq.  
Morris, Nichols Arsht & Tunnell LLP  
1201 N. Market Street  
Wilmington, DE 19899  
*Via Hand Delivery*

Elizabeth K. Ainslie, Esq.  
Schneider Harrison Segal & Lewis, LLP  
1600 Market Street, Suite 2600  
Philadelphia, PA 19103  
*Via First Class Mail*

James L. Holzman, Esq.  
Clayton Athey, Esq.  
Prickett, Jones & Elliot, P.A.  
1310 King Street  
Wilmington, DE 19801  
*Via Hand Delivery*

Michael S. Waters, Esq.  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
Three Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
*Via First Class Mail*

John H. Eickemeyer, Esq.  
Vedder, Price, Kaufman & Kammholz, P.C.  
805 Third Avenue  
New York, NY 10022  
*Via First Class Mail*

Andre G. Castaybert, Esq.  
Proskauer Rose LLP  
1585 Broadway  
New York, NY 10036  
*Via First Class Mail*

Tiffany Geyer Lydon, Esq.  
Philip Trainer, Jr., Esq.  
Ashby & Geddes  
222 Delaware Avenue  
Wilmington, DE 19801  
*Via Hand Delivery*

Karen Lee Turner, Esq.  
Eckert Seamans Cherin & Mellott, LLP  
4 E. 8th Street, Suite 200  
Wilmington, DE 19801  
*Via Hand Delivery*

John I. Grossbart, Esq.  
Sonnenschein, Nath & Rosenthal LLP  
8000 Sears Tower  
233 S. Wacker Drive  
Chicago, IL 60606  
*Via First Class Mail*

Neil G. Epstein, Esq.  
Eckert Seamans Cherin & Mellott, LLP  
1515 Market Street, 9th Floor  
Philadelphia, PA 19102  
*Via First Class Mail*

John W. Shaw, Esq.  
Dawn Jones, Esq.  
Young, Conaway, Stargatt & Taylor  
1000 West Street, 17th Floor  
Wilmington, DE 19899  
*Via Hand Delivery*

Richard P. Swanson, Esq.  
Veronica E. Rendon, Esq.  
Arnold & Porter LLP  
399 Park Avenue  
New York, NY 10022-4690  
*Via First Class Mail*

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Amber M. Mettler, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005
*Via First Class Mail*

Michael H. Barr, Esq.
Kenneth J. Phaehler, Esq.
Robert W. Gifford, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089
*Via First Class Mail*

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
*Via First Class Mail*

Daniel K. Astin, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Via Hand Delivery*