**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK | ) |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, McGLADREY & PULLEN, LLP, | ) |
| MICHAEL AQUINO, and FREED MAXICK | ) |
| SACHS & MURPHY, P.C., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| CHARLES A. STANZIALE, JR., Chapter 7 | ) |
| Trustee of Student Finance Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-72-JJF |
| | ) |
| McGLADREY & PULLEN, LLP and | ) |
| MICHAEL AQUINO, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| CHARLES A. STANZIALE, JR., Chapter 7 | ) |
| Trustee of Student Finance Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1551-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DM3\403104.1

MBIA INSURANCE CORPORATION and )
WELLS FARGO BANK, N.A. (f/k/a WELLS )
FARGO BANK MINNESOTA N.A.) as )
TRUSTEE OF SFC GRANTOR TRUST, )
SERIES 2000-1, SFC GRANTOR TRUST, )
SERIES 2000-2, SFC GRANTOR TRUST, )  C.A. No. 02-1294-JJF
SERIES 2000-3, SFC GRANTOR TRUST, )
SERIES 2000-4, SFC GRANTOR TRUST, )
SERIES 2001-1, SFC GRANTOR TRUST, )
SERIES 2001-2, SFC OWNER TRUST 2001-I, )
AND SFC GRANTOR TRUST, SERIES 2001-3, )
)
      Plaintiffs/Counterclaim Defendants, )
)
v. )
)
ROYAL INDEMNITY COMPANY, )
)
      Defendants/Counterclaim Plaintiff. )
)
)

## **NOTICE OF DEPOSITION OF KARINA GLASS**

      PLEAST TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006,

McGladrey & Pullen, LLP will take the deposition upon oral examination of Karina Glass on

October 25, 2006, starting at 9:30 a.m., at the offices of Helms Mulliss & Wicker, 201 North

Tryon Street, Charlotte, North Carolina 28202. The deposition will be recorded stenographically

and videotaped. The deposition will continue from day to day until completed pursuant to the

provisions of Discovery Order #1. All counsel of record are invited to attend and participate.

/s/ Christopher M. Winter

Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and
Michael Aquino*

-and-

ARNOLD & PORTER LLP
Veronica E. Rendon
Jason M. Butler
Glynn K. Spelliscy
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP
and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H.L. Selby
Amber M. Mettler
725 12th Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

*Counsel for Defendant McGladrey &
Pullen, LLP*

Dated: October 13, 2006