**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PEPPER HAMILTON LLP, RODERICK<br>GAGNÉ, FREED MAXICK & BATTAGLIA<br>CPAs, McGLADREY & PULLEN, LLP, and<br>MICHAEL AQUINO,<br>Defendants. | )  C.A. No. 05-165-JJF<br>)<br>)<br>)<br>)<br>)  [Re D.I. 249] |

**NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that Defendant McGladrey & Pullen, LLP, having reached

accommodation with Plaintiff that renders moot its Motion to Compel Plaintiff's Production of

Documents (the "Motion"), which was filed under seal on September 27, 2006 [D.I. 249], hereby

withdraws the Motion.

Dated: October 24, 2006
      Wilmington, Delaware

DUANE MORRIS LLP

_____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

ARNOLD & PORTER LLP
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H. L. Selby
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

*Attorneys for McGladrey & Pullen, LLP*