# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

CHRISTOPHER M. WINTER
DIRECT DIAL: 302.657.4951
E-MAIL: cmwinter@duanemorris.com

www.duanemorris.com

November 1, 2006

**VIA HAND DELIVERY**

Honorable Joseph J. Farnan
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Wilmington, DE 19801

Re:   **Royal Indemnity Co. v. Pepper Hamilton LLP, et al., C.A. No. 05-cv-165**

Dear Judge Farnan:

Enclosed please find a courtesy copy of the Motion to Compel Plaintiff's Production of Documents in the possession of Royal & SunAlliance Insurance Group PLC and the Memorandum in Support of McGladrey & Pullen's Motion to Compel (with attachments), which were filed this afternoon under seal pursuant to the Order for the Protection of Confidential Information, dated March 15, 2006.

McGladrey & Pullen respectfully requests expedited consideration of this motion to compel, as it has recently learned that Plaintiff's parent company, Royal & SunAlliance Insurance Group PLC ("Royal UK") has decided to spin off its U.S. operations. Royal UK plans to complete this sale transition by the end of this year, and it has already delisted itself from the New York stock exchange. Once this transaction is consummated, the surviving U.S. company will no doubt assert that it no longer has the ability to produce documents from Royal UK. Accordingly, McGladrey respectfully requests your attention prior to the time that this sale transaction is completed.

I am available should Your Honor have any questions.

Respectfully submitted,

Christopher M. Winter

---

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246         PHONE: 302.657.4900   FAX: 302.657.4901
DM3\409135.1

DuaneMorris

Honorable Joseph J. Farnan
November 1, 2006
Page 2

CMW/nmj
Enclosure
cc:    All counsel of record (w/ enclosure)