# EXHIBIT 5

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 7



BILL HIBBERD
11/15/2000 06:11 PM

To: D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ, ROBERT VAN EPPS/CSO/ROYAL-SSD@ROYAL-HQ
cc:
Subject: Financial Enhancement Plan

Gentlemen,

here's the details underlying the Branch 26 Plan:

# REDACTED

Credit Enhancement:

WP   19,700
EP   13,040
L$    5,629
L.R.  43.2

Within the Credit Enhancement area we have:

Student Loans

WP 14,000
EP  8,035
L$  3,214
L.R. 40.0

This contemplates us doing Student Loan III

ROY 106957

There is no real opportunity to change the plan anyway, as I found out today that it had been shipped to the UK.

wjh

ROY 106958

## Financial Enhancements Department

### 2001 Plan

|  | WP | EP | Loss | L/R |
|---|---|---|---|---|
| SFC | 14,000 | 8,035 | 3,214 | 40.0% |
| Credit Enhancement | 4,070 | 4,070 | 1,628 | 40.0% |



2001Plan.xls

ROY 106959

# EXHIBIT 8

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 9

**BJ ROOD/CARM/ROYAL-SSD**
04/25/2000 07:59 AM

To  BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ
cc
bcc
Subject  Re: Today's Draft of the Paper

Dan actually did the examples last week but failed to attach them to the email.

bj
BILL HIBBERD

**BILL HIBBERD**
04/25/2000 07:49 AM

To:        BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject:   Re: Today's Draft of the Paper

This is infinitely better. I think we need to specify where the   Board is going to order supplies, though.

I noticed that there are a couple of sections where it says Dan to provide. I wonder if he is aware of what it is he is supposed to do.

wjh
Financial Enhancements

### *Financial Enhancements*

From:      BJ ROOD on 04/25/2000 06:17 AM

To:        Stephen M. Mulready/Farmington/OrionSpecialty@OrionSpecialty, DAVE
           MCDONALD/CSO/ROYAL-SSD@ROYAL-HQ, DAN T JONES/NYOM/ROYAL-SSD@ROYAL-HQ, BILL
           HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject:   Today's Draft of the Paper

Spoke with Raj this morning:
1. I have attached today's draft of the paper that includes Rick's suggestions (highlighted) for our review.
2. Raj is working on the REAL cover letter that will include all the points we discussed and:
   * The structure for the group in the UK and US
   * That this is relatively new to the group and because of this the disciplines are evolving
   * There lessons that we have learned and issues we are addressing
   * There is a worldwide Risk Financing Practice.
3. Raj is going to speak with Liz Jones (since Andrew Goh is somewhere in the middle of Wales this week) to reaffirm that this is a going forward position not a defensive position. He is also going to discuss how they came up with their net exposures (based on the numbers they did not use the same methodology as FSL or Financial Enhancements.
4. Rick wants to give the Final paper to the group Thursday morning.



bj              STRUCTURED RISK FINANCING 04252000 draf

Benjamin J. Rood, Jr.
Phone:      (704) 543 3500
Fax:        (704) 543 3566
Cell Phone: (704) 907 7356

ROY 164149

**4/25/2000 Draft**

# STRUCTURED RISK FINANCING
# BRIEFING NOTE

**BUSINESS CASE**

**REDACTED**

Structured risk financing is a range of solutions to deal with risk other than through RSA's traditional insurance approaches. Transactions have a financial purpose other than risk transfer. ~~Such purposes include~~ **For Example,** minimizing economic threat to loss and accelerating tax benefits for the client.

Advantages for RSA include:

- Significant financial returns can be earned by following a disciplined and structured underwriting approach to the selection of transactions.

- Solutions can be constructed to risk issues for which there is no traditional insurance product response.

- ~~There is less risk in~~ **The expectation of loss is less** in properly structured risk finance products than in traditional insurance.

- This capability strengthens the proposition of RSA achieving major player status in the global financial services industry.


**OPPORTUNITY**

- Large commercial **and other** clients are seeing the limitations of traditional property and casualty products in managing their risk as their sophistication and size grows.

- These same clients are seeking broader solutions by crossing traditional insurance boundaries to the capital markets.

- RSA is in the unique position to move beyond being "one of the pack" by leveraging its  by leveraging the competencies and skills the group already has in this area in the  and USA.

- RSA sees specific opportunity by focusing on:

1

**ROY 164150**

a) Undeveloped markets with exceptional premium potential **in areas as yet uncrowded by competitors**
b) Transactions with substantial collateral allowing for recovery of the collateral in the event of a claim.
c) Relationships that generate repeat business



## CORE PRODUCTS

The financial solutions in which we specialize are:

### RESIDUAL VALUE

Coverage to protect against the diminution of the value of a tangible asset at a point in time.

## Example: DAN TO PROVIDE

### CREDIT ENHANCEMENT

Coverage to protect against the inability of the designated cash stream to meet a financial obligation over a period or periods of time.

Example: A pool of credit card receivables from borrowers is to be securitized. The reserve structure in the underlying transaction only garners a BBB rating. Principal repayment guarantee from RSA yields a AA- rating for the securitization allowing lower interest rates on the notes.

### HYBRID

A product that combines residual value and credit enhancement coverages, as described above, over a period of time and/or at a point in time.

