# EXHIBIT 35

# Royal & SunAlliance

**George Culmer**
**Group CFO**

**8 June 2005**

**Goldman Sachs European Financials Conference**



# R&SA Today – the Core Group

## Strong Platform for the Future

- Well balanced portfolio with strong ongoing businesses
- Delivering strong financial performance
- Underpinned by operational improvement programme
- Strengthened balance sheet and capital position
- High quality leadership and performance culture
- Rigorous control environment

**To run general insurance businesses with strong market positions that deliver sustainable profitable performance**

ROYAL &
SUNALLIANCE

6

# High Quality Leadership and Performance Culture

**Board Appointments**

| | Position | Background |
|---|---|---|
| Andy Haste* | Group CEO | Axa, GE |
| George Culmer* | Group CFO | ZFS, Prudential |
| Bridget McIntyre* | UK CEO (Designate) | Aviva |
| David Paige* | Group Risk | Aviva, ZFS |

**Strong Executive Team**

| | Position | Background |
|---|---|---|
| Mark Chambers* | General Counsel | AMEX, GE |
| Jens Erik Christensen** | Scandinavia CEO | R&SA |
| Tony Latham | Global Relationships | R&SA |
| Simon Lee* | International CEO | Private Equity, Natwest |
| Neil Macmillan* | Group Chief Auditor | RBoS, Natwest |
| Andy Nelson* | Strategic Change | GE, Asda |
| John Tighe | US CEO | R&SA |
| Paul Whittaker** | Group HR | Axa, GE |

**Embedding Performance Management Culture**

- Linking rewards to performance
- Clear targets and accountability
- Investment in people

**Clear targets and accountability for actions**

\* Joined in the last 24 months   \*\* New in post in last 24 months

ROYAL & SUNALLIANCE

12

# Rigorous Control Environment

- **Targeted risk selection**
  - Group Risk Appetite set annually by Board
  - Reduced exposure to volatile and unprofitable lines

- **Licences and controls**
  - Territorial underwriting licenses
  - Tight controls around risks assumed
  - Portfolio review process
  - Group Risk annual cycle of risk visits to regional operations
  - Quarterly actuarial reserving reviews

- **Capital allocation**
  - Sophisticated modelling of capital and risk

- **Rigorous monitoring and review**
  - Performance management focus across the Group
  - Formal weekly, monthly and quarterly process

**Embedded a culture of controls and disciplines**

ROYAL & SUNALLIANCE

13

# EXHIBIT 36



# Investor Relations

**This is the first point of contact for shareholders and analysts.**

**Here you'll find the latest financial information including press releases, results and reports, webcasts, presentations and share price analysis.**

Investor Relations/Press Releases

## Press Releases

**Litigation update**                                                                          02.10.2003

As previously disclosed in the Group's interim results, Royal Indemnity Company, a US-based subsidiary of Royal & SunAlliance, is vigorously pursuing its rights in disputes over credit risk insurance policies issued on trade school student loan portfolios originated or purchased by Student Finance Corporation.

Royal Indemnity has asserted that it was the victim of fraud, misrepresentation and cover-up related to the underlying loans and is seeking rescission of the policies and damages for fraud and breach of contract.

MBIA Insurance Corporation, which issued financial guarantees to institutional investors in securities backed by the loan portfolio, and Wells Fargo Bank Minnesota, which is the trustee for the securitisation of the loans, have sued Royal Indemnity seeking to enforce the policies.

On Sept. 30, the US Federal District Court in Delaware issued a ruling granting partial summary judgment to MBIA and Wells Fargo in a brief preliminary document, to be followed by the court's opinion issued at some future date.

We are disappointed by the Court's ruling.

However, until we see the reasoning in the Court's opinion, we cannot respond more fully to the ruling.

Our filed lawsuit in Texas State Court alleges significant fraud and misrepresentation by various parties, entitling Royal Indemnity to rescind the policies, and we accordingly plan to appeal the decision.

This outcome does not change our view to any material extent, of the overall issue and its potential implications for the Group as laid out on page 19 of the Group's half year press release dated 4 September 2003, and also on pages 328 and 329 in the Prospectus for the rights issue dated 4 September 2003.

<< back

Print Page

COPYRIGHT 2006 ROYAL & SUNALLIANCE ALL WORLD RIGHTS RESERVED

# EXHIBIT 37

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 38





## Financials

🖶 print now

USA Home / About Us / Financials

Royal & SunAlliance USA is part of Royal & SunAlliance Insurance Group plc. Link to their Investor Relations and Financial Results information.

# EXHIBIT 39



### WORKING SMARTER

By using technology we have been able to make sure that developments taking place in one part of the Royal & SunAlliance world are quickly shared with the rest of the global team. This way our people have benefited as we eliminate duplication of effort and they are able to introduce solutions in their own local marketplace much more quickly — so they have the satisfaction of improving what they can do for customers in a much shorter timescale.

