IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK | ) **REDACTED VERSION** |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, McGLADREY & PULLEN, LLP, | ) |
| MICHAEL AQUINO, and FREED MAXICK | ) |
| SACHS & MURPHY, P.C., | ) |
| | ) |
| Defendants. | ) |

### MCGLADREY & PULLEN'S MOTION TO COMPEL
### PLAINTIFF'S PRODUCTION OF DOCUMENTS

Defendant McGladrey & Pullen, LLP ("McGladrey"), for the reasons more fully set forth in the accompanying memorandum, hereby moves to compel Plaintiff Royal Indemnity Company ("Royal") to produce certain documents in the possession of its parent corporation, Royal & SunAlliance Insurance Group plc requested by McGladrey in its First Request for the Production of Documents. In compliance with D. Del. LR 7.1.1, McGladrey has made a reasonable effort to reach agreement with counsel for Royal with respect to the non-dispositive relief requested herein.

For the reasons enumerated in the attached memorandum and cover letter, McGladrey seeks expedited consideration of this motion.

Dated: November 6, 2006

DUANE MORRIS LLP

By: _____
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Phone: 302-657-4951
Fax: 302-657-4901

-and-

| | |
|---|---|
| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
| Veronica E. Rendon | Steven M. Farina |
| Jason M. Butler | Thomas H. L. Selby |
| 399 Park Avenue | 725 Twelfth Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| | |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Attorneys for McGladrey & Pullen, LLP |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for McGladrey & Pullen, LLP have discussed the subject of the attached motion with counsel for Royal Indemnity Company, but that no agreement could be reached.

_____
Christopher M. Winter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK | ) |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, McGLADREY & PULLEN, LLP, | ) |
| MICHAEL AQUINO, and FREED MAXICK | ) |
| SACHS & MURPHY, P.C., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having considered Defendant McGladrey & Pullen, LLP's Motion to Compel Plaintiff's Production of Documents (the "Motion to Compel"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that:

The Motion to Compel is GRANTED.

_____
United States District Judge