IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY CO., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, McGladrey & Pullen LLP has filed a Motion To Compel Plaintiff's Production of Documents (D.I. 294) in the possession of Royal & Sun Alliance Insurance Group PLC, for which expedited consideration has been requested (D.I. 296);

NOW THEREFORE, IT IS HEREBY ORDERED that a Conference will be held in connection with the Motion for all interested parties on **Wednesday, November 29, 2006, at 4:30 p.m.** in Courtroom 4B on the 4th Floor, Boggs Federal Building.

November 7, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE