## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Guy Disimplico** was caused to be made on November 10, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date:  November 10, 2006
   Wilmington, Delaware

                   Daniel B. Butz (No. 4227)

545179