**SERVICE LIST**

**VIA HAND DELIVERY**

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for McGladrey & Pullen LLP and
Michael Aquino*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher A. Ward
Anthony Saccullo
Daniel K. Astin
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance Corporation*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
*Counsel for W. Roderick Gagné,
Pamela Bashore Gagné, Robert L. Bast
and the Trusts*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for MBIA*

**VIA EMAIL AND/OR FIRST CLASS MAIL**

Stephen J. Shapiro  
Elizabeth K. Ainslie  
Nicholas J. LePore, III  
Bruce P. Merenstein  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street, Suite 2600  
Philadelphia, PA 19103  
Email: sshapiro@schnader.com  
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Neil G. Epstein  
Carol L. Press  
Eckert Seamans Cherin & Mellott, LLC  
1515 Market Street, 9th Floor  
Philadelphia, PA 19102-1909  
Email: cpress@eckertseamans.com; nepstein@eckertseamans.com  
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

Veronica E. Rendon  
Richard P. Swanson  
Jason M. Butler  
Arnold & Porter LLP  
399 Park Avenue  
New York, NY 10022  
Email: Jason_butler@aporter.com; veronica_rendon@aporter.com  
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Andre G. Castaybert  
Proskauer Rose LLP  
1585 Broadway  
New York, NY 10036  
Email: acastaybert@proskauer.com  
*Counsel for MBIA*

Michael S. Waters  
Lois H. Goodman  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
Three Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
Email: lgoodman@mdmc-law.com; mwaters@mdmc-law.com  
*Counsel for Charles A. Stanziale, Jr*

John I. Grossbart  
Alan S. Gilbert  
Sonnenschein Nath & Rosenthal LLP  
8000 Sears Tower  
233 S. Wacker Drive  
Chicago, IL 60606  
Email: jgrossbart@sonnenschein.com; smerouse@sonnenschein.com  
*Counsel for Royal Indemnity Company*

Charles A. Stanziale  
Jeffrey T. Testa  
Donald Crecca  
Schwartz Tobia & Stanziale, P.A.  
22 Crestmont Road  
Montclair, NJ 07042  
*Counsel for SFC Trustee*

Steven M. Farina  
Thomas H.L. Selby  
Williams & Connolly LLP  
725 12th Street, N.W.  
Washington, D.C. 20005  
Email: Tselby@wc.com  
*Counsel for McGladrey & Pullen LLP*

531961

John H. Eickemeyer
Marie A. Tieri
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022
Email: jeickemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*