IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>              Defendants. | C.A. No. 05-165<br><br>Judge Joseph J. Farnan, Jr. |

## TRANSMITTAL DECLARATION OF KENNETH J. PFAEHLER

I, Kenneth J. Pfaehler, hereby declare:

1. My name is Kenneth J. Pfaehler. I am a partner in the law firm of Sonnenschein Nath & Rosenthal LLP, counsel for Plaintiff Royal Indemnity Company. I make this declaration to transmit to the Court certain evidence in opposition to McGladrey & Pullen, LLP's motion to compel the production of documents.

2. Attached hereto as Exhibit A is a true and correct copy of the Credit Risk Insurance Policy Number RST 147524 issued by Royal Indemnity Company (bearing bates numbers ROY 013897-013920).

3. Attached hereto as Exhibit B is a true and correct copy of the Final Private Placement for the SFC Grantor Trust, Series 2000-4 (bearing bates numbers ROY 013104-013197).

I declare under pains and penalties of perjury that I believe the foregoing to be true and correct and that this declaration was executed by me on this 16th day of November, 2006, at Washington, D.C.

_____
Kenneth J. Pfaehler

9979527

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2006, the attached **TRANSMITTAL DECLARATION OF KENNETH J. PFAEHLER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

| | |
|---|---|
| Daniel K. Astin, Esquire<br>Meg Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | FEDERAL EXPRESS |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | FEDERAL EXPRESS |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | FEDERAL EXPRESS |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | FEDERAL EXPRESS |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | FEDERAL EXPRESS |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | FEDERAL EXPRESS |

James J. Rodgers, Esquire      FEDERAL EXPRESS
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

Andre G. Castaybert, Esquire     FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Student Loan Servicing LLC     U.S. MAIL
1405 Foulk Road, Suite 102
Wilmington, DE 19803-2769

Andrew N. Yao     U.S. MAIL
107 Leighton Drive
Bryn Mawr, PA 19010

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

170005.1

3