IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>    Defendants. | C.A. No. 05-165<br><br>Judge Joseph J. Farnan, Jr. |

## AFFIDAVIT OF WILLIAM J. HIBBERD IN OPPOSITION TO MCGLADREY & PULLEN, LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

State of North Carolina  )
          ) ss.:
County of Mecklenberg  )

Before me, the undersigned authority, personally appeared William J. Hibberd, a person who is known to me, who being duly sworn by me deposed and stated as follows:

1. My name is William J. Hibberd. I reside in Charlotte, North Carolina. I am over twenty-one (21) years of age, of sound mind, and have never been convicted of a felony. I have personal knowledge of the facts set forth in this Affidavit. I acquired my personal knowledge through my direct involvement in the transactions described below. If called upon to testify, I could and would testify competently to these facts. I give this affidavit in opposition to the motion of McGladrey & Pullen to compel the production of documents.

2. I am an employee of Royal Indemnity Company ("RIC"). I have been employed by RIC for the last 30 years. Currently, I am an Actuary in the Corporate Actuarial Department. From 1998 until 2002, I was a Vice President of RIC and had responsibility for RIC's Financial

Enhancements Unit. Among my responsibilities were the underwriting, issuance and monitoring of credit risk insurance policies that were issued to affiliates of Student Finance Corporation ("SFC").

3. In 1998, RIC was approached by a broker about the possibility of RIC insuring student loans made or purchased by SFC. RIC did not ask Royal & SunAlliance Insurance Group plc ("RSA plc") for permission to explore or pursue the opportunity. RSA plc did not instruct RIC whether or how to pursue this business opportunity or how to negotiate the terms of the SFC policies.

4. RIC performed all of the due diligence on the SFC transactions without assistance from RSA plc. RSA plc had no involvement with the SFC policies or transactions. RSA plc performed none of the underwriting, due diligence, negotiation, drafting or communicating with respect to the SFC policies.

5. SFC paid premiums on the policies to RIC. SFC filed claims under the policies with RIC. SFC sent the monthly servicer reports and company financial information to RIC. SFC's representatives communicated directly with RIC. To my knowledge, RSA plc never communicated with any of the parties to the SFC transactions, including SFC itself.

6. I received authority to issue the SFC credit risk insurance policies from representatives of RIC. I did not seek approval from, and was never given approval by, RSA plc to issue the SFC insurance policies. Before one of the SFC insurance covers was approved, I made a presentation to the "SLT." "SLT" refers to RIC's Senior Leadership Team. It is not part of RSA plc. The SLT gave its approval to pursue the transactions.

Further affiant sayeth not.

                                            _____
                                              William J. Hibberd

SUBSCRIBED and SWORN TO before me
this 15th day of November, 2006.

Signed _____
Notary Public in and for the
State of North Carolina

My Commission Expires: 9-21-2011

25188808

```
MARGARET F McKENZIE
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 9-21-2011
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2006, the attached **AFFIDAVIT OF WILLIAM J. HIBBERD IN OPPOSITION TO MCGLADREY & PULLEN, LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

Daniel K. Astin, Esquire  HAND DELIVERY
Meg Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

John H. Eickemeyer, Esquire  FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire  FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire  FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire  FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Neil G. Epstein, Esquire  FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Michael S. Waters, Esquire  FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | FEDERAL EXPRESS |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | FEDERAL EXPRESS |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | U.S. MAIL |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 | U.S. MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

170005.1

3