IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>Defendants. | C.A. No. 05-165<br><br>Judge Joseph J. Farnan, Jr. |

## AFFIDAVIT OF LINDA Y. PETTIGREW IN OPPOSITION TO MCGLADREY & PULLEN, LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

State of North Carolina   )
                          ) ss.:
County of Mecklenberg     )

Before me, the undersigned authority, personally appeared Linda Y. Pettigrew, a person who is known to me, who being duly sworn by me deposed and stated as follows:

1. My name is Linda Y. Pettigrew. I reside in Fort Mill, South Carolina. I am over twenty-one (21) years of age, of sound mind, and have never been convicted of a felony. I make this affidavit based upon my personal knowledge of the facts and my review of the books and records of Royal Indemnity Company ("RIC"). I am competent to testify to these facts if called as a witness at trial. I give this affidavit in opposition to the motion of McGladrey & Pullen to compel the production of documents.

2. I am the Corporate Secretary for RIC. RIC is an insurance company which at all times from 1995 to the present has been incorporated in Delaware as a capital stock insurance company and had its principal place of business in Charlotte, North Carolina.

3. Royal & SunAlliance Insurance Group plc. ("RSA plc") is a British public limited company with its principal place of business in the United Kingdom.

4. The corporate relationship between RSA plc and RIC is as follows:

(a) RSA plc owns Royal Insurance Holdings plc., a UK-based company;

(b) Royal Insurance Holdings plc owns Royal & SunAlliance Insurance plc., a UK-based company;

(c) Royal & SunAlliance Insurance plc owns Royal International Insurance Holdings Ltd., a UK-based company;

(d) Royal International Insurance Holdings Ltd. owns The Globe Insurance Company Ltd., a UK-based company;

(e) The Globe Insurance Company Ltd. owns RSA Overseas Holdings (No. 1), a UK-based company;

(f) RSA Overseas Holdings (No. 1) owns RSA Overseas Holdings (No. 2), a UK-based company;

(g) RSA Overseas Holdings (No. 2) is a 90% General Partner of Arrowpoint General Partnership, a Delaware general partnership, and RSA Overseas Holdings (No. 1) is a 10% General Partner of Arrowpoint General Partnership;

(h) Arrowpoint General Partnership owns Royal & SunAlliance USA, Inc., a Delaware company;

(i) Royal & SunAlliance USA, Inc. owns Royal Group, Inc., a Delaware company; and

(j) Royal Group, Inc. owns RIC.

5. RIC and RSA plc are separately incorporated. Each company has its own board of directors. None of the individuals who sit on RIC's board of directors also sit on RSA plc's board of directors. No officer of RSA plc is also an officer of RIC. No employee of RIC is also an employee of RSA plc.

6. RIC is in the process of being purchased. The sales transaction is scheduled to close by the end of this calendar year. When the transaction closes, RSA plc will have no corporate relationship to RIC.

7. In 1999, RIC's board of directors delegated authority to issue insurance coverage to various members of RIC's management, who then had the power under certain circumstances to delegate that authority to other RIC employees. This delegation process applied to the Student Finance Corporation insurance policies.

Further affiant sayeth not.

_____
Linda Y. Pettigrew

SUBSCRIBED and SWORN TO before me
this 15th day of November, 2006.

Signed _Kathleen F Burgin_
Notary Public in and for the
State of North Carolina

My Commission Expires: _06-22-2011_
25188816



## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2006, the attached **AFFIDAVIT OF LINDA Y. PETTIGREW IN OPPOSITION TO MCGLADREY & PULLEN, LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

Daniel K. Astin, Esquire  HAND DELIVERY
Meg Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

John H. Eickemeyer, Esquire  FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire  FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire  FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire  FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Neil G. Epstein, Esquire  FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Michael S. Waters, Esquire  FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

3

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | FEDERAL EXPRESS |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | FEDERAL EXPRESS |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | U.S. MAIL |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 | U.S. MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

170005.1