# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 21, 2006

Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

      RE:   Royal v. Pepper Hamilton, et al.,
              C.A. No. 05-165-JJF

Dear Counsel:

    In response to your letter dated November 17, 2006, please be advised that, in accordance with the Court's Order (D.I. 305), the hearing on Wednesday, November 29, 2006, will address the Motion To Compel (D.I. 294) only.

                                  Sincerely,

                                  JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc:   Clerk, United States District Court