# CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of John Loofbourrow** was caused to be made on November 28, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date:  November 28, 2006
       Wilmington, Delaware

                                                            Daniel B. Butz (No. 4227)

547132