IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165 (JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

### NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Defendant Pepper Hamilton, LLP, served the attached subpoenas on Mandiant, National Indemnity Company, Jardine Lloyd Thompson, LLC, and Berkshire Hathaway Inc.

Dated: November 29, 2006
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP and W. Roderick Gagné*