IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, W. RODERICK | ) **REDACTED** |
| GAGNÉ, FREED MAXICK & BATTAGLIA | ) |
| CPAs PC, McGLADREY & PULLEN, LLP, | ) |
| MICHAEL AQUINO, and FREED MAXICK | ) |
| SACHS & MURPHY, P.C., | ) |
| | ) |
| Defendants. | ) |

**MOTION SET FOR HEARING: NOVEMBER 29, 2006 4:30 PM**

**EXHIBIT CORRECTION**

On page 7 of the Reply Memorandum in Support of McGladrey & Pullen's Motion to Compel Plaintiff's Production of Documents, McGladrey & Pullen inadvertently cited to Exhibit 41, the 1999 RSA Annual Report, rather than RSA USA's 1999 Annual Review. Accordingly, McGladrey & Pullen attaches RSA USA's 1999 Annual Review hereto as Exhibit 56. Copies will be provided to counsel of record electronically and made available at the hearing.

Dated: November 30, 2006

DUANE MORRIS LLP

By: /s/ Christopher M. Winter
Michael R. Lastowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

-and-

| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
|---|---|
| Veronica E. Rendon | Steven M. Farina |
| Jason M. Butler | Thomas H. L. Selby |
| 399 Park Avenue | 725 Twelfth Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| | |
| Attorneys for McGladrey & Pullen, LLP and Michael Aquino | Attorneys for McGladrey & Pullen, LLP |

DM3\422253.1