# EXHIBIT 56

ROYAL & SUNALLIANCE USA, INC.

1999 ANNUAL REVIEW

PH 034750

ROYAL &
SUNALLIANCE

## ABOUT OUR COVER

*The worth of any product is measured by how well it meets customer needs. True understanding of another's needs and perspectives is at the core of sustainable, mutually beneficial relationships. Gaining that understanding requires us to thirst for insight and anticipate change. It requires us to seek a level of knowing based on first hand observations and experiences. It requires us — as the cover and theme of this year's Annual Review portray — to walk a mile in their shoes.*

## ABOUT ROYAL & SUNALLIANCE

**R**oyal & Sun Alliance Insurance Group plc (the Group) is one of the world's largest multinational insurance operations and writes all major classes of general and life insurance. It is the oldest insurance company in the world that still transacts business in its own name. Worldwide, the Group employs over 50,000 people in operations based in over 55 countries, transacts business in over 130 countries and has an estimated 20 million policyholders around the globe.

Royal & SunAlliance USA (Royal & SunAlliance) comprises approximately 25% of the Group's property and casualty premium volume and is itself the 21st largest property and casualty insurer in the United States. Royal & SunAlliance provides risk management and insurance solutions through four principle businesses:

- Specialty — supports targeted and distinct insurance needs in the wholesale, professional liability, retail, financial products and alternative risk arenas.

- Commercial Middle Market — focuses on delivering net cost savings in workers compensation through our Zero Accident Culture° & RoyalCare™ programs and Comprehensive Client Solutions with targeted multiline coverages.

- Risk Management & Global — serves larger, sophisticated risk managers of national and multinational concerns with a portfolio of products, consultative services and dedicated experts.

- Personal — provides automobile, homeowners and related coverages in the standard and preferred market segments and includes Orion*Auto*, one of the ten largest nonstandard/specialty auto insurers in the country.

## CONTENTS

| | |
|---|---|
| 1 | Combined Financial Highlights |
| 2 | Message from the Group Chief Executive |
| 4 | Message from the President |
| 8 | Review of Operations |
| 21 | Financial Review |

PH 034751

# COMBINED FINANCIAL HIGHLIGHTS
**Royal & SunAlliance USA**

(DOLLARS IN THOUSANDS)

| YEARS ENDED DECEMBER 31 | 1999 | 1998 |
|---|---|---|
| Net premiums written | $1,785,950 | $1,525,169 |
| Net investment income | 335,711 | 348,104 |
| Realized capital gains | 272,760 | 116,945 |
| Net statutory income | 399,244 | 274,216 |
| **AS OF DECEMBER 31** | | |
| Total investments | $7,936,252 | $6,865,451 |
| Total assets | 9,254,164 | 7,672,188 |
| Statutory surplus | 2,616,208 | 2,966,165 |
| **STATUTORY RATIOS:** | | |
| Loss ratio | 72.4% | 71.1% |
| Expense ratio | 32.9% | 34.2% |
| Policyholder dividend ratio | 1.0% | 0.7% |
| Combined ratio | 106.3% | 106.0% |



**NET PREMIUMS WRITTEN**
*dollars in thousands*



**NET STATUTORY INCOME**
*dollars in thousands*



**STATUTORY SURPLUS**
*dollars in thousands*

1

PH 034752



MESSAGE FROM THE
GROUP CHIEF EXECUTIVE

**W**e set out on a journey two years ago — one designed to transform Royal & Sun Alliance Insurance Group plc into a global company that is modern, efficient and wired for the 21st century. In 1999, we made great strides toward becoming a company that can compete and win against the best in the business. And we mean to win, not merely for our own benefit or for that of our shareholders, but also for the benefit of our business partners and customers worldwide.

Royal & Sun Alliance Insurance Group plc is one of the largest of the world's general insurers that have substantial business outside their home countries. We also have one of the few truly integrated global networks for our commercial customers competing in an increasingly global economy. In terms of the array of products and services we can offer, no one is better placed to deliver customer-valued solutions and become a dominant force — a winner.

We also believe, unfashionable as it may be at the moment, that continuing to build our property and casualty business around the world will be key to our success. Of the three strategic acquisitions made in 1999 — Orion Capital Corporation in the US, Trygg-Hansa in Sweden and Tyndall in Australia — two have advanced our position and prospects in the property and casualty arena. In the US, our acquisition of Orion doubles the size of our stake in the world's largest insurance market. Still more significant, it provides us new resources with which to build powerful client solutions that do more than just protect against economic loss, but also help our customers to compete more effectively.

At Royal & SunAlliance USA, the risk change model being adopted in our commercial middle market segment, operations such as REMi™ (Royal Equipment Maintenance Insurance) and ProFin (Professional & Financial Risks), Orion*Auto*'s unique one-month auto insurance program, our RoyalCare™ claims services, and Risk Management & Global's renewed commitment to large national and international businesses — are just some of the ways we are meeting the developing and distinctive needs of US customers.

It's this kind of new thinking and customer obsession that will continue to spawn stand-out products and services in this fast-changing world of ours, and distinguish the winners from the also-rans. Combined with our dedication to global knowledge sharing, strong operational skills and the sure footing of a strong capital base, these are the characteristics that are accelerating the progress of Royal & SunAlliance toward industry leadership.

*Bob Mendelsohn*

Robert V. Mendelsohn
Group Chief Executive
Royal & Sun Alliance Insurance Group plc

2

PH 034753

*In an age when companies of all sizes and orientations are likely to do business outside the US, it is increasingly important that insurance coverage — and the services that coverage promises — can follow wherever the customer goes. Royal & SunAlliance has one of the few truly integrated global networks to do just that: from Asia to Africa; from South America to Europe, in over 130 countries worldwide.*

PH 034754



MESSAGE FROM THE PRESIDENT

**W**hile strategic progress was a worldwide achievement for the Group in 1999, we also made tremendous strides in our US quest to build Royal & SunAlliance into the leading property and casualty insurance company.

For Royal & SunAlliance USA, our acquisition of specialty insurer Orion Capital, was clearly a highlight of the year and an achievement that uniquely positions us for success. In addition, our advance planning and the hard work of many in our organization more-than-readied our data processing systems for the transition into the new millennium, while our clear-speaking and honesty with clients helped ensure that Y2K remained a time of celebration and hope rather than an occasion of great business and social disruption. Similarly, our corporate commitment to supporting the efforts of the Red Cross has again demonstrated the fundamental connection Royal & SunAlliance feels to the communities we live in and serve.

Financially in 1999, total net premiums written rose nearly 17% to $1.8 billion from $1.5 billion in 1998, reflecting the inclusion of premiums from Orion Capital from November through December 1999. On an organic basis, Royal & SunAlliance produced premium gains of 8.5% over our 1998 levels and accompanied that growth with an improvement of approximately one percentage point in the catastrophe-adjusted combined ratio. Our reported statutory combined ratio for the twelve months ended December 31, 1999 was 106.3% versus 106.0% for the same period of 1998.

## THE ROAD AHEAD

When we first defined our goal of industry leadership and the steps we must take to reach it, we did so understanding that long-term success requires more than just strong fundamentals and a hefty balance sheet, as important as these will always be. Our union with Orion Capital was pursued to better equip Royal & SunAlliance to thrive amid the demands of today's rapidly changing market environment. Through it:

- We have doubled our size, gaining a stronger market presence and greater economies, along with a new flexibility to align our capabilities with customer needs. Applying our greater purchasing power to a variety of claims programs is just one way we've taken advantage of our new scale. Our greater size has also allowed us to focus on our middle market business where we have distinctiveness to offer and value to deliver.
- We have added balance to our business portfolio through a broader geographic reach and a more diverse product mix. These same factors also offer us new opportunity for expansion. Now as one of the country's ten largest writers of nonstandard personal automobile insurance, we have moderated our overall catastrophe exposure. Additionally, we are actively cross-appointing

PH 034755

personal lines agents and expect to benefit handsomely from the significant growth opportunity that our broadened presence provides.

