IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No: 05-165-JJF |
| | : | |
| PEPPER HAMILTON LLP, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

WHEREAS, on August 4, 2006, Plaintiff filed a Motion To
Compel McGladrey & Pullen, LLP's Compliance With Case Management
Orders (D.I. 196) requesting that the Court order Defendant
McGladrey & Pullen, LLP ("McGladrey") to cooperate in scheduling
depositions of its accounting witnesses before December 31, 2006;

WHEREAS, Defendant McGladrey does not oppose the production
of its witnesses for deposition but proposes the depositions
occur in January, 2007;

WHEREAS, the Court finds Defendant's proposal provides for a
reasonable time frame within which the parties can perform the
necessary discovery;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Compel McGladrey & Pullen, LLP's
Compliance With Case Management Orders (D.I. 196) is **GRANTED** to
the extent it requests Defendant McGladrey to produce its
accounting witnesses for deposition, but **DENIED** to the extent the
Motion requests the depositions occur before December 31, 2006;

   2.   Defendant McGladrey & Pullen, LLP shall produce its
accounting witnesses for deposition **within 40 days of the date of
this Order.**

December $\underline{20}$, 2006

UNITED STATES DISTRICT JUDGE