## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of John Loofbourrow** was caused to be made on January 4, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:  January 4, 2007
       Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

550389