IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP, | ) | |
| MICHAEL ACQUINO and FREED MAXICK | ) | |
| SACHS & MURPHY, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 17th day of January, 2007, a true and correct copy of

**ROYAL INDEMNITY COMPANY'S SECOND SET OF REQUESTS FOR ADMSSIONS AND RELATED INTERROGATORY AND RELATED DOCUMENT REQUEST TO DEFENDANT PEPPER HAMILTON LLP** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                                                             HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                                                                HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                                                         HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Charlene M. Davis, Esquire<br>Ashley B. Stitzer, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | <u>VIA FEDERAL EXPRESS</u> |

| | |
|---|---|
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | <u>VIA FEDERAL EXPRESS</u> |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |
| Andrew Yao<br>107 Leighton Drive<br>Bryn Mawr, PA  19010 | <u>U.S. MAIL</u> |
| Student Loan Servicing LLC, et al.<br>1405 Foulk Road<br>Suite 102<br>Wilmington, DE  19803-2769 | <u>U.S. MAIL</u> |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700
(212) 768-6800 (fax)

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated:  January 17, 2007
171727.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE  19801 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

| | |
|---|---|
| Charlene M. Davis, Esquire<br>Ashley B. Stitzer, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY  10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC  20005 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | <u>VIA FEDERAL EXPRESS</u> |

| | |
|---|---|
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | VIA FEDERAL EXPRESS |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | VIA FEDERAL EXPRESS |
| Andrew Yao<br>107 Leighton Drive<br>Bryn Mawr, PA  19010 | U.S. MAIL |
| Student Loan Servicing LLC, et al.<br>1405 Foulk Road<br>Suite 102<br>Wilmington, DE  19803-2769 | U.S. MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

3