## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Frank Martinez** was caused to be made on January 25, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date: January 25, 2007
Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

705101