IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,          :
                                   :
         Plaintiff,                :
                                   :
    v.                             :   Civil Action No: 05-165-JJF
                                   :
PEPPER HAMILTON LLP, et al.,       :
                                   :
         Defendants.               :

### MEMORANDUM ORDER

Pending before this Court is Defendant McGladrey & Pullen's Motion To Compel Plaintiff's Production Of Documents (D.I. 294) filed under seal. By its Motion, Defendant McGladrey & Pullen, LLP ("McGladrey") requests that the Court order Plaintiff to produce documents in the possession of its non-party parent company, Royal & SunAlliance Insurance Group. On November 29, 2006, the Court held a hearing during which the parties presented oral argument on the Motion.

Defendant's Motion will be denied because McGladrey has failed to establish control by the subsidiary of the documents in possession of the parent for purposes of discovery. The Court finds that McGladrey has not adduced sufficient evidence of the factors the Court must consider.[1] To prevail, the party must

---

[1] Several factors are often considered by courts in determining whether sufficient control is exercised by the party from whom documents are sought, including the corporate structures of the entities involved and the financial relationship between them, the overlap of directors and officers, the non-party's connection to the transaction at issue, the issue of whether the non-party will receive the benefit of a favorable litigation outcome, and the ability of the party from whom documents are sought to obtain the documents upon demand. Playboy Entm't Grp, Inc. v. U.S., No. 96-94, 1997 U.S. Dist. LEXIS 22297, *9-11 (D. Del. Dec. 11, 1997).

show interaction and involvement of the parent with the subsidiary or some direct connection to the matters at issue, such as the transactions the form the basis of Plaintiff's suit. In the circumstances of this case, McGladrey has not met this burden. Accordingly, the Court will deny Defendant McGladrey's Motion To Compel Production Of Documents (D.I. 294).

## ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant McGladrey & Pullen's Motion To Compel Plaintiff's Production Of Documents (D.I. 294) is **DENIED**.

January 31, 2007

_____
UNITED STATES DISTRICT JUDGE

2