# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 7, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY
AND ELECTRONIC FILING**

Re: *Wells Fargo Bank N.A. v. Royal*, Case No. 02-1294-JJF

*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, Case No. 04-1551-JJF

*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, Case No. 05-72-JJF

*Royal v. Pepper Hamilton, et al.*, Case No. 05-165-JJF

Dear Judge Farnan:

    We write on behalf of Royal Indemnity Company ("Royal") with respect to the Court's hearing this afternoon in the above-captioned cases. One of the issues that may arise at the hearing is McGladrey & Pullen LLP's Letter of Request Pursuant to the Hague Convention (D.I. 347 in C.A. No. 05-165). Royal does not object to the issuance of a letter of request generally. However, the proposed order submitted by McGladrey contains findings of the purported relevance of the requested material that Royal believes are not appropriate. Accordingly, Royal respectfully submits under cover of this letter an alternative order on the Letter of Request.

Respectfully,

/s/ Tiffany Geyer Lydon

Tiffany Geyer Lydon

TGL/dmf
Attachment
177497.1

Honorable Joseph J. Farnan, Jr.
February 7, 2007
Page 2

cc:   David C. McBride, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
Andre G. Castaybert, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
Michael Waters, Esq. (Counsel for Trustee) (e-mail)
James J. Rodgers, Esq. (Counsel for Trustee) (e-mail)
Donald Crecca, Esq. (Counsel for Trustee) (e-mail)
Daniel K. Astin, Esq. (Counsel for Trustee) (e-mail)
Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
John H. Eickemeyer, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
Stephen J. Shapiro, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
Elizabeth K. Ainslie, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
Neil G. Epstein, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
Karen Lee Turner, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
Michael R. Lastowski, Esq. (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
William H. Sudell, Jr., Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
James L. Holzman, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC) (e-mail)
Thomas Selby, Esq. (Counsel for McGladrey & Pullen LLP) (e-mail)
Andrew Yao (U.S. Mail)