## <u>CERTIFICATE OF SERVICE</u>

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Rob Schrof** was caused to be made on February 7, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:    February 7, 2007                              _/s/Daniel B. Butz_____
       Wilmington, Delaware                        Daniel B. Butz (No. 4227)