**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| | : | |
| Plaintiff, | : | Civil No. 05-165 (JJF) |
| | : | |
| vs. | : | |
| | : | |
| PEPPER HAMILTON LLP, ET AL. | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## NOTICE OF SERVICE

I, Daniel B. Butz , certify that I am not less than 18 years of age, and that service of a copy of **Defendant Pepper Hamilton LLP's Objections and Responses to Royal Indemnity Company's Second Set of Requests for Admission and Related Interrogatory and Related Document Request to Defendant Pepper Hamilton LLP** was made on February 16, 2007, upon the parties identified on the attached Service List in the manner indicated.

Dated: February 16, 2007
      Wilmington, Delaware

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Daniel B. Butz*
              William H. Sudell, Jr., Esq. (No. 0463)
              Donna L. Culver (No. 2983)
              Daniel B. Butz (No. 4227)
              1201 North Market Street
              P.O. Box 1347
              Wilmington, Delaware 19899-1347
              (302) 658-9200
              (302) 658-3989 (facsimile)

              Counsel for Defendant Pepper Hamilton LLP and
              W. Roderick Gagné