IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| Plaintiff, | : | Civil No. 05-165 (JJF) |
| vs. | : | |
| PEPPER HAMILTON LLP, ET AL. | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that a copy of the following was served on March 2, 2007, upon the parties identified on the attached service list in the manner indicated:

- **Defendant Pepper Hamilton LLP's Fourth Set of Requests for the Production of Documents to Royal Indemnity Company.**

- **Defendant Pepper Hamilton LLP's Fourth Set of Requests for Admissions Directed to Royal Indemnity Company.**

- **Defendant Pepper Hamilton LLP's Fourth Set of Interrogatories to Royal Indemnity Company.**

- **Defendant W. Roderick Gagné's First Set of Interrogatories to Royal Indemnity Company.**

Dated: March 2, 2007
      Wilmington, Delaware

                        MORRIS, NICHOLS ARSHT & TUNNELL LLP

                        */s/ Daniel B. Butz*
                        William H. Sudell, Jr., Esq. (No. 0463)
                        Donna L. Culver (No. 2983)
                        Daniel B. Butz (No. 4227)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, Delaware 19899-1347
                        (302) 658-9200
                        (302) 658-3989 (facsimile)

                        *Counsel for Defendant Pepper Hamilton LLP and W. Roderick Gagné*

754872.1