**SERVICE LIST**

**VIA HAND DELIVERY**

| | |
|---|---|
| Christopher M. Winter<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*Counsel for McGladrey & Pullen LLP and Michael Aquino* | Tiffany Geyer Lydon<br>Philip Trainer, Jr.<br>Carolyn Shelly Hake<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>*Counsel for Royal Indemnity Company* |
| James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>*Counsel for Freed Maxick & Battaglia, CPAs, PC* | Charlene M. Davis<br>Ashley B. Stitzer<br>Mary E. Augustine<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation* |
| Karen Lee Turner<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801<br>*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts* | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>*Counsel for MBIA* |

**VIA EMAIL AND/OR FIRST CLASS MAIL**

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: sshapiro@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Michael S. Waters
Lois H. Goodman
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Email: lgoodman@mdmc-law.com;
mwaters@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia, PA 19102-1909
Email: cpress@eckertseamans.com;
nepstein@eckertseamans.com
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com;
smerouse@sonnenschein.com
*Counsel for Royal Indemnity Company*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: Jason_butler@aporter.com;
veronica_rendon@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
Schwartz Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
*Counsel for SFC Trustee*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Email: acastaybert@proskauer.com
*Counsel for MBIA*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Email: Tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

2

547134

John H. Eickemeyer
Marie A. Tieri
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022
Email: jeickemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

547134