# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, the attached **NOTICE OF SUBPOENA** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esq.<br>Daniel Butz, Esq.<br>Morris, Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 | Tiffany Geyer Lydon, Esq.<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |
| Elizabeth K. Ainslie, Esq.<br>Schneider Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103 | Karen Lee Turner, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801 |
| James L. Holzman, Esq.<br>Clayton Athey, Esq.<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19801 | John I. Grossbart, Esq.<br>Sonnenschein, Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 |
| Michael S. Waters, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Neil G. Epstein, Esq.<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 |
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 |

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Amber M. Mettler, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Michael H. Barr, Esq.
Kenneth J. Phaehler, Esq.
Robert W. Gifford, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Charlene M. Davis, Esq.
Ashley B. Stitzer, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Dated: March 6, 2007
        Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

DM3\482019.1