IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165 (JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

### NOTICE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of a copy of **Pepper Hamilton LLP's and W. Roderick Gagné's Responses and Objections to Royal Indemnity Company's Fourth Request for Production** was made on March 12, 2007, upon the parties identified on the attached Service List in the manner indicated.

Dated: March 12, 2007
  Wilmington, Delaware

  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  _____
  William H. Sudell, Jr., Esq. (No. 0463)
  Donna L. Culver (No. 2983)
  Daniel B. Butz (No. 4227)

  1201 North Market Street
  P.O. Box 1347
  Wilmington, Delaware 19899-1347
  (302) 658-9200
  (302) 658-3989 (facsimile)

  *Counsel for defendant Pepper Hamilton LLP and W. Roderick Gagné*