IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>Defendants. | C.A. No. 05-165-JJF |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | C.A. No. 05-72-JJF |

**NOTICE OF SERVICE OF MCGLADREY & PULLEN, LLP'S INITIAL DISCLOSURE OF SUBJECT MATTERS OF ANTICIPATED EXPERT TESTIMONY**

PLEASE TAKE NOTICE that on March 12, 2007, Defendant McGladrey & Pullen, LLP served its Initial Disclosure of Subject Matters of Anticipated Expert Testimony on the following individuals *via* U.S. Mail:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

1

DM3\489789.1

Elizabeth K. Ainslie, Esq.
Schneider Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

James L. Holzman, Esq.
Clayton Athey, Esq.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Amber M. Mettler, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801

John I. Grossbart, Esq.
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

John W. Shaw, Esq.
Dawn Jones, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899

Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

DM3\489789.1

| | |
|---|---|
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Charlene M. Davis, Esq.<br>Ashley B. Stitzer, Esq.<br>Mary E. Augustine, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |

Dated: March 12, 2007
       Wilmington, Delaware

_____
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel for Defendant McGladrey & Pullen, LLP and Michael Aquino*