IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNÉ, FREED MAXICK & BATTAGLIA )<br>CPAs PC, MCGLADREY & PULLEN, LLP )<br>MICHAEL AQUINO, and FREED MAXICK )<br>SACHS & MURPHY, PC, )<br>)<br>Defendants. )<br>) | C.A. No. 05-CV-165<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF DEPOSITION OF JAMES PEARSON

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, McGladrey & Pullen, LLP will take the deposition upon oral examination of James Pearson on April 12, 2007, starting at 9:00 a.m., at the offices of Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania. The deposition will be recorded stenographically and videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

DM3\493726.1

/s/ *[signature]*
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Co-Counsel for McGladrey & Pullen, LLP and Michael Aquino*

-and-

| | |
|---|---|
| ARNOLD & PORTER LLP | WILLIAMS & CONNOLLY LLP |
| Veronica E. Rendon | Steven M. Farina |
| Jason M. Butler | Thomas H.L. Selby |
| Glynn K. Spelliscy | Amber M. Mettler |
| 399 Park Avenue | 725 12th Street, N.W. |
| New York, NY 10022 | Washington, D.C. 20005 |
| Phone: 212-715-1000 | Phone: 202-434-5000 |
| Fax: 212-715-1399 | Fax: 202-434-5029 |
| *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* | *Counsel for Defendant McGladrey & Pullen, LLP* |

Dated: March 19, 2007