IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | : |
| Defendants. | : |

<u>ORDER</u>

WHEREAS, on July 6, 2006, Defendant Pepper Hamilton LLP filed a Motion For Judgment On The Pleadings On Count VII Of Royal's Second Amended Complaint (D.I. 168) requesting that the Court enter judgment on Plaintiff's claim for deepening insolvency;

WHEREAS, in response, Plaintiff sought leave of the Court to amend its Second Amended Complaint in order to withdraw Count VII for deepening insolvency as to all Defendants (D.I. 186);

WHEREAS, on August 18, 2006, Plaintiff filed an unopposed Motion For Leave To File its Third Amended Complaint (D.I. 207) which was granted by the Court on August 22, 2006 (D.I. 210);

WHEREAS, Plaintiff's Third Amended Complaint (D.I. 211) does not contain a claim for deepening insolvency;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Judgment On The Pleadings On Count VII Of Royal's Second Amended Complaint (D.I. 168) filed by Defendant Pepper Hamilton LLP is <u>**DENIED**</u> as moot.

March 22, 2007

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE