## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROYAL INDEMNITY COMPANY,

      Plaintiff,

      v.

PEPPER HAMILTON LLP, W. RODERICK
GAGNÉ, FREED MAXICK & BATTAGLIA
CPAs, PC, McGLADREY & PULLEN, LLP,
MICHAEL AQUINO, and FREED MAXICK
SACHS & MURPHY, P.C.,

      Defendants.

C.A. No. 05-165 (JJF)

### NOTICE OF SERVICE

I hereby certify that on the 26th day of March, 2007, true and correct copies of the

**DEFENDANT FREED MAXICK SACHS & MURPHY, P.C.'S RESPONSE TO ROYAL**

**INDEMNITY COMPANY'S THIRD REQUEST FOR PRODUCTION** and this **NOTICE**

**OF SERVICE** were served upon the below-named counsel of record at the address and in the

manner indicated:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

.\330277v1

VIA HAND DELIVERY

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899


VIA EMAIL

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102
mwaters@mdmc-law.com

VIA EMAIL

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA  19102
eainslie@schnader.com


VIA EMAIL

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
ACastaybert@proskauer.com

VIA EMAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606
jgrossbart@sonnenschein.com
smerouse@sonnenschein.com


VIA EMAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA  19102
nepstein@eckertseamans.com

VIA EMAIL

Michael H. Barr, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020-1089
mbarr@sonnenschein.com
rgifford@sonnenschein.com


VIA EMAIL

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005
sfarina@wc.com
tselby@wc.com

VIA EMAIL

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690
richard.swanson@aporter.com
veronica.rendon@aporter.com


Dated:  March 26, 2007

PRICKETT, JONES & ELLIOTT, P.A.

By:_____
    James L. Holzman (Bar ID #663)
    J. Clayton Athey (Bar ID #4378)
    1310 King Street
    Wilmington, Delaware  19801
    (302) 888-6500
    jlholzman@prickett.com
    jcathey@prickett.com
*Attorneys for Defendants Freed Maxick &
Battaglia, CPAs, PC and Freed Maxick Sachs
& Murphy, PC*


OF COUNSEL:

John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
VEDDER, PRICE, KAUFMAN
    & KAMMHOLZ, P.C.
805 Third Avenue
New York, New York  10022
(212) 407-7700
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com