IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs, PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>            Defendants. | C.A. No. 05-165-JJF |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCES of James L. Holzman and J. Clayton Athey of Prickett, Jones & Elliott, P.A. as counsel for defendants Freed Maxick & Battaglia, C.P.A.s, P.C. and Freed Maxick Sachs & Murphy, P.C. in the above-captioned matter and substitute the appearance of David E. Wilks of Reed Smith LLP as counsel for the aforementioned defendants.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 N. King Street
Wilmington, Delaware 19801
jlholzman@prickett.com
jcathey@prickett.com
Tel: (302) 888-6500

REED SMITH LLP

By: _____
David E. Wilks (Bar ID #2793)
1201 North Market Street
Suite 1500
Wilmington, Delaware 19801
dwilks@reedsmith.com
Tel: (302) 778-7560

Dated: March 30, 2007

19631.1.\330620v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 30th day of March, 2007, I caused a copy of the foregoing **SUBSTITUTION OF COUNSEL** to be served on counsel for the parties in the manner specified:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

VIA HAND DELIVERY

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA U.S. MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

VIA U.S. MAIL

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

VIA U.S. MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102

19631.1\303305v1

<u>VIA U.S. MAIL</u>

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103-7286

<u>VIA U.S. MAIL</u>

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

<u>VIA U.S. MAIL</u>

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

<u>VIA U.S. MAIL</u>

Michael H. Barr, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

<u>VIA U.S. MAIL</u>

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

_____
J. Clayton Athey (#4378)

19631.1\303305v1                            - 2 -