# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 30, 2007

VIA ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware 19801

>   Re:  *Wells Fargo Bank N.A. v. Royal*, Civil Action No. 02-1294-JJF
>
>   *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, Civil Action No. 04-1551-JJF
>
>   *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, Civil Action No. 05-72-JJF
>
>   *Royal v. Pepper Hamilton, et al.*, Civil Action No. 05-165-JJF

Dear Judge Farnan:

Enclosed for the Court's consideration are four revised case management orders for the SFC-related cases listed above, Civil Action Nos. 02-1294, 04-1551, 05-72 and 05-165. The parties respectfully request that the Court enter these revised case management orders. The parties have all agreed to the revised schedule.

None of the revised case management orders alter the original trial date, or related pre-trial dates, set in Your Honor's original case management orders.

We are available at the Court's convenience should the Court have any questions or concerns.

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

Enclosures
179269.1

cc: John Shaw, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
Andre G. Castaybert, Esq. (Counsel for Wells Fargo Bank N.A.) (e-mail)
Michael Waters, Esq. (Counsel for Trustee) (e-mail)

Honorable Joseph J. Farnan, Jr.
March 30, 2007
Page 2

    Donald Crecca, Esq. (Counsel for Trustee) (e-mail)
    Charlene D. Davis, Esq. (Counsel for Trustee) (e-mail)
    Veronica Rendon (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
    John H. Eickemeyer, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.) (e-mail)
    Stephen J. Shapiro, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
    Elizabeth K. Ainslie, Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
    Neil G. Epstein, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
    Karen Lee Turner, Esq. (Counsel for W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and the Trusts) (e-mail)
    Michael R. Lastowski, Esq. (Counsel for McGladrey & Pullen LLP and Michael Aquino) (e-mail)
    William H. Sudell, Jr., Esq. (Counsel for Pepper Hamilton LLP and W. Roderick Gagne) (e-mail)
    James L. Holzman, Esq. (Counsel for Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.) (e-mail)
    Thomas Selby, Esq. (Counsel for McGladrey & Pullen LLP) (e-mail)