IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK N.A. f/k/a WELLS FARGO BANK MINNESOTA, N.A. as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST SERIES 2000-3, SFC GRANTOR TRUST SERIES 2000-4, SFC GRANTOR TRUST SERIES 2001-1, SFC GRANTOR TRUST SERIES 2001-2, SFC, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3<br><br>      Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>      Defendant/Counterclaim Plaintiff.<br><br>ROYAL INDEMNITY COMPANY,<br><br>      Third-Party Plaintiff,<br><br>  v.<br><br>STUDENT LOAN SERVICING, LLC, et al.,<br><br>      Third-Party Defendants. | C.A. No. 02-1294-JJF |

## FIRST AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions and stipulations of the parties, the following amended

schedule supersedes the June 19, 2006 Case Management Order #1 and will govern pretrial

proceedings (except those relating to issues remanded by the Court of Appeals and which are the

subject of Case Management Order #2) unless otherwise amended for good cause shown:

| 1.  | 8/21/06    | Deposition discovery may commence                                                                |
|-----|------------|--------------------------------------------------------------------------------------------------|
| 2.  | 2/7/07     | Discovery status conference                                                                      |
| 3.  | 3/12/07    | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| 4.  | 3/16/07    | Date by which all written discovery must be propounded.                                          |
| 5.  | 4/30/07    | Close of fact discovery                                                                          |
| 6.  | 5/7/07     | Plaintiffs' expert reports due                                                                   |
| 7.  | 6/4/07     | Defendants' expert reports due                                                                   |
| 8.  | 6/18/07    | Date by which plaintiffs may submit rebuttal expert reports                                      |
| 9.  | 6/18/07    | Expert discovery may commence                                                                    |
| 10. | 6/21/07    | Parties may submit letters to the Court regarding issues to be raised on summary judgment        |
| 11. | TBD        | Status conference regarding issues to be raised on summary judgment                              |
| 12. | 8/6/2007   | Close expert discovery                                                                           |
| 13. | 9/6/07     | Pretrial conference                                                                              |
| 14. | 10/02/07   | Pretrial order pursuant to Local Rule 16.4 shall be filed                                        |
| 15. | 10/10/07   | Trial commences                                                                                  |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

179270.1