## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York and Connecticut. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 3, 2007

David G. Januszewski
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005-1702
Phone: (212) 701-3000
Facsimile: (212) 269-5420
E-mail: djanuszewski@cahill.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2007

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

782394