IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>   Debtor. | Chapter 7<br>Case No. 02-11620 (WS) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>   Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>   Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY,<br>   Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>   Defendants. | Civil No. 05-165 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David Montone, of Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005, to represent Defendant Pepper Hamilton LLP in the above captioned matters.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Dated: April _4_, 2007

_____
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989