## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STUDENT FINANCE CORPORATION, | Case No. 02-11620 (WS) |
| Debtor. | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | |
| Plaintiff, | |
| v. | Civil No. 04-1551 (JJF) |
| PEPPER HAMILTON LLP, ET AL., | |
| Defendants. | |
| ROYAL INDEMNITY COMPANY, | |
| Plaintiff, | |
| v. | Civil No. 05-165 (JJF) |
| PEPPER HAMILTON LLP, ET AL., | |
| Defendants. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of M. Justin Lubeley, of Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005, to represent Defendant Pepper Hamilton LLP in the above captioned matters.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Dated: April __, 2007

_____
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989