## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 05-CV-165 |
| ) | |
| PEPPER HAMILTON LLP, W. RODERICK ) | Judge Joseph J. Farnan, Jr. |
| GAGNÉ, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP ) | |
| AND MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DEPOSITION

PPLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, McGladrey & Pullen, LLP will take the deposition upon oral examination of James Rothman on April 30, 2007, starting at 9:30 a.m., at the offices of Arnold & Porter LLP, 399 Park Avenue, New York, New York. The deposition will be recorded stenographically and videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

DM3\504222.1

Dated:  Wilmington, Delaware
         April 12, 2007

DUANE MORRIS LLP

_____

Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
Phone:  302-657-4951
Fax:  302-657-4901

*Counsel for Defendants McGladrey &
Pullen, LLP and Michael Aquino*

Of Counsel:

ARNOLD & PORTER LLP

Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY  10022
Phone:  212-715-1000
Fax:  212-715-1399

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H.L. Selby
Hannah C. Smith
Eric Reicher
725 12th Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:  202-434-5029

*Counsel for Defendant McGladrey & Pullen, LLP*

2