IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-CV-165 |
| ) | |
| PEPPER HAMILTON LLP, W. RODERICK ) | Judge Joseph J. Farnan, Jr. |
| GAGNÉ, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, MCGLADREY & PULLEN, LLP ) | |
| AND MICHAEL AQUINO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure, Defendants McGladrey & Pullen, LLP and Michael Aquino will take the deposition on oral examination of Standard and Poor's ("S&P") on the topics identified in Attachment A before a notary public or other person authorized to administer oaths, at 9:30 a.m. on Thursday, April 26, 2007, at the offices of Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022. The deposition will continue from day to day thereafter until completed and will be recorded by video and stenographic means. You are invited to attend and cross-examine.

Dated: Wilmington, Delaware
April 12, 2007

DUANE MORRIS LLP

_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

Of Counsel:

ARNOLD & PORTER LLP

Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H.L. Selby
Hannah C. Smith
Eric Reicher
725 12th Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

*Counsel for Defendant McGladrey & Pullen, LLP*

2