## **Attachment A**

1. S&P's ratings of Royal Indemnity Company and Royal Sun Alliance Insurance Group, Plc. during the years 1998 to the present.

2. S&P's ratings of MBIA Insurance Corporation during the years 1999 through and including 2001.

3. The differences between multiline insurers and financial guarantors.

4. The differences between an S&P financial enhancement rating and an S&P financial strength rating.