IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.<br><br>Plaintiffs and<br>Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>Defendant and<br>Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | C.A. No. 05-165-JJF |

**ROYAL INDEMNITY COMPANY'S NOTICE OF
RULE 30(b)(6) DEPOSITION OF MBIA INSURANCE CORPORATION**

PLEASE TAKE NOTICE that, pursuant to Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Royal Indemnity Company will take the oral deposition of MBIA Insurance Corporation on the subjects listed in Exhibit A attached hereto. The deposition will take place at the offices of Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, telephone: (212) 768-6700, beginning at 10:00 A.M. on April 30, 2007. MBIA Insurance Corporation is directed to designate the person or persons to testify on its

behalf and the matters on which the person(s) will testify. The deposition shall be recorded stenographically and may be videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

                                           ASHBY & GEDDES

                                           */s/ Tiffany Geyer Lydon*

                                           _____
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
 (302) 654-1888
 ptrainer@ashby-geddes.com
 tlydon@ashbygeddes.com

*Attorneys for Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

Dated:  April 13, 2007
179701.1

## EXHIBIT A

## DEPOSITION SUBJECTS

1. MBIA's due diligence pertaining to SFC.

2. All investigation, analysis, assessment, audits or appraisal by MBIA of SFC's business practices and business model.

3. All assessment, review, analysis or investigation by MBIA after March 20, 2002 pertaining to SFC including, without limitation, the document produced at MBIA2_0001075 - MBIA2_0001079, and any similar document or draft thereof.

4. Any communications pertaining to the subjects listed herein.

## INSTRUCTIONS

A. The terms "and" and "or" shall be construed either disjunctively or conjunctively so as to bring within the scope of this subpoena all information which might otherwise be construed to be outside its scope.

B. Unless otherwise specified this subpoena shall be limited to the period beginning June 1, 1998, through to the present.

C. The singular form of any noun or pronoun includes the plural, and vice versa.

D. The masculine form of any noun or pronoun includes the feminine, and vice versa. The masculine or feminine form of any noun or pronoun includes the neuter and vice versa.

E. Verbs in present, past, future or any other tense include all tenses.

## DEFINITIONS

The following terms and definitions shall apply to this subpoena:

1. The terms "MBIA" and "You" shall mean MBIA Insurance Corporation, and its current or former officers, directors, employees, agents, representatives, and attorneys, each

person acting on its behalf or under its control, and any parent, subsidiary, predecessor or affiliated corporation.

2.  The term "pertaining to" shall mean analyzing, addressing, concerning, consisting of, regarding, referring to, refuting, discussing, describing, evidencing, constituting, compromising, containing, setting forth, showing, disclosing, explaining, involving, summarizing, memorializing, mentioning, reflecting, commenting on, having to do with, relating to, or otherwise having any logical or factual connection with the subject matter. All the terms included in the definition of "pertaining to" and any of their derivations are themselves used synonymously with "pertaining to" when used in this subpoena.

3.  "SFC" shall mean Student Finance Corporation, Student Marketing Services, LLC ("SMS"), Student Loan Servicing, LLC ("SLS"), SFC Financial I, LLC, SFC Financial II, LLC, SFC Acceptance I, SFC Acceptance II, SFC Acceptance III, SFC Acceptance IV, SFC Acceptance V, SFC Acceptance VI, SFC Acceptance VII, SFC Acceptance VIII, SFC Acceptance IX, and their principals, owners, officers, directors, partners, stockholders, shareholders, associates, employees, staff members, agents, representatives, attorneys, subsidiaries, affiliates, divisions, successors, and predecessors individually or in any combination.