IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | | |
| Plaintiff, | | |
| vs. | | C.A. No. 05-165 (JJF) |
| PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs, PC., McGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C., | | |
| Defendant. | | |

## NOTICE OF SERVICE

I hereby certify that on the 16th day of April, 2007, true and correct copies of DEFENDANT FREED MAXICK SACHS & MURPHY, P.C.'S RESPONSE TO ROYAL INDEMNITY COMPANY'S FOURTH REQUEST FOR PRODUCTION and this Notice of Service were served upon the below-named counsel of record at the address and in the manner indicated:

VIA HAND DELIVERY

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

Michael R. Tastkowski, Esquire
Chirstopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Streeet, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

VIA HAND DELIVERY

John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA E-MAIL

Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
mwaters@mdmc-law.com

VIA E-MAIL

Elizabeth K. Ainslie, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market, Suite 2600
Philadelphia, PA 19102
eainslie@schnader.com
sshapiro@schnader.com

VIA E-MAIL

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
ACastaybert@proskauer.com

VIA E-MAIL

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60660
jgrossbart@sonnenchein.com
smerouse@sonnenchein.com

VIA E-MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
nepstein@eckertseamans.com

VIA E-MAIL

Michael H. Barr, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
mbarr@sonnenschein.com
rgifford@sonnenschein.com

VIA E-MAIL

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
sfarina@wc.com
tselby@wc.com

<u>VIA E-MAIL</u>

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
<u>richard.swanson@aporter.com</u>
<u>veronica.rendon@aporter.com</u>

DATED: April 16, 2007.                    REED SMITH LLP

By _____
David E. Wilks (SBN 2793)
Thad J. Bracegirdle (SBN 3691)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC. and Freed Maxick Sachs & Murphy, P.C.*

OF COUNSEL:
John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587
Marie A. Tieri (MT-0910)
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
<u>jeickemeyer@vedderprice.com</u>
<u>jwexler@vedderprice.com</u>
<u>mtieri@vedderprice.com</u>