## <u>CERTIFICATE OF SERVICE</u>

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Charles A. Stanziale, Jr.** was caused to be made on April 16, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:    April 16, 2007                            */s/ Daniel B. Butz*
        Wilmington, Delaware                    Daniel B. Butz (No. 4227)

801138.1