IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP AND MICHAEL AQUINO,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-CV-165<br>)<br>) Judge Joseph J. Farnan, Jr.<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 16, 2007, Defendant McGladrey & Pullen, LLP served its Response to Royal Indemnity Company's Fourth Set of Interrogatories on the individuals listed below *via* first class mail, postage prepaid:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Elizabeth K. Ainslie, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

| | |
|---|---|
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 |
| Steven M. Farina, Esq.<br>Thomas H.L. Selby, Esq.<br>Katherine Hayes, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | James J. Rodgers, Esq.<br>Laura E. Vendzules, Esq.<br>Andrew M. Marble, Esq.<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 |
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Charlene M. Davis, Esq.<br>Ashley B. Stitzer, Esq.<br>Mary E. Augustine, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | |

Dated: April 16, 2007
Wilmington, Delaware

_____
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel for Defendant McGladrey & Pullen, LLP*

DM3\505216.1