**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY, | ) ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) ) ) | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1551-JJF |
| PEPPER HAMILTON LLP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-72-JJF |
| McGLADREY & PULLEN LLP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 05-165-JJF |
|  | ) |
| PEPPER HAMILTON LLP, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF DEPOSITION OF RANDALL NOGA

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Royal Indemnity Company will take the deposition upon oral examination of Randall Noga on April 23 and 24, 2007, starting at 9:30 a.m., at the offices of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801.  The deposition shall be recorded stenographically and may be videotaped.  The deposition will continue from day to day until completed.  All counsel of record are invited to attend and participate.

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*

        Philip Trainer, Jr. (I.D. #2788)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888
        ptrainer@ashby-geddes.com
        tlydon@ashby-geddes.com

        SONNENSCHEIN NATH & ROSENTHAL LLP
        Michael H. Barr
        Kenneth J. Pfaehler
        Robert W. Gifford
        1221 Avenue of the Americas
        New York, New York 10020-1089
        (212) 768-6700

        - and -

        John I. Grossbart
        Steven L. Merouse
        8000 Sears Tower
        233 S. Wacker Drive
        Chicago, Illinois 60606
        (312) 876-8000

        *Attorneys for Royal Indemnity Company*

Dated: April 17, 2007
179744.1