## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ROYAL INDEMNITY COMPANY'S NOTICE OF DEPOSITION OF WENDY NURSE

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Royal Indemnity Company will take the deposition upon oral examination of Wendy Nurse on April 26, 2007, starting at 9:00 a.m., at the offices of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801. The deposition shall be recorded stenographically and may be videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*

          _____
          Philip Trainer, Jr. (I.D. #2788)
          Tiffany Geyer Lydon (I.D. #3950)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE  19899
          (302) 654-1888
          ptrainer@ashby-geddes.com
          tlydon@ashbygeddes.com

          *Attorneys for Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

Dated:  April 17, 2007
179759.1