IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165(JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

**ORDER GRANTING MOTION TO COMPEL ANSWERS AND FOR SANCTIONS**

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion to Compel Answers and for Sanctions filed on behalf of the law firm of Pepper Hamilton LLP ("Pepper") and W. Roderick Gagné, and any response thereto, it is hereby ORDERED that plaintiff, Royal Indemnity Company, cease instructing its current and former employees to not answer questions relating to employee assessments that have been asked, and will be asked, at depositions of those current and former employees. IT IS FURTHER ORDERED that (1) Royal must produce for additional questioning at the offices of Schnader Harrison Segal & Lewis LLP, in Philadelphia, Pennsylvania, any of Royal's current and former employees whom it has instructed not to answer such questions and whom Pepper and Gagné wish to further depose, and (2) Pepper and Gagné are awarded the expenses incurred in making this motion, including attorneys' fees.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

803769.1