IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-165-JJF ) |
| PEPPER HAMILTON LLP, et al. | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, defendants Pepper Hamilton LLP and W. Roderick Gagné request that their **Motion To Compel Answers And For Sanctions** be heard on May 4, 2007 at 10:00 a.m.

Dated: April 19, 2007
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Daniel B. Butz*
William H. Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (fax)

-and-

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pa. 19103
(215) 751-2000
(215) 751-2205 (fax)

Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné

802940.1