IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | |
| Plaintiff, | : | Civil No. 05-165 (JJF) |
| vs. | : | |
| PEPPER HAMILTON LLP, ET AL. | : | |
| Defendants. | : | |

**NOTICE OF SERVICE [RE: D.I. 448, 449, 450, 451 AND 452]**

   I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of a copy of the following was made on April 19, 2007, upon the parties identified on the attached service list in the manner indicated:

- Motion to Compel Answers and for Sanctions (D.I. 448);

- Notice of Motion (D.I. 449);

- Brief in Support of Pepper Hamilton LLP and W. Roderick Gagne's Motion to Compel Answers and for Sanctions (D.I. 450);

- Appendix Accompanying Brief in Support of Pepper Hamilton LLP and W. Roderick Gagne's Motion to Compel Answers and for Sanctions (D.I. 451); and

- Appendix of Unreported Case cited in the Brief in Support of Pepper Hamilton LLP and W. Roderick Gagne's Motion to Compel Answers and for Sanctions (D.I. 452).

805394.1805394.1

Dated: April 20, 2007
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP


　　　　　　　　　　　　　　　　　　 */s/ Daniel B. Butz*
　　　　　　　　　　　　　　　　　　William H. Sudell, Jr. (No. 0463)
　　　　　　　　　　　　　　　　　　Donna L. Culver (No. 2983)
　　　　　　　　　　　　　　　　　　Daniel B. Butz (No. 4227)
　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-1347
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　(302) 658-3989 (facsimile)

　　　　　　　　　　　　　　　　　　*Counsel for defendant Pepper Hamilton*
　　　　　　　　　　　　　　　　　　*LLP and W. Roderick Gagné*

805394.1