IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs, PC., McGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>Defendant. | C.A. No. 05-165 (JJF) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of Vedder, Price, Kaufman & Kammholz, P.C. ("VPK&K"), counsel for defendants Freed Maxick & Battaglia CPAs, PC. and Freed Maxick Sachs & Murphy, P.C., has changed effective April 23, 2007. Please note that the new address for VPK&K is 1633 Broadway, 47th Floor, New York, New York 10019.

- 2 -

| | |
|---|---|
| DATED: April 23, 2007. | REED SMITH LLP |

By  /s/ Thad J. Bracegirdle
David E. Wilks (SBN 2793)
Thad J. Bracegirdle (SBN 3691)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail:  dwilks@reedsmith.com
          tbracegirdle@reedsmithc.om

Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC. and Freed Maxick Sachs & Murphy, P.C.

OF COUNSEL:
John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587
Marie A. Tieri (MT-0910)
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com