IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE, FREED MAXICK & BATTAGLIA CPAs, PC., McGLADREY & PULLEN, LLP, MICHAEL AQUINO and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>　　　　Defendant. | C.A. No. 05-165 (JJF) |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, Esquire, hereby certify that on this 23rd day of April, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served upon the addressees on the attached service list in the manner indicated.

DATED: April 23, 2007.

REED SMITH LLP

By /s/ Thad J. Bracegirdle
David E. Wilks (SBN 2793)
Thad J. Bracegirdle (SBN 3691)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail:  dwilks@reedsmith.com
　　　　　tbracegirdle@reedsmithc.om

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC. and Freed Maxick Sachs & Murphy, P.C.*

OF COUNSEL:
John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
jeickemeyer@vedderprice.com
jwexler@vedderprice.com
mtieri@vedderprice.com

## SERVICE LIST

VIA HAND DELIVERY
Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

VIA HAND DELIVERY
Michael R. Tastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY
John W. Shaw, Esquire
Dawn Marie Jones, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

VIA E-MAIL
Michael S. Waters, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
mwaters@mdmc-law.com

VIA E-MAIL
Elizabeth K. Ainslie, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market, Suite 2600
Philadelphia, PA 19102
eainslie@schnader.com
sshapiro@schnader.com

VIA HAND DELIVERY
William H. Sudell, Jr., Esquire
Daniel Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

VIA E-MAIL
John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60660
jgrossbart@sonnenchein.com
smerouse@sonnenchein.com

VIA E-MAIL
Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
nepstein@eckertseamans.com

VIA E-MAIL
Michael H. Barr, Esquire
Robert W. Gifford, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
mbarr@sonnenschein.com
rgifford@sonnenschein.com

- 2 -

VIA E-MAIL
Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
ACastaybert@proskauer.com

VIA E-MAIL
Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
richard.swanson@aporter.com
veronica.rendon@aporter.com

VIA E-MAIL
Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
sfarina@wc.com
tselby@wc.com