IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*, | ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY, | ) ) |
| Defendant and Counterclaim Plaintiff. | ) ) ) |
| ROYAL INDEMNITY COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**ENTRY OF APPEARANCE**

Please enter the appearance in the above actions of the undersigned as counsel to **Royal Indemnity Company**, defendant/counterclaim plaintiff in No. 02-1294 and plaintiff in No. 05-165.

ASHBY & GEDDES

*/s/ Andrew D. Cordo (#4534)*
_____

Philip Trainer, Jr. (ID #2788)
Tiffany Geyer Lydon (ID #3950)
Andrew D. Cordo (ID #4534)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

        (302) 654-1888
        ptrainer@ashby-geddes.com
        tlydon@ashby-geddes.com
        acordo@ashby-geddes.com

*Attorneys for Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

Dated:  April 30, 2007
180068.1