# EXHIBIT 4

Tighe, John  3/28/07  9:32:00 AM

1

```
1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
2
3    ROYAL INDEMNITY COMPANY,
4          Plaintiff,
5    vs.           C.A. No. 05-165-JJF
6    PEPPER HAMILTON, LLP,
      W. RODERICK GAGNE, FREED
7    MAXICK & BATTAGLIA CPAs,
      PC, MCGLADREY & PULLEN,
8    LLP, MICHAEL AQUINO, and
      FREED MAXICK SACHS & MURPHY,
9    P.C.,
10         Defendants.
                                      /
11
12
13
              Helms Mullis & Wicker
14            201 N. Tryon Street
              Suite 3000
15            Charlotte, NC
              Wednesday, March 28, 2007
16            9:32 a.m. - 7:37 p.m.
17
18   VIDEOTAPED TRACK III DEPOSITION
19            OF
20        JOHN TIGHE
21
22
23   Reported by:
      April Reid, RPR, CLR
24   Registered Professional Reporter
      Notary Public
25
```

40

1  friend?
2  A. Hmmm. Define "friend". I mean, do I go
3  to dinner with Bill? No. Are we friendly toward
4  each other? Yes.
5  Q. You had a, a working friendship?
6  A. Yes.
7  MR. BARR: Objection to the form.
8  BY MR. SELBY:
9  Q. But you weren't social friends?
10  A. We're not, no.
11  Q. Before March of 2002, did you have an
12  opinion of Mr. Hibberd's professional competence?
13  A. Before March of 2002 I don't think I
14  really ever reflected on Bill's professional
15  competence.
16  Q. After March of 2002, did you ever
17  reflect on Mr. Hibberd's professional competence?
18  MR. BARR: I just want to note an
19  objection at this time.
20  There has been a ruling in this case by
21  the Court with respect to performance
22  reviews. I'm not going to permit questions
23  of Mr. Tighe concerning any performance
24  reviews that he may have been involved with
25  with respect to Mr. Hibberd or others.

41

1  I will permit him to answer this
2  question having made that statement on the
3  record.
4  THE WITNESS: I had a professional view
5  of our Corporate Actuarial Division as being
6  strong and competent. And Bill being, part
7  of that, you know, by association, I would
8  say he's a competent guy, he had a good
9  reputation. But I don't, I don't remember
10  sitting down and, and reflecting on Bill as
11  an individual. Obviously, when I took over
12  the Custom Risk he was part of my report
13  base. But prior to that I don't, I don't
14  recall.
15  BY MR. SELBY:
16  Q. You believe Mr. Hibberd was a, a strong
17  actuary?
18  A. That's, that's correct.
19  Q. Did you ever reflect on whether he was a
20  good manager?
21  MR. BARR: Objection to the question.
22  THE WITNESS: When Bill reported to me
23  in the Custom Risk Division I would evaluate
24  him on the basis of his managerial skills,
25  his leadership skills, results that he

42

1  delivered. At that point I would reflect on,
2  on his competence, you know, as a manager.
3  BY MR. SELBY:
4  Q. And what was your view of Mr. Hibberd?
5  A. My view of Mr. Hibberd —
6  MR. BARR: At what point in time?
7  BY MR. SELBY:
8  Q. At any point in time with regard to his
9  management skills.
10  A. I would say I'd characterize him as a
11  no-nonsense guy who was financially principled,
12  had a presence, knew what he wanted, was
13  aggressive in pursuing goals and objectives, had
14  a following of people who worked for him seemed
15  to appreciate Bill.
16  Q. Did you think he was a good manager?
17  A. I did.
18  Q. Did you come to rely on Mr. Hibberd when
19  you were President of the Custom Risk Division?
20  A. Rely on him in what form?
21  Q. In any form.
22  A. Yeah, I think he —
23  MR. BARR: I'm going to object to the
24  form of the question.
25  THE WITNESS: Bill was a — he had a

43

1  good head on his shoulders. If we had a
2  session with one of the other direct reports
3  and Bill would be invited I think he would
4  add to those conversations that we would have
5  about business broadly, yes.
6  BY MR. SELBY:
7  Q. Did you rely on him to run the business
8  units under his management?
9  A. He was obligated to run the businesses
10  that he was managing and I held him accountable
11  for that.
12  Q. Do you think he did a good job?
13  A. I do.
14  Q. After March of 2002, did you continue to
15  think he did a good job?
16  MR. BARR: I am going to note an
17  objection for the reason I stated previously,
18  but I will permit this question to be
19  answered.
20  THE WITNESS: After March of 2002 did I
21  think that Bill continued to do a good job?
22  BY MR. SELBY:
23  Q. No. I'm sorry. Let me rephrase.
24  Did your opinion of whether Mr. Hibberd
25  had been doing a good job change after March of

44

1  2002?

