# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON LLP, ) <br> W. RODERICK GAGNE, ) <br> FREED MAXICK & BATTAGLIA CPAs PC, ) <br> MCGLADREY & PULLEN, LLP and ) <br> MICHAEL AQUINO, ) <br> ) <br> Defendants. ) | Civil Action No. 05-165-JJF |

**ROYAL INDEMNITY COMPANY'S OBJECTIONS AND
RESPONSES TO DEFENDANT PEPPER HAMILTON LLP'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, plaintiff Royal Indemnity Company ("Royal"), by its attorneys Ashby & Geddes and Sonnenschein Nath & Rosenthal LLP, hereby objects and responds to Pepper Hamilton LLP's Second Request for Production of Documents.

**GENERAL OBJECTIONS**

1. These responses are submitted without waiving, and on the contrary expressly reserve: (1) the right to amend or supplement any and all responses provided herein at any time upon receipt of additional information; and (2) the right to object on any grounds whatsoever to the use in evidence or other use of these responses, the documents produced pursuant to these responses, or other information provided herein, in this or any other proceeding, by Pepper Hamilton LLP ("Pepper") or any other parties or non-parties.

2. The responses provided to specific requests are made subject to, and without waiver of, the specific objections set forth in and before the responses and the General

- 2 -

Objections. The provision of substantive responses or production of documents in response to any specific request shall not be construed as an admission that Pepper is entitled to any response more specific than that provided or used as the basis for a contention that Pepper is entitled to any response more specific than that provided.

3. Royal objects to the requests to the extent they seek the production of information or documents protected from disclosure by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection from discovery. Royal specifically objects to the requests to the extent they purport to seek information or documents generated by Royal or its attorneys in anticipation of litigation. Royal also specifically objects to the requests on work product grounds to the extent they seek documents selected by Royal in review of other parties' document productions as opposed to documents selected by other parties themselves and produced to Royal.

4. Royal objects to the requests to the extent they seek information relating to insureds, policies, claims or transactions not involved in this action, on the grounds that: (1) such information is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence; (2) such information is confidential and proprietary or otherwise protected from disclosure; and (3) disclosing such information would prejudice non-parties to this action and/or would violate applicable laws and regulations.

5. Royal objects to the requests to the extent they seek the production of information or documents that constitute or contain confidential and/or proprietary information, absent the entry of an appropriate protective order restricting the use of such information and documents to this action and allowing Royal to maintain the confidentiality of such information and documents.

6. Royal objects to Pepper's Definitions, Instructions, and Requests to the extent they purport to impose on Royal duties or obligations beyond, or inconsistent with, those set forth in the Federal Rules of Civil Procedure.

7. Royal objects to Pepper's definition of the terms "Royal" and "you" in Pepper's Definition No. 3 on the grounds that it is unduly burdensome, overbroad, not reasonably calculated to lead to the discovery of admissible evidence and calculated to harass insofar as it purports to cover persons or entities that are not parties to this action and/or did not have any role in the issuance of the Royal Policies or in the SFC Transactions (as those terms are defined in Royal's Request for Production to Pepper). Royal's Responses to the Requests for Production construe the terms "Royal," "you," "your," and "yours" to mean Royal Indemnity Company only, and such of its current and former officers, employees, representatives, and agents with material personal knowledge about the areas of inquiry of these requests.

8. Royal objects to Pepper's definition of the term "document" in Pepper's Definition No. 5 on the grounds that it is unduly burdensome insofar as it purports to impose on Royal requirements beyond those provided for in the Federal Rules of Civil Procedure. Royal construes the term "Document" to have the meaning provided for in Rule 34 of the Federal Rules of Civil Procedure.

9. Royal objects to Pepper's Instruction No. 3 regarding the preparation of a privilege log, and will identify any responsive documents withheld on the grounds that it is protected by the attorney-client privilege, work product doctrine and/or any other applicable privilege consistent with the requirements of the Federal Rule of Civil Procedure 26(b)(5). Royal first became involved in SFC-related litigation on June 7, 2002. Royal has not included

on its privilege log documents generated after that date that are covered by the attorney-client privilege or work product doctrine.

10. The responses provided herein are based on information collected and/or reviewed for the purpose of responding to these requests. Not all of the responses are prepared from the personal knowledge of any single individual.

## DOCUMENTS REQUESTED

49. All communications, and all documents referring or relating to communications, between or among an agent, employee or representative of Royal and other agents, employees or representatives of Royal referring or relating to Royal's prospective or existing business relationships with SFC or any of SFC's affiliates, including, but not limited to, the special purpose entities referenced in paragraphs 49 and 51 of the Amended Complaint.

**OBJECTIONS AND RESPONSE:**

Subject to and without waiving its General Objections, Royal states that it has or will make available for inspection relevant, responsive and non-privileged documents in its possession, custody or control.

50. All communications, and all documents referring or relating to communications, between or among an agent, employee or representative of Royal and agents, employees or representatives of Pepper, SFC, McGladrey, Domal, IBG, Moor, Moor & Co., Loofbourrow, Wilmington Trust, the Trucking schools, PNC, Wells Fargo, MBIA or SWH, referring or relating to Royal's prospective or existing business relationships with SFC or any of SFC's affiliates, including, but not limited to, the special purpose entities referenced in paragraphs 49 and 51 of the Amended Complaint.

**OBJECTIONS AND RESPONSE:**

Subject to and without waiving its General Objections, Royal states that it has or will make available for inspection responsive and non-privileged documents in its possession, custody or control.

51. All communications, and all documents referring or relating to communications, between or among an agent, employee or representative of Royal and agents, employees or representatives of Moody's or Fitch, referring or relating to Royal's prospective or existing business relationships with SFC or any of SFC's affiliates, including, but not limited to, the special purpose entities referenced in paragraphs 49 and 51 of the Amended Complaint.

