IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY : | |
| : | |
| Plaintiff, : | Civil No. 05-165 (JJF) |
| : | |
| vs. : | |
| : | |
| PEPPER HAMILTON LLP, ET AL. : | |
| : | |
| Defendants. : | |
| : | |

**DEFENDANTS PEPPER HAMILTON LLP AND
W. RODERICK GAGNE'S REPLY BRIEF IN SUPPORT
OF MOTION TO COMPEL ANSWERS AND FOR SANCTIONS**

**CONFIDENTIAL – FILED UNDER SEAL**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

Counsel for defendant Pepper Hamilton LLP
and W. Roderick Gagné

Dated: May 3, 2007
    Wilmington, Delaware

818378.1