IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| | : |
| Plaintiff, | :   Civil No. 05-165 (JJF) |
| | : |
| vs. | : |
| | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| | : |
| Defendants. | : |
| | : |

**DEFENDANTS PEPPER HAMILTON LLP AND
W. RODERICK GAGNE'S APPENDIX ACCOMPANYING REPLY BRIEF IN
SUPPORT OF MOTION TO COMPEL ANSWERS AND FOR SANCTIONS**

**CONFIDENTIAL – FILED UNDER SEAL**

                                                                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                                     William H. Sudell, Jr. (No. 0463)
                                                                     Donna L. Culver (No. 2983)
                                                                     Daniel B. Butz (No. 4227)
                                                                       1201 North Market Street
                                                                     P.O. Box 1347
                                                                       Wilmington, Delaware 19899-1347
                                                                       (302) 658-9200
                                                                       (302) 658-3989 (facsimile)

                                                                       Counsel for defendant Pepper Hamilton LLP
                                                                       and W. Roderick Gagné

Dated: May 3, 2007
       Wilmington, Delaware

818378.2