IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>Defendants. | Civil No. 05-165(JJF)<br><br>**REDACTED PUBLIC VERSION** |

**APPENDIX ACCOMPANYING REPLY BRIEF IN SUPPORT OF PEPPER HAMILTON LLP AND W. RODERICK GAGNÉ'S MOTION TO COMPEL ANSWERS AND FOR SANCTIONS**

William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver, Esq. (No. 2983)
Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

*Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné*

Charles A. Gilman
David G. Januszewski
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005
(212) 701-3000
(212) 269-5420 (facsimile)

*Counsel for defendant Pepper Hamilton LLP*

May 3, 2007

## TABLE OF CONTENTS

Excerpts from the Rough Deposition Transcript of
　　William Hibberd Dated April 24, 2007 ..................................................................C-1

Pages C-1 through C-6 have been sealed.