IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY | : |
| Plaintiff, | : Civil No. 05-165 (JJF) |
| vs. | : |
| PEPPER HAMILTON LLP, ET AL. | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of a copy of **Defendant Pepper Hamilton LLP's Objections and Responses to Royal Indemnity Company's Fifth Set of Requests for Admissions and Interrogatories and Requests for Production of Documents to Defendant Pepper Hamilton LLP** was made on May 7, 2007, upon the parties identified on the attached Service List in the manner indicated.

Dated: May 7, 2007
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Daniel B. Butz
William H. Sudell, Jr., Esq. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton LLP
and W. Roderick Gagné*