IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> STUDENT FINANCE CORPORATION, <br> Debtor. | Chapter 7 <br> Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORPORATION, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 05-165 (JJF) |

## ORDER GRANTING MOTION TO STRIKE

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of Defendants Pepper Hamilton LLP and W. Roderick Gagné, In His Capacity as an Attorney Practicing at Pepper Hamilton LLP, to Strike Expert Reports and Preclude Testimony of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz, and any responses thereto, it is hereby

ORDERED that the expert reports of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz are stricken and Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz are precluded from testifying at the trial of this action.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

825338.1