IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　Debtor. | Chapter 7<br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>　　　Plaintiff,<br>　v.<br>PEPPER HAMILTON LLP, ET AL.,<br>　　　Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY,<br>　　　Plaintiff,<br>　v.<br>PEPPER HAMILTON LLP, ET AL.,<br>　　　Defendants. | Civil No. 05-165 (JJF) |

**NOTICE OF SERVICE [C.A. NO. 04-1551 –D.I. NOS. 231,
232, 233, 234; C.A. NO. 05-165 – D.I. NOS. 475, 476, 477, 478]**

I, Daniel B. Butz , certify that I am not less than 18 years of age, and that a copy of the following was served on May 11, 2007, upon the parties identified on the attached service list in the manner indicated:

- **Motion of Defendants Pepper Hamilton LLP and W. Roderick Gagne, in His Capacity as an Attorney Practicing at Pepper Hamilton LLP, to Strike Expert Reports and Preclude Testimony of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz (Case No. 04-1551, D.I. 231; Case No. 05-165, D.I. 475);**

- **Brief in Support of the Motion of Defendants Pepper Hamilton LLP and W. Roderick Gagne, in His Capacity as an Attorney Practicing at Pepper Hamilton LLP, to Strike Expert Reports and Preclude Testimony of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz (Case No. 04-1551, D.I. 232; Case No. 05-165, D.I. 476);**

- **Letter to The Honorable Joseph J. Farnan, Jr. Re: Stanziale v. Pepper Hamilton, et al., No. 04-1551 and Royal Indemnity Co. v. Pepper**

      Hamilton LLP, et al., No. 05-165 (Case No. 04-1551, D.I. 233; Case No. 05-165, D.I. 477); and

- **Notice of Motion Re: Motion of Defendants Pepper Hamilton LLP and W. Roderick Gagne, in His Capacity as an Attorney Practicing at Pepper Hamilton LLP, to Strike Expert Reports and Preclude Testimony of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz (Case No. 04-1551, D.I. 234; Case No. 05-165, D.I. 478).**

Dated: May 14, 2007
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

- and -

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103
(215) 751-2000
(215) 751-2205 (facsimile)

*Attorneys for defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP*

**SERVICE LIST**

**VIA HAND DELIVERY AND EMAIL**

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
cmwinter@duanemorris.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
tlydon@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com
*Counsel for Royal Indemnity Company*

David E. Wilks
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
dwilks@deedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
cdavis@bayardfirm.com
astitzer@bayardfirm.com
maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
kturner@eckertseamans.com
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
*Counsel for MBIA*

**VIA EMAIL**

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA  19103
Email: sshapiro@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Michael S. Waters
Lois H. Goodman
Charles A. Stanziale
Donald Crecca
Jeffrey T. Testa
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102
Email:  lgoodman@mdmc-law.com;
mwaters@mdmc-law.com
cstanziale@mdmc-law.com
dcrecca@mdmc-law.com
jtesta@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr. SFC Trustee*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia, PA  19102-1909
Email:  cpress@eckertseamans.com;
nepstein@eckertseamans.com
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606
Email:  jgrossbart@sonnenschein.com;
smerouse@sonnenschein.com
*Counsel for Royal Indemnity Company*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
Email:  Jason_butler@aporter.com;
veronica_rendon@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005
Email:  Tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Email:  acastaybert@proskauer.com
*Counsel for MBIA*

John H. Eickemeyer
Marie A. Tieri
Vedder Price Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Email: jeickemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Charles A. Gilman
David Montone
David G. Januszewski
M. Justin Lubeley
80 Pine Street
New York, NY 10005-1702
cgilman@cahill.com
dmontone@cahill.com
djanuszewski@cahill.com
jlubeley@cahill.com