IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNÉ, FREED MAXICK & BATTAGLIA )<br>CPAs PC, McGLADREY & PULLEN, LLP, )<br>MICHAEL AQUINO, and FREED MAXICK )<br>SACHS & MURPHY, P.C., )<br>)<br>Defendants. ) | C.A. No. 05-165-JJF |

**JOINDER OF THE ACCOUNTANT DEFENDANTS IN PEPPER HAMILTON, LLP
AND W. RODERICK GAGNÉ'S MOTION TO STRIKE
<u>EXPERT REPORT AND TESTIMONY OF STEVEN L. SCHWARCZ</u>**

Defendants Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C., McGladrey & Pullen, LLP, and Michael Aquino (collectively the "Accountant Defendants") hereby join Pepper Hamilton LLP and W. Roderick Gagné's (collectively "Pepper") motion to strike, *inter alia*, the expert report and testimony of Steven L. Schwarcz, for the reasons set forth in the Accounting Defendant's Memorandum in Support of Pepper Hamilton, LLP and W. Roderick Gagné's Motion to Strike Expert Report and Testimony of Steven L. Schwarcz.

    Respectfully submitted,

    */s/ Christopher M. Winter*

    DUANE MORRIS LLP
    Michael R. Lastowski (Bar No. 3892)
    Christopher M. Winter (Bar No. 4163)
    1100 North Market Street, Suite 1200
    Wilmington, DE 19801-1246
    Phone: 302-657-4951
    Fax: 302-657-4901

*Counsel for Defendants McGladrey & Pullen, LLP and Michael Aquino*

*Of Counsel:*

ARNOLD & PORTER LLP
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, NY 10022
Phone: 212-715-1000
Fax: 212-715-1399

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H. L. Selby
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

*Attorneys for McGladrey & Pullen, LLP*

- and –

REED SMITH LLP
David E. Wilks (Bar No. 2793)
Thad J. Bracegirdle (Bar No. 3691)
120 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Fax: (302) 778-7575

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*

*Of Counsel:*

VEDDER, PRICE, KAUFMAN &
   KAMMHOLZ, P.C.
John H. Eickemeyer (JE-8302)
Jonathan A. Wexler (JW-5587)
Marie A. Tieri (MT-0910)
1633 Broadway, 47th Floor
New York, NY 10019

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*

Dated: May 14, 2007