## Local Rule 7.1.1 Certification

On May 14, 2007, the undersigned counsel personally conferred by telephone with Daniel D. Barnowski, counsel for Plaintiff Royal Indemnity Company ("Royal"), and requested that Royal produce the mediation statements considered by Steven L. Schwarcz. Mr. Barnowski indicated that Royal is unable to produce those materials.

_____
Thomas H.L. Selby