# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of **(i) Joinder of the Accountant Defendants in Pepper Hamilton, LLP and W. Roderick Gagné's Motion to Strike Expert Report and Testimony of Steven L. Schwarcz and (ii) The Accountant Defendants Memorandum in Support of Pepper Hamilton, LLP and W. Roderick Gagné's Motion to Strike Expert Report and Testimony of Steven L. Schwarcz** was made on May 15, 2007 upon the individuals listed below *via* first class mail, postage pre-paid:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Elizabeth K. Ainslie, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

DM3\514208.1

| | |
|---|---|
| John H. Eickemeyer, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | John W. Shaw, Esq.<br>Dawn Jones, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| Andre G. Castaybert, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 | Richard P. Swanson, Esq.<br>Veronica E. Rendon, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 |
| Steven M. Farina, Esq.<br>Thomas H.L. Selby, Esq.<br>Katherine Hayes, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | James J. Rodgers, Esq.<br>Laura E. Vendzules, Esq.<br>Andrew M. Marble, Esq.<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 |
| Michael H. Barr, Esq.<br>Kenneth J. Phaehler, Esq.<br>Robert W. Gifford, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Charlene M. Davis, Esq.<br>Ashley B. Stitzer, Esq.<br>Mary E. Augustine, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Charles A. Gillman, Esq.<br>David Montone, Esq.<br>David G. Januszewski, Esq.<br>M. Justin Lubeley, Esq.<br>Cahill Grodon & Reindel, LLP<br>80 Pine Street<br>New York, NY 10005-1702 | |

Under penalty of perjury, I declare the foregoing is true and correct.

| | |
|---|---|
| Dated:  May 15, 2007<br>           Wilmington, Delaware | /s/ Christopher M. Winter<br>Christopher M. Winter (DE 4163)<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801-1246<br>Telephone:    (302) 657-4900<br>Facsimile:    (302) 657-4901<br>E-mail:    cmwinter@duanemorris.com |

DM3\514208.1