# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 24, 2007

**By E-filing and by Hand**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Royal Indemnity Co. v. Pepper Hamilton, et al.*, C.A. No. 05-165
*Stanizale v. Pepper Hamilton, et al.*, C.A. No. 04-1551
*Stanizale v. McGladrey & Pullen LLP*, C.A. No. 05-72
*MBIA Insurance Corp. v. Royal Indemnity Co.*, C.A. No. 02-1294

Dear Judge Farnan:

On page 10 of the Memorandum of Royal Indemnity Company In Opposition To The Motion Of Pepper Hamilton and W. Roderick Gagne To Strike Expert Reports and Preclude Testimony (No. 05-165 D.I. 485), we refer in a single paragraph (and in footnote 6) to proceedings in an action entitled *Executive Risk Indemnity Co. v. Pepper Hamilton LLP, et al.*, Index No. 603624/05 (N.Y. Sup. Ct.). Upon receiving Pepper's Reply Brief in connection with the motion (No. 05-165 D.I. 489), we confirmed that the proceedings in question were apparently made subject to a later sealing order. Therefore, we withdraw that paragraph and ask that it not be considered by the Court.

Respectfully submitted,

*/s/ Philip Trainer, Jr.*

Philip Trainer, Jr. (#2788)

cc: Counsel of record on attached service list
180878.1