**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNE', FREED MAXICK & BATTAGLIA )<br>CPAs, McGLADREY & PULLEN LLP, and )<br>MICHAEL AQUINO, )<br>)<br>Defendants. ) | C.A. No. 05-165-JJF |
| CHARLES A. STANZIALE, JR., )<br>Chapter 7 Trustee of Student Finance )<br>Corporation, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGLADREY & PULLEN LLP and )<br>MICHAEL AQUINO, )<br>)<br>Defendants. ) | C.A. No. 05-72-JJF |
| CHARLES A. STANZIALE, JR., )<br>Chapter 7 Trustee of Student Finance )<br>Corporation, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. ) | C.A. No. 04-1551-JJF |

- 2 -

| | |
|---|---|
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |

**PLAINTIFF ROYAL INDEMNITY COMPANY'S MOTION TO COMPEL**

For the reasons more fully set forth in the accompanying memorandum, Royal Indemnity Company ("Royal") hereby moves to compel the 30(b)(6) deposition of MBIA Insurance Corporation ("MBIA"), a non-party witness in these actions. In compliance with D. Del. LR 7.1.1, Royal has made a reasonable effort to reach agreement with respect to the subject matter of this motion but was unable to do so.

- 3 -

| | |
|---|---|
| Dated: May 25, 2007 | Respectfully submitted, |
| | ASHBY & GEDDES |



_____
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Tiffany L. Geyer (#3950)
Andrew D. Cordo (#4534)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654 2067 (Fax)

*Attorneys for Plaintiff*
*Royal Indemnity Company*

Michael H. Barr
Kenneth J. Pfaehler
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700
(212) 768-6800 (fax)
  - and -

John Grossbart
Steve Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

180957.1