IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> STUDENT FINANCE CORPORATION, <br> Debtor. | Chapter 7 <br> Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORPORATION, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 05-165 (JJF) |

**SECOND AMENDED CASE MANAGEMENT ORDER #1**

The Court having issued its Memorandum Order dated May 25, 2007, the following schedule supersedes the April 10, 2007 First Amended Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 8/21/06 | Deposition discovery may commence |
|---|---|---|
| 2. | 2/7/07 | Discovery status conference |
| 3. | 3/12/07 | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| 4. | 3/16/07 | Date by which all written discovery must be propounded |
| 5. | 4/30/07 | Close of fact discovery |
| 6. | 5/7/07 | Plaintiffs' expert reports due |
| 7. | 6/18/07 | Defendants' expert reports due |

| 8.  | 7/2/07   | Date by which plaintiffs may submit rebuttal expert reports |
| --- | -------- | ----------------------------------------------------------- |
| 9.  | 7/2/07   | Expert discovery may commence |
| 10. | 7/5/07   | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 11. | TBD      | Status conference regarding issues to be raised on summary judgment |
| 12. | 8/20/07  | Close expert discovery |
| 13. | 9/6/07   | Pretrial conference |
| 14. | 10/2/07  | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 15. | 10/10/07 | Trial commences |

SO ORDERED this \_\_\_\_ day of _____, 2007

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

843697