IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>Debtor. | Chapter 7<br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY,<br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>Defendants. | Civil No. 05-165 (JJF) |

**COMPENDIUM OF UNREPORTED CASES CITED IN
OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION
FOR LEAVE TO REPLACE STRICKEN EXPERTS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP*

- and -

OF COUNSEL:

| | |
|---|---|
| Charles A. Gilman | Elizabeth K. Ainslie |
| David G. Januszewski | Stephen J. Shapiro |
| David G. Montone | Schnader Harrison Segal & Lewis LLP |
| Cahill Gordon & Reindel LLP | 1600 Market Street, Suite 3600 |
| 80 Pine Street | Philadelphia, PA  19103 |
| New York, NY  10005 | Telephone:  (215) 751-2000 |
| Telephone:  (212) 701-3000 | Facsimile:   (215) 751-2205 |
| Facsimile:   (212) 269-5420 | |
| | *Attorneys for Defendant Pepper Hamilton* |
| *Attorneys for Defendant* | *LLP and W. Roderick Gagne, in his* |
| *Pepper Hamilton LLP* | *capacity as an attorney practicing at* |
| | *Pepper Hamilton LLP* |

May 29, 2007

## UNREPORTED CASE

| **Case** | **Tab** |
|---|---|
| *Bridgestone Sports Co. Ltd.* v. *Acushnet Company*, C.A. No. 05-132-JJF, 2007 U.S. Dist. LEXIS 13347 (D. Del. Feb. 26, 2007) (Farnan, J.) | 1 |
| *Corning Incorporated* v. *SRU Biosystems*, C.A. No. 03-633-JJF, 2006 U.S. Dist. LEXIS 1896 (D. Del. Jan. 20, 2006) (Farnan, J.) | 2 |
| *Kelly* v. *MBNA America Bank*, C.A. No. 06-228-JJF, 2006 U.S. Dist. LEXIS 76481 (D. Del. Oct. 20, 2006) (Farnan, J.) | 3 |
| *N.A.I.F. Inc.* v. *Snyder*, C.A. No. 03-506-JJF, 2005 U.S. Dist. LEXIS 5127 (D. Del. Mar. 30, 2005) (Farnan, J.) | 4 |
| *Narcise v. SEPTA*, Master File No. 86-2229, 1996 U.S. Dist. LEXIS 607 (E.D. Pa. Jan. 24, 1996) | 5 |

843710