# Proposal A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.,<br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY,<br>    Defendant/Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>    Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.,<br>    Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>    Defendants. | C.A. No. 05-165-JJF |

## SECOND AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following amended schedule supersedes the April 10, 2007 First Amended Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 8/21/06 | Deposition discovery may commence |
|---|---|---|
| 2. | 2/07/07 | Discovery status conference |

| 3. | 3/12/07 | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| --- | --- | --- |
| 4. | 3/16/07 | Date by which all written discovery must be propounded. |
| 5. | 4/30/07 | Close of fact discovery |
| 6. | 5/7/07 | Plaintiffs' expert reports due |
| 7. | 6/15/07 | Plaintiffs' replacement expert reports due |
| 8. | 7/13/07 | Defendants' expert reports due |
| 9. | 7/27/07 | Date by which plaintiffs may submit rebuttal expert reports |
| 10. | 7/30/07 | Expert discovery may commence |
| 11. | 7/30/07 | Parties may submit letters to the Court regarding issues to be raised on summary judgment no later than 7/30/07 |
| 12. | TBD | Status conference regarding issues to be raised on summary judgment |
| 13. | 9/21/07 | Close expert discovery |
| 14. | 12/14/07 | Pretrial order, suggested voir dire questions, proposed jury instructions, and proposed special verdict/interrogatories to be filed pursuant to Local Rules 16.4, 47.1 and 51.1, respectively. |
| 15. | 12/19/07 | Pretrial conference |
| 16. | 1/7/08 | Trial commences |

SO ORDERED this _____ day of _____, 2007

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE