**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>PEPPER HAMILTON LLP, W. RODERICK )<br>GAGNÉ, FREED MAXICK & BATTAGLIA )<br>CPAs PC, MCGLADREY & PULLEN, LLP and )<br>MICHAEL AQUINO, )<br> )<br>  Defendants. )<br> ) | Civil Action No. 05-165-JJF |

## NOTICE OF SERVICE

I hereby certify that on June 15, 2007, I caused a true and correct copy of Royal Indemnity Company's Second Supplemental Objections And Responses To Defendant Pepper Hamilton LLP's First Set Of Interrogatories, First Supplemental Objections And Responses To Pepper Hamilton LLP's Second Set Of Interrogatories, First Supplemental Objections And Responses To Pepper Hamilton LLP's Third Set Of Interrogatories And Second Supplemental Objections And Responses To Pepper Hamilton LLP's Fourth Set Of Interrogatories and this Notice to be served upon the following counsel of record in the manner indicated.

**By Hand Delivery**

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

## By Hand Delivery

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Charlene D. Davis, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

## By E-mail

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Steven M. Farina, Esquire
Thomas H.L. Selby
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

## By U.S. Mail

Andrew N. Yao
107 Leighton Drive
Bryn Mawr, PA  19010

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | |
| | */s/Andrew D. Cordo* |
| Of Counsel: | _____ |
| | Philip Trainer, Jr. (#2788) |
| Michael H. Barr | Tiffany Geyer Lydon (#3950) |
| Kenneth J. Pfaehler | Andrew D. Cordo (#4534) |
| Sonnenschein Nath & Rosenthal LLP | 500 Delaware Avenue, 8th Floor |
| 1221 Avenue of the Americas | P.O. Box 1150 |
| New York, New York  10020-1089 | Wilmington, Delaware  19899 |
| (212) 768-6700 | (302) 654-1888 |
| (212) 768-6800 (fax) | (302) 654 2067 (Fax) |
| | |
| -and- | *Attorneys for Plaintiff Royal Indemnity Company* |
| | |
| John Grossbart | |
| Steve Merouse | |
| Sonnenschein Nath & Rosenthal LLP | |
| 7800 Sears Tower | |
| 233 S. Wacker Drive | |
| Chicago, Illinois  60606 | |
| (312) 876-8000 | |
| (312) 876-7934 (fax) | |

Dated: June 15, 2007