**EXHIBIT 1**

**REDACTED**

**EXHIBIT 2**

**REDACTED**

**EXHIBIT 3**

**REDACTED**

**EXHIBIT 4**

**REDACTED**

**EXHIBIT 5**

**REDACTED**