IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.,<br>　　Plaintiffs/Counterclaim Defendants,<br><br>　　　v.<br><br>ROYAL INDEMNITY COMPANY,<br>　　Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>　　Plaintiff,<br><br>　　　v.<br><br>PEPPER HAMILTON LLP, et al.,<br>　　Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Ch. 7 Trustee,<br>　　Plaintiff,<br><br>　　　v.<br><br>McGLADREY & PULLEN LLP, et al.,<br>　　Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br>　　Plaintiff,<br><br>　　　v.<br><br>PEPPER HAMILTON LLP, et al.,<br>　　Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 05-165-JJF |

## SECOND AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions and stipulations of the parties, the following amended schedule supersedes the April 10, 2007 First Amended Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| 1. | 8/21/06 | Deposition discovery may commence |
|---|---|---|
| 2. | 2/07/07 | Discovery status conference |

| 3.  | 3/12/07            | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| --- | ------------------ | --------------------------------------------------------------------------------------------------- |
| 4.  | 3/16/07            | Date by which all written discovery must be propounded. |
| 5.  | 4/30/07            | Close of fact discovery |
| 6.  | 6/15/07            | Plaintiffs' replacement expert reports due |
| 7.  | 7/13/07            | Defendants' expert reports due |
| 8.  | 7/27/07            | Date by which plaintiffs may submit rebuttal expert reports |
| 9.  | 7/27/07            | Expert discovery may commence |
| 10. | 7/30/07            | Parties may submit letters to the Court regarding issues to be raised on summary judgment no later than 7/30/07 |
| 11. | TBD                | Status conference regarding issues to be raised on summary judgment |
| 12. | 9/05/07            | Close expert discovery |
| 13. | 10/02/07           | Pretrial order, suggested voir dire questions, proposed jury instructions, and proposed special verdict/interrogatories to be filed pursuant to Local Rules 16.4, 47.1 and 51.1, respectively. |
| 14. | 10/05/07 10/04/07  | Pretrial conference at 1:30 p.m. AK |
| 15. | 10/10/07           | Trial commences |

SO ORDERED this 14 day of June, 2007

*[signature]*
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE