IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1551-JJF |
| | ) | |
| PEPPER HAMILTON LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-72-JJF |
| | ) | |
| McGLADREY & PULLEN LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

I hereby certify that, pursuant to this Court's Order dated June 1, 2007, on June 15, 2007, true and correct copies of the expert reports of Donald W. Glazer and Bruce A. Green were served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                                    HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

David E. Wilks, Esquire                                              HAND DELIVERY
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

Michael R. Lastkowski, Esquire                                HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                                              HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

| | |
|---|---|
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801 | HAND DELIVERY |
| Ashley Stitzer, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | ELECTRONIC MAIL |
| Stephen Shapiro, Esquire<br>Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | ELECTRONIC MAIL |
| Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 | ELECTRONIC MAIL |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC  20005 | ELECTRONIC MAIL |
| Andre G. Castaybert, Esquire<br>Steven Obus, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | ELECTRONIC MAIL |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | ELECTRONIC MAIL |

Charles A. Gilman, Esquire                                   ELECTRONIC MAIL
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702


Neil G. Epstein, Esquire                                     ELECTRONIC MAIL
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102


                                                                          ASHBY & GEDDES

                                                                          */s/Andrew D. Cordo*
                                                                           _____

*Of Counsel:*                                                Philip Trainer, Jr. (#2788)
                                                                           Tiffany Geyer Lydon (#3950)
Michael H. Barr                                              Andrew D. Cordo (#4534)
Kenneth J. Pfaehler                                          500 Delaware Avenue, 8th Floor
Robert W. Gifford                                            P.O. Box 1150
SONNENSCHEIN NATH & ROSENTHAL LLP                            Wilmington, DE  19899
1221 Avenue of the Americas                                  (302) 654-1888
New York, New York  10020-1089                               ptrainer@ashby-geddes.com
(212) 768-6700                                               tlydon@ashby-geddes.com
                                                                           acordo@ashby-geddes.com

-and-                                                        *Attorneys for Royal Indemnity Company*

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

181588.1