**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN LLP, and MICHAEL AQUINO,<br><br>Defendants | )<br>)<br>)<br>)<br>) C.A. No. 05-165-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP and MICHAEL AQUINO,<br><br>Defendants | )<br>)<br>)<br>)<br>) C.A. No. 05-72-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1551-JJF<br>)<br>)<br>)<br>)<br>) |
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, | )<br>)<br>)<br>)<br>)<br>)<br>) |

061044.1001

SERIES 2000-3, SFC GRANTOR TRUST,          ) C.A. No. 02-1294-JJF
SERIES 2000-4, SFC GRANTOR TRUST,          )
SERIES 2001-1, SFC GRANTOR TRUST,          )
SERIES 2001-2, SFC OWNER TRUST 2001-I,     )
AND SFC GRANTOR TRUST, SERIES 2001-3,      )
                                           )
Plaintiffs/Counterclaim Defendants,        )
                                           )
v.                                         )
                                           )
ROYAL INDEMNITY COMPANY,                   )
                                           )
Defendant/Counterclaim Plaintiff.          )
_____ )

## STIPULATED ORDER

It is hereby stipulated and agreed, subject to the approval of the Court, that the time for

MBIA Insurance Corporation, a non-party to these actions, and any of the defendants in the

above captioned matters, to oppose Plaintiff Royal Indemnity Company's Motion to Compel

30(b)(6) Deposition of MBIA Insurance Corporation, filed May 25, 2007, shall be extended to

and including June 22, 2007.

YOUNG CONAWAY STARGATT &              ASHBY & GEDDES
    TAYLOR, LLP

/s/ Dawn M. Jones                      /s/ Philip Trainer, Jr.
David C. McBride (#408)                Lawrence C. Ashby (#468)
John W. Shaw (#3362)                   Philip Trainer, Jr. (#2788)
Dawn M. Jones (#4270)                  Tiffany L. Lydon (#3950)
The Brandywine Building                222 Delaware Avenue, 17th Floor
1000 West Street, 17th Floor           Wilmington, DE 19899
Wilmington, DE 19899                   (302) 654-1888
(302) 571-6600

*Attorneys for MBIA Insurance Corporation*    *Attorneys for Royal Indemnity Company*

SO ORDERED this ____ day of June, 2007.

                                       _____
                                       United States District Judge