IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-165-JJF |
| | ) | |
| PEPPER HAMILTON LLP, | ) | |
| W. RODERICK GAGNÉ, | ) | |
| FREED MAXICK & BATTAGLIA CPAs PC, | ) | |
| MCGLADREY & PULLEN, LLP and | ) | |
| MICHAEL AQUINO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on June 18, 2007, true and correct copies of Royal Indemnity Company's Supplemental Objections And Responses To Defendant Pepper Hamilton LLP's Fourth Set Of Requests For Admissions were served upon the following counsel of record in the manner indicated.

### By Hand Delivery

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Ashley Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

1

**By E-mail**

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC  20005 |
| Stephen Shapiro, Esquire<br>Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | Charles A. Gillman, Esquire<br>M. Justin Lubeley, Esquire<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY  10005-1702 |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 |
| | ASHBY & GEDDES<br><br>*/s/Andrew D. Cordo*<br>_____<br>Philip Trainer, Jr. (#2788) |
| Michael H. Barr<br>Kenneth J. Pfaehler<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>(212) 768-6700<br>(212) 768-6800 (fax)<br><br>-and-<br><br>John Grossbart<br>Steve Merouse | Tiffany L. Geyer (#3950)<br>Andrew D. Cordo (#4534)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>(302) 654 2067 (Fax)<br><br>*Attorneys for Plaintiff Royal Indemnity Company* |

S<small>ONNENSCHEIN</small> N<small>ATH</small> & R<small>OSENTHAL</small> LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)


180954.1