IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et ano., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant, Counterclaim Plaintiff and Third-Party Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corp., <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON, et. al., <br><br> Defendant. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corp., <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, et al. <br><br> Defendant. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al. <br><br> Defendants. | C.A. No. 05-165-JJF |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL 30(b)(6) DEPOSITION OF MBIA INSURANCE CORPORATION

WHEREAS the parties have entered into a Stipulation regarding documents produced by MBIA Insurance Corporation ("MBIA");

PLEASE TAKE NOTICE that Royal Indemnity Company, by and through its undersigned counsel, hereby withdraws the Motion to Compel the 30(b)(6) deposition of MBIA (D.I. 419, 251, 164, 495, respectively).

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ Philip Trainer, Jr. |
| *Of Counsel:* | Philip Trainer, Jr. (I.D. #2788) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
| Michael H. Barr | Andrew D. Cordo (I.D. #4534) |
| Kenneth J. Pfaehler | 500 Delaware Avenue, 8th Floor |
| SONNENSCHEIN NATH & ROSENTHAL LLP | P.O. Box 1150 |
| 1221 Avenue of the Americas | Wilmington, Delaware 19899 |
| New York, New York 10020-1089 | (302) 654-1888 |
| (212) 768-6700 | (302) 654 2067 (fax) |
| (212) 768-6800 (fax) | ptrainer@ashby-geddes.com |
|  | tlydon@ashby-geddes.com |
| - and - | acordo@ashby-geddes.com |
|  |  |
| John I. Grossbart | *Attorneys for Plaintiff* |
| Steve Merouse | *Royal Indemnity Company* |
| SONNENSCHEIN NATH & ROSENTHAL LLP |  |
| 8000 Sears Tower |  |
| 233 S. Wacker Drive |  |
| Chicago, Illinois 60606 |  |
| (312) 876-8000 |  |
| (312) 876-7934 (fax) |  |

Dated: June 22, 2007
181713.1