**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY Plaintiff, v. PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP and MICHAEL AQUINO, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-165-JJF |

**NOTICE OF SERVICE**

I hereby certify that on June 26, 2007, I caused a true and correct copy of Plaintiff Royal Indemnity Company's Supplemental Rule 26(a)(1) Disclosures to be served upon the following counsel of record in the manner indicated.

**By Hand Delivery**

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Ashley Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

1

**By E-mail**

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC  20005 |
| Stephen Shapiro, Esquire<br>Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | Charles A. Gillman, Esquire<br>M. Justin Lubeley, Esquire<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY  10005-1702 |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102-4079 | Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022-4690 |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 | Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 |

ASHBY & GEDDES

*/s/Andrew D. Cordo*
_____

| | |
|---|---|
| | Lawrence C. Ashby (#468) |
| OF COUNSEL: | Philip Trainer, Jr. (#2788) |
| Michael H. Barr | Tiffany L. Geyer (#3950) |
| Kenneth J. Pfaehler | Andrew D. Cordo (#4534) |
| Richard M. Zuckerman | 500 Delaware Avenue, 8th Floor |
| SONNENSCHEIN  NATH  &  ROSENTHAL  LLP | Wilmington, Delaware 19899 |
| 1221 Avenue of the Americas | (302) 654-1888 |
| New York, New York  10020-1089 | (302) 654-2067 (Fax) |
| (212) 768-6700 | |
| (212) 768-6800 (fax) | *Attorneys for Plaintiff* |
| | *Royal Indemnity Company* |
|         and | |

Alan S. Gilbert
John I. Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
181801.1