**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP and MICHAEL AQUINO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-165-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF ROYAL INDEMNITY COMPANY'S
SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Plaintiff Royal Indemnity Company ("Royal") makes the following supplemental initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Royal makes these initial disclosures based on the information presently available to it. Royal has not completed its investigation of the case, and reserves its right to amend or supplement its initial disclosures based on further investigation and discovery. Royal further reserves its right to object to the production and/or introduction into evidence of disclosed information on the basis of privilege, relevance or any other grounds.

**I.     Disclosures Required by Rule 26(a)(1)(C)**

In addition to its initial disclosures, Royal incorporates by reference its objections and response to Interrogatory No. 20 of McGladrey & Pullen, LLP's First Set of Interrogatories To Plaintiff Royal Indemnity Company, its objections and response, and supplemental objections

- 2 -

and response to Interrogatory No. 32 of Pepper Hamilton LLP's Third Set of Interrogatories To Royal Indemnity Company, and the May 7, 2007, Expert Report of David Pauker.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/Andrew D. Cordo* |
|  | _____ |
|  | Lawrence C. Ashby (#468) |
|  | Philip Trainer, Jr. (#2788) |
| OF COUNSEL: | Tiffany L. Geyer (#3950) |
| Michael H. Barr | Andrew D. Cordo (#4534) |
| Kenneth J. Pfaehler | 500 Delaware Avenue, 8th Floor |
| Richard M. Zuckerman | Wilmington, Delaware 19899 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | (302) 654-1888 |
| 1221 Avenue of the Americas | (302) 654-2067 (Fax) |
| New York, New York  10020-1089 |  |
| (212) 768-6700 | *Attorneys for Plaintiff* |
| (212) 768-6800 (fax) | *Royal Indemnity Company* |

and

Alan S. Gilbert
John I. Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: June 26, 2007

181800.1