**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 26, 2007

**VIA E-FILING & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

Re:  *MBIA Ins. Corp. & Wells Fargo Bank, N.A. v. Royal Indemnity Co.,* No. 02-1294 (JJF)
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, et al.,* No. 04-1551 (JJF)
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP, and Michael Aquino,* No. 05-72 (JJF)
*Royal Indemnity Company vs. Pepper Hamilton LLP, et al.,* No. 05-165 (JJF)

Dear Judge Farnan:

  We write on behalf of Royal Indemnity Co. ("Royal") concerning a discovery motion made earlier this year by defendant Pepper Hamilton LLP ("Pepper") in the United States District Court for the Southern District of New York. The motion asked Mandiant Corporation, successor in interest to Red Cliff Consulting, Inc. ("Mandiant"), to show cause why it should not have to comply with a subpoena purporting to require Mandiant to produce e-mails from servers formerly maintained by Student Finance Corp.'s servicing affiliate, Student Loan Servicing, LLC ("SLS"), or a complete copy of the servers.

  Royal did not object to the subpoena or move to quash it; nor did Mandiant. However, Mandiant declined to produce the emails or the servers without further direction from SLS or the courts, in light of an August, 2004 agreement whereby the servers originally came into Mandiant's possession. The August 2004 agreement precluded such production. Mandiant and Royal therefore jointly responded to Pepper's order to show cause by advising the court that they had no objections to producing all the data on the servers, but requesting the court first to determine whether the communications on the SLS servers could be produced notwithstanding the August, 2004 agreement with SLS, and asking the court to determine appropriate safeguards, if need be, for such a production and to allocate the cost of complying with the subpoena.

The Honorable Joseph J. Farnan, Jr.
June 26, 2007
Page 2

      On February 9, 2007, the Southern District of New York transferred the motion to this Court for resolution. Royal writes to advise this Court that it continues not to oppose Pepper's motion and, as in New York, merely asks this Court to determine whether the documents sought by the subpoena can be produced by Mandiant in view of the prior agreement with SLS and to direct that the costs of compliance be shared among the parties.

      We are available at the Court's convenience should Your Honor desire to hear us on this matter.

      Respectfully submitted,

      */s/Philip Trainer, Jr.*

      Philip Trainer, Jr. (#2788)

cc:    Counsel of record on attached service list

181836.1

**SERVICE LIST**

**By Hand Delivery**

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Ashley Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**By E-mail**

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Stephen Shapiro, Esquire
Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Charles A. Gillman, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299