# ATTACHMENT 2

# COURT FILINGS