# ATTACHMENT 2b

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARLES A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE OF STUDENT
FINANCE CORPORATION

                      Plaintiff,    :    MISC. NO. M8-85

    -against-

PEPPER HAMILTON LLP, ET AL

                      Defendants.
-----------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the Memorandum of Law of Pepper Hamilton LLP ("Pepper") and the Declaration of Stephen J. Shapiro, it is hereby:

ORDERED that non party Mandiant Corporation ("Mandiant") show cause before the undersigned in Courtroom No. 17C, United States Courthouse, 500 Pearl Street, New York, New York, at 10:00 a.m./p.m. on the 16th day of January, 2007, why an order should not be entered, pursuant to F.R.C.P. 34(c), 37(a)(1) and 45: (i) compelling Mandiant to produce documents pursuant to a Subpoena *Duces Tecum* that was served upon it in connection with litigation currently pending in the United States District Court for the District of Delaware on a date and time set by the Court; and (ii) granting such other and further relief as the Court deems just and proper.

**FURTHER ORDERED**, that service of the Order to Show Cause shall be made personally on or before January 4, 2007.

**FURTHER ORDERED**, that Mandiant shall serve its answering papers, if any, to this Order to Show Cause by January 10, 2007; and, Pepper shall serve its reply papers, if any, by January 12, 2007.

NYDATA 282338_1

Dated: New York, New York
December __, 2006
Jan. 3, 2007

_____
UNITED STATES DISTRICT JUDGE