# ATTACHMENT 3

## Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>    Debtor,<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>    Defendants. | Civil Action No. 04-1551(JJF) |

## ORDER

**WHEREAS** the United States District Court for the Southern District of New York transferred the Motion to Compel Discovery from Nonparty Mandiant Corporation filed on behalf of the law firm of Pepper Hamilton to this Court;

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Motion to Compel filed on behalf of the law firm of Pepper Hamilton LLP ("Pepper"), and the responses thereto, it is hereby ORDERED that Mandiant Corporation ("Mandiant") shall comply with the Subpoena *Duces Tecum* ("Subpoena") issued by Pepper on November 17, 2006 by producing a copy of the SLS Server to counsel for Pepper on or before _____. Pepper shall reimburse Mandiant solely for the cost incurred by Mandiant in making a physical copy of the server.

 

_____
                                                J.