# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>    Debtor. | Chapter 7<br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>    Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>    Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY,<br>    Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>    Defendants. | Civil No. 05-165 (JJF) |

**NOTICE OF SERVICE [C.A. NO. 04-1551 –D.I. NO. 280;**
**C.A. NO. 05-165 – D.I. NO. 523]**

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that a copy of the following was served on June 29, 2007, upon the parties identified on the attached service list in the manner indicated:

- **Letter to The Honorable Joseph J. Farnan, Jr. Re: Stanziale v. Pepper Hamilton, et al., No. 04-1551 and Royal Indemnity Co. v. Pepper Hamilton LLP, et al., No. 05-165 (Case No. 04-1551, D.I. 280; Case No. 05-165, D.I. 523).**

| | |
|---|---|
| Dated: June 29, 2007 | |
| Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ Daniel B. Butz
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

- and -

Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Stephen J. Shapiro
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

*Attorneys for defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP*

- and –

Charles A. Gilman
David G. Januszewski
Cahill Gordon & Reindel LDLP
Eighty Pine Street
New York, New York 10005
(212) 701-3000
(212) 269-5420 (facsimile)

*Attorneys for defendant Pepper Hamilton LLP*

911053.1