IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW N. YAO, et al. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MBIA BANK, et al. | ) | |
| | ) | |
| Counter-Defendants. | ) | |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., ) <br> CHAPTER 7 TRUSTEE OF ) <br> STUDENT FINANCE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON LLP, et al., ) <br> ) <br> Defendants. ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., ) <br> CHAPTER 7 TRUSTEE OF ) <br> STUDENT FINANCE CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> McGLADREY & PULLEN LLP, et al. ) <br> ) <br> Defendants. ) | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPPER HAMILTON LLP, et al. ) <br> ) <br> Defendants. ) | C.A. No. 05-165-JJF |

## NOTICE OF SERVICE OF EXPERT REPORTS

I, William H. Sudell, Jr., certify that I am not less than 18 years of age, and that, pursuant to Federal Rule of Civil Procedure 26(a)(2) and Second Amended Case Management Order

963487.1

2

#1, service of reports by the following persons that defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper, may use at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence was made upon the parties identified on the attached Service List in the manner indicated:

1. R. Franklin Balotti

2. Owen Carney

3. Constance B. Foster

4. Geoffrey Hazard, Jr.

5. Peter Humphreys

6. Charles Lundelius

7. Ronald Mallen

8. Seamus O'Neill

9. Richard Price

Dated: July 13, 2007
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William H. Sudell, Jr.

William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (fax)

-and-

963487.1                                  3

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pa. 19103
(215) 751-2000
(215) 751-2205 (fax)

*Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné, as an attorney practicing at Pepper*

- and –

Charles A. Gilman
David G. Januszewski
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005
(212) 701-3000
(212) 269-5420 (facsimile)

*Counsel for defendant Pepper Hamilton LLP*