## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission *pro hac vice* of Daniel D. Barnowski, Esquire, Michael H. Barr, Esquire, Robert W. Gifford, Esquire, Alan S. Gilbert, Esquire, and Lisa A. MacVittie, Esquire, each of Sonnenschein Nath & Rosenthal, to represent Royal Indemnity Company in this matter.

ASHBY & GEDDES

*/s/Andrew D. Cordo*

Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
Andrew D. Cordo (#4534)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888
*Attorneys for Royal Indemnity Company*

Dated: July 26, 2007
182301.1

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Daniel D. Barnowski, Michael H. Barr, Robert W. Gifford, Alan S. Gilbert, and Lisa A. MacVittie is GRANTED.

Date: _____, 2007    _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, am admitted to the Bar of the State of Arizona (but am on inactive status) and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

Daniel D. Barnowski
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
202-408-6468

Date: July 23, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

_____
Michael H. Barr
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6788

Date: July 23, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

                                                Robert W. Gifford
                                                Sonnenschein Nath & Rosenthal LLP
                                                1221 Avenue of the Americas
                                                New York, NY 10020-1089
                                                (212) 768-6788

Date: July 16, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

_____
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6404
(312) 876-8000

Date: July 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

Lisa A. MacVittie
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
202-408-6468

Date: July 26, 2007