IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al.          )<br>                                             )<br>     Plaintiffs and                          )<br>     Counterclaim Defendants,               )<br>                                             )<br>  v.                                         )<br>                                             )<br> ROYAL INDEMNITY COMPANY,                    )<br>                                             )<br>     Defendant and                           )<br>     Counterclaim Plaintiff.                 )<br>_____)<br>                                             )<br> ROYAL INDEMNITY COMPANY,                    )<br>                                             )<br>     Third-Party Plaintiff,                  )<br>                                             )<br>  v.                                         )<br>                                             )<br> ANDREW N. YAO, et al.                       )<br>                                             )<br>     Third-Party Defendants.                 )<br>_____)<br>                                             )<br> ROYAL INDEMNITY COMPANY,                    )<br>                                             )<br>     Counter-Claimant,                       )<br>                                             )<br>  v.                                         )<br>                                             )<br> MBIA BANK, et al.                           )<br>                                             )<br>     Counter-Defendants.                     )<br>_____) | C.A. No. 02-1294-JJF |

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-165-JJF |

### NOTICE OF DEPOSITION OF WILLIAM J. SPEARS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendant Pepper Hamilton LLP will take the deposition upon oral examination of William

2

J. Spears, beginning on August 22, 2007 at 9:30 a.m. at the offices of Helms Mulliss & Wicker, 201 N. Tryon Street, Charlotte, NC 28202. Mr. Spears is directed to produce at the deposition all documents that he reviewed and upon which he relied in connection with his formation of the opinions he has expressed and intends to express in the above-captioned actions. The deposition shall be recorded stenographically. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: July 30, 2007
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_____
William H. Sudell, Jr., Esq. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)