IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| _____ | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW N. YAO, et al. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MBIA BANK, et al. | ) | |
| | ) | |
| Counter-Defendants. | ) | |
| _____ | ) | |

CHARLES A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE OF
STUDENT FINANCE CORPORATION

  Plaintiff,

  v.

PEPPER HAMILTON LLP, et al.,

  Defendants.

C.A. No. 04-1551-JJF

CHARLES A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE OF
STUDENT FINANCE CORPORATION

  Plaintiff,

  v.

McGLADREY & PULLEN LLP, et al.

  Defendants.

C.A. No. 05-72-JJF

ROYAL INDEMNITY COMPANY,

  Plaintiff,

  v.

PEPPER HAMILTON LLP, et al.

  Defendants.

C.A. No. 05-165-JJF

## NOTICE OF DEPOSITION OF GEORGE K. BERNSTEIN

  PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendant Pepper Hamilton LLP will take the deposition upon oral examination of George

K. Bernstein, beginning on August 8, 2007 at 9:30 a.m. at the offices of Sonnenschein Nath &

Rosenthal LLP, 1301 K Street, N.W., Suite 600, East Tower, Washington, DC 20005.  Mr.

Bernstein is directed to produce at the deposition all documents that he reviewed and upon which

he relied in connection with his formation of the opinions he has expressed and intends to

express in the above-captioned actions.  The deposition shall be recorded stenographically.  The

deposition will continue from day to day until completed pursuant to the provisions of Discovery

Coordination Order #1.  All counsel of record are invited to attend and participate.


Dated: July 30, 2007
      Wilmington, Delaware

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            William H. Sudell, Jr., Esq. (No. 0463)
            Daniel B. Butz (No. 4227)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, Delaware 19899-1347
            (302) 658-9200
            (302) 658-3989 (facsimile)