## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission *pro hac vice* of Douglas B. Brasher, Esquire, of Sonnenschein Nath & Rosenthal, to represent Royal Indemnity Company in this matter.

ASHBY & GEDDES

*/s/Andrew D. Cordo*

Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
Andrew D. Cordo (#4534)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888

Dated: July 31, 2007     *Attorneys for Royal Indemnity Company*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Douglas B. Brasher is GRANTED.

Date: _____, 2007    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

Douglas B. Brasher
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 398-7612

Date: July 30, 2007