# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MBIA INSURANCE CORPORATION, et al.   )
                                      )
          Plaintiffs and        )
          Counterclaim Defendants,  )
                                        )
               v.                  )     C.A. No. 02-1294-JJF
                                        )
ROYAL INDEMNITY COMPANY,     )
                                        )
          Defendant and      )
          Counterclaim Plaintiff.   )
_____)

ROYAL INDEMNITY COMPANY,     )
                                        )
          Third-Party Plaintiff,    )
                                        )
               v.                  )
                                        )
ANDREW N. YAO, et al.,       )
                                        )
          Third-Party Defendants.   )
_____)

ROYAL INDEMNITY COMPANY,     )
                                        )
          Counter-Claimant,     )
                                          )
               v.                  )
                                        )
MBIA BANK, et al.,         )
                                        )
          Counter-Defendants.    )
_____)

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION, | ) ) ) | |
| | ) | |
| Plaintiff , | ) ) | C.A. No. 04-1551-JJF |
| v. | ) ) | |
| PEPPER HAMILTON LLP, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION, | ) ) ) | |
| | ) | |
| Plaintiff , | ) ) | C.A. No. 05-72-JJF |
| v. | ) ) | |
| McGLADREY & PULLEN LLP, et al., | ) ) | |
| Defendants. | ) | |
| ROYAL INDEMNITY COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF DEPOSITION OF WILLIAM HECHT

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts, and W. Roderick Gagné, as Trustee of the Brennan Trusts, will take the deposition upon oral examination of William Hecht, beginning on August 22, 2007 at 9:30 a.m. at the offices of McElroy, Deutsch, Mulvaney & Carpenter, LLP, Three Gateway

Center, 100 Mulberry Street, Newark, NJ 07102. Mr. Hecht is directed to produce at the deposition all

documents that he reviewed and upon which he relied in connection with his formation of the opinions he

has expressed and intends to express in the above-captioned actions that were not disclosed in the report

that Mr. Hecht submitted in the above-captioned actions. The deposition shall be recorded

stenographically. The deposition will continue from day to day until completed pursuant to the

provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and

participate.

<div style="margin-left: 40%;">

Respectfully submitted,

ECKERT SEAMANS CHERIN &
   MELLOTT, LLC

By: _Karen Lee Turner/elp_
    Karen Lee Turner, Esquire (DE No. 4332)
    300 Delaware Avenue, Suite 1210
    Wilmington, Delaware 19801
    (302) 425-0430
    (302) 425-0432 (Facsimile)

    Neil G. Epstein, Esquire
    Carol L. Press, Esquire
    Eckert Seamans Cherin & Mellott, LLC
    Two Liberty Place
    50 South 16th Street, 22nd Floor
    Philadelphia, PA 19102
    (215) 851-8400
    (215) 851-8383 (Facsimile)

    Attorneys for Defendants Robert L. Bast, Pamela
    Bashore Gagné, the Brennan Trusts, and W. Roderick
    Gagné

</div>

Dated: August 9, 2007

M0603673.DOC