## **CERTIFICATE OF SERVICE**

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of John P. Garvey** was caused to be made on August 14, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:   August 14, 2007
       Wilmington, Delaware

*/s/ Daniel B. Butz*
Daniel B. Butz (No. 4227)

1211395.1