IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN LLP, and MICHAEL AQUINO,<br><br>      Defendants. | C.A. No. 05-165-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>McGLADREY & PULLEN LLP and MICHAEL AQUINO,<br><br>      Defendants. | C.A. No. 05-72-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>      Defendants. | C.A. No. 04-1551-JJF |

| | |
|---|---|
| MBIA INSURANCE CORPORATION and ) <br> WELLS FARGO BANK, N.A. (f/k/a WELLS ) <br> FARGO BANK MINNESOTA N.A.) as ) <br> TRUSTEE OF SFC GRANTOR TRUST, ) <br> SERIES 2000-1, SFC GRANTOR TRUST, ) <br> SERIES 2000-2, SFC GRANTOR TRUST, ) <br> SERIES 2000-3, SFC GRANTOR TRUST, ) <br> SERIES 2000-4, SFC GRANTOR TRUST, ) <br> SERIES 2001-1, SFC GRANTOR TRUST, ) <br> SERIES 2001-2, SFC OWNER TRUST 2001-I, ) <br> AND SFC GRANTOR TRUST, SERIES 2001-3, ) <br> ) <br> Plaintiffs/Counterclaim Defendants, ) <br> ) <br> v. ) <br> ) <br> ROYAL INDEMNITY COMPANY, ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) <br> _____ ) | C.A. No. 02-1294-JJF |

## PLAINTIFF ROYAL INDEMNITY COMPANY'S
## EMERGENCY MOTION TO COMPEL

For the reasons more fully set forth in the accompanying memorandum and Declaration of Robert W. Gifford, Royal Indemnity Company ("Royal") hereby moves, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, to compel Pepper Hamilton LLP ("Pepper") to produce certain documents and information considered by two of Pepper's expert witnesses, Professor Geoffrey Hazard, Jr. and Mr. Peter Humphreys, in forming their expert opinions. The documents and information specifically sought by Royal were described by Prof. Hazard and Mr. Humphreys at their respective depositions, and are identified to the extent possible in the accompanying memorandum.

In compliance with D. Del. LR 7.1.1, Royal has made a reasonable effort to reach agreement with respect to the subject matter of this motion but was unable to do so.

- 3 -

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| Michael H. Barr | Philip Trainer, Jr. (I.D. #2788) |
| Kenneth J. Pfaehler | Tiffany Geyer Lydon (I.D. #3950) |
| SONNENSCHEIN NATH & ROSENTHAL LLP | Andrew D. Cordo (I.D. #4534) |
| 1221 Avenue of the Americas | 500 Delaware Avenue, 8th Floor |
| New York, New York 10020-1089 | P.O. Box 1150 |
| (212) 768-6700 | Wilmington, Delaware 19899 |
| (212) 768-6800 (fax) | (302) 654-1888 |
| - and - | |
| | *Attorneys for Royal Indemnity Company* |

John Grossbart
Steve Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)

Dated: August 30, 2007
183718.1

10001644