# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 30, 2007

VIA ELECTRONIC FILING AND HAND DELIVERY

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware 19801

  Re: *Wells Fargo Bank N.A. v. Royal*, Civil Action No. 02-1294-JJF

    *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, Civil Action No. 04-1551-JJF

    *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, Civil Action No. 05-72-JJF

    <u>*Royal v. Pepper Hamilton, et al.*, Civil Action No. 05-165-JJF</u>

Dear Judge Farnan:

  We are counsel for Royal Indemnity Company ("Royal") in the above-referenced matters currently pending before Your Honor. Today, Royal filed the enclosed emergency motion to compel production of certain documents withheld by defendants Pepper Hamilton LLP and Roderick Gagné (together, "Pepper"). The basis for Royal's motion is that two of Pepper's expert witnesses stated at their depositions that they had been provided certain materials utilized in connection with the preparation of their expert reports. The expert reports did not disclose these materials, and Pepper has refused to produce them in response to Royal's express requests. Royal's memorandum in support of its motion sets forth in detail the nature of these documents and why production is warranted.

  By order of this Court, expert discovery closes on September 5, 2007, and indeed, the pretrial conference for these cases is scheduled for October 4, 2007; therefore, it is imperative that Pepper produce these documents without delay. If Royal is not permitted access to these materials, it will be prejudiced in its ability to fully cross-examine these experts regarding their opinions. Therefore, Royal respectfully requests that the Court grant its emergency motion and compel Pepper to produce the requested documents as soon as possible.

The Honorable Joseph J. Farnan, Jr.
August 30, 2007
Page 2


      We are available should the Court have any questions or concerns.


      Respectfully submitted,

      */s/ Tiffany Geyer Lydon*

      Tiffany Geyer Lydon


cc:    Counsel of record on attached service list


183702.1

## SERVICE LIST

### By E-mail

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Stephen Shapiro, Esquire
Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Ashley Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Charles A. Gillman, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299