IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-165-JJF |
| ) | |
| PEPPER HAMILTON LLP, W. RODERICK ) | |
| GAGNÉ, FREED MAXICK & BATTAGLIA ) | |
| CPAs PC, McGLADREY & PULLEN, LLP, ) | |
| MICHAEL AQUINO, and FREED MAXICK ) | |
| SACHS & MURPHY, P.C., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE that Christopher M. Winter, Esquire of Duane Morris LLP hereby withdraws his appearance for McGladrey & Pullen LLP and Michael Aquino in the above-captioned case. Please continue to serve all notices and pleadings upon:

Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: mlastowski@duanemorris.com
Counsel to McGladrey & Pullen LLP and Michael Aquino

DM3\559618.1

Dated: August 30, 2007
      Wilmington, Delaware

**DUANE MORRIS LLP**

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com

and

/s/ Christopher M. Winter
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com

*Counsel for McGladrey & Pullen & Michael Aquino*