IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, McGLADREY & PULLEN, LLP, MICHAEL AQUINO, and FREED MAXICK SACHS & MURPHY, P.C.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-165-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the *Notice of Withdraw of Counsel* was made on August 30, 2007, upon the parties listed below in the manner indicated:

William H. Sudell, Jr., Esq.
Daniel Butz, Esq.
Donna L. Culver, Esq.
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Lawrence C. Ashby, Esq.
Tiffany Geyer Lydon, Esq.
Philip Trainer, Jr., Esq.
Andrew D. Cordo, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Elizabeth K. Ainslie, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Michael S. Waters, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102

DM3\559618.1

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

John W. Shaw, Esq.
Dawn Jones, Esq.
David C. McBride, Esq.
Chad S.C. Stover, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Richard P. Swanson, Esq.
Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esq.
Thomas H.L. Selby, Esq.
Katherine Hayes, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

James J. Rodgers, Esq.
Laura E. Vendzules, Esq.
Andrew M. Marble, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Michael H. Barr, Esq.
Kenneth J. Phaehler, Esq.
Robert W. Gifford, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089

Charlene M. Davis, Esq.
Ashley B. Stitzer, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Charles A. Gillman, Esq.
David Montone, Esq.
David G. Januszewski, Esq.
M. Justin Lubeley, Esq.
Cahill Grodon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

David E. Wilks, Esq.
Thad J. Bracegirdle, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 30, 2007
       Wilmington, Delaware

                               **DUANE MORRIS LLP**

                               */s/ Michael R. Lastowski*
                               Michael R. Lastowski (DE 3892)
                               1100 North Market Street, Suite 1200
                               Wilmington, DE  19801
                               Telephone:   (302) 657-4900
                               Facsimile:    (302) 657-4901
                               E-mail: mlastowski@duanemorris.com