**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
C.A. No. 02-1294-JJF
----------------------------------------x
MBIA INSURANCE CORPORATION AND
WELLS FARGO BANK, N.A. (f/k/a
WELLS FARGO BANK MINNESOTA N.A.)
AS TRUSTEE OF SFC GRANTOR TRUST
SERIES 2000-1, SFC GRANTOR TRUST,
SERIES 2000-2, SFC GRANTOR TRUST,
SERIES 2000-3, SFC GRANTOR TRUST,
SERIES 2000-4, SFC GRANTOR TRUST,
SERIES 2001-1, SFC GRANTOR TRUST,
SERIES 2001-2, SFC OWNER TRUST,
SERIES 2000-I, AND SFC GRANTOR
TRUST, SERIES 2001-3,
        Plaintiffs/
        Counterclaim Defendants,

   - vs -

ROYAL INDEMNITY COMPANY,
        Defendant/
        Counterclaim Plaintiff.
----------------------------------------x
ROYAL INDEMNITY COMPANY,
        Third-Party Plaintiff,
   - vs -
ANDREW N. YAO, STUDENT LOAN SERVICING
LLC, STUDENT LOAN ACCEPTANCE II LLC,
STUDENT LOAN ACCEPTANCE III LLC, STUDENT
LOAN ACCEPTANCE V LLC, STUDENT LOAN
ACCEPTANCE VIII LLC, STUDENT LOAN
ACCEPTANCE IX LLC, SFC FINANCIAL LLC I,
SFC FINANCIAL LLC II, SFC FINANCIAL LLC
VI, SFC FINANCIAL LLC VII,
        Third Party Defendants.
----------------------------------------x
              August 23, 2007
              9:40 a.m.

TRACK I WITNESS: PETER HUMPHREYS

Page 57

```
 1                HUMPHREYS
 2    A.    Yes.                                    10:50:27AM
 3    Q.    And you considered that in              10:50:28AM
 4  connection with your work on your report?       10:50:30AM
 5          MR. MONTONE:  Form.                     10:50:33AM
 6    A.    I read the Gagne deposition             10:50:35AM
 7  myself.  It was helpful as an index to          10:50:40AM
 8  that deposition.                                10:50:43AM
 9          MR. GILBERT:  Given that we             10:50:47AM
10  haven't been produced that summary and          10:50:48AM
11  that was a document that you looked at in       10:50:49AM
12  connection with the work that you did here     10:50:51AM
13  and that we don't want to have to come          10:50:55AM
14  back, we want to finish this deposition        10:50:57AM
15  today, why don't we take a short break now     10:51:00AM
16  and have you or whoever needs to at least      10:51:03AM
17  get a copy of that summary so that we can      10:51:07AM
18  have it and be able to use it if there are    10:51:10AM
19  any questions we have about it, so we can     10:51:13AM
20  have it at lunch to take a quick look at       10:51:15AM
21  it and see if there are any questions we       10:51:17AM
22  have on it.                                    10:51:19AM
23          Why don't we do that now so we         10:51:20AM
24  don't get in a time crunch later.  You can    10:51:22AM
25  make your determination at lunch to            10:51:26AM
```

Page 87

```
 1                    HUMPHREYS
 2   some of the documents that are listed on      11:39:36AM
 3   the report.                                   11:39:38AM
 4        Q.      To your knowledge, are there     11:39:41AM
 5   any e-mails that attached documents -- let    11:39:42AM
 6   me back up.                                   11:39:44AM
 7                Are there any documents that     11:39:45AM
 8   you were provided by e-mail that are not      11:39:46AM
 9   included on the list here or as Exhibit C?    11:39:49AM
10        A.      I don't think so.  I don't       11:39:57AM
11   believe so.  We tried to list everything      11:40:00AM
12   on Exhibit C.  I'm sorry, Exhibit B.          11:40:01AM
13        Q.      Exhibit B is a list of all the   11:40:20AM
14   documents that you were provided or saw in    11:40:22AM
15   connection with this matter?                  11:40:26AM
16                MR. MONTONE:  Form.              11:40:28AM
17        A.      Exhibit B is a list of all the   11:40:31AM
18   documents I relied on in writing my           11:40:34AM
19   report.                                       11:40:36AM
20        Q.      Apart from reliance, did you     11:40:37AM
21   consider or review any other documents in    11:40:39AM
22   connection with your report?                  11:40:43AM
23        A.      I don't believe so.  I don't     11:40:45AM
24   believe so.                                   11:40:47AM
25        Q.      You did not say that with        11:40:49AM
```

