**EXHIBIT C**

## Gorman, Christopher A.

**From:** Pfaehler, Kenneth J. [kpfaehler@sonnenschein.com]
**Sent:** Monday, August 06, 2007 8:02 PM
**To:** Shapiro, Stephen
**Subject:** RE: Pauker report

Steve, the questions you raise below were, I believe, raised by Tom Selby with Dan Barnowski in May after David's report was first served. All of the items you seek were provided to defendants in the case, including to you, in May. Briefly, here are the answers again:

Item # 3 in the Data and Information Considered list is the chart, titled "Student Finance General Data Sheet," that was marked as an exhibit at several depositions (including as exhibit 962-I and 763-II), and is included in the Royal production at bates numbers ROY 046501 and 051201.

Item # 5 in the Data and Information Considered list and the notices of claim referred to in paragraph numbered 1 on page 9 of the Pauker report are the same thing, I am advised, and both reference the notices of claims made on the SFC loans. All such notices of claims were produced to you on the disk bates numbered ROY-EXP 000019.

Item # 11 in the Data and Information Considered list were produced to you on the disk bates numbered ROY-EXP 000019.

I am advised that the calculations referenced in paragraphs numbered 2 and 3 on page 9 of Mr. Pauker's report were produced to you in the ROY-EXP production made on May 26, 2007.

---

**From:** Shapiro, Stephen [mailto:SShapiro@schnader.com]
**Sent:** Thursday, August 02, 2007 10:45 AM
**To:** Pfaehler, Kenneth J.
**Subject:** RE: Pauker report

One other item: What is the Bates number for item #3 on the Data and Information Considered list?

---

**From:** Shapiro, Stephen
**Sent:** Thursday, August 02, 2007 10:09 AM
**To:** 'Ken Pfaehler'
**Subject:** Pauker report

Ken,

I have a few question regarding documents mentioned in the Pauker's May report. If you are not handling this one, please forward this email to whoever is:

On p. 9, Pauker refers (in item #1) to Claim Amounts in notices of default presented to Royal. What are the Bates numbers of the notices to which Pauker is referring?

Items 2 and 3 on p. 9 discuss calculations that Pauker performed but, as far as I can ascertain, no documents were produced showing the results of those calculations. If such documents exist, please identify them by Bates number or produce them.

Please identify by Bates number the documents listed as items 5 and 11 in the list of Data and

Information Considered.

Thanks.

-Steve

Stephen J. Shapiro, Esquire
Schnader
ATTORNEYS AT LAW
1600 Market Street, Suite 3600
Philadelphia, PA 19103
215-751-2259 / 215-751-2205 (fax)
sshapiro@schnader.com
www.schnader.com

---

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.

---

9/4/2007