## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Memorandum In Opposition To Royal Indemnity Company's Emergency Motion To Compel** was caused to be made on September 4, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:  September 4, 2007  
       Wilmington, Delaware

*/s/ Daniel B. Butz*  
Daniel B. Butz (No. 4227)

1225983.1