IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY, <br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, ET AL., <br> Defendants. | Civil No. 05-165 (JJF) |

**MOTION OF PEPPER HAMILTON LLP TO
COMPEL THE DEPOSITION OF JOHN P. GARVEY**

For the reasons set forth in the accompanying Memorandum, defendant Pepper Hamilton LLP respectfully moves this Court to enter an Order compelling the deposition of John P. Garvey or, alternatively, adjourn the trial of the above-referenced actions for a period sufficient to permit Pepper Hamilton LLP to retain an expert on the subjects about which Mr. Garvey was expected to testify.

Dated: September 4, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William H. Sudell, Jr.*

William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP*

Of Counsel:

Charles A. Gilman
David G. Januszewski
David G. Montone
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Attorneys for Defendant Pepper Hamilton LLP*

Elizabeth K. Ainslie
Stephen J. Shapiro
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

*Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP*

1226175