IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1551-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-165-JJF |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, defendants Pepper Hamilton LLP and W. Roderick Gagné request that their **Motion To Compel The Deposition Of John P. Garvey** be heard on October 5, 2007 at 10:00 a.m.

1226186.1

| | |
|---|---|
| Dated: September 4, 2007<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> /s/ Daniel B. Butz<br>William H. Sudell, Jr. (No. 0463)<br>Daniel B. Butz (No. 4227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>(302) 658-3989 (fax)<br><br>-and-<br><br>Elizabeth K. Ainslie, Esq.<br>Nicholas J. LePore, III, Esq.<br>Bruce P. Merenstein, Esq.<br>Stephen J. Shapiro, Esq.<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pa. 19103<br>(215) 751-2000<br>(215) 751-2205 (fax)<br><br>Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné |