## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on this 7th day of September, 2007, I caused a copy of the **Letter dated September 7, 2007 to the Honorable Joseph H. Farnan** to be served upon the parties listed below in the manner indicated.

## VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

John W. Shaw, Esquire
jshaw@ycst.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Jason M. Butler, Esquire
Jason_Butler@aporter.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David Montone, Esquire
dmontone@cahill.com

David C. McBride, Esquire
dmcbride@ycst.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

669688-1

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com
Michael H. Barr, Esquire
mbarr@sonnenschein.com

Marie A. Tieri, Esquire
mtieri@vedderprice.com

Robert W. Gifford, Esquire
rgifford@sonnenschein.com

Ronald Rauchberg, Esquire
rauchberg@proskauer.com

Steven L. Merouse, Esquire
smerouse@sonnenschein.com

Tiffany Geyer Lydon, Esquire
tlydon@ashby-geddes.com

Carol Press, Esquire
CPress@eckertseamans.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com
Michael R. Lastowski, Esquire
mrlastowski@duanemorris.com

Nicholas LePore, Esquire
nlepore@schnader.com

Richard P. Swanson, Esquire
richard.swanson@aporter.com

Steven M. Farina, Esquire
sfarina@wc.com

Steven Obus, Esquire
sobus@proskauer.com

Thomas H.L. Selby, Esquire
TSelby@wc.com

/s/ Charlene D. Davis
Charlene D. Davis (No. 2336)

669688-1