IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN LLP, and MICHAEL AQUINO,<br><br>　　　　　　Defendants | ) <br>) <br>) <br>) <br>) C.A. No. 05-165-JJF<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>Plaintiff,<br><br>　　v.<br><br>McGLADREY & PULLEN LLP and MICHAEL AQUINO,<br><br>　　　　　　Defendants | ) <br>) <br>) <br>) <br>) C.A. No. 05-72-JJF<br>) <br>) <br>) <br>) <br>) <br>) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>) C.A. No. 04-1551-JJF<br>) <br>) <br>) <br>) |
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, | ) <br>) <br>) <br>) <br>) |

| | |
|---|---|
| SERIES 2000-2, SFC GRANTOR TRUST, | ) |
| SERIES 2000-3, SFC GRANTOR TRUST, | ) C.A. No. 02-1294-JJF |
| SERIES 2000-4, SFC GRANTOR TRUST, | ) |
| SERIES 2001-1, SFC GRANTOR TRUST, | ) |
| SERIES 2001-2, SFC OWNER TRUST 2001-I, | ) |
| AND SFC GRANTOR TRUST, SERIES 2001-3, | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, Wells Fargo Bank N.A. as Trustee for Certain SFC Grantor and Owner Trusts requests that its **Motion To Compel The Deposition Of John P. Garvey** be heard on October 5, 2007 at 10:00 a.m.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ Dawn M. Jones |
|  | David C. McBride (#408) |
| Of Counsel: | John W. Shaw (#3362) |
|  | Dawn M. Jones (#4270) |
| Ronald S. Rauchberg | The Brandywine Building |
| Steven E. Obus | 1000 West Street, 17th Floor |
| André G. Castaybert | Wilmington, DE 19899 |
| David T. McTaggart | (302) 571-6600 |
| PROSKAUER ROSE LLP |  |
| 1585 Broadway | *Attorneys for Wells Fargo Bank N.A. as* |
| New York, NY 10036 | *Trustee for Certain SFC Grantor and Owner* |
| (212) 969-3000 | *Trusts* |
|  |  |
| Dated: September 7, 2007 |  |