# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 17, 2007

VIA ELECTRONIC FILING and HAND DELIVERY

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware 19801

**REDACTED
PUBLIC VERSION**

Re:   *Wells Fargo Bank N.A. v. Royal*, Case No. 02-1294-JJF;

*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al.*, Case No. 04-1551-JJF;

*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al.*, Case No. 05-72-JJF; and

<u>*Royal v. Pepper Hamilton, et al.*, Case No 05-165-JJF</u>

Dear Judge Farnan:

We write on behalf of Royal Indemnity Company ("Royal").

**REDACTED**

The Honorable Joseph J. Farnan, Jr.
September 17, 2007
Page 2

# REDACTED

     Royal is entitled to go forward with the trial of this case on October 10, the date this Court set more than two years ago. We firmly disagree with Wells Fargo's ongoing efforts to delay the trial (reiterated again this morning in its letter to the Court), but will not debate the issue further in correspondence to the Court. Its suggestion today that Royal should first seek to collect from other wrongdoers before trying the claims against Wells Fargo only confirms the impropriety of any delay. However, Royal requests guidance from the Court as promptly as possible as to how to address the contents of the Pre-Trial Order in light of the conflicting demands and filings of Wells Fargo. We are available for a conference with the Court any day other than Friday, September 21.

                                       Respectfully,

                                       */s/ Philip Trainer, Jr.*

                                       Philip Trainer, Jr.

The Honorable Joseph J. Farnan, Jr.
September 17, 2007
Page 3

PT/ nml
cc: John W. Shaw, Esquire  (by e-mail)
    Andre G. Castaybert, Esquire  (by e-mail)
    Charlene Davis, Esquire  (by e-mail)
    Michael S. Waters, Esquire  (by e-mail)
    William H. Sudell, Jr., Esquire  (by e-mail)
    Michael R. Lastowski, Esquire  (by e-mail)
    Karen Lee Turner, Esquire  (by e-mail)
    John H. Eickemeyer, Esquire  (by e-mail)
    Stephen Shapiro, Esquire  (by e-mail)
    Neil G. Epstein, Esquire  (by e-mail)
    David E. Wilks, Esquire  (by e-mail)
    Thomas Selby, Esquire  (by e-mail)
    Charles A. Gillman, Esquire  (by e-mail)
    Veronica E. Rendon, Esquire  (by e-mail)

184161.1