# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

September 20, 2007

John Shaw, Esquire
Young, Conaway, Stargatt & Taylor
P. O. Box 391
Wilmington, DE 19899

Philip Trainer, Jr., Esquire
Ashby & Geddes
P. O. Box 1150
Wilmington, De 19899

Charlene D. Davis, Esquire
The Bayard Firm
P. O. Box 25130
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899

RE: Wells Fargo Bank N.A. v. Royal Indemnity Co., CA No. 02-1294 JJF

Charles A. Stanziale, Jr., Ch 7 Trustee of Student Finance Corp. v. Pepper Hamilton, et al., CA No. 04-1551 JJF

Charles A. Stanziale, Jr., Ch 7 Trustee of Student Finance Corp. v. McGladrey & Pullen LLP, et al., CA No. 05-72 JJF

<u>Royal v. Pepper Hamilton, et al., CA No. 05-165 JJF</u>

Dear Counsel:

    I have considered the recent letters from counsel for the remaining parties concerning the scheduled trial for the above-captioned cases.

John Shaw, Esquire
Philip Trainer, Jr., Esquire
Charlene D. Davis, Esquire
William H. Sudell, Jr., Esquire
September 20, 2007
Page 2

      The October 4 Pretrial will be moved to **Wednesday, October 3, 2007 at 3:00 p.m.** and the October 10, 2007 Trial will go forward as scheduled. At the October 3 Pretrial Conference, I will decide the sequence for the presentation of the remaining issues in the context of jury and non-jury presentation. The parties should focus their preparation for trial and the proposed pretrial order on the issues to be tried among the remaining parties.

      With regard to the recently filed Wells Fargo motion for summary judgment, I expect the motion to be briefed in accordance with the Local and Federal Rules which will allow sufficient time for me to consider any dispositive legal issues presented by the motion.

      Lastly, the only motion I will address prior to the October 3, 2007 Pretrial Conference is Wells Fargo's motion to compel the deposition of John P. Garvey.

                                        Sincerely,

                                        JOSEPH J. FARNAN, JR.

JJFjr:dk

cc:  All Counsel (by CM/ECF)
      Clerk, U.S. District Court