IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, *et al.*, <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant and <br> Counterclaim Plaintiff | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT FINANCE <br> CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-165-JJF |

## NOTICE OF SUBPOENA

Please take notice that the undersigned has served the subpoena attached hereto as Exhibit A.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Dawn M. Jones*

John W. Shaw (No. 3362)
Dawn M. Jones (No. 4270)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
djones@ycst.com

*Attorneys for MBIA Insurance Corporation and Wells Fargo Bank Minnesota, N.A*

OF COUNSEL:

Ronald S. Rauchberg
Steven E. Obus
Andre G. Castaybert
Erin Durba
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: September 28, 2007

## CERTIFICATE OF SERVICE

I, Dawn M. Jones, Esquire, hereby certify that on September 28, 2007, I caused copies of the foregoing document to be served upon the following counsel of record as indicated:

**BY E-MAIL & CM/ECF**

Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801
Email: ptrainer@ashby-geddes.com
Email: tlydon@ashby-geddes.com

Anthony Saccullo, Esquire
Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: asaccullo@bayardfirm.com
Email: dastin@bayardfirm.com
Email: astitzer@bayardfirm.com

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Email: kturner@eckertseamans.com
Email: spoppiti@eckertseamans.com

William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: wsudell@mnat.com
Email: dbutz@mnat.com

Christopher M. Winter, Esquire
Michael R. Lastkowski, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
Email: mlastkowski@duanemorris.com

**BY E-MAIL**

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: sshapiro@schnader.com

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Email: mwaters@mdmc-law.com

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia, PA 19102-1909
Email: nepstein@eckertseamans.com

Michael Barr, Esquire
Kenneth J. Pfaehler, Esquire
Hector Garcia-Santana, Esquire
Sonnenshein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Email: mbarr@sonnenschein.com
Email: kpfaehler@sonnenschein.com
Email: hgarcia@sonnenschein.com

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 100022
Email: veronica_rendon@aporter.com

Charles A. Stanziale, Esquire
Schwartz Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ 07042
Email: cstanziale@mdmc-law.com

Steven M. Farina, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Email: tselby@wc.com

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
Email: jeickemeyer@vedderprice.com

**BY U.S. MAIL**

Student Loan Servicing LLC
1405 Foulk Road, Suite 102
Wilmington, DE 19803-2769

Andrew N. Yao
107 Leighton Drive
Bryn Mawr, PA 19010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Dawn M. Jones (No. 4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*djones@ycst.com*

*Attorneys for Counterclaim Defendant
Wells Fargo Bank, N.A.*