UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br>Plaintiff,<br><br>-against-<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAS PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO, AND FREED MAXICK SACHS & MURPHY, P.C.,<br>Defendants. | Civil Action No. 05-165-JJF<br>Judge Joseph J. Farnan, Jr.<br><br>STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN ROYAL INDEMNITY COMPANY AND FREED MAXICK & BATTAGLIA CPAS PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO, AND FREED MAXICK SACHS & MURPHY, P.C. |

Pursuant to FED. R. CIV. P. 41, the undersigned attorneys for Royal Indemnity Company, Freed Maxick & Battaglia CPAs PC, McGladrey & Pullen, LLP, Michael Aquino, and Freed Maxick Sachs & Murphy, P.C. (collectively, the "Settling Parties") do hereby stipulate that all claims and counterclaims between and among the Settling Parties are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

This Stipulation of Dismissal does not dismiss any claims made by any of the Settling Parties against any other entity.

There is no just reason for delay.

9997752\V-16

The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: ~~August~~ October 10, 2007

ASHBY & GEDDES

By: _____
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
~~Michael H. Barr~~ Richard M. Zucker
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020-1089
(212) 768-6700

*Attorneys for Royal Indemnity Company*

DUANE MORRIS LLP

By: _____
~~Christopher M. Winter~~ Michael R. Lastowski (3892)
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

ARNOLD & PORTER, LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

REED SMITH LLP

By: _____
David E. Wilks

- 2 -

  The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: August ___, 2007

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| By: _____<br>Philip Trainer, Jr. (I.D. #2788)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>(302) 654-2067 (Fax) | By: _____<br>Christopher M. Winter<br>1100 North Market Street Suite 1200<br>Wilmington, DE 19801<br>(302) 657-4900 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | WILLIAMS & CONNOLLY LLP |
| By: _____<br>Michael H. Barr<br>1221 Avenue of the Americas, 23rd Floor<br>New York, NY 10020-1089<br>(212) 768-6700 | By: /s/ _____<br>Steven M. Farina<br>725 Twelfth St., N.W.<br>Washington, D.C. 20005<br>(202) 434-5526 |
| *Attorneys for Royal Indemnity Company* | *Attorneys for McGladrey & Pullen LLP and Michael Aquino* |
|  | ARNOLD & PORTER, LLP |
|  | By: _____<br>Veronica E. Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>(212) 715-1165 |
|  | *Attorneys for McGladrey & Pullen, LLP and Michael Aquino* |
|  | REED SMITH LLP |
|  | By: _____<br>David E. Wilks |

- 2 -

9997752\V-16

The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: October 3, 2007

ASHBY & GEDDES

By: _____
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)


SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Michael H. Barr
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020-1089
(212) 768-6700


*Attorneys for Royal Indemnity Company*

DUANE MORRIS LLP

By: _____
Christopher M. Winter
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900


WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

ARNOLD & PORTER, LLP

By: _____
Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*


REED SMITH LLP

By: _____
David E. Wilks

- 2 -

9997752\V-16

The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: August ___, 2007

ASHBY & GEDDES

By: _____
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Michael H. Barr
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020-1089
(212) 768-6700

*Attorneys for Royal Indemnity Company*

DUANE MORRIS LLP

By: _____
Christopher M. Winter
1100 North Market Street Suite 1200
Wilmington, DE 19801
(302) 657-4900

WILLIAMS & CONNOLLY LLP

By: _____
Steven M. Farina
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5526

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

ARNOLD & PORTER, LLP

By: _____

Veronica E. Rendon
399 Park Avenue
New York, NY 10022-4690
(212) 715-1165

*Attorneys for McGladrey & Pullen, LLP and Michael Aquino*

REED SMITH LLP

By: _David E. Wilks_ (signature)

David E. Wilks

- 2 -

99977S2\V-16

1201 N. Market Street
Wilmington, DE 19801
(302) 778-7500

VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.

By: *[signature]*

John H. Eickemeyer
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700

*Attorneys for Freed Maxick & Battaglia CPAs PC, and Freed Maxick Sachs & Murphy, P.C.*

So Ordered: 10/12/07

*[signature]*
U.S.D.J.

- 3 -

9997752\V-16