UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br>Plaintiff,<br><br>-against-<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNÉ, FREED MAXICK & BATTAGLIA CPAs PC, MCGLADREY & PULLEN, LLP, MICHAEL AQUINO, AND FREED MAXICK SACHS & MURPHY, P.C.,<br>Defendants. | Civil Action No. 05-165-JJF<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN ROYAL INDEMNITY COMPANY, PEPPER HAMILTON LLP AND W. RODERICK GAGNÉ |

Pursuant to Fed. R. Civ. P. 41, the undersigned attorneys for Royal Indemnity Company, Pepper Hamilton LLP and W. Roderick Gagné (collectively, the "Settling Parties") do hereby stipulate that all claims between and among the Settling Parties are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

This Stipulation of Dismissal does not dismiss any claims made by any of the Settling Parties against any other entity.

There is no just reason for delay, and the Clerk shall enter a Judgment in accordance herewith.

Dated: ~~September~~ November 19, 2007

ASHBY & GEDDES

By: _____
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Royal Indemnity Company*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Michael H. Barr / Richard M. Zuckerman
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020-1089
(212) 768-6700

*Attorneys for Royal Indemnity Company*

MORRIS NICHOLS ARSHT & TUNNELL LLP

By: _____
William H. Sudell, Jr. (I.D. #463)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné*

CAHILL GORDON & REINDEL LLP

By: _____
Charles A. Gilman / David G. Januszewski
80 Pine Street
New York, NY 10005
(212) 701-3000

*Attorneys for Pepper Hamilton LLP*

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Elizabeth K. Ainslie, Esq.
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné*

So Ordered: _____
U.S.D.J.
11/19/07

- 2 -