## Example: DAN TO PROVIDE

NOTE: ˙          also entertains risk related problems where the solution is structured using a tool kit made up of insurance, reinsurance, finite techniques and capital market

2

ROY 164151

techniques.   However, even in these situations the core underwriting principles, specific underwriting standards and financial underwriting criteria will be followed.


## CORE UNDERWRITING PRINCIPLES

- Nil expectation of underwriting loss

- Financial reasons, in addition to risk transfer, exists

- Client suffers significantly before RSA responds

- Rigorous due diligence process exists

- **Ideally,** proposals **will** have expiry dates

- Risk can be financially modelled and evaluated **and trigger points can also be evaluated**


## SPECIFIC UNDERWRITING GUIDELINES

## RESIDUAL VALUE

| Commercial Property | Equipment | Consumer Assets |
|---|---|---|
| • Point in time exposure<br>• Conservative valuation<br>• Environmental review<br>• Legal review<br>• Title & survey<br>• Client retains P&C insurance<br>• Maintenance & repair conditions<br>• Recourse to asset | • Point in time exposure<br>• Conservative valuation<br>• Legal review<br>• Title<br>• Maintenance & repair Conditions<br>• Client retains P&C insurance<br>• Recourse to asset | • Point in time exposure<br>• Valuation of pool of assets<br>• Industry valuation guides<br>• Legal review<br>• Title<br>• Maintenance & repair Conditions<br>• Recourse to asset |

3

ROY 164152

**CREDIT ENHANCEMENT**

- Legal review
- Verifiable industry data
- Risk Pool requires size for credibility
- Model assumes some appropriate recovery (based on rating agency models)

**HYBRID**

- Multiple Point-in- Time or Continuous Exposures

| Asset | Cash Flow | Credit | Funding |
|---|---|---|---|
| • See Residual Value - commercial property section | • Legal review<br>• Modelling to a 99% confidence level (e.g., Monte Carlo Analysis)<br>• Conservative valuation of collateral | • See Credit Enhancement section | • RSA controls the funding<br>• Conservatively discounting the risk to establish the funding amount |

4

ROY 164153

REDACTED

## CONTROLS

**ESTABLISH UNDERWRITING POLICY**

- Policy established and reviewed by the worldwide Structured Risk Finance Board (which is to be formed)**, but will include a minimum of two representatives each from          and the US.**

- The Underwriting policy includes:
  - Types of acceptable assets
  - Transaction size limits
  - Collateral requirements
  - Due diligence process (utilizing outside expertise)
  - Sign-off procedures

- The Board will also have responsibility for putting in place a system to monitor and control risk aggregations across the World.

- An aggregation report will be analyzed on a quarterly basis
    Note: We don't believe we have a concentration issue currently (geography, asset or point-in-time).   However, we will develop monitoring system to track and manage these exposures going forward

5

ROY 164154

## MONITORS

- Creation of an oversight committee

- It will also put forward proposals for external/internal audit reporting using appropriate resources

- Arrange for periodic external actuarial reviews.

## ISSUES FOR RESOLUTION

- **ACCOUNTING**

A process needs to be established to recognize revenue on multi year transactions when there is a nil loss expectancy.. (Note: A recommendation has already been submitted to WGO).

- **LIQUIDITY**

Some of these transactions require on demand payment. We must ensure that processes exist to meet these obligations and then make our recoveries against collateral. **Which necessitates RSA to act as a bank, not an insurer when claims occur.**

> Example: Balloon note payment of $US50 million is due. The property owner puts the building to RSA who must pay the note and sell the property to recover the $US 50m. A facility is needed to bridge the put of the building and its ultimate sale.

6

ROY 164155

- **CAPITAL ALLOCATION**

A methodology must be determined to allocate the capital necessary to support risk financing transactions

The methods for Property & Casualty insurance such as solvency ratios are not appropriate since they are geared for heterogeneous risks with short-term (typically one-year) exposures.

- **CAPACITY**

How much capacity is RSA willing to commit to Risk Financing business and will this commitment allow RSA to be a viable player in this market?
> (Note: A model taken from the investment banking community should be reviewed since the standard P&C models are not sufficient for this business)

- **REINSURANCE**

What are the advantages and disadvantages of obtaining reinsurance for Risk Financing business?

### ADVANTAGES

- Provides external oversight of business
- Provides additional capacity
- Limits impact of an individual loss

### DISADVANTAGES

- Lack of competent and willing reinsurance markets
- Many of those who will entertain this business are direct competitors

7

**ROY 164156**

(Note: Do we reach a certain size in a single transaction or in the accumulation of similar transactions, where we find ourselves at odds with the spread of risk tenet?)

- **SEPARATE COMPANY**

What are the advantages and disadvantages of a separate company?

### ADVANTAGES

- Capital committed to business is not contingent upon events outside the scope of the individual company's operations.
- Demonstrates a commitment to this business in the eyes of the market
- Enables company to control business by limiting its capital

### DISADVANTAGES

- Limited capital
- Legal entity requirements

What are the implications of a Separate company (e.g., parent, tax implications both onshore and offshore)?

- **THE PAST**

Some previously written business in            does not meet the core underwriting principles stated herein.

These cases have been identified and individual action plans will be developed and executed.