**EXAMPLE**

We have dedicated systems and databases holding information on new initiatives and products being developed around the world. This is accessible to all our staff via the intranet.

Our whole ethos concerning technology is one where we use it when it is beneficial but our scale has also allowed us to make some beneficial deals for the Group, benefiting our staff, our customers and our business.

### IMPROVED CUSTOMER UNDERSTANDING AND DELIVERY

The insurance model has changed. Now, more than ever, we have to listen to our customers so that we can give them solutions that fit their needs rather than just having a suite of products. To do this we need to fully understand who our customers are and what they want and need. We also aim to get all our dealings with them right first time, because that's how you keep their business.

**EXAMPLE**

We organise the Group on a Regional basis because we believe that our customers are best served by empowering people on the ground who understand local conditions and customer needs at the same time. Our regional managers have access to our underwriting capacity and global knowledge base through our network of technical and functional practice groups and support teams which function across regional management lines. We have in one example of our customer relationship management being adopted by our Australian personal insurance Association operation. It undertook extensive attitudinal research to tailor its products and were recently voted best for customer service by Australia's leading customer magazine.

### DISCIPLINED UNDERWRITING AND RISK SELECTION

Good underwriting is not only about getting an adequate premium; it means writing the right risks with the correct terms & conditions. Our pricing models are all based on achieving our return on capital targets and we have a considerable breadth of experience and data to call on to get this right.

**EXAMPLE**



# Key Drivers



THE KEY BUSINESS DRIVERS

### SUPERIOR CLAIMS SERVICE AND MANAGEMENT

Our business promise to our customers is to put things right when things that they have insured against have gone wrong. By actively managing our claims processes, we provide exceptional levels of service and control the cost of claims. These activities can be looked at in two ways: namely managing the cost of the repair, replacement or cost of compensation, and investing in the loss adjusting costs of each claim. In many cases expenditure in the claims management area greatly improves the level of service but at the same time has a more than offsetting effect on the total cost of the claim.

**EXAMPLE**

Good examples of our multiple claims initiatives include retailer replacement schemes whereby the claimant gets a replacement item delivered directly to their home and we make savings by benefiting from set discounts. We have invested in fraud management teams and software to make sure we only pay for genuine claims and we have teams of in-house loss adjusters and medical staff to advise and help claimants through these problems. In every case, dealing with a situation promptly means that we can solve problems before things deteriorate and become more expensive as a result.

### RIGOROUS CAPITAL AND RISK MANAGEMENT

Just as we expect our people to work hard, so we are making our balance sheet work hard. Our active capital management programme is designed to ensure that we do not hold excess capital. All of our investment decisions are made on the basis of achieving our target of a 10% net real return on capital.

**EXAMPLE**

### GETTING THE BEST FROM OUR PEOPLE



To give the best service to our customers we must have the right people working for us and they must have the right skills. We have been introducing working practices over the last few years that make sure all of our staff have had the right training and have access to all of the information and help that they need to provide our customers with world class service.

**EXAMPLE**

> In order to provide a level of service that is the best in the industry, and to do so consistently, we focus on a number of key management aims. We refer to these as our key drivers.





'The relationship with IBM helps Royal & SunAlliance UK fully harness the potential of the Internet and other emerging technologies, as well as providing enhanced stability and support for existing operation.'
ANDREW GILLESPIE
UK IS DIRECTOR

To outsource, or to keep in house?

ADVANTAGE

Giving us capacity to strike key deals and invest for the future.

technology that makes business sense

42

Royal & SunAlliance Annual Report & Accounts 2001

The directors of Royal & Sun Alliance Insurance Group plc submit their report and the audited financial statements of the Group for the year ended 31 December 2001.

### Principal activity

The Company is the holding company of the Royal & SunAlliance group of companies whose principal activity is the transaction of insurance business and the provision of related financial services. The Group operates in some 50 countries worldwide.

### Review of the year and future developments

These are outlined in the Chairman's Statement and Group Chief Executive's review and the Operating Review beginning on page 20. The Group's profit, appropriations and financial position are shown on pages 60 to 65.

### Employment policy

The Group's competitive advantage depends upon the quality of its products and services. This can best be maintained and developed by utilising the skills and potential of all its people. The objective of the Group's employment policy is to create a positive working environment based upon teamwork, innovation and personal leadership.

The Group is committed to meeting all its statutory obligations in offering equal opportunities in recruitment, training and career development, irrespective of religion, ethnic origin, sex or physical disability. However, the strategy for people goes way beyond that, and significant investments are being made in the area of people management to help the organisation to achieve its business goals.

The Group has undertaken a number of initiatives during 2001, including the following:

- The 'Winning Team Making a Difference' campaign was launched as the latest stage of the Group's global cultural change programme. 350 representatives from around the world were chosen to attend the Worldwide People Forum, which was to have been held in Dubai. Although the Forum was cancelled in the wake of the terrorist attacks in the USA, the campaign has proved to be a great success with local events and web enabled activity bringing a spirit of interaction and knowledge sharing. In addition, a major new knowledge sharing facility on the worldwide Intranet, called the Virtual Global Exchange, was launched in October 2001. The site contains hundreds of 'gems' of achievement gathered by businesses throughout the world, with each 'gem' presented against a consistent 'Making a Difference' template to give full details about what it is and how it has made a difference.