■ We have gained distinctive business models, an expanded array of expert skills and many complementary products and programs to bring value to the market in meaningful and innovative ways. A notable example is the Zero Accident Culture® and risk change model that has made EBI Companies a leader in workers compensation, which now is being converted into a strategic asset for our entire middle market commercial platform.

These are but a few examples of our newly-broadened capabilities and the opportunity they offer.

Clearly, as promising as all this is... as much as we can foresee customer gains, producer benefit and solidly profitable performance from our strategy and vision... change is necessary to take us from here to there. To my mind, what delineates our actions at Royal & SunAlliance is that they are strategic. Our changes engage our producers and customers in relationships that will yield greater value and benefit to them. Our actions are positive and constructive, rather than defensive or destructive. Still, we know well that our journey is a shared experience, just as we understand that it is how customers and producers are treated that ultimately decides the day.

People with expertise and a caring attitude are the soul of our differentiation and the foundation of our ability to serve clients with distinction. We believe strongly that having the best people and creating an environment that allows them to thrive will determine whether we reach industry leadership. As such, we continue to focus on our culture and on building a strong values-based organization that helps each one of us translate our customer-focused, relationship-based principles into the actions and decisions that contribute directly to our business success.

## THE POTENTIAL OF OUR DEMANDING ENVIRONMENT

Although recent price firming, particularly in mid-market commercial lines, is helpful, we are not relying solely on sustained pricing improvement as we move forward. We will, as always, maintain our focus on our business fundamentals, but we must go beyond that. Picking risks adequately and pricing appropriately only provide the chance to succeed — this won't take us fully where we want to go.

We are now very well positioned to take advantage of four separate, but for us mutually supportive, market needs: FOCUSED EXPERTISE in specific market segments, ONE-SOURCE AVAILABILITY of a broad range of protection, GROWING INTERNATIONAL EXPOSURES faced by customers of all sizes, and ASSURANCE OF FINANCIAL STRENGTH AND STABILITY.

To have any real performance edge, we must offer value through products and services that deliver distinctive advantages, and we must FOCUS OUR EXPERTISE to achieve this goal. We have

5

PH 034756

The 1999 addition of Orion Capital's specialty products and approaches to the Royal & SunAlliance portfolio multiplies our capabilities and options for our clients. Our breadth of products and customer-focus can yield distinctive, on-point solutions that fit the accelerating economic demands faced by customers and producers alike.

PH 034757

already embarked on concentrated programs to achieve greater depth in market segments to which we can bring the exceptional expertise and capabilities that are the foundation of competitive differentiation.

What's more, our range of insurance products serves as a more-than-adequate complement for our specialty businesses and other market segments. This affords us the opportunity to be an integrated, SINGLE SOURCE RESOURCE for insurance solutions that are meaningful to customers and therefore valued beyond price.

As almost all businesses become increasingly international, OUR WORLDWIDE CAPABILITIES as part of Royal & Sun Alliance Insurance Group plc become more and more advantageous. Very few, if any, US property/casualty companies can compete at that level. We couple this global reach with the local touch of decision-making that is kept close to the customer, giving our customers the best of both.

Behind all this is the STRENGTH AND STABILITY of the worldwide Royal & SunAlliance organization that is reflected in our nearly 300 year history and supported by $100 billion of assets and a strong balance sheet. It is evidenced as well in our recently announced worldwide A+ (Superior) A.M. Best rating.

Importantly, underpinning these attributes, is the reputation that we have built in the US. We are known for seeking out and listening to the counsel and concerns of our agents, and for using that input in shaping our plans and strategies. Similarly, we strive to hear and understand the needs of our customers and to react responsibly. Embedded in the way we transact our business is a fundamental respect for our customers, business partners and employees. Combined with our standing as a source for high levels of service, sound and responsive products and customer focus, these are the qualities that distinguish Royal & SunAlliance as a special company.

We continue to believe firmly that today's market environment offers tremendous opportunities for such companies. Our new scope and scale enrich our capabilities and equip us to convert the abundant challenges before us into greater and greater success. Ultimately, it is our ability to walk a mile in our clients' shoes and translate that into customer-valued solutions that will be the key to realizing the promise before us.

My appreciation and thanks, and that of our leadership team, go to the more than 7,500 men and women throughout our organization who work to ensure a better outcome, and to the producers and clients whose confidence in us and ongoing support of Royal & SunAlliance is so important.

Terry Broderick
President & Chief Executive Officer
Royal & SunAlliance USA, Inc.

7

PH 034758

REVIEW OF OPERATIONS

## WHERE WE STAND...CLOSE TO OUR CUSTOMERS

**A**t Royal & SunAlliance, our leadership strategy stands firmly on the precept of knowing our customers. At the same time, we are very aware that knowing our customers is much more easily said than accomplished.

Businesses are moving faster, risks are more complex and, in many ways, vulnerabilities are greater. Buyers are sophisticated and demanding in what they expect from the companies they allow to serve them. The accelerated pace of life is having a similar impact on individuals and families. In every aspect of our business, change is a constant. Staying ahead of the pace is our greatest challenge, just as it is for our producers and clients.

Even with years of experience, research, and close relationships with agents, we know we can not be complacent. Building customer knowledge is a never-ending process. At its root is perpetual listening and being willing to walk — more often run — the proverbial mile in our customers' shoes.

As we capitalize on the strengths of our newly-expanded company, we are questioning everything we do, every product we offer, every process our customers encounter when dealing with us...always from what we understand to be the customers' perspective. Are we earning their respect and trust in every aspect of our performance, every day? Are we flexible enough so that our customers' specific needs and actual circumstances are addressed? Are we easy to work with before, during and after the sale? The answers are always the same...we can do better, even where we are acknowledged to be well ahead of the competition.

> *Businesses are moving faster. Risks are more complex. More than ever, insurance is likely to be integral to a client's capital and business strategy. In some of our specialty businesses, we earn a place at the table by using insurance to help clients more effectively manage and utilize a broad range of assets.*

## WALKING IN OUR CUSTOMERS' SHOES

The only valid test of a product's worth is whether it truly meets customer needs. If we can do that consistently, we will do very well indeed, regardless of the competitive climate.

Quality is a given. We must start out providing the right coverage for customers' vulnerabilities. Then we must demonstrate a clear ability to tailor programs to meet specific risk requirements, whether those entail risk management, risk financing or risk improvement. We must be certain that we are providing practical results and benefits that are valued beyond price.

To do that, we must be certain the client's business...the client's risk...is understood. We must speak the language, know the challenges, recognize how claims service can most effectively respond.

PH 034759



PH 034760



PH 034761

And we must be sensitive to what is really at stake for our customers, whether that's time, corporate assets, a good name and reputation, or lives.

## MAKING A DIFFERENCE

Our plan to provide Comprehensive Client Solutions for commercial mid-market customers is evidence of this dedication to demonstrable value. Our aim is a clearly differentiated and sought-after offering that combines coverage tailored for specific customers or industries with services that support clients in their efforts to improve loss experience. Since better loss experience not only lowers insurance costs but also tends to produce side benefits such as higher productivity, improved quality, employee retention and customer satisfaction, our approach to insurance also helps clients improve their business operations.