2      MR. BARR:  Same objection as noted.

3      THE WITNESS:  My opinion did not change.

4  BY MR. SELBY:

5      Q.  When you were President of Custom Risk

6  Division what position did Greg Vezzosi hold?

7      A.  Greg Vezzosi was in the Underwriting

8  Unit.  He was the Chief Operating Officer for the

9  organization.

10     Q.  What does the Chief Underwriting Officer

11  do?

12     A.  He's responsible for the policies and

13  procedures of all aspects of underwriting;

14  underwriting manuals that were sent out to the

15  field would have had his guidance, underwriting

16  audits would have been conducted by Greg and his

17  team.

18     Q.  Do you know how long Mr. Vezzosi had

19  been with the company?

20     MR. BARR:  As of what point in time?

21  BY MR. SELBY:

22     Q.  As of the time that you took over as

23  President of Custom Risk.

24     A.  Around about 1992, 1993 I think Greg

25  joined us.  It could have been after that, I'm

45

1  not sure, but in the '90s.

2      Q.  So he had been with the company eight to

3  ten years at that point?

4      A.  (Nods head up and down).

5      Q.  Do you know what his background was

6  prior to joining for Royal?

7      A.  He had worked for the Chubb Insurance

8  Company.

9      Q.  And do you know how long he had been at

10  Chubb?

11     A.  Quite a while, but I couldn't tell you

12  how many years.  It was greater than ten.

13     Q.  Did you regard him as someone who had

14  expertise in underwriting?

15     A.  Yes.

16     Q.  And as the Chief Underwriting Officer he

17  had responsibility for Royal's underwriting

18  policy?

19     MR. BARR:  Objection to the form.

20     THE WITNESS:  That's correct.

21  BY MR. SELBY:

22     Q.  At the time you took over as President

23  of Custom Risks what position did Charlie Schuver

24  hold?

25     A.  Charlie worked in the Strategic

46

1  Development Division, which is where Greg would

2  have worked as well.  Charlie was working for

3  Paul Sluman.

4      Q.  What did Mr. Schuver do within the

5  Strategic Development Division?

6      A.  Paul Sluman and Charlie were responsible

7  for mergers and acquisition activity.

8      Q.  Had he been with the company for some

9  time?

10     A.  Charlie had, yes.

11     Q.  Do you know, round and about, when he

12  joined?

13     A.  I believe he joined around the same time

14  I did, 1981.

15     Q.  Did you respect Mr. Schuver's judgment?

16     A.  I did.

17     Q.  Was he someone you would turn to when

18  you had a particularly thorny issue?

19     MR. BARR:  Objection to the form.

20     THE WITNESS:  Not, not always, but on

21  occasion I would, yes.

22  BY MR. SELBY:

23     Q.  How would -- when would you turn to him?

24     A.  That's, that's a hard question to

25  answer.

47

1      Q.  Well, what, what was his expertise?

2      A.  Hmmm.  Charlie grew up in the

3  underwriting side of the business.  He had also

4  run some branches.  Charlie had worked for me at

5  some point in time when I was responsible for the

6  Eastern Region Support Executive role.  And

7  Charlie had a good head on his shoulders.  I

8  would, you know, bump into Charlie and ask

9  questions, et cetera.  He understood a lot of

10  different things.

11     Q.  You said he had a background in

12  underwriting?

13     A.  He did.

14     Q.  Did you consider him to have some

15  expertise in underwriting?

16     A.  I did.

17     Q.  When you were President of the Custom

18  Risk Division what position did Terry Broderick

19  hold?

20     A.  Terry was the Chief Executive Officer of

21  the Royal & Sun U.S. operations.

22     Q.  You reported to Mr. Broderick?

23     A.  I did.

24     Q.  When you were President of Custom Risks

25  what did Andre Lefèvre do for Royal?

Tighe, John  3/28/07  9:32:00 AM

48

1   A.  I don't recall exactly when Andre
2   Lefevre joined the organization, but when he
3   joined he was in the Corporate Underwriting
4   Division working for Greg Vezzosi.  And he may
5   have reported in to another person, but he was
6   under Greg's umbrella.
7   Q.  Did you have occasion to work with Mr.
8   Lefevre?
9   A.  I would — I met Andre and he would
10  attend, you know, meetings here and there.
11  Q.  Did you reach an opinion about his
12  professional competence while you were President
13  of Custom Risk?
14  A.  I don't know that I — I don't recall
15  reflecting on Andre as an individual.
16  Q.  Do you have an opinion about his
17  professional competence?
18  A.  I do.  I do.
19  Q.  And what's your opinion?
20  A.  I have a lot of regard for Andre and his
21  capabilities.
22  Q.  Do you think he has expertise in
23  underwriting?
24  A.  He does.
25  Q.  Do you think he is a good manager?