**OBJECTIONS AND RESPONSE:**

Subject to and without waiving its General Objections, Royal states that it has or will make available for inspection responsive and non-privileged documents in its possession, custody or control.

52. All personnel files or other documents referring or relating to the employment history, status, or performance of any Royal employee with any responsibility for originating, maintaining, overseeing or monitoring Royal's business relationship with SFC or any of SFC's affiliates, including, but not limited to, the special purpose entities referenced in paragraphs 49 and 51 of the Amended Complaint.

**OBJECTIONS AND RESPONSE:**

Royal objects to this request on the grounds that it is overly broad, unduly invasive into the privacy of individuals not parties to this action, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections and its General Objections, Royal states that the individuals who had primary responsibility for the SFC Transactions were William Hibberd, Anthony McKenzie, E. David Schneider and Robert Van Epps. Further responding, Royal states that it already has produced existing performance evaluations for these individuals for the years 1998 through 2002.

53. All documents submitted to Royal's Board of Directors or any member of its Board of Directors referring or relating to Royal's business relationship with SFC or any of SFC's affiliates, including, but not limited to, the special purpose entities referenced in paragraphs 49 and 51 of the Amended Complaint.

**OBJECTIONS AND RESPONSE:**

Royal objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections and its General Objections, Royal states that it has or will make available for inspection documents submitted to Royal's Board of Directors that relate to Royal's business relationship with SFC, if any such documents exist.

<table>
<tr><td>

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Richard M. Zuckerman
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)
and
Alan S. Gilbert
John I. Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: March 13, 2006

167533.1

</td><td>

ASHBY & GEDDES

*/s/ Philip Trainer, Jr./*

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany L. Geyer (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654 2067 (fax)

*Attorneys for Plaintiff*
*Royal Indemnity Company*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2006, the attached **ROYAL INDEMNITY COMPANY'S OBJECTIONS AND RESPONSES TO DEFENDANT PEPPER HAMILTON LLP'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | HAND DELIVERY |

| | |
|---|---|
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | VIA FEDERAL EXPRESS |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | VIA FEDERAL EXPRESS |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | VIA FEDERAL EXPRESS |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |

/s/ Tiffany Geyer Lydon
Tiffany Geyer Lydon

163569.1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON LLP, ) | |
| W. RODERICK GAGNÉ, ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, ) | |
| MCGLADREY & PULLEN, LLP and ) | |
| MICHAEL ACQUINO, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I hereby certify that on the 13th day of March, 2006, a true and correct copy of **ROYAL INDEMNITY COMPANY'S OBJECTIONS AND RESPONSES TO DEFENDANT PEPPER HAMILTON LLP'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                                              HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James L. Holzman, Esquire                                                   HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Michael R. Lastkowski, Esquire                                              HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | **VIA FEDERAL EXPRESS** |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | **VIA FEDERAL EXPRESS** |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | **VIA FEDERAL EXPRESS** |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | **VIA FEDERAL EXPRESS** |

2

Andre G. Castaybert, Esquire                                    VIA FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Michael S. Waters, Esquire                                      VIA FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Neil G. Epstein, Esquire                                        VIA FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

James J. Rodgers, Esquire                                       VIA FEDERAL EXPRESS
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

Steven M. Farina, Esquire                                       VIA FEDERAL EXPRESS
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Royal Indemnity Company*

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: March 13, 2006

162223.1

4

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | HAND DELIVERY |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | <u>VIA FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

<u>VIA FEDERAL EXPRESS</u>

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

3

**Discovery Documents**
1:05-cv-00165-JJF Royal Indemnity Company v. Pepper Hamilton LLP et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lydon, Tiffany entered on 3/13/2006 at 4:33 PM EST and filed on 3/13/2006

**Case Name:**  Royal Indemnity Company v. Pepper Hamilton LLP et al
**Case Number:**  1:05-cv-165
**Filer:**  Royal Indemnity Company
**Document Number:** 118

**Docket Text:**
NOTICE OF SERVICE of Objections and Responses to Defendant Pepper Hamilton LLP's Second Request For Production of Documents by Royal Indemnity Company.(Lydon, Tiffany)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/13/2006] [FileNumber=183225-0]
[c631adc6570616e84ffe8e68cae96daf28199af10dd0e0aba1f183603a55cb420ff2
c169bb939d7efb0ae409e80d340e6df6a2d88cf52ceea46917c15b290bd2]]

**1:05-cv-165 Notice will be electronically mailed to:**

Elizabeth K. Ainslie    eainslie@schnader.com

J. Clayton Athey    jcathey@prickett.com, mafurry@prickett.com; amconnelly@prickett.com

Jason M. Butler    jason.butler@aporter.com

Steven M. Farina    sfarina@wc.com

James L. Holzman    jlholzman@prickett.com, mafurry@prickett.com

Nicholas J. LePore    nlepore@schnader.com

Tiffany Geyer Lydon    tlydon@ashby-geddes.com, dfioravanti@ashby-geddes.com

Bruce P. Merenstein    bmerenstein@schnader.com

Amber M. Mettler    amettler@wc.com

Thomas H.L. Selby     tselby@wc.com

Stephen J. Shapiro     sshapiro@schnader.com

William H. Sudell, Jr     wsudell@mnat.com,

Richard P. Swanson     richard.swanson@aporter.com

Philip Trainer, Jr     ptrainer@ashby-geddes.com, dboggs@ashby-geddes.com

Christopher M. Winter     cmwinter@duanemorris.com

**1:05-cv-165 Notice will be delivered by other means to:**