Page 88

```
1              HUMPHREYS
```

| | | |
|---|---|---|
| 2 | complete conviction. What leads you to | 11:40:51AM |
| 3 | say "I don't believe so" as opposed to | 11:40:54AM |
| 4 | "no"? | 11:40:56AM |
| 5 |     MR. MONTONE: Form. | 11:40:56AM |
| 6 | A.    I'm just not sure. | 11:40:59AM |
| 7 | Q.    Did you consider, apart from | 11:41:01AM |
| 8 | what's listed here, did you consider any | 11:41:03AM |
| 9 | materials from other sources such as | 11:41:11AM |
| 10 | treatises, articles, materials from the | 11:41:15AM |
| 11 | Internet, anything else in connection with | 11:41:19AM |
| 12 | your report? | 11:41:21AM |
| 13 | A.    Yes. The introductory part | 11:41:26AM |
| 14 | about the nature of securitization, I used | 11:41:34AM |
| 15 | parts of an article I had written, which | 11:41:37AM |
| 16 | is listed. I looked at that because it is | 11:41:39AM |
| 17 | a general article about securitization | 11:41:47AM |
| 18 | authored by me. | 11:41:50AM |
| 19 | Q.    Which article is that, sir? | 11:41:51AM |
| 20 | A.    It is the article "Structured | 11:41:52AM |
| 21 | Finance Challenges for New Issues and New | 11:42:01AM |
| 22 | Assets: An Overview," on page A-2. | 11:42:03AM |
| 23 | Q.    Apart from that article, is | 11:42:07AM |
| 24 | there anything else that you considered or | 11:42:09AM |
| 25 | reviewed in connection with your opinion | 11:42:12AM |

Page 89

```
 1                    HUMPHREYS
 2    here?                                        11:42:15AM
 3        A.    No.                                11:42:16AM
 4        Q.    Did anyone else who you worked     11:42:24AM
 5    with do any legal research for you in       11:42:27AM
 6    connection with this opinion?                11:42:30AM
 7        A.    No.                                11:42:31AM
 8        Q.    Did Ms. Avalos or Mr. Davi or     11:42:32AM
 9    anyone else, for instance, look into any    11:42:38AM
10    legal opinions or ethical opinions about    11:42:42AM
11    standards for lawyers in connection with    11:42:47AM
12    transactions for securitizations?            11:42:51AM
13              MR. MONTONE:   Form.              11:42:54AM
14        A.    No.                                11:42:54AM
15        Q.    To your knowledge, did you or     11:42:58AM
16    any one of your colleagues look at any      11:43:01AM
17    treatises or sources of information of any  11:43:05AM
18    nature with regard to the matters that you  11:43:11AM
19    opined upon?                                 11:43:13AM
20        A.    I did see Mr. Glazer's            11:43:13AM
21    treatise, parts of Mr. Glazer's treatise.   11:43:16AM
22        Q.    Is Mr. Glazer's treatise in       11:43:25AM
23    your law library?                            11:43:28AM
24        A.    I don't know.                     11:43:29AM
25        Q.    Where did you get hold of         11:43:30AM
```

Page 267

```
 1              HUMPHREYS
 2   only about the true sale opinion.              05:08:03PM
 3       Q.    I appreciate that.  But my           05:08:05PM
 4   question is simply --                          05:08:06PM
 5       A.    So I don't really understand         05:08:07PM
 6   why this sentence is in here.                  05:08:09PM
 7       Q.    That may be.  But do you agree       05:08:11PM
 8   with the last sentence or not, whether it      05:08:12PM
 9   is necessary or appropriate in the context     05:08:16PM
10   of these exchanges?                            05:08:19PM
11       A.    I have already said that.  If        05:08:20PM
12   Pepper Hamilton knew about forbearance         05:08:22PM
13   payments, and we all have assumed that was     05:08:24PM
14   a material piece of information, they          05:08:26PM
15   wouldn't have been able to give the 10b-5      05:08:28PM
16   opinion, yes.                                  05:08:31PM
17       Q.    You said in response to a            05:08:38PM
18   question earlier today that you read           05:08:41PM
19   Mr. Gagne's -- you actually read all of        05:08:43PM
20   Mr. Gagne's transcript, right?                 05:08:45PM
21       A.    I read Mr. Gagne's transcript.       05:08:46PM
22       Q.    And you also got a separate          05:08:49PM
23   collection of exhibits, maybe more than        05:08:51PM
24   one shipment?                                  05:08:54PM
25       A.    Yes, I think we got them as a        05:08:55PM
```

```
1                HUMPHREYS
2   believe that I'm entitled to know what         05:12:09PM
3   pieces of evidence you were provided in        05:12:12PM
4   connection with doing your report.  And        05:12:17PM
5   the appendix, or the exhibit, if you will,     05:12:18PM
6   to your expert report doesn't identify all     05:12:20PM
7   the exhibits you got.  It doesn't identify     05:12:22PM
8   any of them.                                   05:12:25PM
9          So I'm requesting a list along          05:12:26PM
10  with all the other requests we have and        05:12:29PM
11  reserving our rights accordingly, which        05:12:31PM
12  may amount to nothing, but I would like        05:12:33PM
13  the list.                                      05:12:35PM
14          MR. MONTONE:  Understood.              05:12:36PM
15  BY MR. GROSSBART:                              05:12:49PM
16     Q.    The memo that Lisa Avalos did,        05:12:49PM
17  was it a narrative?                            05:12:53PM
18          MR. PELLETIER:  I object to            05:12:59PM
19  form.                                          05:12:59PM
20     Q.    Do you know what I mean by            05:13:01PM
21  that?                                          05:13:05PM
22     A.    It was a summary of what was          05:13:08PM
23  being discussed at various parts of the        05:13:13PM
24  deposition, some shorthand, some with more     05:13:17PM
25  words.                                         05:13:21PM
```