- **ORGANIZATIONAL STRUCTURE**

Given the organization's limited number of qualified staff, what is the optimal organization structure that should be created to effectively manage this business going forward?

8

ROY 164157

# EXHIBIT 10

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 11

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 12

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 13



**TONY MCKENZIE/CARM/ROYAL-SSD**

03/31/2000 03:25 PM

To   BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc   BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ
bcc
Subject   Re: FINANCIAL PRODUCTS BUSINESS

BJ,

The only deal(s) I am aware of is the Student Loan program:

| CONTRACT NAME | CONTRACT TYPE | DURATION | MAXIMUM LOSS POTENTIAL |
|---|---|---|---|
| Student Finance Corp. | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | Policy Term 12 months: 01/22/99 to 01/22/00 Max Loan Term:  15 Years | $75M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
| Student Finance Corp. | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | Policy Term 24 months: 12/20/99 to 12/20/01 Max Loan Term:  15 Years | $200M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
| Student Finance Corp. Potential: $350M Sub-Prime $10M 4Yr, $10M Prime | Credit Enhancement: Default Insurance on Sub-Prime Student Loans | ExpectedPolicy Term 12 months:  Expected Max Loan Term:  10 Years | $370M of Loan principal: Expected Loss =$0, based on collateralization of the Excess Cash Flows and other funds. |
| | | | |

I am not sure of the effective dates of the $200M policy.  Let me know if you need more.

Tony
BJ ROOD



**BJ ROOD**
03/31/2000 12:21 PM

To:   BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, TONY MCKENZIE/CARM/ROYAL-SSD@ROYAL-HQ, D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject:   FINANCIAL PRODUCTS BUSINESS

------------------ Forwarded by BJ ROOD/CARM/ROYAL-SSD on 03/31/2000 12:25 PM ------------------



Stephen M. Mulready@ORIONSPECIALTY
03/31/2000 12:24 PM

ROY 163741

To:     BRUCE BUNNER/NYOM/ROYAL-SSD@ROYAL-HQ, BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc:     Marty Becker/Farmington/OrionCapital@OrionCapital, Colleen
        Newman/Farmington/OrionSpecialty@OrionSpecialty
Subject: FINANCIAL PRODUCTS BUSINESS

Bruce and B.J.,

Please see the note below.  As we discussed, this business is getting lots of attention throughout our
company and we now need to compile information to help build our case.  Please submit the appropriate
data (based upon the chart below) and forward to Colleen so she can coordinate.  I agree with Marty that it
makes sense to bring our information to Dublin.  Let's try to have the information to Colleen by next
Thursday.  Thanks.

Steve
------------------- Forwarded by Stephen M. Mulready/Farmington/OrionSpecialty on 03/31/2000 12:18 PM
-----------------------

      Marty Becker@ORIONCAPITAL
                 03/31/2000 08:03 AM

To:     Stephen M. Mulready/Farmington/OrionSpecialty@OrionSpecialty
cc:
Subject: FINANCIAL PRODUCTS BUSINESS

Steve, can you initiate the preparation of this list so we can be timely in our response.  Ideally, you could
hand deliver this during your Dublin meeting.


------------------- Forwarded by Marty Becker/Farmington/OrionCapital on 03/31/2000 08:12 AM
-----------------------

      Rick Hudson@ROYALSUNINT
                 03/31/2000 05:07 AM

To:     Duncan Boyle/UK/RoyalSun@RoyalSun, Marty Becker/Farmington/OrionCapital@OrionCapital, Steve
        Broughton/CPD/RoyalSun@RoyalSunCPD
cc:     Rod Hoover/WGO/RoyalSun@RoyalSunInt
Subject: FINANCIAL PRODUCTS BUSINESS

Below are copies of earlier e-mails.

The crux of the issue is that if our 1st Quarter Results are not good our S&P rating of AA- is further under
pressure.  Additional and significant  pressure is seemingly arising from various financial products deals,
particulary, credit enhancement contracts (and their like cousins) and S&P are going to question us in
some depth about our portfolio,our aspirations and our underwriting disciplines and skills in this area as
well as how this potfolio fits in our RBC model.

I have some personal difficulty in giving you a precise definition of which "deals" fall under this umbrella
and will be the subject of S&P inquiry but I would like a listing of our existing porfolio in the credit
enhancement, political risks and residual value areas.  I appreciate this listing could be long and I am
happy to cut down the workload at this stage and deal with excluding exposures say less than £10m
(US$15m).

We are concerned about the S&P risk so I feel that current quotes and indications for deals with large
limits be eliminated or restricted until we go through this phase with S&P.  Of course, we have the classic

ROY 163742

We are concerned about the S&P risk so I feel that current quotes and indications for deals with large limits be eliminated or restricted until we go through this phase with S&P. Of course, we have the classic catch 22. We can't do these deals without a "AA" family rating and this rating is under review because of, in part, our activity in this area.! I spoke to Gareth Bradburn ( a friend of mine who is a partner at Swiss Re New Market) yesterday who filled me in on how they were worked over by S&P. We are in for a major grilling when we see S&P .!
Organisationally,down the track, we may be forced to review how we underwrite this business i.e. continue underwriting into a mainstream multi-line business or separately into a independently capitalised and separately S&P rated mono-line vehicle.