- The Group continued to encourage share ownership participation with the launch of the US employee stock purchase plan and the extension of the international sharesave plan to a further two countries, bringing the total number of countries participating to 14. Almost 80% of the Group's employees participate in at least one share plan.

- R&SALearning.com, the Group's online learning tool, was developed to deliver best business practice to employees worldwide. This initiative brings a number of online learning solutions in key skill areas directly to employees at their place of work. The pilot 'Learning Assistant' search engine that accompanies R&SALearning.com provides employees with daily updates on industry developments and the power to find and share ideas across the whole Group.

- A global process of identifying and developing executive talent is now in place. This provides a robust succession framework for all key positions and a means of identifying and preparing high potential talent for future leadership roles.

There is regular consultation and negotiation between management and recognised staff representative bodies under agreed procedures at national and local levels. A new working relationship was agreed in the United Kingdom in November 2001, marking the beginning of a more open and purposeful relationship with the trades unions. The Company and the recognised trades unions were successful in their bid for financial support from the UK Government's Industrial Partnership Fund to assist with implementation of the new agreement. All staff received regular briefings on Group performance and plans.

It is also the policy of the Group to encourage and support our employees in taking an active interest in the community. Throughout 2001, the Group maintained a high level of support for both the Red Cross and Mission Antarctica activities, and this commitment will be maintained throughout 2002.

### Environmental policy

A statement on environmental responsibility, which includes details of the Group's environmental policies, procedures and actions, appears in the section on Corporate Citizenship on pages 38 and 39.

### Corporate Governance

A statement on Corporate Governance appears on pages 44 to 46.

### Charitable and political contributions

The Company and its subsidiaries worldwide made charitable donations of £3.1m during the year. The Group did not make any political donations within the European Union during 2001. Group companies outside the European Union generally will not make contributions to political parties.



During 2001 some indirect donations totalling £2,500 were made by way of sponsoring local consultative meetings.

### Supplier payment policy
It is the Group's policy to agree appropriate terms and conditions in advance with its suppliers and to make payment in accordance with those terms and conditions, provided that the supplier has complied with them. In most cases a supplier of goods or services does so under standard terms of contract (which in the United Kingdom are available on request from UK Purchasing, Leadenhall Court, 1 Leadenhall Street, London EC3V 1PP) that lay down terms of payment.

The Company's outstanding indebtedness to trade creditors on 31 December 2001 amounted to £3,429,815 corresponding to 15 days payment when averaged over the year.

### Share capital
During the year 4,326,141 ordinary shares of 27.5p each were issued on the exercise of employee share options for a total consideration of £13,757,661. An authority from the shareholders for the Company to purchase up to 5% in total of its own shares remained in force at 31 December 2001.

### Substantial share interests
As at 27 February 2002 the Company has not been notified that any other person or entity holds 3% or more of the Company's share capital in accordance with Part VI of the Companies Act 1985.

### Dividends
The directors recommend a final dividend of 7.2p per share which, if approved, will be due for payment on Friday 31 May 2002 to holders of ordinary shares on the register at the close of business on Friday 26 April 2002. This together with the interim dividend of 8.8p per share paid on 30 November 2001 will make a total dividend for the year of 16.0p per share.

The preferential dividend at the rate of 3.6875% for the period from 1 October 2001 to 31 March 2002 is to be paid on 2 April 2002 to holders of preference shares on the register at the close of business on 22 February 2002.

### Directors
Members of the Board of directors are listed on pages 18 and 19.

Arthur Hayes retired from the Board on 30 June 2001. Anthony Forbes will retire from the Board at the conclusion of the Annual General Meeting on 15 May 2002. Susan Hooper was appointed to the Board on 1 August 2001.

At the Annual General Meeting Julian Hance and Paul Spencer are retiring by rotation. Both being eligible, offer themselves for re-election under Article 106. Susan Hooper, who became a director on 1 August 2001, being eligible, will offer herself for reappointment under Article 110.

### Annual General Meeting
The Annual General Meeting will be held at the Hotel Inter-Continental, One Hamilton Place, Hyde Park Corner, London W1V 0QY on 15 May 2002 at 11.30am. Enclosed with this report is a letter dated 27 March 2002 from the Chairman to shareholders. Attached to the letter is the Notice convening the meeting which will include 3 items of special business which are explained in the letter.

### Auditors
The auditors, PricewaterhouseCoopers, have expressed their willingness to continue to act and a resolution for their re-appointment will be submitted to the Annual General Meeting.

By order of the directors
**J V Miller**
*Group Company Secretary*
London, 27 February 2002