> *In the young and hectic world of technology businesses, risks are generally misunderstood and underserved. By dedicating resources to knowing and meeting the unique requirements of equipment and component manufacturers, software developers and service providers, we can be certain we have the customized coverages and support that meet the needs of clients in this fast-changing industry.*

We are delivering these real net cost savings to customers by leveraging the proven Zero Accident Culture® that has made EBI Companies an industry leader and the similarly effective RoyalCare℠ claims services. Our thrust is on saving lives and limbs, and on the workers compensation component of the business insurance program. This typically is the dominant factor in a purchase decision...and a line in which our ability to perform is well established. We augment this potent and practical foundation with targeted multi-line coverages and an overarching risk change orientation that further capitalizes on the expertise of Royal & SunAlliance to provide real benefit for mid-size businesses.

Our dedication to making a difference is equally evident elsewhere in our organization. Through DPIC Companies, we are the leading provider of professional liability insurance for architects, engineers and environmental consultants in North America, a standing achieved by helping our clients recognize and avoid the often overlooked business practices that make them vulnerable to claims and litigation. More compelling still, we demonstrate our understanding of the dynamics of their professions — and the worth of their names and reputations — in countless ways. From a program for smaller firms with tailored loss prevention techniques to a distinctive approach to claims that has been the cornerstone of client satisfaction, DPIC routinely demonstrates its close connections with the professions it serves.

In a similar way, through our Grocers Insurance operation, we deliver specialized loss prevention and risk management coupled with customized comprehensive insurance packages to meet the particular needs of independent grocery stores.

PH 034762

## INNOVATING SPECIALIZED SOLUTIONS

In some of our specialty businesses, our emphasis is on using insurance to help clients more effectively manage and utilize a broad range of assets, to make available resources work harder. At FSL, Financial Structures Limited, we're backing the future value of property and equipment for investors, lenders and lessors to enhance their financial strength today. At Artis, our alternative risk operation, we custom-design financial and insurance solutions to fit each customer's risk characteristics and risk appetite. Our REMi program helps businesses see the cumulative cost of equipment maintenance contracts, how to manage that cost and how to effectively administer what is a growing asset and increasingly vital aspect of business infrastructure.

> *When your principle assets are your professional reputation and billable hours, an insurance partner with a deeply ingrained understanding of that fact is worth seeking out. DPIC's roots and connections to the design professions have driven loss prevention programs and a claims philosophy and approach that have earned it outstanding loyalty among the architects, engineers and environmental consultants it serves.*

In our Technology Program, we offer manufacturers of equipment and components, software developers and technology industry service providers customized coverages and services that reflect the unique requirements of their hectic industry. In this way, we protect businesses in this new and rapidly changing industry when their risks are generally underserved or misunderstood. Importantly to players in technology, we deliver this security worldwide.

In an age when companies of all sizes and orientations are likely to do business outside the US, it is increasingly important that insurance coverage — and the services that coverage promises — follow wherever the customer goes. With on-the-ground operations in 55 countries and the ability to conduct business in 130, Royal & SunAlliance has one of the few truly integrated global networks to do just that.

That network can come into play simply — helping to secure workers compensation for a US company with an operation in New Zealand, or protecting cargo being shipped to South Africa, India, Italy or Peru. That network can also be leveraged in a more sophisticated and purposeful fashion as an integral element of an insurance program. In part, that is how our Risk Management & Global business works to meet the needs of large national and multinational businesses. These highly complex accounts are best served by a coordinated handling of claims and accident prevention, as well as by experts who take a strategic view of the client's needs and are well equipped to deliver a customized solution. In 1999, we refocused and recommitted ourselves to excel at serving this client group, forming a dedicated business unit and staffing accordingly. Further reflecting that commitment and our promise of delivery and consistent execution is a system that holds our consultants accountable for individual client results and ties their compensation to client success.

PH 034763



PH 034764

These days, small corporate mistakes can equate to big insurance risks. International companies, as well as smaller, privately held firms and non-profits can quickly find themselves balancing on the thin line between prosperity and financial devastation. To prevent and mitigate this growing business issue, our Professional & Financial Risks business utilizes our worldwide network not only to support and deliver its Management Assurance®, but also to access expertise worldwide, enriching the value and effectiveness of its customer solutions in the process.

RECOGNIZING CUSTOMER DISTINCTIONS

We are now able to expand our range of personal automobile product offerings to extend across the full breadth of the market, from preferred and standard products to insurance for customers with risks or financial circumstances that others find less desirable or too difficult to underwrite successfully. Yet, we continue to shape our products and services based on our ever-growing understanding of the needs of each customer segment within that spectrum.

> In our middle market business, our Comprehensive Client Solutions links our recognized and effective approach to workers compensation with superior multi-lines capabilities and distinctive specialty products, constructively mobilizing the capabilities of Royal & SunAlliance to best serve our clients.

Our one-month Orion*Auto* products demonstrate a clear understanding of the needs of the substantial population of customers who are unable to meet standard policy payment requirements by providing low down-payments and accommodating variable payment patterns. Using Orion*Auto*'s long experience in nonstandard coverage to price and set underwriting criteria, we are developing transitional products that will enable Royal & SunAlliance to respond effectively to customers with mixed insurance requirements.

In our standard and preferred automobile and homeowners insurance products, high levels of responsive service are the norm and our claims systems are a finely developed complement. From specialized, accessible teams trained to respond rapidly to smaller property losses, to integrated programs that deliver replacement goods directly to our customers' doors, to repair service referral programs with our guarantee of satisfaction, Royal & SunAlliance's claims approach lives up to the promises of our policies and to the expectations of our customers.

STAYING PURPOSEFULLY ON THE VALUE PATH

The addition of Orion Capital's specialty products and approaches to the Royal & SunAlliance portfolio multiplies the options for our customers, both in individual products and in combinations

14

PH 034765



PH 034766

PH 034767

that create distinctive, on-point customer solutions. As we widen the practical and innovative choices, we are careful to remain selective. We want to offer our customers more. We do not seek to be all things to all markets.

We are maintaining underwriting discipline and our attention to profitability. Our ultimate objective is to serve those markets we know best, those in which we offer customers distinct advantages that aren't readily available elsewhere.

Even in competitive environments that are strongly price-driven, offering customers clearly perceived value will enable us and our producer partners to win loyal customers and sustain margins. In addition, we continue to work at identifying how our resources can be more effectively deployed to keep our costs competitive. Our emphasis, however, remains on value — providing our targeted customers a better product and superior service at a price that is reasonable, but not necessarily lowest.

Not surprisingly, technology is also a crucial pillar for all our businesses. We are continuously developing systems that make our own operations more efficient, understandable and cost effective. Our emphasis going forward, however, is on systems that bring important improvements to the ways we do business with our producers and customers. "Be easy to work with" is a constant refrain from both groups, and we are committed to being just that.

Increasingly, customers are exploring new ways to buy, evaluate and use insurance products through technology. As their patterns and preferences change, we must be prepared to change with them. We are currently investigating and piloting a variety of mechanisms that respond to customer demands for greater and more convenient direct access for a myriad of purposes including information sharing, service support and purchase transactions.

> *We are using our broadened personal insurance capabilities and ever growing understanding of customer segment distinctions to shape our products and services. From preferred and standard personal automobile and home- owners protection, to auto coverage for customers unable to meet standard insurance underwriting requirements or payment terms, to transitional products for customers with mixed insurance requirements, we focus on responding effectively to customers and being easy to do business with.*

For example, we have streamlined our claims handling processes through new systems capabilities and the Internet. Interfaces between our claims systems and those of select vendors share photos and data about losses, allowing multiple parties to work on claims files simultaneously, both speeding along and lowering the cost of claims resolution. Similarly, by utilizing new technology services we are able to quickly access answers to legal questions and analyze data, activities that take place dozens of times each day.