49

1   A.  I, I believe he is.
2   Q.  Do you think he has good judgment?
3   A.  I believe he has good judgment.
4   Q.  While you were President of Custom Risks
5   what position did David King hold?
6   A.  David King — I'm not exactly sure what
7   his title was.  David King came to Royal & Sun
8   through the Orion Capital Corp. acquisition.  And
9   David King was in the Hartford area and, kind of,
10  worked as a — I don't know if he was an advisor
11  to, but he was working for Muiready and Pugliese
12  and had an underwriting background.
13  Q.  Do you recall that Mr. King is a CPA?
14  A.  I do recall he's a CPA.
15  Q.  Did you ever have occasion to work with
16  Mr. King?
17  A.  When?  I mean, subsequent to —
18  Q.  Subsequent to the Orion merger.
19  A.  I, I didn't really have a chance to
20  spend much time with David King until after I
21  became CEO of the U.S. operations.
22  Q.  Do you have an opinion about Mr. King's
23  professional competence?
24  A.  I have regard for Mr. King's
25  professional competence.

50

1   Q.  Do you think he is a good CPA?
2   A.  I couldn't evaluate him as a CPA.
3   Q.  What do you regard him as being skilled
4   at?
5   A.  He is a smart guy, willing to get into
6   the details, can dig through an awful lot of
7   information and simplify it for others, he is
8   financially principled.
9   Q.  Do you trust his judgment?
10  A.  I do.
11  Q.  When you were President of Custom Risks
12  did you have occasion to interact with Tony
13  McKenzie?
14  A.  I would see Tony in the hallway, but I
15  wouldn't characterize our interactions as being
16  professional or detailed.  It was more of an
17  acquaintance, say hello, that kind of stuff.
18  Q.  Other than knowing — seeing him in the
19  hall, did you form any opinion about Mr.
20  McKenzie's professional competence?
21  A.  I did not.
22  Q.  Did you know that he was in the
23  Financial Enhancements Unit?
24  A.  I did.  Certainly, I did.
25  Q.  But in terms of the work that he did

51

1   there, you didn't have occasion to review that
2   work; is that fair?
3   A.  That's correct.
4   Q.  While you were President of Custom Risks
5   did you come to know Rob Van Epps?
6   A.  I, I knew who Rob Van Epps was, yes.
7   Q.  And who was Rob at that time?
8   A.  He worked in the Financial Enhancement
9   —
10      MR. BARR:  I'll object to the form, but
11  okay.
12  BY MR. SELBY:
13  Q.  What position did Rob hold at that time?
14  A.  I can't tell you that.
15  Q.  He was within the Financial Enhancements
16  Unit, though?
17  A.  He was.
18  Q.  Do you know what Mr. Van Epps'
19  background is?
20  A.  I believe he's an actuary by training.
21  Q.  Have you ever reviewed Mr. Van Epps'
22  work?
23  A.  What do you mean by reviewed his work?
24  Q.  Do you have any — I'm wondering whether
25  you have any basis to form an opinion about his

52

1    professional work.
2        A.  I certainly would not have reviewed any
3    of his actuarial work.  You know, the fact that
4    he was part of the unit I think was, in essence,
5    where I gained my appreciation for him.  Bill
6    spoke highly of him.
7        Q.  Do you have a personal opinion about
8    whether Mr. Van Epps -- strike that.
9        Do you have an opinion about Mr. Van
10   Epps' professional competence?
11       A.  Other than being associated --
12          MR. BARR:  I'm going to, to object to
13       the form.
14          THE WITNESS:  -- with the unit and Bill
15       having a regard for him, that's about as far
16       as I can take it.
17   BY MR. SELBY:
18       Q.  When you were President of Customs Risks
19   did you come to know David Schneider?
20       A.  That -- I met David Schneider as Custom
21   Risk President, yes.
22       Q.  Did you form an opinion about Mr.
23   Schneider's professional competence?
24       A.  No, I did not.
25       Q.  Do you know what position Mr. Schneider

53

1    held within the Financial Enhancements Unit?
2        A.  I do not.
3        Q.  When you were President of Custom Risks
4    did you know Kris Rao?
5        A.  I met Kris Rao through, through the same
6    position I held, yes.
7        Q.  Do you have a professional -- strike
8    that.
9        Do you have an opinion about Mr. Rao's
10   professional competence?
11       A.  Not really.
12       Q.  What position did Mr. Rao hold while you
13   were President of Custom Risk?
14       A.  He worked for Bruce Butler and that
15   crowd over at the Financial Structures Limited.
16       Q.  Do you know what position within FSL Mr.
17   Rao held?
18       A.  I don't know the position.  He was
19   involved in the CDO work.
20       Q.  Do you know what Mr. Rao's background
21   is?
22       A.  I can't tell you that, no.
23       Q.  When you became President of Custom
24   Risks, had you worked at all with the Financial
25   Enhancements Unit?  Strike that.