1            HUMPHREYS

2     Q.     Did the memo that you are                06:11:52PM
3  refusing to produce that was prepared by           06:11:56PM
4  your associate contain any comments on the         06:11:58PM
5  quality of the testimony given by                  06:12:02PM
6  Mr. Gagne?                                         06:12:08PM
7     A.     I don't remember.                        06:12:08PM
8     Q.     Did it contain any impressions           06:12:10PM
9  regarding the credibility of his                   06:12:15PM
10 testimony?                                         06:12:19PM
11    A.     I don't remember.  I didn't              06:12:19PM
12 review it substantively.  I only used it           06:12:28PM
13 as an index to help me when I was reading          06:12:31PM
14 Mr. Gagne's deposition myself.                     06:12:33PM
15    Q.     How many hours did Ms. Avalos            06:12:37PM
16 spend on the summary?                              06:12:42PM
17    A.     I don't know.  I'm sorry, I              06:12:44PM
18 don't know.                                        06:12:49PM
19    Q.     Have you charged Pepper                  06:12:49PM
20 Hamilton for those hours, whatever they            06:12:51PM
21 may be?                                            06:12:53PM
22    A.     Yes, perhaps subject to some             06:13:00PM
23 minor adjustment when I went through the           06:13:02PM
24 bill.  I don't know if I reduced the time          06:13:04PM
25 or not.                                            06:13:05PM

```
1                    HUMPHREYS
2      Q.    When is the last time you              06:13:06PM
3  reviewed the summary?                            06:13:07PM
4      A.    When I read Gagne's deposition,        06:13:12PM
5  which was sometime in June.                      06:13:15PM
6      Q.    Did you use the summary to help        06:13:19PM
7  you determine what portions of Mr. Gagne's       06:13:22PM
8  deposition would be of more interest to          06:13:25PM
9  you or less interest to you?                     06:13:27PM
10           MR. MONTONE:  Form.                    06:13:29PM
11     A.    Yes, I used it to help me              06:13:36PM
12 identify which were of more interest or          06:13:39PM
13 less interest, that's true.                      06:13:41PM
14     Q.    So you didn't sit down with all        06:13:43PM
15 of Gagne's deposition and simply read it         06:13:44PM
16 from one end to the other, correct?              06:13:47PM
17     A.    Yes, I guess I read the whole          06:13:54PM
18 thing, but I moved more rapidly through          06:13:57PM
19 some parts.                                      06:14:00PM
20     Q.    So the memo was an aid in              06:14:01PM
21 helping you hone in on that testimony that       06:14:03PM
22 you thought would be more pertinent as           06:14:04PM
23 opposed to less pertinent to the matters         06:14:07PM
24 that you have been asked to opine about,         06:14:08PM
25 correct?                                         06:14:11PM
```

Page 324

| | | | |
|---|---|---|---|
| 1 | | HUMPHREYS | |
| 2 | | MR. MONTONE: Form. | 06:14:11PM |
| 3 | A. | Yes. | 06:14:21PM |
| 4 | Q. | How long is the summary? | 06:14:21PM |
| 5 | A. | I don't remember. Ten pages | 06:14:29PM |
| 6 | maybe. Eight pages, ten pages. | | 06:14:31PM |
| 7 | Q. | Does the summary also purport | 06:14:33PM |
| 8 | to summarize exhibits as well as | | 06:14:35PM |
| 9 | deposition testimony? | | 06:14:38PM |
| 10 | A. | No, I don't think we had the | 06:14:38PM |
| 11 | exhibits at that point. | | 06:14:40PM |
| 12 | EXAMINATION BY MR. GILBERT: | | 06:15:13PM |
| 13 | Q. | Is Mr. Montone your lawyer here | 06:15:14PM |
| 14 | today? | | 06:15:18PM |
| 15 | A. | No, I guess not. | 06:15:18PM |
| 16 | Q. | So you are here without your | 06:15:23PM |
| 17 | own lawyer? | | 06:15:25PM |
| 18 | A. | Yes. | 06:15:26PM |
| 19 | Q. | The request to produce this has | 06:15:28PM |
| 20 | been made of you as an expert in this | | 06:15:29PM |
| 21 | case. Are you refusing to produce this | | 06:15:31PM |
| 22 | summary to us? | | 06:15:38PM |
| 23 | | MR. MONTONE: Form. | 06:15:40PM |
| 24 | A. | No, I think I don't -- I guess | 06:15:47PM |
| 25 | I'm not refusing to do anything. I don't | | 06:15:49PM |