I am afraid there is quite a rush for this information but I believe it is readily available. A rough template of the sort of information which I am looking for is below. Deadline asap but no later than 20.04.2000

Rick

# REDACTED

Example of Detail Required

| CONTRACT NAME | CONTRACT TYPE | DURATION | MAXIMUM LOSS POTENTIAL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



Rod Hoover
23/03/2000 17:49

To:    Paul Spencer/UK/RoyalSun@RoyalSun, Jens-Erik Christensen/RSO/EMEA/RoyalSun@RoyalSunInt, Ewoud Kulk/RoyalSunAlliance/AU@RoyalSunAlliance, Bob Gunn/HO/RSA/CA@RoySunCan, TERRY BRODERICK/CSO/ROYAL-SSD@ROYAL-HQ, Marty Becker/Farmington/OrionCapital@OrionCapital, Rick Hudson/WGO/RoyalSun@RoyalSunInt, Bob Mendelsohn/WGO/RoyalSun@RoyalSunInt, Wai Au/UK/RoyalSun@RoyalSun, JOE FISHER/CSO/ROYAL-SSD@ROYAL-HQ, LARRY GOWEN/CSO/ROYAL-SSD@ROYAL-HQ, Phil Wilson/HO/RSA/CA@RoySunCan, Harold Bentley/RoyalSunAlliance/AU@RoyalSunAlliance, Ian Hutchinson/WGO/RoyalSun@RoyalSunInt, Bruce Walker/LACRSO/RoyalSun@RoyalSunInt, Arthur Hayes/RSAIM@RSAIM

cc:     Julian Hance/WGO/RoyalSun@RoyalSunInt, Andrew Davey/UK/RoyalSun@RoyalSunInt, BRUCE
        BUNNER/NYOM/ROYAL-SSD@ROYAL-HQ, MARTIN WALKER/NYOM/ROYAL-SSD@ROYAL-HQ, BJ
        ROOD/CARM/ROYAL-SSD@ROYAL-HQ, Marian Povey/WGO/RoyalSun@RoyalSunInt, Helen
        Manning/UK/RoyalSun@RoyalSun, Deborah Alphonso/WGO/RoyalSun, Martin
        Hoad/WGO/RoyalSun@RoyalSunInt, Ruth Earnshaw/WGO/RoyalSun@RoyalSunInt

Subject:  S&P is concerned over RSA's financial guarantee business

Upon review of the note below concerning S&P and their focus on RSA's financial guarantee business,
Julian Hance asked that I pass along this note to the regional directors that attended the recent GTG and
to indicate that this incident with S&P is an example the kind of problem we can find ourselves fighting with
the agency over financial guarantees.

Our current S&P Financial Strength rating is AA-, with a Negative outlook. The rating is under
considerable pressure with our current level of earnings. As a Group, we must be thoughtfully mindful of
any tensions and stresses on our rating. Currently, the financial guarantee business in general is a major
concern to the agency. As it relates to RSA, S&P have highlighted our recent activity in the arena as a
particular concern.

Please be mindful of the potential capital charge on RSA relating to these transactions.  I am particularly
sensitive to transactions where a third party approaches S&P and seeks a rating on their bonds which is
entirely dependant on a cut through to the AA- financial strength rating of RSA, which was the case in a
recent US and a recent UK transaction. Our annual review meeting with S&P is set for May 23. I am not
sure our rating can survive another sizeable transaction between now and our review date.

The level of S&P's concern is considerable enough to request a special meeting with Julian Hance on the
subject. This gathering, set for May 8, is designed for Julian to explain our global policy on the financial
guarantee business, how much capital we are willing to commit to this business, the underwriting process
and policies, and to gain an understanding on the impact to RSA within the S&P capital model. Julian has
asked Rick Hudson to lead the effort to gather this information and to summarise our current position and
policies. Many of you will be hearing from Rick on this subject.

Thanks in advance for your support of this exercise to balance our financial guarantee business with our
desire to maintain our current Financial Strength ratings.

Rod Hoover

-------------------------- Forwarded by Rod Hoover/WGO/RoyalSun on 23/03/2000 17:09 --------------------------

   Rod Hoover
                       17/03/2000 17:16              

To:     Julian Hance/WGO/RoyalSun@RoyalSunInt
cc:     Marian Povey/WGO/RoyalSun@RoyalSunInt, Ruth Earnshaw/WGO/RoyalSun@RoyalSunInt, Martin
        Hoad/WGO/RoyalSun@RoyalSunInt, Deborah Alphonso/WGO/RoyalSun
bcc:

Subject:  S&P is concerned over RSA's financial guarantee business

Corinne Cunningham called yesterday in a panic or sorts in respect to a  financial guarantee structure
which RSA are participating in. Unfortunately, the deal was dropped into Corinne's lap yesterday with a
request to provide a response that afternoon. With the status of our rating with S&P, we don't need too
many surprises for Corinne.  As of this morning, with the help of Andrew Davey, the matter was settled
satisfactorily for all parties.