Easy information access is also at the heart of systems such as our Advanced Risk Management Systems and Quantitative Risk System that enable our customers and producer partners to team with

PH 034768

us in highly interactive approaches to risk management. We have also employed the Internet to automate and speed the issuance of marine cargo insurance certificates and to make top-shelf professional liability protection accessible to small design professional firms through our FA/ST application and prequalification system.

At the same time, we are working to take even greater advantage of technology's potential to streamline data and information processing. Leveraging technology to eliminate duplicate entry and complex system and procedural handoffs not only reduces the fundamental cost of delivering insurance products and services, but also improves quality and opens the door to new standards of service and responsiveness. Our professional financial protection operation has already substantially reduced its handling and processing requirements. Auto*Link*®, under development and deployment at Orion*Auto*, likewise streamlines processing and passes increased servicing capabilities and efficiencies along to agents. Transactional speed and savings for our standard and preferred personal insurance markets, and direct customer interface for our agents are the goals behind our announced joint venture with eCoverage. The planned effort will allow Royal & SunAlliance to take a lead role in web-enabling our independent agents and in piloting a potentially significant new digital business model.

> We believe that clients increasingly will look to carriers that are able to deliver accident prevention and claims solutions that reduce the long-term net cost of risk. Our commitment is to saving lives and limbs. Using our Zero Accident Culture® & RoyalCare℠ programs, we strive to eliminate all sources of human and financial loss and help our clients become more productive and effective competitors.

## FIRMLY BEHIND OUR AGENTS

Royal & SunAlliance is firmly committed to the independent agent and broker as a means of distributing our products and services. We value their business and their partnership. We continue to listen to them, to seek their counsel and insights, and we employ that input in our plans and strategies. And for good reason.

A recent McKinsey study found that the single most important factor in the buying decision for insurance is price. Yet, that same research documents that price becomes much less important when you aggregate the attributes of the independent agent or broker — the attributes of advice, counsel and product knowledge. As an industry, we are trusted advisors. In combination with these trusted advisors, we help customers sleep at night — by providing protection against the contingencies that threaten everything from homes to business income.

PH 034769



PH 034770

What we have to think about — and think about seriously — is in what ways can this trusted advice be most effectively delivered. Working with our agents and brokers, we hope to find new, economically viable approaches to serving customers, however they choose to access us, however they choose to be served.

Without question, the most important thing we do for our agents is to treat their customers right. While we strive to stay ahead of the pace — to stay open and willing to see how technology can enhance the "what" and the "how" of our business and to truly understand what our customers are facing — we also work on the timeless challenge of obsessive customer focus. We dedicate ourselves to the highest standard in all of our dealings with our insureds and to strong business partnerships with our agents.

## IN THE FINAL ANALYSIS

People with expertise and a caring attitude are the essential ingredient in our ability to deliver value and excel. Business is, after all, interactions and transactions between people. True understanding of another's needs and perspectives, and the listening, respect and consideration that it entails, are at the core of sustainable, mutually beneficial relationships. Yet, understanding is not easy to gain, nor is it static. It requires us to persistently thirst for insight and anticipate change. It requires us to seek a level of knowing based on first hand observation and experience. It requires that we stand close to our customers...even walk in our customers' shoes...each and every day. This is our commitment.

PH 034771

FINANCIAL REVIEW

22    Management Discussion & Analysis

25    Management Statement of Financial Reporting

26    Combined Statutory Statement of Operations

27    Combined Statutory Balance Sheet

28    Combined Statutory Statement of Cash Flow

29    Summary of Investments

31    Notes to Financial Statements

34    Leadership

36    Listing of Companies and Subsidiaries

PH 034772

MANAGEMENT DISCUSSION AND ANALYSIS

## PRESENTATION OF 1999 RESULTS

The results presented herein reflect the completion of the Royal & SunAlliance USA (Royal & SunAlliance or the Company) acquisition of Orion Capital Corporation (Orion) on November 16, 1999. The operations of Royal & SunAlliance include Orion from that date forward, and the balance sheet at year end incorporates the combined assets and liabilities of the two companies. The operating results exclude income from the U.S.-based life insurance operations, which were sold to a subsidiary of Swiss Re Life & Health in July, 1999, although the profit generated by this sale is included in realized gains.

## COMBINED RESULTS

Net statutory income totaled $399 million in 1999 compared to $274 million in 1998.

Net statutory income increased by $125 million, or 46%. Contributing to the increase were a $48 million reduction in pre-tax operating income, $156 million higher realized gains on investments, a $19 million decline in the income contribution of our former life insurance operation, and a $36 million lower tax provision. The decrease in pre-tax operating income, which is the sum of the Company's underwriting balance, net investment income, and other operating items, was driven by a $12 million decline in investment income and $37 million in higher underwriting losses (including a $26 million rise in catastrophe claims).

On a company-wide basis, premiums written rose by $261 million or 17%. Almost half of this growth ($122 million) came from the inclusion of Orion since the completion of the acquisition. The Company's growth of 9% excluding Orion was still well ahead of the 2.1% industry premium increase reported by A.M. Best. Premium growth varied widely among our three major profit centers, reflecting geographic, product, and customer segment strategies designed to maintain and improve our results in the midst of differing market conditions that drive our personal, standard commercial, and specialty businesses.

Personal Lines premium growth was essentially flat, as a 7% rise in voluntary business was offset by a reduction in involuntary business, which we chose to outsource at the end of last year. Premiums in both our Commercial Lines and Specialty Operations showed double digit growth. Commercial's growth was centered in its targeted niche market products and customer segments as well as in risk management (including loss sensitive) business, which now account for one third of Commercial's total writings. Specialty's growth was led by very substantial increases in recently started or acquired businesses that operate in a number of alternative markets, including Royal Equipment Maintenance Insurance, Financial Structures Limited, and RSA Surplus Lines Insurance Services, Inc.

Our combined ratio improved from nearly a half point worse than the 1998 industry average, as reported by A.M. Best, to more than a full point better in 1999. At 106.3%, our combined ratio rose by less than one half point while the industry's combined ratio worsened by more than two points to 107.7%. Our 1999 underwriting result includes a $53 million net benefit (equal to three combined ratio points) from certain premiums, losses, and expenses ceded to a reinsurer under an aggregate excess-of-loss treaty. We outperformed the industry by an even greater margin on an underlying or catastrophe-adjusted basis. Our CAT-adjusted combined ratio went from 102.4% in 1998 to 101.6% in 1999 while the industry deteriorated from 102% to 104.8%. The improvement in our underlying

PH 034773

result was centered in the expense ratio, reflecting the success of our ongoing efforts to contain controllable costs.

The acquisition of specialty insurer Orion Capital Corporation directly supports the profitable growth strategy of Royal & SunAlliance by effectively doubling our market share, increasing our geographic spread of risk, and expanding our presence in certain personal and commercial specialty markets which have historically been less vulnerable to the competitive pressures that continue to beset the industry. As to direction and magnitude of these pressures, we have seen some indication of a modest improvement in commercial lines pricing that began during the second half of 1999, although rates appear to be relatively flat for the personal automobile insurance market.

Our strategy for profitable growth in the standard and preferred personal lines arena has focused on limiting our presence to 18 states whose market and regulatory climates, we believe, offer the highest profit potential and using our ease-of-doing-business initiatives to differentiate Royal & SunAlliance from the competition in the eyes of our agents and insureds. The addition of Orion*Auto*'s nonstandard business greatly expands our presence in personal lines where scale is a key imperative and gives us a foothold in a sub-sector of this market (one month policies) that has consistently been profitable over the last several years. We will now be able to serve a broader range of customers through our existing personal lines agents and, likewise, offer Royal & SunAlliance's standard and preferred policies through existing nonstandard auto agents. We are also moving to develop relationships with other personal lines insurers who want to add nonstandard auto to their current offerings of standard and preferred auto.