ROY 163744

**REDACTED**

Corinne has requested a meeting with Julian in order to discuss our overall policy on financial guarantees, reasons for entering into this business and the level of internal capital which we are subscribing. S&P are also working on criteria which should apply to these instruments which are expected to be ready at the end of May. Their preference is for the structured products team to review the instrument and apply a specific rating. Alternatively there will be a 'credit matrix' which will look at the quality of the underlying transaction, level of collateralisation etc. This broad brush approach is likely to lead to a higher capital charge.

As a matter of some urgency we need to establish exactly which parts of the Group are entering into this type of transaction and what is the extent of our current exposures. Do you have this information?

to arrange for WGO Treasury to co-ordinate any approaches to the rating agencies from the centre, even if the applicant for the rating is a third party in one of these transactions.  I would like to send out a communication to all FDs next week to explain our current challenges with S&P in this category and make sure that Corinne receives no more surprises. We may also need to consider the appropriate capital cost internally, in line with the S&P capital cost calculation, when we know what this will be.  There is a risk that we may jeopardise our rating and/or our relationship with S&P if we do not manage this issue carefully.

I will work with Marian to set up an S&P meeting on financial guarantees with you, although it probably won't take place until mid April, say April 10-12. Can we discuss the entire issue on Tuesday when you return.

Thanks,

Rod

# EXHIBIT 14

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 17

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 18

# EXHIBIT REDACTED IN
# ITS ENTIRETY

# EXHIBIT 19

**Andre**
Lefebvre/BEDF/ROYAL-SSD

11/11/2001 06:54 PM

To  GREG VEZZOSI/CSO/ROYAL-SSD
cc
bcc
Subject  Re: Economically Sensitive Portfolios📄

Greg,

Hopefully John Tighe will be successful in getting the information requested from'     We probably need to discuss how we should respond to this request. I'll be at the CAS Annual Meeting in Atlanta until Wed. this week. Give me a call on my cell phone.

Andre


GREG VEZZOSI




**GREG VEZZOSI**

11/05/01 08:52 AM

To:  Andre Lefebvre/BEDF/ROYAL-SSD
cc:  BILL HIBBERD/CARM/ROYAL-SSD, CHARLIE SCHUVER/CSO/ROYAL-SSD, KATHLEEN MUEDDER/CSO/ROYAL-SSD, JOEL CAMPANELLA/CSO/ROYAL-SSD
Subject:  Economically Sensitive Portfolios

Andre,

I think the business units most affected are ·     Financial Enhancements and        I'll check in with       to see how they are handling this. I would appreciate your gathering information on the other two. ·Charlie may be able to help you with    and I would expect Bill could do the same for Financial Enhancements.

Let's discuss before submitting anything to the UK.

Thanks,

GV

Joel – are you handling separately through ·       or should we include something for the US?
—— Forwarded by GREG VEZZOSI/CSO/ROYAL-SSD on 11/05/2001 08:36 AM ——


**Graham Harris@ROYALSUNINT**

11/05/2001 07:04 AM

To:  *GUF Members
cc:
Subject:  Economically Sensitive Portfolios


There are a number of portfolios which have the potential to be severely hit in the event of a general economic downturn and, in the current climate, with recession being talked of openly in many parts of the world, whether due or not to the effects of the WTC attacks, we at WGO GU&C are seeking to put together a general picture of our exposures in this context.

Would it, therefore, be possible for you to identify your exposures in this segment and inform us of those "economically sensitive" portfolios with a potential to cause loss

should the recession bite? These may include mortgage guarantee/mortgage indemnity business, credit insurance or credit card schemes where we cover cardholder payment default, which could increase significantly in difficult economic times. These are only examples and we would appreciate your giving full thought to the business you write in these areas.

In addition to identifying the exposures where they exist in your regions/territories, could you also start to think about quantifying the portfolios in terms of both premium income and exposure limits/sums insured?

are conducting a separate study as are       and we do not want there to be a duplication of effort so please check with colleagues when conducting the review.

In difficult economic conditions worldwide, the nature of these portfolios may change in a portfolio review context, pushing the business more towards a "volatile" definition and reviews under the PRP should be conducted accordingly.

We look forward to receiving your input as soon as possible. Many thanks in advance for your efforts.

Could you please ensure that Harry Driver is copied in on your replies.

With best wishes
Graham Harris
WGO - GU&C

# REDACTED

ROY 165309

# EXHIBIT 20

**From:**     TONY MCKENZIE
**Sent:**     Friday, May 10, 2002 6:38 PM
**To:**       CHARLIE SCHUVER
**Cc:**       BILL HIBBERD; ROBERT VAN EPPS
**Subject:**  Financial enhancement results
**Attach:**   1999-2001 Results for C Schuver.xls

REDACTED

Charlie,

Attached is a spreadsheet which provides detail by individual Financial
Enhancement account split between Credit Enhancement business and all other.
These schedules will tie into published results for each year.

'lease let me know if you have
any questions.