With profitability in our major commercial markets constrained by severe competition through much of the 1990s decade, we have approached this business in a very selective manner, identifying and penetrating the more profitable elements while reducing our exposures in those that show little or no longer term profit potential. In 1997, we started pursuing certain high margin products and niche segments, most notably risk management (including loss sensitive) business, that are less exposed to the standard market's problems. We have also created or acquired relatively small but profitable businesses that operate in a number of alternative markets where we can opportunistically expand or reduce our presence as market conditions change.

The acquisition of Orion's workers compensation operation, EBI Companies, more than doubles our market share in this line of business and provides a model we intend to adopt for expanding profitably in this segment of the commercial middle market. At the same time, Orion's specialty operations provide product and service offerings in a number of consistently profitable niche markets that greatly expand and complement our existing specialty offerings.

Investment income declined from $348 million in 1998 to $336 million in 1999. The reduction was due to the liquidation of $1.1 billion in fixed income securities to fund the Orion acquisition.

Invested assets of Royal & SunAlliance totaled $7.9 billion, comprised of 80% fixed income investments and 20% equities.

The Combined Statement of Cash Flow shows a cash and cash equivalent position of $427 million at year end 1999. The Company regularly employs asset/liability matching models to ensure cash and cash equivalent positions are adequate to meet the liquidity demands of the Company.

PH 034774

MANAGEMENT DISCUSSION AND ANALYSIS (continued)

On the liability side of the balance sheet, loss reserves totaled $4.9 billion at the end of 1999. Calculations developed by the Company's actuarial staff continue to generate a high degree of confidence that these reserves are fully adequate to meet future loss and loss expense payments. This was confirmed for Royal & SunAlliance's Asbestos and Environmental reserves by an independent actuarial firm during the 2nd quarter of 1999 (before the Orion acquisition) and at year end for all of the combined companies' reserves by the actuarial staffs of two major accounting firms.

## OUTLOOK: ROLLING OUT THE STRATEGIES

The Company accomplished a great deal of its strategic positioning in 1999. We doubled our market presence and increased our brand recognition while changing the configuration of our products and services to one that offers greater long term growth and profit potential, even in the midst of continued difficult market conditions. Over two thirds of our combined operations' total business is now in specialty or niche commercial customer and product markets and profitable personal business, with the remaining one third in the commercial middle market. Even as all this took place, we managed to cross over from being an average company to one whose combined ratio beat the industry average.

We fully expect that the momentum of these changes will enable Royal & SunAlliance to become a larger and more profitable company as we move through and beyond the year 2000. To address our ongoing concern about the commercial middle market, we have developed and are putting in place a strategy that should give Royal & SunAlliance a sustainable competitive advantage in this chronically difficult arena. We have adopted the operating model of Orion's workers compensation operation, EBI Companies. This model focuses on certain strategic customer segments — those with high frequency and low severity loss characteristics — and provides value added services (most notably loss control) that lower our loss costs and yield reduced long term net cost for our clients. This should help to create long term mutually profitable relationships with our producers and clients. As a part of this process, we are carrying out a major reorganization and rationalization of our commercial operations that should yield substantial benefits on the expense side in addition to improving our loss experience.

Our drive for industry leadership rests on the foundation of the best people, the best customers, and the best results. We are continuing to build this foundation by ensuring that our people are committed to, and appropriately rewarded for, achieving top notch performance and that our producers connect us to customers who match our profile for developing mutually profitable business relationships in our specialty and mid-market commercial business as well as in personal lines. With these elements in place, we can achieve consistent, superior underwriting results that reflect targeted, risk-adjusted returns on equity that serve to maximize value added returns to our ultimate shareholders.

PH 034775

MANAGEMENT STATEMENT OF FINANCIAL REPORTING

The management of Royal & SunAlliance is responsible for the financial statements and other information included in this report and ascertaining that such information presents fairly the financial position and operating results of Royal & SunAlliance. The accompanying financial statements have been prepared in conformity with statutory accounting principles. These statements include informed estimates and judgements of management for transactions that are not yet completed and for which the ultimate effects cannot be precisely determined.

Royal & SunAlliance maintains a system of internal controls designed to reasonably ensure the integrity and reliability of financial reporting. The system of internal controls encompasses the organizational structure, selection and training of personnel, communication and enforcement of policies and procedures, and an ongoing internal audit program. These controls are intended to provide reasonable assurance that Royal & SunAlliance's assets are safeguarded and that transactions are executed in compliance with relevant laws, in accordance with management's authorization, and properly recorded. Over the course of 2000, these same controls will be introduced throughout the entire new organization.

Royal & SunAlliance's accounting practices and internal controls are under the general oversight of the Board of Directors, acting through its Audit Committee, which is chaired by the Royal & SunAlliance Chief Executive Officer. The committee meets semiannually with management, internal auditors and the independent auditors to review the accounting, control, and auditing practices employed by Royal & SunAlliance and to discuss Royal & SunAlliance's relationship with its independent auditors. Both the internal and independent auditors have unrestricted access to the Audit Committee without members of management present to discuss the results of their audits, the evaluation of the adequacy of Royal & SunAlliance's internal accounting controls and the quality of Royal & SunAlliance's financial reporting. In addition, the Chief Internal Auditor submits quarterly reports to the Group Audit and Compliance Committee of Royal & Sun Alliance Insurance Group plc, the ultimate parent of Royal & SunAlliance.

Royal & SunAlliance engages PricewaterhouseCoopers L.L.P. (PwC) and Orion Capital Corporation engaged Deloitte & Touche L.L.P. (D&T) as independent auditors to audit their financial statements. Representatives from PwC and D&T have full access to management in conducting their audits. These audits are conducted in accordance with generally accepted auditing standards, and include reviews and evaluations of the system of internal controls, tests of the accounting records and other auditing procedures they consider necessary to complete their audit of the financial statements.

Management believes that, as of December 31, 1999, the system of internal controls provides reasonable assurances discussed herein and that there are no material deficiencies in the design or operation of the system.

PH 034776

# COMBINED STATUTORY STATEMENT OF OPERATIONS
**Royal & SunAlliance USA**

(Dollars in thousands)

| YEARS ENDED DECEMBER 31 | 1999 | 1998 | 1997 |
|---|---|---|---|
| **Premiums and other revenues:** | | | |
| Net premiums written | **$1,785,950** | $1,525,169 | $1,435,735 |
| Change in unearned premiums | **(111,085)** | (47,328) | 25,727 |
| Premiums earned | **1,674,865** | 1,477,841 | 1,461,462 |
| Net statutory investment income | **335,711** | 348,104 | 345,694 |
| Realized gains on investments | **272,760** | 116,945 | 76,172 |
| Other income | **3,265** | 1,293 | 767 |
| Total revenues | **2,286,601** | 1,944,183 | 1,884,095 |
| **Operating costs and expenses:** | | | |
| Losses and loss expenses incurred | **1,213,226** | 1,051,177 | 1,001,530 |
| Other operating costs and expenses | **586,829** | 521,929 | 504,876 |
| Dividends to policyholders | **17,326** | 9,860 | 4,785 |
| Total operating costs and expenses | **1,817,381** | 1,582,966 | 1,511,191 |
| Net operating income | **469,220** | 361,217 | 372,904 |
| Income from discontinued operations | **17,844** | 36,967 | 33,774 |
| Income before federal income taxes | **487,064** | 398,184 | 406,678 |
| Federal income tax expense | **87,820** | 123,968 | 128,625 |
| Net statutory income | **$399,244** | $274,216 | $278,053 |
| Loss ratio | **72.4%** | 71.1% | 68.5% |
| Expense ratio | **32.9%** | 34.2% | 35.2% |
| Policyholder dividend ratio | **1.0%** | 0.7% | 0.3% |
| Combined ratio | **106.3%** | 106.0% | 104.0% |