Thanks,

Tony McKenzie
Financial Enhancements
(704) 543-3411
(704) 543-3566: Fax
Tony_McKenzie@RSAUSA.com
----- Forwarded by TONY MCKENZIE/CARM/ROYAL-SSD on 05/10/02 04:29 PM -----

    ROBERT VAN EPPS
    05/10/02 02:41 PM

        To: BILL HIBBERD/CARM/ROYAL-SSD@ROYAL-HQ, TONY
    MCKENZIE/CARM/ROYAL-SSD@ROYAL-HQ
            cc:
            Subject: Financial enhancement results

Bill and Tony,

See Charlie's request below. I think these numbers are readily available for
Financial Enhancements (right Tony? - can we break this down by segment

Thanks,
Rob Van Epps
Royal & SunAlliance Insurance Group
Phone: 704-543-3551
Fax: 704-543-3566

    ----- Forwarded by ROBERT VAN EPPS/CARM/ROYAL-SSD on 05/10/02 02:34 PM -----

        CHARLIE SCHUVER
        05/10/02 02:20 PM

            To: ROBERT VAN EPPS/CARM/ROYAL-SSD@ROYAL-HQ, David F
    King/Farmington/OrionCapital@ROYAL-HQ
            cc: PAUL STEWMAN/CSO/ROYAL-SSD@ROYAL-HQ

ROY 106754

Subject: Financial enhancement results

We have a request from the UK to answer several FSA regulator questions regarding our financial enhancement businesses. We already have most of the answers but one of the questions deals with historical financial results.

The format would be:
Written Premium Earned Premium IBNR Case LR ELR Expense ratio Combined ratio

Rob,

Can you please get me the numbers for
Financial enhancement unit years 1999 through 2000?

David,



Sorry for a last minute rush request on this but it appears the UK FSA is putting pressure on WGO to understand this business and we need to respond to them by next week. Please let me know if this is a problem.

Charlie Schuver

<<...>>

ROY 106755

REDACTED

**Producer Core Report**
**Financial Enhancements**
**December 2001 YTD - FINAL**

| FINANCIAL ENHANCEMENTS 2001 | Nt WP | EP | LOADED LOSSES $ | % | COMM % | OTC % | COMB % | IBNR $ | % | CASE LOSSES $ | % | ULAE $ | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student Loan Program I | 0 | 2,513 | 1,101 | 43.8 | 10.0 | NA | 53.8 | 935 | 39.6 | 0 | 0.0 | 106 | 4.2 |
| Student Loan Program II | 6,690 | 5,442 | 2,383 | 43.8 | 10.0 | 16.1 | 69.9 | 2,155 | 39.6 | 0 | 0.0 | 228 | 4.2 |
| Student Loan Program III | 1,418 | 1,413 | 620 | 43.9 | 7.6 | 16.1 | 67.5 | 560 | 39.6 | 0 | 0.0 | 60 | 4.2 |

0
609

ROY 106756

**Producer Core Report**
**Financial Enhancements**
**December 2000 YTD - FINAL**

REDACTED

| FINANCIAL ENHANCEMENTS | Net WP | EP | LOADED LOSSES $ | LOADED LOSSES % | COMM % | OTC % | COMB % | IBNR $ | IBNR % | CASE LOSSES $ | CASE LOSSES % | ULAE $ | ULAE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | | | | | | | | | | | | | |
| Student Loan Program I | 0 | 2,520 | 1,008 | 40.0 | 10.0 | NA | 50.0 | 1,008 | 40.0 | 0 | 0.0 | 0 | 0.0 |
| Student Loan Program II | 14,418 | 1,761 | 704 | 40.0 | 10.0 | 11.3 | 61.3 | 704 | 40.0 | 0 | 0.0 | 0 | 0.0 |
| Student Loan Program III | 0 | 0 | 0 | NA | 7.5 | NA | 7.5 | 0 | #DIV/0! | 0 | NA | 0 | 0.0 |

Producer Core Report
Financial Enhancements
December 1999 YTD - FINAL

| FINANCIAL ENHANCEMENTS 1999 | Net WP | EP | LOADED LOSSES | | COMM % | OTC % | COMB % | IBNR | | CASE LOSSES | | ULAE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ | % | | | | $ | % | $ | % | $ | % |
| Student Loan Program I | 9,000 | 1,309 | 525 | 40.1 | 10.0 | 17.4 | 67.5 | 525 | 40.1 | 0 | 0.0 | 0 | 0.0 |
| Student Loan Program II | 0 | 0 | 0 | NA | 10.0 | NA | 10.0 | 0 | #DIV/0! | 0 | NA | 0 | 0.0 |
| Student Loan Program III | 0 | 0 | 0 | NA | 7.5 | NA | 7.5 | 0 | #DIV/0! | 0 | NA | 0 | 0.0 |
| | | | | | | | | (440) | | | | | |



REDACTED

# EXHIBIT 21



**BILL HIBBERD**
05/08/2000 12:42 PM

To:     TONY MCKENZIE/CARM/ROYAL-SSD@ROYAL-HQ, D SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ,
        ROBERT VAN EPPS/CSO/ROYAL-SSD@ROYAL-HQ, BJ ROOD/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject:  Meeting with Parker,Moor Domal et al

Gents,

Can we spend a few minutes of quality time this afternoon at 3:00 discussing the various items that
we will discuss tomorrow?

Here are some of my thoughts on the various topics:

1. Auto e loan- I/m not totally sure where parker is going with this submission. It looks to me that
the loss experience from Auto One is pretty bad. I tried to find some securitizations on EDGAR, but
was unsuccessful. We may want to ask for the Private Placement memorandum form one of the
prior deals to see what was said about loss experience.

The material shows some pro-formas with some accruals for losses, but the percentages are less
than 10% if originations, while the historical data shows loss percentages of over 15%.