PH 034777

COMBINED STATUTORY BALANCE SHEET

**Royal & SunAlliance USA**

(Dollars in thousands)

| YEARS ENDED DECEMBER 31 | 1999 | 1998 |
|---|---|---|
| ASSETS | | |
| Investments: | | |
| Bonds at amortized value | **$5,429,367** | $4,518,540 |
| Sinking fund preferred stocks at cost | **63,560** | 29,038 |
| Other preferred stocks at market value | **152,215** | 8,350 |
| Common stocks at market value | **1,524,017** | 1,755,520 |
| Investment in affiliated companies | **122,926** | 218,006 |
| Money market | **399,832** | 250,416 |
| Mortgage loans | **121,217** | 85,572 |
| Real estate | **36,275** | 0 |
| Other investments | **86,843** | 9 |
| Total investments | **7,936,252** | 6,865,451 |
| | | |
| Cash | **27,234** | 8,037 |
| Receivable for securities | **3,764** | 0 |
| Premiums receivable | **667,282** | 509,881 |
| Reinsurance recoverable on loss payments | **277,839** | 119,799 |
| Accrued investment income | **88,074** | 76,752 |
| Funds held by reinsurers | **32,224** | 5,663 |
| Prepaid federal income tax | **55,077** | 0 |
| Equities and deposits in pools and associations | **26,907** | 34,549 |
| Other assets | **139,511** | 52,056 |
| Total assets | **$9,254,164** | $7,672,188 |
| | | |
| LIABILITIES AND STATUTORY SURPLUS | | |
| | | |
| LIABILITIES | | |
| Reserves for losses and loss expenses | **$4,871,082** | $3,541,763 |
| Unearned premiums | **1,255,423** | 748,612 |
| Contingent commissions | **31,500** | 17,393 |
| Accrued operating expenses | **59,755** | 31,396 |
| Taxes, licenses and fees | **41,445** | 19,335 |
| Funds held under reinsurance treaties | **49,993** | 66,955 |
| Provision for reinsurance | **62,227** | 84,695 |
| Drafts outstanding | **113,395** | 63,314 |
| Federal & foreign income taxes | **0** | 15,127 |
| Other liabilities | **153,136** | 117,433 |
| Total liabilities | **6,637,956** | 4,706,023 |
| | | |
| STATUTORY SURPLUS | | |
| Statutory deposit | **3,000** | 3,000 |
| Common stock | **110,663** | 86,200 |
| Additional paid-in and contributed surplus | **1,490,482** | 642,280 |
| Unassigned funds | **1,012,063** | 2,234,685 |
| Total statutory surplus | **2,616,208** | 2,966,165 |
| Total liabilities and statutory surplus | **$9,254,164** | $7,672,188 |

27

PH 034778

COMBINED STATUTORY STATEMENT OF CASH FLOW
**Royal & SunAlliance USA**

(Dollars in thousands)

| YEARS ENDED DECEMBER 31 | 1999 | 1998 | 1997 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Premiums collected net of reinsurance | $1,785,836 | $1,516,913 | $1,452,391 |
| Loss and loss adjustment expenses paid | 1,465,856 | 1,280,003 | 946,798 |
| (net of salvage and subrogation) | | | |
| Underwriting expenses paid | 591,497 | 520,797 | 488,823 |
| Cash from underwriting | (271,517) | (283,887) | 16,770 |
| Investment income (net of investment expense) | 430,445 | 357,012 | 358,438 |
| Other income | (24,034) | 7,378 | (565,809) |
| Dividends paid to policyholders | 10,511 | 5,668 | 4,098 |
| Federal income tax paid | 119,331 | 132,231 | 9,567 |
| Net cash provided by (used in) operating activities | 5,052 | (57,396) | (204,266) |
| | | | |
| Cash flows from investing activities: | | | |
| Proceeds from investments sold, matured or repaid: | | | |
| Bonds | 5,167,400 | 1,061,227 | 1,387,143 |
| Stocks | 817,366 | 258,910 | 227,388 |
| Other | 8,981 | 2,160 | 5,824 |
| Total proceeds from investments sold, matured, or repaid | 5,993,747 | 1,322,297 | 1,620,355 |
| | | | |
| Cost of investments acquired: | | | |
| Bonds | 4,560,119 | 987,481 | 1,310,001 |
| Stocks | 298,510 | 45,122 | 256,763 |
| Other | 48,407 | 17,575 | 19,470 |
| Total cost of investments acquired | 4,907,036 | 1,050,178 | 1,586,234 |
| | | | |
| Net cash flows provided by (used in) investing activities: | | | |
| Bonds | 607,281 | 73,746 | 77,142 |
| Stocks | 518,856 | 213,788 | (29,375) |
| Other | (39,426) | (15,415) | (13,646) |
| Total net cash flows provided by investing activities | 1,086,711 | 272,119 | 34,121 |
| | | | |
| Cash flows from financing activities: | | | |
| Surplus notes, capital and surplus paid in | (205,000) | | |
| Net transfers from (to) affiliates | 29,642 | (3,261) | (19,950) |
| Dividends to stockholder | 895,000 | 126,000 | 72,659 |
| Other sources | 147,208** | 31,706* | 5,474 |
| Total net cash flows from financing activities | (923,150) | (97,555) | (87,135) |
| | | | |
| Net increase (decrease) in cash and invested cash | 168,613 | 117,168 | (257,280) |
| Cash and cash equivalents at beginning of year | 258,453 | 141,285 | 398,565 |
| Cash and cash equivalents at end of year | $427,066 | $258,453 | $141,285 |

\* Includes $33,268 of short term investments acquired from acquisition of FSL.
\** Includes $185,906 of cash and short term investments acquired from acquisition of Orion.

PH 034779

SUMMARY OF INVESTMENTS

**Royal & SunAlliance USA**

(Dollars in thousands)

Statutory Valuation

YEARS ENDED DECEMBER 31

| Par Value | | 1999 | 1998 |
|---|---|---|---|
| | Bonds (at amortized value) | | |
| $580,950 | U.S. Treasury bonds and notes | $576,134 | $677,075 |
| 1,179,897 | Tax exempts | 1,196,500 | 328,544 |
| 193,989 | Federal agencies | 191,561 | 336,047 |
| 2,749,082 | Corporates | 2,674,041 | 2,654,575 |
| 763,855 | Structured securities | 748,982 | 481,547 |
| 42,564 | Other | 42,149 | 40,752 |
| $5,510,337 | Total bonds | 5,429,367 | 4,518,540 |
| | | | |
| | Stocks | | |
| | Sinking fund preferred (at cost) | 63,560 | 29,038 |
| | Other preferred (at market) | 152,215 | 8,350 |
| | Common, non-affiliated (at market value) | | |
| | Transportation | 6,069 | 9,678 |
| | Public utility | 55,554 | 37,754 |
| | Bank | 291,482 | 335,341 |
| | Industrial and finance | 1,170,912 | 1,372,747 |
| | Total common stocks, non-affiliated | 1,524,017 | 1,755,520 |
| | | | |
| | Total stocks | 1,739,792 | 1,792,908 |
| | | | |
| | Total bonds and stocks | 7,169,159 | 6,311,448 |
| | | | |
| | Money market | 399,832 | 250,416 |
| | | | |
| | Mortgage loans | 121,217 | 85,572 |
| | | | |
| | Real estate and other investments | 123,118 | 9 |
| | Total unaffiliated investments | 7,813,326 | 6,647,445 |
| | | | |
| | Affiliated company investments | 122,926 | 218,006 |
| | | | |
| | Total investments | $7,936,252 | $6,865,451 |