Parker talked about a retro approach...the only way that could fly is with fully collateralized ultimate
losses.

2. Continental- Rob...you mentioned that we were still fooling around with attachment points, etc. I
just need to be brought back up to speed on this transaction and any outstanding issues.

3. same with Sky(?) Financial

4. SFC- we are cleared for take-off form the UK, but there are remaining issues. The big one is the
credit risk that we are taking. I was aware of this previously, but I guess I hadn't put the whole
thing together until I saw their 1998 financials and talked this over with dave King. If we go to
yao's suggested structure, that will make the experience account more important in terms of our
protections. We are going to have to have some conditions placed on the money that can be
removed from SFC. Dave also is interested in the other covenants that the warehouse lenders have
on SFC.

I guess we are comfortable with the proposed pricing...around 5% or so.

We can discuss any of the other items we have at 3:00 as well.

wjh

ROY 003086

# EXHIBIT 22

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 23



**BILL HIBBERD**
03/12/2001 07:59 AM

To: Vincent Pugliese/Farmington/OrionSpecialty@ROYAL-HQ, D
SCHNEIDER/CARM/ROYAL-SSD@ROYAL-HQ, TONY
MCKENZIE/CARM/ROYAL-SSD@ROYAL-HQ
cc:
Subject: RE: Student Finance Corp.

We have lift off.

wjh----- Forwarded by BILL HIBBERD/CARM/ROYAL-SSD on 03/12/2001 07:57 AM -----



"Partosoedarso,
Erica"
<Erica_Partosoedarso
@standardandpoors.c
om>

03/09/2001 03:02 PM

To: "LARRY_GOWEN@rsausa.com" <LARRY_GOWEN@rsausa.com>
cc: BILL_HIBBERD@rsausa.com
Subject: RE: Student Finance Corp.

Wow - that's quite a recap! Of course I remember Mr Hibberd - how can I
forget another actuary?

If you don't mind, I'd like to have sample copies of relevant documentation
such as contracts, policies and perhaps any spreadsheets on how you set
reserves, and cash flow modeling that you've done on this student loan
program.  Among other things, I am curious as to how you calculate expected
loss, and what your best case/worst case scenarios are?

We would also like to find out more top level info, such as, what's
currently on the books right now, how fast you're planning to expand, how
you're planning to calibrate/manage your overall student loan portfolio,
e.g. what is your hedging strategy etc?

I think the way I'd like to proceed is: if you could forward to my attention
the above info ASAP as a start that would be great. Once I've absorbed all
the info and debrief the folks here, I will get the appropriate parties here
involved and arrange for an S&P and RSA/FSL conf call re: cap charges . How
does that sound?

Pls do not hesitate to call me if you want to discuss.

Have a nice weekend!

Thanks - Erica

Erica Partosoedarso, ACAS, MAAA
Director, Financial Services
Standard & Poor's
55 Water Street, 33rd floor
NY, NY 10041
212.438.7240  tel
212.438.7190  fax

-----Original Message-----
From: LARRY_GOWEN@rsausa.com [mailto:LARRY_GOWEN@rsausa.com]
Sent: Friday, March 09, 2001 1:30 PM
To: erica_partosoedarso@standardandpoors.com
Cc: BILL_HIBBERD@rsausa.com
Subject: Student Finance Corp.

ROY  023676

Erica,

Here's a recap of the student loan program we wanted to discuss with you and determine appropriate capital charges for both the current book of business and going forward as the program expands. Bill Hibberd is the executive in charge of Specialty's Financial Enhancements business. You met him at FSL last September. Please let me know how you want to proceed. Thanks.

LG

----- Forwarded by LARRY GOWEN/CSO/ROYAL-SSD on 03/09/2001 01:25 PM -----

BILL HIBBERD

GOWEN/CSO/ROYAL-SSD@ROYAL-HQ
                        03/09/2001

                        11:08 AM

To:     LARRY

cc:

Subject:     Student Finance Corp.

Larry,

here's the note.

wjh

_____


----- Forwarded by LARRY GOWEN/CSO/ROYAL-SSD on 03/07/2001 09:39 AM -----

BILL HIBBERD

Hoover/WGO/RoyalSun@RoyalSunInt, Ruth
                        02/07/2001

                        02:22 PM
GOWEN/CSO/ROYAL-SSD@ROYAL-HQ,

Pugliese/Farmington/OrionSpecialty@ROYAL-HQ

To:     Rod

Earnshaw/WGO/RoyalSun@RoyalSunInt

cc:     LARRY

Vincent

Subject:     Student Finance Corp.


Ruth, Rod

Below is a detailed note on the Student Finance Program. I've included information on how the program is structured, some of what I think will be the key rating parameters, and information on how our existing policies have been performing.

The underlying coverage for SFC is default coverage on student loans. We cover principal plus three months of interest. Virtually all of the loans are for technical schools and virtually all of the technical school loans are for truck driving schools. SFC is expanding to computer training schools, but as of right now, trucking is the major emphasis.

Our coverage attaches from the moment the loan is originated. The money is provided from warehouse lines with a few different banks. When the loans accumulate to about $50m, a securitization is done and our coverage carries over to the securitization.