(continued)

29

PH 034780

SUMMARY OF INVESTMENTS (continued)

P&C COMPANIES:

| INVESTMENT PORTFOLIO DISTRIBUTION | 1999 $MIL | 1999 % | 1998 $MIL | 1998 % |
|---|---|---|---|---|
| U.S. Treasury securities | 576.1 | 7.4 | 677.1 | 10.2 |
| Tax exempts | 1,196.5 | 15.3 | 328.5 | 4.9 |
| Federal agencies | 191.6 | 2.5 | 336.0 | 5.1 |
| Corporates | 2,674.0 | 34.2 | 2,654.6 | 39.9 |
| Structured securities | 749.0 | 9.6 | 481.5 | 7.2 |
| Other bonds | 42.1 | 0.5 | 40.8 | 0.6 |
| Equities | 1,739.8 | 22.3 | 1,792.9 | 27.0 |
| Money market | 399.8 | 5.1 | 250.4 | 3.8 |
| Mortgage loans | 121.2 | 1.5 | 85.6 | 1.3 |
| Other investments | 123.2 | 1.6 | 0.0 | 0.0 |
| Total | 7,813.3 | 100.0 | 6,647.4 | 100.0 |

FIXED INTEREST QUALITY DISTRIBUTION
(EXCLUDING MONEY MARKET)

| | 1999 $MIL | 1999 % | 1998 $MIL | 1998 % |
|---|---|---|---|---|
| Aaa | 2,472.2 | 45.5 | 1,784.5 | 39.5 |
| Aa | 1,063.1 | 19.6 | 737.0 | 16.3 |
| A | 1,226.8 | 22.6 | 1,568.0 | 34.7 |
| Baa | 589.3 | 10.9 | 420.0 | 9.3 |
| Below Investment Grade | 78.0 | 1.4 | 9.0 | 0.2 |
| Total | 5,429.4 | 100.0 | 4,518.5 | 100.0 |

PH 034781

NOTES TO FINANCIAL STATEMENTS

SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES:

BASIS OF PRESENTATION

These combined financial statements have been prepared in conformity with statutory accounting practices of the National Association of Insurance Commissioners (NAIC) as prescribed or permitted by the insurance departments of the states of domicile, except as described in the notes below.

The combined financial statements include the results of the property-casualty insurance subsidiaries of Royal & SunAlliance USA, Inc. The ultimate parent company is Royal & Sun Alliance Insurance Group plc, a United Kingdom corporation. The property-casualty insurance subsidiaries included in the combined financial statements (hereinafter collectively referred to as "the Companies") are listed on page 36.

Orion Capital Corporation and all of its subsidiary companies were purchased effective November 16, 1999 and are wholly-owned subsidiaries within Royal & SunAlliance USA, Inc. Orion Capital's results of operations for the 45 day period ended December 31, 1999 are included in these combined financial statements.

Several of the companies participate in separate intercompany reinsurance pooling agreements. One form of arrangement has the parties ceding all premiums, losses and loss adjustment expenses, commissions, premium taxes, and certain other operating expenses in connection with all contracts and policies of insurance issued by the parties to the lead company. The lead company accepts such cessions and then retrocedes to the parties the agreed upon respective percentage of such amounts. Under another form of agreement, the parties assume their respective percentage of all business written.

Included in the combined property-casualty companies' assets are several wholly-owned non property-casualty insurance companies listed on page 36.

RSA Financial Services, Inc. was the holding company for Royal Maccabees Life Insurance Company and Royal Life Insurance Company of New York (Life Companies). Effective July 30, 1999, the Life Companies were sold to a subsidiary of Swiss Re Life & Health for approximately $380 million. This enabled Royal & SunAlliance USA, Inc. to concentrate on the existing core property and casualty insurance business, with the aim of solidifying its position in the market. The income before tax of the Life Companies are reported as results of discontinued operations.

INVESTMENTS

Invested assets are valued in accordance with procedures and instructions prescribed by the NAIC.

Bonds deemed to be of high quality, as determined in accordance with NAIC valuation procedures, are carried at amortized cost, calculated using the interest method. Bonds considered as medium quality or lower standing, as determined in accordance with NAIC valuation procedures, are carried at the lower of cost or market value.

PH 034782

NOTES TO FINANCIAL STATEMENTS (continued)

Stocks are carried at market value, except for redeemable sinking fund preferred stocks, which are carried at cost or amortized cost. Investments in common stock of wholly-owned subsidiaries are carried at values prescribed by the NAIC.

Mortgage loans on real estate are reported at the aggregate unpaid balance.

Short-term investments are carried at cost or amortized cost, which together with accrued interest thereon, approximates market.

Real estate investments, consisting primarily of properties occupied by the Companies, are carried at depreciated cost. Depreciation is calculated on a straight line basis over the estimated useful life of the property.

Other invested assets include equity ownership interests in several limited partnerships which are recorded using the equity method of accounting.

Realized gains and losses are reported in net income based upon specific identification of the investment sold. Unrealized gains and losses on equity securities and fixed maturities designated as ineligible for amortization by the NAIC are charged or credited directly to unassigned funds.

RESERVE FOR LOSSES AND LOSS ADJUSTMENT EXPENSES

Reserves are established for losses and loss adjustment expenses and include an estimate for both reported and unreported claims incurred and related expense. The reserve estimates are continually reviewed and changes in such estimates are reflected in current operating results. Certain long-term workers compensation reserves have been discounted on a tabular basis using the appropriate state approved tables at rates up to 6%.

REINSURANCE

The Companies cede insurance to other insurers in the ordinary course of business for the purpose of limiting their maximum loss exposure through diversification of their risks. The Companies evaluate the financial condition of their reinsurers and monitor concentrations of credit risk arising from individual reinsurers to minimize their exposure to significant losses from reinsurer insolvencies.

The Companies, as property insurers, are subject to losses that may arise from catastrophic events. The Companies use industry-developed software to estimate the probable maximum loss and maintain a reinsurance program reflective of these estimates.

REVENUE RECOGNITION

Premiums are recognized as earned using the daily pro rata method over the in-force period of the policies. A provision is made for anticipated retrospective premium adjustments and audit premiums. The liability for unearned premiums represents the unexpired portion of each recorded policy premium.

PH 034783

RETIREMENT AND OTHER POSTRETIREMENT BENEFIT PLANS

The pre-Orion acquisition companies have non-contributory defined benefit pension plans covering many employees who have completed a minimum period of employment. Vesting occurs after five years of service in compliance with the provisions of the Tax Reform Act of 1986. The funding policy is to contribute, at a minimum, the equivalent of the amount required under the Employee Retirement Income Security Act of 1974 and the Internal Revenue Code. The Companies reported no pension expense in 1999 and 1998.

In addition to the pension benefits, the Companies provide certain health care and life insurance benefits ("other postretirement benefits") for certain retired employees. Many employees that meet minimum service requirements and/or age requirements are eligible for these benefits if they reach retirement age while working for the Companies. Alternatively, certain retirees may elect certain prepaid health care benefit plans. Life insurance benefits are generally set at a fixed amount.

The Companies offer various defined contribution plans, which cover substantially all employees. Under the terms of the plans, employees may contribute a portion of their salary and the Companies match a portion of the participant's annual contribution. The contributions to the plans were approximately $5,743,000 in 1999 and $3,888,000 in 1998.