ROY 023677

These loans have interest rates in the 20% range and have a term of about 12 years, on average. With the interest rate this high, the longer term is needed to keep the monthly payments down.

These loans are in re-payment immediately. This is different than most college loans in the US, where it is more typical for principal repayment to be deferred until the student finishes school.

To date we have just over $275m in loan originations covered. We have extended an additional $50m of coverage beyond $275m, while we work on capital charge issues and purchase of reinsurance.

The broad outlines of the program structure are:

1. Premium is paid all up front at loan origination

2. There is an initial "deductible" of 18% of principal amount that is the responsibility of SFC. The handling of this reserve will change on our upcoming program(if we do it). I'll describe the changes in more detail below. The purpose of this initial reserve is to absorb losses while the second line of defense, the excess spread reserve builds.

3. The excess spread reserve starts at $0, but builds monthly from the excess cash flows. The amount of the excess spread contribution was up to 9% on the first policy we did and was/is 7% in our second and upcoming policy.
The excess spread reserve is funded after interest, servicer fees, trustee fees, etc.

4. The excess spread reserve will build to a specified % of outstanding principal. Once the % is hit, any overages can be released to SFC. Currently, the specified % is 50%. In the future, we will drop the % to 25%, to go along with changes to the initial reserve.

5. If the insurance policy is touched in any month, we can be repaid out of future excess cash flows.


I mentioned above that we are going to change the way the initial reserve works. On the first two policies we sold, the initial reserve started out at 18% of loan origination amounts. Twelve months after policy inception, the initial reserve started reducing each month by notional amounts equal to 1/12 of the original 18%. So, on $100 m of loan originations, the intial reserve would be $18m. Assume paid in first 12 months were $5m. So going into 13th month, the remaining inital reserve would be $13m. Then in January it would be reduced by actual defaults, plus the notional reduction of $1.125m. We assumed that the initial reserve would be depleted after about 18 months. In fact, it lasted about 20 months.

What we are now thinking is to keep the initial reserve in place for a longer period of time tied to a specified level of the excess spread reserve. We're targeting 25% of o/s principal. So, under this proposal, the initial reserve would stay in place until defaults totalled 18% of loan originations or the excess spread reserve equalled 25% of principal o/s.

This is a stronger structure, as it affords us more protection while the excess spread reserve is still building.

The starting point for the capital charge review will be to come up with base case assumptions on how these loans will perform. The key variables are overall default rate, timing of defaults, pre-payments, and delinquencies. The base case assumptions will then be stressed to see when the strucutre collapses.

ROY 023678

On default rate; we picked an overal default rate of 25%. This was based on some limited static pool data that SFC had, plus an analysis of overall default rates for government student loans in the US and the relativities between the overall default rate and the default rate for technical schools. This is the only data that is readily available, and while not totally relevant, it is a large and credible database of overall trends in default rates.

The first policy we did was for loans of $75m, with originations beginning in january 1999. As of December 2000, the average loan was inforce about 17 or 18 months. The overall default loss as of December 2000 was 8.7%. With the default curves we have, the projected ultimate loss % is below 25%. Note, while default rates and default loss % are not the same, in this program, the default loss % works out to be virtually equal to the default rate.

So that brings us to default curves. We have a few different curves that we have used. I have a source that shows timing of default on government loans from the time loans go into repayment. The typical pattern is the default rates are highest in the year after the loan goes into re-payment, with the rate dropping off over the next two years and then a very low rate from 3 years on. From 18 months, the typical development factor is about 2.0, so that would mean the projection for our 1999 program would be in the 17%-18% range.

The actual emergence on our program has not followed the projected curve all that well, however, as defaults in the first twelve months were pretty low, and only in the last few months have they started picking up. So, the question for us is what the default curve for this program will eventually look like. The second policy, while much younger than the 1999 policy, seems to be starting out with about the same default % as the 1999 policy at a comparable maturity.

On prepayments...we started with an assumption of 2.5% constant prepayment rate, but have since revised it to 7.5% constant prepayment rate.

On delinquencies...delinquency rates run pretty high. Our modeling didn't make an explicit assumption.

The excess spread reserve on the 1999 policy has built to about $5m as of December 2000. That is about 8% of outstanding principal. This is a little lower than we projected it to be in our initial modelling, but still provides a real nice cushion going forward.

I have a lot of questions with how the capital charge process works.

One question is how does the capital charge change over time? For example, on our original policy, we are far enough along to know that the protections are working as anticipated. I expect that an inforce transaction that is working would garner a lower charge than a prospective deal .

Another question is how the default rates and default curves will be stressed? On default rates, the approach of increasing expected default rates by multiples like 3 or 4, will produce default levels approaching 100%. On the default curve...it appears that the nature of these loans is different than typical student loans that are deferred for a while and then go into repayment.

Finally, we have heard that capital charges can be mitigated somewhat by contingency reserves and unearned premium reserves. That should provide us quite a bit of help as we are earning these policies over 4 years and have been establishing a 40% contingency reserve.

ROY  023679

There's a lot in here, so please contact me if you have any questions.

wjh

The information contained in this message is intended only for the recipient, may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer.

Thank you,
Standard & Poor's

ROY 023680

# EXHIBIT 24

# EXHIBIT REDACTED IN ITS ENTIRETY