REINSURANCE ASSUMED TREATY (DISCONTINUED)

Effective January 1, 1997, Royal & SunAlliance Personal Insurance Company, formerly Sun Insurance Office of America Inc. (Sun), terminated its reinsurance agreement with Chubb & Son, Inc. (Chubb). Sun had participated in the U.S. insurance business managed by Chubb. The termination required a portfolio payment of existing assumed reserves at their December 31, 1996 value to Chubb on March 31, 1997. The termination resulted in a pre-tax income of $40,825,000 resulting from the recovery of acquisition costs previously charged to expense. The termination also resulted in a Federal tax benefit of $30,600,000, which results primarily from the reversal of discounting insurance liabilities for tax purposes. As permitted by the State of New York, the after tax net income resulting from the termination has been recorded as an aggregate write-in for gains and losses in surplus, and is not reported as a component of net income for the year ended December 31, 1997.

PH 034784

LEADERSHIP

**Directors**
**Royal & SunAlliance USA, Inc.**

**ROBERT V. MENDELSOHN**
Chairman of the Board
Royal & SunAlliance USA, Inc.
Charlotte, NC
Group Chief Executive
Royal & Sun Alliance Insurance Group plc
London, England

**W. MARSTON BECKER**
Royal & SunAlliance USA, Inc.
Farmington, CT

**TERRY BRODERICK**
President & Chief Executive Officer
Royal & SunAlliance USA, Inc.
Charlotte, NC

**JOSEPH F. FISHER**
Chief Financial Officer
Royal & SunAlliance USA, Inc.
Charlotte, NC

**ERNEST C. FROHBOESE**
Chief Investment Officer
Royal & SunAlliance USA, Inc.
Charlotte, NC

**ROBERT J. GUNN**
President & Chief Executive Officer
Royal & SunAlliance (Canada)
Toronto, Canada
Group Director — The Americas
Royal & Sun Alliance Insurance Group plc
London, England

**JAMES R. POULIOT**
Chief Operating Officer of Personal Insurance
Royal & SunAlliance USA, Inc.
Englewood, CO

**PAUL SPENCER**
UK Chief Executive
Royal & SunAlliance Insurance Group plc
London, England

**PAUL H. STEWMAN**
Executive Vice President
Royal & SunAlliance USA, Inc.
Charlotte, NC

**JOYCE W. WHEELER**
Chief Corporate Officer & General Counsel
Royal & SunAlliance USA, Inc.
Charlotte, NC

PH 034785

## Strategic Leadership Team

TERRY BRODERICK
President & Chief Executive Officer

JAMES A. DIXON
Wholesale Group Executive

JOSEPH F. FISHER
Chief Financial Officer

ERNEST C. FROHBOESE
Chief Investment Officer

RAYMOND W. JACOBSEN
Chief Operating Officer for Commercial Middle Market

MICHAEL J. MCGINLEY
Chief Claim Officer

STEPHEN M. MULREADY
Chief Operating Officer for Specialty Division

THOMAS M. OKARMA
Professional & Retail Group Executive

JAMES R. POULIOT
Chief Operating Officer of Personal Insurance

DANIEL A. REPPERT
Standard Lines Chief Operating Officer

PAUL H. STEWMAN
Executive Vice President

JOHN TIGHE
Chief Operating Officer
for Risk Management & Global

JOYCE W. WHEELER
Chief Corporate Officer & General Counsel

PH 034786

LISTING OF COMPANIES AND SUBSIDIARIES

ROYAL & SUNALLIANCE INSURANCE COMPANIES

American and Foreign Insurance Company
Alliance Assurance Company of America
Century Insurance Company (Bermuda) Ltd.*
Financial Structures Insurance Company
Financial Structures Limited*
Globe Indemnity Company
The London Assurance of America Inc.
Marine Indemnity Insurance Company
    of America
Phoenix Assurance Company of New York

Royal Indemnity Company
Royal Insurance Company of America
Royal Lloyd's of Texas
Royal & SunAlliance Personal Insurance Company
Royal Special Risks Insurance Company
Royal Surplus Lines Insurance Company
Safeguard Insurance Company
The Sea Insurance Company of America
Tariff Reinsurances Limited (US Branch)

INCLUDED EFFECTIVE NOVEMBER 16, 1999:

Atlantic Indemnity Company
Atlantic Security Insurance Company
Carolina American Insurance Company
The Connecticut Indemnity Company
Connecticut Specialty Insurance Company
Design Professionals Insurance Company
EBI Indemnity Company
Employee Benefits Insurance Company
The Fire and Casualty Insurance Company
    of Connecticut
Grocers Insurance Company
Guaranty National Insurance Company

Guaranty National Insurance Company
    of Connecticut
Landmark American Insurance Company
Orion Insurance Company
Peak Property and Casualty Insurance
    Corporation
Security Insurance Company of Hartford
Unisun Insurance Company
Viking County Mutual Insurance Company
Viking Insurance Company of Wisconsin

OTHER PRINCIPAL SUBSIDIARIES

Alternative Risk Transfer Insurance Strategies, Inc.
    (Artis)
Crown & Shield, Inc.
DPIC Companies, Inc
DPIC Management Services Corp.
EBI Companies, Inc.
Grocers Insurance Agency, Inc.
Grocers Risk Services, Inc.
Investigative Resources Global, Inc. (IRG)
Intercon General Agency, Inc.
Premium Payment Plan, Inc.

Protected Settlements, Inc. (PSI)
OrionAuto, Inc.
Orion Capital Companies, Inc.
Orion Specialty Group, Inc.
Orion Warranty Services Company
Risk Innovations Service & Consulting, Inc. (RiSC)
Royal Specialty Underwriting, Inc. (RSUI)
Royal Warranty Services, Inc. (RWSI)
RSA Surplus Lines Insurance Services, Inc. (RSLIS)
Strickland Insurance Brokers Florida, Inc.

SOLD EFFECTIVE JULY 30, 1999:

Royal Maccabees Life Insurance Company
Royal Life Insurance Company of New York

*Bermuda Companies

PH 034787

Royal & Sun Alliance Insurance Group plc is listed on the London Stock Exchange (RSA.L) and has an American Depositary Receipts (ADR) Program. The Group's ADRs trade under the symbol RSANY in the over-the-counter market.

PH 034788



ROYAL & SUNALLIANCE

9300 Arrowpoint Blvd
Charlotte, NC 28273

704 522 2000

www.royalsunalliance-usa.com

A member of the worldwide Royal & Sun Alliance Insurance Group plc

PH 034789

15040 99

**CLOSING LIST**
**FOR ISSUANCE OF ROYAL INDEMNITY POLICY NUMBER RST 147525**

**November 27, 2000**

| Description | Tab No. |
|---|---|
| Royal Indemnity Insurance Company Policy Number RST147525 | 1 |
| Excess Spread Reserve Escrow Agreement for Royal Indemnity Company Policy Number RST147525 dated November 27, 2000 | 2 |
| Depositor and Related Beneficiary Joinder to Excess Spread Reserve Escrow Agreement dated November 27, 2000 for SFC Financial I, LLC, with Wilmington Trust of Pennsylvania as Beneficiary thereunder | 3 |
| Depositor and Related Beneficiary Joinder to Excess Spread Reserve Escrow Agreement dated November 27, 2000 for SFC Financial II, LLC, with the Beneficiary thereof as Market Street Capital Funding Corporation | 4 |
| Request for Issuance of Policy Number RST147525 | 5 |
| Note to SFC Financial I, LLC as a capital contribution dated November 27, 2000 | 6 |
| Assignment of Note to Royal to fund the Experience Account under Policy Number RST147525 | 7 |
| Certification of Net Margin for Policy no. RST147525 | 8 |

PH 034790